IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CrowdStrike, Inc.<br><br>   Plaintiff,<br><br>v.<br><br>Delta Air Lines, Inc.,<br><br>   Defendant. | Case No. _____ |

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT OF CROWDSTRIKE, INC.**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.3, Plaintiff CrowdStrike, Inc. ("CrowdStrike") hereby provides this Certificate of Interested Persons and Corporate Disclosure Statement.

(1) *The undersigned counsel of record for Plaintiff CrowdStrike certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10 percent or more of the stock of a party:*

**CrowdStrike is a wholly owned subsidiary of CrowdStrike Holdings, Inc., a publicly traded company. No publicly traded company holds more than 10% of CrowdStrike Holdings, Inc.'s stock.**

1

*(2)     The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:*

**None.**

*(3)     The undersigned further certifies that the following is a full and complete list of all persons identified as attorneys in the proceeding:*

<u>**For Plaintiff CrowdStrike, Inc.:**</u>

Michael A. Caplan
Julia Blackburn Stone
**Caplan Cobb LLC**

Michael B. Carlinsky
Victoria F. Maroulis
Ellyde R. Thompson
Deepa Acharya
Kaitlin P. Sheehan
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

*(4)     The undersigned further certifies that the following is a full and complete list of the citizenship of every individual or entity whose citizenship is attributed to a party or proposed intervenor on whose behalf this certificate is filed:*

**Not applicable because this action is not based on diversity jurisdiction.**

Dated:  October 25, 2024

        Respectfully submitted,

        */s/ Michael A. Caplan*
        Michael A. Caplan
        Georgia Bar No. 601039
        Julia Blackburn Stone
        Georgia Bar No. 200070
        **CAPLAN COBB LLC**
        75 Fourteenth Street NE, Suite 2700
        Atlanta, Georgia 30309
        Tel:   (404) 596-5600
        Fax:  (404) 596-5604
        *mcaplan@caplancobb.com*
        *jstone@caplancobb.com*

        Michael B. Carlinsky
        (*pro hac vice* forthcoming)
        Ellyde R. Thompson
        (*pro hac vice* forthcoming)
        Kaitlin P. Sheehan
        (*pro hac vice* forthcoming)
        **QUINN EMANUEL URQUHART & SULLIVAN, LLP**
        51 Madison Avenue, 22nd Floor
        New York, New York 10010
        Tel:   (212) 849-7000
        Fax:  (212) 849-7100
        *michaelcarlinsky@quinnemanuel.com*
        *ellydethompson@quinnemanuel.com*
        *kaitlinsheehan@quinnemanuel.com*

        Victoria F. Maroulis
        (*pro hac vice* forthcoming)
        **QUINN EMANUEL URQUHART & SULLIVAN, LLP**
        555 Twin Dolphin Drive, 5th Floor
        Redwood Shores, California 94065
        Tel:   (650) 801-5000

Fax:   (650) 801-5100
*victoriamaroulis@quinnemanuel.com*

Deepa Acharya
 (*pro hac vice* forthcoming)
**QUINN EMANUEL URQUHART & SULLIVAN,
 LLP**
1300 I Stret NW
Suite 900
Washington, D.C. 20005
Tel:   (202) 538-8000
Fax:   (202) 538-8100
*deepaacharya@quinnemanuel.com*


*Attorneys for Plaintiff CrowdStrike, Inc.*

4