EXHIBIT

2

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

CROWDSTRIKE, INC.,

      Plaintiff,

      v.

DELTA AIR LINES, INC.,

      Defendant.

Civil Action No.
1:24-cv-04904-TWT

## DECLARATION OF TANYA C. REED

Pursuant to 28 U.S.C. § 1746, I, Tanya C. Reed, declare as follows:

1.     I am over the age of 21, have personal knowledge of the facts set forth in this declaration and otherwise competent to offer the testimony set forth in this declaration.

2.     I am a paralegal at the firm of Bondurant, Mixson & Elmore, which represents Defendant Delta Air Lines, Inc. in the above-captioned case.

3.     To determine the date and time that Plaintiff CrowdStrike, Inc. filed its Complaint (Doc. 1), on Monday, October 28, 2024, I contacted the civil intake/docketing department of the United States District Court for the Northern District of Georgia by telephone at 404-215-1600.

4.     On that day, I spoke to Ansley Edwards in the civil intake/docketing

1

department of the Court. Ansley informed me that the CrowdStrike complaint was filed on Friday, October 25, 2024 at 7:53 P.M.

5.  I also determined the date and time of first publication of the article available at this URL: https://finance.yahoo.com/news/delta-sues-crowdstrike-over-software-222235834.html. To do that, I visited the website on November 1, 2024, right-clicked on the website, and selected "View Page Source." Attached hereto as Exhibit 1 is a true and correct copy of the source code that appeared as a result. It is my understanding that the highlighted portion at page 164 in the source code indicates that the article was first published online at 6:22 PM. That language reads as follows:

> "publishDate\":{\"utc\":\"Fri, 25 Oct 2024 22:22:35
> GMT\",\"iso\":\"2024-10-25T22:22:35.000Z\",\"format\":\"Fri, Oct
> 25, 2024, 6:22 PM\",\"timestamp\":1729894955000}

I declare under penalty of perjury that the foregoing is true and correct.

This **1st** day of __November__, 2024.

_Tanya C. Reed_
Tanya C. Reed

#5096309v1

EXHIBIT

A

```
<!doctype html>
<html lang="en-US" theme="light"  data-color-scheme="light" class="desktop neo-green dock-upscale">
    <head>
        <meta charset="utf-8" />
        <meta name="oath:guce:consent-host" content="guce.yahoo.com" />
        <link rel="preconnect" href="//s.yimg.com" crossorigin="anonymous"><link rel="preconnect" href="//geo.yahoo.com"/><link rel="preconnect"
href="//query1.finance.yahoo.com"/><link rel="preconnect" href="//query2.finance.yahoo.com"/><link rel="preconnect" href="//consent.cmp.oath.com"/><link
rel="preload" href="/__rapidworker-1.2.js" as="worker"/><link rel="preconnect"
href="https://s.yimg.com/uc/finance/webcore/js/_staticFinProtobuf.4b1559b8e4645fd93a12.js"/><link rel="preconnect"
href="https://cdn.jsdelivr.net/npm/protobufjs@7.1.2/dist/minimal/protobuf.min.js"/><script>window.finNeoPageStart =
Date.now();</script><script>(function(){if(!window.YAHOO){window.YAHOO={};};
window.YAHOO.context={"consent":{"allowContentPersonalization":true,"allowCrossDeviceMapping":true,"allowFirstPartyAds":true,"allowSellPersonalInfo":
true,"canEmbedThirdPartyContent":true,"canSell":true,"consentedVendors":[],"allowAds":true,"allowOnlyLimitedAds":false,"rejectedAllConsent":false,"allow
OnlyNonPersonalizedAds":false},"authed":"0","ynet":"0","ssl":"1","spdy":"0","ytee":"0","mode":"normal","tpConsent":true,"site":"finance","adblock":"0","buc
ket":["rocket_GA_desk_test-3-v1","ypf-bankrate-widget-control-v2-q4","yf-portfoliodetail-control","fin-nimbus-article-
enabled"],"colo":"bf1","device":"desktop","bot":"0","browser":"chrome","app":"unknown","ecma":"modern","environment":"prod","gdpr":false,"lang":"en-
US","dir":"ltr","intl":"us","network":"broadband","os":"windows
nt","partner":"none","region":"US","time":1730471024510,"tz":"America/New_York","usercountry":"US","rmp":"0","webview":"0","feature":["disableServiceR
ewrite","enableAnalystRatings","enableBankrateModalAd","enableChartbeat","enableChatSupport","enableCompare","enableCompareConvertCurrency","enabl
eConsentAndGTM","enableCurrencyConverter","enableDockAddToFollowing","enableDockCondensedHeader","enableDockNeoOptoutLink","enableDockPort
folioControl","enableExperimentalDockModules","enableLazyQSP","enableLiveBlogStatus","enableMarketsHub","enableNeoArticle","enableNeoGreen","enab
leNeoHouseCalcPage","enableNeoMortgageCalcPage","enableNeoOptOut","enableNeoQSPReportsLeaf","enablePersonalFinanceArticleReadMoreAlgo","enabl
ePersonalFinanceNewsletterIntegration","enablePersonalFinanceZillowIntegration","enablePf2SubsSpotlight","enablePfLandingP2","enablePfStreaming","enabl
ePinholeScreenshotOGForQuote","enablePlus","enablePortalStockStory","enableQSPChartNewShading","enableQSPChartRangeTooltips","enableQSPEarnings
VsRev","enableQSPHistoryPlusDownload","enableQSPNavIcon","enableQuoteLookup","enableRecentQuotes","enableResearchHub","enableScreenerRedesign
","enableSECFiling","enableSigninBeforeCheckout","enableSmartAssetMsgA","enableStockStoryPfPage","enableTradeNow","enableUpgradeBadge","enableC
ompareFeatures","enableFinancePremiumArticle","enableGenericHeatMap","enableL2L3AB","enableMarketsLeafHeatMap","enableQSPIndustryHeatmap","en
ableStatusBadge","enableRapidClientOnlyPageView","enableRocketOptIn","enableArticleVideoDocking"],"isDebug":false,"isForScreenshot":false,"isWebview
":false,"theme":"light","pnrID":"","areAdsEnabled":true,"ccpa":{"warning":"","footerSequence":["terms_and_privacy","dashboard"],"links":{"dashboard":{"url"
:"https://guce.yahoo.com/privacy-dashboard?locale=en-US","label":"Privacy
Dashboard"},"terms_and_privacy":{"multiurl":true,"label":"${terms_link}Terms$${end_link} and ${privacy_link}Privacy
Policy$${end_link}","urls":{"terms_link":"https://guce.yahoo.com/terms?locale=en-US","privacy_link":"https://guce.yahoo.com/privacy-policy?locale=en-
US"}}}},"yrid":"559jmjtji9p3g","user":{"age":-2147483648,"crumb":"iL1jcPyzNw7","firstName":null,"gender":"","year":0};};}());</script><script>function
initFinSearch(){window.FinSearch?.init({uiConfig:{isSearchRedesign:true, isNeoGreen: true}, searchConfig: {recommendCount:
5}});}</script><script>!function(){var e={604:function(e){"use strict";function t(e){return(t="function"==typeof Symbol&&"symbol"==typeof
Symbol.iterator?function(e){return typeof e}:function(e){return e&&"function"==typeof
Symbol&&e.constructor===Symbol&&e!==Symbol.prototype?"symbol":typeof e})(e)}e.exports=function(){for(var
e,n,a=[],s=window,r=s;r;){try{if(r.frames.__tcfapiLocator){e=r;break}}catch(e){}if(r===s.top)break;r=r.parent}e||(function e(){var
t=s.document,n=!!s.frames.__tcfapiLocator;if(!n)if(t.body){var
```

```
a=t.createElement("iframe");a.style.cssText="display:none",a.name="__tcfapiLocator",t.body.appendChild(a)}else
setTimeout(e,5);return!n}(),s.__tcfapi=function(){for(var e=arguments.length,t=new Array(e),s=0;s<e;s++)t[s]=arguments[s];if(!t.length)return
a;"setGdprApplies"===t[0]?t.length>3&&2===parseInt(t[1],10)&&"boolean"==typeof t[3]&&(n=t[3],"function"==typeof
t[2]&&t[2]("set",!0)):"ping"===t[0]?"function"==typeof
t[2]&&t[2]({gdprApplies:n,cmpLoaded:!1,cmpStatus:"stub"}):a.push(t)},s.addEventListener("message",(function(e){var n="string"==typeof
e.data,a={};if(n)try{a=JSON.parse(e.data)}catch(e){}else a=e.data;var
s="object"===t(a)&&null!==a?a.__tcfapiCall:null;s&&window.__tcfapi(s.command,s.version,(function(t,a){var
r={__tcfapiReturn:{returnValue:t,success:a,callId:s.callId}};e&&e.source&&e.source.postMessage&&e.source.postMessage(n?JSON.stringify(r):r,"*")})},s.para
meter)}),!1)})}},5789:function(e,t,n){"use strict";n.r(t),window.__gpp_addFrame=function(e){if(!window.frames[e])if(document.body){var
t=document.createElement("iframe");t.style.cssText="display:none",t.name=e,document.body.appendChild(t)}else
window.setTimeout(window.__gpp_addFrame,10,e)},window.__gpp_stub=function(){var
e=arguments;if(__gpp.queue=__gpp.queue||[],__gpp.events=__gpp.events||[],!e.length||1==e.length&&"queue"==e[0])return
__gpp.queue;if(1==e.length&&"events"==e[0])return __gpp.events;var
t=e[0],n=e.length>1?e[1]:null,a=e.length>2?e[2]:null;if("ping"===t)n({gppVersion:"1.1",cmpStatus:"stub",cmpDisplayStatus:"hidden",signalStatus:"not
ready",supportedAPIs:["2:tcfeuv2","5:tcfcav1","6:uspv1","7:usnatv1","8:uscav1","9:usvav1","10:uscov1","11:usutv1","12:usctv1"],cmpId:0,sectionList:[],applic
ableSections:[],gppString:"",parsedSections:{}},!0)else if("addEventListener"===t){"lastId"in __gpp||(__gpp.lastId=0),__gpp.lastId++;var
s=__gpp.lastId;__gpp.events.push({id:s,callback:n,parameter:a}),n({eventName:"listenerRegistered",listenerId:s,data:!0,pingData:{gppVersion:"1.1",cmpStatus:
"stub",cmpDisplayStatus:"hidden",signalStatus:"not
ready",supportedAPIs:["2:tcfeuv2","5:tcfcav1","6:uspv1","7:usnatv1","8:uscav1","9:usvav1","10:uscov1","11:usutv1","12:usctv1"],cmpId:0,sectionList:[],applic
ableSections:[],gppString:"",parsedSections:{}}},!0)}else if("removeEventListener"===t){for(var
r=!1,o=0;o<__gpp.events.length;o++)if(__gpp.events[o].id==n){__gpp.events.splice(o,1),r=!0;break}n({eventName:"listenerRemoved",listenerId:a,data:r,pingD
ata:{gppVersion:"1.1",cmpStatus:"stub",cmpDisplayStatus:"hidden",signalStatus:"not
ready",supportedAPIs:["2:tcfeuv2","5:tcfcav1","6:uspv1","7:usnatv1","8:uscav1","9:usvav1","10:uscov1","11:usutv1","12:usctv1"],cmpId:0,sectionList:[],applic
ableSections:[],gppString:"",parsedSections:{}}},!0)}else"hasSection"===t?n(!1,!0):"getSection"===t||"getField"===t?n(null,!0):__gpp.queue.push([].slice.appl
y(e))},window.__gpp_msghandler=function(e){var t="string"==typeof e.data;try{var n=t?JSON.parse(e.data):e.data}catch(e){n=null}if("object"==typeof
n&&null!==n&&"__gppCall"in n){var a=n.__gppCall;window.__gpp(a.command,(function(n,s){var
r={__gppReturn:{returnValue:n,success:s,callId:a.callId}};e.source.postMessage(t?JSON.stringify(r):r,"*")}),"parameter"in a?a.parameter:null,"version"in
a?a.version:"1.1")}},"__gpp"in window&&"function"==typeof
window.__gpp||(window.__gpp=window.__gpp_stub,window.addEventListener("message",window.__gpp_msghandler,!1),window.__gpp_addFrame("__gppLoc
ator"))},7037:function(e,t,n){"use strict";n.r(t);var a=n(604);n.n(a)()(}},7781:function(){!function(){for(var
e,t="__uspapiLocator",n=[],a=window;a;){try{if(a.frames[t])}e=a;break}}catch(e){}if(a===window.top)break;a=a.parent}e||(function e(){var
n=window.document;if(!window.frames[t])if(n.body){var a=n.createElement("iframe");a.style.cssText="display:none",a.name=t,n.body.appendChild(a)}else
setTimeout(e,5)}(),window.__uspapi=function(){for(var e=arguments.length,t=new Array(e),a=0;a<e;a++)t[a]=arguments[a];if(!t.length)return
n;n.push(t)},window.addEventListener("message",(function(e){var t="string"==typeof e.data,n={};try{n=t?JSON.parse(e.data):e.data}catch(e){}var
a=n.__uspapiCall;a&&window.__uspapi(a.command,a.version,(function(n,s){var
r={__uspapiReturn:{returnValue:n,success:s,callId:a.callId}};t&&(r=JSON.stringify(r)),e&&e.source&&e.source.postMessage(r,"*")}),a.parameter)}),!1))}()}},
t={};function n(a){var s=t[a];if(void 0!==s)return s.exports;var t=t[a]={exports:{}};return e[a](r,r.exports,n),r.exports}n.n=function(e){var
t=e&&e.__esModule?function(){return e.default}:function(){return e};return n.d(t,{a:t}),t},n.d=function(e,t){for(var a in
t)n.o(t,a)&&!n.o(e,a)&&Object.defineProperty(e,a,{enumerable:!0,get:t[a]})},n.o=function(e,t){return
Object.prototype.hasOwnProperty.call(e,t)},n.r=function(e){"undefined"!==typeof
```

Symbol&&Symbol.toStringTag&&Object.defineProperty(e,Symbol.toStringTag,{value:"Module"}),Object.defineProperty(e,"__esModule",{value:!0})}),functio
n(){"use
strict";n(7781);!window.document.documentMode&&(n(7037),n(5789))}()}();</script><script>(function(){window.YAHOO=window.YAHOO||{};window.YA
HOO.comscore=window.YAHOO.comscore||{"c1":2,"c2":"7241469","cs_fpit":"c","cs_fpdt":"01","c14":-
1,"cs_fpid":"V6cf/S0gVrKC0Z/RzDO4Kys4dEMmXQ8bd4lWz15Qejk=","cs_fpdm":"*null"};})();</script><script>window._nimbusEvLoad =
window._nimbusEvLoad || { _player: false };
        function _nimbusSendEVLoadEvent() {
            if (_nimbusEvLoad._player){
                window.finNeoEVReady = Date.now();
                window.dispatchEvent(new CustomEvent('NIMBUS_EV_READY',{detail: {}}));
            }
        }
        function onNimbusEVPlayerReady(){_nimbusEvLoad._player = true;_nimbusSendEVLoadEvent();}</script><script
type="module">if(!window.finWebCore){window.finWebCore=function
r(e){const{isModern:t=!0,isDev:i=!1,lang:a=s,devAssets:o,prodAssets:r,crumb:n="",features:c=[],strings:d}=e;let f={};const m=a.substring(a.lastIndexOf("-
")+1);return{crumb:n,lang:a,region:m,features:c,store:{},intl:m.toLowerCase(),strings:d,assets:i?o:r,addScriptTag(e,s,t){if(!e)return;const
i=document.createElement("script");i.setAttribute("src",e),i.setAttribute("type","text/javascript"),"function"==typeof
t&&(i.onload=()=>{t(!0)},i.onerror=()=>{t(!1)});for(const e in s)e&&Object.prototype.hasOwnProperty.call(s,e)&&void
0!==s[e]&&i.setAttribute(e,s[e]);document.body.appendChild(i)},addAsset(e,s={}){const{async:a=0,defer:n,useModule:c=!1,callback:d}=s;if(f[e])return
void("function"==typeof d&&d(!0));let m;if(m=i?o:r,!m||0===m.length)return;f[e]=!0;let
u=m[0]&&m[0][e]&&m[0][e].mjs;c?(this.addScriptTag(u,{async:a,defer:n,type:"module"},d),m.length>1&&!i&&(u=m[1]&&m[1][e]&&m[1][e].js,this.addScri
ptTag(u,{async:a,defer:n,nomodule:!0},d))):(m.length>1&&!t&&(u=m[1]&&m[1][e]&&m[1][e].js),this.addScriptTag(u,{async:a,defer:n},d))},reset(){f={}}}}(
{isModern:true,isDev:false,lang:'en-
US',features:[],devAssets:{},prodAssets:[{"_staticFinProtobuf":{"mjs":"https://s.yimg.com/uc/finance/webcore/js/_staticFinProtobuf.4b1559b8e4645fd93a12.mj
s"},"chart":{"mjs":"https://s.yimg.com/uc/finance/webcore/js/chart.68695bc0cde81b6fd2c5.mjs"},"cryptoTrade":{"mjs":"https://s.yimg.com/uc/finance/webcore/
js/cryptoTrade.dcf34ddcb6166268ea19.mjs"},"finBankrateMortgageOffers":{"mjs":"https://s.yimg.com/uc/finance/webcore/js/finBankrateMortgageOffers.664a7
8dd057b52ca6292.mjs"},"finBarChart":{"mjs":"https://s.yimg.com/uc/finance/webcore/js/finBarChart.538f8a340c2cb6354b75.mjs"},"finGaugeChart":{"mjs":"h
ttps://s.yimg.com/uc/finance/webcore/js/finGaugeChart.fa1d27882fc12800746c.mjs"},"finHorizontalBarChart":{"mjs":"https://s.yimg.com/uc/finance/webcore/j
s/finHorizontalBarChart.3759f974570a40144429.mjs"},"finIcon":{"mjs":"https://s.yimg.com/uc/finance/webcore/js/finIcon.303dcbfc0a8c9e028f3e.mjs"},"finPl
aidLink":{"mjs":"https://s.yimg.com/uc/finance/webcore/js/finPlaidLink.6584da6f7d5fc1edc4f7.mjs"},"finVizChart":{"mjs":"https://s.yimg.com/uc/finance/web
core/js/finVizChart.02a27bab264c8f050d5b.mjs"},"finYodlee":{"mjs":"https://s.yimg.com/uc/finance/webcore/js/finYodlee.991ce7779f400c5305e1.mjs"},"impo
rtantDates":{"mjs":"https://s.yimg.com/uc/finance/webcore/js/importantDates.9549c05d775935965234.mjs"},"marketSummary":{"mjs":"https://s.yimg.com/uc/f
inance/webcore/js/marketSummary.ab701f613b4c97d5c74d.mjs"},"marketTime":{"mjs":"https://s.yimg.com/uc/finance/webcore/js/marketTime.4b7f9356fd3026
1da5b2.mjs"},"navigation":{"mjs":"https://s.yimg.com/uc/finance/webcore/js/navigation.26b467366246597f7472.mjs"},"portfolio":{"mjs":"https://s.yimg.com/u
c/finance/webcore/js/portfolio.63493b39ef80da733a7d.mjs"},"quoteSummary":{"mjs":"https://s.yimg.com/uc/finance/webcore/js/quoteSummary.b1698f44b3b4a
94b8b58.mjs"},"sparkLine":{"mjs":"https://s.yimg.com/uc/finance/webcore/js/sparkLine.be4a748c75a1f617d549.mjs"},"streamer":{"mjs":"https://s.yimg.com/u
c/finance/webcore/js/streamer.248f993752a5b05fef83.mjs"},"ticker":{"mjs":"https://s.yimg.com/uc/finance/webcore/js/ticker.5577058bafc1670a8665.mjs"},"xra
yStocks":{"mjs":"https://s.yimg.com/uc/finance/webcore/js/xrayStocks.ac6db3456e234015de83.mjs"},"":{"mjs":["https://s.yimg.com/uc/finance/webcore/js/port
folio.worker.df0761c07d30081fe88f.worker.mjs","https://s.yimg.com/uc/finance/webcore/js/streamer.worker.4db981fe5b4e331576b3.worker.mjs"]}},{"_staticFi
nProtobuf":{"js":"https://s.yimg.com/uc/finance/webcore/js/_staticFinProtobuf.4b1559b8e4645fd93a12.js"},"chart":{"js":"https://s.yimg.com/uc/finance/webcor

e/js/chart.f646bb756945529b9afc.js"},"cryptoTrade":{"js":"https://s.yimg.com/uc/finance/webcore/js/cryptoTrade.dadf4921de0cc362780b.js"},"finBankrateMort
gageOffers":{"js":"https://s.yimg.com/uc/finance/webcore/js/finBankrateMortgageOffers.a1dd6f3f7cb3092ceb1a.js"},"finBarChart":{"js":"https://s.yimg.com/uc
/finance/webcore/js/finBarChart.2b39ba2d6cd6604077c8.js"},"finGaugeChart":{"js":"https://s.yimg.com/uc/finance/webcore/js/finGaugeChart.c8870605eaeef98
2b598.js"},"finHorizontalBarChart":{"js":"https://s.yimg.com/uc/finance/webcore/js/finHorizontalBarChart.5cebe343ff14e5a223a1.js"},"finIcon":{"js":"https://s
.yimg.com/uc/finance/webcore/js/finIcon.c0a0f64c3dae0298f8c9.js"},"finPlaidLink":{"js":"https://s.yimg.com/uc/finance/webcore/js/finPlaidLink.bfc61627d46c
a89a96a5.js"},"finVizChart":{"js":"https://s.yimg.com/uc/finance/webcore/js/finVizChart.d90e73c8ac5e71736e07.js"},"finYodlee":{"js":"https://s.yimg.com/uc/f
inance/webcore/js/finYodlee.03c0c06341a1142b8ad4.js"},"importantDates":{"js":"https://s.yimg.com/uc/finance/webcore/js/importantDates.8671cf2708bdb4f0c
b98.js"},"marketSummary":{"js":"https://s.yimg.com/uc/finance/webcore/js/marketSummary.c1a77b434a4ed931b3f4.js"},"marketTime":{"js":"https://s.yimg.co
m/uc/finance/webcore/js/marketTime.99a37ff71b43b0cc7ba6.js"},"navigation":{"js":"https://s.yimg.com/uc/finance/webcore/js/navigation.d5f8be79454c831ae9
be.js"},"portfolio":{"js":"https://s.yimg.com/uc/finance/webcore/js/portfolio.a45147e47c24e32e03e7.js"},"quoteSummary":{"js":"https://s.yimg.com/uc/finance/
webcore/js/quoteSummary.dbaf278107a38f93aa13.js"},"sparkLine":{"js":"https://s.yimg.com/uc/finance/webcore/js/sparkLine.0413e9efc189c72a7dbd.js"},"stre
amer":{"js":"https://s.yimg.com/uc/finance/webcore/js/streamer.8fecbf4ee5a870c267f8.js"},"ticker":{"js":"https://s.yimg.com/uc/finance/webcore/js/ticker.49c28
e37f1f14a5d4f8f.js"},"xrayStocks":{"js":"https://s.yimg.com/uc/finance/webcore/js/xrayStocks.177f26f318ee74b83821.js"},"":{"js":["https://s.yimg.com/uc/fina
nce/webcore/js/portfolio.worker.262fe33b7a2f5b59101a.worker.js","https://s.yimg.com/uc/finance/webcore/js/streamer.worker.13778387ada03ecacfe9.worker.js"
]}],strings:{"AUTHENTICATING":"Authenticating","BUY":"Buy","BUY_FALLBACK":"Buy
{amount}","CANCEL":"Cancel","CLOSE":"Close","COIN_BALANCE":"{coin} balance: {amount} {coin}","COMPANY_NAME":"Company
name","CONFIRM":"Confirm","CONGRATULATIONS":"Congratulations","CRYPTO_BUY_SUCCESS":"You bought {proceeds} {coin} for
{cost}","CRYPTO_SALE_SUCCESS":"You sold {proceeds} {coin} for {cost}","CRYPTO_FIRST_BUY_SUCCESS":"You made your first buy of {proceeds}
{coin} for {cost}","CRYPTO_FIRST_SALE_SUCCESS":"You made your first sale of {proceeds} {coin} for {cost}","CRYPTO_NO_COIN":"You don't have
any {coinName} yet","CRYPTO_NO_COIN_INFO":"Start purchasing coins now","CRYPTO_BUY_COIN":"Buy {coinName}","EDIT_LIST":"Edit
list","REFRESH":"Refresh","HIDE_HOLDINGS":"Hide holdings","INSUFFICIENT_COIN":"You have insufficient {coin} in your wallet to
sell.","INSUFFICIENT_FUNDS":"You have insufficient funds in your wallet.","SHOW_HOLDINGS":"Show holdings","DAY_GAIN":"Day
gain","TOTAL_GAIN":"Total gain","AS_OF":"As of {time}","ADD_SYMBOLS":"Add
Symbols","CUSTOM":"Custom","DELETE":"Delete","DELETE_WATCHLIST":"Delete
Watchlist","DONE":"Done","GET_STARTED_ADD_SYMBOLS":"Get started by searching for companies to add to your new watchlist.","N_SYMBOLS":"{n}
symbols","TOP_HOLDINGS":"Top holdings","SELL_FALLBACK":"Sell all","SEARCH_SYMBOLS":"Search for companies &
symbols","SHOW_MORE":"Show more","SHOW_LESS":"Show less","SORT_BY":"Sort by:","SYMBOL":"Symbol","GET_HELP_WITH_PREMIUM":"Get
help with Premium","PORTFOLIO_ONBOARD_TITLE":"Let's build your first watchlist!","PORTFOLIO_ONBOARD_DESC":"Get started by using the search
bar to find your favorite companies to add to your watchlist.","LINK_BROKER_VISIT":"Link your broker account by visiting","LEARN_MORE":"Learn
more","MARKETS_OPEN":"Market open.","MARKET_TIME_NOTICE_CLOSED":"As of {date} {time}.
{marketState}","MARKET_TIME_NOTICE_CLOSED_SHORT":"At close: {date} {time}","MY_WATCHLIST":"My
Watchlist","ORDER_ERROR_TITLE":"There was a problem processing your order","ORDER_ERROR_INFO":"Let's get this sorted out for
you","ORDER_PREVIEW":"Order preview","ORDER_PROGRESS":"It may take up to a minute.","PORTFOLIOS_TOTAL":"Portfolios
Total","POST_MARKET_NOTICE":"After hours:","POST":"Post","POWERED_BY":"Powered by","PRE":"Pre","PRE_MARKET_NOTICE":"Pre-
Market:","PRIVACY_VZ":"Verizon Media Privacy","PRIVACY_YAHOO":"Yahoo Privacy","PROVIDE_FEEDBACK":"Provide
Feedback","PROGRESS_TRACK":"{current} of {total}","PRICE":"Price","PURCHASE_AMOUNT":"Purchase amount","RECEIVED_ORDER":"We've
received your order","REVIEW_ORDER":"Review Order","SELL":"Sell","SALE_AMOUNT":"Sale amount","SPRED_INFO_DISCLIMER":"The price is
subjected to change.","TAKE_TOUR":"Take the tour","TERMS_VZ":"Verizon Media Terms","TERMS_YAHOO":"Yahoo Terms","TRADE_COIN":"Trade
{coinName}","TRACK_PORTFOLIO":"Track your portfolio","TRANSFER_FUND":"Fund your Wallet","TRY_AGAIN":"Try
again","TRY_OTHER_BROWSER":"Unfortunately broker linking is not currently supported on Chrome. Please try again with another

```
browser","VERIFY_ID":"Verify your ID for a full access","VIEW_ON_YAHOO_FINANCE":"View on Yahoo Finance","UNLINKING":"Unlinking your
account","WALLET_BALANCE":"Purchase power: {amount}","YAHOO_FINANCE":"Yahoo Finance","YODLEE_ERROR":"Something went wrong on our
end. Please try again.","YODLEE_BANK_ERROR":"Sorry, we couldn't connect your bank account","YODLEE_TIMEOUT":"Your session has timed out.
Please sign in again","YODLEE_BANK_STATEMENT":"Linking an account will show up on two cards: My spending and Upcoming
bills.","YODLEE_BANK_LOADING":"Loading","MIN_AMOUNT":"You can buy minimum of $1.00","IMPORTANT_DATE":"Important dates"}}); function
initStreamer(){ window.finWebCore.addAsset('streamer',{async:true}); } if(document.readyState === 'interactive' || document.readyState === 'complete'){
initStreamer(); }else{window.addEventListener('DOMContentLoaded', initStreamer);}}</script><script src="https://s.yimg.com/aaq/benji/benji-2.1.156.js"
async></script>
                        <link href="../assets/_app/immutable/assets/2.CGrlpb6q.css" rel="stylesheet">
                        <link href="../assets/_app/immutable/assets/PageProgressBar.BiqY1tQ5.css" rel="stylesheet">
                        <link href="../assets/_app/immutable/assets/Debug.CqzWRaPl.css" rel="stylesheet">
                        <link href="../assets/_app/immutable/assets/Button.D4GRMVdO.css" rel="stylesheet">
                        <link href="../assets/_app/immutable/assets/Icon.BapOg_Z_.css" rel="stylesheet">
                        <link href="../assets/_app/immutable/assets/AccordionItem.BMzOy3jg.css" rel="stylesheet">
                        <link href="../assets/_app/immutable/assets/Link.CHR7GGSC.css" rel="stylesheet">
                        <link href="../assets/_app/immutable/assets/Switch.BaMlRiYx.css" rel="stylesheet">
                        <link href="../assets/_app/immutable/assets/Tabs.agUa80w0.css" rel="stylesheet">
                        <link href="../assets/_app/immutable/assets/Select.G4QVlChI.css" rel="stylesheet">
                        <link href="../assets/_app/immutable/assets/Tooltip.IRw8ojlh.css" rel="stylesheet">
                        <link href="../assets/_app/immutable/assets/Header.BvCA0Mhu.css" rel="stylesheet">
                        <link href="../assets/_app/immutable/assets/Typography.CaSb88v6.css" rel="stylesheet">
                        <link href="../assets/_app/immutable/assets/85.BX2fcUPp.css" rel="stylesheet">
                        <link href="../assets/_app/immutable/assets/ErrorMsg.CmzKsgiD.css" rel="stylesheet">
                        <link href="../assets/_app/immutable/assets/EventCalendarPreview.CD7glI99.css" rel="stylesheet">
                        <link href="../assets/_app/immutable/assets/Body.Bv5Wp20r.css" rel="stylesheet">
                        <link href="../assets/_app/immutable/assets/Card.DBLqnksU.css" rel="stylesheet">
                        <link href="../assets/_app/immutable/assets/Ticker.BCFDvICn.css" rel="stylesheet">
                        <link href="../assets/_app/immutable/assets/MenuSurface.DK_Clgcq.css" rel="stylesheet">
                        <link href="../assets/_app/immutable/assets/Conversations.DSwj9wmX.css" rel="stylesheet">
                        <link href="../assets/_app/immutable/assets/SkeletonLoader.YZvit63q.css" rel="stylesheet">
                        <link href="../assets/_app/immutable/assets/Dialog.Ch6G-Ji-.css" rel="stylesheet">
                        <link href="../assets/_app/immutable/assets/StoryItem.G3vNikUu.css" rel="stylesheet">
                        <link href="../assets/_app/immutable/assets/Image.BjjiB67D.css" rel="stylesheet">
                        <link href="../assets/_app/immutable/assets/StoryMetaPublishing.uqjoCQC9.css" rel="stylesheet">
                        <link href="../assets/_app/immutable/assets/BlockQuote.Dk_W6yu3.css" rel="stylesheet">
                        <link href="../assets/_app/immutable/assets/Ceros.OQ18F0JQ.css" rel="stylesheet">
                        <link href="../assets/_app/immutable/assets/TpConsentInfo.BuVOM7J7.css" rel="stylesheet">
                        <link href="../assets/_app/immutable/assets/ConsentBlocked.BX5ap7J9.css" rel="stylesheet">
                        <link href="../assets/_app/immutable/assets/CreditCardChart.DSYHtIfR.css" rel="stylesheet">
                        <link href="../assets/_app/immutable/assets/CreditCardModuleAtom.BjurXWD9.css" rel="stylesheet">
```

```
<link href="../assets/_app/immutable/assets/CuratedLinks.DqbgBK1x.css" rel="stylesheet">
<link href="../assets/_app/immutable/assets/SectionHeader.B9ETuNQk.css" rel="stylesheet">
<link href="../assets/_app/immutable/assets/DisplayAdAtom.DpdqGo1m.css" rel="stylesheet">
<link href="../assets/_app/immutable/assets/DynamicNativeAd.CBkjpegG.css" rel="stylesheet">
<link href="../assets/_app/immutable/assets/AdGroup.sIrHohny.css" rel="stylesheet">
<link href="../assets/_app/immutable/assets/Figure.BwFf8ghJ.css" rel="stylesheet">
<link href="../assets/_app/immutable/assets/Image.Ews1QXDR.css" rel="stylesheet">
<link href="../assets/_app/immutable/assets/Iframe.BC3Rc47u.css" rel="stylesheet">
<link href="../assets/_app/immutable/assets/FlourishAtom.CvJzMbci.css" rel="stylesheet">
<link href="../assets/_app/immutable/assets/Heading.n66GvwVk.css" rel="stylesheet">
<link href="../assets/_app/immutable/assets/HorizontalRule.BRadWjuu.css" rel="stylesheet">
<link href="../assets/_app/immutable/assets/Iframely.CqXoMflp.css" rel="stylesheet">
<link href="../assets/_app/immutable/assets/Instagram.Cn-cwTRb.css" rel="stylesheet">
<link href="../assets/_app/immutable/assets/SocialMediaSkeleton.CT6p5E9Q.css" rel="stylesheet">
<link href="../assets/_app/immutable/assets/List.CtTP7CYw.css" rel="stylesheet">
<link href="../assets/_app/immutable/assets/LiveBlog.ChrjKJ12.css" rel="stylesheet">
<link href="../assets/_app/immutable/assets/Newsletter.BKCTumlF.css" rel="stylesheet">
<link href="../assets/_app/immutable/assets/Opinary.BxDYl-19.css" rel="stylesheet">
<link href="../assets/_app/immutable/assets/RelatedVideos.D5xkSSaA.css" rel="stylesheet">
<link href="../assets/_app/immutable/assets/SlideShow.C1sxIMYf.css" rel="stylesheet">
<link href="../assets/_app/immutable/assets/SlideShowCaptions.ltmIGUUR.css" rel="stylesheet">
<link href="../assets/_app/immutable/assets/Carousel.Cp4g2S8g.css" rel="stylesheet">
<link href="../assets/_app/immutable/assets/CarouselButtons.CBkYEHa7.css" rel="stylesheet">
<link href="../assets/_app/immutable/assets/StockTicker.BCnaIFGL.css" rel="stylesheet">
<link href="../assets/_app/immutable/assets/AdvancedChartLink.DGqS8MFU.css" rel="stylesheet">
<link href="../assets/_app/immutable/assets/AddToFollowing.BT7URVqW.css" rel="stylesheet">
<link href="../assets/_app/immutable/assets/QuotePrice.DRrZkeiZ.css" rel="stylesheet">
<link href="../assets/_app/immutable/assets/Streamer.BucjdyxZ.css" rel="stylesheet">
<link href="../assets/_app/immutable/assets/QuoteTitle.CFASGB_1.css" rel="stylesheet">
<link href="../assets/_app/immutable/assets/Table.miBsrMBQ.css" rel="stylesheet">
<link href="../assets/_app/immutable/assets/Tweet.Ctwy7HIE.css" rel="stylesheet">
<link href="../assets/_app/immutable/assets/UpNext.70MuKoUd.css" rel="stylesheet">
<link href="../assets/_app/immutable/assets/VideoPlayer.BRw8yHhh.css" rel="stylesheet">
<link href="../assets/_app/immutable/assets/Spinner.DBQ4b_Oq.css" rel="stylesheet">
<link href="../assets/_app/immutable/assets/VideoEmbedStoryAtom.DF5upZx1.css" rel="stylesheet">
<link href="../assets/_app/immutable/assets/BylineShare.D9bul1UA.css" rel="stylesheet">
<link href="../assets/_app/immutable/assets/FilteredStories.BPiTZy5Q.css" rel="stylesheet">
<link href="../assets/_app/immutable/assets/NoContent.Dkv6jm1i.css" rel="stylesheet">
<link href="../assets/_app/immutable/assets/BreadCrumb.xKBVu039.css" rel="stylesheet">
<link href="../assets/_app/immutable/assets/Layout.Cie9yXEc.css" rel="stylesheet">
```

```
<link href="../assets/_app/immutable/assets/Footer.BvGH1Mdb.css" rel="stylesheet">
<link href="../assets/_app/immutable/assets/Logo.BwBAfWlF.css" rel="stylesheet">
<link href="../assets/_app/immutable/assets/Dock.C27iXkpx.css" rel="stylesheet">
<link href="../assets/_app/immutable/assets/Autocomplete.q9sgwYZU.css" rel="stylesheet">
<link href="../assets/_app/immutable/assets/Sparkline.CfnaMg_z.css" rel="stylesheet">
<link href="../assets/_app/immutable/assets/PositionDeleteMessage.B-8pT6wm.css" rel="stylesheet">
<link href="../assets/_app/immutable/assets/FeatureBarNeo.t1ElZr4L.css" rel="stylesheet">
<link href="../assets/_app/immutable/assets/StoryStream.CkY57iKJ.css" rel="stylesheet"><title>Delta sues CrowdStrike over software update that prompted mass flight disruptions</title><!-- HEAD_svelte-1s46gf5_START --><!-- HTML_TAG_START --><link rel="manifest" href="/manifest.webmanifest"><!-- HTML_TAG_END --><!-- HEAD_svelte-1s46gf5_END --><!-- HEAD_svelte-1qdjli6_START --><!-- HTML_TAG_START --><script id="nimbus-benji-config" type="application/json">{"setting":{"refresh":{"duration":30,"requireUserAction":false,"limit":30,"tabFocus":{"outOfFocusDuration":3},"sameSizeRefresh":true,"reserved":{"duration":60}},"lazyLoad":false,"tracking":{"performance":true,"metrics":true},"taboolaSetting":{"pageType":"article","publisherId":"yahoowebnetwork"},"consent":{"allowOnlyLimitedAds":false,"allowOnlyNonPersonalizedAds":false},"userInfo":{"age":-2147483648,"gender":""}},"event":{"initRender":"DOMContentLoaded"},"feature":{"enableAdCollapse":true,"enableAdStacking":true}},"positions":{"sda-E2E":{"id":"sda-E2E","path":"/22888152279/us/yfin/ros/dt/us_yfin_ros_dt_top_center","region":"index","size":[[3,1],[970,250],[728,90]],"kvs":{"loc":"top_center"},"customSizeConfig":{"Horizon":true}}},"page":"article","device":"desktop","i13n":{"colo":"bf1","lang":"en-US","mrkt":"us","navtype":"server","site":"finance","ver":"nimbus","pg_name":"article","pt":"content","abk":"0","auth_state":"signed_out","partner":"none","uuid":"a2e3b14c-26c5-31b4-933d-d54be2242390","pct":"story","spaceId":"1183300103","type":"story","videoPosition":"","p_cpos:1;"p_hosted":"hosted","pstaid":"a2e3b14c-26c5-31b4-933d-d54be2242390","pstaid_p":"a2e3b14c-26c5-31b4-933d-d54be2242390","pstcat":"business","lmsid":"a0770000002GZ5iAAG","hashtag":"news;business;legalmatters","pd":"modal","spaceid":"1183300103","consent":{"allowContentPersonalization":true,"allowCrossDeviceMapping":true,"allowFirstPartyAds":true,"allowSellPersonalInfo":true,"canEmbedThirdPartyContent":true,"canSell":true,"consentedVendors":[],"allowAds":true,"allowOnlyLimitedAds":false,"rejectedAllConsent":false,"allowOnlyNonPersonalizedAds":false},"authed":"0","ynet":"0","ssl":"1","spdy":"0","ytee":"0","mode":"normal","tpConsent":true,"adblock":"0","bucket":["rocket_GA_desk_test-3-v1","ypf-bankrate-widget-control-v2-q4","yf-portfoliodetail-control","fin-nimbus-article-enabled"],"device":"desktop","bot":"0","browser":"chrome","app":"unknown","ecma":"modern","environment":"prod","gdpr":false,"dir":"ltr","intl":"us","network":"broadband","os":"windows nt","region":"US","time":1730471024510,"tz":"America/New_York","usercountry":"US","rmp":"0","webview":"0","feature":["disableServiceRewrite","enableAnalystRatings","enableBankrateModalAd","enableChartbeat","enableChatSupport","enableCompare","enableCompareConvertCurrency","enableConsentAndGTM","enableCurrencyConverter","enableDockAddToFollowing","enableDockCondensedHeader","enableDockNeoOptoutLink","enableDockPortfolioControl","enableExperimentalDockModules","enableLazyQSP","enableLiveBlogStatus","enableMarketsHub","enableNeoArticle","enableNeoGreen","enableNeoHouseCalcPage","enableNeoMortgageCalcPage","enableNeoOptOut","enableNeoQSPReportsLeaf","enablePersonalFinanceArticleReadMoreAlgo","enablePersonalFinanceNewsletterIntegration","enablePersonalFinanceZillowIntegration","enablePf23SubsSpotlight","enablePfLandingP2","enablePfStreaming","enablePinholeScreenshotOGForQuote","enablePlus","enablePortalStockStory","enableQSPChartNewShading","enableQSPChartRangeTooltips","enableQSPEarningsVsRev","enableQSPHistoryPlusDownload","enableQSPNavIcon","enableQuoteLookup","enableRecentQuotes","enableResearchHub","enableScreenerRedesign","enableSECFiling","enableSignInBeforeCheckout","enableSmartAssetMsgA","enableStockStoryPfPage","enableTradeNow","enableUpgradeBadge","enableCompareFeatures","enableFinancePremiumArticle","enableGenericHeatMap","enableL2L3AB","enableMarketsLeafHeatMap","enableQSPIndustryHeatmap","enableStatusBadge","enableRapidClientOnlyPageView","enableRocketOptIn","enableArticleVideoDocking"],"isDebug":false,"isForScreenshot":false,"isWebview":false,"theme":"li
```

ght","pnrID":"","areAdsEnabled":true,'ccpa':{"warning":"","footerSequence":["terms_and_privacy","dashboard"],"links":{"dashboard":{"url":"https://guce.yah oo.com/privacy-dashboard?locale=en-US","label":"Privacy Dashboard"},"terms_and_privacy":{"multiurl":true,"label":"${terms_link}Terms${end_link} and ${privacy_link}Privacy Policy${end_link}","urls":{"terms_link":"https://guce.yahoo.com/terms?locale=en-US","privacy_link":"https://guce.yahoo.com/privacy-policy?locale=en-US"}}}},"yrid":"559jmjtji9p3g","user":{"age":-2147483648,"crumb":"iL1jcPyzNw7","firstName":null,"gender":"","year":0},"lu":"0"}}]</script><!-- HTML_TAG_END --><!-- HEAD_svelte-1qdjli6_END -->

><!-- HEAD_svelte-7r4tb6_START --><meta name="title" content="Delta sues CrowdStrike over software update that prompted mass flight disruptions"><meta name="description" content="WASHINGTON (Reuters) -Delta Air Lines on Friday sued cybersecurity firm  CrowdStrike in a Georgia state court after a global outage in July caused mass flight cancellations, disrupted travel plans of 1.3 million customers and cost the carrier more than $500 million.  Delta's lawsuit filed in Fulton County Superior Court called the faulty software update from CrowdStrike &quot;catastrophic&quot; and said the firm &quot;forced untested and faulty updates to its customers, causing more than 8.5 million Microsoft Windows-based computers around the world to crash.&quot;  &quot;Delta's claims are based on disproven misinformation, demonstrate a lack of understanding of how modern cybersecurity works, and reflect a desperate attempt to shift blame for its slow recovery away from its failure to modernize its antiquated IT infrastructure,&quot; CrowdStrike said late on Friday."><meta name="keywords" content="Delta Air Lines, CrowdStrike, flight cancellations, Fulton County Superior Court"><meta name="viewport" content="width=device-width, initial-scale=1"><meta http-equiv="x-dns-prefetch-control" content="on"><meta name="theme-color" content="#037B66"><meta name="oath:guce:consent-host" content="guce.yahoo.com"><meta property="twitter:dnt" content="on"><meta name="twitter:site" content="@YahooFinance"><meta property="twitter:description" content="WASHINGTON (Reuters) -Delta Air Lines on Friday sued cybersecurity firm  CrowdStrike in a Georgia state court after a global outage in July caused mass flight cancellations, disrupted travel plans of 1.3 million customers and cost the carrier more than $500 million.  Delta's lawsuit filed in Fulton County Superior Court called the faulty software update from CrowdStrike &quot;catastrophic&quot; and said the firm &quot;forced untested and faulty updates to its customers, causing more than 8.5 million Microsoft Windows-based computers around the world to crash.&quot; &quot;Delta's claims are based on disproven misinformation, demonstrate a lack of understanding of how modern cybersecurity works, and reflect a desperate attempt to shift blame for its slow recovery away from its failure to modernize its antiquated IT infrastructure,&quot; CrowdStrike said late on Friday."><meta property="twitter:title" content="Delta sues CrowdStrike over software update that prompted mass flight disruptions"><meta property="twitter:image" content="https://media.zenfs.com/en/reuters-finance.com/128e2c024bcd7e971bc23be9c4794c3e"><meta name="twitter:image:src" content="https://media.zenfs.com/en/reuters-finance.com/128e2c024bcd7e971bc23be9c4794c3e"><meta name="twitter:card" content="summary_large_image"><meta property="fb:app_id" content="458584288257241"><meta property="fb:pages" content="458584288257241"><meta name="ogImg" property="og:image" content="https://media.zenfs.com/en/reuters-finance.com/128e2c024bcd7e971bc23be9c4794c3e"><meta property="og:image:width" content="800"><meta property="og:type" content="article"><meta property="og:image:height" content="533"><meta name="robots" content="max-image-preview:large"><meta property="og:description" content="WASHINGTON (Reuters) -Delta Air Lines on Friday sued cybersecurity firm  CrowdStrike in a Georgia state court after a global outage in July caused mass flight cancellations, disrupted travel plans of 1.3 million customers and cost the carrier more than $500 million.  Delta's lawsuit filed in Fulton County Superior Court called the faulty software update from CrowdStrike &quot;catastrophic&quot; and said the firm &quot;forced untested and faulty updates to its customers, causing more than 8.5 million Microsoft Windows-based computers around the world to crash.&quot;  &quot;Delta's claims are based on disproven misinformation, demonstrate a lack of understanding of how modern cybersecurity works, and reflect a desperate attempt to shift blame for its slow recovery away from its failure to modernize its antiquated IT infrastructure,&quot; CrowdStrike said on Friday."><meta property="og:title" content="Delta sues CrowdStrike over software update that prompted mass flight disruptions"><meta property="og:url" content="https://finance.yahoo.com/news/delta-sues-crowdstrike-over-software-222235834.html"><meta property="og:type" content="article"><meta property="og:site_name" content="Yahoo Finance"><meta property="al:ios:app_store_id" content="328412701"><meta property="al:ios:app_name" content="Yahoo Finance"><meta property="al:android:url" content="intent://#Intent;scheme=yfinance;action=android.intent.action.VIEW;package=com.yahoo.mobile.client.android.finance;S.browser_fallback_url=https %3A%2F%2Fplay.google.com%2Fstore%2Fapps%2Fdetails%3Fid%3Dcom.yahoo.mobile.client.android.finance;end"><meta property="al:android:app_name" content="Yahoo Finance"><meta property="al:android:package" content="com.yahoo.mobile.client.android.finance"><meta property="apple-itunes-app"

content="app-id=328412701, app-clip-bundle-id=com.yahoo.finance.clip-qsp, affiliate-data=ct=us.fin.mbl.smart-banner&amp;pt=9029, app-argument=https://yfinance.onelink.me/3068494570?pid=SmartBanner&amp;c=US_Acquisition_YMktg_337__&amp;af_sub1=Acquisition&amp;af_sub2=US_YMktg&amp;af_sub3=&amp;af_sub4=100000591&amp;af_sub5=YahooFinanceApp__SmartBanner_"><meta name="conf:cjs:consent-event-listener" content="true"><link rel="icon" href="https://s.yimg.com/cv/apiv2/finance/favicon_y19_16x16_custom.png" type="image/png" sizes="16x16"><link rel="icon" href="https://s.yimg.com/cv/apiv2/finance/favicon_y19_32x32_custom.png" type="image/png" sizes="32x32"><link rel="icon" href="https://s.yimg.com/cv/apiv2/finance/favicon_y19_32x32_custom.svg" type="image/svg+xml" sizes="any"><link rel="apple-touch-icon" href="https://s.yimg.com/cv/apiv2/default/finance/favicon-180x180.png" sizes="180x180"><link rel="canonical" href="https://finance.yahoo.com/news/delta-sues-crowdstrike-over-software-222235834.html"><!-- HEAD_svelte-7r4tb6_END --><!-- HEAD_svelte-lofnwo_START --><!-- HEAD_svelte-lofnwo_END --><!-- HEAD_svelte-4ryzca_START --><!-- HEAD_svelte-4ryzca_END --><!-- HEAD_svelte-14bvn5x_START --><!-- HTML_TAG_START --><script>function onRapidLoad(){if(window?.YAHOO?.i13n?.Rapid){const n={"async_all_clicks":true,"click_timeout":300,"client_only":1,"compr_type":"deflate","dwell_on":true,"keys":{"colo":"bf1","lang":"en-US","mrkt":"us","navtype":"server","site":"finance","ver":"nimbus","pg_name":"article","pt":"content","abk":"","auth_state":"signed_out","partner":"none","uuid":"a2e3b14c-26c5-31b4-933d-d54be2242390","pct":"story","spaceId":"1183300103","type":"story","videoPosition":"","p_cpos":1,"p_hosted":"hosted","pstaid":"a2e3b14c-26c5-31b4-933d-d54be2242390","pstaid_p":"a2e3b14c-26c5-31b4-933d-d54be2242390","pstcat":"business","lmsid":"a0770000002GZ5iAAG","hashtag":"news;business;legalmatters","pd":"modal"},"pageview_on_init":true,"perf_navigationtime":2,"perf_resourcetime":1,"query_parameters":true,"spaceid":"1183300103","test_id":["rocket_GA_desk_test-3-v1","ypf-bankrate-widget-control-v2-q4","yf-portfoliodetail-control","fin-nimbus-article-enabled"],"track_right_click":true,"tracked_mods_viewability":[],"viewability":true,"webworker_file":"/__rapidworker-1.2.js"};window.rapidInstance=new window.YAHOO.i13n.Rapid(n)}}</script><!-- HTML_TAG_END --><link rel="stylesheet" href="https://s.yimg.com/uc/finance/cosaic/css/finQuote-cc91ea5c.b9a6c12fc99ea24dec24.css"><link rel="stylesheet" href="https://s.yimg.com/uc/finance/cosaic/css/common-182f79bf.be9bec833d1c565712fa.css"><link rel="stylesheet" href="https://s.yimg.com/uc/finance/cosaic/css/common-dfdb1726.d7942345607e91058630.css"><script src="https://s.yimg.com/rx/ev/builds/1.9.6/evplayer.js" async onload="onNimbusEVPlayerReady()"></script><script src="https://s.yimg.com/uc/finance/cosaic/js/finQuote-3b430431.241e44444da1a5dc2dfd.js" defer></script><script src="https://s.yimg.com/uc/finance/cosaic/js/vendors-d5c1e108.f9f09489ebe15dcb9378.js" defer></script><script src="https://s.yimg.com/uc/finance/cosaic/js/chartiq.a853499a494447ff21bd.js" defer></script><script src="https://s.yimg.com/uc/finance/cosaic/js/common-7db6e8e4.f104c9e0b9799bcdaec7.js" defer></script><script src="https://s.yimg.com/uc/finance/cosaic/js/finQuote-e859d40f.4b493ebda31429b69d27.js" defer></script><script src="https://s.yimg.com/uc/finance/cosaic/js/vendors-49d0a293.2d9795d57f8ea276491a.js" defer></script><script src="https://s.yimg.com/uc/finance/cosaic/js/common-756fe656.2348216a8979fd675051.js" defer></script><script src="https://s.yimg.com/uc/finance/cosaic/js/common-92b2eb23.92af635b5639595f5ba0.js" defer></script><script src="https://s.yimg.com/uc/finance/cosaic/js/common-d20b4312.42063c28452ea432e1a7.js" defer></script><script src="https://s.yimg.com/uc/finance/cosaic/js/common-182f79bf.9f12f0847d379d521acc.js" defer></script><script src="https://s.yimg.com/uc/finance/cosaic/js/common-e6a21627.7eccebff61e850923900.js" defer></script><script src="https://s.yimg.com/uc/finance/cosaic/js/common-18445eb6.ada2a964e77b4cda5a8e.js" defer></script><script src="https://s.yimg.com/uc/finance/cosaic/js/common-28a36deb.0ce795244fe29eeb1155.js" defer></script><script src="https://s.yimg.com/uc/finance/cosaic/js/common-e22f7dc6.b2a120b922c21af6e8bd.js" defer></script><script src="https://s.yimg.com/uc/finance/cosaic/js/common-bff47d4d.3d2e7be8f4a9cc067b94.js" defer></script><script src="https://s.yimg.com/uc/finance/cosaic/js/common-de239c91.fbfd1b5e52a435a05342.js" defer></script><script src="https://s.yimg.com/uc/finance/cosaic/js/common-3e9593a4.89e31efed0e703d38c43.js" defer></script><script src="https://s.yimg.com/uc/finance/cosaic/js/common-a4fe50fb.a5deeefc1b6a0174aa08.js" defer></script><script

```
src="https://s.yimg.com/uc/finance/cosaic/js/common-17a0a1b3.506eb4e54aace8582cac.js" defer></script><script
src="https://s.yimg.com/uc/finance/cosaic/js/common-1a02c5ac.678f6e7bb1cd475745cf.js" defer></script><script
src="https://s.yimg.com/uc/finance/cosaic/js/common-9635bfbd.3aaeafa3362ce212c64e.js" defer></script><script
src="https://s.yimg.com/uc/finance/cosaic/js/common-60a025ce.71841724c45518b5cb2e.js" defer></script><script
src="https://s.yimg.com/uc/finance/cosaic/js/common-47fdab56.69730b2ea9b1f2a7527c.js" defer></script><script
src="https://s.yimg.com/uc/finance/cosaic/js/common-221e929c.df64444d3a2f2bd23a1c.js" defer></script><script
src="https://s.yimg.com/uc/finance/cosaic/js/common-ed551f3e.724098f75e1e49fd0159.js" defer></script><script
src="https://s.yimg.com/uc/finance/cosaic/js/common-639f5d9a.36e9c1a7449b2a1ebe26.js" defer></script><!-- HEAD_svelte-14bvn5x_END --><!--
HEAD_svelte-pxqehb_START --><!-- HTML_TAG_START --><script
type="application/ld+json">{"@context":"http://schema.org","@type":"NewsArticle","mainEntityOfPage":"https://finance.yahoo.com/news/delta-sues-
crowdstrike-over-software-222235834.html","headline":"Delta sues CrowdStrike over software update that prompted mass flight
disruptions","datePublished":"2024-10-26T00:42:16.000Z","dateModified":"2024-10-26T00:42:16.000Z","keywords":["Delta Air Lines","CrowdStrike","flight
cancellations","Fulton County Superior Court"],"description":"WASHINGTON (Reuters) -Delta Air Lines on Friday sued cybersecurity firm  CrowdStrike in a
Georgia state court after a global outage in July caused mass...","publisher":{"@type":"Organization","name":"Yahoo
Finance","logo":{"@type":"ImageObject","url":"https://s.yimg.com/rz/p/yahoo_finance_en-
US_h_p_finance_2.png","width":354,"height":50},"url":"https://finance.yahoo.com/"},"author":{"@type":"Person","name":"David
Shepardson","url":"","jobTitle":""},"creator":{"@type":"Person","name":"David
Shepardson","url":"","jobTitle":""},"provider":{"@type":"Organization","name":"Reuters","url":"http://www.reuters.com/","logo":{"@type":"ImageObject","wi
dth":428,"height":100,"url":"https://s.yimg.com/os/creatr-uploaded-images/2020-11/62e21440-2fbd-11eb-95ff-
5673fa3d2f9f"}},"image":{"@type":"ImageObject","url":"https://s.yimg.com/ny/api/res/1.2/CCekv2338JaHADqXDlMkdQ--
/YXBwaWQ9aGlnaGxhbmRlcjt3PTk2MDtoPTY0MDtjZj13ZWJw/https://media.zenfs.com/en/reuters-
finance.com/128e2c024bcd7e971bc23be9c4794c3e","height":533,"width":800},"thumbnailUrl":"https://s.yimg.com/ny/api/res/1.2/CCekv2338JaHADqXDlMkd
Q--/YXBwaWQ9aGlnaGxhbmRlcjt3PTk2MDtoPTY0MDtjZj13ZWJw/https://media.zenfs.com/en/reuters-
finance.com/128e2c024bcd7e971bc23be9c4794c3e"}</script><!-- HTML_TAG_END --><!-- HTML_TAG_START --><script type="application/json"
id="article-metadata">{"uuid":"a2e3b14c-26c5-31b4-933d-d54be2242390"}</script><!-- HTML_TAG_END --><!-- HEAD_svelte-pxqehb_END --> <script
src="https://s.yimg.com/ss/analytics-3.57.2.js" async onload="onRapidLoad()"></script><script
src="https://s.yimg.com/uc/finance/srchjs/1.1.97/js/finSearch.modern.js" async onload="initFinSearch()"></script><script>(function(){"use strict";var
o=(n=>(n.DESTROYED="nimbus:ad-destroyed",n.AD_CONTROLLER_READY="nimbus:ad-controller-ready",n))(o||{});const
d=["SLOT_REQUESTED","RENDER_SUCCEEDED","RENDER_FAILED"],i=[];let r=!1;function a(n){r||i.push(n)}function s(n){r=!0;for(const e of i){const
t=n.detail.events[e.name];t&&t(e)}}function u(){const n=document.getElementById("nimbus-benji-config");if(!(!n||!n.textContent))try{return
JSON.parse(n.textContent)}catch{}}function c(){var t;const n=u();if(!n)return;function e(){for(const E of
d)window.benji.on(E,a);window.benji.start(n)}if(window.addEventListener(o.AD_CONTROLLER_READY,s),(t=window.benji)!=null&&t.start){e();return}win
dow.addEventListener("benji:mounted",e)}c()})();
</script>
    </head>

    <body id="atomic">
        <div id="sda-E2E" class="sdaContainer tw-m-0 tw-py-2 sm:tw-py-4 md:tw-py-6 tw-flex tw-justify-center hideOnPrint"></div>
        <div id="svelte">  <!-- HTML_TAG_START --><script type="module">if
(!window._nimbus){window._nimbus={appState:{}};};window._nimbus.appState.debug={"headers":{},"liveConfig":{},"perf":[],"start":0,"content":[]};</script>
```

<!-- HTML_TAG_END -->  <!-- HTML_TAG_START --><script type="application/json" id="fin-trending-tickers">[{"fullExchangeName":"NasdaqGS","symbol":"AMZN","gmtOffSetMilliseconds":-14400000,"language":"en-US","regularMarketTime":{"raw":1730471023,"fmt":"10:23AM EDT"},"regularMarketChangePercent":{"raw":6.630959,"fmt":"6.63%"},"quoteType":"EQUITY","typeDisp":"Equity","companyLogoUrl":"https://s.yimg.com/lb/brands/150x150_amazon.png","tradeable":false,"regularMarketPreviousClose":{"raw":186.4,"fmt":"186.40"},"exchangeTimezoneName":"America/New_York","trendingScore":{"raw":181.47774334406768,"fmt":"18,147.77%"},"regularMarketChange":{"raw":12.360107,"fmt":"12.36"},"cryptoTradeable":false,"exchangeDataDelayedBy":0,"firstTradeDateMilliseconds":863703000000,"exchangeTimezoneShortName":"EDT","logoUrl":"https://s.yimg.com/lb/brands/150x150_amazon.png","hasPrePostMarketData":true,"marketState":"REGULAR","regularMarketPrice":{"raw":198.7601,"fmt":"198.76"},"customPriceAlertConfidence":"HIGH","market":"us_market","quoteSourceName":"Nasdaq Real Time Price","priceHint":2,"exchange":"NMS","sourceInterval":15,"shortName":"Amazon.com, Inc.","region":"US","triggerable":true,"longName":"Amazon.com, Inc."},{"fullExchangeName":"NasdaqGS","symbol":"INTC","gmtOffSetMilliseconds":-14400000,"language":"en-US","regularMarketTime":{"raw":1730471022,"fmt":"10:23AM EDT"},"regularMarketChangePercent":{"raw":6.7746243,"fmt":"6.77%"},"quoteType":"EQUITY","typeDisp":"Equity","companyLogoUrl":"https://s.yimg.com/lb/brands/150x150_intel.png","tradeable":false,"regularMarketPreviousClose":{"raw":21.52,"fmt":"21.52"},"exchangeTimezoneName":"America/New_York","trendingScore":{"raw":95.7088005028326,"fmt":"9,570.88%"},"regularMarketChange":{"raw":1.4578991,"fmt":"1.46"},"cryptoTradeable":false,"exchangeDataDelayedBy":0,"firstTradeDateMilliseconds":322151400000,"exchangeTimezoneShortName":"EDT","logoUrl":"https://s.yimg.com/lb/brands/150x150_intel.png","hasPrePostMarketData":true,"marketState":"REGULAR","regularMarketPrice":{"raw":22.9779,"fmt":"22.98"},"customPriceAlertConfidence":"HIGH","market":"us_market","quoteSourceName":"Nasdaq Real Time Price","priceHint":2,"exchange":"NMS","sourceInterval":15,"shortName":"Intel Corporation","region":"US","triggerable":true,"longName":"Intel Corporation"},{"fullExchangeName":"NasdaqGS","symbol":"AAPL","gmtOffSetMilliseconds":-14400000,"language":"en-US","regularMarketTime":{"raw":1730471022,"fmt":"10:23AM EDT"},"regularMarketChangePercent":{"raw":-0.56659675,"fmt":"-0.57%"},"quoteType":"EQUITY","typeDisp":"Equity","companyLogoUrl":"https://s.yimg.com/lb/brands/150x150_apple.png","tradeable":false,"regularMarketPreviousClose":{"raw":225.91,"fmt":"225.91"},"exchangeTimezoneName":"America/New_York","trendingScore":{"raw":82.73744775206248,"fmt":"8,273.74%"},"regularMarketChange":{"raw":-1.2799988,"fmt":"-1.28"},"cryptoTradeable":false,"exchangeDataDelayedBy":0,"firstTradeDateMilliseconds":345479400000,"exchangeTimezoneShortName":"EDT","logoUrl":"https://s.yimg.com/lb/brands/150x150_apple.png","hasPrePostMarketData":true,"marketState":"REGULAR","regularMarketPrice":{"raw":224.63,"fmt":"224.63"},"customPriceAlertConfidence":"HIGH","market":"us_market","quoteSourceName":"Nasdaq Real Time Price","priceHint":2,"exchange":"NMS","sourceInterval":15,"shortName":"Apple Inc.","region":"US","triggerable":true,"longName":"Apple Inc."},{"fullExchangeName":"Toronto","symbol":"AC.TO","gmtOffSetMilliseconds":-14400000,"language":"en-US","regularMarketTime":{"raw":1730471022,"fmt":"10:23AM EDT"},"regularMarketChangePercent":{"raw":11.923688,"fmt":"11.92%"},"quoteType":"EQUITY","typeDisp":"Equity","tradeable":false,"regularMarketPreviousClose":{"raw":18.87,"fmt":"18.87"},"exchangeTimezoneName":"America/Toronto","trendingScore":{"raw":71.73128916083901,"fmt":"7,173.13%"},"regularMarketChange":{"raw":2.25,"fmt":"2.25"},"cryptoTradeable":false,"exchangeDataDelayedBy":15,"firstTradeDateMilliseconds":1269955800000,"exchangeTimezoneShortName":"EDT","hasPrePostMarketData":false,"marketState":"REGULAR","regularMarketPrice":{"raw":21.12,"fmt":"21.12"},"customPriceAlertConfidence":"LOW","market":"ca_market","quoteSourceName":"Free Realtime Quote","priceHint":2,"exchange":"TOR","sourceInterval":15,"shortName":"AIR CANADA","region":"US","triggerable":false,"longName":"Air Canada"},{"fullExchangeName":"NYSE","symbol":"XOM","gmtOffSetMilliseconds":-14400000,"language":"en-US","regularMarketTime":{"raw":1730471023,"fmt":"10:23AM EDT"},"regularMarketChangePercent":{"raw":0.33396077,"fmt":"0.33%"},"quoteType":"EQUITY","typeDisp":"Equity","tradeable":false,"regularMarketPreviousClose":{"raw":116.78,"fmt":"116.78"},"exchangeTimezoneName":"America/New_York","trendingScore":{"raw":60.190895345004996,"fmt":"6,019.09%"},"regularMarketChange":{"raw":0.3899994,"fmt":"0.39"},"cryptoTradeable":false,"exchangeDataDelayedBy":0,"firstTradeDateMilliseconds":-252322200000,"exchangeTimezoneShortName":"EDT","hasPrePostMarketData":true,"marketState":"REGULAR","regularMarketPrice":{"raw":117.17,"fmt":"1

17.17"},"customPriceAlertConfidence":"LOW","market":"us_market","quoteSourceName":"Nasdaq Real Time Price","priceHint":2,"exchange":"NYQ","sourceInterval":15,"shortName":"Exxon Mobil Corporation","region":"US","triggerable":false,"longName":"Exxon Mobil Corporation"},{"fullExchangeName":"NYSE American","symbol":"GSAT","gmtOffSetMilliseconds":-14400000,"language":"en-US","regularMarketTime":{"raw":1730471022,"fmt":"10:23AM EDT"},"regularMarketChangePercent":{"raw":23.150368,"fmt":"23.15%"},"quoteType":"EQUITY","typeDisp":"Equity","tradeable":false,"regularMarketPreviousClose":{"raw":1.05,"fmt":"1.0500"},"exchangeTimezoneName":"America/New_York","trendingScore":{"raw":50.00984242155095,"fmt":"5,000.98%"},"regularMarketChange":{"raw":0.24250007,"fmt":"0.2425"},"cryptoTradeable":false,"exchangeDataDelayedBy":0,"firstTradeDateMilliseconds":1162477800000,"exchangeTimezoneShortName":"EDT","hasPrePostMarketData":true,"marketState":"REGULAR","regularMarketPrice":{"raw":1.2925,"fmt":"1.2925"},"customPriceAlertConfidence":"LOW","market":"us_market","quoteSourceName":"Nasdaq Real Time Price","priceHint":4,"exchange":"ASE","sourceInterval":15,"shortName":"Globalstar, Inc.","region":"US","triggerable":false,"longName":"Globalstar, Inc."},{"fullExchangeName":"NasdaqGS","symbol":"TEAM","gmtOffSetMilliseconds":-14400000,"language":"en-US","regularMarketTime":{"raw":1730471017,"fmt":"10:23AM EDT"},"regularMarketChangePercent":{"raw":14.559252,"fmt":"14.56%"},"quoteType":"EQUITY","typeDisp":"Equity","companyLogoUrl":"https://s.yimg.com/lb/brands/150x150_atlassian.png","tradeable":false,"regularMarketPreviousClose":{"raw":188.54,"fmt":"188.54"},"exchangeTimezoneName":"America/New_York","trendingScore":{"raw":49.364773852375784,"fmt":"4,936.48%"},"regularMarketChange":{"raw":27.450012,"fmt":"27.45"},"cryptoTradeable":false,"exchangeDataDelayedBy":0,"firstTradeDateMilliseconds":1449671400000,"exchangeTimezoneShortName":"EDT","logoUrl":"https://s.yimg.com/lb/brands/150x150_atlassian.png","hasPrePostMarketData":true,"marketState":"REGULAR","regularMarketPrice":{"raw":215.99,"fmt":"215.99"},"customPriceAlertConfidence":"HIGH","market":"us_market","quoteSourceName":"Nasdaq Real Time Price","priceHint":2,"exchange":"NMS","sourceInterval":15,"shortName":"Atlassian Corporation","region":"US","triggerable":true,"longName":"Atlassian Corporation"},{"fullExchangeName":"NYSE","symbol":"CVX","gmtOffSetMilliseconds":-14400000,"language":"en-US","regularMarketTime":{"raw":1730471021,"fmt":"10:23AM EDT"},"regularMarketChangePercent":{"raw":3.8570735,"fmt":"3.86%"},"quoteType":"EQUITY","typeDisp":"Equity","tradeable":false,"regularMarketPreviousClose":{"raw":148.82,"fmt":"148.82"},"exchangeTimezoneName":"America/New_York","trendingScore":{"raw":48.37307900232252,"fmt":"4,837.31%"},"regularMarketChange":{"raw":5.740097,"fmt":"5.74"},"cryptoTradeable":false,"exchangeDataDelayedBy":0,"firstTradeDateMilliseconds":-252322200000,"exchangeTimezoneShortName":"EDT","hasPrePostMarketData":true,"marketState":"REGULAR","regularMarketPrice":{"raw":154.5601,"fmt":"154.56"},"customPriceAlertConfidence":"LOW","market":"us_market","quoteSourceName":"Nasdaq Real Time Price","priceHint":2,"exchange":"NYQ","sourceInterval":15,"shortName":"Chevron Corporation","region":"US","triggerable":false,"longName":"Chevron Corporation"},{"fullExchangeName":"NYSE","symbol":"BA","gmtOffSetMilliseconds":-14400000,"language":"en-US","regularMarketTime":{"raw":1730471022,"fmt":"10:23AM EDT"},"regularMarketChangePercent":{"raw":2.6789901,"fmt":"2.68%"},"quoteType":"EQUITY","typeDisp":"Equity","tradeable":false,"regularMarketPreviousClose":{"raw":149.31,"fmt":"149.31"},"exchangeTimezoneName":"America/New_York","trendingScore":{"raw":46.349049529841444,"fmt":"4,634.90%"},"regularMarketChange":{"raw":4,"fmt":"4.00"},"cryptoTradeable":false,"exchangeDataDelayedBy":4,"firstTradeDateMilliseconds":-252322200000,"exchangeTimezoneShortName":"EDT","hasPrePostMarketData":true,"marketState":"REGULAR","regularMarketPrice":{"raw":153.31,"fmt":"153.31"},"customPriceAlertConfidence":"LOW","market":"us_market","quoteSourceName":"Nasdaq Real Time Price","priceHint":2,"exchange":"NYQ","sourceInterval":15,"shortName":"Boeing Company (The)","region":"US","triggerable":false,"longName":"The Boeing Company"},{"fullExchangeName":"NasdaqGS","symbol":"MRVL","gmtOffSetMilliseconds":-14400000,"language":"en-US","regularMarketTime":{"raw":1730471022,"fmt":"10:23AM EDT"},"regularMarketChangePercent":{"raw":8.26364,"fmt":"8.26%"},"quoteType":"EQUITY","typeDisp":"Equity","tradeable":false,"regularMarketPreviousClose":{"raw":80.11,"fmt":"80.11"},"exchangeTimezoneName":"America/New_York","trendingScore":{"raw":42.922811569888516,"fmt":"4,292.28%"},"regularMarketChange":{"raw":6.6200027,"fmt":"6.62"},"cryptoTradeable":false,"exchangeDataDelayedBy":0,"firstTradeDateMilliseconds":962371800000,"exchang

eTimezoneShortName":"EDT","hasPrePostMarketData":true,"marketState":"REGULAR","regularMarketPrice":{"raw":86.73,"fmt":"86.73"},"customPriceAlert Confidence":"HIGH","market":"us_market","quoteSourceName":"Nasdaq Real Time Price","priceHint":2,"exchange":"NMS","sourceInterval":15,"shortName":"Marvell Technology, Inc.","region":"US","triggerable":true,"longName":"Marvell Technology, Inc."},{"fullExchangeName":"NYSE","symbol":"FUBO","gmtOffSetMilliseconds":-14400000,"language":"en-US","regularMarketTime":{"raw":1730471014,"fmt":"10:23AM EDT"},"regularMarketChangePercent":{"raw":-7.7586203,"fmt":"-7.76%"},"quoteType":"EQUITY","typeDisp":"Equity","companyLogoUrl":"https://s.yimg.com/lb/brands/150x150_fubotv.png","tradeable":false,"regularMarket PreviousClose":{"raw":1.74,"fmt":"1.7400"},"exchangeTimezoneName":"America/New_York","trendingScore":{"raw":39.45717525379502,"fmt":"3,945.72%" },"regularMarketChange":{"raw":-0.13499999,"fmt":"-0.1350"},"cryptoTradeable":false,"exchangeDataDelayedBy":0,"firstTradeDateMilliseconds":1553693400000,"exchangeTimezoneShortName":"EDT","logoUrl" :"https://s.yimg.com/lb/brands/150x150_fubotv.png"},"hasPrePostMarketData":true,"marketState":"REGULAR","regularMarketPrice":{"raw":1.605,"fmt":"1.605 0"},"customPriceAlertConfidence":"LOW","market":"us_market","quoteSourceName":"Nasdaq Real Time Price","priceHint":4,"exchange":"NYQ","sourceInterval":15,"shortName":"fuboTV Inc.","region":"US","triggerable":false,"longName":"fuboTV Inc."},{"fullExchangeName":"NYSE American","symbol":"TOVX","gmtOffSetMilliseconds":-14400000,"language":"en-US","regularMarketTime":{"raw":1730471021,"fmt":"10:23AM EDT"},"regularMarketChangePercent":{"raw":34.28767,"fmt":"34.29%"},"quoteType":"EQUITY","typeDisp":"Equity","tradeable":false,"regularMarketPreviou sClose":{"raw":1.46,"fmt":"1.4600"},"exchangeTimezoneName":"America/New_York","trendingScore":{"raw":36.49488944269171,"fmt":"3,649.49%"},"regul arMarketChange":{"raw":0.5006,"fmt":"0.5006"},"cryptoTradeable":false,"exchangeDataDelayedBy":0,"firstTradeDateMilliseconds":1166452200000,"exchang eTimezoneShortName":"EDT","hasPrePostMarketData":true,"marketState":"REGULAR","regularMarketPrice":{"raw":1.9606,"fmt":"1.9606"},"customPriceAl ertConfidence":"LOW","market":"us_market","quoteSourceName":"Nasdaq Real Time Price","priceHint":4,"exchange":"ASE","sourceInterval":15,"shortName":"Theriva Biologics, Inc.","region":"US","triggerable":false,"longName":"Theriva Biologics, Inc."},{"fullExchangeName":"NYSE","symbol":"ABT","gmtOffSetMilliseconds":-14400000,"language":"en-US","regularMarketTime":{"raw":1730471023,"fmt":"10:23AM EDT"},"regularMarketChangePercent":{"raw":4.7014146,"fmt":"4.70%"},"quoteType":"EQUITY","typeDisp":"Equity","companyLogoUrl":"https://s.yimg.com /lb/brands/150x150_abbott.png","tradeable":false,"regularMarketPreviousClose":{"raw":113.37,"fmt":"113.37"},"exchangeTimezoneName":"America/New_Yor k","trendingScore":{"raw":35.42915432862862,"fmt":"3,542.92%"},"regularMarketChange":{"raw":5.329994,"fmt":"5.33"},"cryptoTradeable":false,"exchange DataDelayedBy":0,"firstTradeDateMilliseconds":322151400000,"exchangeTimezoneShortName":"EDT","logoUrl":"https://s.yimg.com/lb/brands/150x150_abb ott.png","hasPrePostMarketData":true,"marketState":"REGULAR","regularMarketPrice":{"raw":118.7,"fmt":"118.70"},"customPriceAlertConfidence":"LOW"," market":"us_market","quoteSourceName":"Nasdaq Real Time Price","priceHint":2,"exchange":"NYQ","sourceInterval":15,"shortName":"Abbott Laboratories","region":"US","triggerable":false,"longName":"Abbott Laboratories"},{"fullExchangeName":"NYSE","symbol":"W","gmtOffSetMilliseconds":-14400000,"language":"en-US","regularMarketTime":{"raw":1730471023,"fmt":"10:23AM EDT"},"regularMarketChangePercent":{"raw":-2.2881236,"fmt":"-2.29%"},"quoteType":"EQUITY","typeDisp":"Equity","companyLogoUrl":"https://s.yimg.com/lb/brands/150x150_wayfair.png","tradeable":false,"regularMarke tPreviousClose":{"raw":42.83,"fmt":"42.83"},"exchangeTimezoneName":"America/New_York","trendingScore":{"raw":32.19632320873282,"fmt":"3,219.63% "},"regularMarketChange":{"raw":-0.98000336,"fmt":"-0.98"},"cryptoTradeable":false,"exchangeDataDelayedBy":0,"firstTradeDateMilliseconds":1412256600000,"exchangeTimezoneShortName":"EDT","logoUrl":" https://s.yimg.com/lb/brands/150x150_wayfair.png","hasPrePostMarketData":true,"marketState":"REGULAR","regularMarketPrice":{"raw":41.85,"fmt":"41.85 "},"customPriceAlertConfidence":"LOW","market":"us_market","quoteSourceName":"Nasdaq Real Time Price","priceHint":2,"exchange":"NYQ","sourceInterval":15,"shortName":"Wayfair Inc.","region":"US","triggerable":false,"longName":"Wayfair Inc."},{"fullExchangeName":"NasdaqGM","symbol":"ADMA","gmtOffSetMilliseconds":-14400000,"language":"en-US","regularMarketTime":{"raw":1730471023,"fmt":"10:23AM EDT"},"regularMarketChangePercent":{"raw":22.011038,"fmt":"22.01%"},"quoteType":"EQUITY","typeDisp":"Equity","tradeable":false,"regularMarketPrevio

13

usClose":{"raw":16.31,"fmt":"16.31"},"exchangeTimezoneName":"America/New_York","trendingScore":{"raw":29.008109293298627,"fmt":"2,900.81%"},"regularMarketChange":{"raw":3.5900002,"fmt":"3.59"},"cryptoTradeable":false,"exchangeDataDelayedBy":0,"firstTradeDateMilliseconds":1382016600000,"exchangeTimezoneShortName":"EDT","hasPrePostMarketData":true,"marketState":"REGULAR","regularMarketPrice":{"raw":19.9,"fmt":"19.90"},"customPriceAlertConfidence":"LOW","market":"us_market","quoteSourceName":"Nasdaq Real Time
Price","priceHint":2,"exchange":"NGM","sourceInterval":15,"shortName":"ADMA Biologics Inc","region":"US","triggerable":false,"longName":"ADMA Biologics, Inc."},{"fullExchangeName":"NasdaqGS","symbol":"ATHA","gmtOffSetMilliseconds":-14400000,"language":"en-US","regularMarketTime":{"raw":1730471023,"fmt":"10:23AM
EDT"},"regularMarketChangePercent":{"raw":31.482786,"fmt":"31.48%"},"quoteType":"EQUITY","typeDisp":"Equity","tradeable":false,"regularMarketPreviousClose":{"raw":0.4281,"fmt":"0.4281"},"exchangeTimezoneName":"America/New_York","trendingScore":{"raw":27.744039884121737,"fmt":"2,774.40%"},"regularMarketChange":{"raw":0.13440001,"fmt":"0.1344"},"cryptoTradeable":false,"exchangeDataDelayedBy":0,"firstTradeDateMilliseconds":1600453680000,"exchangeTimezoneShortName":"EDT","hasPrePostMarketData":true,"marketState":"REGULAR","regularMarketPrice":{"raw":0.5625,"fmt":"0.5625"},"customPriceAlertConfidence":"HIGH","market":"us_market","quoteSourceName":"Nasdaq Real Time
Price","priceHint":4,"exchange":"NMS","sourceInterval":15,"shortName":"Athira Pharma, Inc.","region":"US","triggerable":true,"longName":"Athira Pharma, Inc."},{"fullExchangeName":"NasdaqGS","symbol":"CHTR","gmtOffSetMilliseconds":-14400000,"language":"en-US","regularMarketTime":{"raw":1730471022,"fmt":"10:23AM
EDT"},"regularMarketChangePercent":{"raw":12.939171,"fmt":"12.94%"},"quoteType":"EQUITY","typeDisp":"Equity","tradeable":false,"regularMarketPreviousClose":{"raw":327.61,"fmt":"327.61"},"exchangeTimezoneName":"America/New_York","trendingScore":{"raw":22.77629615776033,"fmt":"2,277.63%"},"regularMarketChange":{"raw":42.390015,"fmt":"42.39"},"cryptoTradeable":false,"exchangeDataDelayedBy":0,"firstTradeDateMilliseconds":1262701800000,"exchangeTimezoneShortName":"EDT","hasPrePostMarketData":true,"marketState":"REGULAR","regularMarketPrice":{"raw":370,"fmt":"370.00"},"customPriceAlertConfidence":"HIGH","market":"us_market","quoteSourceName":"Nasdaq Real Time
Price","priceHint":2,"exchange":"NMS","sourceInterval":15,"shortName":"Charter Communications,
Inc.","region":"US","triggerable":true,"longName":"Charter Communications,
Inc."},{"fullExchangeName":"Toronto","symbol":"MG.TO","gmtOffSetMilliseconds":-14400000,"language":"en-US","regularMarketTime":{"raw":1730471010,"fmt":"10:23AM
EDT"},"regularMarketChangePercent":{"raw":8.512187,"fmt":"8.51%"},"quoteType":"EQUITY","typeDisp":"Equity","tradeable":false,"regularMarketPreviousClose":{"raw":54.97,"fmt":"54.97"},"exchangeTimezoneName":"America/Toronto","trendingScore":{"raw":21.26435068908244,"fmt":"2,126.44%"},"regularMarketChange":{"raw":4.6800003,"fmt":"4.68"},"cryptoTradeable":false,"exchangeDataDelayedBy":15,"firstTradeDateMilliseconds":1101911400000,"exchangeTimezoneShortName":"EDT","hasPrePostMarketData":false,"marketState":"REGULAR","regularMarketPrice":{"raw":59.65,"fmt":"59.65"},"customPriceAlertConfidence":"LOW","market":"ca_market","quoteSourceName":"Free Realtime
Quote","priceHint":2,"exchange":"TOR","sourceInterval":15,"shortName":"MAGNA INTERNATIONAL
INC","region":"US","triggerable":false,"longName":"Magna International Inc."},{"fullExchangeName":"NYSE","symbol":"CAH","gmtOffSetMilliseconds":-14400000,"language":"en-US","regularMarketTime":{"raw":1730471017,"fmt":"10:23AM
EDT"},"regularMarketChangePercent":{"raw":7.095471,"fmt":"7.10%"},"quoteType":"EQUITY","typeDisp":"Equity","tradeable":false,"regularMarketPreviousClose":{"raw":108.52,"fmt":"108.52"},"exchangeTimezoneName":"America/New_York","trendingScore":{"raw":20.464600783601707,"fmt":"2,046.46%"},"regularMarketChange":{"raw":7.7000046,"fmt":"7.70"},"cryptoTradeable":false,"exchangeDataDelayedBy":0,"firstTradeDateMilliseconds":428851800000,"exchangeTimezoneShortName":"EDT","hasPrePostMarketData":true,"marketState":"REGULAR","regularMarketPrice":{"raw":116.22,"fmt":"116.22"},"customPriceAlertConfidence":"LOW","market":"us_market","quoteSourceName":"Nasdaq Real Time
Price","priceHint":2,"exchange":"NYQ","sourceInterval":15,"shortName":"Cardinal Health, Inc.","region":"US","triggerable":false,"longName":"Cardinal Health, Inc."},{"fullExchangeName":"NasdaqGS","symbol":"TROW","gmtOffSetMilliseconds":-14400000,"language":"en-US","regularMarketTime":{"raw":1730471021,"fmt":"10:23AM
EDT"}

EDT"},"regularMarketChangePercent":{"raw":2.616967,"fmt":"2.62%"},"quoteType":"EQUITY","typeDisp":"Equity","companyLogoUrl":"https://s.yimg.com/l
b/brands/150x150_troweprice.png","tradeable":false,"regularMarketPreviousClose":{"raw":109.86,"fmt":"109.86"},"exchangeTimezoneName":"America/New_
York","trendingScore":{"raw":19.699245403885175,"fmt":"1,969.92%"},"regularMarketChange":{"raw":2.875,"fmt":"2.88"},"cryptoTradeable":false,"exchang
eDataDelayedBy":0,"firstTradeDateMilliseconds":512836200000,"exchangeTimezoneShortName":"EDT","logoUrl":"https://s.yimg.com/lb/brands/150x150_tro
weprice.png","hasPrePostMarketData":true,"marketState":"REGULAR","regularMarketPrice":{"raw":112.735,"fmt":"112.74"},"customPriceAlertConfidence":"
HIGH","market":"us_market","quoteSourceName":"Nasdaq Real Time Price","priceHint":2,"exchange":"NMS","sourceInterval":15,"shortName":"T. Rowe
Price Group, Inc.","region":"US","triggerable":true,"longName":"T. Rowe Price Group,
Inc."},{"fullExchangeName":"NYSE","symbol":"ENB","gmtOffSetMilliseconds":-14400000,"language":"en-
US","regularMarketTime":{"raw":1730471021,"fmt":"10:23AM
EDT"},"regularMarketChangePercent":{"raw":0.82311565,"fmt":"0.82%"},"quoteType":"EQUITY","typeDisp":"Equity","tradeable":false,"regularMarketPrevio
usClose":{"raw":40.4,"fmt":"40.40"},"exchangeTimezoneName":"America/New_York","trendingScore":{"raw":19.586627591381774,"fmt":"1,958.66%"},"reg
ularMarketChange":{"raw":0.33259964,"fmt":"0.33"},"cryptoTradeable":false,"exchangeDataDelayedBy":0,"firstTradeDateMilliseconds":448209000000,"exch
angeTimezoneShortName":"EDT","hasPrePostMarketData":true,"marketState":"REGULAR","regularMarketPrice":{"raw":40.7326,"fmt":"40.73"},"customPric
eAlertConfidence":"LOW","market":"us_market","quoteSourceName":"Nasdaq Real Time
Price","priceHint":2,"exchange":"NYQ","sourceInterval":15,"shortName":"Enbridge Inc","region":"US","triggerable":false,"longName":"Enbridge
Inc."},{"fullExchangeName":"NYSE","symbol":"PRLB","gmtOffSetMilliseconds":-14400000,"language":"en-
US","regularMarketTime":{"raw":1730470941,"fmt":"10:22AM
EDT"},"regularMarketChangePercent":{"raw":32.080288,"fmt":"32.08%"},"quoteType":"EQUITY","typeDisp":"Equity","tradeable":false,"regularMarketPrevio
usClose":{"raw":27.4,"fmt":"27.40"},"exchangeTimezoneName":"America/New_York","trendingScore":{"raw":18.559814439353005,"fmt":"1,855.98%"},"reg
ularMarketChange":{"raw":8.789999,"fmt":"8.79"},"cryptoTradeable":false,"exchangeDataDelayedBy":0,"firstTradeDateMilliseconds":1330093800000,"excha
ngeTimezoneShortName":"EDT","hasPrePostMarketData":true,"marketState":"REGULAR","regularMarketPrice":{"raw":36.19,"fmt":"36.19"},"customPriceAl
ertConfidence":"LOW","market":"us_market","quoteSourceName":"Nasdaq Real Time
Price","priceHint":2,"exchange":"NYQ","sourceInterval":15,"shortName":"Proto Labs, Inc.","region":"US","triggerable":false,"longName":"Proto Labs,
Inc."},{"fullExchangeName":"NasdaqCM","symbol":"EPIX","gmtOffSetMilliseconds":-14400000,"language":"en-
US","regularMarketTime":{"raw":1730471021,"fmt":"10:23AM EDT"},"regularMarketChangePercent":{"raw":-70.28846,"fmt":"-
70.29%"},"quoteType":"EQUITY","typeDisp":"Equity","tradeable":false,"regularMarketPreviousClose":{"raw":5.2,"fmt":"5.2000"},"exchangeTimezoneName"
:"America/New_York","trendingScore":{"raw":18.470387444359982,"fmt":"1,847.04%"},"regularMarketChange":{"raw":-3.6549997,"fmt":"-
3.6550"},"cryptoTradeable":false,"exchangeDataDelayedBy":0,"firstTradeDateMilliseconds":1426253400000,"exchangeTimezoneShortName":"EDT","hasPreP
ostMarketData":true,"marketState":"REGULAR","regularMarketPrice":{"raw":1.545,"fmt":"1.5450"},"customPriceAlertConfidence":"LOW","market":"us_mar
ket","quoteSourceName":"Nasdaq Real Time Price","priceHint":4,"exchange":"NCM","sourceInterval":15,"shortName":"ESSA Pharma
Inc.","region":"US","triggerable":false,"longName":"ESSA Pharma Inc."},{"fullExchangeName":"NYSE","symbol":"WAT","gmtOffSetMilliseconds":-
14400000,"language":"en-US","regularMarketTime":{"raw":1730471010,"fmt":"10:23AM
EDT"},"regularMarketChangePercent":{"raw":16.313337,"fmt":"16.31%"},"quoteType":"EQUITY","typeDisp":"Equity","tradeable":false,"regularMarketPrevio
usClose":{"raw":323.11,"fmt":"323.11"},"exchangeTimezoneName":"America/New_York","trendingScore":{"raw":18.452974667606124,"fmt":"1,845.30%"},"
regularMarketChange":{"raw":52.710022,"fmt":"52.71"},"cryptoTradeable":false,"exchangeDataDelayedBy":0,"firstTradeDateMilliseconds":816618600000,"ex
changeTimezoneShortName":"EDT","hasPrePostMarketData":true,"marketState":"REGULAR","regularMarketPrice":{"raw":375.82,"fmt":"375.82"},"customPr
iceAlertConfidence":"LOW","market":"us_market","quoteSourceName":"Nasdaq Real Time
Price","priceHint":2,"exchange":"NYQ","sourceInterval":15,"shortName":"Waters Corporation","region":"US","triggerable":false,"longName":"Waters
Corporation"},{"fullExchangeName":"NasdaqGS","symbol":"LXRX","gmtOffSetMilliseconds":-14400000,"language":"en-
US","regularMarketTime":{"raw":1730471020,"fmt":"10:23AM EDT"},"regularMarketChangePercent":{"raw":-33.333336,"fmt":"-

33.33%"},"quoteType":"EQUITY","typeDisp":"Equity","tradeable":false,"regularMarketPreviousClose":{"raw":1.95,"fmt":"1.9500"},"exchangeTimezoneName":"America/New_York","trendingScore":{"raw":18.045227554638593,"fmt":"1,804.52%"},"regularMarketChange":{"raw":-0.6500001,"fmt":"-0.6500"},"cryptoTradeable":false,"exchangeDataDelayedBy":0,"firstTradeDateMilliseconds":955114200000,"exchangeTimezoneShortName":"EDT","hasPrePostMarketData":true,"marketState":"REGULAR","regularMarketPrice":{"raw":1.3,"fmt":"1.3000"},"customPriceAlertConfidence":"HIGH","market":"us_market","quoteSourceName":"Nasdaq Real Time Price","priceHint":4,"exchange":"NMS","sourceInterval":15,"shortName":"Lexicon Pharmaceuticals, Inc.","region":"US","triggerable":true,"longName":"Lexicon Pharmaceuticals, Inc."}]</script><!-- HTML_TAG_END --> <progress max="100" value="0" aria-label="Page loading" class="yf-12dks8q"></progress>    <div data-ad-config="large-placeholder-e2e" class="yf-u7ti49"></div>    <header class="hideOnPrint yf-1m8s98o" style="--ad-top: 0px;"><div class="ybar-sticky"> <!-- HTML_TAG_START --><style lang="css">:root,html[data-color-scheme=dark] [data-maintain-color],html[data-color-theme-enabled] [data-color-scheme=light],html[data-color-theme-enabled] [data-color-scheme=light]{--yb-default-font-family:"Helvetica Neue", Helvetica, Tahoma, Geneva, Arial, sans-serif;--yb-fuji2-font-family:"YahooSans VF", YahooSans, "Yahoo Sans", "Helvetica Neue", Helvetica, Arial, sans-serif;--yb-uh3-cond-font-family:"Yahoo Sans Cond", YahooSansCond, "Yahoo Sans", "Helvetica Neue", Helvetica, Arial, sans-serif;--yb-font-regular:400;--yb-font-medium:500;--yb-font-bold:600;--yb-color-att-dark-blue:#0057b8;--yb-color-frontier-red:#c41230;--yb-color-rogers-red:#c41522;--yb-color-a11y-gray:#787679;--yb-barbie:#f80e5d;--yb-barney:#cc008c;--yb-batcave:#232a31;--yb-battleship:#5b636a;--yb-black:#000;--yb-blurple:#5d5eff;--yb-bob:#b0b9c1;--yb-bonsai:#008751;--yb-charcoal:#464e56;--yb-cobalt:#003abc;--yb-denim:#1a0dab;--yb-dirty-seagull:#e0e4e9;--yb-dolphin:#6e7780;--yb-dory:#0f69ff;--yb-gandalf:#979ea8;--yb-grape-jelly:#6001d2;--yb-gray-hair:#f0f3f5;--yb-hulk-pants:#7e1fff;--yb-inkwell:#1d2228;--yb-malbec:#39007d;--yb-marshmallow:#f5f8fa;--yb-midnight:#101518;--yb-mulberry:#5015b0;--yb-pebble:#c7cdd2;--yb-peeps:#7dcbff;--yb-ramones:#2c363f;--yb-sea-foam:#11d3cd;--yb-scooter:#0063eb;--yb-shark:#828a93;--yb-sky:#12a9ff;--yb-smurfette:#188fff;--yb-solo-cup:#eb0f29;--yb-starfish:#7759ff;--yb-swedish-fish:#ff333a;--yb-thanos:#907cff;--yb-turmeric:#ffa700;--yb-white:#fff;--yb-rgb-battleship:91 99 106;--yb-rgb-white:255 255 255;--yb-rgb-blurple:93 94 255;--yb-rgb-starfish:119 89 255;--yb-rgb-hulk-pants:126 31 255;--yb-rgb-grape-jelly:96 1 210;--yb-rgb-peeps:125 203 255;--yb-rgb-sky:18 169 255;--yb-rgb-dory:15 105 255;--yb-rgb-scooter:0 99 235;--yb-rgb-cobalt:0 58 188;--yb-rgb-sea-foam:17 211 205;--yb-battleship-fog:rgb(var(--yb-rgb-battleship) / 10%);--yb-white-fog:rgb(var(--yb-rgb-white) / 10%);--yb-blurple-fog:rgb(var(--yb-rgb-blurple) / 10%);--yb-starfish-fog:rgb(var(--yb-rgb-starfish) / 10%);--yb-hulk-pants-fog:rgb(var(--yb-rgb-hulk-pants) / 10%);--yb-grape-jelly-fog:rgb(var(--yb-rgb-grape-jelly) / 10%);--yb-peeps-fog:rgb(var(--yb-rgb-peeps) / 10%);--yb-sky-fog:rgb(var(--yb-rgb-sky) / 10%);--yb-dory-fog:rgb(var(--yb-rgb-dory) / 10%);--yb-scooter-fog:rgb(var(--yb-rgb-scooter) / 10%);--yb-cobalt-fog:rgb(var(--yb-rgb-cobalt) / 10%);--yb-sea-foam-fog:rgb(var(--yb-rgb-sea-foam) / 10%);--yb-hulk-pants-accent:rgb(var(--yb-rgb-hulk-pants) / 50%);--yb-grape-jelly-accent:rgb(var(--yb-rgb-grape-jelly) / 50%);--yb-sky-accent:rgb(var(--yb-rgb-sky) / 50%);--yb-logo-brand:var(--yb-grape-jelly);--yb-logo-property:var(--yb-batcave);--yb-finance-logo-brand:var(--yb-grape-jelly);--yb-text-primary:var(--yb-batcave);--yb-text-secondary:var(--yb-battleship);--yb-text-mail-primary:var(--yb-grape-jelly);--yb-text-mail-hover:var(--yb-mulberry);--yb-background-color:var(--yb-white);--yb-l2-background-color:var(--yb-marshmallow);--yb-popover-background:var(--yb-white);--yb-tab-focus-accent:var(--yb-grape-jelly-accent);--yb-selected-item-background:var(--yb-marshmallow);--yb-sidenav-close-btn-background:var(--yb-marshmallow);--yb-sidenav-btn-color-hover:var(--yb-grape-jelly);--yb-sidenav-btn-color-active:var(--yb-dirty-seagull);--yb-sidenav-btn-text-active:var(--yb-batcave);--yb-sidenav-finance-plus-icon:var(--yb-svg-icon-color-non-l2);--yb-sidenav-bg:var(--yb-background-color);--yb-moremenu-finance-plus-icon:var(--yb-svg-icon-color-non-l2);--yb-profile-avatar-bg:var(--yb-gray-hair);--yb-profile-panel-hover:var(--yb-dirty-seagull);--yb-profile-alphatar-background:var(--yb-gray-hair);--yb-profile-alphatar-background-pressed:var(--yb-white);--yb-signin-border-color:var(--yb-dirty-seagull);--yb-mail-border-color:var(--yb-grape-jelly);--yb-unread-container-bg:rgb(var(--yb-rgb-grape-jelly) / 5%);--yb-profile-character-hover:var(--yb-white);--yb-profile-pressed-state:var(--yb-bob);--yb-profile-character-pressed-state-bg:var(--yb-dirty-seagull);--yb-profile-character-pressed-state-text:var(--yb-white);--yb-profile-account-status-container-bg:var(--yb-battleship-fog);--yb-searchbox-bg:var(--yb-gray-hair);--yb-search-btn-hover:#5409b2;--yb-search-faux-icon:var(--yb-batcave);--yb-search-input-box-shadow:0 0 1px 0 rgb(0 0 0 / 0%), 0 1px 0 0 var(--yb-dirty-seagull);--yb-search-assist-primary:var(--yb-batcave);--yb-search-assist-secondary:var(--yb-dolphin);--yb-search-assist-history:#6e329d;--yb-search-assist-history-pc:var(--yb-grape-jelly);--yb-search-assist-back-btn:var(--yb-dory);--yb-search-assist-item-hover-background:var(--yb-marshmallow);--yb-elevation3-box-shadow:0 4px 8px 0 rgb(0 0 0 / 10%), 0 0 1px 0 rgb(0 0 0 / 10%);--yb-elevation4-box-shadow:0 4px 16px 0 rgb(0 0 0 / 20%), 0 0 2px 0 rgb(0 0 0 / 5%);--yb-l2-news-background:linear-gradient(0deg, rgb(255 255 255 / 100%) 0%, rgb(248 250 251 / 100%) 100%);--yb-current-account-fog:var(--yb-dory-fog);--yb-editions-modal-outline:var(--yb-dirty-seagull);--yb-editions-text:var(--yb-

dolphin);--yb-cobrand-logos-divider:var(--yb-dirty-seagull);--yb-l2-background:var(--uh-l2-background, var(--yb-l2-background-color));--search-carat:var(--uh-search-carat-color, var(--yb-grape-jelly));--yb-l2-divider-color:var(--uh-l2-divider-color, var(--yb-gray-hair));--yb-l2-text-color:var(--uh-l2-text-color, var(--yb-batcave));--yb-default-font:var(--uh-font-family, var(--yb-default-font-family));--yb-fuji2-font:var(--uh-font-family, var(--yb-fuji2-font-family));--yb-uh3-cond-font:var(--uh-font-family, var(--yb-uh3-cond-font-family));--yb-outline:4px solid var(--uh-tab-focus-color, var(--yb-tab-focus-accent));--yb-search-btn-color:var(--uh-search-btn-color, var(--yb-search-carat));--yb-search-btn-hover-color:var(--uh-search-btn-hover-color, var(--yb-search-btn-hover));--yb-text-hover-color:var(--uh-text-hover-color, var(--yb-sidenav-btn-color-hover));--yb-profile-panel-hover-text:var(--uh-text-hover-color, var(--yb-grape-jelly));--yb-searchbox-transition:border-radius 0s 0.2s ease-out, background-color 0s 0.2s ease-out, box-shadow 0s 0.2s ease-out, padding-left 50ms 150ms ease-out;--yb-property-ruler-color:var(--uh-property-ruler-color, var(--yb-grape-jelly));--yb-svg-icon-color:var(--uh-icon-color, var(--yb-grape-jelly));--yb-svg-icon-color-non-l2:var(--uh-icon-color-non-l2, var(--yb-grape-jelly) );--yb-svg-icon-color-selected:var(--uh-icon-color-selected, var(--yb-white));--yb-mail-bubble-color:var(--uh-mail-bubble-color, var(--yb-grape-jelly));--yb-mail-indicator:var(--yb-profile-panel-hover-text);--yb-mail-indicator-border:1px solid var(--yb-background-color);--yb-mail-count:var(--yb-text-primary);--yb-tap-color:var(--uh-text-hover-color, var(--yb-text-primary));--yb-text-pressed-color:var(--uh-text-pressed-color, var(--yb-mulberry));--yb-l2-margin:var(--uh-l2-margin);--yb-text-shadow:none;--yb-nav-color:var(--yb-secondary);--yb-sports-l2-dropdown-hover-bg:#e6e6e6;--yb-sports-l2-dropdown-hover-color:var(--yb-black);--yb-sports-l2-dropdown-focus-bg:#ecf8ff;--yb-nav-selected-color:var(--yb-text-primary);--yb-topnav-bg:var(--yb-batcave);--yb-back-button-fill:var(--yb-batcave);--yb-sa-stock-up:var(--yb-bonsai);--yb-sa-stock-down:var(--yb-solo-cup);--yb-sa-flight-label-border:1px solid var(--yb-dirty-seagull);--yb-sa-flight-label-positive:var(--yb-bonsai);--yb-sa-flight-label-negative:var(--yb-solo-cup);--yb-popover-border:1px solid #d8dade;--yb-popover-border-radius:4px;--yb-popover-shadow:0 2px 8px 0 rgb(0 0 0 / 36%);--yb-yns-title:var(--batcave);--yb-l2-nav-selected:var(--yb-grape-jelly);--yb-l2-nav-dropdown-focus:var(--yb-text-hover-color);--yb-mail-icon-text:var(--yb-batcave);--yb-mail-signin-link:#0078ff;--yb-light-img-logo-display:block;--yb-dark-img-logo-display:none;--yb-account-item-border:#d8dade;--yb-account-item-hover-bg:rgb(227 236 248);--yb-account-info-bg:#ededf3;--yb-account-menu-item:var(--yb-white);--yb-account-link:var(--yb-smurfette);--yb-account-text:#26282a;--yb-editions-button:var(--yb-marshmallow);--yb-editions-modal-background:var(--yb-white);--yb-mobile-search-carat:var(--uh-search-carat-color, var(--yb-dory));--yb-dialpad:var(--yb-black);--yb-dialpad-label-text:#1b1b1b;--yb-dialpad-regular:#1d1d1d;--yb-dialpad-focus-background:#F1F2FF;--yb-dialpad-hover:rgba(43, 53, 217, 0.45);--yb-dialpad-icon:#626262;--yb-dialpad-icon-hover:#1d1d1f;--yb-poweredby-container-bg:var(--yb-marshmallow);--yb-poweredby-text:var(--yb-black);--yb-l1-selected-color:var(--uh-l1-selected-color, var(--yb-text-primary));--yb-l1-selected-font-weight:var(--uh-l1-selected-font-weight, var(--yb-font-bold));--yb-l1-selected-hover-color:var(--uh-l1-selected-hover-color, var(--yb-text-primary));--yb-visual-viewport-height:100vh;--yb-sa-height-max:auto;--yb-sa-height-min:auto}html[data-color-theme-enabled][data-color-scheme=dark],html[data-color-theme-enabled] [data-color-scheme=dark]{--yb-sea-foam-fog:rgb(var(--yb-rgb-sea-foam) / 20%);--yb-cobalt-fog:rgb(var(--yb-rgb-cobalt) / 30%);--yb-scooter-fog:rgb(var(--yb-rgb-scooter) / 30%);--yb-dory-fog:rgb(var(--yb-rgb-dory) / 30%);--yb-sky-fog:rgb(var(--yb-rgb-sky) / 30%);--yb-peeps-fog:rgb(var(--yb-rgb-peeps) / 30%);--yb-grape-jelly-fog:rgb(var(--yb-rgb-grape-jelly) / 30%);--yb-hulk-pants-fog:rgb(var(--yb-rgb-hulk-pants) / 30%);--yb-starfish-fog:rgb(var(--yb-rgb-starfish) / 30%);--yb-blurple-fog:rgb(var(--yb-rgb-blurple) / 30%);--yb-logo-brand:var(--yb-white);--yb-logo-property:rgb(255 255 255 / 70%);--yb-finance-logo-brand:#B896E1;--yb-text-primary:var(--yb-gray-hair);--yb-text-secondary:var(--yb-bob);--yb-text-mail-primary:var(--yb-sky);--yb-text-mail-hover:var(--yb-sky);--yb-background-color:var(--yb-midnight);--yb-l2-background-color:transparent;--yb-popover-background:var(--yb-batcave);--yb-tab-focus-accent:var(--yb-sky-accent);--yb-selected-item-background:var(--yb-inkwell);--yb-sidenav-close-btn-background:var(--yb-batcave);--yb-sidenav-btn-color-hover:var(--yb-sky);--yb-sidenav-btn-color-active:var(--yb-inkwell);--yb-sidenav-btn-text-active:var(--yb-bob);--yb-moremenu-finance-plus-icon:var(--yb-white);--yb-profile-avatar-bg:var(--yb-ramones);--yb-profile-panel-hover:var(--yb-ramones);--yb-profile-alphatar-background:var(--yb-ramones);--yb-profile-alphatar-background-pressed:var(--yb-batcave);--yb-signin-border-color:var(--yb-gandalf);--yb-mail-border-color:var(--yb-sky);--yb-profile-character-hover:var(--yb-midnight);--yb-profile-pressed-state:var(--yb-battleship);--yb-profile-character-pressed-state-bg:var(--yb-inkwell);--yb-profile-character-pressed-state-text:var(--yb-bob);--yb-profile-account-status-container-bg:var(--yb-white-fog);--yb-search-btn-hover:var(--yb-dory);--yb-search-faux-icon:var(--yb-marshmallow);--yb-search-input-box-shadow:0 0 1px 0 rgb(0 0 0 / 0%), 0 1px 0 0 var(--yb-midnight);--yb-search-assist-primary:var(--yb-marshmallow);--yb-search-assist-secondary:var(--yb-bob);--yb-search-assist-history:var(--yb-thanos);--yb-search-assist-history-pc:#be8fff;--yb-search-assist-back-btn:var(--yb-sky);--yb-search-assist-item-hover-background:var(--yb-ramones);--yb-elevation3-box-shadow:0 4px 8px 0 rgb(0 0 0 / 90%), 0 0 1px 0 rgb(0 0 0 / 92%);--yb-

17

elevation4-box-shadow:0 4px 16px 0 rgb(0 0 0 / 80%), 0 0 2px 0 rgb(0 0 0 / 95%);--yb-l2-news-background:var(--yb-midnight);--yb-current-account-fog:var(--yb-white-fog);--yb-mail-count:var(--yb-sky);--yb-sports-l2-dropdown-hover-bg:var(--yb-selected-item-background);--yb-sports-l2-dropdown-hover-color:var(--yb-text-hover-color);--yb-sports-l2-dropdown-focus-bg:var(--yb-selected-item-background);--yb-topnav-bg:var(--yb-starfish);--yb-back-button-fill:var(--yb-white);--yb-sa-stock-up:#21d87d;--yb-sa-stock-down:#fc7a6e;--yb-sa-flight-label-border:1px solid var(--yb-marshmallow);--yb-sa-flight-label-positive:#1ac567;--yb-sa-flight-label-negative:#ff5257;--yb-popover-border:none;--yb-popover-border-radius:8px;--yb-popover-shadow:0 4px 8px 0 rgb(0 0 0 / 9%), 0 0 1px 0 rgb(0 0 0 / 9%);--yb-yns-title:var(--yb-marshmallow);--yb-l2-nav-selected:var(--yb-white);--yb-l2-nav-dropdown-focus:var(--yb-white);--yb-mail-icon-text:var(--yb-thanos);--yb-mail-signin-link:var(--yb-gray-hair);--yb-light-img-logo-display:none;--yb-dark-img-logo-display:block;--yb-account-item-border:var(--yb-inkwell);--yb-account-info-bg:transparent;--yb-account-menu-item:var(--yb-inkwell);--yb-account-link:var(--yb-account-text);--yb-account-text:var(--yb-gray-hair);--yb-editions-button:var(--yb-selected-item-background);--yb-editions-modal-background:var(--yb-inkwell);--yb-editions-modal-outline:var(--yb-battleship);--yb-editions-text:var(--yb-gandalf);--yb-cobrand-logos-divider:var(--yb-gandalf);--yb-unread-container-bg:#06334d;--yb-l2-background:var(--uh-l2-background, var(--yb-l2-background-color));--yb-search-carat:var(--uh-search-carat-color, var(--yb-sky));--yb-l2-divider-color:var(--uh-l2-divider-color, var(--yb-sky));--yb-l2-text-color:var(--uh-l2-text-color, var(--yb-text-primary));--yb-default-font:var(--uh-font-family, var(--yb-default-font-family));--yb-fuji2-font:var(--uh-font-family, var(--yb-fuji2-font-family));--yb-uh3-cond-font:var(--uh-font-family, var(--yb-uh3-cond-font-family));--yb-outline:4px solid var(--uh-tab-focus-color, var(--yb-tab-focus-accent));--yb-search-btn-color:var(--uh-search-btn-color, var(--yb-search-carat));--yb-search-btn-hover-color:var(--uh-search-btn-hover-color, var(--yb-search-btn-hover));--yb-text-hover-color:var(--uh-text-hover-color, var(--yb-sidenav-btn-color-hover));--yb-profile-panel-hover-text:var(--uh-text-hover-color, var(--yb-sky));--yb-property-ruler-color:var(--uh-property-ruler-color, var(--yb-sky));--yb-svg-icon-color:var(--uh-icon-color, var(--yb-white));--yb-svg-icon-color-non-l2:var(--uh-icon-color-non-l2, var(--yb-white));--yb-svg-icon-color-selected:var(--uh-icon-color-selected, var(--yb-batcave));--yb-mail-bubble-color:var(--uh-mail-bubble-color, var(--yb-sky));--yb-tap-color:var(--uh-text-hover-color, var(--yb-text-primary));--yb-text-pressed-color:var(--uh-text-pressed-color, #1289ff);--yb-l2-margin:var(--uh-l2-margin);--yb-mobile-search-carat:var(--uh-search-carat-color, var(--yb-sky));--yb-dialpad:var(--yb-white);--yb-dialpad-label-text:var(--yb-bob);--yb-dialpad-regular:#F0F3F5;--yb-dialpad-focus-background:#414364;--yb-dialpad-hover:#96A1FF;--yb-dialpad-icon:#ffffff;--yb-dialpad-icon-hover:#96A1FF;--yb-poweredby-container-bg:var(--yb-batcave);--yb-poweredby-text:var(--yb-white);--yb-l1-selected-color:var(--uh-l1-selected-color, var(--yb-text-primary));--yb-l1-selected-font-weight:var(--uh-l1-selected-font-weight, var(--yb-font-bold));--yb-l1-selected-hover-color:var(--uh-l1-selected-hover-color, var(--yb-text-primary))}html[data-color-theme-enabled][data-color-scheme=transparent],html[data-color-theme-enabled] [data-color-scheme=transparent]{--yb-sea-foam-fog:rgb(var(--yb-rgb-sea-foam) / 20%);--yb-cobalt-fog:rgb(var(--yb-rgb-cobalt) / 30%);--yb-scooter-fog:rgb(var(--yb-rgb-scooter) / 30%);--yb-dory-fog:rgb(var(--yb-rgb-dory) / 30%);--yb-sky-fog:rgb(var(--yb-rgb-sky) / 30%);--yb-peeps-fog:rgb(var(--yb-rgb-peeps) / 30%);--yb-grape-jelly-fog:rgb(var(--yb-rgb-grape-jelly) / 30%);--yb-hulk-pants-fog:rgb(var(--yb-rgb-hulk-pants) / 30%);--yb-starfish-fog:rgb(var(--yb-rgb-starfish) / 30%);--yb-blurple-fog:rgb(var(--yb-rgb-blurple) / 30%);--yb-logo-brand:var(--yb-white);--yb-logo-property:rgb(255 255 255 / 70%);--yb-finance-logo-brand:#B896E1;--yb-text-primary:var(--yb-gray-hair);--yb-text-secondary:var(--yb-bob);--yb-text-mail-primary:var(--yb-sky);--yb-text-mail-hover:var(--yb-sky);--yb-background-color:rgba(16, 21, 24, 0.5);--yb-l2-background-color:transparent;--yb-popover-background:var(--yb-batcave);--yb-tab-focus-accent:var(--yb-sky-accent);--yb-selected-item-background:var(--yb-inkwell);--yb-sidenav-close-btn-background:var(--yb-batcave);--yb-sidenav-btn-color-hover:var(--yb-sky);--yb-sidenav-btn-color-active:var(--yb-inkwell);--yb-sidenav-btn-text-active:var(--yb-bob);--yb-sidenav-finance-plus-icon:var(--yb-white);--yb-sidenav-bg:rgba(16, 21, 24, 0.6);--yb-moremenu-finance-plus-icon:var(--yb-white);--yb-profile-avatar-bg:var(--yb-ramones);--yb-profile-panel-hover:var(--yb-ramones);--yb-profile-alphatar-background:var(--yb-ramones);--yb-profile-alphatar-background-pressed:var(--yb-batcave);--yb-signin-border-color:var(--yb-gandalf);--yb-mail-border-color:var(--yb-sky);--yb-profile-character-hover:var(--yb-midnight);--yb-profile-pressed-state:var(--yb-battleship);--yb-profile-character-pressed-state-bg:var(--yb-inkwell);--yb-profile-character-pressed-state-text:var(--yb-bob);--yb-profile-account-status-container-bg:var(--yb-white-fog);--yb-searchbox-bg:rgba(35, 42, 49, 0.50);--yb-search-btn-hover:var(--yb-dory);--yb-search-faux-icon:var(--yb-marshmallow);--yb-search-input-box-shadow:0 0 1px 0 rgb(0 0 0 / 0%), 0 1px 0 0 var(--yb-midnight);--yb-search-assist-primary:var(--yb-marshmallow);--yb-search-assist-secondary:var(--yb-bob);--yb-search-assist-history:var(--yb-thanos);--yb-search-assist-history-pc:#be8fff;--yb-search-assist-back-btn:var(--yb-sky);--yb-search-assist-item-hover-background:var(--yb-ramones);--yb-elevation3-box-shadow:none;--yb-elevation4-box-shadow:0 4px 16px 0 rgb(0 0 0 / 80%), 0 0 2px 0 rgb(0 0 0 / 95%);--yb-l2-news-background:initial;--yb-current-account-fog:var(--yb-white-fog);--yb-mail-

indicator:var(--yb-batcave);--yb-mail-indicator-border:1px solid var(--yb-white);--yb-mail-count:var(--yb-white);--yb-text-shadow:0px 0px 1px rgba(0, 0, 0, 0.50), 0px 2px 4px rgba(0, 0, 0, 0.40);--yb-nav-color:var(--yb-text-primary);--yb-sports-l2-dropdown-hover-bg:var(--yb-selected-item-background);--yb-sports-l2-dropdown-hover-color:var(--yb-text-hover-color);--yb-nav-selected-color:var(--yb-white);--yb-sports-l2-dropdown-focus-bg:var(--yb-selected-item-background);--yb-topnav-bg:var(--yb-starfish);--yb-back-button-fill:var(--yb-white);--yb-sa-stock-up:#21d87d;--yb-sa-stock-down:#fc7a6e;--yb-sa-flight-label-border:1px solid var(--yb-marshmallow);--yb-sa-flight-label-positive:#1ac567;--yb-sa-flight-label-negative:#ff5257;--yb-popover-border:none;--yb-popover-border-radius:8px;--yb-popover-shadow:0 4px 8px 0 rgb(0 0 0 / 9%), 0 0 1px 0 rgb(0 0 0 / 9%);--yb-yns-title:var(--yb-marshmallow);--yb-l2-nav-selected:var(--yb-white);--yb-l2-nav-dropdown-focus:var(--yb-white);--yb-mail-icon-text:var(--yb-thanos);--yb-mail-signin-link:var(--yb-gray-hair);--yb-light-img-logo-display:none;--yb-dark-img-logo-display:block;--yb-account-item-border:var(--yb-inkwell);--yb-account-item-hover-bg:var(--yb-gandalf);--yb-account-info-bg:transparent;--yb-account-menu-item:var(--yb-inkwell);--yb-account-link:var(--yb-account-text);--yb-account-text:var(--yb-gray-hair);--yb-editions-button:var(--yb-selected-item-background);--yb-editions-modal-background:var(--yb-inkwell);--yb-cobrand-logos-divider:var(--yb-gandalf);--yb-icon-filter:drop-shadow(0 1px 2px rgb(0 0 0 / 40%));--yb-transparent-popover-background:rgba(16, 21, 24, 0.8);--yb-transparent-popover-backdrop-filter:blur(4px);--yb-transparent-popover-box-shadow:0 4px 8px 0 rgb(0 0 0 / 10%), 0 0 1px 0 rgb(0 0 0 / 10%);--yb-unread-container-bg:#06334d;--yb-l2-background:var(--uh-l2-background, var(--yb-l2-background-color));--yb-search-carat:var(--uh-search-carat-color, var(--yb-sky));--yb-l2-divider-color:var(--uh-l2-divider-color, var(--yb-sky));--yb-l2-text-color:var(--uh-l2-text-color, var(--yb-text-primary));--yb-default-font:var(--uh-font-family, var(--yb-default-font-family));--yb-fuji2-font:var(--uh-font-family, var(--yb-fuji2-font-family));--yb-uh3-cond-font:var(--uh-font-family, var(--yb-uh3-cond-font-family));--yb-outline:4px solid var(--uh-tab-focus-color, var(--yb-tab-focus-accent));--yb-search-btn-color:var(--uh-search-btn-color, var(--yb-search-carat));--yb-search-btn-hover-color:var(--uh-search-btn-hover-color, var(--yb-search-btn-hover));--yb-text-hover-color:var(--uh-text-hover-color, var(--yb-sidenav-btn-color-hover));--yb-profile-panel-hover-text:var(--uh-text-hover-color, var(--yb-sky));--yb-property-ruler-color:var(--uh-property-ruler-color, var(--yb-sky));--yb-svg-icon-color:var(--uh-icon-color, var(--yb-white));--yb-svg-icon-color-non-l2:var(--uh-icon-color-non-l2, var(--yb-white));--yb-svg-icon-color-selected:var(--uh-icon-color-selected, var(--yb-batcave));--yb-mail-bubble-color:var(--uh-mail-bubble-color, var(--yb-sky));--yb-tap-color:var(--uh-text-hover-color, var(--yb-text-primary));--yb-text-pressed-color:var(--uh-text-pressed-color, #1289ff);--yb-l2-margin:var(--uh-l2-margin);--yb-mobile-search-carat:var(--uh-search-carat-color, var(--yb-sky));--yb-l1-selected-color:var(--uh-l1-selected-color, var(--yb-text-primary));--yb-l1-selected-font-weight:var(--uh-l1-selected-font-weight, var(--yb-font-bold));--yb-l1-selected-hover-color:var(--uh-l1-selected-hover-color, var(--yb-text-primary))}@media (prefers-color-scheme:dark){html[data-color-theme-enabled]{--yb-sea-foam-fog:rgb(var(--yb-rgb-sea-foam) / 20%);--yb-cobalt-fog:rgb(var(--yb-rgb-cobalt) / 30%);--yb-scooter-fog:rgb(var(--yb-rgb-scooter) / 30%);--yb-dory-fog:rgb(var(--yb-rgb-dory) / 30%);--yb-sky-fog:rgb(var(--yb-rgb-sky) / 30%);--yb-peeps-fog:rgb(var(--yb-rgb-peeps) / 30%);--yb-grape-jelly-fog:rgb(var(--yb-rgb-grape-jelly) / 30%);--yb-hulk-pants-fog:rgb(var(--yb-rgb-hulk-pants) / 30%);--yb-starfish-fog:rgb(var(--yb-rgb-starfish) / 30%);--yb-blurple-fog:rgb(var(--yb-rgb-blurple) / 30%);--yb-logo-brand:var(--yb-white);--yb-logo-property:rgb(255 255 255 / 70%);--yb-finance-logo-brand:#B896E1;--yb-text-primary:var(--yb-gray-hair);--yb-text-secondary:var(--yb-bob);--yb-text-mail-primary:var(--yb-sky);--yb-text-mail-hover:var(--yb-sky);--yb-background-color:var(--yb-midnight);--yb-l2-background-color:transparent;--yb-popover-background:var(--yb-batcave);--yb-tab-focus-accent:var(--yb-sky-accent);--yb-selected-item-background:var(--yb-inkwell);--yb-sidenav-close-btn-background:var(--yb-batcave);--yb-sidenav-btn-color-hover:var(--yb-sky);--yb-sidenav-btn-color-active:var(--yb-inkwell);--yb-sidenav-btn-text-active:var(--yb-bob);--yb-sidenav-finance-plus-icon:var(--yb-white);--yb-moremenu-finance-plus-icon:var(--yb-white);--yb-profile-avatar-bg:var(--yb-ramones);--yb-profile-alphatar-background:var(--yb-ramones);--yb-profile-alphatar-background-pressed:var(--yb-batcave);--yb-signin-border-color:var(--yb-gandalf);--yb-mail-border-color:var(--yb-sky);--yb-profile-character-hover:var(--yb-midnight);--yb-profile-pressed-state:var(--yb-battleship);--yb-profile-character-pressed-state-bg:var(--yb-inkwell);--yb-profile-character-pressed-state-text:var(--yb-bob);--yb-profile-account-status-container-bg:var(--yb-white-fog);--yb-searchbox-bg:var(--yb-batcave);--yb-search-btn-hover:var(--yb-dory);--yb-search-faux-icon:var(--yb-marshmallow);--yb-search-input-box-shadow:0 0 1px 0 rgb(0 0 0 / 0%), 0 1px 0 0 var(--yb-midnight);--yb-search-assist-primary:var(--yb-marshmallow);--yb-search-assist-secondary:var(--yb-bob);--yb-search-assist-history:var(--yb-thanos);--yb-search-assist-history-pc:#be8fff;--yb-search-assist-back-btn:var(--yb-sky);--yb-search-assist-item-hover-background:var(--yb-ramones);--yb-elevation3-box-shadow:0 4px 8px 0 rgb(0 0 0 / 90%), 0 0 1px 0 rgb(0 0 0 / 92%);--yb-elevation4-box-shadow:0 4px 16px 0 rgb(0 0 0 / 80%), 0 0 2px 0 rgb(0 0 0 / 95%);--yb-l2-news-background:var(--yb-midnight);--yb-current-account-fog:var(--yb-white-fog);--yb-mail-count:var(--yb-sky);--yb-sports-l2-dropdown-hover-bg:var(--yb-selected-item-background);--yb-sports-l2-

dropdown-hover-color:var(--yb-text-hover-color);--yb-sports-l2-dropdown-focus-bg:var(--yb-selected-item-background);--yb-topnav-bg:var(--yb-starfish);--yb-back-button-fill:var(--yb-white);--yb-sa-stock-up:#21d87d;--yb-sa-stock-down:#fc7a6e;--yb-sa-flight-label-border:1px solid var(--yb-marshmallow);--yb-sa-flight-label-positive:#1ac567;--yb-sa-flight-label-negative:#ff5257;--yb-popover-border:none;--yb-popover-border-radius:8px;--yb-popover-shadow:0 4px 8px 0 rgb(0 0 0 / 9%), 0 0 1px 0 rgb(0 0 0 / 9%);--yb-yns-title:var(--yb-marshmallow);--yb-l2-nav-selected:var(--yb-white);--yb-l2-nav-dropdown-focus:var(--yb-white);--yb-mail-icon-text:var(--yb-thanos);--yb-mail-signin-link:var(--yb-gray-hair);--yb-light-img-logo-display:none;--yb-dark-img-logo-display:block;--yb-account-item-border:var(--yb-inkwell);--yb-account-item-hover-bg:var(--yb-gandalf);--yb-account-info-bg:transparent;--yb-account-menu-item:var(--yb-inkwell);--yb-account-link:var(--yb-account-text);--yb-account-text:var(--yb-gray-hair);--yb-editions-button:var(--yb-selected-item-background);--yb-editions-modal-background:var(--yb-inkwell);--yb-editions-modal-outline:var(--yb-battleship);--yb-editions-text:var(--yb-gandalf);--yb-cobrand-logos-divider:var(--yb-gandalf);--yb-unread-container-bg:#06334d;--yb-l2-background:var(--uh-l2-background, var(--yb-l2-background-color));--yb-search-carat:var(--uh-search-carat-color, var(--yb-sky));--yb-l2-divider-color:var(--uh-l2-divider-color, var(--yb-sky));--yb-l2-text-color:var(--uh-l2-text-color, var(--yb-text-primary));--yb-default-font:var(--uh-font-family, var(--yb-default-font-family));--yb-fuji2-font:var(--uh-font-family, var(--yb-fuji2-font-family));--yb-uh3-cond-font:var(--uh-font-family, var(--yb-uh3-cond-font-family));--yb-outline:4px solid var(--uh-tab-focus-color, var(--yb-tab-focus-accent));--yb-search-btn-color:var(--uh-search-btn-color, var(--yb-search-carat));--yb-search-btn-hover-color:var(--uh-search-btn-hover-color, var(--yb-search-btn-hover));--yb-text-hover-color:var(--uh-text-hover-color, var(--yb-sidenav-btn-color-hover));--yb-profile-panel-hover-text:var(--uh-text-hover-color, var(--yb-sky));--yb-property-ruler-color:var(--uh-property-ruler-color, var(--yb-sky));--yb-svg-icon-color:var(--uh-icon-color, var(--yb-white));--yb-svg-icon-color-non-l2:var(--uh-icon-color-non-l2, var(--yb-white));--yb-svg-icon-color-selected:var(--uh-icon-color-selected, var(--yb-batcave));--yb-mail-bubble-color:var(--uh-mail-bubble-color, var(--yb-sky));--yb-tap-color:var(--uh-text-hover-color, var(--yb-text-primary));--yb-text-pressed-color:var(--uh-text-pressed-color, #1289ff);--yb-l2-margin:var(--uh-l2-margin);--yb-mobile-search-carat:var(--uh-search-carat-color, var(--yb-sky));--yb-dialpad-label-text:var(--yb-bob);--yb-dialpad-regular:#F0F3F5;--yb-dialpad-focus-background:#414364;--yb-dialpad-hover:#96A1FF;--yb-dialpad-icon:#ffffff;--yb-dialpad-icon-hover:#96A1FF;--yb-poweredby-container-bg:var(--yb-batcave);--yb-poweredby-text:var(--yb-white);--yb-l1-selected-color:var(--uh-l1-selected-color, var(--yb-text-primary));--yb-l1-selected-font-weight:var(--uh-l1-selected-font-weight, var(--yb-font-bold));--yb-l1-selected-hover-color:var(--uh-l1-selected-hover-color, var(--yb-text-primary))}html[data-color-theme-enabled][data-maintain-color]{--yb-barbie:#f80e5d;--yb-barney:#cc008c;--yb-batcave:#232a31;--yb-battleship:#5b636a;--yb-black:#000;--yb-blurple:#5d5eff;--yb-bob:#b0b9c1;--yb-bonsai:#008751;--yb-charcoal:#464e56;--yb-cobalt:#003abc;--yb-denim:#1a0dab;--yb-dirty-seagull:#e0e4e9;--yb-dolphin:#6e7780;--yb-dory:#0f69ff;--yb-gandalf:#979ea8;--yb-grape-jelly:#6001d2;--yb-gray-hair:#f0f3f5;--yb-hulk-pants:#7e1fff;--yb-inkwell:#1d2228;--yb-malbec:#39007d;--yb-marshmallow:#f5f8fa;--yb-midnight:#101518;--yb-mulberry:#5015b0;--yb-pebble:#c7cdd2;--yb-peeps:#7dcbff;--yb-ramones:#2c363f;--yb-sea-foam:#11d3cd;--yb-scooter:#0063eb;--yb-shark:#828a93;--yb-sky:#12a9ff;--yb-smurfette:#188fff;--yb-solo-cup:#eb0f29;--yb-starfish:#7759ff;--yb-swedish-fish:#ff333a;--yb-thanos:#907cff;--yb-turmeric:#ffa700;--yb-white:#fff;--yb-rgb-battleship:91 99 106;--yb-rgb-white:255 255 255;--yb-rgb-blurple:93 94 255;--yb-rgb-starfish:119 89 255;--yb-rgb-hulk-pants:126 31 255;--yb-rgb-grape-jelly:96 1 210;--yb-rgb-peeps:125 203 255;--yb-rgb-sky:18 169 255;--yb-rgb-dory:15 105 255;--yb-rgb-scooter:0 99 235;--yb-rgb-cobalt:0 58 188;--yb-rgb-sea-foam:17 211 205;--yb-battleship-fog:rgb(var(--yb-rgb-battleship) / 10%);--yb-white-fog:rgb(var(--yb-rgb-white) / 10%);--yb-blurple-fog:rgb(var(--yb-rgb-blurple) / 10%);--yb-starfish-fog:rgb(var(--yb-rgb-starfish) / 10%);--yb-hulk-pants-fog:rgb(var(--yb-rgb-hulk-pants) / 10%);--yb-grape-jelly-fog:rgb(var(--yb-rgb-grape-jelly) / 10%);--yb-peeps-fog:rgb(var(--yb-rgb-peeps) / 10%);--yb-sky-fog:rgb(var(--yb-rgb-sky) / 10%);--yb-dory-fog:rgb(var(--yb-rgb-dory) / 10%);--yb-scooter-fog:rgb(var(--yb-rgb-scooter) / 10%);--yb-cobalt-fog:rgb(var(--yb-rgb-cobalt) / 10%);--yb-sea-foam-fog:rgb(var(--yb-rgb-sea-foam) / 10%);--yb-hulk-pants-accent:rgb(var(--yb-rgb-hulk-pants) / 50%);--yb-grape-jelly-accent:rgb(var(--yb-rgb-grape-jelly) / 50%);--yb-sky-accent:rgb(var(--yb-rgb-sky) / 50%);--yb-logo-brand:var(--yb-grape-jelly);--yb-logo-property:var(--yb-batcave);--yb-finance-logo-brand:var(--yb-grape-jelly);--yb-text-primary:var(--yb-batcave);--yb-text-mail-primary:var(--yb-battleship);--yb-text-mail-hover:var(--yb-mulberry);--yb-background-color:var(--yb-white);--yb-l2-background-color:var(--yb-marshmallow);--yb-popover-background:var(--yb-white);--yb-tab-focus-accent:var(--yb-grape-jelly-accent);--yb-selected-item-background:var(--yb-marshmallow);--yb-sidenav-close-btn-background:var(--yb-marshmallow);--yb-sidenav-btn-color-hover:var(--yb-grape-jelly);--yb-sidenav-btn-color-active:var(--yb-dirty-seagull);--yb-sidenav-btn-text-active:var(--yb-batcave);--yb-sidenav-finance-plus-icon:var(--yb-svg-icon-color-non-l2);--yb-sidenav-bg:var(--yb-background-color);--yb-moremenu-finance-plus-icon:var(--yb-svg-icon-color-non-l2);--yb-profile-avatar-bg:var(--yb-gray-hair);--yb-profile-panel-hover:var(--yb-dirty-seagull);--yb-profile-alphatar-background:var(--yb-gray-hair);--yb-profile-

alphatar-background-pressed:var(--yb-white);--yb-signin-border-color:var(--yb-dirty-seagull);--yb-mail-border-color:var(--yb-grape-jelly);--yb-unread-container-bg:rgb(var(--yb-rgb-grape-jelly) / 5%);--yb-profile-character-hover:var(--yb-white);--yb-profile-pressed-state:var(--yb-bob);--yb-profile-character-pressed-state-bg:var(--yb-dirty-seagull);--yb-profile-character-pressed-state-text:var(--yb-batcave);--yb-profile-account-status-container-bg:var(--yb-battleship-fog);--yb-searchbox-bg:var(--yb-gray-hair);--yb-search-btn-hover:#5409b2;--yb-search-faux-icon:var(--yb-batcave);--yb-search-input-box-shadow:0 0 1px 0 rgb(0 0 0 / 0%), 0 1px 0 0 var(--yb-dirty-seagull);--yb-search-assist-primary:var(--yb-batcave);--yb-search-assist-secondary:var(--yb-dolphin);--yb-search-assist-history:#6e329d;--yb-search-assist-history-pc:var(--yb-grape-jelly);--yb-search-assist-back-btn:var(--yb-dory);--yb-search-assist-item-hover-background:var(--yb-marshmallow);--yb-elevation3-box-shadow:0 4px 8px 0 rgb(0 0 0 / 10%), 0 0 1px 0 rgb(0 0 0 / 10%);--yb-elevation4-box-shadow:0 4px 16px 0 rgb(0 0 0 / 20%), 0 0 2px 0 rgb(0 0 0 / 5%);--yb-l2-news-background:linear-gradient(0deg, rgb(255 255 255 / 100%) 0%, rgb(248 250 251 / 100%) 100%);--yb-current-account-fog:var(--yb-dory-fog);--yb-editions-modal-outline:var(--yb-dirty-seagull);--yb-editions-text:var(--yb-dolphin);--yb-cobrand-logos-divider:var(--yb-dirty-seagull));--yb-l2-background:var(--uh-l2-background, var(--yb-l2-background-color));--yb-search-carat:var(--uh-search-carat-color, var(--yb-grape-jelly));--yb-l2-divider-color:var(--uh-l2-divider-color, var(--yb-gray-hair));--yb-l2-text-color:var(--uh-l2-text-color, var(--yb-batcave));--yb-default-font:var(--uh-font-family, var(--yb-default-font-family));--yb-fuji2-font:var(--uh-font-family, var(--yb-fuji2-font-family));--yb-uh3-cond-font:var(--uh-font-family, var(--yb-uh3-cond-font-family));--yb-outline:4px solid var(--uh-tab-focus-color, var(--yb-tab-focus-accent));--yb-search-btn-color:var(--uh-search-btn-color, var(--yb-search-carat));--yb-search-btn-hover-color:var(--uh-search-btn-hover-color, var(--yb-search-btn-hover));--yb-text-hover-color:var(--uh-text-hover-color, var(--yb-sidenav-btn-color-hover));--yb-profile-panel-hover-text:var(--uh-text-hover-color, var(--yb-grape-jelly));--yb-searchbox-transition:border-radius 0s 0.2s ease-out, background-color 0s 0.2s ease-out, box-shadow 0.2s ease-out, padding-left 50ms 150ms ease-out;--yb-property-ruler-color:var(--uh-property-ruler-color, var(--yb-grape-jelly));--yb-svg-icon-color:var(--uh-icon-color, var(--yb-grape-jelly));--yb-svg-icon-color-non-l2:var(--uh-icon-color-non-l2, var(--yb-grape-jelly) );--yb-svg-icon-color-selected:var(--uh-icon-color-selected, var(--yb-white));--yb-mail-bubble-color:var(--uh-mail-bubble-color, var(--yb-grape-jelly));--yb-mail-indicator:var(--yb-profile-panel-hover-text);--yb-mail-indicator-border:1px solid var(--yb-background-color);--yb-mail-count:var(--yb-text-primary);--yb-tap-color:var(--uh-text-hover-color, var(--yb-text-primary);--yb-text-pressed-color:var(--uh-text-pressed-color, var(--yb-mulberry));--yb-l2-margin:var(--uh-l2-margin);--yb-text-shadow:none;--yb-nav-color:var(--yb-text-secondary);--yb-sports-l2-dropdown-hover-bg:#e6e6e6;--yb-sports-l2-dropdown-hover-color:var(--yb-black);--yb-sports-l2-dropdown-focus-bg:#ecf8ff;--yb-nav-selected-color:var(--yb-text-primary);--yb-topnav-bg:var(--yb-batcave);--yb-back-button-fill:var(--yb-batcave);--yb-sa-stock-up:var(--yb-bonsai);--yb-sa-stock-down:var(--yb-solo-cup);--yb-sa-flight-label-border:1px solid var(--yb-dirty-seagull);--yb-sa-flight-label-positive:var(--yb-bonsai);--yb-sa-flight-label-negative:var(--yb-solo-cup);--yb-popover-border:1px solid #d8dade;--yb-popover-border-radius:4px;--yb-popover-shadow:0 2px 8px 0 rgb(0 0 0 / 36%);--yb-yns-title:var(--batcave);--yb-l2-nav-selected:var(--yb-grape-jelly);--yb-l2-nav-dropdown-focus:var(--yb-text-hover-color);--yb-mail-icon-text:var(--yb-batcave);--yb-mail-signin-link:#0078ff;--yb-light-img-logo-display:block;--yb-dark-img-logo-display:none;--yb-account-item-border:#d8dade;--yb-account-item-hover-bg:rgb(227 236 248);--yb-account-info-bg:#ededf3;--yb-account-menu-item:var(--yb-white);--yb-account-link:var(--yb-smurfette);--yb-account-text:#26282a;--yb-editions-button:var(--yb-marshmallow);--yb-editions-modal-background:var(--yb-white);--yb-mobile-search-carat:var(--uh-search-carat-color, var(--yb-dory));--yb-dialpad-label-text:#1b1b1b;--yb-dialpad-regular:#1d1d1d;--yb-dialpad-focus-background:#F1F2FF;--yb-dialpad-hover:rgba(43, 53, 217, 0.45);--yb-dialpad-icon:#626262;--yb-dialpad-icon-hover:#1d1d1f;--yb-poweredby-container-bg:var(--yb-marshmallow);--yb-poweredby-text:var(--yb-black);--yb-l1-selected-color:var(--uh-l1-selected-color, var(--yb-text-primary));--yb-l1-selected-font-weight:var(--uh-l1-selected-font-weight, var(--yb-font-bold));--yb-l1-selected-hover-color:var(--uh-l1-selected-hover-color, var(--yb-text-primary));--yb-visual-viewport-height:100vh;--yb-sa-height-max:auto;--yb-sa-height-min:auto}}.use-homepage-blue{--yb-search-btn-color:var(--yb-dory);--yb-outline:4px solid var(--yb-dory);--yb-search-btn-hover-color:var(--yb-scooter);--yb-text-hover-color:var(--yb-dory);--yb-mail-count:var(--yb-dory);--yb-mail-indicator:var(--yb-dory);--yb-profile-panel-hover-text:var(--yb-dory);--yb-logo-brand:var(--yb-batcave);--yb-logo-property:rgb(35 42 49 / 70%);--yb-search-carat:var(--yb-dory);--yb-text-pressed-color:var(--yb-scooter)}.use-homepage-blue-v2{--yb-profile-avatar-bg:#ecf7ff;--yb-searchbox-bg:#ecf7ff}.ybar-property-mail{--yb-profile-avatar-bg:rgba(242, 242, 242, 0.80);--yb-profile-panel-hover-text:#4b5dff;--yb-outline:4px solid rgb(75 93 255/50%)}.ybar-property-finance{--yb-mail-border-color:var(--uh-mail-bubble-color);--yb-text-mail-primary:var(--uh-mail-bubble-color);--yb-text-mail-hover:var(--uh-mail-bubble-color)}._yb_17hdgir._yb_1m5k24g,._yb_1ju4sqm._yb_1m5k24g{--yb-text-hover-color:var(--yb-color-att-dark-blue);--yb-search-btn-color:var(--yb-color-att-dark-blue);--yb-search-btn-hover-color:var(--yb-color-att-dark-blue);--yb-profile-panel-hover-text:var(--yb-color-att-dark-blue);--yb-mail-border-color:var(--yb-

color-att-dark-blue);--yb-text-mail-primary:var(--yb-color-att-dark-blue);--yb-text-mail-hover:var(--yb-color-att-dark-blue)}._yb_m112yt._yb_1rx2ce7,._yb_1grrcxm._yb_1rx2ce7{--yb-text-hover-color:var(--yb-color-rogers-red);--yb-search-btn-color:var(--yb-color-rogers-red);--yb-search-btn-hover-color:var(--yb-color-rogers-red);--yb-profile-panel-hover-text:var(--yb-color-rogers-red);--yb-mail-border-color:var(--yb-color-rogers-red);--yb-text-mail-primary:var(--yb-color-rogers-red);--yb-text-mail-hover:var(--yb-color-rogers-red)}

/*! Copyright 2017 Yahoo Holdings, Inc. All rights reserved. */
template{display:none}._yb_skd6ex{font-family:"Helvetica Neue",Helvetica,Tahoma,Geneva,Arial,sans-serif;font-family:var(--yb-default-font);font-weight:400;font-weight:var(--yb-font-regular);font-stretch:normal;direction:ltr;display:block;box-sizing:border-box;text-align:start;-webkit-font-smoothing:antialiased;z-index:1000;overflow-anchor:none}.ybar-ytheme-crunch._yb_skd6ex,.ybar-ytheme-fuji2._yb_skd6ex{font-family:"YahooSans VF",YahooSans,"Yahoo Sans","Helvetica Neue",Helvetica,Arial,sans-serif;font-family:var(--yb-fuji2-font)}html[data-color-theme-enabled][data-color-scheme=transparent] .ybar-ytheme-crunch{text-shadow:none;text-shadow:var(--yb-text-shadow)}html[data-color-theme-enabled][data-color-scheme=transparent] .ybar-ytheme-crunch button,html[data-color-theme-enabled][data-color-scheme=transparent] .ybar-ytheme-crunch ._yb_pxf6qo,html[data-color-theme-enabled][data-color-scheme=transparent] #ybar-nav-placement{text-shadow:none}html[data-color-theme-enabled][data-color-scheme=transparent] .ybar-ytheme-crunch svg{filter:var(--yb-icon-filter)}html[data-color-theme-enabled][data-color-scheme=transparent] .ybar-ytheme-crunch button svg,html[data-color-theme-enabled][data-color-scheme=transparent] .ybar-ytheme-crunch ._yb_pxf6qo svg,html[data-color-theme-enabled][data-color-scheme=transparent] #ybar-nav-placement svg{filter:none}#ybar._yb_ckv5c0{margin:0 auto}._yb_skd6ex ._yb_111vk2h{display:flex;flex-direction:column}.ybar-ytheme-crunch #ybar-inner-wrap{background:#fff;background:var(--yb-background-color)}._yb_191hf6c{display:flex;justify-content:center}._yb_1wn3by6{display:flex;justify-content:flex-start;align-items:center;width:100%;min-width:0;max-width:1920px;box-sizing:border-box;transition:margin .2s ease-out,opacity .15s linear .2s;opacity:1}.ybar-ytheme-crunch ._yb_1wn3by6{max-width:calc(100% - 32px);max-width:var(--uh-max-width, calc(100% - 32px))}.typing.ybar-ytheme-crunch ._yb_111vk2h{transition:margin .2s ease-out}.ybar-ytheme-fuji2 ._yb_1wn3by6{max-width:1340px;padding:0 20px;transition:margin .2s ease-out,opacity .15s linear .2s,padding .4s}.ybar-property-sports._yb_16wbl75 #ybar-navigation{max-width:100%;padding:0}.ybar-sticky #ybar._yb_16wbl75 #ybar-inner-wrap{left:0}.ybar-ytheme-fuji2._yb_z2yoct ._yb_1wn3by6,.ybar-ytheme-fuji2._yb_z2yoct ._yb_wn6uz7 ._yb_1wn3by6{padding:0;margin:0}.ybar-ytheme-fuji2._yb_z2yoct ._yb_191hf6c._yb_wn6uz7{padding:0 20px;transition:padding .4s}@media screen and (min-width:1020px){.ybar-ytheme-fuji2 ._yb_1wn3by6{padding:0 40px}.ybar-ytheme-fuji2._yb_z2yoct ._yb_191hf6c._yb_1wf1bgy,.ybar-ytheme-fuji2._yb_z2yoct ._yb_191hf6c._yb_wn6uz7{padding:0 40px}}.ybar-ytheme-fuji2._yb_mhkexk ._yb_1wn3by6{padding:0;max-width:100%}.ybar-ytheme-fuji2 ._yb_1h6cjwp._yb_z2yoct ._yb_1wn3by6{max-width:1264px;min-width:0}._yb_13cd53s ._yb_1wn3by6,.ybar-ytheme-fuji2._yb_1aoeocg ._yb_13cd53s ._yb_1wn3by6,.ybar-ytheme-fuji2._yb_z2yoct ._yb_13cd53s ._yb_1wn3by6{padding:0;position:relative;display:none}.ybar-ytheme-fuji2 ._yb_13cd53s ._yb_1wn3by6{display:flex}.ybar-ytheme-fuji2.ybar-property-mail.fuji2-dialpad ._yb_13cd53s{display:none}._yb_fxm36r{background:#232a31;background:var(--yb-topnav-bg);flex:1}.ybar-dark ._yb_fxm36r{background:#464e56;background:var(--yb-charcoal)}.ybar-dark ._yb_1g16nwp ._yb_fxm36r{background-color:#7e1fff;background-color:var(--yb-hulk-pants)}.ybar-ytheme-fuji2 ._yb_13cd53s{overflow:hidden}@media screen and (max-width:1340px){.ybar-ytheme-fuji2 ._yb_13cd53s{width:100%;min-width:1032px}.ybar-ytheme-fuji2 ._yb_fxm36r{display:none}}._yb_8cmloh{min-width:0;padding:0;height:84px}._yb_1trj99s ._yb_8cmloh,._yb_14din5x ._yb_8cmloh,._yb_ckv5c0 ._yb_8cmloh,._yb_10ttou5 ._yb_1xvzunb ._yb_8cmloh,._yb_xbyqkb ._yb_8cmloh{padding:0 64px 0 50px}._yb_y5m1sy._yb_191hf6c._yb_pxf6qo{padding:0 16px;margin-bottom:8px;justify-content:center;width:auto}._yb_1aoeocg ._yb_y5m1sy._yb_191hf6c._yb_pxf6qo,.ybar-property-generic ._yb_y5m1sy._yb_191hf6c._yb_pxf6qo,.ybar-property-homepage ._yb_y5m1sy._yb_191hf6c._yb_pxf6qo{margin-bottom:16px}._yb_wn6uz7 ._yb_1wn3by6{height:34px;padding-left:24px}.ybar-ytheme-crunch ._yb_wn6uz7._yb_l2-news{background:linear-gradient(0deg,rgb(255 255 255/100%) 0,rgb(248 250 251/100%) 100%);background:var(--yb-l2-news-background)}.ybar-ytheme-crunch ._yb_wn6uz7._yb_os0z4f{background:#f5f8fa;background:var(--yb-l2-background)}._yb_wn6uz7._yb_6sz7qh{box-shadow:0 -1px 0 #f0f3f5;box-shadow:0 -1px 0 var(--yb-l2-divider-color)}.ybar-ytheme-crunch ._yb_wn6uz7._yb_19nu7om{background-color:#6001d2;background-color:var(--yb-grape-jelly)}.ybar-ytheme-crunch.ybar-property-finance ._yb_wn6uz7{background-color:#f5f8fa;background-color:var(--yb-l2-background)}.ybar-ytheme-fuji2 ._yb_8cmloh{height:72px}.ybar-ytheme-

fuji2._yb_mhkexk._yb_fog5sz ._yb_8cmloh{height:84px}._yb_1aoeocg ._yb_8cmloh,._yb_z2yoct ._yb_8cmloh{height:80px;padding:5px 0 7px;box-sizing:content-box}#ybar.ybar-ytheme-crunch.ybar-property-homepage._yb_1qs896r._yb_1m5k24g,#ybar.ybar-ytheme-crunch._yb_1qs896r{--uh-visible-height:112px;height:112px}#ybar.ybar-ytheme-crunch.ybar-property-finance._yb_1qs896r{--uh-visible-height:117px;height:117px}#ybar.ybar-ytheme-crunch.ybar-property-finance._yb_1qs896r._yb_1tt9qbs{--uh-visible-height:113px;height:113px}#ybar.ybar-ytheme-crunch.ybar-property-homepage._yb_1qs896r,#ybar.ybar-ytheme-crunch,.modal-open #ybar.ybar-ytheme-crunch,.modal-open #ybar.ybar-ytheme-crunch.ybar-property-homepage._yb_1qs896r._yb_1m5k24g,#ybar.ybar-ytheme-crunch ._yb_8cmloh{--uh-visible-height:64px;height:64px;padding:0}.ybar-ytheme-fuji2 ._yb_wn6uz7 ._yb_1wn3by6,.ybar-theme-fuji2 ._yb_8cmloh{padding:0 20px;box-sizing:border-box}.ybar-ytheme-crunch ._yb_wn6uz7 ._yb_1wn3by6{height:48px;padding:0}.ybar-ytheme-crunch.ybar-property-finance:not(._yb_1tt9qbs) ._yb_wn6uz7 ._yb_1wn3by6{height:50px}@media screen and (min-width:1020px){.ybar-ytheme-fuji2 ._yb_wn6uz7 ._yb_1wn3by6,.ybar-ytheme-fuji2 ._yb_8cmloh{padding:0 40px}}.ybar-ytheme-fuji2._yb_mhkexk ._yb_8cmloh{padding:0}.modal-open ._yb_wn6uz7,.ybar-hide-navigation ._yb_wn6uz7{overflow:hidden}.ybar-hide-navigation .ybar-ytheme-crunch._yb_e1mx89 ._yb_wn6uz7{overflow:unset}.ybar-hide-navigation #ybar ._yb_wn6uz7._yb_uf7qnv>._yb_1wn3by6{margin-top:-82px}.modal-open #ybar ._yb_wn6uz7>._yb_1wn3by6,.ybar-hide-navigation #ybar ._yb_wn6uz7>._yb_1wn3by6{opacity:0;margin-top:-60px}.ybar-ytheme-crunch._yb_1tt9qbs ._yb_pzk3oa{margin:0;height:1px;background-color:#f0f3f5;background-color:var(--yb-gray-hair)}.ybar-ytheme-crunch:not(._yb_1tt9qbs)._yb_e1mx89 ._yb_1l1vk2h{border-bottom:#f0f3f5 3px solid;border-bottom:var(--yb-l2-divider-color) 3px solid}.ybar-ytheme-crunch ._yb_19nu7om #ybar-navigation{height:49px}.ybar-hide-navigation .ybar-ytheme-crunch._yb_e1mx89 ._yb_1wn3by6{opacity:1;margin-top:0}.ybar-hide-navigation #ybar ._yb_bcg1i4{opacity:0;margin-top:-42px}.modal-open ._yb_13cd53s>._yb_1wn3by6,.ybar-hide-topnavigation ._yb_13cd53s>._yb_1wn3by6{margin-top:-39px}@media screen and (max-width:1340px){.ybar-ytheme-fuji2 ._yb_13cd53s{width:100%;min-width:1032px}.ybar-ytheme-fuji2._yb_e1mx89 ._yb_jsnasc ._yb_13cd53s{min-width:initial}.ybar-ytheme-fuji2 ._yb_fxm36r{display:none}}@media screen and (min-width:1020px){.ybar-ytheme-fuji2 ._yb_1aoeocg ._yb_8cmloh ._yb_nfs7w2,.ybar-ytheme-fuji2.ybar-property-homepage ._yb_8cmloh ._yb_nfs7w2{width:320px;justify-content:flex-end}}@supports (display:grid){@media screen and (max-width:1019px){#ybar.ybar-ytheme-fuji2 ._yb_8cmloh{grid-column-gap:20px}}._yb_8cmloh{display:grid;grid-template-columns:[main-start] repeat(9,minmax(0,1fr)) [main-end] repeat(3,minmax(0,1fr));grid-template-rows:auto;grid-column-gap:32px}#ybar.ybar-ytheme-fuji2.ybar-property-mail ._yb_8cmloh{display:flex;-moz-column-gap:normal;column-gap:normal}.ybar-ytheme-fuji2 ._yb_8cmloh>div{grid-row-start:1}.ybar-ytheme-fuji2 ._yb_pxf6qo{grid-column:main;justify-self:end;width:calc(100% - 240px)}.ybar-ytheme-fuji2 ._yb_z2yoct ._yb_pxf6qo{width:calc(100% - 220px)}.ybar-ytheme-fuji2._yb_z2yoct._yb_17hdgir ._yb_1m5k24g ._yb_pxf6qo,.ybar-ytheme-fuji2._yb_z2yoct._yb_1ju4sqm ._yb_1m5k24g ._yb_pxf6qo,.ybar-ytheme-fuji2._yb_z2yoct._yb_1ju4sqm ._yb_gf8am6 ._yb_pxf6qo,.ybar-ytheme-fuji2._yb_z2yoct._yb_m112yt ._yb_1rx2ce7 ._yb_pxf6qo,.ybar-ytheme-fuji2._yb_z2yoct._yb_1grrcxm ._yb_1rx2ce7 ._yb_pxf6qo{width:calc(100% - 240px)}.ybar-ytheme-crunch ._yb_8cmloh>._yb_lmptkg,.ybar-ytheme-fuji2 ._yb_8cmloh ._yb_nfs7w2,.ybar-ytheme-fuji2.ybar-property-generic ._yb_8cmloh ._yb_nfs7w2,.ybar-ytheme-fuji2.ybar-property-homepage ._yb_8cmloh ._yb_nfs7w2{grid-column-start:main-start;z-index:1}.ybar-ytheme-fuji2 ._yb_8cmloh ._yb_51o270{grid-column-start:main-start}}@supports (display:grid){@media screen and (max-width:1023px){#ybar.ybar-ytheme-crunch:not(._yb_1tt9qbs) ._yb_8cmloh{grid-template-columns:[main-start] repeat(5,minmax(0,1fr)) [main-end toolbar-start]repeat(1,minmax(0,1fr)) [toolbar-end]}#ybar.ybar-ytheme-crunch:not(._yb_e1mx89)._yb_1433s0f)>._yb_8cmloh{grid-column-gap:24px}.ybar-ytheme-crunch:not(._yb_1tt9qbs) ._yb_1vskftk{display:none}.ybar-ytheme-crunch:not(._yb_1tt9qbs) ._yb_1687237{align-items:center;display:flex;height:36px;margin-right:12px;margin-left:-8px;padding:0 8px}.ybar-ytheme-crunch:not(._yb_1tt9qbs) ._yb_1433s0f ._yb_1687237{margin-right:8px}.ybar-ytheme-crunch:not(._yb_1tt9qbs) ._yb_1433s0f ._yb_1687237:has(._yb_1l2dr1o:focus-visible),.ybar-ytheme-crunch:not(._yb_1tt9qbs) ._yb_1687237:hover{background-color:#f5f8fa;background-color:var(--yb-sidenav-close-btn-background);border-radius:100px}.ybar-ytheme-crunch:not(._yb_1tt9qbs) ._yb_1687237:active{background-color:#e0e4e9;background-color:var(--yb-sidenav-btn-color-active);border-radius:100px}.ybar-ytheme-crunch:not(._yb_1tt9qbs) ._yb_1l2dr1o:focus-visible svg path,.ybar-ytheme-crunch:not(._yb_1tt9qbs) ._yb_1687237:hover ._yb_1l2dr1o svg path{fill:#6001d2;fill:var(--yb-text-hover-color)}.ybar-ytheme-crunch:not(._yb_1tt9qbs) ._yb_1687237:active ._yb_1l2dr1o svg path{fill:#232a31;fill:var(--yb-sidenav-btn-text-active)}.ybar-ytheme-crunch:not(._yb_1tt9qbs) ._yb_pxf6qo{max-width:unset;min-width:193px;width:100%;padding-right:139px}.ybar-ytheme-crunch:not(._yb_1tt9qbs) ._yb_1l2dr1o:focus-

visible{outline:4px solid rgb(96 1 210/50%);outline:var(--yb-outline);border-radius:1px;outline-offset:6px}.ybar-ytheme-crunch:not(._yb_e1mx89)
._yb_1433s0f ._yb_1l2dr1o:focus-visible{border-radius:100px}}@media screen and (max-width:1049px){#ybar.ybar-ytheme-crunch._yb_1tt9qbs
._yb_8cmloh{grid-template-columns:[main-start] repeat(3,minmax(0,1fr)) [main-end space-start] repeat(1,minmax(0,1fr)) [space-end nav-
start]repeat(1,minmax(0,1fr)) [nav-end toolbar-start]repeat(1,minmax(250px,1fr)) [toolbar-end;grid-column-gap:1rem}.ybar-ytheme-crunch._yb_1tt9qbs
._yb_1vskftk{grid-column-start:6}.ybar-ytheme-crunch._yb_1tt9qbs ._yb_1687237}.ybar-ytheme-crunch.ybar-property-finance ._yb_1433s0f
._yb_1687237{align-items:center;display:flex;height:36px;margin-right:10px;padding:0 9px 2px}#ybar.ybar-ytheme-
crunch._yb_e1mx89._yb_1qs896r{height:67px}#ybar.ybar-ytheme-crunch._yb_e1mx89._yb_1qs896r._yb_1tt9qbs{height:64px}.ybar-hide-navigation
#ybar.ybar-ytheme-crunch._yb_e1mx89 ._yb_wn6uz7>._yb_1wn3by6,#ybar.ybar-ytheme-crunch._yb_e1mx89 ._yb_wn6uz7>._yb_1wn3by6{opacity:0;margin-
top:-60px}.ybar-hide-navigation .ybar-ytheme-crunch._yb_e1mx89 ._yb_wn6uz7,.ybar-ytheme-crunch._yb_e1mx89 ._yb_wn6uz7{overflow:hidden}.ybar-
ytheme-crunch._yb_1tt9qbs ._yb_lteyk5{grid-column:1/span 5}.ybar-ytheme-crunch._yb_1tt9qbs ._yb_1687237:hover{background-color:#f5f8fa;background-
color:var(--yb-marshmallow);border-radius:100px}.ybar-ytheme-crunch._yb_e1mx89 ._yb_pxf6qo{max-width:632px;min-width:193px;width:calc(100% -
174px);margin-right:19px}}@media screen and (max-width:767px){#ybar.ybar-ytheme-crunch._yb_1tt9qbs,#ybar.ybar-ytheme-
crunch._yb_1tt9qbs._yb_1qs896r{height:92px}#ybar.ybar-ytheme-crunch :not(._yb_1433s0f)>._yb_8cmloh{grid-column-gap:20px}#ybar.ybar-ytheme-
crunch._yb_1tt9qbs ._yb_8cmloh{height:32px;margin:8px 16px 0;padding-bottom:84px}.ybar-ytheme-crunch._yb_1tt9qbs
._yb_pxf6qo{position:absolute;top:48px;max-width:100vw;width:calc(100vw - 88px)}.ybar-ytheme-crunch ._yb_lteyk5{grid-column:1/span 5}.ybar-ytheme-
crunch._yb_e1mx89:not(._yb_1tt9qbs) ._yb_pxf6qo{min-width:100px}}.ybar-ytheme-crunch :not(._yb_1433s0f)>._yb_8cmloh{display:grid;grid-template-
columns:[main-start] repeat(11,minmax(0,1fr)) [main-end toolbar-start]repeat(1,minmax(0,1fr)) [toolbar-end];grid-template-rows:auto;grid-column-
gap:32px}.ybar-ytheme-crunch._yb_1tt9qbs ._yb_8cmloh{grid-template-columns:[main-start] repeat(7,minmax(0,1fr)) [main-end space-start]
repeat(1,minmax(0,1fr)) [space-end nav-start]repeat(4,minmax(0,1fr)) [nav-end toolbar-start]repeat(1,minmax(250px,1fr)) [toolbar-end]}._yb_lteyk5{align-
items:center;display:flex;flex-wrap:nowrap;grid-column:1/span 6}.ybar-ytheme-crunch ._yb_lteyk5{transition:width
.15s;width:inherit}._yb_1vskftk{display:flex;justify-content:flex-end}.ybar-ytheme-crunch:not(._yb_1tt9qbs) ._yb_1vskftk{grid-column:10}._yb_1tt9qbs
._yb_1vskftk{grid-column-start:12}.ybar-ytheme-crunch ._yb_8cmloh>div{grid-row-start:1}.ybar-ytheme-crunch ._yb_pxf6qo{width:auto;min-
width:193px}.ybar-ytheme-crunch ._yb_8cmloh>._yb_lmptkg{grid-column-start:main-start;z-index:1}.ybar-ytheme-crunch ._yb_8cmloh ._yb_nfs7w2{grid-
column:toolbar-start;width:100%;justify-content:flex-end}}.ybar-ytheme-crunch._yb_1qhu3pk ._yb_1wf1bgy:not(._yb_1433s0f)
._yb_1687237,._yb_1687237{display:none}._yb_1l2dr1o{background:0 0;display:inline-
block;border:0;margin:0;padding:0;height:20px;width:20px}._yb_1l2dr1o:hover svg path{fill:#6001d2;fill:var(--yb-text-hover-color)}._yb_1l2dr1o
svg{display:inline-block;vertical-align:baseline}._yb_1l2dr1o svg path{fill:#232a31;fill:var(--yb-text-primary)}._yb_1trj99s ._yb_8cmloh{padding-
left:54px}._yb_1kiylj0 ._yb_8cmloh{width:1020px}._yb_14din5x ._yb_8cmloh{background:#6302de}._yb_14din5x._yb_a9e4ci ._yb_8cmloh{background:0
0}._yb_14din5x._yb_fog5sz ._yb_8cmloh,._yb_14din5x._yb_xd0jl ._yb_8cmloh,._yb_14din5x._yb_7wrggy ._yb_8cmloh,._yb_14din5x._yb_1a6wvk5
._yb_8cmloh{background:#000;background:var(--yb-black)}._yb_14din5x._yb_1vn8ka0 ._yb_8cmloh{background:#2b2c2f}._yb_14din5x._yb_5rn2wn
._yb_8cmloh{background:#333}._yb_14din5x._yb_1xog65a ._yb_8cmloh{background:#2b2d32}._yb_144nujp._yb_1mm9wvb
._yb_8cmloh{background:#6302de}._yb_14din5x._yb_1vaptcr ._yb_8cmloh{background:#222}._yb_14din5x._yb_nrhcaa
._yb_8cmloh{background:#0a4ea3}._yb_14din5x._yb_14gte41 ._yb_8cmloh{background:#0a0a0a}._yb_14din5x._yb_1f893pc
._yb_8cmloh{background:#fff;background:var(--yb-white)}._yb_14din5x._yb_f01sjl ._yb_8cmloh{background:#1e4e9d}._yb_14din5x._yb_rgwqt6
._yb_8cmloh{background:linear-gradient(303deg,#00d301,#36c275 50%,#00a562)}._yb_14din5x._yb_itbnap
._yb_8cmloh{background:#36465d}._yb_lmptkg{display:flex;width:142px;min-width:142px}._yb_1aoeocg ._yb_lmptkg,._yb_z2yoct
._yb_lmptkg{height:58px;width:205px;min-width:205px;margin-top:10px;margin-left:15px}.ybar-ytheme-crunch ._yb_8cmloh
._yb_lmptkg{height:auto;width:auto;min-width:-moz-fit-content;min-width:fit-content;margin:0}._yb_mhkexk ._yb_lmptkg{justify-content:center;min-
width:192px}@media screen and (max-width:1024px){._yb_1aoeocg ._yb_lmptkg,._yb_z2yoct ._yb_lmptkg{width:90px;min-width:90px;height:27px}}.ybar-
ytheme-fuji2 ._yb_8cmloh ._yb_lmptkg{height:auto;width:166px;min-width:166px;margin-right:20px;margin-top:0;margin-left:0;transition:min-width .4s,width

.4s].ybar-ytheme-fuji2._yb_mhkexk ._yb_8cmloh ._yb_lmptkg{margin-right:0}@media screen and (min-width:1020px){.ybar-ytheme-fuji2 ._yb_8cmloh ._yb_lmptkg{width:220px;min-width:220px}}.ybar-ytheme-fuji2.ybar-property-mail ._yb_lmptkg{width:192px;min-width:192px}@media screen and (min-width:1440px){._yb_mhkexk ._yb_lmptkg,.ybar-ytheme-fuji2._yb_mhkexk ._yb_lmptkg{max-width:224px;width:14%}}._yb_pxf6qo{display:flex;flex:1}._yb_mhkexk ._yb_pxf6qo{flex:initial}._yb_pxf6qo #mail-search{flex:1}._yb_1xvzunb:not(.ybar-ytheme-crunch) ._yb_pxf6qo{display:none}#ybar.ybar-searchbox-assist-fullscreen #ybar-inner-wrap{position:initial}._yb_bcg1i4{margin:0 auto;padding:0 40px;width:1340px;max-width:100%;box-sizing:border-box;height:42px;display:flex;opacity:1;transition:margin .2s ease-out,opacity .15s linear .2s}._yb_1c59c05{overflow:hidden}._yb_10mr5e1{width:220px;margin-right:20px;flex-shrink:0}@media screen and (max-width:1019px){._yb_bcg1i4{padding:0 20px;transition:padding .4s}._yb_1hyse1e{width:143px;margin-left:105px;flex-shrink:0}}._yb_nfs7w2{margin-left:auto;display:flex;align-items:center}.ybar-ytheme-crunch ._yb_nfs7w2{margin:0}.ybar-ytheme-crunch ._yb_1433s0f ._yb_nfs7w2._yb_xwfjkh{gap:10px}._yb_mhkexk ._yb_nfs7w2{padding-right:32px}.ybar-ytheme-crunch ._yb_e1mx89 ._yb_nfs7w2{gap:12px}.ybar-ytheme-fuji2._yb_1aoeocg ._yb_nfs7w2,.ybar-ytheme-fuji2._yb_z2yoct ._yb_nfs7w2{margin-right:0}._yb_nfs7w2>div{margin-left:32px;white-space:nowrap}.ybar-ytheme-crunch ._yb_1433s0f ._yb_1ob6u3a,.ybar-ytheme-crunch ._yb_1433s0f ._yb_lmtswi{margin-left:0}.ybar-ytheme-crunch:not(.ybar-property-finance)._yb_34ukur ._yb_1433s0f ._yb_lmtswi{width:60px;display:flex;justify-content:flex-end}.ybar-ytheme-crunch ._yb_1433s0f ._yb_1pyrp8a{margin-left:16px}.ybar-ytheme-crunch ._yb_1pyrp8a,.ybar-ytheme-crunch._yb_34ukur ._yb_1433s0f ._yb_1pyrp8a,.ybar-ytheme-crunch.ybar-mail-v3 ._yb_1433s0f ._yb_nfs7w2 ._yb_1pyrp8a,.ybar-ytheme-crunch.ybar-mail-v3 ._yb_1433s0f ._yb_nfs7w2 ._yb_1pyrp8a,.ybar-ytheme-crunch.ybar-property-finance._yb_34ukur ._yb_1433s0f ._yb_1pyrp8a{margin-left:0}.ybar-ytheme-crunch ._yb_nfs7w2>div{display:inline-block}@media screen and (max-width:600px){.ybar-ytheme-fuji2 ._yb_nfs7w2{display:none}}@media screen and (min-width:1344px){.ybar-ytheme-crunch ._yb_8cmloh ._yb_lmptkg{margin-left:0}}._yb_m112yt._yb_1rx2ce7 ._yb_nfs7w2 ._yb_1ob6u3a{display:none}._yb_nfs7w2 ._yb_ah7mtw{max-width:250px}@media screen and (max-width:768px){:not(._yb_1433s0f) ._yb_nfs7w2>div{margin-left:24px}._yb_1trj99s ._yb_8cmloh{height:54px;padding:0 24px 0 20px}._yb_14din5x ._yb_8cmloh{height:50px;padding:0}._yb_1trj99s ._yb_8cmloh,._yb_14din5x ._yb_8cmloh{justify-content:center;position:relative}._yb_1trj99s ._yb_5rn2wn ._yb_nfs7w2,._yb_1trj99s ._yb_1mm9wvb ._yb_nfs7w2,._yb_1trj99s ._yb_1gte41 ._yb_nfs7w2,._yb_14din5x ._yb_nfs7w2{position:absolute;right:24px}._yb_1trj99s ._yb_lmptkg,._yb_14din5x ._yb_lmptkg{width:auto;min-width:auto}._yb_fog5sz ._yb_lmptkg{height:18px}._yb_1mm9wvb ._yb_lmptkg,._yb_1xog65a ._yb_lmptkg{height:24px}._yb_nrhcaa ._yb_lmptkg{height:15px}._yb_a9e4ci ._yb_lmptkg{height:25px;width:64px}._yb_xd0jl ._yb_lmptkg{height:22px}._yb_14din5x._yb_f01sjl ._yb_lmptkg,._yb_rgwqt6 ._yb_lmptkg{height:20px}.ybar-property-finance ._yb_1433s0f ._yb_lteyk5 ._yb_pxf6qo{padding-right:0}}._yb_15ofb0v{display:block}._yb_mhkexk ._yb_191hf6c{max-width:none}._yb_mhkexk ._yb_8cmloh{padding:0;max-width:none}._yb_mhkexk ._yb_8cmloh ._yb_pxf6qo{height:48px;margin:0;min-width:496px;padding:0;width:44%}._yb_mhkexk._yb_jsnasc ._yb_8cmloh>._yb_lmptkg,._yb_mhkexk ._yb_joftp1 ._yb_8cmloh>._yb_lmptkg,._yb_mhkexk._yb_1nwwxd1 ._yb_8cmloh>._yb_lmptkg,._yb_mhkexk ._yb_5312w1 ._yb_8cmloh>._yb_lmptkg{width:224px;min-width:224px}._yb_mhkexk ._yb_8cmloh ._yb_nfs7w2{padding-right:32px}._yb_e1mx89._yb_jsnasc ._yb_111vk2h{background:#fff;background:var(--yb-white)}._yb_mhkexk ._yb_fxm36r{display:none}.ybar-ytheme-fuji2.ybar-property-mail ._yb_1iyuvn2{display:none}.ybar-ytheme-fuji2.ybar-property-mail.fuji2-dialpad ._yb_1iyuvn2{display:block}.ybar-amp,.ybar-amp_.ybar-amp_.ybar-row{min-width:initial;max-width:initial;padding-right:0}#ybar._yb_aeo6a0{height:84px}#ybar.ybar-ytheme-fuji2.ybar-property-mail.fuji2-dialpad._yb_aeo6a0{height:72px}#ybar.ybar-ytheme-fuji2._yb_aeo6a0{height:111px}#ybar.ybar-ytheme-fuji2.ybar-property-generic._yb_aeo6a0{height:123px}#ybar.ybar-ytheme-fuji2._yb_1qs896r{height:104px}#ybar._yb_aeo6a0._yb_1qs896r,#ybar.ybar-ytheme-fuji2.ybar-property-homepage._yb_1qs896r,#ybar.ybar-ytheme-fuji2.ybar-property-generic._yb_1qs896r,#ybar.ybar-ytheme-fuji2.ybar-property-mail.fuji2-dialpad._yb_aeo6a0._yb_1qs896r,#ybar.ybar-ytheme-fuji2.ybar-property-generic._yb_aeo6a0._yb_1qs896r,#ybar.ybar-ytheme-fuji2.ybar-property-homepage._yb_1qs896r{height:114px}.ybar-ytheme-crunch.ybar-property-homepage._yb_1qs896r:not(._yb_1m5k24g) ._yb_wn6uz7{display:none}#ybar.ybar-ytheme-fuji2._yb_aeo6a0._yb_1qs896r{height:143px}.modal-open #ybar.ybar-ytheme-fuji2._yb_aeo6a0._yb_1qs896r{height:72px}#ybar.ybar-ytheme-fuji2.ybar-property-generic.ybar-show-homepage-topnavigation._yb_aeo6a0._yb_1qs896r,#ybar.ybar-ytheme-fuji2.ybar-property-homepage.ybar-show-homepage-

topnavigation._yb_aeo6a0._yb_1qs896r{height:155px}#ybar.ybar-property-generic._yb_1qs896r,#ybar.ybar-property-homepage._yb_1qs896r{height:126px}#ybar.ybar-ytheme-fuji2.ybar-property-generic._yb_aeo6a0._yb_1kx04em{height:165px}#ybar.ybar-ytheme-fuji2._yb_aeo6a0._yb_1qs896r._yb_1kx04em{height:185px}#ybar.ybar-ytheme-fuji2._yb_aeo6a0._yb_1qs896r._yb_1kx04em._yb_e1mx89._yb_jsnasc{height:203px}.modal-open .ybar-sticky #ybar.ybar-property-homepage._yb_1qs896r{height:92px!important}.modal-open .ybar-sticky #ybar.ybar-ytheme-fuji2._yb_z2yoct{height:80px!important}@media screen and (orientation:portrait){html.Reader-open ._yb_pxf6qo{display:none}html.Reader-open ._yb_17frpha{display:inline-block}._yb_lmjguw{display:inline-block}._yb_ln0kaj{display:none}}#ybar input[type=hidden]{visibility:hidden}.ybar-show-outline{outline-offset:2px;outline:3px solid #0f69ff;outline:3px solid var(--yb-dory)}.ybar-hide-outline{outline:0!important}.ybar-ytheme-crunch .ybar-show-outline:focus{outline-offset:5px;outline:4px solid rgb(96 1 210/50%);outline:var(--yb-outline);border-radius:1px}._yb_skd6ex :focus{outline:solid #0f69ff 2px;outline:solid var(--yb-dory) 2px}._yb_skd6ex :focus:not(:focus-visible){outline:0}.ybar-theme-dark ._yb_skd6ex :focus{outline-color:#12a9ff;outline-color:var(--yb-sky)}.ybar-theme-dark ._yb_skd6ex :focus:not(:focus-visible){outline:0}body.typing .ybar-ytheme-fuji2[data-ovrly-bkt=darker] ._yb_191hf6c._yb_wn6uz7{background-color:rgb(16 24 21/70%);pointer-events:none}body.typing .ybar-ytheme-fuji2[data-ovrly-bkt=light] ._yb_191hf6c._yb_wn6uz7{background-color:#fff;background-color:var(--yb-white);opacity:.2;pointer-events:none}.ybar-page-is-scrolled:not(.ybar-hide-navigation) body.typing .ybar-ytheme-crunch[data-ovrly-bkt=midnight60] ._yb_q9yg9a,:not(.ybar-page-is-scrolled) body.typing .ybar-ytheme-crunch[data-ovrly-bkt=midnight60] ._yb_q9yg9a{background-color:#101518;background-color:var(--yb-midnight);height:64px;height:var(--uh-visible-height, 64px);opacity:.6;position:fixed;width:100%;z-index:1}.ybar-page-is-scrolled body.typing .ybar-ytheme-crunch[data-ovrly-bkt=midnight60] ._yb_wn6uz7,:not(.ybar-page-is-scrolled) body.typing .ybar-ytheme-crunch[data-ovrly-bkt=midnight60] #ybar-inner-wrap{pointer-events:none}:not(.ybar-page-is-scrolled) body.typing .ybar-ytheme-crunch[data-ovrly-bkt=midnight60] #ybar-inner-wrap #ybar-search-box-container{pointer-events:auto}.ybar-ytheme-crunch ._yb_191hf6c{margin:0}@media screen and (min-width:768px){.ybar-ytheme-crunch:not(._yb_1tt9qbs) ._yb_1wn3by6{max-width:calc(100% - 39px);max-width:var(--uh-max-width, calc(100% - 39px))}}@media screen and (min-width:1024px){.ybar-ytheme-crunch:not(._yb_1tt9qbs) ._yb_1wn3by6{max-width:calc(100% - 40px);max-width:var(--uh-max-width, calc(100% - 40px))}.ybar-ytheme-crunch.ybar-property-finance:not(._yb_1tt9qbs) ._yb_1wn3by6{margin-left:12px;margin-left:var(--uh-row-margin-left, 12px);margin-right:0;margin-right:var(--uh-row-margin-right, 0)}}@media screen and (min-width:1050px){.ybar-ytheme-crunch.property-finance:not(._yb_1tt9qbs) ._yb_1wn3by6{max-width:calc(100% - 36px);max-width:var(--uh-max-width, calc(100% - 36px))}}@media screen and (min-width:1050px){.ybar-ytheme-crunch ._yb_1wn3by6{margin-left:calc((100vw - 1440px)/2);margin-right:calc((100vw - 1440px)/2)}}@media screen and (max-width:1049px){.ybar-ytheme-crunch.ybar-property-finance ._yb_1433s0f ._yb_1wn3by6{max-width:calc(100% - 28px);max-width:var(--uh-max-width, calc(100% - 28px));margin-left:3px;margin-left:var(--uh-row-margin-left, 3px);margin-right:0;margin-right:var(--uh-row-margin-right, 0)}}@media screen and (min-width:1280px){.ybar-ytheme-crunch:not(._yb_1tt9qbs) ._yb_1wn3by6{max-width:min(1264px,calc(100% - 40px));max-width:var(--uh-max-width, min(1264px, calc(100% - 40px)))}.ybar-ytheme-crunch.ybar-property-finance ._yb_1wn3by6{max-width:calc(100% - 36px);max-width:var(--uh-max-width, calc(100% - 36px))}}@media screen and (min-width:1440px){.ybar-ytheme-crunch:not(._yb_1tt9qbs) ._yb_1wn3by6{max-width:1264px;max-width:var(--uh-max-width, 1264px)}.ybar-ytheme-crunch.ybar-property-finance ._yb_1wn3by6{max-width:1404px;max-width:var(--uh-max-width, 1404px)}}._yb_1433s0f ._yb_8cmloh ._yb_nfs7w2{width:auto}:not(.ybar-page-is-scrolled) body.typing .ybar-ytheme-crunch[data-ovrly-bkt=midnight60] #ybar-inner-wrap ._yb_1433s0f ._yb_lteyk5{width:inherit}._yb_34ukur ._yb_1433s0f ._yb_1vskftk{margin-left:0}@media screen and (max-width:1023px){._yb_1433s0f :not(._yb_e1mx89) ._yb_pxf6qo{padding-right:0}.ybar-property-finance ._yb_1433s0f ._yb_pxf6qo{padding-right:40px}._yb_1433s0f ._yb_1vskftk,._yb_1433s0f ._yb_pxf6qo,._yb_34ukur ._yb_1433s0f ._yb_pxf6qo{margin-right:24px}.ybar-mail-v5 ._yb_1433s0f ._yb_pxf6qo{margin-right:46px}._yb_1tt9qbs ._yb_1433s0f ._yb_1wn3by6{max-width:calc(100% - 23px)}._yb_1tt9qbs ._yb_1433s0f ._yb_1687237{margin-right:10px}._yb_1tt9qbs ._yb_1433s0f ._yb_lmptkg{margin-right:10px}}@media screen and (min-width:1024px){._yb_1433s0f ._yb_1vskftk{margin-right:40px}._yb_1433s0f ._yb_pxf6qo{margin-right:40px}._yb_34ukur ._yb_1433s0f ._yb_pxf6qo{margin-right:40px}._yb_1433s0f ._yb_lteyk5{margin-right:12px}._yb_1tt9qbs ._yb_1433s0f ._yb_lmptkg{margin-right:10px}._yb_1tt9qbs ._yb_1433s0f ._yb_1wn3by6{max-width:calc(100% - 25px)}._yb_1tt9qbs ._yb_1433s0f ._yb_pxf6qo{margin-right:48px}}@media screen and (min-width:1280px){._yb_1433s0f ._yb_1vskftk{margin-right:56px}.ybar-property-finance ._yb_1433s0f ._yb_1vskftk{margin-right:56px}._yb_1433s0f ._yb_pxf6qo{margin-right:56px}.ybar-property-finance ._yb_1433s0f ._yb_pxf6qo{margin-right:60px}._yb_34ukur ._yb_1433s0f ._yb_pxf6qo{margin-

right:56px}._yb_1tt9qbs ._yb_1433s0f ._yb_1vskftk{margin-right:0}._yb_1tt9qbs ._yb_1433s0f ._yb_pxf6qo{margin-right:70px}._yb_1tt9qbs ._yb_1433s0f ._yb_1wn3by6{max-width:calc(100% - 24px)}}@media screen and (min-width:1440px){.ybar-property-finance ._yb_1433s0f ._yb_1vskftk,._yb_1433s0f ._yb_1vskftk{margin-right:64px}.ybar-property-finance ._yb_1433s0f ._yb_pxf6qo,._yb_34ukur ._yb_1433s0f ._yb_pxf6qo,._yb_1433s0f ._yb_pxf6qo{margin-right:64px}.ybar-property-finance:not(._yb_1nibxtf,._yb_33m0pz,._yb_19k047n) ._yb_1433s0f ._yb_pxf6qo{max-width:740px}._yb_1tt9qbs ._yb_1433s0f ._yb_pxf6qo{margin-right:78px}._yb_1tt9qbs ._yb_1433s0f ._yb_1vskftk{margin-right:46px}}._yb_1433s0f #ybarAccountMenu{padding:0}._yb_1yn3org{color:red}.ybar-sticky #ybar-inner-wrap{position:fixed;z-index:20;width:100%;transition:box-shadow .2s ease-out}.ybar-page-is-scrolled body:not(.uh-disable-bottom-shadow) .ybar-sticky #ybar-inner-wrap{box-shadow:rgb(0 0 0/40%) 0 0 10px 0}.ybar-sticky .ybar-ytheme-crunch.ybar-property-finance #ybar-inner-wrap{transition:box-shadow .5s ease-in-out;top:0}._yb_i0h7ex,._yb_1kyufv9 ._yb_xt6zad,._yb_1xwzty4,._yb_15m677s,._yb_xt6zad,._yb_1i6ju54,.ybar-ytheme-fuji2 ._yb_1i6ju54,._yb_ryk8qo,._yb_647aax,._yb_1wiq74k,._yb_1oqk618,._yb_1tgj9dw,._yb_q0g4ln,._yb_cc4h1g,._yb_1wtedlp,._yb_18ki64s,._yb_1vpwu5z,._yb_1w9o31p,._yb_mzc2r4,._yb_ehrdd1,.ybar-ytheme-fuji2 ._yb_1xwzty4,.ybar-ytheme-fuji2.ybar-property-homepage ._yb_1xwzty4,._yb_105r089,._yb_feknto,._yb_242nu,._yb_16t970p,._yb_1io9v0d,._yb_ob0dv2,._yb_zmuf9o,._yb_w2i94v,._yb_3azi9v,._yb_x6o0bm,._yb_6b8hce,._yb_1nb5pj1,._yb_1wy5xqa,._yb_3sojzl,._yb_1sjoeo6,._yb_ic9n3h,._yb_r1ggah,._yb_pkdp1y,._yb_1ythqd7,._yb_1c14o65,._yb_141cixi,._yb_1f9nx9p,._yb_1lmbrcg,._yb_l371an,._yb_218jw1,._yb_1ivnq1b,._yb_1743nvb,._yb_1qgpjse,._yb_m63jsa,._yb_19utqnl,._yb_1n2xfr,._yb_15ky9gk,._yb_1wccjoc,._yb_1rh3633,._yb_i6c7ba,._yb_7jatm7,._yb_pi3o3s,._yb_5uim2x,._yb_1ymultz,._yb_1t6sgg9,._yb_1db25by,._yb_1fc5y37,._yb_31ct0k{background-image:url(https://s.yimg.com/kr/assets/spritify-sprite-dark-fd484ded-615432bc.png);background-size:32px 1713px;background-repeat:no-repeat}._yb_i0h7ex,._yb_1kyufv9 ._yb_xt6zad{background-position:0 -1582px;width:24px;height:24px}._yb_1xwzty4,._yb_15m677s,._yb_xt6zad{background-position:0 -1611px;width:24px;height:24px}._yb_1i6ju54{background-position:0 -1524px;width:24px;height:24px}.ybar-ytheme-fuji2 ._yb_1i6ju54{background-position:0 -1640px;width:32px;height:32px}._yb_ryk8qo{background-position:0 -1553px;width:24px;height:24px}._yb_647aax{background-position:0 -1677px;width:32px;height:36px}.ybar-light ._yb_i0h7ex,.ybar-light ._yb_1kyufv9 ._yb_xt6zad,.ybar-light ._yb_1xwzty4,.ybar-light ._yb_15m677s,.ybar-light ._yb_xt6zad,.ybar-light .ybar-property-homepage ._yb_1xwzty4,.ybar-light ._yb_1i6ju54,.ybar-light .ybar-ytheme-fuji2 ._yb_1i6ju54,.ybar-light ._yb_ryk8qo,.ybar-light ._yb_647aax{background-image:url(https://s.yimg.com/kr/assets/spritify-sprite-light-fd484ded-e3dce7a4.png);background-size:32px 1740px;background-repeat:no-repeat}.ybar-light ._yb_i0h7ex,.ybar-light ._yb_1kyufv9 ._yb_xt6zad{background-position:0 -1609px;width:24px;height:24px}.ybar-light ._yb_1xwzty4,.ybar-light ._yb_15m677s,.ybar-light ._yb_xt6zad{background-position:0 -1638px;width:24px;height:24px}.ybar-light .ybar-property-homepage ._yb_1xwzty4{background-position:0 -1524px;width:27px;height:20px}.ybar-light ._yb_1i6ju54{background-position:0 -1549px;width:24px;height:26px}.ybar-light .ybar-ytheme-fuji2 ._yb_1i6ju54{background-position:0 -1667px;width:32px;height:32px}.ybar-light ._yb_ryk8qo{background-position:0 -1580px;width:24px;height:24px}.ybar-light ._yb_647aax{background-position:0 -1704px;width:32px;height:36px}._yb_1wiq74k{background-position:0 -1188px;width:24px;height:24px}._yb_1oqk618{background-position:0 -1245px;width:13px;height:12px}._yb_1tgj9dw{background-position:0 -1291px;width:18px;height:18px}._yb_q0g4ln{background-position:0 -1314px;width:18px;height:18px}._yb_cc4h1g{background-position:0 -1337px;width:18px;height:16px}._yb_1wtedlp{background-position:0 -1262px;width:18px;height:24px}._yb_18ki64s{background-position:0 -1358px;width:18px;height:24px}._yb_1vpwu5z{background-position:0 -1387px;width:12px;height:12px}._yb_1w9o31p{background-position:0 -1434px;width:16px;height:16px}._yb_mzc2r4{background-position:0 -1455px;width:18px;height:18px}._yb_ehrdd1{background-position:0 -1478px;width:18px;height:18px}.ybar-ytheme-fuji2 ._yb_1xwzty4,.ybar-ytheme-fuji2.ybar-property-homepage ._yb_1xwzty4{background-position:0 -1404px;width:23px;height:25px}._yb_105r089{background-position:0 -99px;width:28px;height:28px}._yb_feknto{background-position:0 -132px;width:28px;height:28px}._yb_242nu,._yb_16t970p{background-position:0 -165px;width:28px;height:28px}._yb_1io9v0d,._yb_ob0dv2{background-position:0 -66px;width:28px;height:28px}._yb_zmuf9o,._yb_w2i94v{background-position:0 -231px;width:28px;height:28px}._yb_3azi9v{background-position:0 -33px;width:28px;height:28px}._yb_x6o0bm{background-position:0 -198px;width:28px;height:28px}._yb_6b8hce,._yb_1nb5pj1{background-position:0 0;width:28px;height:28px}._yb_abnczc{background-position:0 -297px;width:28px;height:28px}._yb_1wy5xqa,._yb_3sojzl{background-position:0 -264px;width:28px;height:28px}._yb_1sjoeo6{background-position:0 -

429px;width:28px;height:28px}._yb_ic9n3h{background-position:0 -495px;width:28px;height:28px}._yb_r1ggah{background-position:0 -462px;width:28px;height:28px}._yb_pkdp1y{background-position:0 -396px;width:28px;height:28px}._yb_1ythqd7{background-position:0 -594px;width:28px;height:28px}._yb_1c14o65{background-position:0 -528px;width:28px;height:28px}._yb_141cixi{background-position:0 -561px;width:28px;height:28px}._yb_1f9nx9p{background-position:0 -363px;width:28px;height:28px}._yb_1lmbrcg{background-position:0 -330px;width:28px;height:28px}._yb_l371an{background-position:0 -627px;width:28px;height:28px}._yb_218jw1{background-position:0 -660px;width:28px;height:28px}._yb_1ivnq1b{background-position:0 -693px;width:28px;height:28px}._yb_1743nvb{background-position:0 -726px;width:28px;height:28px}._yb_1qgpjse{background-position:0 -759px;width:28px;height:28px}._yb_m63jsa{background-position:0 -792px;width:28px;height:28px}._yb_19utqnl{background-position:0 -825px;width:28px;height:28px}._yb_1n2xfr{background-position:0 -858px;width:28px;height:28px}._yb_15ky9gk{background-position:0 -891px;width:28px;height:28px}._yb_1wccjoc{background-position:0 -924px;width:28px;height:28px}._yb_1rh3633{background-position:0 -957px;width:28px;height:28px}._yb_1uryyg6{background-position:0 -990px;width:28px;height:28px}._yb_i6c7ba{background-position:0 -1155px;width:28px;height:28px}._yb_7jatm7{background-position:0 -1023px;width:28px;height:28px}._yb_pi3o3s,._yb_5uim2x{background-position:0 -1056px;width:28px;height:28px}._yb_1ymultz{background-position:0 -1089px;width:28px;height:28px}._yb_1t6sgg9{background-position:0 -1122px;width:28px;height:28px}._yb_1db25by{background-position:0 -1501px;width:18px;height:18px}._yb_1fc5y37{background-position:0 -1217px;width:14px;height:9px}._yb_31ct0k{background-position:0 -1231px;width:14px;height:9px}@media only screen and (-webkit-min-device-pixel-ratio:2),only screen and (min-device-pixel-ratio:2),only screen and (min-resolution:192dpi),only screen and (min-resolution:2dppx){._yb_i0h7ex,._yb_1kyufv9
._yb_xt6zad,._yb_1xwzty4,._yb_15m677s,._yb_xt6zad,._yb_1i6ju54,.ybar-ytheme-fuji2
._yb_1i6ju54,._yb_ryk8qo,._yb_1wiq74k,._yb_1oqk618,._yb_q0g4ln,._yb_cc4h1g,._yb_18ki64s,._yb_1vpwu5z,._yb_1w9o31p,._yb_mzc2r4,._yb_ehrdd1,.ybar-ytheme-fuji2 ._yb_1xwzty4,.ybar-ytheme-fuji2.ybar-property-homepage
._yb_1xwzty4,._yb_105r089,._yb_feknto,._yb_242nu,._yb_1io9v0d,._yb_zmuf9o,._yb_3azi9v,._yb_x6o0bm,._yb_6b8hce,._yb_abnczc,._yb_1wy5xqa,._yb_1sjo
eo6,._yb_ic9n3h,._yb_r1ggah,._yb_pkdp1y,._yb_1ythqd7,._yb_1c14o65,._yb_141cixi,._yb_1f9nx9p,._yb_1lmbrcg,._yb_l371an,._yb_218jw1,._yb_1ivnq1b,._yb
_1743nvb,._yb_1qgpjse,._yb_m63jsa,._yb_19utqnl,._yb_1n2xfr,._yb_15ky9gk,._yb_1wccjoc,._yb_1rh3633,._yb_1uryyg6,._yb_i6c7ba,._yb_7jatm7,._yb_pi3o3s
,._yb_5uim2x,._yb_1ymultz,._yb_1t6sgg9,._yb_1db25by,._yb_1fc5y37,._yb_31ct0k{background-image:url(https://s.yimg.com/kr/assets/spritify-sprite-dark-2x-fd484ded-89f6b234.png);background-size:32px 1672px;background-repeat:no-repeat}._yb_i0h7ex,._yb_1kyufv9 ._yb_xt6zad{background-position:0 -1541px;width:24px;height:24px}._yb_1xwzty4,._yb_15m677s,._yb_xt6zad{background-position:0 -1570px;width:24px;height:24px}._yb_1i6ju54{background-position:0 -1483px;width:24px;height:24px}.ybar-ytheme-fuji2 ._yb_1i6ju54{background-position:0 -1599px;width:32px;height:32px}._yb_ryk8qo{background-position:0 -1512px;width:24px;height:24px}.ybar-light ._yb_i0h7ex,.ybar-light ._yb_1kyufv9
._yb_xt6zad,.ybar-light ._yb_1xwzty4,.ybar-light ._yb_15m677s,.ybar-light ._yb_xt6zad,.ybar-light .ybar-property-homepage ._yb_1xwzty4,.ybar-light
._yb_1i6ju54,.ybar-light .ybar-ytheme-fuji2 ._yb_1i6ju54,.ybar-light ._yb_ryk8qo{background-image:url(https://s.yimg.com/kr/assets/spritify-sprite-light-2x-fd484ded-374cd76d.png);background-size:32px 1699px;background-repeat:no-repeat}.ybar-light ._yb_i0h7ex,.ybar-light ._yb_1kyufv9
._yb_xt6zad{background-position:0 -1568px;width:24px;height:24px}.ybar-light ._yb_1xwzty4,.ybar-light ._yb_15m677s,.ybar-light ._yb_xt6zad{background-position:0 -1597px;width:24px;height:24px}.ybar-light .ybar-property-homepage ._yb_1xwzty4{background-position:0 -1483px;width:27px;height:20px}.ybar-light ._yb_1i6ju54{background-position:0 -1508px;width:24px;height:26px}.ybar-light .ybar-ytheme-fuji2 ._yb_1i6ju54{background-position:0 -1626px;width:32px;height:32px}.ybar-light ._yb_ryk8qo{background-position:0 -1539px;width:24px;height:24px}._yb_1wiq74k{background-position:0 -1188px;width:24px;height:24px}._yb_1oqk618{background-position:0 -1245px;width:13px;height:12px}._yb_1tgj9dw{background-position:0 -1262px;width:18px;height:18px}._yb_q0g4ln{background-position:0 -1285px;width:18px;height:18px}._yb_cc4h1g{background-position:0 -1308px;width:18px;height:16px}._yb_18ki64s{background-position:0 -1329px;width:12px;height:12px}._yb_1vpwu5z{background-position:0 -1346px;width:12px;height:12px}._yb_1w9o31p{background-position:0 -1393px;width:16px;height:16px}._yb_mzc2r4{background-position:0 -1414px;width:18px;height:18px}._yb_ehrdd1{background-position:0 -1437px;width:18px;height:18px}.ybar-ytheme-fuji2 ._yb_1xwzty4,.ybar-ytheme-fuji2.ybar-property-homepage ._yb_1xwzty4{background-position:0 -1363px;width:23px;height:25px}._yb_105r089{background-position:0 -

28

99px;width:28px;height:28px}._yb_feknto{background-position:0 -132px;width:28px;height:28px}._yb_242nu{background-position:0 -165px;width:28px;height:28px}._yb_1io9v0d{background-position:0 -66px;width:28px;height:28px}._yb_zmuf9o{background-position:0 -231px;width:28px;height:28px}._yb_3azi9v{background-position:0 -33px;width:28px;height:28px}._yb_x6o0bm{background-position:0 -198px;width:28px;height:28px}._yb_6b8hce{background-position:0 0;width:28px;height:28px}._yb_abnczc{background-position:0 -297px;width:28px;height:28px}._yb_1wy5xqa{background-position:0 -264px;width:28px;height:28px}._yb_1sjoeo6{background-position:0 -429px;width:28px;height:28px}._yb_ic9n3h{background-position:0 -495px;width:28px;height:28px}._yb_r1ggah{background-position:0 -462px;width:28px;height:28px}._yb_pkdp1y{background-position:0 -396px;width:28px;height:28px}._yb_1ythqd7{background-position:0 -594px;width:28px;height:28px}._yb_1c14o65{background-position:0 -528px;width:28px;height:28px}._yb_141cixi{background-position:0 -561px;width:28px;height:28px}._yb_1f9nx9p{background-position:0 -363px;width:28px;height:28px}._yb_1lmbrcg{background-position:0 -330px;width:28px;height:28px}._yb_l371an{background-position:0 -627px;width:28px;height:28px}._yb_218jw1{background-position:0 -660px;width:28px;height:28px}._yb_1ivnq1b{background-position:0 -693px;width:28px;height:28px}._yb_1743nvb{background-position:0 -726px;width:28px;height:28px}._yb_1ggpjse{background-position:0 -759px;width:28px;height:28px}._yb_m63jsa{background-position:0 -792px;width:28px;height:28px}._yb_19utqnl{background-position:0 -825px;width:28px;height:28px}._yb_1n2xfr{background-position:0 -858px;width:28px;height:28px}._yb_15ky9gk{background-position:0 -891px;width:28px;height:28px}._yb_1wccjoc{background-position:0 -924px;width:28px;height:28px}._yb_1rh3633{background-position:0 -957px;width:28px;height:28px}._yb_1uryyg6{background-position:0 -990px;width:28px;height:28px}._yb_i6c7ba{background-position:0 -1155px;width:28px;height:28px}._yb_7jatm7{background-position:0 -1023px;width:28px;height:28px}._yb_pi3o3s,._yb_5uim2x{background-position:0 -1056px;width:28px;height:28px}._yb_1ymultz{background-position:0 -1089px;width:28px;height:28px}._yb_1t6sgg9{background-position:0 -1122px;width:28px;height:28px}._yb_1db25by{background-position:0 -1460px;width:18px;height:18px}._yb_1fc5y37{background-position:0 -1217px;width:14px;height:9px}._yb_31ct0k{background-position:0 -1231px;width:14px;height:9px}}._yb_1ynqajr{font-weight:400;font-weight:var(--yb-font-regular);flex:1;height:39px}._yb_y7o5w{background:#232a31;background:var(--yb-topnav-bg)}.ybar-dark ._yb_y7o5w{background:#464e56;background:var(--yb-charcoal)}._yb_1ynqajr ._yb_17ff3rw{height:31px;margin:0 -1px;padding:0 1px;list-style:none;display:flex;white-space:nowrap}._yb_d877hn{flex:1}._yb_1ynqajr ._yb_17f4qv1{display:flex;flex-direction:column;height:39px}._yb_1ynqajr ._yb_qbar95{height:31px}._yb_1ynqajr ._yb_qbar95 a{color:#fefbff;font-size:10px;font-weight:800;line-height:39px;margin:13px 20px 0;overflow:hidden;text-decoration:none}._yb_1ynqajr ._yb_1luar2e ._yb_qbar95 a,._yb_1ynqajr ._yb_5c9oun ._yb_qbar95 a,._yb_1ynqajr ._yb_1kyclfz ._yb_qbar95 a{font-size:12px}._yb_1ynqajr ._yb_17f4qv1:first-child ._yb_qbar95 a{margin-left:20px}._yb_17f4qv1:last-child ._yb_qbar95 a{right:20px}@media screen and (min-width:1020px){._yb_1ynqajr ._yb_17f4qv1:first-child ._yb_qbar95 a{margin-left:40px}._yb_1ynqajr ._yb_17f4qv1:last-child ._yb_qbar95 a{right:40px}}._yb_1ynqajr._yb_1tzm4wb ._yb_17f4qv1:first-child ._yb_qbar95 a{margin-left:26px}._yb_1ynqajr._yb_1tzm4wb ._yb_17f4qv1:last-child ._yb_qbar95 a{right:26px}._yb_1ynqajr._yb_1tzm4wb ._yb_17f4qv1:last-child ._yb_qbar95 svg{margin-right:6px;fill:#fff;fill:var(--yb-white)}@media only screen and (min-width:1340px){._yb_1ynqajr ._yb_17f4qv1:last-child ._yb_qbar95 a{right:30px}}._yb_1ynqajr ._yb_5g0wbt a ._yb_17f46xv{margin-right:7px;top:2px}._yb_1ynqajr ._yb_18bwro5{height:8px;margin:-1px -1px 0;padding:1px 1px 0}.ybar-dark ._yb_1ynqajr ._yb_14he9ht,._yb_1ynqajr ._yb_14he9ht{background:0 0;display:flex}._yb_1ynqajr ._yb_1m5knro ._yb_14he9ht:before,.ybar-dark ._yb_1ynqajr ._yb_1m5knro ._yb_14he9ht:before{content:'';display:block;width:60px;height:8px}._yb_1ynqajr ._yb_14he9ht:before{background:#232a31;background:var(--yb-topnav-bg)}._yb_1ynqajr ._yb_14he9ht:before{background:#464e56;background:var(--yb-charcoal)}._yb_1ynqajr ._yb_14he9ht{overflow:hidden}._yb_1ynqajr ._yb_14he9ht>span{margin-top:-1px;padding-top:1px;position:relative;background:#232a31;background:var(--yb-topnav-bg);width:50%}.ybar-dark ._yb_1ynqajr ._yb_14he9ht>span{background:#464e56;background:var(--yb-charcoal)}._yb_1ynqajr ._yb_14he9ht ._yb_1wksciv{transform:skew(-45deg);left:-4px}._yb_1ynqajr ._yb_14he9ht ._yb_1aynz8c{transform:skew(45deg);right:-4px}._yb_1ynqajr ._yb_17f4qv1:last-child{margin-left:auto}._yb_1ynqajr ._yb_17f4qv1:last-child ._yb_1x7qfyr ._yb_1nbwzp8{background:#cc008c;background:var(--yb-barney);color:#fff;color:var(--yb-white);font-size:12px;font-weight:600;font-weight:var(--yb-font-bold)}._yb_1ynqajr ._yb_17f4qv1:last-child ._yb_1x7qfyr svg>g>path{fill:#fff;fill:var(--yb-white)}._yb_1ynqajr ._yb_17f4qv1:last-child a{align-items:center;display:flex;font-

```
weight:500;height:24px;margin:0;position:absolute;top:7px}._yb_1ynqajr
._yb_1ps03zy{flex:1;height:39px;display:block;background:#232a31;background:var(--yb-topnav-bg)}.ybar-dark ._yb_1ynqajr
._yb_1ps03zy{background:#464e56;background:var(--yb-charcoal)}._yb_1ynqajr ._yb_17f46xv{display:inline-
block;position:relative}._yb_1ynqajr ._yb_1tzm4wb ._yb_17f4qv1:last-child ._yb_qbar95 a svg._yb_17f46xv,._yb_1ynqajr ._yb_17f4qv1:last-child a
._yb_17f46xv{margin:1px 0 0 7px}._yb_1ynqajr ._yb_c7xb5z{border-radius:12px;background-color:#cc008c;background-color:var(--yb-barney);padding-
left:16px;padding-right:16px}._yb_1ynqajr ._yb_i7qq0n{height:15px;font-size:12px;font-weight:500;font-stretch:normal;font-style:normal;line-
height:normal;letter-spacing:normal;color:#fff;color:var(--yb-white)}._yb_1ynqajr ._yb_c7xb5z ._yb_pszgf5{margin-right:12px;height:12px;-o-
object-fit:contain;object-fit:contain}._yb_1ynqajr ._yb_i7qq0n ._yb_17f5mel{font-weight:800}._yb_1ynqajr ._yb_1bwjie4{margin-
right:4px;width:90px;height:18px;-o-object-fit:contain;object-fit:contain}._yb_1ynqajr ._yb_1me6pka{height:13px;font-size:11px;font-weight:700;font-
stretch:normal;font-style:normal;line-height:normal;letter-spacing:-.11px;color:#fff;color:var(--yb-white);padding:5px 8px 6px;background-
color:#cc008c;background-color:var(--yb-barney);border-radius:12px}.ybar-dark ._yb_10q2a0q ._yb_y7o5w,.ybar-dark ._yb_1ynqajr._yb_10q2a0q
._yb_1ps03zy,.ybar-dark ._yb_1ynqajr._yb_10q2a0q ._yb_14he9ht>span,.ybar-dark ._yb_1ynqajr._yb_10q2a0q
._yb_14he9ht:before{background:#7e1fff;background:var(--yb-hulk-pants)}._yb_1ynqajr ._yb_1nbwzp8{color:#000;color:var(--yb-black);margin-
left:12px;padding-left:12px;padding-right:12px;height:24px;border-radius:14px;background-color:#ffa700;background-color:var(--yb-turmeric);font-
size:10px;font-weight:700;line-height:24px}.ybar-att-samsung-in-eyebrow._yb_1ynqajr a[data-ylk*='slk:AT&T Deals'],.ybar-att-iphone-in-eyebrow._yb_1ynqajr
a[data-ylk*='slk:AT&T Deals'],.ybar-att-holiday-deals-in-eyebrow._yb_1ynqajr a[data-ylk*='slk:AT&T Deals'],._yb_1ynqajr a[data-ylk*='slk:New
Samsung'],._yb_1ynqajr a[data-ylk*='slk:New iPhone'],._yb_1ynqajr a[data-ylk*='slk:Holiday Deals']{display:none}.ybar-att-samsung-in-eyebrow._yb_1ynqajr
a[data-ylk*='slk:New Samsung'],.ybar-att-iphone-in-eyebrow._yb_1ynqajr a[data-ylk*='slk:New iPhone'],.ybar-att-holiday-deals-in-eyebrow._yb_1ynqajr a[data-
ylk*='slk:Holiday Deals']{display:inline}@media screen and (max-width:1125px){._yb_ye5tn7._yb_1ynqajr a[data-ylk*='slk:search'],._yb_ye5tn7._yb_1ynqajr
a[data-ylk*='slk:SEARCH']{display:none}._yb_ye5tn7._yb_1ynqajr._yb_unplar a[data-ylk*='slk:search'],._yb_ye5tn7._yb_1ynqajr._yb_unplar a[data-
ylk*='slk:SEARCH']{display:inline}}@media screen and (max-width:1214px){._yb_ye5tn7._yb_1ynqajr a[data-ylk*='slk:shopping'],._yb_ye5tn7._yb_1ynqajr
a[data-ylk*='slk:SHOPPING']{display:none}._yb_ye5tn7._yb_1ynqajr._yb_unplar a[data-ylk*='slk:shopping'],._yb_ye5tn7._yb_1ynqajr._yb_unplar a[data-
ylk*='slk:SHOPPING']{display:inline}}@media screen and (max-width:1049px){._yb_ye5tn7._yb_1ynqajr._yb_unplar li a[data-ylk*='slk:at&t
deals'],._yb_ye5tn7._yb_1ynqajr._yb_unplar li a[data-ylk*='slk:AT&T Deals'],._yb_ye5tn7._yb_1ynqajr._yb_unplar li a[data-ylk*='slk:AT&T
DEALS'],._yb_ye5tn7._yb_1ynqajr._yb_unplar li a[data-ylk*='slk:new samsung'],._yb_ye5tn7._yb_1ynqajr._yb_unplar li a[data-ylk*='slk:New
Samsung'],._yb_ye5tn7._yb_1ynqajr._yb_unplar li a[data-ylk*='slk:NEW SAMSUNG']{display:none}}@media screen and (max-
width:1124px){._yb_ye5tn7._yb_1ynqajr._yb_unplar li a[data-ylk*='slk:this month'],._yb_ye5tn7._yb_1ynqajr._yb_unplar li a[data-ylk*='slk:This
Month'],._yb_ye5tn7._yb_1ynqajr._yb_unplar li a[data-ylk*='slk:THIS MONTH']{display:none}}@media screen and (max-
width:1200px){._yb_ye5tn7._yb_1ynqajr._yb_unplar li a[data-ylk*='slk:search'],._yb_ye5tn7._yb_1ynqajr._yb_unplar li a[data-
ylk*='slk:SEARCH']{display:none}}._yb_1ynqajr._yb_10q2a0q,._yb_1ynqajr._yb_10q2a0q ._yb_17f4qv1,._yb_1ynqajr._yb_10q2a0q
._yb_1ps03zy{height:30px}._yb_1ynqajr._yb_10q2a0q ._yb_qbar95 a{line-height:30px}._yb_1ynqajr._yb_10q2a0q ._yb_17f4qv1:last-child
a{top:2px}._yb_pyz287{--frame-width:311px;bottom:0;font-family:"YahooSans VF",YahooSans,"Yahoo Sans","Helvetica Neue",Helvetica,Arial,sans-serif;font-
family:var(--yb-fuji2-font);left:calc(0px - var(--frame-width));margin:0;position:fixed;top:0;width:var(--frame-width);z-index:100;overflow:scroll}._yb_3szzn2
._yb_1hc87hl,._yb_3szzn2 ._yb_pyz287{-ms-overflow-style:none;scrollbar-width:none}._yb_3szzn2 ._yb_1hc87hl::-webkit-
scrollbar,._yb_3szzn2 ._yb_pyz287::-webkit-scrollbar{display:none}._yb_pyz287 *{box-sizing:border-box}._yb_pyz287
._yb_bb_footer_item,._yb_1daimm1{text-decoration:none;color:#232a31;color:var(--yb-text-primary);width:100%;outline-offset:0;padding:10px;margin:0
10px}._yb_pyz287 ._yb_rz3hnf{font-size:12px;color:#5b636a;color:var(--yb-text-secondary);padding:0;margin-right:9px}._yb_rz3hnf:hover,._yb_rz3hnf:focus-
visible{color:#6001d2;color:var(--yb-text-hover-color)}._yb_3ks6qd button:focus-visible,._yb_1q3bav3:focus-visible,._yb_pyz287 ._yb_9cfq6n:focus-
visible{outline:4px solid rgb(96 1 210/50%);outline:var(--yb-outline);border-radius:1px}._yb_3ks6qd button:focus-visible{outline-
offset:4px}._yb_3kzhl7._yb_1q3bav3:focus-visible{border-radius:4px}._yb_fg0fdn:focus-visible{border-radius:14px;outline-offset:-10px}._yb_1djaxgn
```

```
._yb_fg0fdn:focus-visible{border-radius:.1px;outline-offset:4px}._yb_pyz287
._yb_mvz4sh{height:13px;margin-left:1px;margin-top:-4px;vertical-align:middle;width:25px}._yb_pyz287 svg,._yb_pyz287 img{display:inline-block;vertical-
align:baseline}._yb_pyz287 ._yb_1b79rpk svg{position:absolute;top:50%;left:50%;transform:translate(-50%,-50%)}._yb_pyz287
._yb_3kzhl7{border:0;margin:0;padding:0;background:0 0;width:32px;cursor:pointer;height:30px;display:flex;align-items:center;justify-
content:center}._yb_pyz287 ._yb_3ks6qd svg path,._yb_pyz287 ._yb_1b79rpk svg path,._yb_pyz287 ._yb_v69mge svg path,._yb_pyz287 ._yb_beq1gb svg
path,._yb_pyz287 ._yb_3kzhl7 svg path,._yb_pyz287 ._yb_9cfq6n svg path,._yb_pyz287 ._yb_1q3bav3 svg path{fill:#232a31;fill:var(--yb-text-
primary)}._yb_1b79rpk{background-color:#f5f8fa;background-color:var(--yb-sidenav-close-btn-background);border-radius:100px;display:inline-
block;border:0;margin:0;padding:0;height:32px;width:32px;position:relative;cursor:pointer}._yb_3ks6qd button:hover svg path,._yb_3ks6qd button:focus-
visible svg path,._yb_pyz287 ._yb_1q3bav3:hover svg path,._yb_pyz287 ._yb_1q3bav3:focus-visible svg path,._yb_pyz287 ._yb_1b79rpk:hover svg
path,._yb_pyz287 ._yb_1b79rpk:focus-visible svg path{fill:#6001d2;fill:var(--yb-text-hover-color)}._yb_1b79rpk:focus-visible{outline:4px solid rgb(96 1
210/50%);outline:var(--yb-outline)}._yb_1hc87hl{background-color:#fff;background-color:var(--yb-sidenav-bg);height:100%;overflow-y:auto;overflow-
x:hidden;position:relative;display:none;flex-direction:column;align-items:flex-start;gap:40px;padding:0 40px;width:var(--frame-width);box-shadow:0 0 2px
rgb(0 0 0/5%),0 4px 16px rgb(0 0 0/20%)}html[data-color-theme-enabled][data-color-scheme=transparent] ._yb_1hc87hl{-webkit-backdrop-filter:var(--yb-
transparent-popover-backdrop-filter);backdrop-filter:var(--yb-transparent-popover-backdrop-filter);box-shadow:var(--yb-transparent-popover-box-
shadow)}._yb_1hc87hl._yb_gx8mtc{gap:19px}._yb_3m4hfk{display:flex;flex-direction:column;align-items:flex-start;padding:0}._yb_1hc87hl._yb_109zm1x
._yb_3m4hfk{overflow-y:hidden;min-height:48px}._yb_1cc7wse{display:flex;flex-direction:row;align-items:center;justify-content:flex-end;padding:16px 14px
8px;gap:10px;width:100%;height:48px}._yb_1gx27uc{display:flex;flex-direction:row;align-items:flex-
start;padding:0;gap:10px;height:20px;opacity:0}._yb_3m4hfk{gap:19px}._yb_9d1sug{display:flex;flex-direction:column;align-items:flex-start;width:var(--frame-width);transition:height
.2s ease-in-out;transform:translateZ(0);overflow:hidden;height:48px}._yb_oj0kkz{display:flex;flex-direction:row;align-
items:center;gap:17px;color:#232a31;color:var(--yb-text-primary);margin:0;z-index:2;height:48px;width:100%}._yb_tms0jm ._yb_oj0kkz{font-
weight:700;gap:17px}._yb_7x32rq{align-items:center;height:44px;flex-shrink:0;margin:0 20px;width:auto;background-color:var(--
yb-selected-item-background);border-radius:4px;text-shadow:none}._yb_7x32rq svg{filter:none!important}._yb_3szzn2 ._yb_7x32rq{background-
color:transparent;border:solid 1px #e0e4e9;border:solid 1px var(--yb-editions-modal-outline)}._yb_tiojz._yb_ubzni8{margin-left:20px}._yb_oj0kkz:focus-
visible{outline:4px solid rgb(96 1 210/50%);outline:var(--yb-outline);border-radius:12px;outline-offset:-6px}._yb_lpj73f{border-left:#232a31 2px solid;border-
left:var(--yb-text-primary) 2px solid;height:24px}._yb_tiojz{display:flex;flex-direction:column;align-items:flex-start;padding:0;width:241px;gap:2px;font-
weight:600;font-size:20px;line-height:24px}._yb_tiojz._yb_gx8mtc,._yb_tms0jm ._yb_tiojz._yb_gx8mtc{width:221px}._yb_tms0jm
._yb_tiojz{width:233px}._yb_1orsyzx{display:flex;flex-direction:column;align-items:flex-start;list-style:none;font-size:16px;line-
height:20px;margin:0;opacity:0;padding-left:20px;transition:opacity .2s ease-in-out,visibility .2s ease-in-out;width:100%;visibility:hidden}._yb_7x32rq
._yb_1orysza{transition:opacity .2s ease-in-out,padding-left .2s ease-in-out,padding-right .2s ease-in-out,visibility .2s ease-in-out}._yb_tms0jm
._yb_1orysza{max-height:-moz-fit-content;max-height:fit-content}._yb_tms0jm ._yb_1orysza,._yb_j283ho ._yb_1orysza{padding-
bottom:20px;opacity:1;visibility:visible}._yb_tms0jm ._yb_1orysza._yb_gx8mtc,._yb_j283ho ._yb_1orysza._yb_gx8mtc{padding-
bottom:8px}._yb_tms0jm ._yb_1orysza{padding-bottom:0;opacity:0;visibility:hidden}._yb_tms0jm ._yb_9j16y._yb_1c6ngx2>._yb_5i3s2a{font-
weight:600;font-weight:var(--yb-font-bold);color:#232a31;color:var(--yb-text-primary)}._yb_b9j16y{display:flex;flex-direction:row;align-
items:center;padding:0 15px 0 0;gap:6px;width:inherit}._yb_b9j16y._yb_1dokb0v ._yb_5i3s2a{cursor:pointer}._yb_b9j16y._yb_1dokb0v
._yb_5i3s2a._yb_8sv187{background:0 0;outline:0;border:0;font-size:16px}._yb_b9j16y ._yb_5i3s2a{color:#5b636a;color:var(--yb-text-secondary);text-
decoration:none;font-weight:400;font-weight:var(--yb-font-regular);width:268px;display:inherit;align-items:center;gap:5px;height:44px;padding-
left:12px}._yb_3azc2{align-items:center;color:inherit;display:flex;text-decoration:none;width:inherit;height:48px}._yb_oj0kkz>._yb_tiojz
._yb_3azc2:hover,._yb_oj0kkz:focus-visible>._yb_tiojz ._yb_3azc2{color:#6001d2;color:var(--yb-text-hover-
color)}._yb_1q3bav3._yb_fg0fdn._yb_gx8mtc{display:flex;height:48px;width:48px;justify-content:center;align-
items:center}._yb_fg0fdn{cursor:pointer}._yb_fg0fdn._yb_1djaxgn{cursor:default}._yb_b9j16y ._yb_5i3s2a:focus-visible,._yb_b9j16y
```

31

._yb_5i3s2a._yb_8sv187:focus-visible{outline:4px solid rgb(96 1 210/50%);outline:var(--yb-outline);outline-offset:-2px;border-radius:8px}._yb_j283ho
._yb_1q3bav3 svg{transform:rotate(180deg)}._yb_j283ho._yb_9cfq6n svg{transform:rotate(180deg)}._yb_9cfq6n svg:last-child{margin-top:4px}._yb_1q3bav3{height:20px}._yb_mmj3y9{display:flex;flex-direction:column;align-items:flex-start;padding:0;list-style:none;margin:0;width:100%}._yb_1ytgcqy{flex-direction:row}._yb_1kx9b8m{display:flex;flex-direction:row;align-items:center;gap:8px;font-size:14px;color:#232a31;color:var(--yb-text-primary);line-height:16px;width:100%}._yb_v69mge{display:flex;flex-direction:column;padding:0 20px;gap:6px;color:#5b636a;color:var(--yb-text-secondary);font-size:12px;line-height:16px;font-weight:400;width:311px}._yb_v69mge span{display:flex;flex-direction:column;align-items:flex-start;gap:10px}._yb_a2aon2{display:flex;gap:6px;align-items:center}._yb_3kzhl7._yb_1q3bav3
svg{transform:rotate(180deg);align-content:center}._yb_cr10dc{position:absolute;top:45px;left:0;padding-left:20px;width:100%;z-index:1;bottom:0}._yb_fumla1._yb_cr10dc{bottom:unset}._yb_3ks6qd{position:absolute;top:-25px;padding-left:5px;width:auto}._yb_3ks6qd
button{display:flex;border:0;margin:0;padding:0;background:0 0;cursor:pointer}._yb_1hc87hl._yb_109zm1x._yb_mmj3y9,._yb_1hc87hl._yb_109zm1x
._yb_v69mge,._yb_1hc87hl._yb_109zm1x section{margin-left:-311px}._yb_1hc87hl._yb_109zm1x
section{transform:none}._yb_1hc87hl._yb_1hc87hl._yb_109zm1x._yb_3kzhl7{display:none}._yb_1hc87hl._yb_109zm1x._yb_1b79rpk{margin-left:241px;z-index:2}._yb_lp7m8b{display:none}._yb_pyz287._yb_xps24s,._yb_9cfq6n{width:271px;padding:12px;font-size:14px;color:#5b636a;color:var(--yb-text-secondary)}._yb_pyz287._yb_9cfq6n{display:flex;flex-direction:row;gap:12px;border-radius:4px;color:#232a31;color:var(--yb-text-primary);margin:0;cursor:pointer}._yb_pyz287._yb_9cfq6n:hover._yb_ahtxve,._yb_pyz287._yb_9cfq6n:hover._yb_at0yoh,._yb_pyz287._yb_9cfq6n:focus-visible._yb_ahtxve,._yb_pyz287._yb_9cfq6n:focus-visible._yb_at0yoh{color:#6001d2;color:var(--yb-text-hover-color)}._yb_pyz287._yb_9cfq6n:hover svg
path,._yb_pyz287._yb_9cfq6n:focus-visible svg path{fill:#6001d2;fill:var(--yb-text-hover-color)}._yb_pyz287._yb_9cfq6n._yb_ahtxve{width:193px;font-weight:400;font-weight:var(--yb-font-regular);color:#232a31;color:var(--yb-text-primary)}._yb_9cfq6n._yb_at0yoh,._yb_j283ho._yb_9cfq6n
._yb_brxqxl{display:none}._yb_9cfq6n._yb_brxqxl,._yb_j283ho._yb_9cfq6n._yb_at0yoh{display:flex;font-weight:400;font-weight:var(--yb-font-regular);color:#232a31;color:var(--yb-text-primary);font-family:"YahooSans VF",YahooSans,"Yahoo Sans","Helvetica Neue",Helvetica,Arial,sans-serif;font-family:var(--yb-fuji2-font);width:193px;height:20px}._yb_j283ho._yb_9cfq6n._yb_j283ho._yb_9cfq6n._yb_ahtxve{display:none}._yb_pyz287
._yb_xps24s{list-style:none;margin:0;padding:0 12px}._yb_9d1sug._yb_j283ho._yb_1wxrlga
._yb_1oryszx{padding:0;opacity:1}._yb_9d1sug._yb_1i5wvic._yb_1wxrlga._yb_1oryszx{opacity:0}._yb_pyz287._yb_xps24s li{width:100%}._yb_pyz287
._yb_xps24s._yb_1vhsgrr{align-items:center;display:flex;flex-direction:row;height:44px;padding:12px;justify-content:space-between}._yb_pyz287
._yb_b9j16y._yb_5i3s2a:hover,._yb_pyz287._yb_b9j16y._yb_5i3s2a:focus-visible,._yb_pyz287._yb_1daimm1:hover,._yb_pyz287._yb_1daimm1:focus-visible{color:#6001d2;color:var(--yb-text-hover-color);background:#f5f8fa;background-color:var(--yb-selected-item-background)}._yb_pyz287
._yb_1daimm1:focus-visible{outline:4px solid rgb(96 1 210/50%);outline:var(--yb-outline);border-radius:4px;margin:0 15px;padding-left:5px}._yb_pyz287
._yb_rz3hnf:focus-visible{outline:4px solid rgb(96 1 210/50%);outline:var(--yb-outline);outline-offset:1px}._yb_pyz287._yb_xps24s
._yb_1vhsgrr:focus-visible{outline:4px solid rgb(96 1 210/50%);outline:var(--yb-outline);border-radius:10px;outline-offset:-5px}._yb_pyz287._yb_xps24s
._yb_1vhsgrr:hover._yb_ahtxve,._yb_pyz287._yb_xps24s._yb_1vhsgrr:focus-visible._yb_ahtxve{color:#6001d2;color:var(--yb-text-hover-color)}._yb_pyz287._yb_xps24s._yb_1vhsgrr:hover svg path,._yb_pyz287._yb_xps24s._yb_1vhsgrr:focus-visible svg path{fill:#6001d2;fill:var(--yb-text-hover-color)}._yb_pyz287._yb_ahtxve{color:#5b636a;color:var(--yb-text-secondary);font-size:14px;font-weight:400;font-weight:var(--yb-font-regular);height:20px}._yb_pyz287._yb_19j7j78{font-size:11px;line-height:16px;font-style:italic;font-weight:400;margin:0 6px}._yb_pyz287._yb_1i53fv3
._yb_19j7j78{color:#6e7780;color:var(--yb-editions-text)}._yb_pyz287._yb_beq1gb{width:100%}._yb_pyz287._yb_beq1gb a._yb_ahtxve{font-weight:600;color:#232a31;color:var(--yb-text-primary)}._yb_gcxu23{align-items:flex-start;color:#5b636a;color:var(--yb-text-secondary);display:flex;flex-direction:column;font-size:14px;font-weight:400;font-weight:var(--yb-font-regular);gap:10px;line-height:20px;height:20px;padding:0 2px;text-decoration:none}._yb_e1dk09{width:100%;display:initial;line-height:17px}.ybar-property-finance a._yb_5i3s2a svg
path{fill:#6001d2;fill:var(--yb-svg-icon-color-non-l2)}._yb_1q3bav3._yb_fg0fdn._yb_gx8mtc._yb_1djaxgn{justify-content:flex-end;padding-right:18px;width:var(--frame-width)}._yb_1djaxgn._yb_tiojz._yb_gx8mtc{margin-left:0;width:calc(var(--frame-width) - 58px)}._yb_109zm1x
._yb_ovavv,.ybar-variant-att._yb_1i53fv3,._yb_109zm1x._yb_1i53fv3{display:none}._yb_ovavv{align-items:center;background:#5d5eff;background:var(--yb-

```
blurple);border-radius:8px;display:flex;gap:8px;margin:20px;padding:12px 18px;width:calc(var(--frame-width) - 40px);text-
decoration:none}._yb_1il0i40{color:#f0f3f5;color:var(--yb-gray-hair);font-weight:500;font-size:14px;max-width:174px;overflow:hidden;text-
overflow:ellipsis;text-decoration:none}._yb_1q8aueu{font-size:16px}._yb_17mdkyu._yb_1mmm90i{background:#f0f3f5;background:var(--yb-profile-avatar-
bg);border-radius:16px;color:#5d5eff;color:var(--yb-blurple);font-weight:585;font-size:8px;height:16px;line-height:4px;margin-
left:auto;padding:6px}._yb_kt4lvb{line-height:14px;padding:1px 6px}._yb_1jjopxj{margin:0 0 0 20px;font-size:12px;color:#6e7780;color:var(--yb-editions-
text);font-family:"YahooSans VF",YahooSans,"Yahoo Sans","Helvetica Neue",Helvetica,Arial,sans-serif;font-family:var(--yb-fuji2-font-family);font-
weight:585}._yb_1i53fv3{display:flex;flex-direction:column;gap:8px;margin-top:37px}@keyframes
_yb_pdm53q{0%{transform:translateX(0);opacity:1}to{transform:translateX(32px);opacity:0}}#_yb_mail-tooltip._yb_aesylq{animation:400ms ease-out 0s 1
_yb_pdm53q;opacity:0}@keyframes _yb_1dj375d{0%{transform:translateX(32px);opacity:0}to{transform:translateX(0);opacity:1}}#_yb_mail-
tooltip._yb_15tcl9j{animation:400ms ease-out 0s 1 _yb_1dj375d;opacity:1}:root{--frame-width:280px;--frame-width-landscape:403px;--frame-width-
uh3:311px}._yb_o1wsua{position:fixed;display:none;width:100%;height:100%;top:0;left:0;right:0;bottom:0;background-color:rgb(35 42 49/40%);overflow-
y:scroll;z-index:10}._yb_1tahxz{transition:all .2s ease-in-out}._yb_4m9tkk{overflow:hidden}._yb_n8j2pa{transition:transform .2s ease-in-
out!important;transform:translateX(0)}._yb_1lv8d96{transform:translateX(280px);transform:translateX(var(--frame-width));box-shadow:0 4px 16px 0 rgb(0 0
0/20%),0 0 2px 0 rgb(0 0 0/5%);visibility:visible!important;display:block!important}.ybar-ytheme-crunch
._yb_1lv8d96._yb_n8j2pa{transform:translateX(calc(311px));transform:translateX(calc(var(--frame-width-uh3)));overflow-x:hidden;transition:transform .4s
ease-in-out!important}.ybar-ytheme-crunch ._yb_o1wsua{background-color:rgb(16 21 24/60%)}._yb_1qu1cu9{transform:translateX(calc(0px -
280px));transform:translateX(calc(0px - var(--frame-width)));box-shadow:0 4px 16px 0 rgb(0 0 0/20%),0 0 2px 0 rgb(0 0
0/5%);visibility:visible!important;display:block!important}.ybar-ytheme-crunch ._yb_1qu1cu9._yb_n8j2pa{transform:translateX(calc(0px -
311px));transform:translateX(calc(0px - var(--frame-width-uh3)));transition:transform .4s ease-in-out!important}._yb_9lyufe{animation:.5s ease-in-out
_yb_wxm9ko!important;box-shadow:0 4px 16px 0 rgb(0 0 0/20%),0 0 2px 0 rgb(0 0 0/5%);visibility:visible!important;display:block!important}html[data-color-
theme-enabled][data-color-scheme=transparent] ._yb_1lv8d96,html[data-color-theme-enabled][data-color-scheme=transparent] ._yb_1qu1cu9,html[data-color-
theme-enabled][data-color-scheme=transparent] ._yb_9lyufe{box-shadow:var(--yb-transparent-popover-box-
shadow)}#ybarAccountContainer._yb_1qu1cu9:before,#ybarAccountContainer._yb_1qu1cu9:after{display:none}[data-hidden=true]{display:none}[data-
hidden=false]{display:block}._yb_1tahxz[data-hidden=true]{display:block;visibility:hidden;opacity:0}._yb_1tahxz[data-
hidden=false]{display:block;visibility:visible;opacity:1}@media screen and (orientation:landscape) and (min-
width:767px){._yb_1lv8d96{transform:translateX(403px);transform:translateX(var(--frame-width-landscape))}._yb_1qu1cu9{transform:translateX(calc(0px - var(--frame-width-landscape)))}}}@keyframes
_yb_wxm9ko{0%{opacity:0}to{opacity:1}}._yb_w07omh{display:flex;align-items:0;font-
size:0;height:100%}._yb_kyj5eh._yb_w07omh,._yb_w07omh{width:100%}.ybar-ytheme-crunch ._yb_w07omh{width:auto}.ybar-ytheme-fuji2
._yb_w07omh{max-height:24px;transition:height .4s}.ybar-ytheme-fuji2 ._yb_kyj5eh._yb_w07omh,.ybar-ytheme-fuji2 ._yb_1du66k4._yb_w07omh{margin-
top:8px;max-height:45px}@media screen and (min-width:1020px){.ybar-ytheme-fuji2 ._yb_w07omh{max-height:32px}.ybar-ytheme-fuji2
._yb_kyj5eh._yb_w07omh,.ybar-ytheme-fuji2 ._yb_1du66k4._yb_w07omh{margin-top:6px;max-height:56px}}.ybar-ytheme-fuji2
._yb_1vtz8f5._yb_w07omh{width:auto;max-height:40px}._yb_w07omh:focus{outline-offset:2px}._yb_othpab{align-self:flex-start;max-height:100%;max-
width:100%}@media screen and (min-width:768px){._yb_othpab{max-height:40px}}._yb_1du66k4._yb_othpab{height:100%;max-height:100%}.ybar-
ytheme-fuji2 ._yb_othpab{height:auto;width:auto;max-height:100%;max-width:100%;flex-shrink:0;-o-object-fit:contain;object-fit:contain;-o-object-
position:left;object-position:left}.ybar-ytheme-fuji2._yb_1vtz8f5 ._yb_othpab{-o-object-position:center;object-position:center}.ybar-ytheme-crunch
._yb_1lap9e ._yb_othpab{max-height:24px}._yb_1pwk7jw{display:block;display:var(--yb-light-img-logo-display)}._yb_w051tq{display:none;display:var(--
yb-dark-img-logo-display)}.ybar-dark ._yb_w051tq{display:block}.ybar-dark ._yb_1pwk7jw,.ybar-ytheme-crunch ._yb_w051tq,.ybar-light
._yb_w051tq{display:none}.ybar-amp ._yb_w07omh{display:block;margin:auto;padding:10px 0;text-align:center}@media screen and (max-
width:768px){._yb_1odf9ah ._yb_othpab,._yb_1alw4sc ._yb_othpab{height:100%;max-height:32px}}._yb_1rea6ey{position:absolute;left:-
```

9999px;top:auto;width:1px;height:1px;overflow:hidden}._yb_vnremi{display:flex;align-items:center}._yb_cbxqh8{width:1px;height:20px;background-color:#e0e4e9;background-color:var(--yb-cobrand-logos-divider);margin:0 8px}._yb_vnremi svg{width:auto;height:100%}._yb_vnremi a._yb_14ggibd,._yb_vnremi ._yb_3x621t{height:24px}._yb_vnremi ._yb_4tlo9g{height:20px}._yb_vnremi a._yb_3pmjza{height:18px}:root{--yb-powered-google-icon:url('data:image/svg+xml,<svg xmlns="http://www.w3.org/2000/svg" width="38" height="20" viewBox="0 0 38 20" fill="none"><path d="M16.0544 14.1473C16.0544 15.9234 14.6644 17.2321 12.9573 17.2321C11.2503 17.2321 9.86023 15.9234 9.86023 14.1473C9.86023 12.3589 11.2503 11.0624 12.9573 11.0624C14.6644 11.0624 16.0544 12.3589 16.0544 14.1473ZM14.6969 14.1473C14.6969 13.0377 13.8921 12.2776 12.9573 12.2776C12.0225 12.2776 11.2177 13.0377 11.2177 14.1473C11.2177 15.2447 12.0225 16.0169 12.9573 16.0169C13.8921 16.0169 14.6969 15.2447 14.6969 14.1473Z" fill="%23EA4335"/><path d="M22.7322 14.1473C22.7322 15.9234 21.3422 17.2322 19.6352 17.2322C17.9281 17.2322 16.5381 15.9234 16.5381 14.1473C16.5381 12.3589 17.9281 11.0624 19.6352 11.0624C21.3422 11.0583 22.7322 12.3589 22.7322 14.1473ZM21.3788 14.1473C21.3788 13.0377 20.574 12.2776 19.6392 12.2776C18.7044 12.2776 17.8997 13.0377 17.8997 14.1473C17.8997 15.2447 18.7044 16.0169 19.6392 16.0169C20.57 16.0169 21.3788 15.2447 21.3788 14.1473Z" fill="%23FBBC05"/><path d="M29.1337 11.2452V16.7891C29.1337 19.0692 27.7883 20 26.1992 20C24.7035 20 23.8012 19.0001 23.4638 18.1832L24.6425 17.6914C24.8538 18.1954 25.366 18.7847 26.1951 18.7847C27.2112 18.7847 27.8412 18.1588 27.8412 16.9761V16.533H27.7924C27.4876 16.907 26.9064 17.2362 26.1666 17.2362C24.6222 17.2362 23.2118 15.8909 23.2118 14.1635C23.2118 12.4199 24.6262 11.0664 26.1666 11.0664C26.9023 11.0664 27.4876 11.3916 27.7924 11.7574H27.8412V11.2534L29.1337 11.2452ZM27.9428 14.1594C27.9428 13.0742 27.2193 12.2776 26.2967 12.2776C25.3619 12.2776 24.5775 13.0702 24.5775 14.1594C24.5775 15.2365 25.3619 16.0169 26.2967 16.0169C27.2153 16.0169 27.9428 15.2324 27.9428 14.1594Z" fill="%234285F4"/><path d="M31.2553 7.9978V17.0411H29.9344V7.9978H31.2553Z" fill="%2334A853"/><path d="M36.4049 15.1633L37.4576 15.8665C37.1162 16.3705 36.2993 17.2362 34.8848 17.2362C33.1331 17.2362 31.8243 15.8827 31.8243 14.1513C31.8243 12.3142 33.1453 11.0664 34.7345 11.0664C36.3358 11.0664 37.1203 12.3426 37.3763 13.0295L37.5186 13.3791L33.3891 15.082C33.7062 15.6998 34.198 16.0169 34.8848 16.0169C35.5758 16.0169 36.0554 15.6754 36.4049 15.1633ZM33.1697 14.0497L35.9294 12.9035C35.779 12.5174 35.3197 12.2491 34.7832 12.2491C34.0923 12.2532 33.1331 12.8588 33.1697 14.0497Z" fill="%23EA4335"/><path d="M4.85697 13.3425V12.0337H9.27091C9.31562 12.2613 9.33594 12.5336 9.33594 12.8222C9.33594 13.8058 9.06769 15.0211 8.20197 15.8827C7.36064 16.7606 6.28357 17.228 4.86103 17.228C2.19917 17.228 0 15.078 0 12.4361C0 9.79424 2.21917 7.64417 4.86103 7.64417 6.32015 7.64417 7.36471 8.21725 8.14507 8.9651L7.22245 9.88772C6.66156 9.36341 5.90152 8.9529 4.86103 8.9529C2.9345 8.9529 1.42254 10.5055 1.42254 12.4361C1.42254 14.3667 2.93044 15.9193 4.86103 15.9193C6.11287 15.9193 6.82414 15.4153 7.27935 14.9601C7.64921 14.5902 7.89308 14.0619 7.99062 13.3384L4.85697 13.3425Z" fill="%234285F4"/><path d="M34.3581 4.93802L32.9238 2.34131H33.7785L34.7543 4.17505L35.6646 2.34131H36.4964L33.9553 7.26623H33.1138L34.3581 4.93802Z" fill="%23999999"/><path d="M30.193 0V2.71132C30.4878 2.4057 30.8218 2.25289 31.1951 2.25289C31.6251 2.25289 31.9831 2.41334 32.2691 2.73425C32.5551 3.05297 32.6981 3.45028 32.6981 3.92618C32.6981 4.41736 32.554 4.82341 32.2658 5.14431C31.9799 5.46304 31.6186 5.6224 31.182 5.6224C20.813 5.6224 30.4834 5.4805 30.193 5.19671V5.53071H29.4563V0H30.193ZM31.9449 3.95893C31.9449 3.6533 31.862 3.40444 31.6961 3.21233C31.528 3.01586 31.3173 2.91762 31.0641 2.91762C30.7934 2.91762 30.5729 3.01258 30.4026 3.20251C30.2345 3.39025 30.1505 3.63475 30.1505 3.93601C30.1505 4.246 30.2334 4.49377 30.3993 4.67933C30.5652 4.86925 30.7836 4.96421 31.0542 4.96421C31.3097 4.96421 31.5214 4.86925 31.6895 4.67933C31.8598 4.48722 31.9449 4.24709 31.9449 3.95893Z" fill="%23999999"/><path d="M25.7167 0H26.4568V5.53071H25.7167V5.19671C25.4264 5.4805 25.0978 5.6224 24.7311 5.6224C24.2945 5.6224 23.9321 5.46304 23.6439 5.14431C23.358 4.81904 23.215 4.413 23.215 3.92618C23.215 3.45028 23.358 3.05297 23.6439 2.73425C23.9277 2.41334 24.2847 2.25289 24.7147 2.25289C25.088 2.25289 25.422 2.4057 25.7167 2.71132V0ZM23.9681 3.92618C23.9681 3.6402 23.9681 3.92618Z" fill="%23999999"/><path d="M22.5567 4.1096H20.2711C20.2908 4.37156 20.3759 4.58004 20.5265 4.73504C20.6771 4.88785 20.8703 4.96425 21.1061 4.96425C21.4412 4.92059 21.5613 4.83327C21.6792 4.74595 21.8134 4.58441 21.964 4.34864L22.5862 4.69574C22.4902 4.85947 22.3886 5.00027 22.2817 5.11816C22.1747 5.23386 22.0601 5.32991 21.9378 5.40632C21.8156 5.48054 21.6835 5.53512 21.5416 5.57005C21.3997 5.60497 21.2458 5.62244 21.0799 5.62244C20.604 5.62244 20.222 5.46963 19.9338 5.164C19.6457 4.85619 19.5016 4.44797 19.5016 3.93932C19.5016 3.43504 19.6413 3.02681 19.9207 2.71464C20.2023 2.40683 20.5756 2.25293 21.0406

2.25293C21.51 1.25293 21.8811 2.40247 22.154 2.70154C22.4247 2.99843 22.56 3.40994 22.56 3.93605L22.5567 4.1096ZM21.8003 3.50708C21.6977 3.11414 21.4499 2.91766 21.057 2.91766C20.9675 2.91766 20.8834 2.93185 20.8049 2.96023C20.7263 2.98643 20.6542 3.02572 20.5887 3.07812C20.5254 3.12833 20.4709 3.18945 20.425 3.26149C20.3792 3.33353 20.3442 3.41539 20.3202 3.50708H21.8003Z" fill="%23999999"/><path d="M17.1896 2.34134H17.9263V2.62623C18.0617 2.48433 18.1818 2.38719 18.2865 2.33479C18.3935 2.28027 18.5201 2.25293 18.6664 2.25293 19.0637 2.31624 19.2755 2.44285L18.9382 3.11741C18.7985 3.01699 18.662 2.96678 18.5289 2.96678C18.1272 2.96678 17.9263 3.27022 17.9263 3.8771V5.53075H17.1896V2.34134Z" fill="%23999999"/><path d="M16.3809 4.1096H14.0953C14.1149 4.37156 14.2 4.58004 14.3507 4.73504C14.5013 4.88785 14.6945 4.96425 14.9303 4.96425C15.1136 4.96425 15.2654 4.92059 15.3854 4.83327C15.5033 4.74595 15.6376 4.58441 15.7882 4.34864L16.4104 4.69574C16.3143 4.85947 16.2128 5.00027 16.1058 5.11816C15.9989 5.23386 15.8843 5.32991 15.762 5.40632C15.6398 5.48054 15.5077 5.53512 15.3658 5.57005C15.2239 5.60497 15.07 5.62244 14.9041 5.62244C14.4282 5.62244 14.0461 5.46963 13.758 5.164C13.4698 4.85619 13.3257 4.44797 13.3257 3.93932C13.3257 3.43504 13.4655 3.02681 13.7449 2.71464C14.0265 2.40683 14.3998 2.25293 14.8648 2.25293C15.3341 2.25293 15.7052 2.40247 15.9781 2.70154C16.2488 2.99843 16.3842 3.40994 16.3842 3.93605L16.3809 4.1096ZM15.6245 3.50708C15.5219 3.11414 15.2741 2.91766 14.8812 2.91766C14.7917 2.91766 14.7076 2.93185 14.629 2.96023C14.5504 2.98643 14.4784 3.02572 14.4129 3.07812C14.3496 3.12833 14.295 3.18945 14.2492 3.26149C14.2033 3.33353 14.1684 3.41539 14.1444 3.50708H15.6245Z" fill="%23999999"/><path d="M8.78723 2.34124L9.62224 4.16189L10.5227 2.0498L11.4298 4.16189L12.255 2.34124H13.0802L11.4101 5.76969L10.5227 3.71655L9.62552 5.76969L7.95877 2.34124H8.78723Z" fill="%23999999"/><path d="M4.33374 3.91312C4.33374 3.45251 4.49856 3.06065 4.8282 2.73756C5.15783 2.41447 5.55951 2.25293 6.03323 2.25293C6.50913 2.25293 6.91299 2.41557 7.24481 2.74084C7.57227 3.06611 7.73599 3.4656 7.73599 3.93932C7.73599 4.4174 7.57118 4.81799 7.24154 5.14108C6.90972 5.46199 6.50258 5.62244 6.02013 5.62244C5.54205 5.62244 5.14146 5.45871 4.81837 5.13126C4.49528 4.80817 4.33374 4.40212 4.33374 3.91312ZM5.08689 3.92622C5.08689 3.24495 5.17202 4.49709 5.3423 4.68264C5.51694 4.87038 5.74725 4.96425 6.03323 4.96425C6.32139 4.96425 6.5517 4.87148 6.72416 4.68592C6.89662 4.50036 6.98285 4.25259 6.98285 3.9426C6.98285 3.63261 6.89662 3.38483 6.72416 3.19927C6.54952 3.01153 6.31921 2.91766 6.03323 2.91766C5.75162 2.91766 5.52349 3.01153 5.34885 3.19927C5.17421 3.38701 5.08689 3.62933 5.08689 3.92622Z" fill="%23999999"/><path d="M1.20027 7.26626H0.463501V2.34134H1.20027V2.68844C1.49062 2.3981 1.82026 2.25293 2.18919 2.25293C2.62798 2.25293 2.98927 2.41447 3.27306 2.73756C3.56122 3.05847 3.7053 3.46342 3.7053 3.95242C3.7053 4.4305 3.56231 4.82891 3.27634 5.14763C2.99254 5.46417 2.63453 5.62244 2.20229 5.62244C1.82899 5.62244 1.49498 5.4729 1.20027 5.17383V7.26626ZM2.95216 3.95569C2.95216 3.65007 2.8692 3.4012 2.70329 3.2091C2.5352 3.01481 2.32344 2.91766 2.06803 2.91766C1.79733 2.91766 1.57794 3.01153 1.40985 3.19927C1.24175 3.38701 1.1577 3.6337 1.1577 3.93932C1.1577 4.2384 1.24175 4.48508 1.40985 4.67937C1.57576 4.86929 1.79406 4.96425 2.06475 4.96425C2.32017 4.96425 2.53083 4.8682 2.69674 4.67609C2.86702 4.48399 2.95216 4.24835 2.95216 3.95569Z" fill="%23999999"/></svg>')}._yb_1hi43u5{display:flex;height:46px;max-width:646px;width:calc(100% - 120px);margin-left:35px;position:relative}.ybar-ytheme-crunch ._yb_1hi43u5{top:5px;max-width:unset;min-width:193px;margin-left:20px;width:100%}.ybar-ytheme-crunch.ybar-uh3-desktop ._yb_1hi43u5{margin-left:24px}.ybar-ytheme-crunch ._yb_1ecmnf2{top:0;height:40px}.ybar-ytheme-crunch ._yb_1hi43u5._yb_c4sqhw{max-width:unset;min-width:193px}._yb_1hi43u5 input[type=hidden]{visibility:hidden}._yb_1hqr9qh ._yb_1hi43u5,._yb_z6zmhw ._yb_1hi43u5{margin-right:100px}@media screen and (min-width:1024px){._yb_1hqr9qh ._yb_1hi43u5,._yb_z6zmhw ._yb_1hi43u5{margin-right:83px}.ybar-uh3-desktop ._yb_1hi43u5._yb_c4sqhw{margin-left:20px}}@media screen and (min-width:768px){._yb_1hqr9qh ._yb_1hi43u5,._yb_z6zmhw ._yb_1hi43u5{min-width:350px}}@media screen and (max-width:767px){.ybar-ytheme-crunch ._yb_1hi43u5._yb_c4sqhw:not(._yb_1ecmnf2){min-width:213px}}.ybar-ytheme-fuji2 ._yb_1hi43u5{height:36px;margin:0;min-width:0;max-width:none;width:100%;transition:width .3s,height .4s}.ybar-ytheme-fuji2 ._yb_1hi43u5._yb_4ttqvi{max-width:575px}@media screen and (min-width:1020px){.ybar-ytheme-fuji2 ._yb_1hi43u5{height:44px}}@media screen and (max-width:500px){.ybar-ytheme-fuji2 ._yb_1hi43u5{min-width:130px}.ybar-ytheme-fuji2 ._yb_1hi43u5._yb_z6zmhw{min-width:185px}}@media screen and (max-width:600px)and (min-width:501px){.ybar-ytheme-fuji2 ._yb_1hi43u5{min-width:250px}}._yb_eh72w7{color:#333;font-size:18px;outline:0;padding:1px 10px;width:100%;box-sizing:border-box;border-radius:2px 0 0 2px;border:1px solid #b0b0b0;font-family:"YahooSans VF",YahooSans,"Yahoo Sans","Helvetica Neue",Helvetica,Arial,sans-serif;font-family:var(--yb-fuji2-font);animation-name:_yb_1yryj1m;animation-delay:2s;animation-duration:3s;-webkit-animation-name:_yb_1yryj1m;-webkit-animation-delay:2s;-webkit-animation-duration:3s;animation-fill-

```
mode:backwards}._yb_eh72w7::-ms-clear{display:none}@keyframes _yb_1yryj1m{0%{border-color:#5701ed}33%{border-color:#0f69ff;border-color:var(--yb-dory)}67%{border-color:#5701ed}to{border-color:#0f69ff;border-color:var(--yb-dory)}}.ybar-ytheme-fuji2 ._yb_eh72w7{border:1px solid #188fff;border:1px solid var(--yb-smurfette);border-radius:4px;font-weight:500;font-style:normal;line-height:1.43;font-size:14px;padding-left:12px;animation:none}.ybar-ytheme-crunch ._yb_eh72w7{animation-name:_yb_18km5tk;background-color:#fff;background-color:var(--yb-white);border-radius:100px;border:solid 1px #e0e4e9;border:solid 1px var(--yb-dirty-seagull);color:#232a31;color:var(--yb-text-primary);font-weight:400;font-size:16px;height:36px;padding:4px 8px 6px 20px}.typing .ybar-ytheme-crunch ._yb_eh72w7{border-radius:20px 20px 0 0;height:40px}.typing .ybar-ytheme-crunch .sf-noResult ._yb_eh72w7{border-radius:20px}.ybar-ytheme-fuji2 .sa._yb_1hi43u5._yb_eh72w7,.typing .ybar-ytheme-fuji2._yb_1hi43u5
._yb_eh72w7{border-radius:4px 4px 0 0}._yb_eh72w7::-moz-placeholder{color:transparent}._yb_eh72w7::placeholder{color:transparent}.ybar-ytheme-fuji2 ._yb_eh72w7::-moz-placeholder{color:#787679;color:var(--yb-color-a11y-gray)}.ybar-ytheme-fuji2 ._yb_eh72w7::placeholder{color:#787679;color:var(--yb-color-a11y-gray)}.ybar-ytheme-fuji2 ._yb_enable-watch-to-watch ._yb_eh72w7{padding:1px 50px}.ybar-ytheme-fuji2 .ybar-enable-watch-to-watch
._yb_1e6z2ca{padding:10px}.ybar-ytheme-fuji2 .ybar-enable-watch-to-watch ._yb_1to5227 span{position:absolute;left:12px;top:13px;color:#0063eb;color:var(--yb-scooter);font-size:14px}.typing .ybar-ytheme-fuji2 .ybar-enable-watch-to-watch ._yb_1to5227 span{display:none}.ybar-ytheme-crunch ._yb_eh72w7::-moz-placeholder{font-family:"YahooSans VF",YahooSans,"Yahoo Sans","Helvetica Neue",Helvetica,Arial,sans-serif;font-family:var(--yb-fuji2-font);color:#5b636a;color:var(--yb-text-secondary);font-size:16px}.ybar-ytheme-crunch ._yb_eh72w7::placeholder{font-family:"YahooSans VF",YahooSans,"Yahoo Sans","Helvetica Neue",Helvetica,Arial,sans-serif;font-family:var(--yb-fuji2-font);color:#5b636a;color:var(--yb-text-secondary);font-size:16px}._yb_1hqr9qh ._yb_eh72w7:focus-within,._yb_z6zmhw ._yb_eh72w7:focus-within{border-color:#0f69ff;border-color:var(--yb-dory)}.ybar-ytheme-crunch ._yb_eh72w7:focus-within{border-color:#e0e4e9;border-color:var(--yb-dirty-seagull)}.ybar-ytheme-fuji2 ._yb_z6zmhw
._yb_eh72w7{width:100%}.ybar-ytheme-fuji2.ybar-variant-att.att-google ._yb_eh72w7{background:5px no-repeat url('data:image/svg+xml,<svg xmlns="http://www.w3.org/2000/svg" width="38" height="20" viewBox="0 0 38 20" fill="none"><path d="M16.0544 14.1473C16.0544 15.9234 14.6644 17.2321 12.9573 17.2321C11.2503 17.2321 9.86023 15.9234 9.86023 14.1473C9.86023 12.3589 11.2503 11.0624 12.9573 11.0624C14.6644 11.0624 16.0544 12.3589 16.0544 14.1473ZM14.6969 14.1473C14.6969 13.0377 13.8921 12.2776 12.9573 12.2776 12.0225 12.2776 11.2177 13.0377 11.2177 14.1473C11.2177 15.2447 12.0225 16.0169 12.9573 16.0169C13.8921 16.0169 14.6969 15.2447 14.6969 14.1473Z" fill="%23EA4335"/><path d="M22.7322 14.1473C22.7322 15.9234 21.3422 17.2322 19.6352 17.2322C17.9281 17.2322 16.5381 15.9234 16.5381 14.1473C16.5381 12.3589 17.9281 11.0624 19.6352 11.0624C21.3422 11.0583 22.7322 12.3589 22.7322 14.1473ZM21.3788 14.1473C21.3788 13.0377 20.574 12.2776 19.6392 12.2776C18.7044 12.2776 17.8997 13.0377 17.8997 14.1473C17.8997 15.2447 18.7044 16.0169 19.6392 16.0169C20.57 16.0169 21.3788 15.2447 21.3788 14.1473Z" fill="%23FBBC05"/><path d="M29.1337 11.2452V16.7891C29.1337 19.0692 27.7883 20 26.1992 20C24.7035 20 23.8012 19.0001 23.4638 18.1832L24.6425 17.6914C24.8538 18.1954 25.366 18.7847 26.1951 18.7847C27.2112 18.7847 27.8412 18.1588 27.8412 16.9761V16.533H27.7924C27.4876 16.907 26.9064 17.2362 26.1666 17.2362C24.6222 17.2362 23.2118 15.8909 23.2118 14.1635C23.2118 12.4199 24.6262 11.0664 26.1666 11.0664C26.9023 11.0664 27.4876 11.3916 27.7924 11.7574H27.8412V11.2534L29.1337 11.2452ZM27.9428 14.1594C27.9428 13.0742 27.2193 12.2776 26.2967 12.2776C25.3619 12.2776 24.5775 13.0702 24.5775 14.1594C24.5775 15.2365 25.3619 16.0169 26.2967 16.0169C27.2153 16.0169 27.9428 15.2324 27.9428 14.1594Z" fill="%234285F4"/><path d="M31.2553 7.9978V17.0411H29.9344V7.9978H31.2553Z" fill="%2334A853"/><path d="M36.4049 15.1633L37.4576 15.8665C37.1162 16.3705 36.2993 17.2362 34.8848 17.2362 33.1331 17.2362 31.8243 15.8827 31.8243 14.1513C31.8243 12.3142 33.1453 11.0664 34.7345 11.0664C36.3358 11.0664 37.1203 12.3426 37.3763 13.0295L37.5186 13.3791L33.3891 15.082C33.7062 15.6998 34.198 16.0169 34.8848 16.0169C35.5758 16.0169 36.0554 15.6754 36.4049 15.1633ZM33.1697 14.0497L35.9294 12.9035C35.779 12.5197 12.2491 34.7832 12.2491 34.0923 12.2532 33.1331 12.8588 33.1697 14.0497Z" fill="%23EA4335"/><path d="M4.85697 13.3425V12.0337H9.27091C9.31562 12.2613 9.33594 12.5336 9.33594 12.8222C9.33594 13.8058 9.06769 15.0211 8.20197 15.8827C7.36064 16.7606 6.28357 17.228 4.86103 17.228C2.21917 17.228 0 15.078 0 12.4361C0 9.79424 2.21917 7.64417 4.86103 7.64417C6.32015 7.64417 7.36471 8.21725 8.14507 8.9651L7.22245 9.88772C6.66156 9.36341 5.90152 8.9529 4.86103 8.9529C2.9345 8.9529 1.42254 10.5055 1.42254 12.4361C1.42254 14.3667 2.93044 15.9193 4.86103 15.9193C6.11287 15.9193 6.82414 15.4153 7.27935 14.9601C7.64921 14.5902 7.89308 14.0619 7.99062 13.3384L4.85697 13.3425Z" fill="%234285F4"/><path d="M34.3581 4.93802L32.9238 2.34131H33.7785L34.7543 4.17505L35.6646 2.34131H36.4964L33.9553 7.26623H33.1138L34.3581 4.93802Z" fill="%23999999"/><path d="M30.193 0V2.71132C30.4878 2.4057 30.8218 2.25289
```

31.1951 2.25289C31.6251 2.25289 31.9831 2.41334 32.2691 2.73425C32.5551 3.05297 32.6981 3.45028 32.6981 3.92618C32.6981 4.41736 32.554 4.82341 32.2658 5.14431C31.9799 5.46304 31.6186 5.6224 31.182 5.6224C30.813 5.6224 30.4834 5.4805 30.193 5.19671V5.53071H29.4563V0H30.193ZM31.9449 3.95893C31.9449 3.6533 31.862 3.40444 31.6961 3.21233C31.528 3.01586 31.3173 2.91762 31.0641 2.91762C30.7934 2.91762 30.5729 3.01258 30.4026 3.20251C30.2345 3.39025 30.1505 3.63475 30.1505 3.93601C30.1505 4.246 30.2334 4.49377 30.3993 4.67933C30.5652 4.86925 30.7836 4.96421 31.0542 4.96421C31.3097 4.96421 31.5214 4.86925 31.6895 4.67933C31.8598 4.48722 31.9449 4.24709 31.9449 3.95893Z" fill="%23999999"/><path d="M25.7167 0H26.4568V5.53071H25.7167V5.19671C25.4264 5.4805 25.0978 5.6224 24.7311 5.6224C24.2945 5.6224 23.9321 5.46304 23.6439 5.14431C23.358 4.81904 23.215 4.413 23.215 3.92618C23.215 3.45028 23.358 3.05297 23.6439 2.73425C23.9277 2.41334 24.2847 2.25289 24.7147 2.25289C25.088 2.25289 25.422 2.4057 25.7167 2.71132V0ZM23.9681 3.92618C23.9681 4.23181 24.05 4.48067 24.2137 4.67278C24.3818 4.86707 24.5936 4.96421 24.849 4.96421C25.1218 4.96421 25.3423 4.87034 25.5104 4.6826C25.6785 4.48831 25.7626 4.24163 25.7626 3.94255C25.7626 3.64348 25.6785 3.3968 25.5104 3.20251C25.3423 3.01258 25.124 2.91762 24.8555 2.91762C24.6023 2.91762 24.3905 3.01367 24.2203 3.20578C24.0522 3.40007 23.9681 3.6402 23.9681 3.92618Z" fill="%23999999"/><path d="M22.5567 4.1096H20.2711C20.2908 4.37156 20.3759 4.58004 20.5265 4.73504C20.6771 4.88785 20.8703 4.96425 21.1061 4.96425C21.2895 4.96425 21.4412 4.92059 21.5613 4.83327C21.6792 4.74595 21.8134 4.58441 21.964 4.34864L22.5862 4.69574C22.4902 4.85947 22.3886 5.00027 22.2817 5.11816C22.1747 5.23386 22.0601 5.32991 21.9378 5.40632C21.8156 5.48054 21.6835 5.53512 21.5416 5.57005C21.3997 5.60497 21.2458 5.62244 21.0799 5.62244C20.604 5.62244 20.222 5.46963 19.9338 5.164C19.6457 4.85619 19.5016 4.44797 19.5016 3.93932C19.5016 3.43504 19.6413 3.02681 19.9207 2.71464C20.2023 2.40683 20.5756 2.25293 21.0406 2.25293C21.51 2.25293 21.8811 2.40247 22.154 2.70154C22.4247 2.99843 22.56 3.40994 22.56 3.93605L22.5567 4.1096ZM21.8003 3.50708C21.6977 3.11414 21.4499 2.91766 21.057 2.91766C20.9675 2.91766 20.8834 2.93185 20.8049 2.96023C20.7263 2.98643 20.6542 3.02572 20.5887 3.07812C20.5254 3.12833 20.4709 3.18945 20.425 3.26149C20.3792 3.33353 20.3442 3.41539 20.3202 3.50708H21.8003Z" fill="%23999999"/><path d="M17.1896 2.34134H17.9263V2.62623C18.0617 2.48433 18.1818 2.38719 18.2865 2.33479C18.3935 2.28022 18.5201 2.25293 18.6664 2.25293C18.8607 2.25293 19.0637 2.31624 19.2755 2.44285L18.9382 3.11741C18.7985 3.01699 18.662 2.96678 18.5289 2.96678C18.1272 2.96678 17.9263 3.27022 17.9263 3.8771V5.53075H17.1896V2.34134Z" fill="%23999999"/><path d="M16.3809 4.1096H14.0953C14.1149 4.37156 14.2 4.58004 14.3507 4.73504C14.4887 4.88785 14.6945 4.96425 14.9303 4.96425C15.1136 4.96425 15.2654 4.92059 15.3854 4.83327C15.5033 4.74595 15.6376 4.58441 15.7882 4.34864L16.4104 4.69574C16.3143 4.85947 16.2128 5.00027 16.1058 5.11816C15.9989 5.23386 15.8843 5.32991 15.762 5.40632C15.6398 5.48054 15.5077 5.53512 15.3658 5.57005C15.2239 5.60497 15.07 5.62244 14.9041 5.62244C14.4282 5.62244 14.0461 5.46963 13.758 5.164C13.4698 4.85619 13.3257 4.44797 13.3257 3.93932C13.3257 3.43504 13.4655 3.02681 13.7449 2.71464C14.0265 2.40683 14.3998 2.25293 14.8648 2.25293C15.3341 2.25293 15.7052 2.40247 15.9781 2.70154C16.2488 2.99843 16.3842 3.40994 16.3842 3.93605L16.3809 4.1096ZM15.6245 3.50708C15.5219 3.11414 15.2741 2.91766 14.8812 2.91766C14.7917 2.91766 14.7076 2.93185 14.629 2.96023C14.5504 2.98643 14.4784 3.02572 14.4129 3.07812C14.3496 3.12833 14.295 3.18945 14.2492 3.26149C14.2033 3.33353 14.1684 3.41539 14.1444 3.50708H15.6245Z" fill="%23999999"/><path d="M8.78723 2.34124L9.62224 4.16189L10.5227 2.0498L11.4298 4.16189L12.255 2.34124H13.0802L11.4101 5.76969L10.5227 3.71655L9.62552 5.76969L7.95877 2.34124H8.78723Z" fill="%23999999"/><path d="M4.33374 3.91312C4.33374 4.33374 3.45251 4.49856 3.06065 4.8282 2.73756C5.15783 2.41447 5.55951 2.25293 6.03323 2.25293C6.50913 2.25293 6.91299 2.41557 7.24481 2.74084C7.57227 3.06611 7.73599 3.4656 7.73599 3.93932C7.73599 4.4174 7.57118 4.81799 7.24154 5.14108C6.90972 5.46199 6.50258 5.62244 6.02013 5.62244C5.54205 5.62244 5.14146 5.45871 4.81837 5.13126C4.49528 4.80817 4.33374 4.40212 4.33374 3.91312ZM5.08689 3.92622C5.08689 4.24495 5.17202 4.49709 5.3423 4.68264C5.51694 4.87038 5.74725 4.96425 6.03323 4.96425C6.32139 4.96425 6.5517 4.87148 6.72416 4.68592C6.89662 4.50036 6.98285 4.25259 6.98285 3.9426C6.98285 3.63261 6.89662 3.38483 6.72416 3.19927C6.54952 3.01153 6.31921 2.91766 6.03323 2.91766C5.75162 2.91766 5.52349 3.01153 5.34885 3.19927C5.17421 3.38701 5.08689 3.62933 5.08689 3.92622Z" fill="%23999999"/><path d="M1.20027 7.26626H0.463501V2.34134H1.20027V2.68844C1.49062 2.3981 1.82026 2.25293 2.18919 2.25293C2.62798 2.25293 2.98927 2.41447 3.27306 2.73756C3.56122 3.05847 3.7053 3.46342 3.7053 3.95242C3.7053 4.4305 3.56231 4.82891 3.27634 5.14763C2.99254 5.46417 2.63453 5.62244 2.20229 5.62244C1.82899 5.62244 1.49498 5.4729 1.20027 5.17383V7.26626ZM2.95216 3.95569C2.95216 3.65007 2.8692 3.4012 2.70329 3.2091C2.5352 3.01481 2.32344 2.91766 2.06803 2.91766C1.79733 2.91766 1.57794 3.01153 1.40985 3.19927C1.24175 3.38701 1.1577 3.6337 1.1577 3.93932C1.1577 4.2384 1.24175 4.48508 1.40985 4.67937C1.57576 4.86929 1.79406 4.96425 2.06475 4.96425C2.32017 4.96425 2.53083 4.8682 2.69674 4.67609C2.86702 4.48399 2.95216 4.24385 2.95216 3.95569Z" fill="%23999999"/></svg>');background:5px no-repeat var(--

yb-powered-google-icon);padding-left:52px;background-size:40px;transition:background-position-x .3s ease}.ybar-ytheme-fuji2.ybar-variant-att.att-google
.typing .ybar-enable-search-ui ._yb_eh72w7{background:48px no-repeat url('data:image/svg+xml,<svg xmlns="http://www.w3.org/2000/svg" width="38"
height="20" viewBox="0 0 38 20" fill="none"><path d="M16.0544 14.1473C16.0544 15.9234 14.6644 17.2321 12.9573 17.2321C11.2503 17.2321 9.86023
15.9234 9.86023 14.1473C9.86023 12.3589 11.2503 11.0624 12.9573 11.0624C14.6644 11.0624 16.0544 12.3589 16.0544 14.1473ZM14.6969
14.1473C14.6969 13.0377 13.8921 12.2776 12.9573 12.2776C12.0225 12.2776 11.2177 13.0377 11.2177 14.1473C11.2177 15.2447 12.0225 16.0169 12.9573
16.0169C13.8921 16.0169 14.6969 15.2447 14.6969 14.1473Z" fill="%23EA4335"/><path d="M22.7322 14.1473C22.7322 15.9234 21.3422 17.2322 19.6352
17.2322C17.9281 17.2322 16.5381 15.9234 16.5381 14.1473C16.5381 12.3589 17.9281 11.0624 19.6352 11.0624C21.3422 11.0583 22.7322 12.3589 22.7322
14.1473ZM21.3788 14.1473C21.3788 13.0377 20.574 12.2776 19.6392 12.2776C18.7044 12.2776 17.8997 13.0377 17.8997 14.1473C17.8997 15.2447 18.7044
16.0169 19.6392 16.0169C20.57 16.0169 21.3788 15.2447 21.3788 14.1473Z" fill="%23FBBC05"/><path d="M29.1337 11.2452V16.7891C29.1337 19.0692
27.7883 20 26.1992 20C24.7035 20 23.8012 19.0001 23.4638 18.1832L24.6425 17.6914C24.8538 18.1954 25.366 18.7847 26.1951 18.7847C27.2112 18.7847
27.8412 18.1588 27.8412 16.9761V16.533H27.7924C27.4876 16.907 26.9064 17.2362 26.1666 17.2362C24.6222 17.2362 23.2118 15.8909 23.2118
14.1635C23.2118 12.4199 24.6262 11.0664 26.1666 11.0664C26.9023 11.0664 27.4876 11.3916 27.7924 11.7574H27.8412V11.2534L29.1337
11.2452ZM27.9428 14.1594C27.9428 13.0742 27.2193 12.2776 26.2967 12.2776C25.3619 12.2776 24.5775 13.0702 24.5775 14.1594C24.5775 15.2365
25.3619 16.0169 26.2967 16.0169C27.2153 16.0169 27.9428 15.2324 27.9428 14.1594Z" fill="%234285F4"/><path d="M31.2553
7.9978V17.0411H29.9344V7.9978H31.2553Z" fill="%2334A853"/><path d="M36.4049 15.1633L37.4576 15.8665C37.1162 16.3705 36.2993 17.2362 34.8848
17.2362C33.1331 17.2362 31.8243 15.8827 31.8243 14.1513C31.8243 12.3142 33.1453 11.0664 34.7345 11.0664C36.3358 11.0664 37.1203 12.3426 37.3763
13.0295L37.5186 13.3791L33.3891 15.082C33.7062 15.6998 34.198 16.0169 34.8848 16.0169C35.5758 16.0169 36.0554 15.6754 36.4049 15.1633ZM33.1697
14.0497L35.9294 12.9035C35.779 12.5174 35.3197 12.2491 34.7832 12.2491C34.0923 12.2532 33.1331 12.8588 33.1697 14.0497Z"
fill="%23EA4335"/><path d="M4.85697 13.3425V12.0337H9.27091C9.31562 12.2613 9.33594 12.5336 9.33594 12.8222C9.33594 13.8058 9.06769 15.0211
8.20197 15.8827C7.36064 16.7606 6.28357 17.228 4.86103 17.228C2.21917 17.228 0 15.078 0 12.4361C0 9.79424 2.21917 7.64417 4.86103 7.64417C6.32015
7.64417 7.36471 8.21725 8.14507 8.9651L7.22245 9.88772C6.66156 9.36341 5.90152 8.9529 4.86103 8.9529C2.9345 8.9529 1.42254 10.5055 1.42254
12.4361C1.42254 14.3667 2.93044 15.9193 4.86103 15.9193C6.11287 15.9193 6.82414 15.4153 7.27935 14.9601C7.64921 14.5902 7.89308 14.0619 7.99062
13.3384L4.85697 13.3425Z" fill="%234285F4"/><path d="M34.3581 4.93802L32.9238 2.34131H33.7785L34.7543 4.17505L35.6646
2.34131H36.4964L33.9553 7.26623H33.1138L34.3581 4.93802Z" fill="%2399999"/><path d="M30.193 0V2.71132C30.4878 2.4057 30.8218 2.25289
31.1951 2.25289C31.6251 2.25289 31.9831 2.41334 32.2691 2.73425C32.5551 3.05297 32.6981 3.45028 32.6981 3.92618C32.6981 4.41736 32.554 4.82341
32.2658 5.14431C31.9799 5.46304 31.6186 5.6224 31.182 5.6224C30.813 5.6224 30.4834 5.4805 30.193 5.19671V5.53071H29.4563V0H30.193ZM31.9449
3.95893C31.9449 3.6533 31.862 3.40444 31.6961 3.21233C31.528 3.01586 31.3173 2.91762 31.0641 2.91762C30.7934 2.91762 30.5729 3.01258 30.4026
3.20251C30.2345 3.39025 30.1505 3.63475 30.1505 3.93601C30.1505 4.246 30.2334 4.49377 30.3993 4.67933C30.5652 4.86925 30.7836 4.96421 31.0542
4.96421C31.3097 4.96421 31.5214 4.86925 31.6895 4.67933C31.8598 4.48722 31.9449 4.24709 31.9449 3.95893Z" fill="%2399999"/><path d="M25.7167
0H26.4568V5.53071H25.7167V5.19671C25.4264 5.4805 25.0978 5.6224 24.7311 5.6224C24.2945 5.6224 23.9321 5.46304 23.6439 5.14431C23.358 4.81904
23.215 4.413 23.215 3.92618C23.215 3.45028 23.358 3.05297 23.6439 2.73425C23.9277 2.41334 24.2847 2.25289 24.7147 2.25289C25.088 2.25289 25.422
2.4057 25.7167 2.71132V0ZM24.5381 2.91762 24.8555 2.91762C24.6023 2.91762 24.3905 3.01367 24.2203 3.20578C24.0522 3.40007 23.9681 3.6402 23.9681 3.92618Z"
fill="%2399999"/><path d="M22.5567 4.1096H20.2711C20.2908 4.37156 20.3759 4.58004 20.5265 4.73504C20.6771 4.88785 20.8703 4.96425 21.1061
4.96425C21.2895 4.96425 21.4412 4.92059 21.5613 4.83327C21.6792 4.74595 21.8134 4.58441 21.964 4.34864L22.5862 4.69574C22.4902 4.85947 22.3886
5.00027 22.2817 5.11816C22.1747 5.23386 22.0601 5.32991 21.9378 5.40632C21.8156 5.48054 21.6835 5.53512 21.5416 5.57005C21.3997 5.60497 21.2458
5.62244 21.0799 5.62244C20.604 5.62244 20.222 5.46963 19.9338 5.164C19.6457 4.85619 19.5016 4.44797 19.5016 3.93932C19.5016 3.43504 19.6413
3.02681 19.9207 2.71464C20.2023 2.40683 20.5756 2.25293 21.0406 2.25293C21.51 2.25293 21.8811 2.40247 22.154 2.70154C22.4247 2.99843 22.56
3.40994 22.56 3.93605L22.5567 4.1096ZM21.8003 3.50708C21.6977 3.11414 21.4499 2.91766 21.057 2.91766C20.9675 2.91766 20.8834 2.93185 20.8049

2.96023C20.7263 2.98643 20.6542 3.02572 20.5887 3.07812C20.5254 3.12833 20.4709 3.18945 20.425 3.26149C20.3792 3.33353 20.3442 3.41539 20.3202 3.50708H21.8003Z" fill="%23999999"/><path d="M17.1896 2.34134H17.9263V2.62623C18.0617 2.48433 18.1818 2.38719 18.2865 2.33479C18.3935 2.28022 18.5201 2.25293 18.6664 2.25293C18.8607 2.25293 19.0637 2.31624 19.2755 2.44285L18.9382 3.11741C18.7985 3.01699 18.662 2.96678 18.5289 2.96678C18.1272 2.96678 17.9263 3.27022 17.9263 3.8771V5.53075H17.1896V2.34134Z" fill="%23999999"/><path d="M16.3809 4.1096H14.0953C14.1149 4.37156 14.2 4.58004 14.3507 4.73504C14.5013 4.88785 14.6945 4.96425 14.9303 4.96425C15.1136 4.96425 15.2654 4.92059 15.3854 4.83327C15.5033 4.74595 15.6376 4.58441 15.7882 4.34864L16.4104 4.69574C16.3143 4.85947 16.2128 5.00027 16.1058 5.11816C15.9989 5.23386 15.8843 5.32991 15.762 5.40632C15.6398 5.48054 15.5077 5.53512 15.3658 5.57005C15.2239 5.60497 15.07 5.62244 14.9041 5.62244C14.4282 5.62244 14.0461 5.46963 13.758 5.164C13.4698 4.85619 13.3257 4.44797 13.3257 3.93932C13.3257 3.43504 13.4655 3.02681 13.7449 2.71464C14.0265 2.40683 14.3998 2.25293 14.8648 2.25293C15.3341 2.25293 15.7052 2.40247 15.9781 2.70154C16.2488 2.99843 16.3842 3.40994 16.3842 3.93605L16.3809 4.1096ZM15.6245 3.50708C15.5219 3.11414 15.2741 2.91766 14.8812 2.91766C14.7917 2.91766 14.7076 2.93185 14.629 2.96023C14.5504 2.98643 14.4784 3.02572 14.4129 3.07812C14.3496 3.12833 14.295 3.18945 14.2492 3.26149C14.2033 3.33353 14.1684 3.41539 14.1444 3.50708H15.6245Z" fill="%23999999"/><path d="M8.78723 2.34124L9.62224 4.16189L10.5227 2.0498L11.4298 4.16189L12.1255 2.34124H13.0802L11.4101 5.76969L10.5227 3.71655L9.62552 5.76969L7.95877 2.34124H8.78723Z" fill="%23999999"/><path d="M4.33374 3.91312C4.33374 3.45251 4.49856 3.06065 4.8282 2.73756C5.15783 2.41447 5.55951 2.25293 6.03323 2.25293C6.50913 2.25293 6.91299 2.41557 7.24481 2.74084C7.57227 3.06611 7.73599 3.4656 7.73599 3.93932C7.73599 4.4174 7.57118 4.81799 7.24154 5.14108C6.90972 5.46199 6.50258 5.62244 6.02013 5.62244C5.54205 5.62244 5.14146 5.45871 4.81837 5.13126C4.49528 4.80817 4.33374 4.40212 4.33374 3.91312ZM5.08689 3.92622 5.08689 3.92622Z" fill="%23999999"/><path d="M1.20027 7.26626H0.463501V2.34134H1.20027V2.68844C1.49062 2.3981 1.82026 2.25293 2.18919 2.25293C2.62798 2.25293 2.98927 2.41447 3.27306 2.73756C3.56122 3.05847 3.7053 3.46342 3.7053 3.95242C3.7053 4.4305 3.56231 4.82891 3.27634 5.14763C2.99254 5.46417 2.63453 5.62244 2.20229 5.62244C1.82899 5.62244 1.49498 5.4729 1.20027 5.17383V7.26626ZM2.95216 3.95569C2.95216 3.65007 2.8692 3.4012 2.70329 3.2091C2.5352 3.01481 2.32344 2.91766 2.06803 2.91766C1.79733 2.91766 1.57794 3.01153 1.40985 3.19927C1.24175 3.38701 1.1577 3.6337 1.1577 3.93932C1.1577 4.2384 1.24175 4.48508 1.40985 4.67937C1.57576 4.86929 1.79406 4.96425 2.06475 4.96425C2.32017 4.96425 2.53083 4.8682 2.69674 4.67609C2.86702 4.48399 2.95216 4.24385 2.95216 3.95569Z" fill="%23999999"/></svg>');background:48px no-repeat var(--yb-powered-google-icon);padding-left:90px}._yb_w0bead{background-color:#fff;background-color:var(--yb-white);border:0;cursor:pointer;margin-right:18px;position:absolute;right:0;top:6px;z-index:2;padding:0}.ybar-voice-search ._yb_w0bead._yb_1gfkau8{right:40px;top:10px}._yb_w0bead span{display:block;background-position:-6px -46px;width:12px;height:12px;overflow:hidden}.ybar-enable-search-ui ._yb_1p0iv3h{display:block}._yb_1p0iv2h{display:block;position:absolute;right:96px;top:8px}.ybar-voice-search ._yb_1p0iv2h,.ybar-enable-search-ui ._yb_1p0iv2h,.ybar-enable-search-ui ._yb_1p0iv2h{display:block;position:absolute;right:52px;top:1px}.ybar-ytheme-crunch .ybar-enable-search-ui ._yb_1p0iv2h,.ybar-voice-search ._yb_1p0iv2h,.ybar-ytheme-crunch .ybar-enable-search-ui.ybar-voice-search ._yb_1p0iv2h,.ybar-ytheme-crunch .typing .ybar-voice-search ._yb_1p0iv2h,.ybar-ytheme-crunch .typing .ybar-enable-search-ui ._yb_1p0iv2h,.ybar-ytheme-crunch .typing .ybar-enable-search-ui.ybar-voice-search ._yb_1p0iv2h{display:flex;align-items:flex-start;justify-content:center;-moz-column-gap:10px;column-gap:10px;top:unset;right:12px}.ybar-enable-search-ui ._yb_1p0iv2h,.ybar-voice-search ._yb_1p0iv2h{display:block}.ybar-ytheme-crunch .ybar-enable-search-ui ._yb_w0bead._yb_m8iff1,.ybar-ytheme-crunch .typing .ybar-enable-search-ui ._yb_w0bead._yb_m8iff1{display:none}.ybar-voice-search ._yb_m8iff1{visibility:hidden}.typing .ybar-enable-search-ui ._yb_w0bead{display:block;background-color:transparent}._yb_eh72w7._yb_1e1vn6v~._yb_1p0iv3h button._yb_1gfkau8{display:none}.ybar-ytheme-fuji2 ._yb_eh72w7:not(._yb_1e1vn6v)~._yb_1p0iv3h button._yb_1gfkau8,.ybar-voice-search ._yb_eh72w7:not(._yb_1e1vn6v)~._yb_1p0iv2h button._yb_1gfkau8~._yb_1p0iv2h button._yb_1gfkau8{top:5px}.ybar-ytheme-crunch ._yb_eh72w7:not(._yb_1e1vn6v)~._yb_1p0iv2h button._yb_1gfkau8{top:0}.ybar-ytheme-crunch ._yb_eh72w7:not(._yb_1e1vn6v)~._yb_1p0iv2h button._yb_1gfkau8:focus-visible{top:6px}.ybar-ytheme-crunch ._yb_eh72w7:not(._yb_1e1vn6v)~._yb_1p0iv2h button._yb_1r27v0q._yb_1gfkau8:focus-visible{top:8px}.ybar-ytheme-crunch .ybar-enable-search-ui

._yb_w0bead,.ybar-ytheme-crunch .typing .ybar-enable-search-ui ._yb_w0bead{bottom:unset;display:block;left:unset;margin:0 auto;position:relative;right:unset;top:unset;height:36px;background:0 0}.ybar-ytheme-crunch .ybar-enable-search-ui ._yb_1r27v0q,.ybar-ytheme-crunch .typing .ybar-enable-search-ui ._yb_1r27v0q{height:inherit}.typing ._yb_w0bead ._yb_puk40u,._yb_eh72w7:not(._yb_1e1vn6v)~._yb_1p0iv2h button._yb_1gfkau8>span{width:24px;height:24px;border-radius:50%;background:var(--yb-searchbox-bg)}.ybar-ytheme-crunch .typing ._yb_w0bead ._yb_puk40u,.ybar-ytheme-crunch ._yb_eh72w7:not(._yb_1e1vn6v)~._yb_1p0iv2h button._yb_1gfkau8>span{background:0 0}.typing ._yb_w0bead ._yb_puk40u svg,._yb_eh72w7:not(._yb_1e1vn6v)~._yb_1p0iv2h

button._yb_1gfkau8>span>svg{position:absolute;top:50%;left:50%;transform:translate(-50%,-50%)}.typing ._yb_w0bead ._yb_puk40u:hover,._yb_eh72w7:not(._yb_1e1vn6v)~._yb_1p0iv2h button._yb_1gfkau8>span:hover{box-shadow:0 2px 4px 0 rgb(0 0 0/8%),0 0 1px 0 rgb(0 0 0/10%);background:#fff;background:var(--yb-white)}.ybar-ytheme-crunch .typing ._yb_w0bead clear-btn:hover,.ybar-ytheme-crunch ._yb_eh72w7:not(._yb_1e1vn6v)~._yb_1p0iv2h button._yb_1gfkau8>span:hover{box-shadow:none;background:#6001d2;background:var(--yb-text-hover-color)}.typing ._yb_w0bead ._yb_puk40u:hover svg path{fill:#232a31;fill:var(--yb-batcave)}.ybar-ytheme-crunch ._yb_w0bead ._yb_puk40u:hover svg path{fill:#fff;fill:var(--yb-white)}._yb_m8iff1 ._yb_1lz3d6r{height:24px;width:24px}.ybar-ytheme-crunch ._yb_or0h70 ._yb_ahvk02,.ybar-ytheme-crunch ._yb_m8iff1 ._yb_1lz3d6r{background:0 0;height:24px;width:24px}.ybar-ytheme-crunch .typing .ybar-enable-search-ui ._yb_or0h70:hover ._yb_ahvk02,.ybar-ytheme-crunch .typing .ybar-enable-search-ui ._yb_m8iff1:hover ._yb_1lz3d6r{border-radius:50%;background:#fff;background:var(--yb-popover-background)}.ybar-ytheme-crunch .typing ._yb_or0h70 ._yb_ahvk02 svg,.ybar-ytheme-crunch ._yb_m8iff1 ._yb_1lz3d6r

svg{width:16px;height:16px;margin:4px}.ybar-ytheme-crunch ._yb_puk40u svg path,.ybar-ytheme-crunch ._yb_m8iff1 svg path{fill:#232a31;fill:var(--yb-text-primary)}.ybar-ytheme-crunch ._yb_or0h70:hover ._yb_ahvk02,.ybar-ytheme-crunch ._yb_m8iff1:hover ._yb_1lz3d6r{background:#f0f3f5;background:var(--yb-searchbox-bg);border-radius:100px}.ybar-ytheme-crunch ._yb_m8iff1 ._yb_1lz3d6r:hover ._yb_1lz3d6r{background:0 0}.ybar-ytheme-crunch ._yb_1gfkau8:focus-visible{border-radius:100px;height:24px!important;width:24px;outline:4px solid rgb(96 1 210/50%);outline:var(--yb-outline)}.ybar-ytheme-crunch ._yb_c4sqhw ._yb_m8iff1:hover ._yb_1lz3d6r{border-radius:100px}.ybar-ytheme-crunch ._yb_1c00jfl,.ybar-ytheme-crunch ._yb_ujwaqo,.ybar-ytheme-crunch ._yb_m8iff1:hover ._yb_1yjl6lm,.ybar-ytheme-crunch ._yb_m8iff1:focus ._yb_k0v0kr,.ybar-ytheme-crunch ._yb_m8iff1:hover ._yb_k0v0kr,.ybar-ytheme-crunch ._yb_k0v0kr{display:none}.ybar-ytheme-crunch ._yb_1yjl6lm,.ybar-ytheme-crunch ._yb_k0v0kr,.ybar-ytheme-crunch ._yb_or0h70:hover ._yb_1c00jfl,.ybar-ytheme-crunch ._yb_m8iff1:focus ._yb_ujwaqo,.ybar-ytheme-crunch ._yb_ujwaqo{display:block}.ybar-ytheme-crunch ._yb_m8iff1:focus{outline:0}.ybar-ytheme-crunch ._yb_m8iff1:focus svg path{fill:#6001d2;fill:var(--yb-search-carat)}.ybar-ytheme-crunch ._yb_m8iff1:focus ._yb_ujwaqo{outline:4px solid rgb(96 1 210/50%);outline:var(--yb-outline);border-radius:100px;position:absolute;top:2px;right:-4px;padding:4px}.ybar-ytheme-crunch ._yb_1r27v0q,._yb_m8iff1:focus ._yb_ujwaqo{top:4px}._yb_m8iff1:hover svg rect,._yb_m8iff1:focus svg path,.typing .ybar-ytheme-crunch ._yb_or0h70 svg path,.typing .ybar-ytheme-crunch ._yb_m8iff1 svg path{fill:#0f69ff;fill:var(--yb-dory)}@media screen and (min-width:1020px){.ybar-ytheme-fuji2 ._yb_1p0iv2h{right:76px;top:8px}.ybar-voice-search ._yb_1p0iv2h,.ybar-enable-search-ui ._yb_1p0iv2h,.ybar-enable-search-ui.ybar-voice-search ._yb_1p0iv2h{right:76px;top:5px}}@media screen and (min-width:1340px){.ybar-ytheme-fuji2 ._yb_1p0iv2h{right:96px;top:8px}.ybar-voice-search ._yb_1p0iv2h,.ybar-enable-search-ui ._yb_1p0iv2h,.ybar-enable-search-ui.ybar-voice-search ._yb_1p0iv2h{right:94px;top:5px}}._yb_laakkl{font-weight:400;font-family:"YahooSans VF",YahooSans,"Yahoo Sans","Helvetica Neue",Helvetica,Arial,sans-serif;font-family:var(--yb-fuji2-font);font-size:0;color:#fff;color:var(--yb-white);background:#3775dd;box-shadow:none;min-width:90px;width:90px;border:0;background-position:center 10px;cursor:pointer;-webkit-appearance:none;height:44px;position:absolute;top:-8px;transition:height .4s}.ybar-ytheme-crunch ._yb_laakkl{font-family:"YahooSans VF",YahooSans,"Yahoo Sans","Helvetica Neue",Helvetica,Arial,sans-serif;font-family:var(--yb-fuji2-font)}.ybar-ytheme-fuji2 ._yb_laakkl{min-width:60px;width:60px;background-color:#188fff;background-color:var(--yb-smurfette);border-radius:0 4px 4px 0;animation:none}.ybar-enable-search-ui ._yb_laakkl{animation:none}.ybar-enable-search-ui ._yb_eh72w7{box-shadow:0 0 8px 0 rgb(15 105 255/20%),0 0 1px 0 rgb(15 105 255/20%)}.ybar-enable-search-ui .sa._yb_1hi43u5 ._yb_eh72w7,.ybar-enable-search-ui ._yb_eh72w7{box-shadow:0 4px 16px 0 rgb(0 0 0/20%),0 0 2px 0 rgb(0 0 0/5%);border:0;padding:1px 50px;background-color:#fff;background-color:var(--yb-white)}.ybar-ytheme-crunch .ybar-enable-search-ui .sa._yb_1hi43u5 ._yb_eh72w7,.ybar-ytheme-crunch .typing .ybar-enable-search-ui ._yb_eh72w7{padding-right:120px}.ybar-ytheme-crunch .ybar-enable-search-ui._yb_c4sqhw ._yb_eh72w7{background-color:#f0f3f5;background-color:var(--yb-searchbox-bg);border:0;caret-color:#6001d2;caret-color:var(--yb-search-

carat);padding-left:50px;box-shadow:none}.ybar-ytheme-crunch .ybar-enable-search-ui._yb_c4sqhw ._yb_eh72w7._yb_fbaat6{transition:background-color .2s ease-in}.ybar-ytheme-crunch .ybar-enable-search-ui._yb_c4sqhw ._yb_eh72w7:hover,.typing .ybar-ytheme-crunch .ybar-enable-search-ui._yb_c4sqhw ._yb_eh72w7._yb_fbaat6:hover{transition:background-color .2s ease-in}.ybar-ytheme-fuji2 ._yb_106ef8p ._yb_4iwzfu._yb_106ef8p ._yb_laakkl,.ybar-ytheme-fuji2 ._yb_1ymquwn._yb_106ef8p ._yb_laakkl{animation-name:_yb_18km5tk;background-color:#0057b8;background-color:var(--yb-color-att-dark-blue)}.ybar-ytheme-fuji2 ._yb_1ymquwn._yb_29b3jr ._yb_laakkl{animation-name:_yb_18km5tk;background-color:#c41230;background-color:var(--yb-color-frontier-red)}.ybar-ytheme-fuji2 ._yb_1fgla4s._yb_gum5km ._yb_laakkl,.ybar-ytheme-fuji2 ._yb_10bn9o3._yb_gum5km ._yb_laakkl{animation-name:_yb_18km5tk;background-color:#c41522;background-color:var(--yb-color-rogers-red)}.ybar-ytheme-fuji2 .sa._yb_1hi43u5 ._yb_laakkl,.typing .ybar-ytheme-fuji2 ._yb_1hi43u5 ._yb_laakkl{border-radius:0 4px 0 0}@media screen and (max-width:1019px){.ybar-ytheme-fuji2 ._yb_laakkl{height:36px;left:36px}.ybar-voice-search ._yb_laakkl,.ybar-ytheme-fuji2 .ybar-enable-search-ui ._yb_laakkl{height:36px;left:-8px;top:-1px}.ybar-ytheme-classic ._yb_laakkl{height:46px;left:6px}.ybar-ytheme-classic .ybar-enable-search-ui ._yb_laakkl{height:46px;top:-1px;left:-38px}.typing .ybar-ytheme-classic .ybar-enable-search-ui ._yb_laakkl{height:46px;top:-2px;left:-32px}.typing .ybar-ytheme-classic .ybar-enable-search-ui ._yb_w0bead{padding:3px 24px}.ybar-ytheme-fuji2 ._yb_eh72w7:not(._yb_1e1vn6v)~._yb_1p0iv2h button._yb_1gfkau8{top:-2px;right:-45px}.ybar-ytheme-fuji2 .ybar-enable-search-ui ._yb_eh72w7:not(._yb_1e1vn6v)~._yb_1p0iv2h button._yb_1gfkau8{top:5px;right:0}.ybar-ytheme-fuji2 .ybar-voice-search ._yb_eh72w7:not(._yb_1e1vn6v)~._yb_1p0iv2h button._yb_1gfkau8{top:5px;right:40px}}@media screen and (min-width:1020px){.ybar-ytheme-fuji2 ._yb_laakkl{min-width:80px;width:80px;left:-4px}.ybar-ytheme-fuji2 .ybar-voice-search ._yb_laakkl,.ybar-ytheme-fuji2 .ybar-enable-search-ui ._yb_laakkl{min-width:80px;width:80px;top:-5px;left:-4px}.ybar-ytheme-classic ._yb_laakkl{height:46px;left:6px;top:-8px}.ybar-ytheme-classic .ybar-enable-search-ui ._yb_laakkl{height:46px;top:-4px;left:-14px}.typing .ybar-ytheme-classic .ybar-enable-search-ui ._yb_laakkl{height:46px;top:-5px;left:-8px}}@media screen and (min-width:1340px){.ybar-ytheme-fuji2 ._yb_laakkl{min-width:96px;width:96px;top:-8px;left:0}.ybar-ytheme-fuji2 .ybar-voice-search ._yb_laakkl,.ybar-ytheme-fuji2 .ybar-enable-search-ui ._yb_laakkl{min-width:96px;width:96px;top:-5px;left:-2px}.ybar-ytheme-classic ._yb_laakkl{left:6px;height:46px}.ybar-enable-search-ui ._yb_laakkl{top:-4px;left:4px}.typing .ybar-ytheme-classic .ybar-enable-search-ui ._yb_laakkl{top:-5px;left:10px}}@keyframes _yb_w57141{0%{background-color:#5701ed}33%{background-color:#0f69ff;background-color:var(--yb-dory)}67%{background-color:#5701ed}to{background-color:#0f69ff;background-color:var(--yb-dory)}}._yb_laakkl:hover{box-shadow:none;background-color:#0f69ff;background-color:var(--yb-dory)}.ybar-ytheme-fuji2 ._yb_laakkl,.ybar-ytheme-fuji2 ._yb_w0bead span{background-image:url(https://s.yimg.com/pv/static/img/header_1x-1479864976616.min.png);background-repeat:no-repeat;background-position:center 8px;background-size:22px}@media screen and (min-width:1020px){.ybar-ytheme-fuji2 ._yb_laakkl,.ybar-ytheme-fuji2 ._yb_w0bead span{background-position:center 13px}}.ybar-ytheme-fuji2 ._yb_laakkl:active,.ybar-ytheme-fuji2 ._yb_laakkl:hover{border-color:#0f69ff;border-color:var(--yb-dory);border-width:2px}.ybar-ytheme-fuji2 ._yb_laakkl:focus{outline:solid #0f69ff 2px;outline:solid var(--yb-dory) 2px}.ybar-ytheme-dark .ybar-ytheme-fuji2 ._yb_laakkl:focus{outline-color:#12a9ff;outline-color:var(--yb-sky)}._yb_eh72w7:active,._yb_eh72w7:hover,._yb_eh72w7:focus{outline:0}.ybar-enable-search-ui ._yb_1to5227 svg{display:none}.ybar-enable-search-ui._yb_c4sqhw ._yb_1to5227 svg,.typing .ybar-enable-search-ui ._yb_1to5227 svg{width:16px;height:16px;fill:#232a31;fill:var(--yb-text-primary);position:absolute;left:16px;top:30%;display:inline-block}.ybar-enable-search-ui._yb_c4sqhw ._yb_1to5227 svg,.typing .ybar-enable-search-ui._yb_c4sqhw ._yb_1to5227 svg{top:23%}.ybar-ytheme-crunch .ybar-enable-search-ui._yb_c4sqhw ._yb_1to5227 svg path{fill:#6e7780;fill:var(--yb-search-assist-secondary)}.ybar-ytheme-crunch .typing .ybar-enable-search-ui._yb_c4sqhw ._yb_1to5227 svg path,.ybar-ytheme-crunch .typing .ybar-voice-search ._yb_16sni2y ._yb_m8iff1 svg path{fill:#232a31;fill:var(--yb-text-primary)}.ybar-ytheme-crunch .ybar-enable-search-ui._yb_c4sqhw ._yb_1mrs2js{left:unset;right:22px}.ybar-ytheme-crunch .ybar-enable-search-ui._yb_c4sqhw ._yb_ica2jw ._yb_1mrs2js{left:unset;right:26px;top:30%}.ybar-ytheme-crunch.ybar-uh3-desktop .ybar-enable-search-ui._yb_c4sqhw ._yb_ica2jw ._yb_1mrs2js{right:28px;top:12px}.ybar-ytheme-crunch .ybar-enable-search-ui._yb_c4sqhw ._yb_1to5227 ._yb_c3emm2{display:block;transition:left .2s ease-out,opacity .2s ease-out;opacity:0;left:20px;pointer-events:none;top:12px}.ybar-ytheme-crunch .ybar-enable-search-ui._yb_c4sqhw ._yb_1to5227 ._yb_c3emm2 path{fill:#6e7780;fill:var(--yb-search-assist-secondary)}.ybar-ytheme-crunch .typing .ybar-enable-search-ui._yb_c4sqhw ._yb_1to5227 ._yb_c3emm2{height:16px;width:16px;left:16px;opacity:1}.ybar-ytheme-crunch .ybar-enable-search-ui ._yb_1yzauc{background-color:#6001d2;background-

color:var(--yb-search-btn-color);border:0;border-radius:20px;height:90%;margin:2px;right:60px;top:unset;width:64px;cursor:pointer}.ybar-ytheme-crunch.ybar-uh3-desktop .ybar-enable-search-ui ._yb_1yzauc{border-radius:20px;height:100%;margin:0;right:72px;width:72px}.ybar-ytheme-crunch .ybar-enable-search-ui ._yb_1to5227 ._yb_1yzauc:hover{background-color:#5409b2;background-color:var(--yb-search-btn-hover-color)}.ybar-ytheme-crunch .ybar-enable-search-ui._yb_c4sqhw ._yb_1to5227 ._yb_1mrx2js path{fill:#fff;fill:var(--yb-white)}.ybar-ytheme-crunch :not(.typing) ._yb_1exwbcf ._yb_eh72w7,.ybar-ytheme-crunch :not(.typing) .ybar-enable-search-ui._yb_c4sqhw ._yb_eh72w7:hover{background-color:#fff!important;background-color:var(--yb-popover-background)!important;box-shadow:0 2px 4px 0 rgb(0 0 0/8%),0 0 1px 0 rgb(0 0 0/10%)!important}.ybar-ytheme-crunch .ybar-voice-search ._yb_16sni2y,.ybar-ytheme-crunch .ybar-enable-search-ui .ybar-voice-search ._yb_16sni2y,.ybar-ytheme-crunch .ybar-enable-search-ui._yb_c4sqhw ._yb_eh72w7,.ybar-ytheme-crunch .ybar-enable-search-ui .ybar-voice-search ._yb_16sni2y,.ybar-ytheme-crunch .typing .ybar-voice-search ._yb_16sni2y,.ybar-ytheme-crunch .typing .ybar-enable-search-ui ._yb_16sni2y,.ybar-ytheme-crunch .typing .ybar-enable-search-ui.ybar-voice-search ._yb_16sni2y{right:78px;height:40px}.ybar-ytheme-crunch.ybar-uh3-desktop .ybar-voice-search ._yb_16sni2y,.ybar-ytheme-crunch.ybar-uh3-desktop .ybar-enable-search-ui ._yb_16sni2y,.ybar-ytheme-crunch.ybar-uh3-desktop .ybar-enable-search-ui.ybar-voice-search ._yb_16sni2y,.ybar-ytheme-crunch.ybar-uh3-desktop .typing .ybar-voice-search ._yb_16sni2y,.ybar-ytheme-crunch.ybar-uh3-desktop .typing .ybar-enable-search-ui ._yb_16sni2y,.ybar-ytheme-crunch.ybar-uh3-desktop .typing .ybar-enable-search-ui.ybar-voice-search ._yb_16sni2y{right:84px}.ybar-ytheme-crunch .ybar-enable-search-ui._yb_c4sqhw ._yb_m8iff1:hover svg path{fill:#6001d2;fill:var(--yb-text-hover-color)}.ybar-ytheme-crunch .ybar-enable-search-ui._yb_c4sqhw ._yb_1u7ot2c{padding:0 145px 0 24px;height:40px;caret-color:#6001d2;caret-color:var(--yb-search-carat);text-overflow:ellipsis}.ybar-ytheme-crunch.ybar-property-sports .ybar-enable-search-ui._yb_c4sqhw ._yb_1u7ot2c{transition:padding-left 50ms 150ms ease-out}.ybar-ytheme-crunch .ybar-enable-search-ui.ybar-sa-collapse._yb_c4sqhw ._yb_1u7ot2c{transition:border-radius 0s .2s ease-out,background-color 0s .2s ease-out,box-shadow .2s ease-out,padding-left 50ms 150ms ease-out;transition:var(--yb-searchbox-transition)}.ybar-ytheme-crunch .typing .ybar-enable-search-ui._yb_c4sqhw ._yb_1u7ot2c{padding-left:50px;padding-top:2px;padding-bottom:2px;caret-color:#6001d2;caret-color:var(--yb-search-carat);transition:none}.ybar-ytheme-crunch .typing .ybar-enable-search-ui._yb_c4sqhw ._yb_1u7ot2c::-moz-placeholder{color:#6e7780;color:var(--yb-search-assist-secondary)}.ybar-ytheme-crunch .typing .ybar-enable-search-ui._yb_c4sqhw ._yb_1u7ot2c::placeholder{color:#6e7780;color:var(--yb-search-assist-secondary)}.ybar-ytheme-crunch ._yb_1ly7mp2 ._yb_eh72w7{outline:4px solid rgb(96 1 210/50%);outline:var(--yb-outline)}.ybar-ytheme-crunch ._yb_1yzauc:focus-visible{outline:4px solid rgb(96 1 210/50%);outline:var(--yb-outline)}.ybar-ytheme-crunch .typing ._yb_1u7ot2c:focus-visible{outline:0}.ybar-ytheme-crunch .typing .ybar-enable-search-ui ._yb_ica2jw,.ybar-ytheme-crunch .ybar-enable-search-ui ._yb_ica2jw{background-color:#188fff;background-color:var(--yb-smurfette);color:#fff;color:var(--yb-white);opacity:0;zoom:1;text-decoration:none;font-size:13px}._yb_1tffrl7:focus{width:auto;opacity:1;padding:5px 10px}.ybar-property-shops ._yb_eh72w7{text-indent:50px}._yb_1h0mtxp{position:absolute;z-index:10;margin:4px;display:flex}._yb_aai506{display:none}._yb_u6g4cd{background:0 0;border:0;border-radius:2px;cursor:pointer;display:block}button._yb_u6g4cd{display:flex;padding:9px;top:0;font-size:14px;line-height:18px}button._yb_u6g4cd:after{content:url('data:image/svg+xml,<svg xmlns="http://www.w3.org/2000/svg" width="16" height="16" viewBox="0 0 24 24"><path fill="%23232A31" d="M10.802464,11.5966626 L15.7090049,6.69012168 C16.0864311,6.31170484 16.0923748,5.67869865 15.706033,5.29235685 C15.3157288,4.90205257 14.6926288,4.90403381 14.3082682,5.28938499 L8,11.5966626 L14.3102494,17.9059214 C14.6886663,18.2843382 15.3216725,18.290282 15.7080143,17.9029495 C16.0973279,17.5136359 16.0963373,16.8905359 15.7109861,16.5051847 L10.802464,11.5966626 Z" transform="rotate(-90 12 11.596)"></path></svg>');height:8px;padding-top:2px}._yb_oidipc ._yb_o5t3k4 select._yb_u6g4cd{opacity:0;width:35px;padding:8px;position:absolute;z-index:-1}._yb_u6g4cd:focus,._yb_u6g4cd:hover,._yb_u6g4cd:active,._yb_8fq7n4 ._yb_u6g4cd{background:#e0e4e8}._yb_yzztqj{cursor:pointer;display:none;position:absolute;width:320px}._yb_yzztqj ul{position:absolute;list-style:none;padding:4px 0;border-radius:4px;box-shadow:0 4px 12px rgb(0 0 0/40%);background:#fff;background:var(--yb-white);margin-top:8px}._yb_8fq7n4

```
._yb_yzztqj{display:block}._yb_yzztqj li{padding:12px 24px;font-family:"YahooSans VF",YahooSans,"Yahoo Sans","Helvetica Neue",Helvetica,Arial,sans-
serif;font-family:var(--yb-fuji2-font);font-size:12px;font-weight:600}._yb_yzztqj li:hover,._yb_yzztqj li[aria-selected=true]{color:#6001d2;color:var(--yb-grape-
jelly)}._yb_8ycyzp{background:#e0e4e8;border-radius:2px;display:flex;height:35px}._yb_8ycyzp span{padding:8px 0 8px 8px;font-
size:14px}._yb_ic4gib{background:0 0;border:0;cursor:pointer}._yb_ic4gib span{text-indent:-9999px;display:inline-block}._yb_1mypadn
._yb_oidipc{display:none}._yb_esa0zr{position:absolute;visibility:hidden;height:0;background-color:#0f69ff;background-color:var(--yb-
dory);color:#fff;color:var(--yb-white);border-radius:10px;padding:2px 12px;box-sizing:border-box;font-size:12px;z-index:1200}._yb_1be1vbl{bottom:-
62px;right:-20px}._yb_1wqmnlj{bottom:-62px;right:-100px}.ybar-ytheme-crunch ._yb_1be1vbl{bottom:-32px;right:4px}.ybar-ytheme-crunch.ybar-uh3-desktop
._yb_1be1vbl{height:32px;bottom:-40px}.ybar-ytheme-crunch ._yb_c4sqhw ._yb_1be1vbl{right:-50px}.ybar-ytheme-crunch ._yb_1wqmnlj{bottom:-
34px;height:32px;right:-100px;width:112px}.ybar-ytheme-crunch ._yb_1fgla4s ._yb_1wqmnlj{width:142px}.ybar-ytheme-crunch.ybar-uh3-desktop
._yb_1wqmnlj{bottom:-40px;right:-104px}._yb_swmrms{visibility:visible;height:auto}.ybar-uh3-desktop
._yb_swmrms{height:32px}._yb_1soxi2i{display:flex;align-items:center;justify-content:center;margin:0;padding:0;white-space:nowrap}.ybar-ytheme-crunch
._yb_1soxi2i{height:17px}.ybar-ytheme-crunch.ybar-uh3-desktop ._yb_1soxi2i{height:100%}.ybar-ytheme-crunch ._yb_esa0zr{background-color:rgb(35 42
49/80%);padding:8px 14px;border-radius:8px}.ybar-ytheme-crunch.ybar-uh3-desktop ._yb_esa0zr{padding:0 14px}.typing
._yb_swmrms{visibility:hidden;height:0}._yb_e1uxm0{position:fixed;display:none;width:100%;height:100%;top:0;left:0;right:0;bottom:0;background-
color:rgb(35 42 49/40%);z-index:12}body.typing ._yb_e1uxm0{display:block;z-index:2}._yb_e1uxm0._yb_1dzgyek{background-color:#fff;background-
color:var(--yb-white);opacity:.95}._yb_e1uxm0._yb_18kqbfy{background-color:#000;background-color:var(--yb-black);opacity:.5}.ybar-ytheme-fuji2
._yb_1hi43u5._yb_18kqbfy ._yb_laakkl{animation-name:_yb_18km5tk}._yb_e1uxm0._yb_ehtxkp{background-color:#101518;background-color:var(--yb-
midnight);opacity:.7}._yb_e1uxm0._yb_ed0cmg{background-color:#101518;background-color:var(--yb-midnight);opacity:.6}.ybar-page-is-scrolled:not(.ybar-
hide-navigation) body.typing .ybar-ytheme-crunch[data-ovrly-bkt=midnight60] ._yb_1hi43u5,:not(.ybar-page-is-scrolled) body.typing .ybar-ytheme-crunch[data-
ovrly-bkt=midnight60] ._yb_1hi43u5{z-index:10}._yb_9ulrnk ._yb_laakkl{animation:none}@media screen and (min-width:1280px){.ybar-ytheme-crunch
._yb_1hi43u5{margin-left:40px}.ybar-ytheme-crunch:not(.ybar-uh3-desktop) ._yb_1hi43u5._yb_c4sqhw{margin-left:21px}.typing .ybar-ytheme-crunch
:not(._yb_c4sqhw)._yb_1hi43u5{margin-left:10px}}._yb_6wpsa7{display:flex;gap:8px;list-style:none;white-space:nowrap;overflow:hidden;flex-
wrap:wrap;padding:0 16px;margin:15px 0 8px}._yb_z5e7la{height:32px;border:1px solid #e0e4e9;border:1px solid var(--yb-dirty-seagull);border-
radius:30px}._yb_z5e7la:hover{background-color:#f0f3f5;background-color:var(--yb-gray-hair)}._yb_z5e7la:hover ._yb_pwv1n1{color:#0063eb;color:var(--
yb-scooter)}._yb_pwv1n1{font-size:14px;line-height:16px;color:#232a31;color:var(--yb-batcave);text-decoration:none;padding:8px 20px 9px;vertical-
align:middle;display:table-cell;text-align:center}._yb_z5e7la:focus-within{outline:-webkit-focus-ring-color auto 1px}._yb_pwv1n1:focus{outline:0}.ybar-
ytheme-crunch.ybar-property-finance ._yb_1r27v0q._yb_m8iff1{display:none!important}.ybar-ytheme-crunch .typing .ybar-enable-search-
ui._yb_1hi43u5._yb_c4sqhw ._yb_eh72w7:not(._yb_1u7ot2c){padding-top:2px;padding-bottom:2px;height:36px}#ybar-sf-inner-
wrap{width:100%;position:absolute}#ybar-sbq-wrap{display:flex;background-color:#f0f3f5;background-color:var(--yb-searchbox-bg);border-
radius:100px;transition:border-radius 0s .2s ease-out,background-color 0s .2s ease-out,box-shadow .2s ease-out,padding-left 50ms 150ms ease-
out;transition:var(--yb-searchbox-transition)}.ybar-ytheme-crunch.ybar-property-sports #ybar-sbq-wrap{transition:padding-left 50ms 150ms ease-out}.ybar-
ytheme-crunch .typing #ybar-sbq-wrap{border-radius:20px 20px 0 0;box-shadow:0 4px 16px 0 rgb(0 0 0/20%),0 0 2px 0 rgb(0 0 0/5%);transition:none}.ybar-
ytheme-crunch #ybar-sbq-wrap:hover,.typing .ybar-ytheme-crunch #ybar-sbq-wrap{box-shadow:0 2px 4px 0 rgb(0 0 0/8%),0 0 1px 0 rgb(0 0
0/10%);background-color:#fff;background-color:var(--yb-popover-background)}.typing .ybar-ytheme-crunch .sf-noResult #ybar-sbq-wrap{border-
radius:20px}.ybar-ytheme-crunch #ybar-sbq-wrap ._yb_eh72w7:hover,.typing .ybar-ytheme-crunch #ybar-sbq-wrap ._yb_eh72w7{background-
color:transparent!important;box-shadow:none!important}.ybar-ytheme-crunch #ybar-sbq-wrap textarea._yb_1u7ot2c{height:auto;background-
color:transparent;margin-top:10px;margin-bottom:10px;resize:none;line-height:20px}.ybar-ytheme-crunch .typing #ybar-sbq-wrap
textarea._yb_1u7ot2c{padding-top:0;padding-bottom:0}.ybar-ytheme-crunch ._yb_1exwbcf #ybar-sbq-wrap textarea._yb_1u7ot2c{background-
color:transparent!important;box-shadow:none!important}.ybar-ytheme-crunch ._yb_1exwbcf #ybar-sbq-wrap{background-color:#fff!important;background-
color:var(--yb-popover-background)!important;box-shadow:0 2px 4px 0 rgb(0 0 0/8%),0 0 1px 0 rgb(0 0 0/10%)!important}.ybar-ytheme-crunch ._yb_1ly7mp2
```

#ybar-sbq-wrap ._yb_eh72w7{outline:0}.ybar-ytheme-crunch ._yb_1ly7mp2 #ybar-sbq-wrap{outline:4px solid rgb(96 1 210/50%);outline:var(--yb-outline)}._yb_16u7xk7 *{box-sizing:border-box}._yb_trilai{font-size:14px;line-height:inherit;font-weight:400;font-weight:var(--yb-font-regular);font-family:"YahooSans VF",YahooSans,"Yahoo Sans","Helvetica Neue",Helvetica,Arial,sans-serif;font-family:var(--yb-fuji2-font);background:0 0;display:flex;border:0;align-items:center;min-width:55px;justify-content:space-between;cursor:pointer;z-index:1}html[data-color-theme-enabled][data-color-scheme=transparent] ._yb_16u7xk7 ._yb_trilai{text-shadow:none;text-shadow:var(--yb-text-shadow)}html[data-color-theme-enabled][data-color-scheme=transparent] ._yb_16u7xk7 ._yb_trilai svg{filter:var(--yb-icon-filter)}.ybar-page-is-scrolled:not(.ybar-hide-navigation) .typing ._yb_trilai,html:not(.ybar-page-is-scrolled) .typing ._yb_trilai{z-index:auto}._yb_16u7xk7 ._yb_1i2dw2m{list-style:none;display:flex;white-space:nowrap;margin:0;padding:0;gap:0;padding-top:19px}._yb_q5nlyx ._yb_1i2dw2m{padding-top:17px}._yb_1i2dw2m ._yb_hc4csw:not(._yb_1qhgzm1){padding-bottom:20px}._yb_1i2dw2m._yb_1kqr44f
._yb_hc4csw:not(._yb_1qhgzm1):after{content:"";position:absolute;top:calc(100% - 30px);left:0;width:100%;height:33px}._yb_16u7xk7 ._yb_hc4csw{margin:0 0 0 calc(35px - (((1279px - 100vw)/255)*20))}._yb_16u7xk7 ._yb_1i1xk5b{font-size:14px;vertical-align:middle;text-align:center;position:relative;text-overflow:ellipsis;overflow:hidden;white-space:nowrap;padding:4px;margin:0 -
4px}._yb_trilai,a._yb_1i1xk5b:visited,a._yb_1i1xk5b:link,a._yb_1i1xk5b{color:#5b636a;color:var(--yb-nav-color);text-decoration:none;font-weight:400;font-weight:var(--yb-font-regular)}._yb_trilai._yb_zt5wc3,a._yb_1i1xk5b._yb_zt5wc3:visited,a._yb_1i1xk5b._yb_zt5wc3:link,a._yb_1i1xk5b._yb_zt5wc3{font-weight:500;font-weight:var(--yb-font-medium)}._yb_trilai:hover,a._yb_1i1xk5b:hover{color:#6001d2;color:var(--yb-text-hover-color)}a._yb_1i1xk5b:focus,a._yb_1i1xk5b:active{color:#5015b0;color:var(--yb-text-pressed-color)}._yb_16u7xk7 a._yb_1i1xk5b._yb_fop5j7:focus-visible{outline:4px solid rgb(96 1 210/50%);outline:var(--yb-outline);border-radius:5px}._yb_16u7xk7 a._yb_1i1xk5b:focus-visible,._yb_16u7xk7 button._yb_1i1xk5b:focus-visible{color:#6001d2;color:var(--yb-text-hover-color);outline:4px solid rgb(96 1 210/50%);outline:var(--yb-outline);border-radius:5px}._yb_16u7xk7 ._yb_trilai[aria-expanded=true] ._yb_bznkcq,._yb_16u7xk7 ._yb_trilai[aria-expanded=true] ._yb_1bbh2bv path,._yb_16u7xk7 button._yb_1i1xk5b:focus-visible ._yb_bznkcq,._yb_16u7xk7 button._yb_1i1xk5b:focus-visible ._yb_1bbh2bv path{color:#6001d2;color:var(--yb-text-hover-color);fill:#6001d2;fill:var(--yb-text-hover-color)}._yb_16u7xk7 ._yb_1bbh2bv path{fill:#5b636a;fill:var(--yb-nav-color)}._yb_16u7xk7 ._yb_1kqr44f ._yb_bznkcq,._yb_16u7xk7 a._yb_1i1xk5b._yb_fop5j7,._yb_16u7xk7 ._yb_1kqr44f ._yb_1bbh2bv path{color:#232a31;color:var(--yb-nav-selected-color);fill:#232a31;fill:var(--yb-nav-selected-color);font-weight:600;font-weight:var(--yb-font-bold)}._yb_16u7xk7._yb_485qb3
a._yb_1i1xk5b._yb_fop5j7{color:#232a31;color:var(--yb-l1-selected-color);fill:#232a31;fill:var(--yb-l1-selected-color);font-weight:600;font-weight:var(--yb-l1-selected-font-weight)}._yb_16u7xk7._yb_485qb3 a._yb_1i1xk5b._yb_fop5j7:hover{color:#232a31;color:var(--yb-l1-selected-hover-color)}.ybar-ytheme-crunch ._yb_16u7xk7 ._yb_1kqr44f ._yb_bznkcq,.ybar-ytheme-crunch ._yb_16u7xk7 ._yb_1kqr44f ._yb_1bbh2bv path{font-weight:500;font-weight:var(--yb-font-medium)}._yb_16u7xk7 ._yb_1yd6iif{align-items:stretch;background-color:#fff;background-color:var(--yb-sidenav-bg);border-radius:8px;box-shadow:0 4px 16px 0 rgb(0 0 0/20%),0 0 2px 0 rgb(0 0 0/5%);display:flex;flex-direction:row;gap:16px;height:482px;opacity:1;padding:24px 20px 24px 16px;position:absolute;top:64px;transition:all .3s ease-in;z-index:1000}._yb_16u7xk7 ._yb_1yd6iif:has(._yb_l120de)[data-color-theme-enabled][data-color-scheme=transparent] ._yb_16u7xk7 ._yb_1yd6iif:not(._yb_1i23v0q){height:517px}html[data-color-theme-enabled][data-color-scheme=transparent] ._yb_16u7xk7 ._yb_1yd6iif{background-color:var(--yb-transparent-popover-background);-webkit-backdrop-filter:var(--yb-transparent-popover-backdrop-filter);backdrop-filter:var(--yb-transparent-popover-backdrop-filter);box-shadow:var(--yb-transparent-popover-box-shadow)}._yb_16u7xk7._yb_ytmjw ._yb_1yd6iif{height:575px}._yb_16u7xk7 ._yb_1yd6iif._yb_1i23v0q{height:0;transition:all .3s ease-in;opacity:0;pointer-events:none;visibility:hidden}._yb_d79mgx{display:flex;gap:32px;padding:0;height:447px;min-width:0}.ybar-ytheme-crunch.ybar-variant-att ._yb_d79mgx{height:469px}._yb_lhh0vm{align-items:flex-start;display:flex;flex-direction:column;gap:18px;padding:0;width:109px;height:100%}._yb_16u7xk7 ._yb_rtmhtw{display:none}._yb_lhh0vm ._yb_l120de{flex-direction:column;height:auto}._yb_lhh0vm ._yb_144ebaf,._yb_lhh0vm ._yb_69fr3d{flex-direction:column;height:auto}._yb_lhh0vm ul{align-items:flex-start;display:flex;flex-direction:column;gap:8px;list-style-type:none;padding:0;width:100%}._yb_lhh0vm li{align-items:center;display:flex;flex-direction:row;height:28px;padding:0;width:100%}._yb_tyu9vf,._yb_tyu9vf:link,._yb_tyu9vf:visited{display:flex;flex-direction:column;height:29px;padding:0 4px;width:100%;justify-content:space-between;font-size:14px;font-weight:700;letter-spacing:.2px;color:#232a31;color:var(--yb-text-primary);line-

height:20px;text-decoration:none}._yb_tyu9vf:not(._yb_pu2bzm):after{content:'';display:block;width:100%;border-bottom:2px solid transparent}._yb_tyu9vf:not(._yb_pu2bzm):hover,._yb_tyu9vf:not(._yb_pu2bzm):focus-visible,._yb_tyu9vf:not(._yb_pu2bzm):after{color:#6001d2;color:var(--yb-text-hover-color)}._yb_tyu9vf:not(._yb_pu2bzm):hover:after,._yb_tyu9vf:not(._yb_pu2bzm):focus-visible:after{border-bottom-color:#6001d2;border-bottom-color:var(--yb-text-hover-color)}._yb_tyu9vf:not(._yb_pu2bzm):focus-visible{outline:4px solid rgb(96 1 210/50%);outline:var(--yb-outline);border-radius:4px}._yb_tyu9vf:not(._yb_pu2bzm):hover ._yb_1npoggk{color:#6001d2;color:var(--yb-text-hover-color)}._yb_tyu9vf:not(._yb_pu2bzm):focus-visible ._yb_1npoggk svg path,._yb_tyu9vf:not(._yb_pu2bzm):hover ._yb_1npoggk svg path{fill:#6001d2;fill:var(--yb-text-hover-color)}._yb_1npoggk{display:flex;flex-direction:row;justify-content:space-between;align-items:center;padding-top:2px;margin-bottom:6px}._yb_q4lx4h:hover,._yb_q4lx4h:focus-visible,._yb_q4lx4h:hover:after{color:#232a31;color:var(--yb-text-primary);border-bottom-color:transparent;outline-color:transparent}a._yb_q4lx4h:hover,a._yb_q4lx4h:focus-visible{color:#6001d2;color:var(--yb-text-hover-color)}a._yb_q4lx4h:focus-visible{outline:4px solid rgb(96 1 210/50%);outline:var(--yb-outline)}a._yb_q4lx4h:hover:after,a._yb_q4lx4h:focus-visible:after{border-bottom-color:#6001d2;border-bottom-color:var(--yb-text-hover-color)}._yb_q4lx4h,a._yb_q4lx4h:link,a._yb_q4lx4h:visited{padding-right:0}._yb_1aptwj2{display:flex;justify-content:space-between;padding-top:2px;margin-bottom:6px;margin-right:5px}._yb_mpvivq:hover ._yb_1aptwj2{display:flex;flex-direction:row;justify-content:space-between;align-items:center;width:130px}._yb_16u7xk7 ._yb_osph3p{color:#5b636a;color:var(--yb-text-secondary);font-size:12px;line-height:16px;font-style:italic;font-weight:400;margin-left:6px}._yb_16u7xk7 ._yb_1mx6kkv{font-style:normal}._yb_1p46xii{align-items:center;color:#232a31;color:var(--yb-text-primary);display:flex;flex-direction:row;font-size:14px;font-weight:400;font-weight:var(--yb-font-regular);gap:10px;padding:0 4px;text-decoration:none!important;width:100%;height:100%;border-radius:4px}._yb_1p46xii:link,._yb_1p46xii:visited{text-decoration:none!important;color:#232a31;color:var(--yb-text-primary)}._yb_lhh0vm li._yb_14gh885 ._yb_1p46xii{font-weight:600;font-weight:var(--yb-font-bold)}._yb_lhh0vm ._yb_1p46xii:hover,._yb_lhh0vm ._yb_1p46xii:focus-visible{background-color:#f5f8fa;background-color:var(--yb-selected-item-background);text-shadow:none}._yb_lhh0vm ._yb_1p46xii:hover svg,._yb_lhh0vm ._yb_1p46xii:focus-visible svg{filter:none!important}._yb_lhh0vm ._yb_1p46xii:hover svg path,._yb_lhh0vm ._yb_1p46xii:focus-visible svg path{fill:#6001d2;fill:var(--yb-text-hover-color)}._yb_lhh0vm ._yb_1p46xii:focus-visible{outline:4px solid rgb(96 1 210/50%);outline:var(--yb-outline)}._yb_lhh0vm ._yb_1p46xii:hover,._yb_lhh0vm ._yb_1p46xii:hover ._yb_osph3p,._yb_lhh0vm ._yb_1p46xii:focus-visible,._yb_lhh0vm ._yb_1p46xii:focus-visible ._yb_osph3p{color:#6001d2;color:var(--yb-text-hover-color)}._yb_bc35u5 ._yb_1p46xii{padding:0 4px;justify-content:space-between}._yb_bc35u5 ._yb_14gh885 ._yb_1p46xii:hover,._yb_bc35u5 ._yb_14gh885 ._yb_osph3p,._yb_14gh885 ._yb_1p46xii:hover ._yb_osph3p{color:#232a31;color:var(--yb-text-primary)}._yb_bc35u5 ._yb_14gh885{background-color:#f5f8fa;background-color:var(--yb-selected-item-background);border-radius:4px}._yb_1aptwj2 svg path,._yb_bc35u5 ._yb_14gh885 ._yb_1p46xii svg path{fill:#232a31;fill:var(--yb-text-primary)}a._yb_q4lx4h:hover,._yb_1aptwj2 svg path,a._yb_q4lx4h:focus-visible ._yb_1aptwj2 svg path{fill:#6001d2;fill:var(--yb-text-hover-color)}._yb_1p46xii svg{flex-shrink:0}._yb_1epit23{font-size:14px}._yb_1bbh2bv{transform:rotate(0deg);margin-top:3px}._yb_1kqr44f ._yb_1bbh2bv{transform:rotate(180deg);margin-top:2px;margin-right:-1px}.ybar-uh3-desktop ._yb_16u7xk7 ._yb_hc4csw:first-child{margin-left:0}@supports (display:grid){@media screen and (max-width:1023px){._yb_16u7xk7:not(._yb_osuog8) ._yb_1i2dw2m{white-space:normal;word-break:break-all;display:none}._yb_16u7xk7:not(._yb_osuog8) ._yb_bznkcq,._yb_16u7xk7:not(._yb_osuog8) ._yb_1qhgzm1{display:none}._yb_16u7xk7 ._yb_osph3p{display:none}}@media screen and (min-width:1024px){._yb_16u7xk7:not(._yb_osuog8) ._yb_141hkti{display:flex}._yb_16u7xk7:not(._yb_osuog8) ._yb_1qhgzm1{display:block}._yb_16u7xk7 ._yb_lhh0vm{width:calc((100vw - 200px)/6)}._yb_16u7xk7 ._yb_1epit23{width:77px}._yb_16u7xk7 ._yb_1yd6iif{padding-left:24px;padding-right:24px;right:20px}._yb_16u7xk7 ._yb_hc4csw{margin:0 0 0 21px}.ybar-uh3-desktop ._yb_16u7xk7 ._yb_hc4csw{margin-left:20px}._yb_osuog8._yb_16u7xk7 ._yb_hc4csw{margin:0 0 0 31px}._yb_16u7xk7 ._yb_d79mgx,._yb_16u7xk7 ._yb_11w8fik{gap:20px}._yb_16u7xk7 ._yb_1yd6iif._yb_o71cqr{width:auto;min-width:auto}._yb_16u7xk7 ._yb_o71cqr ._yb_d79mgx{gap:5px;flex-flow:nowrap}._yb_16u7xk7 ._yb_o71cqr ._yb_lhh0vm{width:184px}}@media screen and (max-width:1049px){._yb_16u7xk7._yb_osuog8 ._yb_1i2dw2m{white-space:normal;word-break:break-all;display:none}._yb_16u7xk7._yb_osuog8 ._yb_bznkcq,._yb_16u7xk7._yb_osuog8 ._yb_1qhgzm1{display:none}}@media screen and (min-width:1050px){._yb_16u7xk7._yb_osuog8 ._yb_141hkti{display:flex}._yb_16u7xk7._yb_osuog8 ._yb_1qhgzm1{display:block}._yb_16u7xk7._yb_q5nlyx ._yb_1i2dw2m{gap:7px;margin-right:2px;justify-content:flex-end}:not(._yb_q5nlyx)._yb_osuog8._yb_16u7xk7 ._yb_1yd6iif{padding-left:var(--uh-row-

margin-left);padding-right:var(--uh-row-margin-right)}}@media screen and (min-width:1280px){._yb_16u7xk7 ._yb_hc4csw{margin:0 0 0 calc(47px -(((1439px - 100vw)/159)*15))}}.ybar-uh3-desktop ._yb_16u7xk7 ._yb_hc4csw{margin-left:32px}._yb_osuog8._yb_16u7xk7 ._yb_hc4csw{margin:0 0 0 calc(47px - (((1328px - 100vw)/159)*15))}._yb_16u7xk7 ._yb_1yd6iif{gap:35px;padding-left:24px;padding-right:24px;right:calc((100vw - 1252px)/2)}._yb_16u7xk7 ._yb_1epit23{width:103px}._yb_16u7xk7 ._yb_q5nlyx ._yb_1i2dw2m{gap:0}:not(._yb_q5nlyx)._yb_osuog8._yb_16u7xk7 ._yb_d79mgx{width:100%}._yb_16u7xk7 ._yb_lhh0vm{width:calc((1252px - 188px)/6)}._yb_16u7xk7 ._yb_d79mgx,._yb_16u7xk7 ._yb_11w8fik{gap:26px}}@media screen and (min-width:1340px){._yb_16u7xk7 ._yb_lhh0vm{width:180px}}@media screen and (min-width:1440px){._yb_16u7xk7 ._yb_hc4csw{margin:0 0 0 41px}.ybar-uh3-desktop ._yb_16u7xk7 ._yb_hc4csw{margin-left:40px}._yb_osuog8._yb_16u7xk7 ._yb_hc4csw{margin:0 0 0 52px}._yb_1p135xy._yb_14gh885{width:100%}._yb_16u7xk7 ._yb_lhh0vm{width:184px}._yb_16u7xk7 ._yb_1yd6iif{gap:32px;justify-content:space-between;right:calc((100vw - 1312px)/2)}._yb_16u7xk7 ._yb_d79mgx,._yb_16u7xk7 ._yb_11w8fik{gap:32px}._yb_16u7xk7 ._yb_bc35us ._yb_1klp15y{width:191px}._yb_16u7xk7 ._yb_epit23{width:118px}._yb_1npoggk._yb_1aptwj2{width:145px}._yb_16u7xk7._yb_q5nlyx ._yb_1i2dw2m{margin-right:2px;gap:44px}}}._yb_1l7i45e._yb_9h3bhc{background:#fff;background:var(--yb-editions-modal-background);border:0;border-radius:10px;color:#232a31;color:var(--yb-text-primary);left:50%;margin:0;padding:20px 30px;position:fixed;top:50%;transform:translate(-50%,-50%)}._yb_1l7i45e::backdrop{opacity:.7;background:#000}._yb_90qak0{border-bottom:1px solid #e0e4e9;border-bottom:var(--yb-sa-flight-label-border);font-size:14px;font-weight:700;padding-bottom:8px}._yb_1mtjxyh{background:0 0;border:0;float:right;cursor:pointer;padding:2px 2px 0;height:20px}._yb_1mtjxyh:focus-visible,._yb_bc35u5 li:focus-visible{outline:4px solid rgb(96 1 210/50%);outline:var(--yb-outline);border-radius:4px}._yb_1mtjxyh path{fill:#232a31;fill:var(--yb-text-primary)}._yb_69fr3d._yb_lhh0vm ._yb_bc35u5{flex-wrap:wrap;height:308px;padding-top:8px;width:377px}._yb_69fr3d._yb_lhh0vm ._yb_bc35u5 li{display:inline-flex;height:36px;gap:6px;width:49%}._yb_69fr3d._yb_lhh0vm ._yb_1p46xii{padding:12px}._yb_1p135xy._yb_14gh885{border:0;background:#f5f8fa;background:var(--yb-editions-button);cursor:pointer;font-family:"YahooSans VF",YahooSans,"Yahoo Sans","Helvetica Neue",Helvetica,Arial,sans-serif;font-family:var(--yb-fuji2-font);gap:12px;height:44px;padding:12px}._yb_1p135xy._yb_14gh885 path{fill:#232a31;fill:var(--yb-text-primary)}._yb_1p135xy ._yb_1epit23{text-align:left}._yb_1p135xy ._yb_osph3p{color:#232a31;color:var(--yb-text-primary);font-size:11px}._yb_69fr3d{width:0}._yb_69fr3d ._yb_bc35u5{margin:0;white-space:nowrap}._yb_1l7i45e svg{filter:none!important}._yb_1l7i45e ._yb_bc35u5 li:hover{color:#6001d2;color:var(--yb-text-hover-color);background-color:#f5f8fa;background-color:var(--yb-selected-item-background);border-radius:4px}._yb_1l7i45e ._yb_bc35u5 li:hover ._yb_1epit23,._yb_1l7i45e ._yb_bc35u5 li:hover ._yb_osph3p{color:#6001d2;color:var(--yb-text-hover-color)}.ybar-uh3-desktop ._yb_16u7xk7 ._yb_hc4csw._yb_3kmrl9{display:none}._yb_1qn31hp{display:block;padding-top:14px;position:absolute;z-index:1200;visibility:hidden;white-space:normal}input[type=checkbox]:checked~._yb_1qn31hp{visibility:visible;animation:_yb_9ur7pp .25s}{@keyframes _yb_9ur7pp{0%{opacity:0}to{opacity:1}}._yb_13xnuhc{background-color:#fff;background-color:var(--yb-popover-background);border-radius:4px;border-radius:var(--yb-popover-border-radius);border:1px solid #d8dade;border:var(--yb-popover-border);box-shadow:0 2px 8px 0 rgb(0 0 0/36%);box-shadow:var(--yb-popover-shadow)}._yb_gjzlev{font-weight:500;font-weight:var(--yb-font-medium);font-size:14px;display:inline-block;position:relative}._yb_gjzlev *{box-sizing:content-box}.ybar-ytheme-crunch ._yb_1na28wh *{box-sizing:border-box}.ybar-ytheme-crunch ._yb_i5mkoa._yb_gjzlev svg{display:inline-block;vertical-align:baseline}._yb_gjzlev a{text-decoration:none}._yb_1fqec71{font-weight:500;font-weight:var(--yb-font-medium);font-size:14px;color:#188fff;color:var(--yb-smurfette);display:block}._yb_i5mkoa ._yb_1fqec71{font-weight:400;font-weight:var(--yb-font-regular);font-size:13px}a._yb_1fqec71:hover,a._yb_1fqec71:active{color:#003abc;color:var(--yb-cobalt)}._yb_1tr7938{margin-bottom:8px}._yb_1cr7vvh{margin-top:14px}._yb_10wvbwx{margin-right:20px}._yb_ajosv5{overflow:hidden;text-overflow:ellipsis;white-space:nowrap}._yb_1l724zd{border-top:1px solid #d8dade;border-top:1px solid var(--yb-account-item-border)}._yb_1uvrc9s{display:inline-block}._yb_1ascdlw{display:block}._yb_ens059{font-weight:600;font-weight:var(--yb-font-bold);font-size:12px}._yb_ens059:link,._yb_ens059:visited{padding:8px 0;display:block;background-color:#f1f1f5;color:#787d82;text-align:center;text-decoration:none;letter-spacing:1px;overflow:hidden;cursor:pointer;text-transform:uppercase}._yb_ens059:hover,._yb_ens059:active{background-color:#d8dade}a._yb_1cibvkr,a._yb_1cibvkr:link,a._yb_1cibvkr:visited{display:inline-block;vertical-align:middle;padding:4px 10px 6px;margin:0;height:100%;background-color:transparent;color:#4d00ae;text-decoration:none;border:1px solid

#6001d2;border:1px solid var(--yb-grape-jelly);border-radius:2px;cursor:pointer}.ybar-ytheme-fuji2 ._yb_5gs9kg._yb_1octuk3 ._yb_1cibvkr,.ybar-ytheme-fuji2 ._yb_2kps6l._yb_1octuk3 ._yb_1cibvkr{border-color:#0057b8;border-color:var(--yb-color-att-dark-blue);color:#0057b8;color:var(--yb-color-att-dark-blue)}.ybar-dark .ybar-ytheme-fuji2 ._yb_5gs9kg._yb_1octuk3 ._yb_1cibvkr,.ybar-dark .ybar-ytheme-fuji2 ._yb_2kps6l._yb_1octuk3 ._yb_1cibvkr,.ybar-dark a._yb_1cibvkr,.ybar-dark a._yb_1cibvkr:link,.ybar-dark a._yb_1cibvkr:visited{color:#fff;color:var(--yb-white);border-color:#fff;border-color:var(--yb-white)}.ybar-ytheme-fuji2 a._yb_1cibvkr{border-color:#6001d2;border-color:var(--yb-grape-jelly);color:#6001d2;color:var(--yb-grape-jelly)}.ybar-ytheme-crunch ._yb_w3a39g{display:flex;font-weight:400;flex-direction:row;font-size:14px;align-items:center;gap:10px;font-family:"YahooSans VF",YahooSans,"Yahoo Sans","Helvetica Neue",Helvetica,Arial,sans-serif;font-family:var(--yb-fuji2-font)}.ybar-ytheme-crunch ._yb_i5mkoa ._yb_w3a39g{margin-left:4px}.ybar-ytheme-crunch ._yb_w3a39g._yb_hgwzzg{gap:12px}.ybar-ytheme-crunch ._yb_w3a39g._yb_hgwzzg ._yb_4sqqgk{width:1px;height:16px;background:#e0e4e9;background:var(--yb-dirty-seagull);border-radius:2px}.ybar-ytheme-crunch ._yb_w3a39g a._yb_1cibvkr{display:flex;font-weight:500;font-size:14px;flex-direction:row;align-items:center;padding:8px 20px 8px 16px;gap:10px;height:18px;min-width:42px;line-height:20px}.ybar-ytheme-crunch.ybar-uh3-desktop ._yb_w3a39g a._yb_1cibvkr{flex-direction:column;padding:0 12px;gap:0;height:40px;min-width:78px;line-height:38px;box-sizing:border-box}.ybar-ytheme-crunch ._yb_w3a39g._yb_hgwzzg a._yb_1cibvkr{border-radius:50px}.ybar-ytheme-crunch:not(.ybar-uh3-desktop) ._yb_w3a39g._yb_hgwzzg a._yb_1cibvkr{padding:8px 17px;gap:2px}.ybar-ytheme-crunch ._yb_w3a39g a._yb_rhulli{background:#fff;background:var(--yb-background-color);border:1px solid #e0e4e9;border:1px solid var(--yb-signin-border-color);border-radius:100px;color:#232a31;color:var(--yb-text-primary)}.typing .ybar-ytheme-crunch ._yb_w3a39g a._yb_rhulli,.typing .ybar-ytheme-crunch a._yb_kc1c0e,.typing .ybar-ytheme-crunch ._yb_15djxja{color:#6e7780;color:var(--yb-dolphin)}.typing .ybar-ytheme-crunch ._yb_x9nf3d svg path,.typing .ybar-ytheme-crunch ._yb_12ir9zi svg path{fill:#6e7780;fill:var(--yb-dolphin)}.typing .ybar-ytheme-crunch ._yb_w3a39g a._yb_rhulli,.typing .ybar-ytheme-crunch ._yb_11xgor0._yb_3mh0x0{border-color:#6e7780;border-color:var(--yb-dolphin)}.ybar-ytheme-crunch ._yb_w3a39g a._yb_rhulli:active svg path,.ybar-ytheme-crunch ._yb_w3a39g a._yb_v4nc6y:hover svg path{fill:#6001d2;fill:var(--yb-grape-jelly)}.ybar-ytheme-crunch ._yb_w3a39g a._yb_v4nc6y:active svg path{fill:#232a31;fill:var(--yb-batcave)}.ybar-ytheme-crunch ._yb_w3a39g a._yb_1cibvkr._yb_v4nc6y{background:0 0;border:1px solid #e0e4e9;border:1px solid var(--yb-signin-border-color)}.ybar-ytheme-crunch ._yb_w3a39g a._yb_1cibvkr._yb_v4nc6y:hover{background:#fff;background:var(--yb-background-color);border:1px solid #6001d2;border:1px solid var(--yb-profile-panel-hover-text);margin:0}.ybar-ytheme-crunch.ybar-uh3-desktop ._yb_w3a39g a._yb_1cibvkr._yb_v4nc6y:hover{background:#fff;background:var(--yb-popover-background)}.ybar-ytheme-crunch ._yb_w3a39g a._yb_1cibvkr._yb_v4nc6y:active{background:#e0e4e9;background:var(--yb-dirty-seagull);border:1px solid transparent}.ybar-ytheme-crunch a._yb_kc1c0e,.ybar-ytheme-crunch ._yb_w3a39g a._yb_v4nc6y{color:#232a31;color:var(--yb-text-primary)}.ybar-ytheme-crunch ._yb_gcnyh1{width:16px;height:16px;margin-right:2px}a._yb_1cibvkr:hover,a._yb_1cibvkr:active{color:#fff;color:var(--yb-white);background-color:#6001d2;background-color:var(--yb-grape-jelly);border-width:0;margin:1px}.ybar-ytheme-fuji2 ._yb_1cibvkr:hover,.ybar-ytheme-fuji2 ._yb_1cibvkr:active{background-color:#6001d2;background-color:var(--yb-grape-jelly)}.ybar-ytheme-crunch ._yb_w3a39g a._yb_1cibvkr:hover{color:#fff;color:var(--yb-profile-panel-hover-text);background-color:#fff;background-color:var(--yb-background-color);border:0;box-shadow:0 4px 8px 0 rgb(0 0 0/10%),0 0 1px 0 rgb(0 0 0/10%);box-shadow:var(--yb-elevation-3-box-shadow)}.ybar-ytheme-crunch ._yb_w3a39g a._yb_1cibvkr:active{color:#232a31;color:var(--yb-text-primary);box-shadow:none}.ybar-ytheme-crunch ._yb_w3a39g a._yb_1cibvkr:focus-visible{color:#6001d2;color:var(--yb-profile-panel-hover-text);outline:4px solid rgb(96 1 210/50%);outline:var(--yb-outline);border:1px solid transparent;outline-offset:-1px}.ybar-ytheme-crunch ._yb_w3a39g a._yb_1cibvkr:focus-visible ._yb_x9nf3d svg path{fill:#6001d2;fill:var(--yb-text-hover-color)}.ybar-ytheme-crunch ._yb_gjc22d a._yb_1cibvkr:active{color:#232a31;color:var(--yb-text-primary);background-color:#f8f4ff;border:1px solid #e0e4e9;border:1px solid var(--yb-dirty-seagull);padding-left:12px}.ybar-ytheme-crunch ._yb_gcnyh1:hover,.ybar-ytheme-crunch ._yb_gcnyh1:active{background:#f8f4ff;border-radius:100px}.ybar-ytheme-crunch ._yb_x9nf3d{display:inline-flex}.ybar-ytheme-crunch ._yb_kc1c0e:hover,.ybar-ytheme-crunch ._yb_kc1c0e:active,.ybar-ytheme-crunch a._yb_v4nc6y:hover{color:#6001d2;color:var(--yb-grape-jelly)}._yb_1na28wh ._yb_1piyc0i{display:flex;flex-direction:column;align-items:flex-start;padding:0 0 16px;gap:3px;border-radius:8px;box-shadow:none}._yb_1na28wh a{text-decoration:none;color:#232a31;color:var(--yb-text-primary)}._yb_107wft5{display:flex;flex-direction:column;align-items:flex-start;padding:16px 0}._yb_is83e8{display:flex;align-items:center;padding:8px 14px 8px 20px;gap:4px}._yb_1rtstbu,._yb_njm4zx{display:flex;flex-

direction:column;align-items:flex-start;padding:0;gap:2px;font-family:"YahooSans VF",YahooSans,"Yahoo Sans","Helvetica Neue",Helvetica,Arial,sans-serif!important;font-family:var(--yb-fuji2-font)!important;font-weight:700!important;font-size:24px!important;line-height:28px;color:#232a31;color:var(--yb-text-primary)}._yb_ya2lnn{display:flex;justify-content:center;align-items:center;padding:4px 0 0;gap:10px;border-radius:100px;width:32px;height:32px;margin-right:-8px}._yb_ya2lnn._yb_1qeqea7
svg{transform:rotate(180deg)}._yb_1ou6fgw{display:flex;flex-direction:column;align-items:flex-start;padding:8px 0 0}._yb_1na28wh
._yb_1ou6fgw{width:inherit}._yb_1j3xod1{display:flex;flex-direction:column;gap:8px;padding:0 20px;margin:0}._yb_17xz3hr{display:flex;align-items:center;gap:20px}._yb_1na28wh ._yb_enh9mq{display:flex;align-items:flex-start;padding:12px 10px;margin:0
10px;gap:12px;width:100%}._yb_1thw00t{height:24px;width:24px;margin-top:2px;border-radius:100px;max-width:unset}._yb_1n02v1c{display:flex;flex-direction:column;justify-content:center;align-items:flex-start;padding:0;gap:6px;color:#232a31;color:var(--yb-text-primary);width:inherit}._yb_1wg5nl6{display:flex;flex-direction:column;align-items:flex-start;padding:0;gap:2px}._yb_1na28wh ._yb_p7guii{max-width:218px;line-height:20px;font-weight:600;font-weight:var(--yb-font-bold);font-size:16px;color:#232a31;color:var(--yb-text-primary)}._yb_1na28wh
._yb_oxxgk8{max-width:218px;line-height:20px;font-size:14px;font-weight:400;font-weight:var(--yb-font-regular);color:#5b636a;color:var(--yb-text-secondary)}._yb_w38a9m{display:flex;align-items:center;padding:1px 4px 2px;gap:6px;border-radius:2px;background:rgb(91 99 106/10%);background:var(--yb-profile-account-status-container-bg)}._yb_w38a9m._yb_1hozgtd{background:rgb(15 105 255/10%);color:#232a31;color:var(--yb-text-primary)}._yb_w38a9m ._yb_tpvqkh{line-height:15px;font-weight:400;font-weight:var(--yb-font-regular);color:#5b636a;color:var(--yb-text-secondary)}._yb_18jsvwo path{fill:#232a31;fill:var(--yb-text-primary)}._yb_1na28wh ._yb_17xz3hr:hover ._yb_w38a9m
._yb_tpvqkh,._yb_w38a9m._yb_1hozgtd ._yb_tpvqkh{color:#232a31;color:var(--yb-text-primary)}._yb_1na28wh ._yb_17xz3hr:active ._yb_w38a9m
._yb_tpvqkh{color:#232a31;color:var(--yb-profile-character-pressed-state-text)}._yb_1bx8qzr{display:flex;flex-direction:column;align-items:flex-start;padding:0 0 20px;color:#232a31;color:var(--yb-text-primary)}._yb_s0jrk0{display:flex;align-items:center;padding:5px 20px 8px;font-weight:600;font-size:14px;line-height:20px}._yb_1jifi3j{display:flex;align-items:center;padding:10px 20px;gap:16px;font-size:14px;line-height:16px;font-weight:400}._yb_1na28wh ._yb_1bx8qzr,._yb_1jifi3j,._yb_1na28wh ._yb_w1ukbj,._yb_1na28wh ._yb_107wft5{width:100%}._yb_1na28wh
._yb_is83e8{margin:0 10px;padding:8px 10px;width:calc(100% - 20px);pointer-events:none;cursor:pointer}._yb_1na28wh ._yb_1jifi3j{padding:10px 0 10px
20px}._yb_1na28wh ._yb_17xz3hr:hover,._yb_1na28wh ._yb_1jifi3j:hover,._yb_1na28wh ._yb_w1ukbj:hover{background:var(--yb-profile-panel-hover);text-shadow:none}._yb_1na28wh ._yb_17xz3hr:hover svg,._yb_1na28wh ._yb_1jifi3j:hover svg,._yb_1na28wh ._yb_w1ukbj:hover
svg{filter:none!important}._yb_1na28wh ._yb_1jifi3j path,._yb_1na28wh ._yb_is83e8 path{fill:#232a31;fill:var(--yb-text-primary)}._yb_1na28wh
._yb_1jifi3j:hover path,._yb_1na28wh ._yb_is83e8:hover path{fill:#6001d2;fill:var(--yb-profile-panel-hover-text)}._yb_1na28wh
._yb_11nzz08._yb_is83e8{pointer-events:auto}._yb_1na28wh ._yb_17xz3hr:hover ._yb_p7guii,._yb_1na28wh ._yb_17xz3hr:hover ._yb_oxxgk8,._yb_1na28wh
._yb_17xz3hr:hover ._yb_0bm69e,._yb_1na28wh ._yb_1jifi3j:hover a,._yb_1na28wh ._yb_w1ukbj:hover a,._yb_1na28wh ._yb_11nzz08._yb_is83e8:hover
._yb_1rtstbu,._yb_1na28wh ._yb_11nzz08._yb_is83e8:hover ._yb_njm4zx{color:#6001d2;color:var(--yb-profile-panel-hover-text)}._yb_1na28wh
._yb_17xz3hr:active{background:#b0b9c1;background:var(--yb-profile-pressed-state)}._yb_1na28wh ._yb_17xz3hr:active ._yb_oxxgk8,._yb_1na28wh
._yb_17xz3hr:active ._yb_p7guii{color:#232a31;color:var(--yb-text-primary)}._yb_1na28wh ._yb_17xz3hr:active
._yb_0bm69e{background:#e0e4e9;background:var(--yb-profile-character-pressed-state-bg);color:var(--yb-profile-character-pressed-state)}._yb_1quzzrm{display:flex;justify-content:center;align-items:flex-start;padding:0;gap:4px}._yb_bylddy{width:100%}._yb_1cs4hul{font-weight:400;font-weight:var(--yb-font-regular);font-size:14px;line-height:16px;color:#232a31;color:var(--yb-text-primary);padding:10px;margin:0 10px;display:block;text-align:left}.ybar-theme-fuji2 ._yb_5gs9kg._yb_1octuk3 ._yb_1cibvkr:hover,.ybar-ytheme-fuji2 ._yb_5gs9kg._yb_1octuk3 ._yb_1cibvkr:active,.ybar-ytheme-fuji2
._yb_2kps6l._yb_1octuk3 ._yb_1cibvkr:hover,.ybar-ytheme-fuji2 ._yb_2kps6l._yb_1octuk3 ._yb_1cibvkr:active{color:#fff;color:var(--yb-white);background-color:#0057b8;background-color:var(--yb-color-att-dark-blue)}.ybar-dark .ybar-ytheme-fuji2 ._yb_5gs9kg._yb_1octuk3 ._yb_1cibvkr:hover,.ybar-dark .ybar-ytheme-fuji2 ._yb_5gs9kg._yb_1octuk3 ._yb_1cibvkr:active,.ybar-dark .ybar-ytheme-fuji2 ._yb_2kps6l._yb_1octuk3 ._yb_1cibvkr:hover,.ybar-dark .ybar-ytheme-fuji2 ._yb_2kps6l._yb_1octuk3 ._yb_1cibvkr:active,.ybar-dark a._yb_1cibvkr:hover,.ybar-dark a._yb_1cibvkr:active{color:#fff;color:var(--yb-

48

white);background-color:rgb(255 255 255/40%)}.ybar-ytheme-fuji2 ._yb_19z599f{pointer-events:none}.ybar-ytheme-fuji2 a._yb_1cibvkr,.ybar-ytheme-fuji2 ._yb_5gd7yr a._yb_1cibvkr,.ybar-ytheme-fuji2 ._yb_11b9qim a._yb_1cibvkr{padding:3px 14px 5px;border-radius:14px;border-width:2px;font-weight:600;font-size:12px;min-width:0;height:auto;line-height:normal}.ybar-gdpr ._yb_1cibvkr{padding:4px 15px 6px}._yb_5gd7yr a._yb_1cibvkr,._yb_11b9qim a._yb_1cibvkr{border-radius:3px;border-width:2px;padding:2px 6px;font-weight:700;font-size:13px;min-width:66px;height:19px;line-height:19px;text-align:center}._yb_5gd7yr a._yb_1cibvkr:hover,._yb_5gd7yr a._yb_1cibvkr:active,._yb_11b9qim a._yb_1cibvkr:hover,._yb_11b9qim a._yb_1cibvkr:active{border-width:2px;margin:0}._yb_11xgor0{position:relative;display:flex;align-items:center;cursor:pointer}.ybar-ytheme-crunch ._yb_i5mkoa._yb_gjzlev{display:flex}.ybar-ytheme-crunch ._yb_11xgor0._yb_3mh0x0{border:1px solid #e0e4e9;border:1px solid var(--yb-signin-border-color);border-radius:100px;box-sizing:border-box;gap:4px;padding:4px 8px 4px 4px}.ybar-ytheme-crunch ._yb_1yky34c{display:flex;flex-direction:row;align-items:center;padding:0;gap:6px;flex:none}._yb_5t0f42{border-radius:45%;height:32px;vertical-align:middle;width:32px}.ybar-ytheme-crunch ._yb_12ir9zi{display:flex;padding:6px;gap:4px}.ybar-ytheme-fuji2 ._yb_12ir9zi._yb_1x1uran{display:flex;align-items:flex-start;padding:10px;gap:4px;background:#f0f3f5;background:var(--yb-gray-hair);border-radius:100px}._yb_11b9qim ._yb_5t0f42{width:34px;height:34px}.ybar-ytheme-fuji2 ._yb_5t0f42,.ybar-ytheme-fuji2 ._yb_11b9qim ._yb_5t0f42,.ybar-ytheme-crunch ._yb_5t0f42,.ybar-ytheme-crunch ._yb_11b9qim ._yb_5t0f42{border-radius:50%;height:28px;width:28px}.ybar-ytheme-crunch ._yb_10xyy6y ._yb_5t0f42{height:36px;width:36px;padding-right:0;max-width:none}.ybar-ytheme-crunch.ybar-uh3-desktop ._yb_10xyy6y ._yb_5t0f42{height:40px;width:40px}@media screen and (max-width:768px){._yb_5t0f42{height:24px;width:24px}}._yb_15djxja{font-weight:500;font-weight:var(--yb-font-medium);font-size:14px;color:#232a31;color:var(--yb-text-primary);margin-left:8px;max-width:100px;overflow:hidden;vertical-align:middle;white-space:nowrap}.ybar-ytheme-crunch ._yb_15djxja{font-family:"YahooSans VF",YahooSans,"Yahoo Sans","Helvetica Neue",Helvetica,Arial,sans-serif!important;font-family:var(--yb-fuji2-font)!important;font-weight:400;font-weight:var(--yb-font-regular);margin-left:0}.ybar-ytheme-crunch ._yb_1y9334g{padding:0}.ybar-ytheme-fuji2 ._yb_5gd7yr ._yb_15djxja,.ybar-ytheme-fuji2 ._yb_11b9qim ._yb_15djxja{font-weight:600}.ybar-ytheme-fuji2 ._yb_15djxja{font-family:"YahooSans VF",YahooSans,"Yahoo Sans","Helvetica Neue",Helvetica,Arial,sans-serif!important;font-family:var(--yb-fuji2-font)!important;text-align:center;font-size:12px;font-weight:600;line-height:19px;margin-left:8px;max-width:70px}.ybar-dark ._yb_15djxja{color:#fff;color:var(--yb-white)}._yb_1m954ue{right:-16px;top:28px;width:292px;transition:all 200ms ease-out 200ms}._yb_1m954ue._yb_1na28wh{width:311px;border-radius:8px;padding-top:0;margin-top:14px;box-shadow:0 4px 16px 0 rgb(0 0 0/20%),0 0 2px 0 rgb(0 0 0/5%)}html[data-color-theme-enabled][data-color-scheme=transparent] ._yb_1m954ue._yb_1na28wh{box-shadow:var(--yb-transparent-popover-box-shadow)}._yb_i5mkoa ._yb_1m954ue._yb_1na28wh{right:-8px}._yb_1m954ue._yb_1rccvpr{display:none}._yb_1m954ue._yb_1e7fmx7{display:block}.ybar-ytheme-fuji2 ._yb_ot4hij ._yb_1m954ue,.ybar-ytheme-crunch ._yb_1m954ue,.ybar-ytheme-fuji2 ._yb_1m954ue{opacity:0;transition:visibility 0s linear .2s,max-height 0s linear .2s,opacity .15s linear .2s}._yb_1na28wh._yb_1m954ue{transition:all 200ms ease-out 200ms}._yb_1na28wh._yb_1m954ue:hover{transition-delay:0}.ybar-ytheme-crunch ._yb_1m954ue,.ybar-ytheme-fuji2 ._yb_11b9qim ._yb_1m954ue,.ybar-ytheme-fuji2 ._yb_11b9qim ._yb_1m954ue{max-height:calc(100vh - 110px);overflow-y:auto;right:-16px;top:33px}.ybar-ytheme-crunch ._yb_1m954ue._yb_1na28wh{right:0;top:36px}._yb_gjzlev input[type=checkbox]{margin:0;position:absolute;width:100%;height:100%;opacity:0}._yb_11gk224 a img{border:0}.ybar-menu-hover-open ._yb_gjzlev:focus>label{outline-offset:2px;outline:3px solid #00abf0;outline:5px auto -webkit-focus-ring-color}.ybar-ytheme-crunch ._yb_5t0f42:focus-visible,._yb_gjzlev>label:focus:not(:focus-visible){outline:0}.ybar-ytheme-crunch ._yb_gjzlev:focus-visible{outline:4px solid rgb(96 1 210/50%);outline:var(--yb-outline);border-radius:25px}._yb_gjzlev ._yb_11xgor0:hover:after{content:"";position:absolute;top:calc(100% - 15px);left:-140px;width:200px;height:47px}.ybar-ytheme-fuji2 ._yb_gjzlev ._yb_11xgor0:hover,.ybar-ytheme-fuji2 ._yb_gjzlev ._yb_11xgor0:active{opacity:.4}html[data-color-theme-enabled][data-color-scheme=transparent] ._yb_1piyc0i{background-color:var(--yb-transparent-popover-background);-webkit-backdrop-filter:var(--yb-transparent-popover-backdrop-filter);backdrop-filter:var(--yb-transparent-popover-backdrop-filter)}._yb_5gd7yr ._yb_1piyc0i,._yb_11b9qim ._yb_1piyc0i{width:auto}._yb_1piyc0i ul{list-style:none;padding:0;margin:0}._yb_1na28wh ._yb_1piyc0i ul{width:inherit}._yb_d6ew32{background-color:#ededf3;background-color:var(--yb-account-info-bg);height:97px;display:block;position:relative}._yb_1yqsulg{display:none}._yb_d6ew32._yb_180yudl._yb_1swlca0{height:105px}._yb_1pf6v3w{margin:12p

x 0 0 20px}._yb_1pf6v3w,._yb_hx4dkg,._yb_7h6vto{position:absolute;top:0;left:0;border-radius:45%;width:65px;height:65px}.ybar-ytheme-crunch ._yb_utxfaq{margin:22px 0 0 36px}.ybar-ytheme-crunch ._yb_utxfaq ._yb_hx4dkg{width:36px;height:36px}._yb_7h6vto{display:block}.ybar-ytheme-crunch ._yb_7h6vto{display:none}._yb_1uhnmlw,._yb_1a3ikns{position:absolute;top:0;left:0;margin:18px 0 0 36px;width:36px;height:36px;border-radius:45%}._yb_1g5genf{background:linear-gradient(to bottom,rgb(0 0 0/0%) 63%,rgb(0 0 0/65%) 100%);filter:progid:dximagetransform.microsoft.gradient(startColorstr='#00000000', endColorstr='#a6000000', GradientType=0)}._yb_1s6mulm{background-color:#fff;background-color:var(--yb-account-menu-item);display:block;position:relative;height:73px}._yb_105gb4v:active,._yb_105gb4v:hover{background-color:rgb(227 236 248);background-color:var(--yb-account-item-hover-bg)}a._yb_1cs4hul{color:#26282a;text-align:center}._yb_13wop1r{position:absolute;top:0;left:84px;margin:18px;width:60%;overflow:hidden}._yb_p7guii{font-weight:500;font-weight:var(--yb-font-medium);font-size:14px;color:#26282a}.ybar-ytheme-crunch ._yb_cakioh{font-weight:400;font-weight:var(--yb-font-regular);font-size:14px;color:#232a31;color:var(--yb-text-primary);direction:ltr}._yb_11b9qim ._yb_1ozapdu:focus{outline-offset:-1px}._yb_1pp9eik{font-weight:400;font-weight:var(--yb-font-regular);padding:14px 0;position:relative}._yb_1smu9ho{font-size:14px;margin-left:18px;padding-left:84px;color:#26282a}._yb_6qcoau{overflow:hidden;display:inline-block;font-size:12px;font-weight:500;color:#020e65;text-align:center;text-decoration:none;vertical-align:middle}._yb_1q34a8c{fill:#6001d2;fill:var(--yb-grape-jelly)}._yb_n2cbhc{position:absolute;top:50%;margin-top:-12px;left:42px}.ybar-ytheme-crunch svg._yb_12kxwns,.ybar-ytheme-fuji2 svg._yb_12kxwns{position:absolute;top:50%;margin-top:-12px;display:inline-block;width:24px;height:24px;left:42px}.ybar-ytheme-crunch ._yb_i5mkoa svg._yb_n2cbhc,.ybar-ytheme-fuji2 svg._yb_n2cbhc,svg._yb_n2cbhc,._yb_11b9qim ._yb_n2cbhc,.ybar-ytheme-crunch.ybar-property-homepage ._yb_n2cbhc,.ybar-ytheme-crunch.ybar-property-my ._yb_n2cbhc,.ybar-ytheme-fuji2.ybar-property-homepage ._yb_n2cbhc,.ybar-ytheme-fuji2.ybar-property-my ._yb_n2cbhc{display:none}.ybar-ytheme-classic ._yb_1q34a8c{display:inline-block;width:24px;height:24px;left:16px}.ybar-ytheme-crunch.ybar-property-homepage svg._yb_n2cbhc,.ybar-ytheme-crunch.ybar-property-my svg._yb_n2cbhc,.ybar-ytheme-fuji2 ._yb_n2cbhc,.ybar-ytheme-fuji2.ybar-property-homepage svg._yb_n2cbhc,.ybar-ytheme-fuji2.ybar-property-my svg._yb_n2cbhc{display:inline-block;width:24px;height:24px;left:42px}._yb_1l9e53l{display:none;left:18px;height:18px;width:18px;margin-top:-8px;position:absolute;top:50%}.ybar-ytheme-crunch ._yb_11b9qim ._yb_1l9e53l,.ybar-ytheme-fuji2 ._yb_11b9qim ._yb_1l9e53l{display:none}._yb_tywnle{position:absolute;bottom:5px;left:27px;width:13px;height:12px}._yb_11b9qim ._yb_tywnle{display:none}.ybar-ytheme-fuji2 ._yb_tywnle,.ybar-ytheme-fuji2 ._yb_11b9qim ._yb_tywnle{display:block}._yb_i80aa{display:inline-block}.ybar-ytheme-crunch ._yb_10xyy6y svg path{fill:#5b636a;fill:var(--yb-battleship)}.ybar-ytheme-fuji2 ._yb_i80aa{height:32px;width:32px;text-align:center;line-height:32px;margin:0 auto}.ybar-ytheme-fuji2 ._yb_ot4hij ._yb_i80aa{display:block}._yb_o49dsy,._yb_195oo6u{text-wrap:none}#ybarAccountContainer.ybarMenuOpen,.ybar-menu-hover-open ._yb_1m954ue:hover{visibility:visible;opacity:1}#ybarAccountMenu,._yb_1na28wh ._yb_is83e8{background:0 0;border:transparent}._yb_pxq3io a._yb_1cibvkr,._yb_pxq3io ._yb_15djxja,._yb_hhkci5 a._yb_1cibvkr,._yb_hhkci5 ._yb_15djxja,._yb_10my6yb a._yb_1cibvkr,._yb_10my6yb ._yb_15djxja{color:#000;color:var(--yb-black);border-color:#000;border-color:var(--yb-black)}._yb_pxq3io a._yb_1cibvkr:hover,._yb_pxq3io a._yb_1cibvkr:active,._yb_hhkci5 a._yb_1cibvkr:active,._yb_10my6yb a._yb_1cibvkr:hover,._yb_10my6yb a._yb_1cibvkr:active{background-color:rgb(0 0 0/30%)}._yb_zjzf6e a._yb_1cibvkr,._yb_zjzf6e ._yb_15djxja,.ybar-dark ._yb_v2psdd a._yb_1cibvkr,.ybar-dark ._yb_v2psdd ._yb_15djxja,._yb_mvz5b6 a._yb_1cibvkr,._yb_mvz5b6 ._yb_15djxja{color:#fff;color:var(--yb-white)}._yb_zjzf6e a._yb_1cibvkr:hover,._yb_zjzf6e a._yb_1cibvkr:active,.ybar-dark ._yb_v2psdd a._yb_1cibvkr:hover,.ybar-dark ._yb_v2psdd a._yb_1cibvkr:active,._yb_mvz5b6 a._yb_1cibvkr:hover,._yb_mvz5b6 a._yb_1cibvkr:active{background-color:rgb(255 255 255/30%)}._yb_1ip7b8p a._yb_1cibvkr,._yb_1ip7b8p ._yb_15djxja{color:#000;color:var(--yb-black);border-color:#000;border-color:var(--yb-black)}._yb_1ip7b8p a._yb_1cibvkr:hover,._yb_1ip7b8p a._yb_1cibvkr:active{color:#fff;color:var(--yb-white);background-color:#00a562}._yb_1ftu7oo a._yb_1cibvkr,._yb_1ftu7oo ._yb_15djxja{color:#00cdff;border-color:#00cdff}._yb_1ftu7oo a._yb_1cibvkr:hover,._yb_1ftu7oo a._yb_1cibvkr:active{color:#000;color:var(--yb-black);background-color:#00cdff}._yb_1igzxbh{font-size:14px}._yb_11b9qim ._yb_1smu9ho._yb_1igzxbh{margin-left:18px;padding-left:30px}._yb_1smu9ho._yb_1igzxbh,.ybar-ytheme-fuji2 ._yb_1smu9ho._yb_1igzxbh,.ybar-ytheme-fuji2 ._yb_11b9qim ._yb_1smu9ho._yb_1igzxbh{margin-left:0;padding-left:0}@media only screen and (max-width:1080px){._yb_15djxja{max-width:60px}}._yb_1vzidts ._yb_5t0f42,._yb_to94ek{display:none}@media (max-width:768px){._yb_15djxja,.ybar-ytheme-crunch ._yb_15djxja._yb_o92dx1{display:none}.ybar-ytheme-

crunch._yb_15djxja{display:inline-block}}._yb_1221oeg ._yb_p7guii{color:#fff;color:var(--yb-white)}._yb_1221oeg ._yb_1piyc0i a._yb_1cs4hul{display:none}._yb_1221oeg ._yb_1piyc0i{border-top:none;border-left:none;border-right:none;background-color:transparent;color:#fff;color:var(--yb-white)}._yb_1221oeg ._yb_1l724zd{border-top:none}._yb_1221oeg ._yb_7h6vto{display:block}._yb_1221oeg ._yb_1pf6v3w,._yb_1221oeg ._yb_hx4dkg,._yb_1221oeg ._yb_7h6vto{width:40px;height:40px}._yb_1221oeg ._yb_1pf6v3w{margin-top:20px}._yb_1221oeg ._yb_d6ew32{background-color:transparent;height:80px}._yb_1221oeg ._yb_1s6mulm{background-color:transparent}._yb_1221oeg ._yb_1smu9ho,._yb_1221oeg ._yb_1pp9eik{color:#fff;color:var(--yb-white);text-decoration:none}._yb_1221oeg ._yb_cakioh{color:rgb(255 255 255/50%);text-decoration:none}._yb_1221oeg ._yb_1uhnmlw{margin-left:22px}._yb_1221oeg ._yb_jbfu8z{font-weight:500;font-weight:var(--yb-font-medium);color:#fff;color:var(--yb-white);font-size:15px}._yb_1221oeg ._yb_n2cbhc{left:28px}._yb_1221oeg ._yb_jbfu8z,._yb_1221oeg ._yb_jbfu8z:hover,._yb_1221oeg ._yb_jbfu8z:active,._yb_1221oeg ._yb_1fqec71,._yb_1221oeg ._yb_1fqec71:hover,._yb_1221oeg ._yb_1fqec71:active{text-decoration:none}._yb_1221oeg ._yb_105gb4v:active,._yb_1221oeg ._yb_105gb4v:hover{background-color:transparent;text-decoration:none}._yb_svx34i{display:none;position:fixed;top:27px;right:55px}._yb_1221oeg ._yb_lojzwf{display:none}._yb_1221oeg ._yb_o405gt{display:block}._yb_1221oeg ._yb_1neny3e{display:block}._yb_1aiz93q{box-shadow:0 2px 4px 0 rgb(0 0 0/8%),0 0 1px 0 rgb(0 0 0/10%)}._yb_128rr0d{position:relative;display:flex;margin-bottom:10px;margin-top:12px}._yb_tpvqkh,._yb_oxxgk8{font-size:12px}.smartphone-icon-wrapper{height:36px;width:36px;border-radius:48%;display:flex;align-items:center;justify-content:center}._yb_m56j1x{height:auto}._yb_ac9o5i{background-color:#f0f3f5;background-color:var(--yb-gray-hair)}._yb_enh9mq{display:flex;align-items:center}._yb_j35jh8{display:flex;align-items:center}._yb_1a52hu5{overflow:hidden;transition:height .3s ease-out;height:0}.ybar-ytheme-fuji2 ._yb_1k2mkh1{margin-top:-16px}.ybar-ytheme-fuji2 ._yb_jshcsu{padding-bottom:26px}.hide,.hide ._yb_enh9mq,._yb_1e6z2nc,._yb_1e6z2nc._yb_1rtstbu{display:none}._yb_axfm4i{text-align:center;font-size:14px;font-weight:600;line-height:1.43;padding:24px;box-shadow:0 2px 4px 0 rgb(0 0 0/8%),0 0 1px 0 rgb(0 0 0/10%)}._yb_16bznve{margin-bottom:24px}._yb_1xxrt3b{border-radius:18px;border:solid 2px #0f69ff;border:solid 2px var(--yb-dory);color:#0f69ff;color:var(--yb-dory);padding:6px 0;display:block}._yb_1xxrt3b:first-of-type{margin-bottom:24px}._yb_1xxrt3b:hover,._yb_1xxrt3b:active{background-color:#0f69ff;background-color:var(--yb-dory);color:#fff;color:var(--yb-white)}._yb_1mn1wcp{border-top:.5px solid #c7cdd2;border-top:.5px solid var(--yb-pebble)}._yb_zgnwh4{position:relative}.ybar-ytheme-crunch ._yb_1cs4hul svg._yb_n2cbhc,.ybar-ytheme-fuji2 ._yb_1cs4hul svg._yb_n2cbhc{display:none}._yb_1yeyfkv{position:absolute;overflow:hidden;text-indent:100%;white-space:nowrap}html[data-color-theme-enabled][data-color-scheme=dark] svg._yb_6qcoau path,html[data-color-theme-enabled][data-color-scheme=transparent] svg._yb_6qcoau path{fill:#f0f3f5;fill:var(--yb-gray-hair)}html[data-color-theme-enabled][data-color-scheme=dark] ._yb_gjzlev .wafer-form button.trigger-submit,html[data-color-theme-enabled][data-color-scheme=transparent] ._yb_gjzlev .wafer-form button.trigger-submit{background-color:#1d2228;background-color:var(--yb-inkwell)}@media (prefers-color-scheme:dark){html[data-color-theme-enabled] ._yb_gjzlev .wafer-form button.trigger-submit{background-color:#232a31;background-color:var(--yb-batcave)}html[data-color-theme-enabled] svg._yb_6qcoau path{fill:#f0f3f5;fill:var(--yb-gray-hair)}}._yb_1m954ue[data-pfs=true]{display:none}._yb_j775zo{border-radius:8px;border:0;box-shadow:0 2px 8px 0 rgb(0 0 0/36%);position:absolute;right:0;top:52px;transition:all .3s ease-in;width:324px;z-index:1200}._yb_o92dx1{display:none}._yb_11gk224 ._yb_10bm69e{text-align:center}._yb_10bm69e{background-color:#f0f3f5;background-color:var(--yb-profile-avatar-bg);border-radius:100px;color:#232a31;color:var(--yb-text-primary);width:36px;height:36px;line-height:34px;font-size:16px}.ybar-uh3-desktop ._yb_10bm69e{width:40px;height:40px;line-height:40px;font-size:14px}._yb_gjzlev ._yb_11xgor0:hover ._yb_10bm69e,._yb_gjzlev:focus-visible ._yb_15djxja{color:#6001d2;color:var(--yb-profile-panel-hover-text);background:#fff;background:var(--yb-profile-character-hover)}._yb_gjzlev ._yb_11xgor0:active ._yb_10bm69e{color:#232a31;color:var(--yb-text-primary);background:#e0e4e9;background:var(--yb-sidenav-btn-color-active)}._yb_gjzlev button:hover ._yb_10bm69e{box-shadow:0 4px 8px 0 rgb(0 0/10%),0 0 1px 0 rgb(0 0 0/10%);box-shadow:var(--yb-elevation3-box-shadow)}._yb_enh9mq ._yb_10bm69e{align-items:center;display:flex;flex-direction:column;font-size:10px;font-weight:500;font-weight:var(--yb-font-medium);height:24px;justify-content:center;letter-spacing:.5px;line-height:16px;margin-top:5px;text-align:center;width:24px}._yb_1na28wh ._yb_18h3hog{display:flex;gap:16px;width:100%;padding:10px;margin:-10px}._yb_1na28wh ._yb_1cs4hul:focus-visible,._yb_1na28wh ._yb_enh9mq:focus-visible,._yb_1na28wh ._yb_18h3hog:focus-visible,._yb_1na28wh ._yb_is83e8:focus-visible{outline:4px solid rgb(96 1 210/50%);outline:var(--yb-outline);border-radius:4px}._yb_30lget{padding-top:1px}._yb_njm4zx ._yb_1e6yx2n{overflow:hidden;text-overflow:ellipsis;max-

width:230px}._yb_32wf5f{pointer-events:none}._yb_32wf5f ._yb_5t0f42,._yb_32wf5f ._yb_1yky34c{position:absolute;top:0;left:0}._yb_32wf5f ._yb_5t0f42,._yb_32wf5f ._yb_15djxja{opacity:1;transition:opacity .2s ease-out}._yb_32wf5f ._yb_5t0f42._yb_1ysb2it,._yb_32wf5f ._yb_15djxja._yb_o92dx1{opacity:0}._yb_32wf5f ._yb_1uvrc9s{display:inline-block!important}._yb_1bcztpq{width:18px;height:18px;animation:1.1s ease-out infinite alternate _yb_1ai9ada}.ybar-ytheme-crunch ._yb_12ir9zi._yb_1x1uran._yb_9akj86{padding:11px}@keyframes _yb_1ai9ada{0%{opacity:.75}to{opacity:.3}}._yb_zakd8n{font-weight:500;font-weight:var(--yb-font-medium);display:inline-block;position:relative;vertical-align:middle}.ybar-ytheme-crunch ._yb_wayroh._yb_zakd8n *{box-sizing:content-box}.ybar-ytheme-crunch ._yb_wayroh._yb_zakd8n:not(._yb_ws9pyo){height:40px}.ybar-ytheme-crunch ._yb_wayroh._yb_zakd8n img{display:inline-block}.ybar-ytheme-crunch ._yb_zakd8n img:not(._yb_1vyrhlo){display:inline-block;vertical-align:text-bottom}._yb_zakd8n>ul{display:flex;padding-left:0;margin:0}.ybar-nav-placement._yb_zakd8n{width:100%}#ybar-nav-placement{margin-left:16px;position:absolute}.ybar-property-sports #ybar-nav-placement{margin-top:4px;right:8px}.ybar-property-finance #ybar-nav-placement{right:0;top:5px}.ybar-property-sports #ybar-navigation ._yb_ysnhu1._yb_zakd8n>ul{display:flex;margin:0;flex-wrap:nowrap;overflow-x:auto;overflow-y:hidden;max-width:100vw;padding:0;box-shadow:0 0 1px 0 rgb(0 0 0/0%),0 1px 0 0 #e0e4e9;box-shadow:0 0 1px 0 rgb(0 0 0/0%),0 1px 0 0 var(--yb-dirty-seagull);-ms-overflow-style:none;scrollbar-width:none}.ybar-property-sports #ybar-navigation ._yb_ysnhu1._yb_zakd8n ._yb_15hzl0d::-webkit-scrollbar,.ybar-property-sports #ybar-navigation ._yb_ysnhu1._yb_zakd8n ._yb_1du48w5::-webkit-scrollbar{display:none}.ybar-property-sports #ybar-navigation ._yb_ysnhu1._yb_zakd8n>ul li._yb_1b63ayc:first-of-type{padding-left:16px;margin-bottom:14px;margin-left:0}.ybar-property-sports #ybar-navigation ._yb_ysnhu1._yb_zakd8n>ul li._yb_1b63ayc{padding:2px 24px 0}#ybar-nav-more-menu{visibility:hidden}.ybar-ytheme-fuji2 ._yb_9zz3gk #_yb_1fwh7ax,.ybar-ytheme-fuji2 ._yb_1mwrmbo #_yb_1fwh7ax{opacity:0;transition:opacity .2s ease-in,visibility .2s ease-in}.ybar-ytheme-crunch.ybar-property-finance #ybar-nav-more-menu{padding-top:4px}#ybar-nav-more-menu ._yb_ws9pyo:not(._yb_16hefew){flex-direction:column}.ybar-shift-more-menu ._yb_zakd8n{display:inline-flex}.ybar-shift-more-menu ._yb_zakd8n>ul{overflow:hidden}.ybar-ytheme-fuji2:not(.ybar-property-sports) .ybar-shift-more-menu ._yb_9zz3gk ._yb_zakd8n>ul,.ybar-ytheme-fuji2:not(.ybar-property-sports) .ybar-shift-more-menu ._yb_1mwrmbo ._yb_zakd8n>ul{visibility:hidden;opacity:0;transition:opacity .1s ease-in,visibility .1s ease-in}.ybar-shift-more-menu ._yb_zakd8n div._yb_1b63ayc{margin:0;height:24px}.ybar-ytheme-crunch.ybar-property-finance .ybar-shift-more-menu ._yb_zakd8n div._yb_1b63ayc{height:40px}.ybar-shift-more-menu ._yb_9zz3gk._yb_zakd8n div._yb_1b63ayc,.ybar-shift-more-menu ._yb_1mwrmbo._yb_zakd8n div._yb_1b63ayc{height:35px}._yb_zakd8n>ul ._yb_1b63ayc ._yb_ws9pyo>ul,.ybar-shift-more-menu ._yb_zakd8n>ul+div._yb_1b63ayc ._yb_ws9pyo>ul{margin:0;padding:0}.ybar-shift-more-menu ._yb_ft96yu{position:static;cursor:default}.ybar-shift-more-menu ._yb_ft96yu ._yb_ws9pyo{margin-left:-16px;left:auto;top:34px}.ybar-ytheme-crunch.ybar-property-finance .ybar-shift-more-menu ._yb_ft96yu ._yb_ws9pyo{top:42px}.ybar-ytheme-crunch.ybar-property-finance .ybar-shift-more-menu ._yb_ft96yu ._yb_ws9pyo{top:40px}.ybar-ytheme-crunch ._yb_l2-news .ybar-shift-more-menu ._yb_ft96yu ._yb_ws9pyo{top:45px;margin-left:-12px}.ybar-shift-more-menu ._yb_1mwrmbo ._yb_ft96yu ._yb_ws9pyo,.ybar-shift-more-menu ._yb_9zz3gk ._yb_ft96yu ._yb_ws9pyo{margin-left:-20px}._yb_1b63ayc:first-child{margin-left:0;margin-bottom:7px}._yb_1b63ayc{display:flex;flex-direction:column;margin:0;font-size:0;line-height:24px;text-align:center;color:#5a636c;white-space:nowrap;padding:12px 16px 9px}.ybar-ytheme-crunch ._yb_1b63ayc{flex-direction:row}.ybar-ytheme-crunch ._yb_iwv1i ._yb_1b63ayc,.ybar-ytheme-crunch ._yb_iwv1i li._yb_1b63ayc:first-of-type{padding:0}.ybar-ytheme-crunch ._yb_iwv1i ._yb_1b63ayc ._yb_138r61s{padding:12px 12px 9px}.ybar-ytheme-crunch ._yb_175bw40 ._yb_1b63ayc{padding:0;margin:8px var(--uh-l2-margin) 0 0;margin:8px var(--yb-l2-margin, 16px) 0 0;height:24px}.ybar-ytheme-crunch ._yb_wayroh ._yb_1b63ayc{padding:0;margin:0 6px 0 0}.ybar-ytheme-crunch ._yb_wayroh:not(._yb_d2eets) ._yb_1b63ayc{margin:0 var(--uh-l2-margin) 0;margin:0 var(--yb-l2-margin, 12px) 0 0}._yb_1mwrmbo ._yb_1b63ayc,._yb_9zz3gk ._yb_1b63ayc{padding:10px 20px 6px;height:28px}.ybar-ytheme-crunch ._yb_iwv1i._yb_1mwrmbo ._yb_1b63ayc,._yb_iwv1i._yb_9zz3gk ._yb_1b63ayc{height:auto}li._yb_1b63ayc:first-of-type{padding-left:0}.ybar-ytheme-crunch li._yb_1b63ayc:first-of-type{padding-left:5px}.ybar-ytheme-crunch ._yb_1mwrmbo ._yb_1b63ayc,._yb_9zz3gk ._yb_1b63ayc{padding-left:5px;border:0;box-shadow:none}.ybar-ytheme-crunch ._yb_iwv1i ._yb_15hzl0d{gap:8px;margin-left:-12px}.ybar-ytheme-crunch ._yb_iwv1i ._yb_138r61s:focus-visible{outline-offset:-4px;border-radius:8px}.ybar-ytheme-crunch ._yb_iwv1i ._yb_138r61s._yb_1ucq1g6:focus-visible{outline-offset:-1px;border-radius:5px}._yb_ft96yu:hover{border-radius:8px 8px 0 0;box-shadow:0 5px 8px 0 rgb(0 0 0/8%)}.ybar-ytheme-crunch ._yb_ft96yu:hover{border-radius:none;box-shadow:none}._yb_1b63ayc ._yb_138r61s{background:0

```
0;border:0;display:block;font-family:"YahooSans VF",YahooSans,"Yahoo Sans","Helvetica Neue",Helvetica,Arial,sans-serif;font-family:var(--yb-fuji2-
font);font-size:14px;font-weight:600;height:17px;text-align:center;text-decoration:none;color:#232a31;color:var(--yb-batcave);line-height:18px}.ybar-ytheme-
crunch .__yb_wayroh .__yb_1b63ayc .__yb_138r61s{line-height:1.2}.ybar-ytheme-crunch .__yb_175bw40 .__yb_1b63ayc .__yb_138r61s{height:inherit;padding:4px
0}.ybar-ytheme-crunch .__yb_175bw40 #ybar-nav-more-menu{padding-top:12px;height:30px;line-height:30px}.ybar-ytheme-crunch .__yb_175bw40 #ybar-nav-
more-menu.__yb_1b63ayc button.__yb_138r61s{padding:0;height:17px;line-height:18px}.__yb_zakd8n.__yb_1jce30t .__yb_1b63ayc
.__yb_138r61s,.__yb_zakd8n.__yb_1mwrmbo .__yb_1b63ayc .__yb_138r61s,.__yb_zakd8n.__yb_9zz3gk .__yb_1b63ayc .__yb_138r61s{font-size:16px;font-
weight:700}.__yb_1b63ayc .__yb_138r61s:hover{text-decoration:none}.__yb_1b63ayc .__yb_138r61s.__yb_1dgsn77{display:block}.__yb_1b63ayc
.__yb_138r61s.__yb_1dgsn77+.__yb_138r61s{display:none}.ybar-dark .__yb_1b63ayc .__yb_138r61s{color:#fff;color:var(--yb-white)}.ybar-light
.__yb_1rbkquz.__yb_djv1eg .__yb_1b63ayc .__yb_138r61s,.ybar-light .__yb_1nhud0m.__yb_djv1eg .__yb_1b63ayc .__yb_138r61s{color:#0057b8;color:var(--yb-color-
att-dark-blue)}.__yb_1b63ayc .__yb_138r61s,.__yb_1b63ayc.__yb_e469qk .__yb_138r61s{position:relative}.__yb_1b63ayc
.__yb_138r61s:after:not(.__yb_1du9cg2.__yb_196yktg),.__yb_1b63ayc.__yb_e469qk
.__yb_138r61s:after:not(.__yb_1du9cg2.__yb_196yktg){position:absolute;bottom:0;left:0;right:0;top:24px;margin:auto;width:0%;content:'.';color:transparent;backg
round:#fff;height:4px;transition:all .35s}.__yb_1b63ayc>.__yb_138r61s:hover:after{width:100%}.ybar-ytheme-crunch.ybar-property-finance
.__yb_1b63ayc>.__yb_138r61s:hover:after{width:0}.ybar-property-finance .__yb_1b63ayc.__yb_ft96yu:hover:after{content:'';position:absolute;top:calc(100% -
5px);left:0;width:100%;height:20px}.__yb_1b63ayc:hover .__yb_e469qk>.__yb_138r61s:hover:after{z-index:-10;animation:_yb_e469qk .1s;opacity:1}@keyframes
_yb_e469qk{0%{width:0%;height:4px}50%{width:100%;height:4px}to{width:100%;height:100%}}.__yb_1b63ayc
.__yb_138r61s.__yb_pa09vy:after{position:absolute;bottom:0;left:0;right:0;top:24px;margin:auto;width:100%;content:'.';color:transparent;background:#6001d2;ba
ckground:var(--yb-l2-nav-selected);height:4px}.ybar-ytheme-crunch .__yb_1b63ayc .__yb_138r61s{font-weight:500;color:#5b636a;color:var(--yb-nav-
color)}.__yb_1kegchn{margin-left:1px}.ybar-ytheme-crunch .__yb_zakd8n #ybar-nav-more-dropdown .__yb_rk1i5j .__yb_138r61s
.__yb_1kegchn{display:none}.__yb_1kegchn path{fill:#5b636a;fill:var(--yb-nav-color)}.ybar-ytheme-crunch .__yb_1b63ayc:hover
.__yb_138r61s{color:#6001d2;color:var(--yb-text-hover-color)}.ybar-ytheme-crunch .__yb_1b63ayc .__yb_138r61s:hover:not(.__yb_ws9pyo
.__yb_rk1i5j .__yb_138r61s){outline:1px solid #6001d2;outline:1px solid var(--yb-search-btn-color);border-radius:4px;outline-offset:-1px}.__yb_1b63ayc:hover
.__yb_1kegchn{transform:rotate(180deg);position:relative;top:2px}.__yb_1b63ayc:hover .__yb_1kegchn path{fill:#6001d2;fill:var(--yb-text-hover-color)}.ybar-
ytheme-crunch .__yb_1b63ayc .__yb_138r61s.__yb_pa09vy{font-weight:600;color:#232a31;color:var(--yb-nav-selected-color)}.ybar-ytheme-crunch.ybar-property-
finance .__yb_1b63ayc .__yb_138r61s.__yb_pa09vy{background:#6001d2;background:var(--yb-search-btn-color);color:#fff;color:var(--yb-white);border-
radius:4px}.ybar-ytheme-crunch.ybar-property-finance .__yb_138r61s{height:30px;display:flex;align-items:center;gap:4px;padding:0
10px;color:#232a31;color:var(--yb-l2-text-color)}.ybar-ytheme-crunch.ybar-property-finance .__yb_1b63ayc .__yb_138r61s svg path{fill:#6001d2;fill:var(--yb-
svg-icon-color)}.ybar-ytheme-crunch.ybar-property-finance .__yb_1b63ayc .__yb_138r61s.__yb_pa09vy svg path{fill:#fff;fill:var(--yb-svg-icon-color-
selected)}.ybar-ytheme-crunch .__yb_138r61s:focus-visible{outline:4px solid rgb(96 1 210/50%);outline:var(--yb-outline);border-radius:4px}.ybar-ytheme-
crunch .__yb_1h1ht32 .__yb_1b63ayc .__yb_138r61s.__yb_pa09vy,.ybar-ytheme-crunch .__yb_1h1ht32 .__yb_1b63ayc .__yb_138r61s{color:#fff;color:var(--yb-
white)}.ybar-ytheme-crunch .__yb_1h1ht32 .__yb_1b63ayc .__yb_138r61s:hover{color:#e5d0ff;transition:color .1s ease}.ybar-ytheme-crunch .__yb_1h1ht32
.__yb_1b63ayc .__yb_138r61s:hover:after{display:block;background:#e5d0ff;transition:all .1s ease}.ybar-ytheme-crunch .__yb_1h1ht32
.__yb_138r61s:after{display:none}.ybar-ytheme-crunch .__yb_1b63ayc .__yb_138r61s.__yb_pa09vy:after{display:none}.__yb_1rbkquz.__yb_djv1eg .__yb_1b63ayc
.__yb_138r61s.__yb_1nhud0m.__yb_djv1eg .__yb_1b63ayc .__yb_138r61s.__yb_pa09vy:after{background:#0057b8;background:var(--yb-color-att-
dark-blue)}.__yb_9zz3gk .__yb_1b63ayc .__yb_138r61s.__yb_pa09vy:after,.__yb_9zz3gk .__yb_1b63ayc .__yb_138r61s:after,.__yb_9zz3gk .__yb_1b63ayc.__yb_e469qk
.__yb_138r61s:after,.__yb_1mwrmbo .__yb_1b63ayc .__yb_138r61s.__yb_pa09vy:after,.__yb_1mwrmbo .__yb_1b63ayc .__yb_138r61s:after,.__yb_1mwrmbo
.__yb_1b63ayc.__yb_e469qk .__yb_138r61s:after{margin:-1px auto}.__yb_fglpgp{font-size:22px;margin-right:8px;line-height:18px}.ybar-ytheme-classic
.__yb_fglpgp{display:inline-block;font-weight:500;margin-right:9px;overflow:visible;text-align:center;text-decoration:none;vertical-
align:middle;position:relative}.ybar-ytheme-classic .__yb_fglpgp svg{fill:#4d00ae;height:24px;width:24px}#ybar-navigation-item-mail{flex-flow:nowrap;flex-
shrink:0}.__yb_fglpgp svg{fill:#232a31;fill:var(--yb-back-button-fill)}.__yb_1nhud0m.__yb_djv1eg .__yb_fglpgp svg,.__yb_1rbkquz.__yb_djv1eg .__yb_fglpgp
```

```
svg{fill:#0057b8;fill:var(--yb-color-att-dark-blue)}._yb_4b1fx1{cursor:pointer}._yb_ft96yu{position:relative;cursor:pointer}@media (hover:hover) and
(pointer:fine){._yb_ft96yu:hover ._yb_ws9pyo{display:flex;visibility:visible}}._yb_ft96yu._yb_14wipt
._yb_ws9pyo{display:flex;visibility:visible}._yb_ft96yu:focus-within ._yb_ws9pyo{display:flex;visibility:visible}._yb_ws9pyo{border-radius:0 0 8px 8px;box-
shadow:0 5px 8px 0 rgb(0 0 0/8%);background-color:#fff;background-color:var(--yb-popover-background);display:none;left:0;padding:10px 0
15px;position:absolute;top:32px;z-index:1000;visibility:hidden}.ybar-ytheme-crunch ._yb_ws9pyo{border-radius:8px;box-shadow:0 4px 16px 0 rgb(0 0
0/20%),0 0 2px 0 rgb(0 0 0/5%);box-shadow:var(--yb-elevation4-box-shadow);display:flex;height:0;opacity:0;transition:all .2s;flex-direction:row;align-
items:flex-start}html[data-color-theme-enabled][data-color-scheme=transparent] .ybar-ytheme-crunch ._yb_ws9pyo{background-color:var(--yb-transparent-
popover-background);-webkit-backdrop-filter:var(--yb-transparent-popover-backdrop-filter);backdrop-filter:var(--yb-transparent-popover-backdrop-filter);box-
shadow:var(--yb-transparent-popover-box-shadow)}@media (hover:hover) and (pointer:fine){.ybar-ytheme-crunch ._yb_ft96yu:hover ._yb_ws9pyo,.ybar-
ytheme-crunch ._yb_ws9pyo:hover{opacity:1}}.ybar-ytheme-crunch ._yb_ft96yu._yb_14wipt ._yb_ws9pyo{opacity:1}.ybar-ytheme-crunch ._yb_ft96yu
._yb_ws9pyo{height:auto!important}.ybar-ytheme-crunch ._yb_175bw40 ._yb_ws9pyo{border-radius:8px;box-shadow:0 0 8px rgb(0 0
0/8%)}._yb_1w41ejq{display:block;font-size:14px;list-style-type:none;padding-left:0!important;flex-flow:wrap column}._yb_1jjsx7h{font-
size:14px}._yb_9zz3gk ._yb_ws9pyo,._yb_1mwrmbo ._yb_ws9pyo,.ybar-shift-more-menu._yb_9zz3gk ._yb_ws9pyo,.ybar-shift-more-menu._yb_1mwrmbo
._yb_ws9pyo{top:38px}._yb_uxiyh2{-moz-column-count:2;column-count:2}._yb_fin_cl-3{-moz-column-count:3;column-count:3}._yb_fin_cl-4{-moz-column-
count:4;column-count:4}._yb_fin_cl-5{-moz-column-count:5;column-count:5}._yb_fin_cl-6{-moz-column-count:6;column-count:6}._yb_fin_cl-7{-moz-
column-count:7;column-count:7}._yb_fin_cl-8{-moz-column-count:8;column-count:8}._yb_fin_cl-9{-moz-column-count:9;column-count:9}._yb_fin_cl-10{-
moz-column-count:10;column-count:10}._yb_fin_cl-11{-moz-column-count:11;column-count:11}._yb_fin_cl-12{-moz-column-count:12;column-
count:12}.ybar-dark ._yb_ws9pyo{background-color:#1d2228;background-color:var(--yb-inkwell)}.ybar-ytheme-crunch ._yb_wayroh ._yb_1b63ayc ._yb_rk1i5j
._yb_138r61s,.ybar-ytheme-crunch ._yb_1b63ayc ._yb_rk1i5j ._yb_138r61s,.ybar-ytheme-fuji2 ._yb_1b63ayc ._yb_rk1i5j ._yb_138r61s{padding:8px 16px;text-
align:left;text-overflow:ellipsis;overflow:hidden;height:20px;font-family:"YahooSans VF","YahooSans","Yahoo Sans","Helvetica Neue",Helvetica,Arial,sans-
serif;font-family:var(--yb-fuji2-font);font-weight:400;line-height:1.67;letter-spacing:normal;color:#232a31;color:var(--yb-text-primary)}.ybar-ytheme-crunch
._yb_1h1ht32 ._yb_1b63ayc{padding-top:14px}.ybar-dark ._yb_1b63ayc ._yb_rk1i5j ._yb_138r61s{color:#b9bdc5}._yb_1b63ayc ._yb_rk1i5j
a._yb_138r61s:focus:before{background:#6001d2;background:var(--yb-grape-jelly);content:'
';display:block;height:20px;left:2px;position:absolute;top:10px;width:4px}.ybar-ytheme-crunch ._yb_1b63ayc ._yb_rk1i5j
._yb_138r61s:focus:before{background:0 0}._yb_1b63ayc ._yb_rk1i5j a._yb_138r61s:focus{color:#6001d2;color:var(--yb-l2-nav-dropdown-focus);text-
shadow:.8px 0 0 #6001d2;text-shadow:.8px 0 0 var(--yb-l2-nav-dropdown-focus)}._yb_1h1ht32 ._yb_1b63ayc ._yb_rk1i5j ._yb_138r61s:focus{text-
shadow:none}.ybar-ytheme-crunch ._yb_175bw40 ._yb_1b63ayc ._yb_rk1i5j a._yb_138r61s:focus{color:#232a31;color:var(--yb-text-primary);text-shadow:.8px
0 0 #232a31;text-shadow:.8px 0 0 var(--yb-text-primary);background-color:#ecf8ff;background-color:var(--yb-sports-l2-dropdown-focus-bg)}.ybar-ytheme-
crunch ._yb_zakd8n:not(._yb_175bw40) ._yb_ws9pyo{padding:20px 10px;gap:8px}.ybar-ytheme-crunch ._yb_zakd8n:not(._yb_175bw40) ._yb_ws9pyo
ul{display:flex;flex-direction:column;align-items:flex-start;padding:0;gap:4px;max-height:352px}.ybar-ytheme-crunch ._yb_zakd8n:not(._yb_175bw40)
._yb_rk1i5j{display:flex;flex-direction:row;align-items:center;padding:0;gap:8px;height:28px;width:162px}.ybar-ytheme-crunch
._yb_zakd8n:not(._yb_175bw40) ._yb_rk1i5j ._yb_138r61s{display:flex;align-items:flex-start;padding:4px 14px;gap:0;line-height:20px;flex-
grow:1}.ybar-ytheme-crunch ._yb_zakd8n #ybar-nav-more-dropdown ._yb_rk1i5j ._yb_138r61s{gap:4px;align-items:center}.ybar-ytheme-crunch ._yb_zakd8n
#ybar-nav-more-dropdown ._yb_rk1i5j ._yb_138r61s svg{flex-shrink:0}.ybar-ytheme-crunch ._yb_l2-news ._yb_zakd8n ._yb_mc8gzo
._yb_138r61s{display:flex;top:-4px}.ybar-ytheme-crunch ._yb_zakd8n ._yb_mc8gzo ._yb_lucq1g6._yb_138r61s{top:15px;padding:0 12px
6px;display:flex;align-items:center}.ybar-ytheme-crunch ._yb_l2-news ._yb_zakd8n ._yb_mc8gzo ._yb_ws9pyo ._yb_rk1i5j:first-of-type{margin-top:4px}.ybar-
ytheme-crunch ._yb_zakd8n:not(._yb_175bw40) ._yb_1b63ayc ._yb_rk1i5j ._yb_138r61s ._yb_7zamgg{overflow:hidden;text-overflow:ellipsis;white-
space:nowrap;max-width:148px}.ybar-ytheme-crunch ._yb_zakd8n:not(._yb_175bw40) ._yb_ow-2{width:332px}.ybar-ytheme-crunch
._yb_zakd8n:not(._yb_175bw40) ._yb_ow-3{width:494px}.ybar-ytheme-crunch ._yb_zakd8n:not(._yb_175bw40) ._yb_ow-4{width:664px}.ybar-ytheme-crunch
._yb_zakd8n:not(._yb_175bw40) ._yb_ow-5{width:834px}.ybar-ytheme-crunch ._yb_zakd8n:not(._yb_175bw40) ._yb_ow-6{width:1004px}.ybar-ytheme-
```

54

crunch ._yb_zakd8n:not(._yb_175bw40) ._yb_ow-7{width:1174px}.ybar-ytheme-crunch ._yb_zakd8n:not(._yb_175bw40) ._yb_ow-8{width:1344px}.ybar-ytheme-crunch ._yb_zakd8n:not(._yb_175bw40) ._yb_ow-9{width:1514px}.ybar-ytheme-crunch ._yb_zakd8n:not(._yb_175bw40) ._yb_ow-10{width:1684px}.ybar-ytheme-crunch ._yb_zakd8n:not(._yb_175bw40) ._yb_ow-11{width:1854px}.ybar-ytheme-crunch ._yb_zakd8n:not(._yb_175bw40) ._yb_ow-12{width:2072px}.ybar-ytheme-crunch ._yb_zakd8n:not(._yb_175bw40) ._yb_ws9pyo._yb_1wzxxg5 ._yb_rk1i5j{max-width:196px;min-width:162px;width:auto}.ybar-ytheme-crunch ._yb_zakd8n:not(._yb_175bw40) ._yb_1b63ayc ._yb_ws9pyo._yb_1wzxxg5 ._yb_rk1i5j ._yb_138r61s div{max-width:185px}.ybar-dark ._yb_1b63ayc ._yb_rk1i5j a._yb_138r61s:focus:before{background:#fff;background:var(--yb-white)}.ybar-dark ._yb_1b63ayc ._yb_rk1i5j a._yb_138r61s:focus{color:#fff;color:var(--yb-white);text-shadow:.8px 0 0 #fff;text-shadow:.8px 0 0 var(--yb-white)}._yb_1b63ayc ._yb_rk1i5j:hover ._yb_138r61s{background-color:rgb(24 143 255/12%);color:#000;color:var(--yb-black);text-shadow:.8px 0 0 #000;text-shadow:.8px 0 0 var(--yb-black)}.ybar-ytheme-crunch ._yb_1b63ayc ._yb_rk1i5j ._yb_138r61s:focus-visible,.ybar-ytheme-crunch ._yb_1b63ayc ._yb_rk1i5j:hover ._yb_138r61s{background-color:#f5f8fa;background-color:var(--yb-selected-item-background);color:#6001d2;color:var(--yb-text-hover-color);text-shadow:unset;border-radius:4px}html[data-color-theme-enabled][data-color-scheme=transparent] .ybar-ytheme-crunch ._yb_1b63ayc ._yb_rk1i5j ._yb_138r61s:focus-visible,html[data-color-theme-enabled][data-color-scheme=transparent] .ybar-ytheme-crunch ._yb_1b63ayc ._yb_rk1i5j ._yb_138r61s{text-shadow:none}.ybar-ytheme-crunch ._yb_1b63ayc ._yb_rk1i5j ._yb_138r61s:focus-visible svg,.ybar-ytheme-crunch ._yb_1b63ayc ._yb_rk1i5j:hover ._yb_138r61s svg{filter:none}.ybar-ytheme-crunch ._yb_1b63ayc ._yb_rk1i5j ._yb_138r61s:active{color:#232a31;color:var(--yb-batcave);font-weight:700}.ybar-ytheme-crunch.ybar-property-finance ._yb_1b63ayc ._yb_rk1i5j ._yb_138r61s:active{font-weight:400;font-weight:var(--yb-font-regular)}.ybar-ytheme-crunch.ybar-property-finance ._yb_1b63ayc ._yb_rk1i5j:hover ._yb_138r61s{color:#6001d2;color:var(--yb-search-btn-color)}.ybar-ytheme-crunch.ybar-property-finance ._yb_1b63ayc ._yb_rk1i5j ._yb_138r61s ._yb_bps7a svg path{fill:#6001d2;fill:var(--yb-moremenu-finance-plus-icon)}.ybar-ytheme-crunch ._yb_1b63ayc ._yb_rk1i5j ._yb_138r61s:focus-visible svg path,.ybar-ytheme-crunch ._yb_1b63ayc ._yb_rk1i5j:hover ._yb_138r61s svg path{fill:#6001d2!important;fill:var(--yb-text-hover-color)!important}.ybar-ytheme-crunch ._yb_175bw40 ._yb_1b63ayc ._yb_rk1i5j ._yb_138r61s:focus-visible,.ybar-ytheme-crunch ._yb_175bw40 ._yb_1b63ayc ._yb_rk1i5j:hover ._yb_138r61s{background-color:#e6e6e6;background-color:var(--yb-sports-l2-dropdown-hover-bg);color:#000;color:var(--yb-sports-l2-dropdown-hover-color);text-shadow:.8px 0 0 #000;text-shadow:.8px 0 0 var(--yb-black)}.ybar-dark ._yb_1b63ayc ._yb_rk1i5j:hover ._yb_138r61s{color:#fff;color:var(--yb-white);text-shadow:.8px 0 0 #fff;text-shadow:.8px 0 0 var(--yb-white)}._yb_1b63ayc ._yb_138r61s ._yb_t1qdp8{position:relative;top:-6px;left:2px;color:#fff;color:var(--yb-white);text-transform:uppercase;border-radius:2px;background:#ff333a;background:var(--yb-swedish-fish);background:linear-gradient(180deg,#ff333a,#ff00ba);background:linear-gradient(180deg,var(--yb-swedish-fish),#ff00ba);padding:0 2px;width:auto;font-size:9px}._yb_1b63ayc ._yb_138r61s:hover ._yb_t1qdp8{text-decoration:none}._yb_bps7a{margin-left:5px;width:15px}._yb_bps7a img{transition-duration:.42s;vertical-align:middle;margin-bottom:2px}._yb_bps7a svg{display:inline}._yb_s8wsp1{margin-top:-2px}.ybar-ytheme-crunch.ybar-property-sports ._yb_s8wsp1{margin-top:2px}.ybar-ytheme-crunch.ybar-property-finance ._yb_s8wsp1{margin-top:5px}.ybar-ytheme-crunch.ybar-property-finance ._yb_zakd8n ._yb_uqcp5b{padding-right:12px;align-items:center}body.typing .ybar-ytheme-crunch.ybar-property-sports ._yb_zakd8n ._yb_uqcp5b,body.typing .ybar-ytheme-crunch.ybar-property-sports ._yb_zakd8n ._yb_mc8gzo{pointer-events:none}@media screen and (max-width:1023px){.ybar-ytheme-crunch.ybar-property-sports ._yb_zakd8n._yb_1r50itc ._yb_uqcp5b{max-width:700px!important}.ybar-ytheme-crunch.ybar-property-sports ._yb_1r50itc #ybar-nav-placement{visibility:hidden}}._yb_vhisht{padding-right:14px;border-right:1px solid #e0e4e9;border-right:1px solid var(--yb-dirty-seagull)}._yb_1vyrhlo{margin-right:4px;vertical-align:middle}._yb_1dauuh7 ._yb_1vyrhlo{margin-top:-1px}._yb_1eez4ez{position:absolute;left:-9999px;top:auto;width:1px;height:1px;overflow:hidden}._yb_ba1si3 svg{display:inline;vertical-align:inherit}._yb_1b63ayc:hover ._yb_ba1si3 svg g{fill:#6001d2;fill:var(--yb-text-hover-color)}._yb_ft96yu:hover ._yb_ws9pyo{align-items:unset}._yb_ws9pyo ._yb_vh9zwt{display:flex;flex-direction:column}.ybar-ytheme-crunch ._yb_ws9pyo ._yb_vh9zwt section{width:100%;font-size:14px;margin-top:auto}#ybar-navigation ._yb_zakd8n._yb_1r50itc #ybar-nav-more-menu{display:none}#ybar-mid-nav-placement>ul{display:flex;margin:0;padding:0;list-style-type:none}#ybar-mid-nav-placement>ul ._yb_7zamgg{margin-left:4px}#ybar-mid-nav-placement>ul>li:first-of-type{margin-right:16px}._yb_bjs63i{height:24px;width:1px;background-color:#e0e4e9;background-color:var(--yb-dirty-seagull)}._yb_sx0hve{display:flex;align-items:center;text-decoration:none}._yb_2lv501{vertical-align:middle}._yb_1b63ayc button._yb_1ndbaem{display:flex;align-items:center;cursor:pointer}._yb_1qn31hp{display:block;padding-top:14px;position:absolute;z-

```
index:1200;visibility:hidden;white-space:normal}input[type=checkbox]:checked~._yb_1qn31hp{visibility:visible;animation:_yb_9ur7pp .25s}@keyframes
_yb_9ur7pp{0%{opacity:0}to{opacity:1}}._yb_13xnuhc{background-color:#fff;background-color:var(--yb-popover-background);border-radius:4px;border-
radius:var(--yb-popover-border-radius);border:1px solid #d8dade;border:var(--yb-popover-border);box-shadow:0 2px 8px 0 rgb(0 0 0/36%);box-shadow:var(--
yb-popover-shadow)}._yb_hblnrb{align-items:center;cursor:pointer;display:flex;font:400 13px/19px "YahooSans VF",YahooSans,"Yahoo Sans","Helvetica
Neue",Helvetica,Arial,sans-serif;font:400 13px/19px var(--yb-fuji2-font);height:32px;position:relative}._yb_hblnrb *{box-sizing:content-box}.ybar-ytheme-
crunch ._yb_hblnrb{height:36px}.ybar-ytheme-crunch.ybar-property-finance ._yb_hblnrb{cursor:default}.ybar-ytheme-crunch:not(.ybar-uh3-desktop)
._yb_hblnrb{margin-left:-5px}._yb_hblnrb:hover ._yb_1sdio2z,._yb_1ffslgh:focus+._yb_1sdio2z{visibility:visible;opacity:1}.ybar-ytheme-crunch:not(.ybar-
mail-v3) ._yb_hblnrb:hover svg path{opacity:1;stroke:#6001d2;stroke:var(--yb-text-hover-color)}.ybar-ytheme-crunch ._yb_hblnrb:hover
._yb_1ffslgh{opacity:1}.ybar-ytheme-crunch ._yb_hblnrb:hover{border-radius:100px;height:36px}.ybar-ytheme-crunch
._yb_hblnrb:active{background:#e0e4e9;background:var(--yb-dirty-seagull);border-radius:100px}.typing .ybar-ytheme-crunch ._yb_1ffslgh:focus-
visible{border:0;outline:0}.ybar-ytheme-crunch ._yb_hblnrb ._yb_1ffslgh:focus-visible{outline:4px solid rgb(96 1 210/50%);outline:var(--yb-outline);border-
radius:100px;outline-offset:0;opacity:1}.ybar-ytheme-crunch.ybar-uh3-desktop ._yb_hblnrb ._yb_1ffslgh:focus-visible{background:0 0;padding:0 4px;margin:0
-4px}.ybar-ytheme-crunch ._yb_hblnrb ._yb_1ffslgh{height:36px;width:36px}.ybar-ytheme-crunch:not(.ybar-mail-v3) ._yb_hblnrb ._yb_1ffslgh:focus-visible
._yb_jteql8{color:#6001d2;color:var(--yb-text-hover-color)}.ybar-ytheme-crunch:not(.ybar-mail-v3) ._yb_hblnrb ._yb_1ffslgh:focus-visible svg
path{stroke:#6001d2;stroke:var(--yb-text-hover-color)}.ybar-ytheme-crunch ._yb_hblnrb._yb_fa72gi ._yb_1ffslgh{display:flex;height:36px;width:auto;justify-
content:center;align-items:center;flex-shrink:0}.ybar-ytheme-crunch:not(.ybar-uh3-desktop) ._yb_hblnrb._yb_fa72gi ._yb_1ffslgh{gap:6px;padding:0
4px;margin-right:17px}.ybar-ytheme-crunch:not(.ybar-uh3-desktop) ._yb_hblnrb._yb_fa72gi._yb_mnkfew ._yb_1ffslgh{margin-right:8px}.ybar-ytheme-crunch
._yb_hblnrb._yb_fa72gi ._yb_1ffslgh:focus{outline-offset:0}.ybar-ytheme-crunch ._yb_hblnrb._yb_fa72gi ._yb_1ffslgh:focus-visible{border-
radius:4px;outline:4px solid rgb(96 1 210/50%);outline:var(--yb-outline)}.ybar-ytheme-crunch ._yb_fa72gi ._yb_1ffslgh
svg{margin:auto}#ybarMailPreview.ybarMenuOpen{opacity:1;visibility:visible}._yb_1ffslgh,._yb_1ffslgh:hover{text-decoration:none}._yb_zww3mt
._yb_1ffslgh{display:flex}._yb_zww3mt ._yb_1ffslgh svg{fill:#232a31;fill:var(--yb-batcave)}.ybar-dark ._yb_zww3mt ._yb_1ffslgh svg{fill:#fff;fill:var(--yb-
white)}._yb_hblnrb:hover ._yb_1ffslgh{opacity:.4}._yb_hblnrb._yb_mnkfew:hover ._yb_1ffslgh{opacity:1}._yb_1ffslgh:focus{outline-offset:10px}.ybar-
ytheme-crunch ._yb_1ffslgh svg{margin:11px 8px 0}.ybar-ytheme-crunch ._yb_mnkfew ._yb_1ffslgh svg,._yb_phgfar ._yb_mnkfew ._yb_1ffslgh
svg{margin:11px 14px 0 8px}.ybar-ytheme-crunch ._yb_hblnrb._yb_mnkfew{margin-left:0}.ybar-ytheme-crunch.ybar-uh3-desktop:not(.ybar-mail-v3)
._yb_hblnrb._yb_fa72gi._yb_mnkfew{padding:0 8px}@media screen and (min-width:768px){.ybar-ytheme-crunch:not(.ybar-uh3-desktop) ._yb_hblnrb{margin-
left:23px}.ybar-ytheme-crunch:not(.ybar-uh3-desktop) ._yb_hblnrb._yb_fa72gi._yb_mnkfew{margin-left:19px}}@media screen and (min-width:1024px){.ybar-
ytheme-crunch ._yb_hblnrb._yb_mnkfew{margin-left:8px}.ybar-ytheme-crunch ._yb_hblnrb{margin-left:-4px}.ybar-ytheme-crunch
._yb_hblnrb._yb_fa72gi._yb_mnkfew,.ybar-ytheme-crunch ._yb_hblnrb._yb_fa72gi{margin-left:7px}.ybar-ytheme-crunch.ybar-uh3-desktop
._yb_hblnrb._yb_fa72gi{margin-left:0}.ybar-ytheme-crunch:not(.ybar-uh3-desktop) ._yb_hblnrb._yb_fa72gi ._yb_1ffslgh{gap:6px}}@media screen and (min-
width:1280px){.ybar-ytheme-crunch ._yb_hblnrb._yb_mnkfew{margin-left:-2px}.ybar-ytheme-crunch ._yb_hblnrb._yb_fa72gi._yb_mnkfew,.ybar-ytheme-
crunch ._yb_hblnrb._yb_fa72gi{margin-left:0}}
/*! rtl:ignore */
._yb_1t9t8sq{overflow:hidden;display:inline-block;font-size:12px;font-weight:500;color:#020e65;text-align:center;text-decoration:none;vertical-
align:middle}._yb_15al4oc{background-image:linear-gradient(207deg,#ff03ab,#ff0200);border-radius:100px;border-
width:0;height:18px;left:11.5px;opacity:.71;padding-left:6px;padding-right:5px;position:absolute;top:-
5px;visibility:hidden;width:auto}._yb_15al4oc._yb_of69fx{visibility:visible}._yb_1sklcbk{visibility:hidden;width:auto}._yb_15al4oc._yb_1sklcbk{visibility:vi
sible}.ybar-ytheme-crunch ._yb_15al4oc{background:#6001d2;background:var(--yb-grape-
jelly);left:25px;height:15px;width:16px;top:0;opacity:1;padding:0}.ybar-ytheme-crunch ._yb_15al4oc._yb_15rm09b{left:22px}.ybar-ytheme-crunch:not(.ybar-
uh3-desktop) ._yb_bif524{padding:0 4px}.ybar-ytheme-fuji2 ._yb_zww3mt ._yb_15al4oc,.ybar-ytheme-fuji2 ._yb_zww3mt._yb_uakvdi
._yb_15al4oc{opacity:1}._yb_omr8ww ._yb_15al4oc{background-color:#f0162f;border:0;border-radius:9px;color:#fff;color:var(--yb-white);font-
```

size:11px;height:initial;left:initial;line-height:18px;padding:0 8px;right:-9px;top:-6px;vertical-align:middle;width:initial}._yb_15al4oc ._yb_1tnlosj{color:#fff;display:block;font-size:12px;font-weight:600;line-height:18px;margin-top:0;text-align:center}.ybar-ytheme-crunch ._yb_15al4oc ._yb_1tnlosj{line-height:15px;font-size:10px}._yb_omr8ww ._yb_15al4oc ._yb_1tnlosj{display:inline}._yb_t7kbqy{font-family:"YahooSans VF","YahooSans","Yahoo Sans","Helvetica Neue",Helvetica,Arial,sans-serif;font-family:var(--yb-fuji2-font);font-weight:600;font-size:12px;max-width:80px;margin-left:8px;vertical-align:middle;color:#232a31;color:var(--yb-mail-icon-text);text-align:left;display:inline-block}.ybar-dark ._yb_t7kbqy{color:#fff;color:var(--yb-white)}@media only screen and (max-width:1024px){._yb_t7kbqy{display:none}}._yb_v7w7vl{white-space:nowrap;overflow:hidden;text-overflow:ellipsis}._yb_1099kls{font-weight:700}._yb_98lcnp{text-align:center;padding:20px 24px}._yb_18vnsxk{color:#0078ff;color:var(--yb-mail-signin-link);text-decoration:none}._yb_18vnsxk:visited{color:#324fe1}._yb_1sdio2z{font-weight:400;font-weight:var(--yb-font-regular);width:300px;right:0;opacity:0;transition:visibility 0s linear .4s,max-height 0s linear .4s,opacity .15s linear .4s;top:33px}._yb_1klz16k{background-color:rgb(35 42 49/80%);border-radius:8px;box-shadow:0 0 1px rgba(0 0 0/10%),0 4px 8px rgba(0 0 0/10%);font-weight:400;font-weight:var(--yb-font-regular);right:-12px;opacity:0;padding:8px 14px;transition:visibility 0s linear .4s;top:42px;pointer-events:none;width:30px;visibility:hidden}.ybar-ytheme-crunch ._yb_1c90wtr ._yb_1klz16k{min-width:195px;right:-69px;margin-top:8px;padding:8px 12px}.ybar-ytheme-crunch ._yb_1c90wtr ._yb_108q1b5{min-width:inherit;justify-content:center;margin:0}.ybar-ytheme-crunch ._yb_hblnrb._yb_1c90wtr._yb_of69fx ._yb_1klz16k ._yb_108q1b5._yb_1c90wtr,.ybar-ytheme-crunch ._yb_hblnrb._yb_1c90wtr ._yb_1klz16k ._yb_108q1b5._yb_1c90wtr._yb_1go7lzl{visibility:hidden;display:none}.ybar-ytheme-crunch ._yb_1c90wtr._yb_of69fx ._yb_1klz16k ._yb_1c90wtr._yb_108q1b5._yb_1go7lzl{visibility:visible;display:flex}._yb_108q1b5{color:#fff;color:var(--yb-white);margin-left:2px}._yb_hblnrb:hover ._yb_1klz16k,._yb_1ffslgh:focus+._yb_1klz16k{visibility:visible;opacity:1;padding-top:8px}.ybar-dark .ybar-ytheme-crunch ._yb_1klz16k,.ybar-dark .ybar-ytheme-crunch ._yb_108q1b5{background-color:rgba(255 255 255/80%);color:#232a31;color:var(--yb-batcave)}._yb_mghaxp._yb_1sdio2z:after{border-bottom-color:#f5f8fa;border-bottom-color:var(--yb-marshmallow)}._yb_1iht8d2._yb_1sdio2z:before,._yb_1iht8d2._yb_1sdio2z:after{border-bottom-color:#6001d2;border-bottom-color:var(--yb-grape-jelly)}.ybar-variant-att ._yb_1sdio2z._yb_ux54xt{width:200px}._yb_1sdio2z:before,._yb_1sdio2z:after{right:35px}._yb_1i8fp7g{max-height:calc(100vh - 110px);overflow-y:auto}._yb_1i8fp7g>:first-child{border-top-left-radius:4px;border-top-right-radius:4px}._yb_rh6a85{padding:12px 20px 20px;position:relative;display:block;text-decoration:none;border-bottom:1px solid;color:#fff;color:var(--yb-white);background-color:#6001d2;background-color:var(--yb-grape-jelly);border-color:transparent;margin:-1px -1px 0}._yb_rh6a85:hover{text-decoration:none}._yb_155hxli{padding-bottom:16px;color:#232a31;color:var(--yb-batcave);background-color:#f5f8fa;background-color:var(--yb-marshmallow);border-color:#e0e4e9;border-color:var(--yb-dirty-seagull);margin:0}._yb_11t4st2{display:flex;flex-wrap:wrap;align-items:center}._yb_155hxli ._yb_11t4st2{justify-content:space-between}._yb_1m0tnxm{font-size:14px;line-height:1.43;margin:0 0 12px;font-weight:600;width:100%}._yb_155hxli ._yb_1m0tnxm{order:1;margin:12px 0 0}._yb_h2qo3{margin:0 12px 0 0}._yb_155hxli ._yb_h2qo3 .svg__logo-y{fill:#6001d2;fill:var(--yb-grape-jelly)}._yb_155hxli ._yb_h2qo3 .svg__logo-mail{fill:#000;fill:var(--yb-black);opacity:1}._yb_155hxli ._yb_h2qo3 .svg__logo-y{fill:#fff;fill:var(--yb-white);opacity:.7}._yb_11g2blq{font-size:10px;font-weight:700;color:#000;color:var(--yb-black);line-height:1.2;padding:6px 12px;background-color:#ffa700;background-color:var(--yb-turmeric);border-radius:12px;margin:0}._yb_1cyf40s{position:absolute;overflow:hidden;text-indent:100%;white-space:nowrap}._yb_1ne93uj{list-style:none;padding:0;margin:0}._yb_6n5aa6+._yb_6n5aa6{border-top:1px solid #e0e4e9;border-top:1px solid var(--yb-dirty-seagull)}._yb_kpl9uj{text-decoration:none;color:#232a31;color:var(--yb-batcave);padding:16px 20px;display:block}._yb_1ibi6j1{text-decoration:none;color:#2259b2}._yb_6n5aa6:hover{background-color:#f5f8fa;background-color:var(--yb-marshmallow)}._yb_1ibi6j1{text-decoration:underline}.ybar-ytheme-crunch:not(.ybar-mail-v3) ._yb_1ffslgh svg path{stroke:#232a31;stroke:var(--yb-text-primary)}.ybar-dark .ybar-ytheme-crunch ._yb_hblnrb:hover ._yb_1ffslgh{opacity:1}.ybar-ytheme-crunch ._yb_hblnrb:hover ._yb_jteql8{color:#6001d2;color:var(--yb-text-hover-color)}.ybar-ytheme-crunch ._yb_jteql8{font-size:14px;font-weight:500;color:#232a31;color:var(--yb-text-primary);height:20px;line-height:20px}.ybar-ytheme-crunch.ybar-uh3-desktop ._yb_jteql8{margin-left:4px}.ybar-ytheme-crunch ._yb_mnkfew ._yb_jteql8{display:none}.ybar-ytheme-crunch ._yb_hblnrb._yb_fa72gi:hover{background:0 0}.ybar-ytheme-crunch ._yb_hblnrb._yb_fa72gi._yb_1h05ksk:hover{background:#fff;background:var(--yb-popover-background)}.ybar-ytheme-crunch ._yb_hblnrb:hover ._yb_iqgf6{color:#6001d2;text-align:center;font-size:8px;font-style:normal;font-weight:600;line-

```
height:10px}.ybar-ytheme-crunch ._yb_fa72gi._yb_mnkfew ._yb_1ffslgh svg{margin:0;flex-shrink:0}.ybar-ytheme-crunch:not(.ybar-uh3-desktop) ._yb_fa72gi
._yb_1sklcbk{display:flex;width:6px;height:6px;justify-content:center;align-items:center;gap:10px;position:absolute;left:20px;top:9px;border-
radius:100px;background:#6001d2;background:var(--yb-mail-indicator);box-shadow:0 2px 4px 0 rgb(0 0 0/8%),0 0 1px 0 rgb(0 0
0/10%);visibility:visible;opacity:0;transition:opacity 200ms 200ms ease-out}.ybar-ytheme-crunch.ybar-uh3-desktop ._yb_fa72gi
._yb_1sklcbk{width:3.5px;height:3.5px;position:absolute;left:21px;top:10px;border-radius:7px;background:#6001d2;background:var(--yb-mail-
indicator);border:1px solid #fff;border:var(--yb-mail-indicator-border);visibility:visible;opacity:0;transition:opacity 200ms 300ms ease-out}.ybar-ytheme-crunch
._yb_fa72gi:not(._yb_1h05ksk) ._yb_of69fx{opacity:1}.ybar-ytheme-crunch ._yb_fa72gi ._yb_vsfoyu{opacity:0;width:0;will-
change:width,opacity}.ybar-ytheme-crunch.ybar-uh3-desktop ._yb_fa72gi ._yb_vsfoyu{opacity:1;width:auto;max-width:0;overflow:hidden;will-change:max-
width;transition:max-width 200ms 200ms ease-out,padding-left 200ms 200ms ease-out}.ybar-ytheme-crunch:not(.ybar-uh3-desktop) ._yb_fa72gi
._yb_vsfoyu{display:flex;padding:2px 6px;justify-content:center;align-items:center;gap:10px;border-radius:100px;background:#6001d2;background:var(--yb-
mail-bubble-color);margin-left:-6px}.ybar-ytheme-crunch:not(.ybar-uh3-desktop) ._yb_fa72gi ._yb_vsfoyu._yb_of69fx{width:5px;margin-left:-
1px;opacity:1;padding:2px 6px;transition:width 200ms ease-out,opacity 200ms 200ms ease-out}.ybar-ytheme-crunch.ybar-uh3-desktop ._yb_fa72gi
._yb_vsfoyu._yb_of69fx{max-width:200px;padding-left:8px}.ybar-ytheme-crunch.ybar-uh3-desktop.ybar-mail-v3 ._yb_fa72gi ._yb_vsfoyu._yb_of69fx{padding-
left:4px}._yb_fa72gi._yb_1dcv39e ._yb_vsfoyu._yb_1heo1ux{opacity:1}.ybar-ytheme-crunch:not(.ybar-uh3-desktop) ._yb_fa72gi
._yb_vsfoyu._yb_87qh4x._yb_of69fx{width:10px}.ybar-ytheme-crunch:not(.ybar-uh3-desktop) ._yb_fa72gi
._yb_vsfoyu._yb_bif524._yb_of69fx{width:15px}.ybar-ytheme-crunch ._yb_fa72gi ._yb_vsfoyu._yb_1tnlosj{color:#6001d2;color:var(--yb-profile-panel-hover-
text);text-align:center;font-size:8px;font-style:normal;font-weight:600;line-height:10px;width:15px}.ybar-ytheme-crunch.ybar-uh3-desktop ._yb_fa72gi
._yb_vsfoyu ._yb_1tnlosj{color:#232a31;color:var(--yb-mail-count);font-family:"Yahoo Sans Cond","YahooSansCond","Yahoo Sans","Helvetica
Neue",Helvetica,Arial,sans-serif;font-family:var(--yb-uh3-cond-font);font-size:14px;font-weight:500;line-height:20px;letter-spacing:1px}.ybar-ytheme-
crunch.ybar-uh3-desktop ._yb_hblnrb ._yb_1ffslgh:focus-visible ._yb_vsfoyu ._yb_1tnlosj,.ybar-ytheme-crunch.ybar-uh3-desktop ._yb_hblnrb:hover
._yb_vsfoyu ._yb_1tnlosj{color:#6001d2;color:var(--yb-text-hover-color)}@media screen and (max-width:767px){.ybar-ytheme-crunch:not(.ybar-uh3-desktop)
._yb_hblnrb ._yb_fa72gi ._yb_1ffslgh{margin-left:20px}.ybar-ytheme-crunch ._yb_fa72gi ._yb_1sklcbk{left:40px}}._yb_phgfar
._yb_15al4oc{visibility:visible}.ybar-ytheme-crunch.ybar-mail-v3 ._yb_hblnrb ._yb_fa72gi{display:flex;justify-content:center;height:40px;padding:0}.ybar-
ytheme-crunch ._yb_hblnrb ._yb_1h05ksk{background:0 0;border-radius:100px;height:36px;padding:0 16px;transition:border .3s ease-in;border:1px solid
#6001d2;border:1px solid var(--yb-mail-border-color)}.ybar-ytheme-crunch ._yb_hblnrb ._yb_1h05ksk:has(._yb_1ffslgh:focus-visible){border:1px solid
transparent}.ybar-ytheme-crunch ._yb_hblnrb ._yb_1h05ksk ._yb_jteql8{color:#6001d2;color:var(--yb-text-mail-primary)}.ybar-ytheme-crunch
._yb_hblnrb ._yb_mnkfew ._yb_1ryti8z ._yb_jteql8,.ybar-ytheme-crunch ._yb_hblnrb ._yb_mnkfew ._yb_2mhrk2 ._yb_jteql8,.ybar-ytheme-crunch
._yb_hblnrb ._yb_mnkfew ._yb_192oesh ._yb_jteql8{display:flex}.ybar-ytheme-crunch ._yb_hblnrb ._yb_mnkfew ._yb_1ryti8z
._yb_1sklcbk,._yb_of69fx+._yb_jteql8,.ybar-ytheme-crunch ._yb_hblnrb ._yb_mnkfew ._yb_2mhrk2 ._yb_1sklcbk,._yb_of69fx+._yb_jteql8,.ybar-ytheme-crunch
._yb_hblnrb ._yb_mnkfew ._yb_192oesh ._yb_1sklcbk,._yb_of69fx+._yb_jteql8{display:none}.ybar-ytheme-crunch
._yb_hblnrb ._yb_1h05ksk ._yb_192oesh:not(._yb_1c90wtr){border:2px solid #6001d2;border:2px solid var(--yb-mail-border-color)}.ybar-ytheme-crunch
._yb_hblnrb ._yb_1h05ksk:hover{box-shadow:0 4px 8px 0 rgb(0 0 0/10%),0 0 1px 0 rgb(0 0 0/10%);box-shadow:var(--yb-elevation3-box-shadow)}.ybar-
ytheme-crunch.ybar-uh3-desktop ._yb_hblnrb ._yb_1h05ksk ._yb_1ffslgh:focus-visible{padding:4px 20px;border-radius:100px;outline-offset:-3px}.ybar-ytheme-
crunch.ybar-uh3-desktop.ybar-mail-v3 ._yb_fa72gi ._yb_vsfoyu ._yb_1tnlosj{color:#6001d2;color:var(--yb-mail-border-color)}.ybar-ytheme-crunch
._yb_hblnrb ._yb_1h05ksk ._yb_1ffslgh{padding:0;margin:0 16px}.ybar-ytheme-crunch ._yb_hblnrb ._yb_1h05ksk:hover ._yb_1ffslgh ._yb_jteql8,.ybar-ytheme-
crunch ._yb_hblnrb ._yb_1h05ksk:hover ._yb_1ffslgh ._yb_vsfoyu ._yb_1tnlosj,.ybar-ytheme-crunch ._yb_hblnrb ._yb_1h05ksk:hover ._yb_1ffslgh svg
path{color:#5015b0;color:var(--yb-text-mail-hover);fill:#5015b0;fill:var(--yb-text-mail-hover)}._yb_1qn31hp{display:block;padding-
top:14px;position:absolute;z-index:1200;visibility:hidden;white-
space:normal}input[type=checkbox]:checked~._yb_1qn31hp{visibility:visible;animation:_yb_9ur7pp .25s}@keyframes
_yb_9ur7pp{0%{opacity:0}to{opacity:1}}._yb_13xnuhc{background-color:#fff;background-color:var(--yb-popover-background);border-radius:4px;border-
```

radius:var(--yb-popover-border-radius);border:1px solid #d8dade;border:var(--yb-popover-border);box-shadow:0 2px 8px 0 rgb(0 0 0/36%);box-shadow:var(--yb-popover-shadow)}._yb_1tmsarr{font-weight:500;font-weight:var(--yb-font-medium);display:inline-block;position:relative;vertical-align:middle;width:32px;height:32px}._yb_1tmsarr,._yb_1tmsarr *{box-sizing:content-box}.ybar-ytheme-crunch ._yb_1rhipy._yb_1tmsarr{width:18px;height:18px;padding:9px}.ybar-ytheme-crunch ._yb_jrhipy._yb_1tmsarr svg{display:inline-block;vertical-align:baseline}.ybar-ytheme-crunch ._yb_jrhipy._yb_1tmsarr:focus-visible{outline:4px solid rgb(96 1 210/50%);outline:var(--yb-outline);border-radius:4px;outline-offset:0;background:0 0}._yb_1tmsarr:focus{outline-offset:10px}.ybar-ytheme-crunch #ybarNotificationMenu{cursor:pointer}.ybar-ytheme-crunch.ybar-property-finance #ybarNotificationMenu{cursor:default}._yb_1txa4bz,._yb_y2ipoq{position:relative;color:#fff;color:var(--yb-white);border-width:0;font-size:16px;cursor:pointer;display:inline-block;margin-top:5px}.ybar-ytheme-crunch.ybar-property-finance ._yb_1txa4bz,.ybar-ytheme-crunch.ybar-property-finance ._yb_y2ipoq{cursor:default;height:18px;margin-top:-1px}.ybar-ytheme-fuji2 ._yb_y2ipoq{margin-top:0}._yb_y2ipoq span{position:absolute;color:#fff;border-width:0;font-size:14px;width:24px;height:24px;left:12px;top:-12px;border-radius:24px;background-color:#ff333a;background-color:var(--yb-swedish-fish);background-image:linear-gradient(rgb(255 51 58),rgb(255 0 186));line-height:24px;opacity:.9;text-align:center;visibility:hidden}.ybar-ytheme-fuji2 ._yb_y2ipoq span{top:-5px;left:16px;width:18px;height:18px;border-radius:50%;opacity:.71;font-size:12px;font-weight:600;line-height:18px;background-image:linear-gradient(201deg,#ff03ab,#ff0200)}._yb_xfgade{width:382px;right:-36px;top:32px;padding:14px}._yb_cbzs41 .yns-promo{display:none}.display-push-promos ._yb_cbzs41 .yns-promo{display:block}._yb_cbzs41 .yns-promo .yns-promo-content{padding-right:0!important;margin-right:auto}._yb_cbzs41 .yns-promo:after{content:'';display:block;background-color:#e0e4e9;background-color:var(--yb-dirty-seagull);height:1px;margin:0 15px}._yb_1id4ci5 ._yb_cbzs41 .yns-promo:after{display:none}._yb_cbzs41 .yns-promo .yns-promo-content .notif-upsell-title,._yb_cbzs41 .yns-promo .yns-promo-content .notif-upsell-subtitle{margin:0}._yb_cbzs41 .yns-promo .yns-promo-content .notif-upsell-title{font-weight:700;line-height:1.429;margin-bottom:4px}._yb_cbzs41 .yns-promo .yns-promo-content .notif-upsell-subtitle{margin-bottom:16px;line-height:1.143}._yb_cbzs41 .yns-promo .yns-promo-content .yns-promo-ctr{border-radius:18px;font-weight:700}._yb_cbzs41 .yns-promo .yns-promo-content .yns-promo-button{position:static}.display-push-promos ._yb_1id4ci5 #notif-badge,.display-push-promos ._yb_1id4ci5 .yns-container:not(.yns-promo){display:none}.display-push-promos ._yb_17x3qgn #notification-container:focus ._yb_3fpliz,.display-push-promos ._yb_1ojgd5b ._yb_3fpliz{visibility:visible;opacity:1}.display-push-promos ._yb_17x3qgn ._yb_xfgade{display:none}._yb_3fpliz{max-height:calc(100vh - 110px);overflow-y:auto;top:33px;transition:visibility 0s linear .4s,max-height 0s linear .4s,opacity .15s linear .4s;width:259px;right:-38px;display:block;padding:14px;position:absolute;z-index:1200;white-space:normal;border-radius:8px;visibility:hidden;opacity:1}._yb_igny4l{background-color:#0f69ff;background-color:var(--yb-dory);border-radius:8px;border:1px solid #d8dade;box-shadow:0 2px 8px 0 rgb(0 0 0/36%);color:#fff;padding:16px}._yb_3fpliz:before,._yb_3fpliz:after{border-bottom:8px solid #d8dade;border-left:8px solid transparent;border-right:8px solid transparent;content:'';height:0;position:absolute;top:6px;width:0;right:46px}._yb_3fpliz:after{border-bottom-color:#0f69ff;border-bottom-color:var(--yb-dory);top:7px}._yb_kanoij{font-weight:700;line-height:1.429;margin:0 0 8px}._yb_1hrce5b{line-height:1.171;margin:0 0 16px;font-size:12px}._yb_1rp6fv4{display:flex}._yb_19ktu1v{font-size:12px;line-height:1;padding:0;border-radius:20px;border:0;font-weight:700;cursor:pointer}._yb_1qixyxh{background-color:transparent;color:#fff;margin-right:20px}._yb_14vym9h{background-color:#fff;color:#232a31;color:var(--yb-batcave);padding:6px 16px}._yb_111cn82 ._yb_xfgade,.ybar-ytheme-fuji2 ._yb_xfgade{opacity:0;transition:visibility 0s linear .4s,max-height 0s linear .4s,opacity .15s linear .4s}.ybar-ytheme-fuji2 ._yb_xfgade{max-height:calc(100vh - 110px);overflow-y:auto;top:33px}._yb_xfgade:before,._yb_xfgade:after{right:44px}._yb_1tmsarr input[type=checkbox]{position:absolute;width:100%;height:100%;margin:-1px 0 0 -1px;padding:0 3px 3px 0;opacity:0}._yb_1tmsarr>label:focus,._yb_1tmsarr input[type=checkbox]:checked+label{outline:0}._yb_y2ipoq:hover,._yb_y2ipoq:active,._yb_1tmsarr input[type=checkbox]:checked~label{opacity:.4}.ybar-ytheme-crunch ._yb_jrhipy._yb_y2ipoq:hover{opacity:1}.ybar-ytheme-crunch ._yb_jrhipy ._yb_y2ipoq:hover path{fill:#6001d2;fill:var(--yb-search-btn-color)}.ybar-menu-hover-open ._yb_1tmsarr:hover ._yb_xfgade,.ybar-menu-hover-open ._yb_y2ipoq:hover ._yb_xfgade,._yb_1tmsarr input[type=checkbox]:checked~label~div._yb_xfgade{visibility:visible;animation:_yb_1qrh9og .25s}.ybar-property-homepage .ybar-menu-hover-open ._yb_1tmsarr:hover ._yb_xfgade,.ybar-property-homepage .ybar-menu-hover-open ._yb_y2ipoq:hover ._yb_xfgade,._yb_111cn82 ._yb_1tmsarr input[type=checkbox]:checked~label~div._yb_xfgade,.ybar-ytheme-fuji2 .ybar-menu-hover-open ._yb_1tmsarr:hover ._yb_xfgade,.ybar-ytheme-fuji2 .ybar-

menu-hover-open ._yb_y2ipoq:hover ._yb_xfgade,.ybar-ytheme-fuji2 .ybar-menu-hover-open ._yb_1tmsarr:focus ._yb_xfgade,.ybar-ytheme-fuji2 ._yb_1tmsarr input[type=checkbox]:checked~label~div._yb_xfgade{visibility:visible;opacity:1}.ybar-ytheme-crunch.ybar-property-finance .ybar-menu-hover-open ._yb_xfgade{visibility:hidden;opacity:0;transition:visibility 0s linear .2s,opacity .15s linear .2s}.ybar-ytheme-crunch.ybar-property-finance .ybar-menu-hover-open ._yb_1tmsarr ._yb_1txa4bz:hover+._yb_xfgade,.ybar-ytheme-crunch ._yb_jrhipy._yb_1tmsarr ._yb_xfgade:hover{visibility:visible;opacity:1}#notificationPopoverContainer.ybarMenuOpen{opacity:1;visibility:visible}._yb_oph6a{font-size:14px;font-weight:400;overflow-y:auto;max-height:478px;border-radius:8px}.ybar-ytheme-crunch.ybar-uh3-desktop ._yb_oph6a{box-shadow:0 4px 16px 0 rgb(0 0 0/20%),0 0 2px 0 rgb(0 0 0/5%)}._yb_oph6a .yns-notifications{padding-bottom:5px}._yb_oph6a .yns-panel-header{padding:20px 0 5px 20px}._yb_oph6a .yns-link,._yb_oph6a .yns-link:hover{padding:15px 20px}._yb_oph6a .yns-content{padding-left:16px}._yb_oph6a .yns-dot{font-style:normal;font-family:'Helvetica Neue',Helvetica,Arial,sans-serif}._yb_oph6a .yns-link:focus{outline-offset:-1px}._yb_oph6a ul{list-style-type:none;margin:0;padding:0;font-family:"YahooSans VF",YahooSans,"Yahoo Sans","Helvetica Neue",Helvetica,Arial,sans-serif;font-family:var(--yb-fuji2-font)}._yb_1g275qd{-o-object-fit:fill;object-fit:fill;width:42px;height:35px;margin:0 -6px}._yb_1x4hg87{align-items:center;background:#6001d2;background:var(--yb-mail-bubble-color);border-radius:100px;display:none;gap:10px;justify-content:center;margin-right:4.5px;left:8px;padding:2px 6px;position:relative;bottom:30px;transition:none;width:auto;will-change:width,opacity}._yb_1x4hg87._yb_8o4f49{display:flex}._yb_1x4hg87 ._yb_8pjvgn{color:#fff;color:var(--yb-white);font-size:8px;font-style:normal;font-weight:700;line-height:10px;text-align:center;width:auto}@media screen and (max-width:767px){._yb_xfgade{right:-112px}}#notification-container .yns-panel-header-title,#notification-container .yns-title{color:var(--batcave);color:var(--yb-yns-title)}.ybar-ytheme-crunch ._yb_1tmsarr ._yb_1txa4bz svg path,.ybar-ytheme-crunch ._yb_y2ipoq svg path{fill:#232a31;fill:var(--yb-text-primary)}.ybar-ytheme-crunch ._yb_1tmsarr:focus-visible ._yb_1txa4bz svg path,.ybar-ytheme-crunch ._yb_1tmsarr ._yb_1txa4bz svg:hover path{fill:#6001d2;fill:var(--yb-text-hover-color)}.yns-panel{overflow:hidden;font-size:14px}.yns-panel-loading{background:url(https://s.yimg.com/ok/u/assets/img/spinner-24x24-anim.gif) no-repeat center center;opacity:.5;z-index:1;min-height:58px}.yns-panel-padding-btm{padding-bottom:40px}.yns-hide{display:none}.yns-panel-footer-action{background-color:#fff;background-color:var(--white,#fff);border-top:solid 1px #f0f3f5;border-top:solid 1px var(--grey-hair,#f0f3f5);padding:10px 0;text-align:center;position:absolute;left:0;right:0;bottom:0}.yns-navigate-center{color:#000;color:var(--black,#000);line-height:20px;text-decoration:none}.yns-navigate-center:focus,.yns-navigate-center:hover{color:#0063eb;color:var(--scooter,#0063eb);line-height:20px;text-decoration:none}.yns-panel-header{padding:10px 0 10px 16px}.yns-panel-header-title{color:#232a21;color:var(--batcave,#232a21);font-weight:700;line-height:17px}.yns-panel-error{padding:20px 0;text-align:center}.yns-indicator{background-color:#12a9ff;background-color:var(--sky,#12a9ff);width:11px;height:11px;border:solid 1.5px #fff;border:solid 1.5px var(--white,#fff);display:inline-block;border-radius:50%}.yns-title{color:#232a31;color:var(--batcave,#232a31)}.yns-promo-title{color:#232a31;color:var(--batcave,#232a31)}.yns-promo{display:none}.display-push-promos .yns-promo{display:block}.yns-promo.yns-container .yns-content{padding-right:115px}.yns-promo.yns-container .yns-promo-ctr{background-color:#0f69ff;background-color:var(--dory,#0f69ff);border-radius:2px;border:0;color:#fff;color:var(--white,#fff);cursor:pointer;font-size:13px;height:35px;max-width:111px;min-width:96px}.yns-promo.yns-container .yns-promo-button{position:absolute;top:4px;right:4px}.yns-promo.yns-no-logo .yns-promo-logo{display:none}.yns-promo.yns-no-logo .yns-promo-content.yns-content{padding-left:0}.yns-container.yns-empty{padding:72px 0;position:relative}.display-push-promos .yns-empty{border-top:solid 1px #f0f3f5;border-top:solid 1px var(--grey-hair,#f0f3f5)}.yns-container.yns-empty:hover{background-color:#fff;background-color:var(--white,#fff)}.yns-empty .yns-content{position:absolute;padding:0;text-align:center;width:100%}</style><!-- HTML_TAG_END --> <!-- HTML_TAG_START --><div id="ybar" role="banner" data-spaceid="1183300100" data-testid="rocket_GA_desk_test-3-v1,ypf-bankrate-widget-control-v2-q4,yf-portfoliodetail-control,fin-nimbus-article-enabled" data-version="3.10.41" data-isSingleRowHeader="false" data-isSingleRowSearchbox="" class="ybar-ytheme-crunch ybar-uh3-desktop ybar-property-finance ybar-variant-none _yb_skd6ex _yb_1h6cjwp _yb_e1mx89 _yb_1ju4sqm    _yb_1qs896r  ybar-track-link-views non-generic-property    ybar-mail-v3  "> <script id="ybarConfig" type="text/x-template">{"assist_billboard_v2":true,"enable_search_ui":true,"highlight_searchassist":true,"overlay_class":"midnight60","scrollThreshold":4}</script> <div id="ybar-inner-wrap" class="_yb_111vk2h "><div class="_yb_q9y9g7a"></div>   <div class="_yb_191hf6c _yb_1wf1bgy _yb_1433s0f"><div class="_yb_1wn3by6 _yb_8cmloh"> <div class="_yb_lteyk5"><div class="_yb_1687237"><button id="_yb_sidenav-btn" class="_yb_1l2dr1o rapid-noclick-

resp" aria-label="Y! Sites" aria-expanded="false"><svg width="20" height="20" viewBox="0 0 20 20" fill="none" xmlns="http://www.w3.org/2000/svg"><path fill-rule="evenodd" clip-rule="evenodd" d="M17.5001 5.83342H2.50008C2.03966 5.83342 1.66675 5.46008 1.66675 5.00008C1.66675 4.54008 2.03966 4.16675 2.50008 4.16675H17.5001C17.9601 4.16675 18.3334 4.54008 18.3334 5.00008C18.3334 5.46008 17.9601 5.83342 17.5001 5.83342ZM17.5001 11.2501H2.50008C2.03966 11.2501 1.66675 10.8767 1.66675 10.4167C1.66675 9.95633 2.03966 9.58341 2.50008 9.58341H17.5001C17.9601 9.58341 18.3334 9.95633 18.3334 10.4167C18.3334 10.8767 17.9601 11.2501 17.5001 11.2501ZM2.50008 16.6667H17.5001C17.9601 16.6667 18.3334 16.2934 18.3334 15.8334C18.3334 15.373 17.9601 15.0001 17.5001 15.0001H2.50008C2.03966 15.0001 1.66675 15.373 1.66675 15.8334C1.66675 16.2934 2.03966 16.6667 2.50008 16.6667Z" fill="#232A31"></path></svg></button><div class="_yb_pyz287 _yb_fum1a1 "> <div class="_yb_1hc87hl _yb_gx8mtc"><div class="_yb_3m4hfk"><div class="_yb_1cc7wse _yb_gx8mtc"><div class="_yb_1gx27uc"></div><button class="_yb_1b79rpk _yb_gx8mtc rapid-noclick-resp" aria-label="Close button"><svg width="20" height="20" viewBox="0 0 20 20" fill="none" xmlns="http://www.w3.org/2000/svg"><path d="M9.99935 8.82328L5.58435 4.40828C5.26518 4.08911 4.73602 4.08661 4.41102 4.41102 4.41161C4.08435 4.73911 4.08518 5.26161 4.40852 5.58494L8.82268 9.99994L4.40852 14.4141C4.08852 14.7341 4.08685 15.2624 4.41102 15.5874C4.73852 15.9149 5.26185 15.9141 5.58435 15.5908L9.99935 11.1758L14.4143 15.5908C14.7335 15.9108 15.2627 15.9124 15.5877 15.5874C15.9143 15.2608 15.9135 14.7374 15.5902 14.4141L11.176 9.99994L15.5902 5.58494C15.9102 5.26494 15.9118 4.73661 15.5877 4.41161C15.2602 4.08494 14.7368 4.08578 14.4143 4.40828L9.99935 8.82328Z" fill="#232A31"></path></svg></button></div>    <section class="_yb_9d1sug _yb_1i5wvic _yb_gx8mtc"><h3 class="_yb_oj0kxz _yb_gx8mtc" tabindex="0"><div class="_yb_tiojz _yb_ubzni8 _yb_gx8mtc"><a href="https:&#x2F;&#x2F;www.yahoo.com&#x2F;" class="_yb_3azc2" tabindex="-1">News</a></div><div class="_yb_1q3bav3 _yb_fg0fdn _yb_gx8mtc" tabindex="0"><svg width="20" height="20" viewBox="0 0 20 20" fill="none" xmlns="http://www.w3.org/2000/svg"><path d="M10.0011 10.6612L5.91234 6.57241C5.56999 6.25789 5.06949 6.25294 4.74754 6.57489C4.42228 6.90014 4.42393 7.41939 4.74506 7.73969L10.0011 12.9966L15.2588 7.73804C15.5742 7.42269 15.5791 6.89519 15.2564 6.57324C14.9319 6.24881 14.4127 6.24963 14.0916 6.57076L10.0011 10.6612Z" fill="#232A31"></path></svg></div></h3><ul class="_yb_1oryszx _yb_gx8mtc"><li class="_yb_b9j16y _yb_gx8mtc"> <a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;www.yahoo.com&#x2F;news&#x2F;" data-ylk="slk:Today&#39;s news;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Today&#39;s news</a>  </li> <li class="_yb_b9j16y _yb_gx8mtc"> <a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;www.yahoo.com&#x2F;news&#x2F;us&#x2F;" data-ylk="slk:US;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">US</a>  </li> <li class="_yb_b9j16y _yb_gx8mtc"> <a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;www.yahoo.com&#x2F;news&#x2F;politics&#x2F;" data-ylk="slk:Politics;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Politics</a>  </li> <li class="_yb_b9j16y _yb_gx8mtc"> <a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;www.yahoo.com&#x2F;news&#x2F;world&#x2F;" data-ylk="slk:World;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">World</a>  </li> <li class="_yb_b9j16y _yb_1dokb0v _yb_gx8mtc"> <a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;www.yahoo.com&#x2F;tech&#x2F;" data-ylk="slk:Tech;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Tech</a>    <button class="_yb_1q3bav3 _yb_3kzhl7 rapid-noclick-resp"><svg aria-label="icon" width="16" height="16" viewBox="0 0 24 24" fill="none" xmlns="http://www.w3.org/2000/svg"><path d="M10.8021 12.0009H15.7081 7.16557C16.0855 6.79265 16.0914 6.16884 15.7051 5.78811C15.3148 5.40348 14.6918 5.40543 14.3075 5.78518L8 12.0009C14.3095 18.2185C14.6879 18.5914 15.3208 18.5973 15.7071 18.2155C16.0964 17.8319 16.0954 17.2178 15.7101 16.8381L10.8021 12.0009Z" fill="#232A31"></path></svg></button><ul class="_yb_cr10dc _yb_lp7m8b"><li class="_yb_b9j16y _yb_3ks6qd"><button aria-label="Back" class="rapid-noclick-resp"><svg aria-label="icon" width="20" height="20" viewBox="0 0 24 24" fill="none" xmlns="http://www.w3.org/2000/svg"><path d="M10.8021 12.0009L15.7081 7.16557C16.0855 6.79265 16.0914 6.16884 15.7051 5.78811C15.3148 5.40348 14.6918 5.40543 14.3075 5.78518L8 12.0009C14.3095 18.2185C14.6879 18.5914 15.3208 18.5973 15.7071 18.2155C16.0964 17.8319 16.0954 17.2178 15.7101 16.8381L10.8021 12.0009Z" fill="#232A31"></path></svg></button></li><li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;www.yahoo.com&#x2F;tech&#x2F;reviews-deals&#x2F;" data-ylk="slk:Reviews and deals;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Reviews and deals </a></li> <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;www.yahoo.com&#x2F;tech&#x2F;audio&#x2F;" data-ylk="slk:Audio;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Audio </a></li> <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;www.yahoo.com&#x2F;tech&#x2F;computing&#x2F;" data-ylk="slk:Computing;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Computing </a></li> <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;www.yahoo.com&#x2F;tech&#x2F;gaming&#x2F;" data-ylk="slk:Gaming;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Gaming

</a></li> <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;www.yahoo.com&#x2F;tech&#x2F;health&#x2F;" data-ylk="slk:Health;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Health </a></li> <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;www.yahoo.com&#x2F;tech&#x2F;home&#x2F;" data-ylk="slk:Home;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Home </a></li> <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;www.yahoo.com&#x2F;tech&#x2F;phones&#x2F;" data-ylk="slk:Phones;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Phones </a></li> <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;www.yahoo.com&#x2F;tech&#x2F;science&#x2F;" data-ylk="slk:Science;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Science </a></li> <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;www.yahoo.com&#x2F;tech&#x2F;tvs&#x2F;" data-ylk="slk:TVs;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">TVs </a></li> </ul></li> <li class="_yb_b9j16y _yb_gx8mtc"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;www.yahoo.com&#x2F;tagged&#x2F;climate-change&#x2F;" data-ylk="slk:Climate change;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Climate change</a> </li> <li class="_yb_b9j16y _yb_gx8mtc"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;www.yahoo.com&#x2F;news&#x2F;health&#x2F;" data-ylk="slk:Health;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Health</a> </li> <li class="_yb_b9j16y _yb_gx8mtc"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;www.yahoo.com&#x2F;news&#x2F;science&#x2F;" data-ylk="slk:Science;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Science</a> </li> <li class="_yb_b9j16y _yb_gx8mtc"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;www.yahoo.com&#x2F;elections&#x2F;" data-ylk="slk:2024 election;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">2024 election</a> </li> <li class="_yb_b9j16y _yb_1dokb0v _yb_gx8mtc"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;news.yahoo.com&#x2F;originals&#x2F;" data-ylk="slk:Originals;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Originals</a> <button class="_yb_1q3bav3 _yb_3kzhl7 rapid-noclick-resp"><svg aria-label="icon" width="16" height="16" viewBox="0 0 24 24" fill="none" xmlns="http://www.w3.org/2000/svg"><path d="M10.8021 12.0009L15.7081 7.16557C16.0855 6.79265 16.0914 6.16884 15.7051 5.78811C15.3148 5.40348 14.6918 5.40543 14.3075 5.78518L8.12009 14.3095 18.2185 14.6879 18.5914 15.3208 18.5973 15.7071 18.2155 16.0964 17.8319 16.0954 17.2178 15.7101 16.8381L10.8021 12.0009Z" fill="#232A31"></path></svg></button><ul class="_yb_cr10dc _yb_1p7m8b"><li class="_yb_b9j16y _yb_3ks6qd"><button aria-label="Back" class="rapid-noclick-resp"><svg aria-label="icon" width="20" height="20" viewBox="0 0 24 24" fill="none" xmlns="http://www.w3.org/2000/svg"><path d="M10.8021 12.0009L15.7081 7.16557C16.0855 6.79265 16.0914 6.16884 15.7051 5.78811C15.3148 5.40348 14.6918 5.40543 14.3075 5.78518L8.12009 14.3095 18.2185 14.6879 18.5914 15.3208 18.5973 15.7071 18.2155 16.0964 17.8319 16.0954 17.2178 15.7101 16.8381L10.8021 12.0009Z" fill="#232A31"></path></svg></button></li> <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;www.yahoo.com&#x2F;news&#x2F;tagged&#x2F;360&#x2F;" data-ylk="slk:The 360;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">The 360 </a></ul> </li> <li class="_yb_b9j16y _yb_gx8mtc"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;news.yahoo.com&#x2F;newsletters&#x2F;" data-ylk="slk:Newsletters;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Newsletters</a> </li> </ul></section> <section class="_yb_9d1sug _yb_1i5wvic _yb_gx8mtc"><h3 class="_yb_oj0kxz _yb_gx8mtc" tabindex="0"> <div class="_yb_tiojz _yb_ubzni8 _yb_gx8mtc"><a href="https:&#x2F;&#x2F;www.yahoo.com&#x2F;lifestyle&#x2F;" class="_yb_3azc2" tabindex="-1">Life</a></div><div class="_yb_1q3bav3 _yb_fg0fdn _yb_gx8mtc" tabindex="0"><svg width="20" height="20" viewBox="0 0 20 20" fill="none" xmlns="http://www.w3.org/2000/svg"><path d="M10.0011 10.6612L5.91234 6.57241C5.59699 6.25789 5.06949 6.25294 4.74754 6.57489C4.42228 6.90014 4.42393 7.41939 4.74506 7.73969L10.0011 12.9966L15.2588 7.73804C15.5742 7.42269 15.5791 6.89519 15.2564 6.57324C14.9319 6.24881 14.4127 6.24963 14.0916 6.57076L10.0011 10.6612Z" fill="#232A31"></path></svg></div></h3><ul class="_yb_1oryszx _yb_gx8mtc"><li class="_yb_b9j16y _yb_1dokb0v _yb_gx8mtc"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;www.yahoo.com&#x2F;lifestyle&#x2F;tagged&#x2F;health&#x2F;" data-ylk="slk:Health;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Health</a> <button class="_yb_1q3bav3 _yb_3kzhl7 rapid-noclick-resp"><svg aria-label="icon" width="16" height="16" viewBox="0 0 24 24" fill="none" xmlns="http://www.w3.org/2000/svg"><path d="M10.8021 12.0009L15.7081 7.16557C16.0855 6.79265 16.0914 6.16884 15.7051 5.78811C15.3148 5.40348 14.6918 5.40543 14.3075 5.78518L8.12009 14.3095 18.2185 14.6879 18.5914 15.3208 18.5973 15.7071 18.2155 16.0964 17.8319 16.0954 17.2178 15.7101 16.8381L10.8021 12.0009Z" fill="#232A31"></path></svg></button><ul class="_yb_cr10dc _yb_1p7m8b"><li class="_yb_b9j16y _yb_3ks6qd"><button aria-label="Back" class="rapid-noclick-resp"><svg aria-label="icon" width="20" height="20"

```
viewBox="0 0 24 24" fill="none" xmlns="http://www.w3.org/2000/svg"><path d="M10.8021 12.0009L15.7081 7.16557C16.0855 6.79265 16.0914 6.16884
15.7051 5.78811C15.3148 5.40348 14.6918 5.40543 14.3075 5.78518L8 12.0009L14.3095 18.2185C14.6879 18.5914 15.3208 18.5973 15.7071
18.2155C16.0964 17.8319 16.0954 17.2178 15.7101 16.8381L10.8021 12.0009Z" fill="#232A31"></path></svg></button></li> <li class="_yb_b9j16y"><a
class="_yb_5i3s2a" href="https:&#x2F;&#x2F;www.yahoo.com&#x2F;lifestyle&#x2F;tagged&#x2F;covid&#x2F;" data-ylk="slk:COVID-
19;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">COVID-19 </a></li> <li class="_yb_b9j16y"><a class="_yb_5i3s2a"
href="https:&#x2F;&#x2F;www.yahoo.com&#x2F;lifestyle&#x2F;fall-allergies&#x2F;" data-ylk="slk:Fall allergies;elm:navcat;pkgt:side-
nav;subsec:navrail;itc:0">Fall allergies </a></li> <li class="_yb_b9j16y"><a class="_yb_5i3s2a"
href="https:&#x2F;&#x2F;www.yahoo.com&#x2F;lifestyle&#x2F;tagged&#x2F;do-i-need-to-worry&#x2F;" data-ylk="slk:Health news;elm:navcat;pkgt:side-
nav;subsec:navrail;itc:0">Health news </a></li> <li class="_yb_b9j16y"><a class="_yb_5i3s2a"
href="https:&#x2F;&#x2F;www.yahoo.com&#x2F;lifestyle&#x2F;tagged&#x2F;mental-health&#x2F;" data-ylk="slk:Mental health;elm:navcat;pkgt:side-
nav;subsec:navrail;itc:0">Mental health </a></li> <li class="_yb_b9j16y"><a class="_yb_5i3s2a"
href="https:&#x2F;&#x2F;www.yahoo.com&#x2F;lifestyle&#x2F;relax&#x2F;" data-ylk="slk:Relax;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Relax
</a></li> <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;www.yahoo.com&#x2F;lifestyle&#x2F;tagged&#x2F;sexual-
health&#x2F;" data-ylk="slk:Sexual health;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Sexual health </a></li> <li class="_yb_b9j16y"><a
class="_yb_5i3s2a" href="https:&#x2F;&#x2F;www.yahoo.com&#x2F;lifestyle&#x2F;study&#x2F;" data-ylk="slk:Studies;elm:navcat;pkgt:side-
nav;subsec:navrail;itc:0">Studies </a></li> <li class="_yb_b9j16y"><a class="_yb_5i3s2a"
href="https:&#x2F;&#x2F;www.yahoo.com&#x2F;lifestyle&#x2F;tagged&#x2F;the-unwind&#x2F;" data-ylk="slk:The Unwind;elm:navcat;pkgt:side-
nav;subsec:navrail;itc:0">The Unwind </a></li> </ul> </li> <li class="_yb_b9j16y _yb_1dokb0v _yb_gx8mtc"> <a class="_yb_5i3s2a"
href="https:&#x2F;&#x2F;www.yahoo.com&#x2F;lifestyle&#x2F;tagged&#x2F;parenting&#x2F;" data-ylk="slk:Parenting;elm:navcat;pkgt:side-
nav;subsec:navrail;itc:0">Parenting</a>   <button class="_yb_1q3bav3 _yb_3kzhl7 rapid-noclick-resp"><svg aria-label="icon" width="16" height="16"
viewBox="0 0 24 24" fill="none" xmlns="http://www.w3.org/2000/svg"><path d="M10.8021 12.0009L15.7081 7.16557C16.0855 6.79265 16.0914 6.16884
15.7051 5.78811C15.3148 5.40348 14.6918 5.40543 14.3075 5.78518L8 12.0009L14.3095 18.2185C14.6879 18.5914 15.3208 18.5973 15.7071
18.2155C16.0964 17.8319 16.0954 17.2178 15.7101 16.8381L10.8021 12.0009Z" fill="#232A31"></path></svg></button></li> <ul class="_yb_cr10dc
_yb_lp7m8b"><li class="_yb_b9j16y _yb_3ks6qd"><button aria-label="Back" class="rapid-noclick-resp"><svg aria-label="icon" width="20" height="20"
viewBox="0 0 24 24" fill="none" xmlns="http://www.w3.org/2000/svg"><path d="M10.8021 12.0009L15.7081 7.16557C16.0855 6.79265 16.0914 6.16884
15.7051 5.78811C15.3148 5.40348 14.6918 5.40543 14.3075 5.78518L8 12.0009L14.3095 18.2185C14.6879 18.5914 15.3208 18.5973 15.7071
18.2155C16.0964 17.8319 16.0954 17.2178 15.7101 16.8381L10.8021 12.0009Z" fill="#232A31"></path></svg></button></li> <li class="_yb_b9j16y"><a
class="_yb_5i3s2a" href="https:&#x2F;&#x2F;www.yahoo.com&#x2F;lifestyle&#x2F;tagged&#x2F;family-health&#x2F;" data-ylk="slk:Family
health;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Family health </a></li> <li class="_yb_b9j16y"><a class="_yb_5i3s2a"
href="https:&#x2F;&#x2F;www.yahoo.com&#x2F;lifestyle&#x2F;tagged&#x2F;so-mini-ways&#x2F;" data-ylk="slk:So mini ways;elm:navcat;pkgt:side-
nav;subsec:navrail;itc:0">So mini ways </a></li> </ul> </li> <li class="_yb_b9j16y _yb_1dokb0v _yb_gx8mtc"> <a class="_yb_5i3s2a"
href="https:&#x2F;&#x2F;www.yahoo.com&#x2F;lifestyle&#x2F;style-beauty&#x2F;" data-ylk="slk:Style and beauty;elm:navcat;pkgt:side-
nav;subsec:navrail;itc:0">Style and beauty</a>   <button class="_yb_1q3bav3 _yb_3kzhl7 rapid-noclick-resp"><svg aria-label="icon" width="16" height="16"
viewBox="0 0 24 24" fill="none" xmlns="http://www.w3.org/2000/svg"><path d="M10.8021 12.0009L15.7081 7.16557C16.0855 6.79265 16.0914 6.16884
15.7051 5.78811C15.3148 5.40348 14.6918 5.40543 14.3075 5.78518L8 12.0009L14.3095 18.2185C14.6879 18.5914 15.3208 18.5973 15.7071
18.2155C16.0964 17.8319 16.0954 17.2178 15.7101 16.8381L10.8021 12.0009Z" fill="#232A31"></path></svg></button><ul class="_yb_cr10dc
_yb_lp7m8b"><li class="_yb_b9j16y _yb_3ks6qd"><button aria-label="Back" class="rapid-noclick-resp"><svg aria-label="icon" width="20" height="20"
viewBox="0 0 24 24" fill="none" xmlns="http://www.w3.org/2000/svg"><path d="M10.8021 12.0009L15.7081 7.16557C16.0855 6.79265 16.0914 6.16884
15.7051 5.78811C15.3148 5.40348 14.6918 5.40543 14.3075 5.78518L8 12.0009L14.3095 18.2185C14.6879 18.5914 15.3208 18.5973 15.7071
18.2155C16.0964 17.8319 16.0954 17.2178 15.7101 16.8381L10.8021 12.0009Z" fill="#232A31"></path></svg></button></li> <li class="_yb_b9j16y"><a
```

class="_yb_5i3s2a" href="https:&#x2F;&#x2F;www.yahoo.com&#x2F;lifestyle&#x2F;tagged&#x2F;it-figures&#x2F;" data-ylk="slk:It Figures;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">It Figures </a></li> <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;www.yahoo.com&#x2F;lifestyle&#x2F;tagged&#x2F;unapologetically&#x2F;" data-ylk="slk:Unapologetically;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Unapologetically </a></li> </ul> </li> <li class="_yb_b9j16y   _yb_gx8mtc"> <a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;www.yahoo.com&#x2F;lifestyle&#x2F;horoscope&#x2F;" data-ylk="slk:Horoscopes;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Horoscopes</a> </li> <li class="_yb_b9j16y  _yb_1dokb0v _yb_gx8mtc"> <a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;www.yahoo.com&#x2F;shopping.yahoo.com&#x2F;" data-ylk="slk:Shopping;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Shopping</a>   <button class="_yb_1q3bav3 _yb_3kzhl7 rapid-noclick-resp"><svg aria-label="icon" width="16" height="16" viewBox="0 0 24 24" fill="none" xmlns="http://www.w3.org/2000/svg"><path d="M10.8021 12.0009L15.7081 7.16557C16.0855 6.79265 16.0914 6.16884 15.7051 5.78811C15.3148 5.40348 14.6918 5.40543 14.3075 5.78518L8 12.0009L14.3095 18.2185C14.6879 18.5914 15.3208 18.5973 15.7071 18.2155C16.0964 17.8319 16.0954 17.2178 15.7101 16.8381L10.8021 12.0009Z" fill="#232A31"></path></svg></button><ul class="_yb_cr10dc _yb_lp7m8b"><li class="_yb_b9j16y _yb_3ks6qd"><button aria-label="Back" class="rapid-noclick-resp"><svg aria-label="icon" width="20" height="20" viewBox="0 0 24 24" fill="none" xmlns="http://www.w3.org/2000/svg"><path d="M10.8021 12.0009L15.7081 7.16557C16.0855 6.79265 16.0914 6.16884 15.7051 5.78811C15.3148 5.40348 14.6918 5.40543 14.3075 5.78518L8 12.0009L14.3095 18.2185C14.6879 18.5914 15.3208 18.5973 15.7071 18.2155C16.0964 17.8319 16.0954 17.2178 15.7101 16.8381L10.8021 12.0009Z" fill="#232A31"></path></svg></button> </li> <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;www.yahoo.com&#x2F;lifestyle&#x2F;tagged&#x2F;best-of&#x2F;" data-ylk="slk:Buying guides;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Buying guides </a></li> </ul> </li> <li class="_yb_b9j16y   _yb_gx8mtc"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;www.yahoo.com&#x2F;lifestyle&#x2F;food&#x2F;" data-ylk="slk:Food;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Food</a>   </li> <li class="_yb_b9j16y   _yb_gx8mtc"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;www.yahoo.com&#x2F;lifestyle&#x2F;tagged&#x2F;travel&#x2F;" data-ylk="slk:Travel;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Travel</a>   </li> <li class="_yb_b9j16y   _yb_gx8mtc"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;autos.yahoo.com&#x2F;" data-ylk="slk:Autos;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Autos</a>   </li> <li class="_yb_b9j16y   _yb_gx8mtc"> <a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;www.yahoo.com&#x2F;topics&#x2F;gift-ideas&#x2F;" data-ylk="slk:Gift ideas;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Gift ideas</a>   </li> <li class="_yb_b9j16y   _yb_gx8mtc"> <a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;www.yahoo.com&#x2F;topics&#x2F;buying-guides&#x2F;" data-ylk="slk:Buying guides;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Buying guides</a>   </li> </ul></section> <section class="_yb_9d1sug _yb_1i5wvic _yb_gx8mtc"><h3 class="_yb_oj0kxz _yb_gx8mtc" tabindex="0"> <div class="_yb_tiojz _yb_ubzni8 _yb_gx8mtc"><a href="https:&#x2F;&#x2F;www.yahoo.com&#x2F;entertainment&#x2F;" class="_yb_3azc2" tabindex="-1">Entertainment</a></div><div class="_yb_1q3bav3 _yb_fg0fdn _yb_gx8mtc" tabindex="0"><svg width="20" height="20" viewBox="0 0 20 20" fill="none" xmlns="http://www.w3.org/2000/svg"><path d="M10.0011 10.6612L5.91234 6.57241C5.59699 6.25789 5.06949 6.25294 4.74754 6.57489C4.42228 6.90014 4.42393 7.41939 4.74506 7.73969L10.0011 12.9966L15.2588 7.73804C15.5742 7.42269 15.5791 6.89519 15.2564 6.57324C14.9319 6.24881 14.4127 6.24963 14.0916 6.57076L10.0011 10.6612Z" fill="#232A31"></path></svg></div></h3><ul class="_yb_1oryszx _yb_gx8mtc"><li class="_yb_b9j16y   _yb_gx8mtc"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;www.yahoo.com&#x2F;entertainment&#x2F;celebrity&#x2F;" data-ylk="slk:Celebrity;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Celebrity</a>   </li> <li class="_yb_b9j16y   _yb_gx8mtc"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;www.yahoo.com&#x2F;entertainment&#x2F;tv&#x2F;" data-ylk="slk:TV;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">TV</a> </li> <li class="_yb_b9j16y   _yb_gx8mtc"> <a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;www.yahoo.com&#x2F;entertainment&#x2F;movies&#x2F;" data-ylk="slk:Movies;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Movies</a>   </li> <li class="_yb_b9j16y   _yb_gx8mtc"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;www.yahoo.com&#x2F;entertainment&#x2F;music&#x2F;" data-ylk="slk:Music;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Music</a> </li> <li class="_yb_b9j16y   _yb_gx8mtc"> <a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;www.yahoo.com&#x2F;entertainment&#x2F;tagged&#x2F;how-to-watch&#x2F;" data-ylk="slk:How to

Watch;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">How to Watch</a>  </li>  <li class="_yb_b9j16y  _yb_gx8mtc"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;www.yahoo.com&#x2F;entertainment&#x2F;tagged&#x2F;interviews&#x2F;" data-ylk="slk:Interviews;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Interviews</a>  </li> <li class="_yb_b9j16y  _yb_gx8mtc"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;www.yahoo.com&#x2F;entertainment&#x2F;tagged&#x2F;videos&#x2F;" data-ylk="slk:Videos;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Videos</a>  </li> </ul></section>  <section class="_yb_9d1sug _yb_tms0jm _yb_j283ho _yb_gx8mtc"><h3 class="_yb_oj0kxz _yb_gx8mtc" tabindex="0"> <div class="_yb_lpj73f"></div>  <div class="_yb_tiojz _yb_gx8mtc"><a href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;" class="_yb_3azc2" tabindex="-1">Finance</a></div><div class="_yb_1q3bav3 _yb_fg0fdn _yb_gx8mtc" tabindex="0"><svg width="20" height="20" viewBox="0 0 20 20" fill="none" xmlns="http://www.w3.org/2000/svg"><path d="M10.0011 10.6612L5.91234 6.57241C5.59699 6.25789 5.06949 6.25294 4.74754 6.57489C4.42228 6.90014 4.42393 7.41939 4.74506 7.73969L10.0011 12.9966L15.2588 7.73804C15.5742 7.42269 15.5791 6.89519 15.2564 6.57324C14.9319 6.24881 14.4127 6.24963 14.0916 6.57076L10.0011 10.6612Z" fill="#232A31"></path></svg></div></h3><ul class="_yb_1oryszx _yb_gx8mtc"> <li class="_yb_b9j16y  _yb_gx8mtc"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;portfolios" data-ylk="slk:My Portfolio;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">My Portfolio</a> </li> <li class="_yb_b9j16y  _yb_1dokb0v _yb_gx8mtc"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;news&#x2F;" data-ylk="slk:News;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">News</a>  <button class="_yb_1q3bav3 _yb_3kzhl7 rapid-noclick-resp"><svg aria-label="icon" width="16" height="16" viewBox="0 0 24 24" fill="none" xmlns="http://www.w3.org/2000/svg"><path d="M10.8021 12.0009L15.7081 7.16557C16.0855 6.79265 16.0914 6.16884 15.7051 5.78811C15.3148 5.40348 14.6918 5.40543 14.3075 5.78518L8.12009L14.3095 18.2185C14.6879 18.5914 15.3208 18.5973 15.7071 18.2155C16.0964 17.8319 16.0954 17.2178 15.7101 16.8381L10.8021 12.0009Z" fill="#232A31"></path></svg></button><ul class="_yb_cr10dc _yb_lp7m8b"><li class="_yb_b9j16y _yb_3ks6qd"><button aria-label="Back" class="rapid-noclick-resp"><svg aria-label="icon" width="20" height="20" viewBox="0 0 24 24" fill="none" xmlns="http://www.w3.org/2000/svg"><path d="M10.8021 12.0009L15.7081 7.16557C16.0855 6.79265 16.0914 6.16884 15.7051 5.78811C15.3148 5.40348 14.6918 5.40543 14.3075 5.78518L8.12009L14.3095 18.2185C14.6879 18.5914 15.3208 18.5973 15.7071 18.2155C16.0964 17.8319 16.0954 17.2178 15.7101 16.8381L10.8021 12.0009Z" fill="#232A31"></path></svg></button></li> <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;topic&#x2F;latest-news&#x2F;" data-ylk="slk:Latest News;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Latest News </a></li> <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;topic&#x2F;stock-market-news&#x2F;" data-ylk="slk:Stock Market;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Stock Market </a></li> <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;topic&#x2F;yahoo-finance-originals&#x2F;" data-ylk="slk:Originals;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Originals </a></li> <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;topic&#x2F;morning-brief&#x2F;" data-ylk="slk:The Morning Brief;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">The Morning Brief </a></li> <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;topic&#x2F;premium-news" data-ylk="slk:Premium News;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Premium News  <svg xmlns="http://www.w3.org/2000/svg" width="16" height="16" viewBox="0 0 16 16" fill="none"><path fill-rule="evenodd" clip-rule="evenodd" d="M11.3332 5.33317V3.99984C11.3332 2.15983 9.83984 0.666504 7.99984 0.666504C6.15983 0.666504 4.6665 2.15983 4.6665 3.99984H4.79984C4.0531 6.6665 3.67973 6.6665 3.29452C2.6665 7.67973 2.6665 8.0531 2.6665 8.79984V12.5332C2.6665 13.2799 2.6665 13.6533 2.81183 13.9385C2.93966 14.1894 3.14363 14.3933 3.39452 14.5212C3.67973 14.6665 4.0531 14.6665 4.79984 14.6665H11.1998C11.9466 14.6665 12.3199 14.6665 12.6052 14.5212C12.856 14.3933 13.06 14.1894 13.1878 13.9385C13.3332 13.6533 13.3332 13.2799 13.3332 12.5332V8.79984C13.3332 8.0531 13.3332 7.67973 13.1878 7.39452C13.06 7.14363 12.856 6.93966 12.6052 6.81183C12.3199 6.6665 11.9466 6.6665 11.1998 6.6665H11.3333L11.3332 5.33317ZM10.0666 6.6665H5.93319V5.33317V3.99984L5.93319 2.85984 6.85982 1.93317 7.99984 1.93317C9.13985 1.93317 10.0665 2.85984 10.0665 3.99984V5.33317L10.0666 6.6665Z" fill="#232A31"></path></svg>  </a></li> <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;topic&#x2F;economic-news&#x2F;" data-ylk="slk:Economics;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Economics </a></li> <li class="_yb_b9j16y"><a class="_yb_5i3s2a"

href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;topic&#x2F;housing-market&#x2F;" data-ylk="slk:Housing;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Housing </a></li>  <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;topic&#x2F;earnings&#x2F;" data-ylk="slk:Earnings;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Earnings </a></li>  <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;topic&#x2F;tech&#x2F;" data-ylk="slk:Tech;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Tech </a></li>  <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;topic&#x2F;crypto&#x2F;" data-ylk="slk:Crypto;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Crypto </a></li>  <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;bidenomics&#x2F;" data-ylk="slk:Biden Economy;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Biden Economy </a></li> </ul> </li>  <li class="_yb_b9j16y _yb_1dokb0v _yb_gx8mtc"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;markets" data-ylk="slk:Markets;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Markets</a>   <button class="_yb_1q3bav3 _yb_3kzhl7 rapid-noclick-resp"><svg aria-label="icon" width="16" height="16" viewBox="0 0 24 24" fill="none" xmlns="http://www.w3.org/2000/svg"><path d="M10.8021 12.0009L15.7081 7.16557C16.0855 6.79265 16.0914 6.16884 15.7051 5.78811C15.3148 5.40348 14.6918 5.40543 14.3075 5.78518L8 12.0009L14.3095 18.2185C14.6879 18.5914 15.3208 18.5973 15.7071 18.2155C16.0964 17.8319 16.0954 17.2178 15.7101 16.8381L10.8021 12.0009Z" fill="#232A31"></path></svg></button><ul class="_yb_cr10dc _yb_lp7m8b"><li class="_yb_b9j16y _yb_3ks6qd"><button aria-label="Back" class="rapid-noclick-resp"><svg aria-label="icon" width="20" height="20" viewBox="0 0 24 24" fill="none" xmlns="http://www.w3.org/2000/svg"><path d="M10.8021 12.0009L15.7081 7.16557C16.0855 6.79265 16.0914 6.16884 15.7051 5.78811C15.3148 5.40348 14.6918 5.40543 14.3075 5.78518L8 12.0009L14.3095 18.2185C14.6879 18.5914 15.3208 18.5973 15.7071 18.2155C16.0964 17.8319 16.0954 17.2178 15.7101 16.8381L10.8021 12.0009Z" fill="#232A31"></path></svg></button> </li> <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;markets&#x2F;stocks&#x2F;most-active&#x2F;" data-ylk="slk:Stocks: Most Actives;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Stocks: Most Actives </a></li>  <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;markets&#x2F;stocks&#x2F;gainers&#x2F;" data-ylk="slk:Stocks: Gainers;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Stocks: Gainers </a></li>  <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;markets&#x2F;stocks&#x2F;losers&#x2F;" data-ylk="slk:Stocks: Losers;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Stocks: Losers </a></li>  <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;markets&#x2F;stocks&#x2F;trending&#x2F;" data-ylk="slk:Trending Tickers;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Trending Tickers </a></li>  <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;markets&#x2F;commodities&#x2F;" data-ylk="slk:Futures;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Futures </a></li>  <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;markets&#x2F;world-indices&#x2F;" data-ylk="slk:World Indices;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">World Indices </a></li>  <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;markets&#x2F;bonds&#x2F;" data-ylk="slk:US Treasury Bonds Rates;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">US Treasury Bonds Rates </a></li>  <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;markets&#x2F;currencies&#x2F;" data-ylk="slk:Currencies;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Currencies </a></li>  <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;markets&#x2F;crypto&#x2F;all&#x2F;" data-ylk="slk:Crypto;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Crypto </a></li>  <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;markets&#x2F;etfs&#x2F;top&#x2F;" data-ylk="slk:Top ETFs;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Top ETFs </a></li>  <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;markets&#x2F;mutualfunds&#x2F;top&#x2F;" data-ylk="slk:Top Mutual Funds;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Top Mutual Funds </a></li>  <li class="_yb_b9j16y"><a class="_yb_5i3s2a"

href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;markets&#x2F;options&#x2F;highest-open-interest&#x2F;" data-ylk="slk:Options: Highest Open Interest;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Options: Highest Open Interest </a></li> <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;markets&#x2F;options&#x2F;highest-implied-volatility&#x2F;" data-ylk="slk:Options: Highest Implied Volatility;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Options: Highest Implied Volatility </a></li> <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;sectors&#x2F;" data-ylk="slk:Sectors;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Sectors </a></li> <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;sectors&#x2F;basic-materials&#x2F;" data-ylk="slk:Basic Materials;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Basic Materials </a></li> <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;sectors&#x2F;communication-services&#x2F;" data-ylk="slk:Communication Services;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Communication Services </a></li> <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;sectors&#x2F;consumer-cyclical&#x2F;" data-ylk="slk:Consumer Cyclical;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Consumer Cyclical </a></li> <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;sectors&#x2F;consumer-defensive&#x2F;" data-ylk="slk:Consumer Defensive;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Consumer Defensive </a></li> <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;sectors&#x2F;energy&#x2F;" data-ylk="slk:Energy;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Energy </a></li> <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;sectors&#x2F;financial-services&#x2F;" data-ylk="slk:Financial Services;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Financial Services </a></li> <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;sectors&#x2F;healthcare&#x2F;" data-ylk="slk:Healthcare;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Healthcare </a></li> <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;sectors&#x2F;industrials&#x2F;" data-ylk="slk:Industrials;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Industrials </a></li> <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;sectors&#x2F;real-estate&#x2F;" data-ylk="slk:Real Estate;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Real Estate </a></li> <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;sectors&#x2F;technology&#x2F;" data-ylk="slk:Technology;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Technology </a></li> <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;sectors&#x2F;utilities&#x2F;" data-ylk="slk:Utilities;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Utilities </a></li> </ul> </li> <li class="_yb_b9j16y _yb_1dokb0v _yb_gx8mtc"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;screener&#x2F;" data-ylk="slk:Research;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Research</a> <button class="_yb_1q3bav3 _yb_3kzhl7 rapid-noclick-resp"><svg aria-label="icon" width="16" height="16" viewBox="0 0 24 24" fill="none" xmlns="http://www.w3.org/2000/svg"><path d="M10.8021 12.0009L15.7081 7.16557C16.0855 6.79265 16.0914 6.16884 15.7051 5.78811C15.3148 5.40348 14.6918 5.40543 14.3075 5.78518L8.12 12.0009L14.3095 18.2185C14.6879 18.5914 15.3208 18.5973 15.7071 18.2155C16.0964 17.8319 16.0954 17.2178 15.7101 16.8381L10.8021 12.0009Z" fill="#232A31"></path></svg></button></li> <ul class="_yb_cr10dc _yb_lp7m8b"><li class="_yb_b9j16y _yb_3ks6qd"><button aria-label="Back" class="rapid-noclick-resp"><svg aria-label="icon" width="20" height="20" viewBox="0 0 24 24" fill="none" xmlns="http://www.w3.org/2000/svg"><path d="M10.8021 12.0009L15.7081 7.16557C16.0855 6.79265 16.0914 6.16884 15.7051 5.78811C15.3148 5.40348 14.6918 5.40543 14.3075 5.78518L8.12 12.0009L14.3095 18.2185C14.6879 18.5914 15.3208 18.5973 15.7071 18.2155C16.0964 17.8319 16.0954 17.2178 15.7101 16.8381L10.8021 12.0009Z" fill="#232A31"></path></svg></button></li> <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;screener&#x2F;" data-ylk="slk:Screeners;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Screeners </a></li> <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;research-hub&#x2F;screener&#x2F;" data-ylk="slk:Screeners Beta;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Screeners Beta </a></li> <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;watchlists&#x2F;" data-ylk="slk:Watchlists;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Watchlists

```
</a></li> <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;calendar&#x2F;" data-
ylk="slk:Calendar;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Calendar </a></li> <li class="_yb_b9j16y"><a class="_yb_5i3s2a"
href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;compare&#x2F;" data-ylk="slk:Stock Comparison;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Stock
Comparison </a></li> <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;chart&#x2F;%5EGSPC&#x2F;"
data-ylk="slk:Advanced Chart;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Advanced Chart </a></li> <li class="_yb_b9j16y"><a class="_yb_5i3s2a"
href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;currency-converter&#x2F;" data-ylk="slk:Currency Converter;elm:navcat;pkgt:side-
nav;subsec:navrail;itc:0">Currency Converter </a></li> <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="&#x2F;research&#x2F;trade-
ideas?ncid=&#x3D;dcm_306158753_490172245_127172993" data-ylk="slk:Investment Ideas;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Investment Ideas
<svg xmlns="http://www.w3.org/2000/svg" width="16" height="16" viewBox="0 0 16 16" fill="none"><path fill-rule="evenodd" clip-rule="evenodd"
d="M11.3332 5.33317V3.99984C11.3332 2.15983 9.83984 0.666504 7.99984 0.666504C6.15983 0.666504 4.6665 2.15983 4.6665
3.99984V5.33317V6.6665H4.79984C4.0531 6.6665 3.67973 6.6665 3.39452 6.81183C3.14363 6.93966 2.93966 7.14363 2.81183 7.39452C2.6665 7.67973
2.6665 8.0531 2.6665 8.79984V12.5332C2.6665 13.2799 2.6665 13.6533 2.81183 13.9385C2.93966 14.1894 3.14363 14.3933 3.39452 14.5212C3.67973
14.6665 4.0531 14.6665 4.79984 14.6665H11.1998C11.9466 14.6665 12.3199 14.6665 12.6052 14.5212C12.856 14.4933 13.06 14.1894 13.1878
13.9385C13.3332 13.6533 13.3332 13.2799 13.3332 12.5332V8.79984C13.3332 8.0531 13.3332 7.67973 13.1878 7.39452C13.06 7.14363 12.856 6.93966
12.6052 6.81183C12.3199 6.6665 11.9466 6.6665 11.1998 6.6665H11.3333L11.3332 5.33317ZM10.0666 6.6665H5.93319V5.33317V3.99984C5.93319
2.85984 6.85982 1.93317 7.99984 1.93317C9.13985 1.93317 10.0665 2.85984 10.0665 3.99984V5.33317L10.0666 6.6665Z" fill="#232A31"></path></svg>
</a></li> <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="&#x2F;research?ncid=&#x3D;dcm_306158756_490172245_127172993" data-
ylk="slk:Research Reports;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Research Reports <svg xmlns="http://www.w3.org/2000/svg" width="16"
height="16" viewBox="0 0 16 16" fill="none"><path fill-rule="evenodd" clip-rule="evenodd" d="M11.3332 5.33317V3.99984C11.3332 2.15983 9.83984
0.666504 7.99984 0.666504C6.15983 0.666504 4.6665 2.15983 4.6665 3.99984V5.33317V6.6665H4.79984C4.0531 6.6665 3.67973 6.6665 3.39452
6.81183C3.14363 6.93966 2.93966 7.14363 2.81183 7.39452C2.6665 7.67973 2.6665 8.0531 2.6665 8.79984V12.5332C2.6665 13.2799 2.6665 13.6533
2.81183 13.9385C2.93966 14.1894 3.14363 14.3933 3.39452 14.5212C3.67973 14.6665 4.0531 14.6665 4.79984 14.6665H11.1998C11.9466 14.6665 12.3199
14.6665 12.6052 14.5212C12.856 14.4933 13.06 14.1894 13.1878 13.9385C13.3332 13.6533 13.3332 13.2799 13.3332 12.5332V8.79984C13.3332 8.0531
13.3332 7.67973 13.1878 7.39452C13.06 7.14363 12.856 6.93966 12.6052 6.81183C12.3199 6.6665 11.9466 6.6665 11.1998 6.6665H11.3333L11.3332
5.33317ZM10.0666 6.6665H5.93319V5.33317V3.99984C5.93319 2.85984 6.85982 1.93317 7.99984 1.93317C9.13985 1.93317 10.0665 2.85984 10.0665
3.99984V5.33317L10.0666 6.6665Z" fill="#232A31"></path></svg> </a></li> </ul> </li> <li class="_yb_b9j16y _yb_1dokb0v _yb_gx8mtc"><a
class="_yb_5i3s2a" href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;personal-finance&#x2F;" data-ylk="slk:Personal Finance;elm:navcat;pkgt:side-
nav;subsec:navrail;itc:0">Personal Finance</a>   <button class="_yb_1q3bav3 _yb_3kzhl7 rapid-noclick-resp"><svg aria-label="icon" width="16" height="16"
viewBox="0 0 24 24" fill="none" xmlns="http://www.w3.org/2000/svg"><path d="M10.8021 12.0009L15.7081 7.16557C16.0855 6.79265 16.0914 6.16884
15.7051 5.78811C15.3148 5.40348 14.6918 5.40543 14.3075 5.78518L8 12.0009L14.3095 18.2185C14.6879 18.5914 15.3208 18.5973 15.7071
18.2155C16.0964 17.8319 16.0954 17.2178 15.7101 16.8381L10.8021 12.0009Z" fill="#232A31"></path></svg></button><ul class="_yb_cr10dc
_yb_lp7m8b"><li class="_yb_b9j16y _yb_3ks6qd"><button aria-label="Back" class="rapid-noclick-resp"><svg aria-label="icon" width="20" height="20"
viewBox="0 0 24 24" fill="none" xmlns="http://www.w3.org/2000/svg"><path d="M10.8021 12.0009L15.7081 7.16557C16.0855 6.79265 16.0914 6.16884
15.7051 5.78811C15.3148 5.40348 14.6918 5.40543 14.3075 5.78518L8 12.0009L14.3095 18.2185C14.6879 18.5914 15.3208 18.5973 15.7071
18.2155C16.0964 17.8319 16.0954 17.2178 15.7101 16.8381L10.8021 12.0009Z" fill="#232A31"></path></svg></button></li> <li class="_yb_b9j16y"><a
class="_yb_5i3s2a" href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;personal-finance&#x2F;credit-cards&#x2F;" data-ylk="slk:Credit
Cards;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Credit Cards </a></li> <li class="_yb_b9j16y"><a class="_yb_5i3s2a"
href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;personal-finance&#x2F;best-credit-card-for-balance-transfer-213556438.html" data-ylk="slk:Balance
Transfer Cards;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Balance Transfer Cards </a></li> <li class="_yb_b9j16y"><a class="_yb_5i3s2a"
href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;personal-finance&#x2F;best-cash-back-credit-cards-220845639.html" data-ylk="slk:Cash-back
```

68

Cards;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Cash-back Cards </a></li>  <li class="_yb_b9j16y"><a class="_yb_5i3s2a"
href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;personal-finance&#x2F;best-rewards-credit-card-203736692.html" data-ylk="slk:Rewards
Cards;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Rewards Cards </a></li>  <li class="_yb_b9j16y"><a class="_yb_5i3s2a"
href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;personal-finance&#x2F;best-travel-credit-card-203950032.html" data-ylk="slk:Travel
Cards;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Travel Cards </a></li>  <li class="_yb_b9j16y"><a class="_yb_5i3s2a"
href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;personal-finance&#x2F;best-credit-card-sign-up-bonus-212458984.html" data-ylk="slk:Credit Card
Offers;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Credit Card Offers </a></li>  <li class="_yb_b9j16y"><a class="_yb_5i3s2a"
href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;personal-finance&#x2F;banking&#x2F;" data-ylk="slk:Banking;elm:navcat;pkgt:side-
nav;subsec:navrail;itc:0">Banking </a></li>  <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;personal-
finance&#x2F;find-best-cd-rates-165749654.html" data-ylk="slk:CD Rates;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">CD Rates </a></li>  <li
class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;personal-finance&#x2F;best-high-yield-savings-account-
203140689.html" data-ylk="slk:Best HYSA;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Best HYSA </a></li>  <li class="_yb_b9j16y"><a
class="_yb_5i3s2a" href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;personal-finance&#x2F;best-free-checking-accounts-195709452.html" data-
ylk="slk:Best Free Checking;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Best Free Checking </a></li>  <li class="_yb_b9j16y"><a class="_yb_5i3s2a"
href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;personal-finance&#x2F;student-loans&#x2F;" data-ylk="slk:Student Loans;elm:navcat;pkgt:side-
nav;subsec:navrail;itc:0">Student Loans </a></li>  <li class="_yb_b9j16y"><a class="_yb_5i3s2a"
href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;personal-finance&#x2F;personal-loans&#x2F;" data-ylk="slk:Personal Loans;elm:navcat;pkgt:side-
nav;subsec:navrail;itc:0">Personal Loans </a></li>  <li class="_yb_b9j16y"><a class="_yb_5i3s2a"
href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;personal-finance&#x2F;insurance&#x2F;" data-ylk="slk:Insurance;elm:navcat;pkgt:side-
nav;subsec:navrail;itc:0">Insurance </a></li>  <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;personal-
finance&#x2F;cheap-car-insurance-152307402.html" data-ylk="slk:Car insurance;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Car insurance </a></li>  <li
class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;personal-finance&#x2F;mortgages&#x2F;" data-
ylk="slk:Mortgages;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Mortgages </a></li>  <li class="_yb_b9j16y"><a class="_yb_5i3s2a"
href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;personal-finance&#x2F;refinance-mortgage-162831396.html" data-ylk="slk:Mortgage
Refinancing;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Mortgage Refinancing </a></li>  <li class="_yb_b9j16y"><a class="_yb_5i3s2a"
href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;personal-finance&#x2F;calculators&#x2F;mortgage-calculator&#x2F;" data-ylk="slk:Mortgage
Calculator;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Mortgage Calculator </a></li>  <li class="_yb_b9j16y"><a class="_yb_5i3s2a"
href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;personal-finance&#x2F;taxes&#x2F;" data-ylk="slk:Taxes;elm:navcat;pkgt:side-
nav;subsec:navrail;itc:0">Taxes </a></li> </ul> </li>  <li class="_yb_b9j16y" _yb_1dokb0v _yb_gx8mtc"><a class="_yb_5i3s2a"
href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;videos&#x2F;" data-ylk="slk:Videos;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Videos </a>   <button
class="_yb_1q3bav3 _yb_3kzhl7 rapid-noclick-resp"><svg aria-label="icon" width="16" height="16" viewBox="0 0 24 24" fill="none"
xmlns="http://www.w3.org/2000/svg"><path d="M10.8021 12.0009L15.7081 7.16557C16.0855 6.79265 16.0914 6.16884 15.7051 5.78811C15.3148 5.40348
14.6918 5.40543 14.3075 5.78518L8 12.0009L14.3095 18.2185C14.6879 18.5914 15.3208 18.5973 15.7071 18.2155C16.0964 17.8319 16.0954 17.2178
15.7101 16.8381L10.8021 12.0009Z" fill="#232A31"></path></svg></button></li>  <li class="_yb_cr10dc _yb_lp7m8b"><li class="_yb_b9j16y
_yb_3ks6qd"><button aria-label="Back" class="rapid-noclick-resp"><svg aria-label="icon" width="20" height="20" viewBox="0 0 24 24" fill="none"
xmlns="http://www.w3.org/2000/svg"><path d="M10.8021 12.0009L15.7081 7.16557C16.0855 6.79265 16.0914 6.16884 15.7051 5.78811C15.3148 5.40348
14.6918 5.40543 14.3075 5.78518L8 12.0009L14.3095 18.2185C14.6879 18.5914 15.3208 18.5973 15.7071 18.2155C16.0964 17.8319 16.0954 17.2178
15.7101 16.8381L10.8021 12.0009Z" fill="#232A31"></path></svg></button></li>  <li class="_yb_b9j16y"><a class="_yb_5i3s2a"
href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;videos&#x2F;latest&#x2F;" data-ylk="slk:Latest News;elm:navcat;pkgt:side-
nav;subsec:navrail;itc:0">Latest News </a></li>  <li class="_yb_b9j16y"><a class="_yb_5i3s2a"

```
href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;videos&#x2F;editor-picks&#x2F;" data-ylk="slk:Editor&#39;s Picks;elm:navcat;pkgt:side-
nav;subsec:navrail;itc:0">Editor&#39;s Picks </a></li>  <li class="_yb_b9j16y"><a class="_yb_5i3s2a"
href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;videos&#x2F;investing-insights&#x2F;" data-ylk="slk:Investing Insights;elm:navcat;pkgt:side-
nav;subsec:navrail;itc:0">Investing Insights </a></li>  <li class="_yb_b9j16y"><a class="_yb_5i3s2a"
href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;videos&#x2F;trending-stocks&#x2F;" data-ylk="slk:Trending Stocks;elm:navcat;pkgt:side-
nav;subsec:navrail;itc:0">Trending Stocks </a></li>  <li class="_yb_b9j16y"><a class="_yb_5i3s2a"
href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;videos&#x2F;series&#x2F;" data-ylk="slk:All Shows;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">All
Shows </a></li>  <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;videos&#x2F;series&#x2F;morning-
brief&#x2F;" data-ylk="slk:Morning Brief;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Morning Brief </a></li>  <li class="_yb_b9j16y"><a
class="_yb_5i3s2a" href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;videos&#x2F;series&#x2F;opening-bid&#x2F;" data-ylk="slk:Opening
Bid;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Opening Bid </a></li>  <li class="_yb_b9j16y"><a class="_yb_5i3s2a"
href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;videos&#x2F;series&#x2F;wealth&#x2F;" data-ylk="slk:Wealth;elm:navcat;pkgt:side-
nav;subsec:navrail;itc:0">Wealth </a></li>  <li class="_yb_b9j16y"><a class="_yb_5i3s2a"
href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;topic&#x2F;etf-report&#x2F;" data-ylk="slk:ETF Report;elm:navcat;pkgt:side-
nav;subsec:navrail;itc:0">ETF Report </a></li>  </ul>  </li> </ul></section>  <section class="_yb_9d1sug _yb_1i5wvic _yb_gx8mtc"><h3 class="_yb_oj0kxz
_yb_gx8mtc" tabindex="0"> <div class="_yb_tiojz _yb_ubzni8 _yb_gx8mtc"><a href="https:&#x2F;&#x2F;sports.yahoo.com&#x2F;" class="_yb_3azc2"
tabindex="-1">Sports</a></div><div class="_yb_1q3bav3 _yb_fg0fdn _yb_gx8mtc" tabindex="0"><svg width="20" height="20" viewBox="0 0 20 20"
fill="none" xmlns="http://www.w3.org/2000/svg"><path d="M10.0011 10.6612L5.91234 6.57241C5.59699 6.25789 5.06949 6.25294 4.74754
6.57489C4.42228 6.90014 4.42393 7.41939 4.74506 7.73969L10.0011 12.9966L15.2588 7.73804C15.5742 7.42269 15.5791 6.89519 15.2564 6.57324C14.9319
6.24881 14.4127 6.24963 14.0916 6.57076L10.0011 10.6612Z" fill="#232A31"></path></svg></div></h3><ul class="_yb_1orysyx _yb_gx8mtc"> <li
class="_yb_b9j16y _yb_1dokb0v _yb_gx8mtc"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;sports.yahoo.com&#x2F;fantasy&#x2F;" data-
ylk="slk:Fantasy;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Fantasy</a>   <button class="_yb_1q3bav3 _yb_3kzhl7 rapid-noclick-resp"><svg aria-
label="icon" width="16" height="16" viewBox="0 0 24 24" fill="none" xmlns="http://www.w3.org/2000/svg"><path d="M10.8021 12.0009L15.7081
7.16557C16.0855 6.79265 16.0914 6.16884 15.7051 5.78811C15.3148 5.40348 14.6918 5.40543 14.3075 5.78518L8 12.0009L14.3095 18.2185C14.6879
18.5914 15.3208 18.5973 15.7071 18.2155C16.0964 17.8319 16.0954 17.2178 15.7101 16.8381L10.8021 12.0009Z"
fill="#232A31"></path></svg></button><a class="_yb_cr10dc _yb_lp7m8b"><li class="_yb_b9j16y _yb_3ks6qd"><button aria-label="Back" class="rapid-
noclick-resp"><svg aria-label="icon" width="20" height="20" viewBox="0 0 24 24" fill="none" xmlns="http://www.w3.org/2000/svg"><path d="M10.8021
12.0009L15.7081 7.16557C16.0855 6.79265 16.0914 6.16884 15.7051 5.78811C15.3148 5.40348 14.6918 5.40543 14.3075 5.78518L8 12.0009L14.3095
18.2185C14.6879 18.5914 15.3208 18.5973 15.7071 18.2155C16.0964 17.8319 16.0954 17.2178 15.7101 16.8381L10.8021 12.0009Z"
fill="#232A31"></path></svg></button></li>  <li class="_yb_b9j16y"><a class="_yb_5i3s2a"
href="https:&#x2F;&#x2F;sports.yahoo.com&#x2F;fantasy&#x2F;news&#x2F;" data-ylk="slk:News;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">News
</a></li>  <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;football.fantasysports.yahoo.com&#x2F;" data-ylk="slk:Fantasy
football;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Fantasy football </a></li>  <li class="_yb_b9j16y"><a class="_yb_5i3s2a"
href="https:&#x2F;&#x2F;bestball.fantasysports.yahoo.com&#x2F;" data-ylk="slk:Best Ball;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Best Ball </a></li>
<li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;football.fantasysports.yahoo.com&#x2F;pickem" data-ylk="slk:Pro Pick
&#39;Em;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Pro Pick &#39;Em </a></li>  <li class="_yb_b9j16y"><a class="_yb_5i3s2a"
href="https:&#x2F;&#x2F;football.fantasysports.yahoo.com&#x2F;college" data-ylk="slk:College Pick &#39;Em;elm:navcat;pkgt:side-
nav;subsec:navrail;itc:0">College Pick &#39;Em </a></li>  <li class="_yb_b9j16y"><a class="_yb_5i3s2a"
href="https:&#x2F;&#x2F;baseball.fantasysports.yahoo.com&#x2F;" data-ylk="slk:Fantasy baseball;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Fantasy
baseball </a></li>  <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;hockey.fantasysports.yahoo.com&#x2F;" data-ylk="slk:Fantasy
```

hockey;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Fantasy hockey </a></li> <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;basketball.fantasysports.yahoo.com&#x2F;" data-ylk="slk:Fantasy basketball;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Fantasy basketball </a></li> <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;sports.yahoo.com&#x2F;fantasy&#x2F;mobile&#x2F;" data-ylk="slk:Download the app;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Download the app </a></li> </ul> </li> <li class="_yb_b9j16y _yb_gx8mtc"> <a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;sports.yahoo.com&#x2F;dailyfantasy&#x2F;" data-ylk="slk:Daily fantasy;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Daily fantasy</a>  </li> <li class="_yb_b9j16y _yb_1dokb0v _yb_gx8mtc"> <a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;sports.yahoo.com&#x2F;nfl&#x2F;" data-ylk="slk:NFL;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">NFL</a>   <button class="_yb_1q3bav3 _yb_3kzhl7 rapid-noclick-resp"><svg aria-label="icon" width="16" height="16" viewBox="0 0 24 24" fill="none" xmlns="http://www.w3.org/2000/svg"><path d="M10.8021 12.0009L15.7081 7.16557C16.0855 6.79265 16.0914 6.16884 15.7051 5.78811C15.3148 5.40348 14.6918 5.40543 14.3075 5.78518L8 12.0009L14.3095 18.2185C14.6879 18.5914 15.3208 18.5973 15.7071 18.2155C16.0964 17.8319 16.0954 17.2178 15.7101 16.8381L10.8021 12.0009Z" fill="#232A31"></path></svg></button><ul class="_yb_cr10dc _yb_lp7m8b"><li class="_yb_b9j16y _yb_3ks6qd"><button aria-label="Back" class="rapid-noclick-resp"><svg aria-label="icon" width="20" height="20" viewBox="0 0 24 24" fill="none" xmlns="http://www.w3.org/2000/svg"><path d="M10.8021 12.0009L15.7081 7.16557C16.0855 6.79265 16.0914 6.16884 15.7051 5.78811C15.3148 5.40348 14.6918 5.40543 14.3075 5.78518L8 12.0009L14.3095 18.2185C14.6879 18.5914 15.3208 18.5973 15.7071 18.2155C16.0964 17.8319 16.0954 17.2178 15.7101 16.8381L10.8021 12.0009Z" fill="#232A31"></path></svg></button></li> <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;sports.yahoo.com&#x2F;nfl&#x2F;news&#x2F;" data-ylk="slk:News;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">News </a></li> <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;sports.yahoo.com&#x2F;nfl&#x2F;scoreboard&#x2F;" data-ylk="slk:Scores and schedules;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Scores and schedules </a></li> <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;sports.yahoo.com&#x2F;nfl&#x2F;standings&#x2F;" data-ylk="slk:Standings;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Standings </a></li> <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;sports.yahoo.com&#x2F;nfl&#x2F;stats&#x2F;" data-ylk="slk:Stats;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Stats </a></li> <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;sports.yahoo.com&#x2F;nfl&#x2F;teams&#x2F;" data-ylk="slk:Teams;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Teams </a></li> <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;sports.yahoo.com&#x2F;nfl&#x2F;players&#x2F;" data-ylk="slk:Players;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Players </a></li> <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;sports.yahoo.com&#x2F;nfl&#x2F;draft&#x2F;" data-ylk="slk:Drafts;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Drafts </a></li> <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;sports.yahoo.com&#x2F;nfl&#x2F;injuries&#x2F;" data-ylk="slk:Injuries;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Injuries </a></li> <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;sports.yahoo.com&#x2F;nfl&#x2F;odds&#x2F;" data-ylk="slk:Odds;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Odds </a></li> <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;sports.yahoo.com&#x2F;nfl&#x2F;topic&#x2F;super-bowl&#x2F;" data-ylk="slk:Super Bowl;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Super Bowl </a></li> <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;sports.yahoo.com&#x2F;nfl&#x2F;gamechannel&#x2F;" data-ylk="slk:GameChannel;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">GameChannel </a></li> <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;sports.yahoo.com&#x2F;videos&#x2F;nfl&#x2F;" data-ylk="slk:Videos;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Videos </a></li></ul> </li> <li class="_yb_b9j16y _yb_1dokb0v _yb_gx8mtc"> <a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;sports.yahoo.com&#x2F;mlb&#x2F;" data-ylk="slk:MLB;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">MLB</a>   <button class="_yb_1q3bav3 _yb_3kzhl7 rapid-noclick-resp"><svg aria-label="icon" width="16" height="16" viewBox="0 0 24 24" fill="none" xmlns="http://www.w3.org/2000/svg"><path d="M10.8021 12.0009L15.7081 7.16557C16.0855 6.79265 16.0914 6.16884 15.7051 5.78811C15.3148 5.40348 14.6918 5.40543 14.3075 5.78518L8 12.0009L14.3095 18.2185C14.6879 18.5914 15.3208 18.5973 15.7071 18.2155C16.0964 17.8319 16.0954 17.2178 15.7101 16.8381L10.8021 12.0009Z" fill="#232A31"></path></svg></button><ul class="_yb_cr10dc _yb_lp7m8b"><li class="_yb_b9j16y

_yb_3ks6qd"><button aria-label="Back" class="rapid-noclick-resp"><svg aria-label="icon" width="20" height="20" viewBox="0 0 24 24" fill="none" xmlns="http://www.w3.org/2000/svg"><path d="M10.8021 12.0009L15.7081 7.16557C16.0855 6.79265 16.0914 6.16884 15.7051 5.78811C15.3148 5.40348 14.6918 5.40543 14.3075 5.78518L8 12.0009L14.3095 18.2185C14.6879 18.5914 15.3208 18.5973 15.7071 18.2155C16.0964 17.8319 16.0954 17.2178 15.7101 16.8381L10.8021 12.0009Z" fill="#232A31"></path></svg></button></li> <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;sports.yahoo.com&#x2F;mlb&#x2F;news&#x2F;" data-ylk="slk:News;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">News </a></li> <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;sports.yahoo.com&#x2F;mlb&#x2F;scoreboard&#x2F;" data-ylk="slk:Scores and schedules;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Scores and schedules </a></li> <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;sports.yahoo.com&#x2F;mlb&#x2F;standings&#x2F;" data-ylk="slk:Standings;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Standings </a></li> <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;sports.yahoo.com&#x2F;mlb&#x2F;stats&#x2F;" data-ylk="slk:Stats;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Stats </a></li> <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;sports.yahoo.com&#x2F;mlb&#x2F;teams&#x2F;" data-ylk="slk:Teams;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Teams </a></li> <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;sports.yahoo.com&#x2F;mlb&#x2F;players&#x2F;" data-ylk="slk:Players;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Players </a></li> <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;sports.yahoo.com&#x2F;mlb&#x2F;odds&#x2F;" data-ylk="slk:Odds;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Odds </a></li> <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;sports.yahoo.com&#x2F;mlb&#x2F;videos&#x2F;mlb&#x2F;" data-ylk="slk:Videos;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Videos </a></li> <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;sports.yahoo.com&#x2F;mlb&#x2F;world-baseball-classic&#x2F;" data-ylk="slk:World Baseball Classic;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">World Baseball Classic </a></li> </ul> </li> <li class="_yb_b9j16y _yb_1dokb0v _yb_gx8mtc"> <a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;sports.yahoo.com&#x2F;nba&#x2F;" data-ylk="slk:NBA;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">NBA</a>   <button class="_yb_1q3bav3 _yb_3kzhl7 rapid-noclick-resp"><svg aria-label="icon" width="16" height="16" viewBox="0 0 24 24" fill="none" xmlns="http://www.w3.org/2000/svg"><path d="M10.8021 12.0009L15.7081 7.16557C16.0855 6.79265 16.0914 6.16884 15.7051 5.78811C15.3148 5.40348 14.6918 5.40543 14.3075 5.78518L8 12.0009L14.3095 18.2185C14.6879 18.5914 15.3208 18.5973 15.7071 18.2155C16.0964 17.8319 16.0954 17.2178 15.7101 16.8381L10.8021 12.0009Z" fill="#232A31"></path></svg></button></li> <ul class="_yb_cr10dc _yb_lp7m8b"><li class="_yb_b9j16y _yb_3ks6qd"><button aria-label="Back" class="rapid-noclick-resp"><svg aria-label="icon" width="20" height="20" viewBox="0 0 24 24" fill="none" xmlns="http://www.w3.org/2000/svg"><path d="M10.8021 12.0009L15.7081 7.16557C16.0855 6.79265 16.0914 6.16884 15.7051 5.78811C15.3148 5.40348 14.6918 5.40543 14.3075 5.78518L8 12.0009L14.3095 18.2185C14.6879 18.5914 15.3208 18.5973 15.7071 18.2155C16.0964 17.8319 16.0954 17.2178 15.7101 16.8381L10.8021 12.0009Z" fill="#232A31"></path></svg></button></li> <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;sports.yahoo.com&#x2F;nba&#x2F;news&#x2F;" data-ylk="slk:News;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">News </a></li> <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;sports.yahoo.com&#x2F;nba&#x2F;draft&#x2F;" data-ylk="slk:Draft;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Draft </a></li> <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;sports.yahoo.com&#x2F;nba&#x2F;scoreboard&#x2F;" data-ylk="slk:Scores and schedules;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Scores and schedules </a></li> <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;sports.yahoo.com&#x2F;nba&#x2F;standings&#x2F;" data-ylk="slk:Standings;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Standings </a></li> <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;sports.yahoo.com&#x2F;nba&#x2F;stats&#x2F;" data-ylk="slk:Stats;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Stats </a></li> <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;sports.yahoo.com&#x2F;nba&#x2F;teams&#x2F;" data-ylk="slk:Teams;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Teams </a></li> <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;sports.yahoo.com&#x2F;nba&#x2F;players&#x2F;" data-ylk="slk:Players;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Players </a></li> <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;sports.yahoo.com&#x2F;nba&#x2F;injuries&#x2F;" data-ylk="slk:Injuries;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Injuries </a></li> <li class="_yb_b9j16y"><a class="_yb_5i3s2a"

href="https:&#x2F;&#x2F;sports.yahoo.com&#x2F;videos&#x2F;nba&#x2F;" data-ylk="slk:Videos;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Videos </a></li> <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;sports.yahoo.com&#x2F;nba&#x2F;odds&#x2F;" data-ylk="slk:Odds;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Odds </a></li> <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;sports.yahoo.com&#x2F;nba&#x2F;playoffs&#x2F;" data-ylk="slk:Playoffs;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Playoffs </a></li> </ul></li> <li class="_yb_b9j16y _yb_1dokb0v _yb_gx8mtc"> <a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;sports.yahoo.com&#x2F;nhl&#x2F;" data-ylk="slk:NHL;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">NHL</a>   <button class="_yb_1q3bav3 _yb_3kzhl7 rapid-noclick-resp"><svg aria-label="icon" width="16" height="16" viewBox="0 0 24 24" fill="none" xmlns="http:&#x2F;&#x2F;www.w3.org&#x2F;2000&#x2F;svg"><path d="M10.8021 12.0009L15.7081 7.16557C16.0855 6.79265 16.0914 6.16884 15.7051 5.78811C15.3148 5.40348 14.6918 5.40543 14.3075 5.78518L8 12.0009L14.3095 18.2185C14.6879 18.5914 15.3208 18.5973 15.7071 18.2155C16.0964 17.8319 16.0954 17.2178 15.7101 16.8381L10.8021 12.0009Z" fill="#232A31"></path></svg></button></li><ul class="_yb_cr10dc _yb_lp7m8b"><li class="_yb_b9j16y _yb_3ks6qd"><button aria-label="Back" class="rapid-noclick-resp"><svg aria-label="icon" width="20" height="20" viewBox="0 0 24 24" fill="none" xmlns="http:&#x2F;&#x2F;www.w3.org&#x2F;2000&#x2F;svg"><path d="M10.8021 12.0009L15.7081 7.16557C16.0855 6.79265 16.0914 6.16884 15.7051 5.78811C15.3148 5.40348 14.6918 5.40543 14.3075 5.78518L8 12.0009L14.3095 18.2185C14.6879 18.5914 15.3208 18.5973 15.7071 18.2155C16.0964 17.8319 16.0954 17.2178 15.7101 16.8381L10.8021 12.0009Z" fill="#232A31"></path></svg></button></li> <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;sports.yahoo.com&#x2F;nhl&#x2F;news&#x2F;" data-ylk="slk:News;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">News </a></li> <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;sports.yahoo.com&#x2F;nhl&#x2F;scoreboard&#x2F;" data-ylk="slk:Scores and schedules;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Scores and schedules </a></li> <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;sports.yahoo.com&#x2F;nhl&#x2F;standings&#x2F;" data-ylk="slk:Standings;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Standings </a></li> <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;sports.yahoo.com&#x2F;nhl&#x2F;stats&#x2F;" data-ylk="slk:Stats;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Stats </a></li> <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;sports.yahoo.com&#x2F;nhl&#x2F;teams&#x2F;" data-ylk="slk:Teams;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Teams </a></li> <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;sports.yahoo.com&#x2F;nhl&#x2F;players&#x2F;" data-ylk="slk:Players;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Players </a></li> <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;sports.yahoo.com&#x2F;nhl&#x2F;odds&#x2F;" data-ylk="slk:Odds;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Odds </a></li> <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;sports.yahoo.com&#x2F;nhl&#x2F;stanley-cup-playoffs&#x2F;" data-ylk="slk:Playoffs;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Playoffs </a></li> </ul></li> <li class="_yb_b9j16y _yb_1dokb0v _yb_gx8mtc"> <a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;sports.yahoo.com&#x2F;soccer&#x2F;" data-ylk="slk:Soccer;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Soccer</a>   <button class="_yb_1q3bav3 _yb_3kzhl7 rapid-noclick-resp"><svg aria-label="icon" width="16" height="16" viewBox="0 0 24 24" fill="none" xmlns="http:&#x2F;&#x2F;www.w3.org&#x2F;2000&#x2F;svg"><path d="M10.8021 12.0009L15.7081 7.16557C16.0855 6.79265 16.0914 6.16884 15.7051 5.78811C15.3148 5.40348 14.6918 5.40543 14.3075 5.78518L8 12.0009L14.3095 18.2185C14.6879 18.5914 15.3208 18.5973 15.7071 18.2155C16.0964 17.8319 16.0954 17.2178 15.7101 16.8381L10.8021 12.0009Z" fill="#232A31"></path></svg></button></li><ul class="_yb_cr10dc _yb_lp7m8b"><li class="_yb_b9j16y _yb_3ks6qd"><button aria-label="Back" class="rapid-noclick-resp"><svg aria-label="icon" width="20" height="20" viewBox="0 0 24 24" fill="none" xmlns="http:&#x2F;&#x2F;www.w3.org&#x2F;2000&#x2F;svg"><path d="M10.8021 12.0009L15.7081 7.16557C16.0855 6.79265 16.0914 6.16884 15.7051 5.78811C15.3148 5.40348 14.6918 5.40543 14.3075 5.78518L8 12.0009L14.3095 18.2185C14.6879 18.5914 15.3208 18.5973 15.7071 18.2155C16.0964 17.8319 16.0954 17.2178 15.7101 16.8381L10.8021 12.0009Z" fill="#232A31"></path></svg></button></li> <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;sports.yahoo.com&#x2F;soccer&#x2F;news&#x2F;" data-ylk="slk:News;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">News </a></li> <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;sports.yahoo.com&#x2F;soccer&#x2F;scoreboard&#x2F;" data-ylk="slk:Scores and schedules;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Scores and schedules </a></li> <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;sports.yahoo.com&#x2F;soccer&#x2F;premier-league&#x2F;" data-ylk="slk:Premier League;elm:navcat;pkgt:side-

nav;subsec:navrail;itc:0">Premier League </a></li>  <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;sports.yahoo.com&#x2F;soccer&#x2F;mls&#x2F;" data-ylk="slk:MLS;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">MLS </a></li>  <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;sports.yahoo.com&#x2F;soccer&#x2F;nwsl&#x2F;" data-ylk="slk:NWSL;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">NWSL </a></li>  <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;sports.yahoo.com&#x2F;soccer&#x2F;ligamx-clausura&#x2F;" data-ylk="slk:Liga MX;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Liga MX </a></li>  <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;sports.yahoo.com&#x2F;soccer&#x2F;concacaf-league&#x2F;" data-ylk="slk:CONCACAF League;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">CONCACAF League </a></li>  <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;sports.yahoo.com&#x2F;soccer&#x2F;champions-league&#x2F;" data-ylk="slk:Champions League;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Champions League </a></li>  <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;sports.yahoo.com&#x2F;soccer&#x2F;la-liga&#x2F;" data-ylk="slk:La Liga;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">La Liga </a></li>  <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;sports.yahoo.com&#x2F;soccer&#x2F;serie-a&#x2F;" data-ylk="slk:Serie A;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Serie A </a></li>  <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;sports.yahoo.com&#x2F;soccer&#x2F;bundesliga&#x2F;" data-ylk="slk:Bundesliga;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Bundesliga </a></li>  <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;sports.yahoo.com&#x2F;soccer&#x2F;ligue-1&#x2F;" data-ylk="slk:Ligue 1;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Ligue 1 </a></li>  <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;sports.yahoo.com&#x2F;soccer&#x2F;world-cup&#x2F;" data-ylk="slk:World Cup;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">World Cup </a></li> </ul> </li>  <li class="_yb_b9j16y  _yb_1dokb0v  _yb_gx8mtc">  <a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;sports.yahoo.com&#x2F;college-football&#x2F;" data-ylk="slk:College football;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">College football</a>    <button class="_yb_1q3bav3  _yb_3kzhl7 rapid-noclick-resp"><svg aria-label="icon" width="16" height="16" viewBox="0 0 24 24" fill="none" xmlns="http://www.w3.org/2000/svg"><path d="M10.8021 12.0009L15.7081 7.16557C16.0855 6.79265 16.0914 6.16884 15.7051 5.78811C15.3148 5.40348 14.6918 5.40543 14.3075 5.78518L8 12.0009L14.3095 18.2155C14.6879 18.5914 15.3208 18.5973 15.7071 18.2155C16.0964 17.8319 16.0954 17.2178 15.7101 16.8381L10.8021 12.0009Z" fill="#232A31"></path></svg></button><ul class="_yb_cr10dc  _yb_lp7m8b"><li class="_yb_b9j16y  _yb_3ks6qd"><button aria-label="Back" class="rapid-noclick-resp"><svg aria-label="icon" width="20" height="20" viewBox="0 0 24 24" fill="none" xmlns="http://www.w3.org/2000/svg"><path d="M10.8021 12.0009L15.7081 7.16557C16.0855 6.79265 16.0914 6.16884 15.7051 5.78811C15.3148 5.40348 14.6918 5.40543 14.3075 5.78518L8 12.0009L14.3095 18.2155C14.6879 18.5914 15.3208 18.5973 15.7071 18.2155C16.0964 17.8319 16.0954 17.2178 15.7101 16.8381L10.8021 12.0009Z" fill="#232A31"></path></svg></button></li>  <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;sports.yahoo.com&#x2F;college-football&#x2F;news&#x2F;" data-ylk="slk:News;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">News </a></li>  <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;sports.yahoo.com&#x2F;college-football&#x2F;scoreboard&#x2F;" data-ylk="slk:Scores and schedules;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Scores and schedules </a></li>  <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;sports.yahoo.com&#x2F;college-football&#x2F;standings&#x2F;" data-ylk="slk:Standings;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Standings </a></li>  <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;sports.yahoo.com&#x2F;college-football&#x2F;rankings&#x2F;" data-ylk="slk:Rankings;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Rankings </a></li>  <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;sports.yahoo.com&#x2F;college-football&#x2F;stats&#x2F;" data-ylk="slk:Stats;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Stats </a></li>  <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;sports.yahoo.com&#x2F;college-football&#x2F;teams&#x2F;" data-ylk="slk:Teams;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Teams </a></li> </ul> </li>  <li class="_yb_b9j16y  _yb_1dokb0v  _yb_gx8mtc">  <button class="_yb_5i3s2a _yb_8sv187" data-ylk="slk:Show all;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Show all</button>  <button class="_yb_1q3bav3 _yb_3kzhl7 rapid-noclick-resp"><svg aria-label="icon" width="16" height="16" viewBox="0 0 24 24" fill="none" xmlns="http://www.w3.org/2000/svg"><path d="M10.8021 12.0009L15.7081 7.16557C16.0855 6.79265 16.0914 6.16884 15.7051 5.78811C15.3148 5.40348 14.6918 5.40543 14.3075 5.78518L8 12.0009L14.3095 18.2185C14.6879

```
18.5914 15.3208 18.5973 15.7071 18.2155C16.0964 17.8319 16.0954 17.2178 15.7101 16.8381L10.8021 12.0009Z"
fill="#232A31"></path></svg></button><ul class="_yb_cr10dc _yb_lp7m8b"><li class="_yb_b9j16y _yb_3ks6qd"><button aria-label="Back" class="rapid-
noclick-resp"><svg aria-label="icon" width="20" height="20" viewBox="0 0 24 24" fill="none" xmlns="http://www.w3.org/2000/svg"><path d="M10.8021
12.0009L15.7081 7.16557C16.0855 6.79265 16.0914 6.16884 15.7051 5.78811C15.3148 5.40348 14.6918 5.40543 14.3075 5.78518L8 12.0009L14.3095
18.2185C14.6879 18.5914 15.3208 18.5973 15.7071 18.2155C16.0964 17.8319 16.0954 17.2178 15.7101 16.8381L10.8021 12.0009Z"
fill="#232A31"></path></svg></button></li>  <li class="_yb_b9j16y"><a class="_yb_5i3s2a"
href="https:&#x2F;&#x2F;sports.yahoo.com&#x2F;mma&#x2F;" data-ylk="slk:MMA;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">MMA </a></li>  <li
class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;sports.yahoo.com&#x2F;wnba&#x2F;" data-ylk="slk:WNBA;elm:navcat;pkgt:side-
nav;subsec:navrail;itc:0">WNBA </a></li>  <li class="_yb_b9j16y"><a class="_yb_5i3s2a"
href="https:&#x2F;&#x2F;sports.yahoo.com&#x2F;sportsbook&#x2F;" data-ylk="slk:Sportsbook;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Sportsbook
</a></li>  <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;sports.yahoo.com&#x2F;college-football&#x2F;" data-
ylk="slk:NCAAF;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">NCAAF </a></li>  <li class="_yb_b9j16y"><a class="_yb_5i3s2a"
href="https:&#x2F;&#x2F;sports.yahoo.com&#x2F;tennis&#x2F;" data-ylk="slk:Tennis;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Tennis </a>  <li
class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;sports.yahoo.com&#x2F;golf&#x2F;" data-ylk="slk:Golf;elm:navcat;pkgt:side-
nav;subsec:navrail;itc:0">Golf </a></li>  <li class="_yb_b9j16y"><a class="_yb_5i3s2a"
href="https:&#x2F;&#x2F;sports.yahoo.com&#x2F;motorsports&#x2F;nascar&#x2F;" data-ylk="slk:NASCAR;elm:navcat;pkgt:side-
nav;subsec:navrail;itc:0">NASCAR </a></li>  <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;sports.yahoo.com&#x2F;college-
basketball&#x2F;" data-ylk="slk:NCAAB;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">NCAAB </a></li>  <li class="_yb_b9j16y"><a class="_yb_5i3s2a"
href="https:&#x2F;&#x2F;sports.yahoo.com&#x2F;college-womens-basketball&#x2F;" data-ylk="slk:NCAAW;elm:navcat;pkgt:side-
nav;subsec:navrail;itc:0">NCAAW </a></li>  <li class="_yb_b9j16y"><a class="_yb_5i3s2a"
href="https:&#x2F;&#x2F;sports.yahoo.com&#x2F;boxing&#x2F;" data-ylk="slk:Boxing;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Boxing </a></li>  <li
class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;sports.yahoo.com&#x2F;usfl&#x2F;" data-ylk="slk:USFL;elm:navcat;pkgt:side-
nav;subsec:navrail;itc:0">USFL </a></li>  <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;sports.yahoo.com&#x2F;cycling&#x2F;"
data-ylk="slk:Cycling;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Cycling </a></li>  <li class="_yb_b9j16y"><a class="_yb_5i3s2a"
href="https:&#x2F;&#x2F;sports.yahoo.com&#x2F;motorsports&#x2F;" data-ylk="slk:Motorsports;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Motorsports
</a></li>  <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;sports.yahoo.com&#x2F;olympics&#x2F;beijing-2022&#x2F;" data-
ylk="slk:Olympics;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Olympics </a></li>  <li class="_yb_b9j16y"><a class="_yb_5i3s2a"
href="https:&#x2F;&#x2F;sports.yahoo.com&#x2F;horse-racing&#x2F;" data-ylk="slk:Horse racing;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Horse
racing </a></li>  <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;sports.yahoo.com&#x2F;mlb&#x2F;gamechannel&#x2F;" data-
ylk="slk:GameChannel;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">GameChannel </a></li>  <li class="_yb_b9j16y"><a class="_yb_5i3s2a"
href="https:&#x2F;&#x2F;n.rivals.com&#x2F;" data-ylk="slk:Rivals;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Rivals </a></li>  <li
class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;sports.yahoo.com&#x2F;newsletters&#x2F;" data-
ylk="slk:Newsletters;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Newsletters </a></li>  <li class="_yb_b9j16y"><a class="_yb_5i3s2a"
href="https:&#x2F;&#x2F;sports.yahoo.com&#x2F;podcasts&#x2F;" data-ylk="slk:Podcasts;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Podcasts </a></li>
<li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;sports.yahoo.com&#x2F;videos&#x2F;" data-ylk="slk:Videos;elm:navcat;pkgt:side-
nav;subsec:navrail;itc:0">Videos </a></li>  <li class="_yb_b9j16y"><a class="_yb_5i3s2a"
href="https:&#x2F;&#x2F;sports.yahoo.com&#x2F;syndication&#x2F;" data-ylk="slk:RSS;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">RSS </a></li>  <li
class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;sports.yahoo.com&#x2F;jobs&#x2F;" data-ylk="slk:Jobs;elm:navcat;pkgt:side-
nav;subsec:navrail;itc:0">Jobs </a></li>  <li class="_yb_b9j16y"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;help.yahoo.com&#x2F;kb&#x2F;sports-
news" data-ylk="slk:Help;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Help </a></li>  <li class="_yb_b9j16y"><a class="_yb_5i3s2a"
```

```
href="https:&#x2F;&#x2F;sports.yahoo.com&#x2F;soccer&#x2F;world-cup&#x2F;" data-ylk="slk:World Cup;elm:navcat;pkgt:side-
nav;subsec:navrail;itc:0">World Cup </a></li>  <li class="_yb_b9j16y"><a class="_yb_5i3s2a"
href="https:&#x2F;&#x2F;sports.yahoo.com&#x2F;news&#x2F;" data-ylk="slk:More news;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">More news
</a></li> </ul></li></ul></section>  <section class="_yb_9d1sug _yb_gx8mtc"><h3 class="_yb_oj0kxz _yb_gx8mtc"><div class="_yb_1q3bav3 _yb_fg0fdn
_yb_gx8mtc _yb_1djaxgn"><div class="_yb_tiojz _yb_ubzni8 _yb_gx8mtc"><span class="_yb_3azc2" tabindex="-1">New on Yahoo</span></div></h3><span
class="_yb_1q3bav3 _yb_fg0fdn" tabindex="0"><svg width="20" height="20" viewBox="0 0 20 20" fill="none" xmlns="http://www.w3.org/2000/svg"><path
d="M10.0011 10.6612L5.91234 6.57241C5.5699 6.05949 6.25789 5.06949 6.25294 4.74754 6.57489C4.42228 6.90014 4.42393 7.41939 4.74506 7.73969L10.0011
12.9966L15.2588 7.73804C15.5742 7.42269 15.5791 6.89519 15.2564 6.57324C14.9319 6.24881 14.4127 6.24963 14.0916 6.57076L10.0011 10.6612Z"
fill="#232A31"></path></svg></span></div></h3><ul class="_yb_1oryszx _yb_gx8mtc">  <li class="_yb_b9j16y _yb_gx8mtc"><a class="_yb_5i3s2a"
href="https:&#x2F;&#x2F;www.yahoo.com&#x2F;creators&#x2F;" data-ylk="slk:Creators;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Creators </a></li>
<li class="_yb_b9j16y _yb_gx8mtc"><a class="_yb_5i3s2a" href="https:&#x2F;&#x2F;www.yahoo.com&#x2F;games&#x2F;" data-
ylk="slk:Games;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Games</a></li>  <li class="_yb_b9j16y _yb_gx8mtc"><a class="_yb_5i3s2a"
href="https:&#x2F;&#x2F;www.yahoo.com&#x2F;tech&#x2F;" data-ylk="slk:Tech;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0">Tech</a></li>
</ul></section>  </div>   <ul class="_yb_mmj3y9">  <li class="_yb_1kx9b8m"><a href="https:&#x2F;&#x2F;guce.yahoo.com&#x2F;terms?locale=&#x3D;en-
US" data-ylk="slk:Terms;elm:corp;sec:ybar;subsec:navrail;pkgt:side-nav;itc:0;" class="_yb_1daimm1">Terms </a></li>  <li class="_yb_1kx9b8m"><a
href="https:&#x2F;&#x2F;guce.yahoo.com&#x2F;privacy-policy?locale=&#x3D;en-US" data-ylk="slk:Privacy;elm:corp;sec:ybar;subsec:navrail;pkgt:side-
nav;itc:0;" class="_yb_1daimm1">Privacy </a></li>    <li class="_yb_1kx9b8m"><a href="https:&#x2F;&#x2F;guce.yahoo.com&#x2F;privacy-
dashboard?locale=&#x3D;en-US" data-ylk="slk:Privacy Dashboard;elm:corp;sec:ybar;subsec:navrail;pkgt:side-nav;itc:0;" class="_yb_1daimm1">Privacy
Dashboard </a></li>  <li class="_yb_1kx9b8m"><a href="https:&#x2F;&#x2F;yahoo.uservoice.com&#x2F;forums&#x2F;952723-finance-b3" data-
ylk="slk:Feedback;elm:corp;sec:ybar;subsec:navrail;pkgt:side-nav;itc:0;" class="_yb_1daimm1"> Feedback</a></li> </ul>    <div class="_yb_v69mge"><div
class="_yb_a2aon2"> &#169; 2024 <span><svg width="47" height="13" viewBox="0 0 47 13" fill="none" xmlns="http://www.w3.org/2000/svg"><path
d="M13.5306 3.17798V3.85119C13.1441 3.34995 12.4282 3.00746 11.5992 3.00746C9.63976 3.00746 8.18013 4.73756 8.18013 6.76899C8.18013 8.85628
9.62506 10.5305 11.5992 10.5305C12.4282 10.5305 13.1441 10.2013 13.5306 9.67209V10.3439H15.9751V3.17798H13.5306ZM16.8189
0.00292478V10.3439H19.3515V6.52205C19.3515 5.77827 19.7087 5.33581 20.2805 5.33581C20.8523 5.33581 21.1537 5.72093 21.1537
6.43679V10.3409H23.6849V5.83559C23.6849 4.09079 22.7412 3.00452 21.2242 3.00452C20.8633 2.99145 20.5044 3.06354 20.1765 3.21497C19.8486
3.36641 19.5609 3.59293 19.3368 3.87619V0L16.8189 0.00292478ZM39.9761 6.76458C39.9761 8.90919 38.3312 10.5261 36.1425 10.5261C33.9538 10.5261
32.3089 8.90919 32.3089 6.76458C32.3089 4.61996 33.9538 3.00305 36.1425 3.00305C38.3312 3.00305 39.9761 4.61996 39.9761 6.76458ZM31.8797
6.76458C31.8797 8.90919 30.2349 10.5261 28.0476 10.5261C25.8604 10.5261 24.2141 8.90919 24.2141 6.76458C24.2141 4.61996 25.8589 3.00305 28.0476
3.00305C30.2363 3.00305 31.8797 4.61996 31.8797 6.76458ZM0 3.17356L3.06038 10.3968L1.95941 13H4.6479L8.724 3.17356H6.05021L4.39066
7.37754L2.74582 3.17209L0 3.17356ZM12.1136 8.23744C11.9186 8.24158 11.7248 8.20652 11.5436 8.13434C11.3624 8.06216 11.1976 7.95433 11.0588
7.81724C10.9201 7.68015 10.8103 7.51661 10.736 7.33629C10.6616 7.15597 10.6243 6.96255 10.6261 6.76752C10.6241 6.57243 10.6613 6.37893 10.7356
6.19851C10.8098 6.0181 10.9196 5.85448 11.0584 5.71734C11.1972 5.58021 11.3621 5.47239 11.5434 5.40028C11.7247 5.32818 11.9186 5.29323 12.1136
5.29759C12.3073 5.29523 12.4995 5.33163 12.6789 5.40466C12.8584 5.47769 13.0213 5.58588 13.1583 5.72285C13.2953 5.85982 13.4035 6.0228 13.4765
6.20221C13.5495 6.38162 13.5859 6.57383 13.5836 6.76752C13.5859 6.96121 13.5495 7.15342 13.4765 7.33283C13.4035 7.51223 13.2953 7.67521 13.1583
7.81218C13.0213 7.94915 12.8584 8.05734 12.6789 8.13037C12.4995 8.20341 12.3073 8.23981 12.1136 8.23744ZM29.4779 6.76752C29.4824 6.57776
29.4487 6.38904 29.3786 6.21264C29.3085 6.03623 29.2036 5.87577 29.07 5.74087C28.9365 5.60597 28.7771 5.4994 28.6015 5.42752C28.4258 5.35565
28.2374 5.31996 28.0476 5.32259C27.8578 5.31996 26.6914 5.35565 27.4938 5.42752C27.3181 5.4994 27.1587 5.60597 27.0252 5.74087C26.8917 5.87577
26.7867 6.03623 26.7167 6.21264C26.6466 6.38904 26.6128 6.57776 26.6174 6.76752C26.6128 6.95721 26.6466 7.14588 26.7167 7.3222C26.7868 7.49853
26.8917 7.65888 27.0253 7.79367C27.1588 7.92845 27.3182 8.03489 27.4939 8.1066C27.6696 8.17831 27.8579 8.21382 28.0476 8.21099C28.2373 8.21382
28.4257 8.17831 28.6014 8.1066C28.777 8.03489 28.9364 7.92845 29.07 7.79367C29.2035 7.65888 29.3085 7.49853 29.3786 7.3222C29.4487 7.14588
```

29.4824 6.95721 29.4779 6.76752ZM37.5727 6.76752C37.5773 6.57776 37.5435 6.38904 37.4735 6.21264C37.4034 6.03623 37.2984 5.87577 37.1649 5.74087C37.0314 5.60597 36.872 5.4994 36.6963 5.42752C36.5207 5.35565 36.3323 5.31996 36.1425 5.32259C35.9527 5.31996 35.7643 5.35565 35.5886 5.42752C35.413 5.4994 35.2536 5.60597 35.1201 5.74087C34.9865 5.87577 34.8816 6.03623 34.8115 6.21264C34.7415 6.38904 34.7077 6.57776 34.7123 6.76752C34.7077 6.95721 34.7415 7.14588 34.8115 7.3222C34.8816 7.49853 34.9866 7.65888 35.1201 7.79367C35.2537 7.92845 35.4131 8.03489 35.5888 8.1066C35.7644 8.17831 35.9528 8.21382 36.1425 8.21099C36.3322 8.21382 36.5206 8.17831 36.6962 8.1066C36.8719 8.03489 37.0313 7.92845 37.1648 7.79367C37.2984 7.65888 37.4034 7.49853 37.4734 7.3222C37.5435 7.14588 37.5773 6.95721 37.5727 6.76752ZM40.2906 8.82541C40.2877 9.04225 40.3281 9.25749 40.4096 9.45846C40.4911 9.65942 40.612 9.84205 40.7651 9.99559C40.9182 10.1491 41.1005 10.2705 41.3013 10.3525C41.502 10.4345 41.7171 10.4756 41.934 10.4732C42.158 10.475 42.3801 10.4321 42.5875 10.3472C42.7948 10.2623 42.9831 10.137 43.1415 9.97858C43.3 9.82017 43.4253 9.63182 43.5102 9.42451C43.5951 9.21719 43.6379 8.99505 43.6362 8.77103C43.6399 8.55398 43.6 8.33839 43.5187 8.13712C43.4373 7.93585 43.3163 7.75302 43.1628 7.59952C43.0093 7.44602 42.8265 7.32501 42.6252 7.24368C42.424 7.16236 42.2084 7.12241 41.9913 7.12619C41.7676 7.12541 41.5459 7.16891 41.339 7.25418C41.1321 7.33945 40.9442 7.46479 40.786 7.62301C40.6278 7.78122 40.5024 7.96917 40.4171 8.17604C40.3319 8.38291 40.2884 8.6046 40.2891 8.82835L40.2906 8.82541ZM43.8949 0.0058675L41.199 6.49559H44.2036L46.892 0.00145342L43.8949 0.0058675Z" fill="#232A31"></path></svg></span> All rights reserved.</div> <div class="_yb_e1dk09"> <a href="https:&#x2F;&#x2F;legal.yahoo.com&#x2F;us&#x2F;en&#x2F;yahoo&#x2F;privacy&#x2F;adinfo&#x2F;index.html" data-ylk="slk:About our ads;elm:corp;sec:ybar;subsec:navrail;pkgt:side-nav;itc:0;" class="_yb_rz3hnf">About our ads </a>  <a href="https:&#x2F;&#x2F;www.adtech.yahooinc.com&#x2F;advertising&#x2F;solutions" data-ylk="slk:Advertising;elm:corp;sec:ybar;subsec:navrail;pkgt:side-nav;itc:0;" class="_yb_rz3hnf">Advertising </a>  <a href="https:&#x2F;&#x2F;www.yahooinc.com&#x2F;careers&#x2F;" data-ylk="slk:Careers;elm:corp;sec:ybar;subsec:navrail;pkgt:side-nav;itc:0;" class="_yb_rz3hnf">Careers </a> </div> </div> </div></div></div><div class="_yb_lmptkg"><h1 class="_yb_1rea6ey">Yahoo Finance</h1>  <a href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;" target="_self" id="ybar-logo" class="_yb_w07omh   " data-ylk="slk:finance;elm:logo;sec:ybar;subsec:logo;itc:0;">          <svg width="142" height="20" viewBox="0 0 142 20" fill="none" xmlns="http://www.w3.org/2000/svg"><path d="M20.2295 5.28637V6.29254C19.6515 5.54398 18.5813 5.02876 17.3418 5.02876C14.4123 5.02876 12.2322 7.62015 12.2322 10.6629C12.2322 13.7914 14.3903 16.2969 17.3418 16.2969C18.5813 16.2969 19.6515 15.8038 20.2295 15.0112V16.0195H23.8777V5.28637H20.2295ZM25.1479 0.530762V16.0217H28.9323V10.2974C28.9323 9.18333 29.4663 8.51843 30.3212 8.51843C31.1761 8.51843 31.6266 9.09747 31.6266 10.1675V16.0217H35.3934V9.27359C35.3934 6.66021 33.9825 5.03096 31.7145 5.03096C31.1747 5.01129 30.6378 5.11947 30.1475 5.3467C29.6572 5.57394 29.2273 5.91384 28.8927 6.33877V0.530762ZM59.7678 13.8729 57.3086 16.2925 54.0363 16.2925C50.7639 16.2925 48.3047 13.8707 48.3047 10.6584C48.3047 7.44621 50.7639 5.02438 54.0363 5.02438C57.3086 5.02438 59.7678 7.44621 59.7678 10.6584ZM47.663 10.6584C47.663 13.8729 45.2038 16.2925 41.9337 16.2925C38.6636 16.2925 36.2022 13.8707 36.2022 10.6584C36.2022 7.44621 38.6614 5.02438 41.9337 5.02438C45.206 5.02438 47.663 7.44621 47.663 10.6584ZM0 5.28196L4.57554 16.101L2.92949 20.0001H6.94902L13.0432 5.28196H9.03681L6.55564 11.5809L4.09645 5.28196H0ZM18.111 12.8645C17.8194 12.871 17.5294 12.8187 17.2584 12.7107C16.9873 12.6027 16.7408 12.4412 16.5333 12.2358C16.3258 12.0304 16.1616 11.7853 16.0506 11.5151C15.9396 11.2449 15.8839 10.9551 15.8869 10.6629C15.8842 10.3707 15.9401 10.081 16.0512 9.81094C16.1624 9.54086 16.3265 9.2959 16.5339 9.09056C16.7414 8.88523 16.9878 8.72373 17.2587 8.61561C17.5296 8.5075 17.8194 8.45498 18.111 8.46118C18.4005 8.45794 18.6877 8.51268 18.9558 8.62217C19.2239 8.73167 19.4675 8.89372 19.6722 9.09881C19.8769 9.30391 20.0387 9.5479 20.148 9.81648C20.2573 10.0851 20.3119 10.3728 20.3086 10.6629C20.3122 10.953 20.2578 11.2409 20.1486 11.5096C20.0394 11.7783 19.8776 12.0224 19.6728 12.2276C19.4681 12.4327 19.2244 12.5948 18.9562 12.7042C18.6879 12.8135 18.4006 12.8681 18.111 12.8645ZM44.0772 10.6629C44.0788 10.3786 44.0284 10.0959 43.9236 9.83172C43.8188 9.5675 43.6619 9.32718 43.4623 9.12513C43.2627 8.92307 43.0244 8.76344 42.7617 8.65579C42.4991 8.54814 42.2175 8.49466 41.9337 8.4986C41.6499 8.49466 41.3683 8.54814 41.1056 8.65579C40.843 8.76344 40.6047 8.92307 40.4051 9.12513C40.2054 9.32718 40.0485 9.5675 39.9438 9.83172C39.839 10.0959 39.7885 10.3786 39.7954 10.6629C39.7885 10.9471 39.839 11.2297 39.9438 11.494C40.0485 11.7582 40.2054 11.9985 40.4051 12.2006C40.6047 12.4026 40.843 12.5623 41.1056 12.6699C41.3683 12.7776 41.6499 12.831 41.9337 12.8271C42.2175 12.831 42.4991 12.7776 42.7617 12.6699C43.0244 12.5623 43.2627 12.4026 43.4623 12.2006C43.6619 11.9985 43.8188 11.7582 43.9236 11.494C44.0284 11.2297 44.0788 10.9471 44.0772 10.6629Z"

11.7582 43.9236 11.494C44.0284 11.2297 44.0788 10.9471 44.072 10.6629V10.6629ZM56.1746 10.6629C56.1814 10.3786 56.1309 10.0959 56.0262 9.83172C55.9214 9.5675 55.7645 9.32718 55.5649 9.12513C55.3652 8.92307 55.1269 8.76344 54.8643 8.65579C54.6016 8.54814 54.32 8.49466 54.0363 8.4986C53.7525 8.49466 53.4709 8.54814 53.2082 8.65579C52.9455 8.76344 52.7073 8.92307 52.5076 9.12513C52.308 9.32718 52.1511 9.5675 52.0463 9.83172C51.9416 10.0959 51.8911 10.3786 51.8979 10.6629C51.8911 10.9471 51.9416 11.2297 52.0463 11.494C52.1511 11.7582 52.308 11.9985 52.5076 12.2006C52.7073 12.4026 52.9455 12.5623 53.2082 12.6699C53.4709 12.7776 53.7525 12.831 54.0363 12.8271C54.32 12.831 54.6016 12.7776 54.8643 12.6699C55.1269 12.5623 55.3652 12.4026 55.5649 12.2006C55.7645 11.9985 55.9214 11.7582 56.0262 11.494C56.1309 11.2297 56.1814 10.9471 56.1746 10.6629V10.6629ZM60.2381 13.7452C60.2345 14.0697 60.2957 14.3917 60.4181 14.6922C60.5404 14.9927 60.7214 15.2657 60.9505 15.4951C61.1795 15.7246 61.452 15.906 61.752 16.0285C62.052 16.1511 62.3733 16.2124 62.6973 16.2089C63.0322 16.2115 63.3643 16.1473 63.6743 16.0202C63.9842 15.893 64.2658 15.7053 64.5026 15.468C64.7395 15.2307 64.9268 14.9486 65.0538 14.6381C65.1808 14.3276 65.2448 13.9949 65.2422 13.6593C65.2478 13.3342 65.1881 13.0113 65.0665 12.7099C64.9449 12.4084 64.764 12.1345 64.5345 11.9046C64.305 11.6747 64.0316 11.4935 63.7307 11.3717C63.4298 11.2498 63.1075 11.19 62.783 11.1956C62.4474 11.1933 62.1147 11.2577 61.8042 11.385C61.4936 11.5123 61.2113 11.7 60.9736 11.9373C60.7359 12.1746 60.5476 12.4568 60.4194 12.7675C60.2913 13.0781 60.2259 13.4112 60.2281 13.7452ZM65.6268 0.535169L61.6072 10.2599H66.0971L70.1166 0.530762L65.6268 0.535169Z" fill="var(--yb-logo-brand, #6001D2)"></path><path d="M75.2146 5.06825C75.2146 3.92999 75.9223 3.4346 76.8233 3.4346C77.2312 3.43126 77.6345 3.52007 78.0034 3.69441V0.44915C77.4081 0.191512 76.7639 0.0667917 76.1156 0.0836646C73.0895 0.0836646 71.3093 1.95288 71.3093 4.98238V5.32806H69.8721V8.48745H71.3093V16.0744H75.2146V8.48745H77.8518V5.32806H75.2146V5.06825ZM83.1262 16.0766V5.33024H79.2056V16.0766H83.1262ZM83.3614 2.17084C83.3533 1.59228 83.1182 1.04017 82.7069 0.633921C82.2956 0.227671 81.7413 -5.66967e-05 81.1637 1.05881e-08C80.5861 -5.66967e-05 80.0317 0.227671 79.6205 0.633921C79.2092 1.04017 78.9741 1.59228 78.966 2.17084C78.9741 2.74941 79.2092 3.30152 79.6205 3.70777C80.0317 4.11402 80.5861 4.34175 81.1637 4.34169C81.7413 4.34175 82.2956 4.11402 82.7069 3.70777C83.1182 3.30152 83.3533 2.74941 83.3614 2.17084V2.17084ZM104.558 5.33024V6.46851C103.899 5.54381 102.736 5.02861 101.448 5.02861C98.5297 5.02861 96.4067 7.54292 96.4067 10.7023C96.4067 13.8617 98.5077 16.376 101.448 16.376 103.866 15.8608 104.558 14.9361V16.0766H108.421V5.33024H104.558ZM104.666 10.7023C104.665 10.9909 104.608 11.2765 104.496 11.5425C104.384 11.8085 104.221 12.0496 104.016 12.2517C103.81 12.4537 103.566 12.6128 103.299 12.7195C103.031 12.8262 102.745 12.8784 102.457 12.8732C102.169 12.8787 101.882 12.8267 101.614 12.7201C101.347 12.6136 101.103 12.4546 100.897 12.2525C100.691 12.0504 100.527 11.8092 100.416 11.543C100.304 11.2769 100.246 10.9911 100.246 10.7023C100.246 10.4136 100.304 10.1278 100.416 9.86164C100.527 9.59549 100.691 9.35431 100.897 9.1522C101.103 8.95009 101.347 8.79111 101.614 8.68453C101.882 8.57796 102.169 8.52592 102.457 8.53148C102.745 8.52621 103.031 8.57847 103.299 8.68518C103.566 8.79189 103.81 8.95093 104.016 9.15301C104.221 9.35509 104.384 9.59615 104.496 9.86215C104.608 10.1282 104.665 10.4138 104.666 10.7023V10.7023ZM116.707 16.0744H120.632V9.24922C120.632 6.62703 119.194 5.01541 116.896 5.01541C115.63 5.01541 114.599 5.55262 113.977 6.55658V5.31043H110.054V16.0568H113.981V10.3325C113.981 9.23162 114.518 8.57112 115.375 8.57112C116.232 8.57112 116.707 9.17436 116.707 10.2047V16.0744ZM91.4114 16.0744H95.3386V9.24922C95.3386 6.62703 93.9014 5.01541 91.6026 5.01541C90.3368 5.01541 89.3082 5.55262 88.6841 6.55658V5.31043H84.7613V16.0568H88.6863V10.3325C88.6863 9.23162 89.2225 8.57112 90.0818 8.57112C90.9411 8.57112 91.4004 9.17436 91.4004 10.2047L91.4114 16.0744ZM121.704 10.7001C121.704 14.1832 124.194 16.3738 127.433 16.3738C128.326 16.3777 129.208 16.1718 130.007 15.7728V12.2039C129.441 12.6209 128.758 12.8468 128.055 12.849C126.682 12.849 125.673 11.9903 125.673 10.7001C125.673 9.40994 126.704 8.55128 128.055 8.55128C128.751 8.552 129.431 8.76135 130.007 9.15236V5.58564C129.221 5.21826 128.364 5.02741 127.497 5.02643C124.108 5.02643 121.704 7.41082 121.704 10.7001V10.7001ZM138.266 12.4416C138.069 12.729 137.802 12.9609 137.491 13.1151C137.179 13.2693 136.833 13.3407 136.486 13.3223C135.457 13.3223 134.62 12.6618 134.556 11.6887H141.958C141.986 11.4173 142 11.1447 142 10.8719C142 7.34918 139.725 5.02643 136.422 5.02643C135.671 5.01146 134.925 5.14853 134.229 5.42946C133.532 5.7104 132.899 6.12941 132.368 6.66132C131.837 7.19323 131.419 7.82709 131.139 8.52489C130.858 9.2227 130.722 9.97007 130.736 10.7222C130.736 14.1391 132.967 16.3738 136.464 16.3738C138.824 16.3738 140.584 15.4711 141.613 13.7318L138.266 12.4416ZM134.576 9.45399C134.662 8.57332 135.413 7.99208 136.4 7.99208C137.387 7.99208 138.116 8.57332 138.202 9.45399H134.576Z" fill="var(--yb-logo-property, #232A31)"></path></svg>

Yahoo Finance  </a>  </div><div id="ybar-search-box-

```
container" class="_yb_pxf6qo _yb_10xsof5"><form class="_yb_1hi43u5 __yb_1ymquwn ybar-enable-search-ui ybar-assist_billboard_v2 _yb_c4sqhw ybar-
voice-search _yb_1ecmnf2" method="get" name="ybar_mod_searchbox_s" id="ybar-sf" role="search"
action="https:&#x2F;&#x2F;search.yahoo.com&#x2F;search" accept-charset="utf-8" data-appid="finance" data-pubid="" novalidate     data-
mtestid="35716&#x3D;SAUHSearchBillboardsV2Test" data-sabase="https:&#x2F;&#x2F;search.yahoo.com&#x2F;sugg&#x2F;gossip&#x2F;gossip-us-
ura&#x2F;" data-fastbreak="https:&#x2F;&#x2F;search.yahoo.com&#x2F;sugg&#x2F;gossip&#x2F;gossip-us-fastbreak&#x2F;" data-saEnabled="true" data-
saVersion="1"     data-textShown="new suggestions shown" data-textClosed="Suggestion box closed" data-finsrch="researchReports" >  <label for="ybar-sbq"
class="_yb_aaaplj">Search query</label> <input type="text" class="_yb_eh72w7 _yb_1e1vn6v _yb_1u7ot2c finsrch-inpt  " id="ybar-sbq" name="p" value=""
autocomplete="off" data-ylk="sec:ybar;slk:websrch;subsec:searchbox;elm:search;elmt:input;itc:0;"  placeholder="Search for news, symbols or companies"  >
<div class="_yb_1p0iv2h _yb_16sni2y"><button id="ybar-sbq-x" type="button" aria-label="Clear Search" class="_yb_w0bead _yb_1gfkau8 _yb_1r27v0q
finsrch-clear-btn" data-ylk="sec:yb_search;subsec:assist;slk:clear;itc:1;"> <span class="_yb_puk40u"><svg width="16" height="16" fill="none"
xmlns="http://www.w3.org/2000/svg" transform="translate(0 4)"><path d="M8 7.059 4.468 3.527a.667.667 0 0 0-.941.941L7.058 8l-3.531 3.531a.667.667 0 0 0
.94.942L8 8.941l3.532 3.532a.666.666 0 0 0 .94-.942L8.941 8l3.531-3.532a.666.666 0 0 0-.94-.941L8 7.059z" fill="#232A31"></svg></span>
</button><button id="ybar-sbq-voice" type="button" aria-label="Search by voice" class="_yb_w0bead _yb_m8iff1 _yb_1r27v0q" data-
ylk="sec:ybar;slk:websrch;subsec:searchbox;elm:search;elmt:voice;itc:0;" data-fr="uh3_finance_vert" data-fr2="p:finance,m:voice-search" ><span
class="_yb_1lz3d6r"> <svg class="_yb_k0v0kr" width="16" height="16" viewBox="0 0 16 16" fill="none" xmlns="http://www.w3.org/2000/svg"><path fill-
rule="evenodd" clip-rule="evenodd" d="M7.99992 0.333252C6.71125 0.333252 5.66659 1.37792 5.66659 2.66659V7.66659C5.66659 8.95525 6.71125
9.99992 7.99992 9.99992C9.28859 9.99992 10.3333 8.95525 10.3333 7.66659V2.66659C10.3333 1.37792 9.28859 0.333252 7.99992 0.333252ZM10.6666
14.3333C11.0346 14.3333 11.3333 14.6319 11.3333 14.9999C11.3333 15.3679 11.0346 15.6666 10.6666 15.6666H5.33325C4.96525 15.6666 4.66659 15.3679
4.66659 14.9999C4.66659 14.6319 4.96525 14.3333 5.33325 14.3333H10.6666ZM2.33325 7.33325C2.33325 10.4629 4.87025 12.9999 7.99992
12.9999C11.1296 12.9999 13.6666 10.4629 13.6666 7.33325V6.66658C13.6666 6.29858 13.3679 5.99992 12.9999 5.99992C12.6319 5.99992 12.3333 6.29858
12.3333 6.66658V7.33325C12.3333 9.72659 10.3933 11.6666 7.99992 11.6666C5.60659 11.6666 3.66659 9.72659 3.66659 7.33325V6.66658C3.66659
6.29858 3.36792 5.99992 2.99992 5.99992C2.63192 5.99992 2.33325 6.29858 2.33325 6.66658V7.33325Z" fill="#232A31"></path></svg><svg
class="_yb_ujwaqo" width="16" height="16" viewBox="0 0 16 16" fill="none" xmlns="http://www.w3.org/2000/svg"><path fill-rule="evenodd" clip-
rule="evenodd" d="M7.99992 0.333252C6.71125 0.333252 5.66659 1.37792 5.66659 2.66659V7.66659C5.66659 8.95525 6.71125 9.99992 7.99992
9.99992C9.28859 9.99992 10.3333 8.95525 10.3333 7.66659V2.66659C10.3333 1.37792 9.28859 0.333252 7.99992 0.333252ZM10.6666 14.3333C11.0346
14.3333 11.3333 14.6319 11.3333 14.9999C11.3333 15.3679 11.0346 15.6666 10.6666 15.6666H5.33325 15.6666 4.66659 15.3679 4.6669
14.9999C4.66659 14.6319 4.96525 14.3333 5.33325 14.3333H10.6666ZM2.33325 7.33325C2.33325 10.4629 4.87025 12.9999 7.99992 12.9999C11.1296
12.9999 13.6666 10.4629 13.6666 7.33325V6.66658C13.6666 6.29858 13.3679 5.99992 12.9999 5.99992C12.6319 5.99992 12.3333 6.29858 12.3333
6.66658V7.33325C12.3333 9.72659 10.3933 11.6666 7.99992 11.6666C5.60659 11.6666 3.66659 9.72659 3.66659 7.33325V6.66658C3.66659
3.36792 5.99992 2.99992 5.99992C2.63192 5.99992 2.33325 6.29858 2.33325 6.66658V7.33325Z" fill="#232A31"></path></svg> </span></button>  </div>
<div class="_yb_1to5227 "> <svg width="16" height="16" viewBox="0 0 16 16" fill="none" xmlns="http://www.w3.org/2000/svg" class="_yb_c3emm2">
<path fill-rule="evenodd" clip-rule="evenodd" d="M10.7969 9.85558L15.0843 14.1335C15.4129 14.4622 15.4321 14.8607 15.1147 15.1593C14.7973 15.4578
14.3024 15.252 14.0344 14.9841L9.87588 10.8258C8.5431 11.7616 7.36481 12.0175 6.46724 12.0664C5.34703 12.1275 3.75437 11.7019 2.47647
10.5438C0.341582 8.6092 -0.137246 4.86327 2.31182 2.35874C3.35367 1.2933 4.87096 0.666626 6.35815 0.666626C7.84533 0.666626 9.23776 1.19682
10.4553 2.40305C12.2172 4.1487 12.6062 7.45564 10.7969 9.85558ZM3.26222 9.40026C4.09374 10.2115 5.16285 10.6666 6.33094 10.6666C7.47924 10.6666
8.58794 10.2313 9.39966 9.40026C10.2114 8.56921 10.6667 7.50072 10.6667 6.33329C10.6667 5.16586 10.2312 4.07758 9.39966 3.26632C8.56814 2.45506
7.49903 1.99996 6.33094 1.99996C5.16285 1.99996 4.07394 2.45506 3.26222 3.26632C2.45506 3.57937 4.968 1.57937 7.71838 3.26222 9.40026Z"
fill="#6E7780"></path> </svg> </div><div class="_yb_1to5227 _yb_ica2jw"><button type="submit" id="ybar-search" class="rapid-noclick-resp _yb_1yzauc
finsrch-btn" aria-label="Search" value="Search" data-ylk="slk:websrch;elm:search;elmt:icon;sec:ybar;subsec:searchbox;itc:0;tar:search.yahoo.com;"><svg
width="16" height="16" viewBox="0 0 16 16" fill="none" xmlns="http://www.w3.org/2000/svg" class="_yb_1mrs2js"><path fill-rule="evenodd" clip-
```

rule="evenodd" d="M11.1171 9.5107L15.0655 13.3934C15.2415 13.5578 15.3369 13.8096 15.3333 14.0662C15.3285 14.4057 15.17 14.7558 14.9889 14.9434C14.6951 15.2478 14.2575 15.366 14.0395 15.3333C13.8215 15.3007 13.5531 15.1978 13.3658 15.0142L9.47317 11.1404C8.18624 11.9067 7.53573 11.9664 6.79607 12.0343C6.68905 12.0441 6.58016 12.0541 6.4672 12.0665C5.53163 12.1686 3.75434 11.7019 2.47645 10.5439C0.341584 8.60926 -0.13724 4.86336 2.31181 2.35885C3.35365 1.29341 4.87093 0.666748 6.35811 0.666748C7.84528 0.666748 9.2377 1.19694 10.4552 2.40316C12.2172 4.1488 12.6491 7.28044 11.1171 9.5107ZM3.85283 8.81058C4.52445 9.46583 5.38795 9.83342 6.33142 9.83342C7.25889 9.83342 8.15437 9.48182 8.81 8.81058C9.46562 8.13935 9.83342 7.27634 9.83342 6.33341C9.83342 5.39049 9.48162 4.5115 8.81 3.85625C8.13838 3.20099 7.27488 2.83341 6.33142 2.83341C5.38795 2.83341 4.50846 3.20099 3.85283 3.85625C2.49361 5.23067 2.49361 7.45214 3.85283 8.81058Z" fill="#fff"></path></svg></button></div> <input type="hidden" name="fr" value="finance" > <input type="hidden" name="fr2" value="p:finvsrp,m:sb" data-saValue="p:finvsrp,m:sa" data-modalSB="p:fin,m:sb,v:modal" data-modalSA="p:fin,m:sa,v:modal" > </form> </div> </div> <div class="_yb_1vskftk"><nav role="navigation" class="_yb_16u7xk7 _yb_osuog8 _yb_485qb3"> <span class="_yb_lhh0vm _yb_69fr3d"><dialog class="_yb_l17i45e _yb_9h3bhc" style="display:none;"><header class="_yb_90qak0"><span>Select edition</span><button class="_yb_1mtjxyh"><svg width="16" height="16" viewBox="0 0 16 16" fill="none" xmlns="http://www.w3.org/2000/svg"><path d="M8.00001 7.05891L4.46801 3.52691C4.21268 3.27158 3.78934 3.26958 3.52934 3.52958C3.26801 3.79158 3.26868 4.20958 3.52734 4.46825L7.05868 8.00025L3.52734 11.5316C3.27134 11.7876 3.27001 12.2102 3.52934 12.4702C3.79134 12.7322 4.21001 12.7316 4.46801 12.4729L8.00001 8.94091L11.532 12.4729C11.7873 12.7289 12.2107 12.7302 12.4707 12.4702C12.732 12.2089 12.7313 11.7902 12.4727 11.5316L8.94134 8.00001L12.4727 4.46825C12.7287 4.21225 12.73 3.78958 12.4707 3.52958C12.2087 3.26891 11.79 3.26891 11.532 3.52691L8.00001 7.05891Z" fill="#232A31"></path></svg></button></header> <ul class="_yb_bc35u5"> <li class="_yb_14gh885" ><a href="https:&#x2F;&#x2F;www.yahoo.com&#x2F;?p&#x3D;dnr" aria-label="Selected edition, US English" data-ylk="slk:US;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;" class="_yb_1klp15y _yb_1epit23">US<span class="_yb_osph3p">English</span></span> <svg width="14" height="14" viewBox="0 0 24 24" fill="none" xmlns="http://www.w3.org/2000/svg"><path d="M3.3015 13.8455C2.8995 13.4495 2.8995 12.8035 3.3015 12.4035C3.7025 12.0065 4.3535 12.0065 4.7555 12.4035L8.9255 16.5385L19.2435 6.2985C19.6465 5.9005 20.2965 5.9005 20.6975 6.2985C21.1005 6.6975 21.1005 7.3425 20.6975 7.7405L9.6525 18.7025C9.2485 19.1045 8.6315 19.0935 8.1975 18.7025L3.3015 13.8455Z" fill="#232A31"></path></svg> </a></li> <li ><a href="https:&#x2F;&#x2F;espanol.yahoo.com&#x2F;?p&#x3D;dnr" data-ylk="slk:US y LATAM;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;" class="_yb_1klp15y _yb_1p46xii"><span class="_yb_1epit23">US y LATAM<span class="_yb_osph3p">Español</span></span> </a></li> <li ><a href="https:&#x2F;&#x2F;au.yahoo.com&#x2F;?p&#x3D;dnr" data-ylk="slk:Australia;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;" class="_yb_1klp15y _yb_1p46xii"><span class="_yb_1epit23">Australia<span class="_yb_osph3p">English</span></span> </a></li> <li ><a href="https:&#x2F;&#x2F;ca.yahoo.com&#x2F;?p&#x3D;dnr" data-ylk="slk:Canada;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;" class="_yb_1klp15y _yb_1p46xii"><span class="_yb_1epit23">Canada<span class="_yb_osph3p">English</span></span> </a></li> <li ><a href="https:&#x2F;&#x2F;qc.yahoo.com&#x2F;?p&#x3D;dnr" data-ylk="slk:Canada;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;" class="_yb_1klp15y _yb_1p46xii"><span class="_yb_1epit23">Canada<span class="_yb_osph3p">Français</span></span> </a></li> <li ><a href="https:&#x2F;&#x2F;de.yahoo.com&#x2F;?p&#x3D;dnr" data-ylk="slk:Deutschland;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;" class="_yb_1klp15y _yb_1p46xii"><span class="_yb_1epit23">Deutschland<span class="_yb_osph3p">Deutsch</span></span> </a></li> <li ><a href="https:&#x2F;&#x2F;fr.yahoo.com&#x2F;?p&#x3D;dnr" data-ylk="slk:France;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;" class="_yb_1klp15y _yb_1p46xii"><span class="_yb_1epit23">France<span class="_yb_osph3p">Français</span></span> </a></li> <li ><a href="https:&#x2F;&#x2F;hk.yahoo.com&#x2F;?p&#x3D;dnr" data-ylk="slk:香港;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;" class="_yb_1klp15y _yb_1p46xii"><span class="_yb_1epit23">香港<span class="_yb_osph3p">繁中</span></span> </a></li> <li ><a href="https:&#x2F;&#x2F;malaysia.yahoo.com&#x2F;?p&#x3D;dnr" data-ylk="slk:Malaysia;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;" class="_yb_1klp15y _yb_1p46xii"><span class="_yb_1epit23">Malaysia<span class="_yb_osph3p">English</span></span> </a></li> <li ><a href="https:&#x2F;&#x2F;nz.yahoo.com&#x2F;?p&#x3D;dnr" data-ylk="slk:New Zealand;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;" class="_yb_1klp15y _yb_1p46xii"><span class="_yb_1epit23">New Zealand<span class="_yb_osph3p">English</span></span> </a></li> <li ><a href="https:&#x2F;&#x2F;sg.yahoo.com&#x2F;?p&#x3D;dnr" data-

ylk="slk:Singapore;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;" class="_yb_1klp15y _yb_1p46xii"><span class="_yb_1epit23">Singapore<span class="_yb_osph3p">English</span></span> </a></li> <li ><a href="https:&#x2F;&#x2F;tw.yahoo.com&#x2F;?p&#x3D;dnr" data-ylk="slk:台灣 ;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;" class="_yb_1klp15y _yb_1p46xii"><span class="_yb_1epit23">台灣<span class="_yb_osph3p">繁中 </span></span> </a></li> <li ><a href="https:&#x2F;&#x2F;uk.yahoo.com&#x2F;?p&#x3D;dnr" data-ylk="slk:UK;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;" class="_yb_1klp15y _yb_1p46xii"><span class="_yb_1epit23">UK<span class="_yb_osph3p">English</span></span> </a></li> </ul></dialog></span>  <ul class="_yb_1i2dw2m" id="ybar-l1-nav"> <li class="_yb_hc4csw _yb_1qhgzm1"> <a class="_yb_1i1xk5b _yb_141hkti _yb_zt5wc3" aria-current="false" data-ylk="slk:News;sec:ybar;subsec:navrail;elm:navcat;pkgt:top;itc:0;" href="https:&#x2F;&#x2F;www.yahoo.com&#x2F;">News</a> </li> <li class="_yb_hc4csw _yb_1qhgzm1"> <a class="_yb_1i1xk5b _yb_141hkti _yb_fop5j7 _yb_zt5wc3" aria-current="page" data-ylk="slk:Finance;sec:ybar;subsec:navrail;elm:navcat;pkgt:top;itc:0;" href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;">Finance</a> </li> <li class="_yb_hc4csw _yb_1qhgzm1"> <a class="_yb_1i1xk5b _yb_141hkti _yb_zt5wc3" aria-current="false" data-ylk="slk:Sports;sec:ybar;subsec:navrail;elm:navcat;pkgt:top;itc:0;" href="https:&#x2F;&#x2F;sports.yahoo.com&#x2F;">Sports</a> </li> <li class="_yb_hc4csw "> <button class="_yb_1i1xk5b _yb_trilai _yb_zt5wc3 rapid-noclick-resp" aria-label="More" aria-expanded="false"><span class="_yb_bznkcq">More</span><svg width="12" height="13" viewBox="0 0 12 13" fill="none" xmlns="http://www.w3.org/2000/svg" class="_yb_1bbh2bv"><path d="M6.00043 6.89668L3.54716 4.44341C3.35796 4.2547 3.04145 4.25173 2.84828 4.4449C2.65313 4.64005 2.65412 4.9516 2.84685 5.14378L6.00043 8.29791L9.15506 5.14279C9.34427 4.95358 9.34724 4.63708 9.15358 4.44391C8.95892 4.24925 8.64737 4.24974 8.4547 4.44242L6.00043 6.89668Z" fill="#5B636A"></path></svg></button><div id="ybar-l1-more-menu" class="_yb_1yd6iif _yb_1i23v0q "><ul class="_yb_d79mgx"> <li class="_yb_lhh0vm"><a href="https:&#x2F;&#x2F;www.yahoo.com&#x2F;" data-ylk="slk:News;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;" class="_yb_tyu9vf" aria-label="News: General"><span class="_yb_1npoggk">News</span></a><ul> <li><a href="https:&#x2F;&#x2F;www.yahoo.com&#x2F;news&#x2F;" data-ylk="slk:Today&#39;s news;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;" class="_yb_1p46xii" aria-label="News: Today&#39;s news">Today&#39;s news </a></li> <li><a href="https:&#x2F;&#x2F;www.yahoo.com&#x2F;news&#x2F;us&#x2F;" data-ylk="slk:US;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;" class="_yb_1p46xii" aria-label="News: US">US </a></li> <li><a href="https:&#x2F;&#x2F;www.yahoo.com&#x2F;news&#x2F;politics&#x2F;" data-ylk="slk:Politics;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;" class="_yb_1p46xii" aria-label="News: Politics">Politics </a></li> <li><a href="https:&#x2F;&#x2F;www.yahoo.com&#x2F;news&#x2F;world&#x2F;" data-ylk="slk:World;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;" class="_yb_1p46xii" aria-label="News: World">World </a></li> <li><a href="https:&#x2F;&#x2F;www.yahoo.com&#x2F;news&#x2F;weather&#x2F;" data-ylk="slk:Weather;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;" class="_yb_1p46xii" aria-label="News: Weather">Weather </a></li> <li><a href="https:&#x2F;&#x2F;www.yahoo.com&#x2F;tagged&#x2F;climate-change&#x2F;" data-ylk="slk:Climate change;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;" class="_yb_1p46xii" aria-label="News: Climate change">Climate change </a></li> <li><a href="https:&#x2F;&#x2F;www.yahoo.com&#x2F;news&#x2F;health&#x2F;" data-ylk="slk:Health;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;" class="_yb_1p46xii" aria-label="News: Health">Health </a></li> <li><a href="https:&#x2F;&#x2F;www.yahoo.com&#x2F;news&#x2F;science&#x2F;" data-ylk="slk:Science;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;" class="_yb_1p46xii" aria-label="News: Science">Science </a></li> <li><a href="https:&#x2F;&#x2F;www.yahoo.com&#x2F;election&#x2F;" data-ylk="slk:2024 election;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;" class="_yb_1p46xii" aria-label="News: 2024 election">2024 election </a></li> <li><a href="https:&#x2F;&#x2F;www.yahoo.com&#x2F;news&#x2F;originals&#x2F;" data-ylk="slk:Originals;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;" class="_yb_1p46xii" aria-label="News: Originals">Originals </a></li> <li><a href="https:&#x2F;&#x2F;news.yahoo.com&#x2F;newsletters&#x2F;" data-ylk="slk:Newsletters;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;" class="_yb_1p46xii" aria-label="News: Newsletters">Newsletters </a></li> </ul></li> <li class="_yb_lhh0vm"><a href="https:&#x2F;&#x2F;www.yahoo.com&#x2F;lifestyle&#x2F;" data-ylk="slk:Life;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;" class="_yb_tyu9vf" aria-label="Life: General"><span class="_yb_1npoggk">Life</span></a><ul> <li><a href="https:&#x2F;&#x2F;www.yahoo.com&#x2F;lifestyle&#x2F;tagged&#x2F;health&#x2F;" data-ylk="slk:Health;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;" class="_yb_1p46xii" aria-label="Life: Health">Health </a></li> <li><a

href="https:&#x2F;&#x2F;www.yahoo.com&#x2F;lifestyle&#x2F;tagged&#x2F;parenting&#x2F;" data-
ylk="slk:Parenting;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;" class="_yb_1p46xii" aria-label="Life: Parenting">Parenting </a></li> <li><a
href="https:&#x2F;&#x2F;www.yahoo.com&#x2F;lifestyle&#x2F;style-beauty&#x2F;" data-ylk="slk:Style and
beauty;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;" class="_yb_1p46xii" aria-label="Life: Style and beauty">Style and beauty </a></li> <li><a
href="https:&#x2F;&#x2F;www.yahoo.com&#x2F;lifestyle&#x2F;horoscope&#x2F;" data-
ylk="slk:Horoscopes;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;" class="_yb_1p46xii" aria-label="Life: Horoscopes">Horoscopes </a></li> <li><a
href="https:&#x2F;&#x2F;shopping.yahoo.com" data-ylk="slk:Shopping;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;" class="_yb_1p46xii" aria-
label="Life: Shopping">Shopping </a></li> <li><a href="https:&#x2F;&#x2F;www.yahoo.com&#x2F;lifestyle&#x2F;tagged&#x2F;food&#x2F;" data-
ylk="slk:Food;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;" class="_yb_1p46xii" aria-label="Life: Food">Food </a></li> <li><a
href="https:&#x2F;&#x2F;www.yahoo.com&#x2F;lifestyle&#x2F;tagged&#x2F;travel&#x2F;" data-
ylk="slk:Travel;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;" class="_yb_1p46xii" aria-label="Life: Travel">Travel </a></li> <li><a
href="https:&#x2F;&#x2F;autos.yahoo.com&#x2F;" data-ylk="slk:Autos;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;" class="_yb_1p46xii" aria-
label="Life: Autos">Autos </a></li> <li><a href="https:&#x2F;&#x2F;www.yahoo.com&#x2F;topics&#x2F;gift-ideas&#x2F;" data-ylk="slk:Gift
ideas;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;" class="_yb_1p46xii" aria-label="Life: Gift ideas">Gift ideas </a></li> <li><a
href="https:&#x2F;&#x2F;www.yahoo.com&#x2F;topics&#x2F;buying-guides&#x2F;" data-ylk="slk:Buying
guides;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;" class="_yb_1p46xii" aria-label="Life: Buying guides">Buying guides </a></li> </ul></li> <li
class="_yb_1hh0vm"><a href="https:&#x2F;&#x2F;www.yahoo.com&#x2F;entertainment&#x2F;" data-
ylk="slk:Entertainment;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;" class="_yb_tyu9vf" aria-label="Entertainment: General"><span
class="_yb_1npoggk">Entertainment</span></a><ul> <li><a href="https:&#x2F;&#x2F;www.yahoo.com&#x2F;entertainment&#x2F;celebrity&#x2F;" data-
ylk="slk:Celebrity;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;" class="_yb_1p46xii" aria-label="Entertainment: Celebrity">Celebrity </a></li> <li><a
href="https:&#x2F;&#x2F;www.yahoo.com&#x2F;entertainment&#x2F;tv&#x2F;" data-ylk="slk:TV;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;"
class="_yb_1p46xii" aria-label="Entertainment: TV">TV </a></li> <li><a
href="https:&#x2F;&#x2F;www.yahoo.com&#x2F;entertainment&#x2F;movies&#x2F;" data-ylk="slk:Movies;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;"
class="_yb_1p46xii" aria-label="Entertainment: Movies">Movies </a></li> <li><a
href="https:&#x2F;&#x2F;www.yahoo.com&#x2F;entertainment&#x2F;music&#x2F;" data-ylk="slk:Music;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;"
class="_yb_1p46xii" aria-label="Entertainment: Music">Music </a></li> <li><a
href="https:&#x2F;&#x2F;www.yahoo.com&#x2F;entertainment&#x2F;tagged&#x2F;how-to-watch&#x2F;" data-ylk="slk:How to
watch;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;" class="_yb_1p46xii" aria-label="Entertainment: How to watch">How to watch </a></li> <li><a
href="https:&#x2F;&#x2F;www.yahoo.com&#x2F;entertainment&#x2F;tagged&#x2F;interviews&#x2F;" data-
ylk="slk:Interviews;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;" class="_yb_1p46xii" aria-label="Entertainment: Interviews">Interviews </a></li> <li><a
href="https:&#x2F;&#x2F;www.yahoo.com&#x2F;entertainment&#x2F;tagged&#x2F;videos&#x2F;" data-
ylk="slk:Videos;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;" class="_yb_1p46xii" aria-label="Entertainment: Videos">Videos </a></li> </ul></li> <li
class="_yb_1hh0vm"><a href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;" data-ylk="slk:Finance;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;"
class="_yb_tyu9vf" aria-label="Finance: General"><span class="_yb_1npoggk">Finance</span></a><ul> <li><a
href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;portfolios&#x2F;" data-ylk="slk:My portfolio;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;"
class="_yb_1p46xii" aria-label="Finance: My portfolio">My portfolio </a></li> <li><a
href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;watchlists&#x2F;" data-ylk="slk:Watchlists;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;"
class="_yb_1p46xii" aria-label="Finance: Watchlists">Watchlists </a></li> <li><a href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;calendar&#x2F;" data-
ylk="slk:Markets;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;" class="_yb_1p46xii" aria-label="Finance: Markets">Markets </a></li> <li><a
href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;news&#x2F;" data-ylk="slk:News;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;" class="_yb_1p46xii"

aria-label="Finance: News">News </a></li> <li><a href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;videos&#x2F;" data-ylk="slk:Videos;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;" class="_yb_1p46xii" aria-label="Finance: Videos">Videos </a></li> <li><a href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;screener&#x2F;" data-ylk="slk:Screeners;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;" class="_yb_1p46xii" aria-label="Finance: Screeners">Screeners </a></li> <li><a href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;topic&#x2F;personal-finance&#x2F;" data-ylk="slk:Personal finance;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;" class="_yb_1p46xii" aria-label="Finance: Personal finance">Personal finance </a></li> <li><a href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;crypto&#x2F;" data-ylk="slk:Crypto;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;" class="_yb_1p46xii" aria-label="Finance: Crypto">Crypto </a></li> <li><a href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;screener&#x2F;predefined&#x2F;ms_basic_materials&#x2F;" data-ylk="slk:Industries;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;" class="_yb_1p46xii" aria-label="Finance: Industries">Industries </a></li> </ul></li> <li class="_yb_lhh0vm"><a href="https:&#x2F;&#x2F;sports.yahoo.com&#x2F;" data-ylk="slk:Sports;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;" class="_yb_tyu9vf" aria-label="Sports: General"><span class="_yb_1npoggk">Sports</span></a><ul> <li><a href="https:&#x2F;&#x2F;sports.yahoo.com&#x2F;fantasy&#x2F;" data-ylk="slk:Fantasy;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;" class="_yb_1p46xii" aria-label="Sports: Fantasy">Fantasy </a></li> <li><a href="https:&#x2F;&#x2F;sports.yahoo.com&#x2F;nfl&#x2F;" data-ylk="slk:NFL;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;" class="_yb_1p46xii" aria-label="Sports: NFL">NFL </a></li> <li><a href="https:&#x2F;&#x2F;sports.yahoo.com&#x2F;nba&#x2F;" data-ylk="slk:NBA;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;" class="_yb_1p46xii" aria-label="Sports: NBA">NBA </a></li> <li><a href="https:&#x2F;&#x2F;sports.yahoo.com&#x2F;mlb&#x2F;" data-ylk="slk:MLB;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;" class="_yb_1p46xii" aria-label="Sports: MLB">MLB </a></li> <li><a href="https:&#x2F;&#x2F;sports.yahoo.com&#x2F;nhl&#x2F;" data-ylk="slk:NHL;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;" class="_yb_1p46xii" aria-label="Sports: NHL">NHL </a></li> <li><a href="https:&#x2F;&#x2F;sports.yahoo.com&#x2F;college-football&#x2F;" data-ylk="slk:College football;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;" class="_yb_1p46xii" aria-label="Sports: College football">College football </a></li> <li><a href="https:&#x2F;&#x2F;sports.yahoo.com&#x2F;college-basketball&#x2F;" data-ylk="slk:College basketball;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;" class="_yb_1p46xii" aria-label="Sports: College basketball">College basketball </a></li> <li><a href="https:&#x2F;&#x2F;sports.yahoo.com&#x2F;soccer&#x2F;" data-ylk="slk:Soccer;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;" class="_yb_1p46xii" aria-label="Sports: Soccer">Soccer </a></li> <li><a href="https:&#x2F;&#x2F;sports.yahoo.com&#x2F;mma&#x2F;" data-ylk="slk:MMA;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;" class="_yb_1p46xii" aria-label="Sports: MMA">MMA </a></li> <li><a href="https:&#x2F;&#x2F;sports.yahoo.com&#x2F;newsletters&#x2F;yahoo-sports-am&#x2F;" data-ylk="slk:Yahoo Sports AM;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;" class="_yb_1p46xii" aria-label="Sports: Yahoo Sports AM">Yahoo Sports AM </a></li> </ul></li> <li class="_yb_lhh0vm "><ul class="_yb_11w8fik"> <li class="_yb_lhh0vm _yb_144ebaf"><div class="_yb_tyu9vf _yb_pu2bzm"><span class="_yb_1npoggk">New on Yahoo</span></div><ul> <li><a href="https:&#x2F;&#x2F;www.yahoo.com&#x2F;creators&#x2F;" data-ylk="slk:Creators;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;" class="_yb_1p46xii" aria-label=": Creators">Creators</a></li> <li><a href="https:&#x2F;&#x2F;www.yahoo.com&#x2F;games&#x2F;" data-ylk="slk:Games;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;" class="_yb_1p46xii" aria-label=": Games">Games</a></li> <li><a href="https:&#x2F;&#x2F;www.yahoo.com&#x2F;tech&#x2F;" data-ylk="slk:Tech;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;" class="_yb_1p46xii" aria-label=": Tech">Tech</a></li> </ul></li> <li class="_yb_lhh0vm _yb_69fr3d "><a href="https:&#x2F;&#x2F;www.yahoo.com&#x2F;everything&#x2F;world&#x2F;" data-ylk="slk:Selected edition;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;" class="_yb_tyu9vf _yb_q4lx4h" aria-label="Selected edition"> <div class="_yb_1aptwj2">Selected edition <svg width="16" height="16" viewBox="0 0 16 16" fill="none" xmlns="http://www.w3.org/2000/svg"><path fill-rule="evenodd" clip-rule="evenodd" d="M8.00008 0.666687C3.95008 0.666687 0.666748 3.95002 0.666748 8.00002C0.666748 12.05 3.95008 15.3334 8.00008 15.3334C12.0507 15.3334 15.3334 12.05 15.3334 8.00002C15.3334 3.95002 12.0507 0.666687 8.00008 0.666687ZM11.9294 9.33335C11.9734 8.90069 12.0001 8.45669 12.0001 8.00002C12.0001 7.54335 11.9734 7.09935 11.9294 6.66669H13.8361C13.9354 7.09669 14.0001 7.54002 14.0001 8.00002C14.0001 8.46002 13.9347 8.90269 13.8361 9.33335H11.9294ZM11.7201 10.6667C11.5014 11.6847 11.1667 12.596 10.7394 13.334C11.8747 12.7494 12.7907 11.8094 13.3614

10.6667H11.7201ZM10.5987 9.33335H8.66675V6.66669H10.5987C10.6421 7.09602 10.6667 7.54069 10.6667 8.00002C10.6667 8.45869 10.6421 8.90402 10.5987 9.33335ZM8.66675 10.6667V13.7994C9.42075 13.36 10.0461 12.2054 10.3861 10.6667H8.66675ZM5.61408 10.6667H7.33342V13.7994C6.58008 13.36 5.95475 12.2054 5.61408 10.6667ZM5.40208 6.66669C5.33808 7.09602 5.33342 7.54069 5.33342 8.00002C5.33342 8.45869 5.35808 8.90402 5.40208 9.33335H7.33342V6.66669H5.40208ZM4.28008 5.33335H2.63875C3.21008 4.19069 4.12608 3.25002 5.26142 2.66602C4.83341 3.40402 4.49875 4.31535 4.28008 5.33335ZM4.28008 10.6667H2.63875C3.21008 11.8094 4.12608 12.7494 5.26142 13.334C4.83341 12.596 4.49875 11.6847 4.28008 10.6667ZM2.00008 8.00002C2.00008 7.54002 2.06608 7.09669 2.16408 6.66669H4.07141C4.02675 7.09935 4.00008 7.54335 4.00008 8.00002C4.00008 8.45669 4.02675 8.90069 4.07141 9.33335H2.16408C2.06608 8.90269 2.00008 8.46002 2.00008 8.00002ZM7.33342 5.33335V2.20069C8.08008 2.64002 8.70675 3.79469 9.05475 3.79469 5.61408 5.33335H7.33342ZM10.3861 5.33335H8.66675V2.20069C9.42075 2.64002 10.0461 3.79469 10.3861 5.33335ZM11.7201 5.33335H13.3614C12.7907 4.19069 11.8747 3.25002 10.7394 2.66602C11.1667 3.40402 11.5014 4.31535 11.7201 5.33335Z"
fill="#232A31"></path></svg></div> </a>  <button class="_yb_1p135xy _yb_1p46xii _yb_14gh885"><span class="_yb_1epit23">US<span class="_yb_osph3p">English</span></span> </button>  </li> </ul></li><ul></div> </li> </ul></nav></div> <div role="toolbar" class="_yb_nfs7w2 ybar-menu-hover-open"><div class="_yb_1ob6u3a"><div class="notification-container" class="_yb_1tmsarr _yb_jrhipy " data-config="{&quot;badge&quot;:{&quot;maxCount&quot;:9},&quot;panel&quot;:{&quot;maxCount&quot;:50,&quot;headerMsg&quot;:&quot;&quot;},&quot;service&quot;:{&quot;isRMP&quot;:true,&quot;resetUrl&quot;:&quot;&#x2F;fin_ms&#x2F;_td&#x2F;remote?m_id&#x3D;react-finance.rmp&amp;ctrl&#x3D;NotificationAlertReset&amp;m_mode&#x3D;json&amp;config&#x3D;%7B%22mrt%22%3A%7B%22static%22%3Atrue%7D%7D&quot;,&quot;url&quot;:&quot;&#x2F;fin_ms&#x2F;_td&#x2F;remote?m_id&#x3D;react-finance.rmp&amp;ctrl&#x3D;NotificationAlert&amp;m_mode&#x3D;json&amp;config&#x3D;%7B%22mrt%22%3A%7B%22static%22%3Atrue%7D%7D&quot;}}" tabindex="0"><input id="ybarNotificationMenu" type="checkbox" aria-owns="ybarNotificationMenu" aria-haspopup="true" aria-label="Notifications" tabindex="-1" disabled >  <label for="ybarNotificationMenu" class="_yb_1txa4bz rapid-nonanchor-lt"><svg width="16" height="16" viewBox="0 0 16 16" fill="none" xmlns="http://www.w3.org/2000/svg"><path d="M3.1 7.82143V4.9C3.1 2.19381 5.29381 0 8 0C10.7062 0 12.9 2.1938 12.9 4.9V8.28571L15 13H1L3.1 7.82143ZM11.1 8.66849V4.9C11.1 3.18792 9.71208 1.8 8 1.8C6.28792 1.8 4.9 3.18792 4.9 4.9V8.17251L3.6723 11.2H12.2277L11.1 8.66849ZM7.99995 16C6.69373 16 5.58249 15.1652 5.17065 14H10.8292C10.4174 15.1652 9.30617 16 7.99995 16Z" fill="black"></path></svg><span class="_yb_1x4hg87"><span id="notif-badge" class="_yb_8pjvgn"></span></span></label> <div id="notifDropdownContainer" class="_yb_xfgade _yb_1qn31hp "><div class="_yb_oph6a _yb_13xnuhc" id="ybarNotificationBody" role="menu" aria-label="Notifications"></div></div></div> <div class="_yb_lmtswi"><div> <button class="_yb_hblnrb _yb_fa72gi _yb_fa72gi _yb_1dcv39e _yb_1h05ksk  " tabindex="-1"><input type="hidden" name="mail_wssid" value=""><input type="hidden" name="mail_appid" value=""><a class="_yb_1ffslgh" href="https:&#x2F;&#x2F;mail.yahoo.com&#x2F;" data-ylk="slk:Mail;elm:btn;sec:ybar;subsec:mailprev;itc:0;tar:mail.yahoo.com;" id="ybarMailLink" aria-label="Check your mail" aria-haspopup="true" aria-expanded="false" data-redirect-params="pspid=[[pspid]]&amp;activity=ybar-mail" target="_blank">   <svg width="20" height="14" viewBox="0 0 20 14" fill="none" xmlns="http://www.w3.org/2000/svg"><path fill-rule="evenodd" clip-rule="evenodd" d="M17.1667 0.333328H19.1667V2.33333V11.6667V13.6667H17.1667H2.83333H0.833332V11.6667V2.33333V0.333328H2.83333H17.1667ZM17 3.40364V5.68182L10 9.5L3 5.68182V3.40364L10 7.22182L17 3.40364Z" fill="var(--yb-text-mail-primary)"></path></svg>  <span class="_yb_1sklcbk" id="ybarMailIndicator"></span><span class="_yb_jteql8">Mail  </span>   </a>    </button> </div></div><div class="_yb_1pyrp8a"><div id="ybarAccountProfile" class="_yb_gjzlew _yb_1vzidts _yb_i5mkoa _yb_2kps6l "> <div id="login-container" class="_yb_w3a39g _yb_hgwzzg"><a class="_yb_1cibvkr _yb_v4nc6y undefined" tabindex="" data-ylk="sec:ybar;slk:sign-in;elm:signin;subsec:settings;itc:0;tar:login.yahoo.com" data-redirect-params="pspid=[[pspid]]&amp;activity=ybar-signin" href="https:&#x2F;&#x2F;login.yahoo.com&#x2F;?.lang&#x3D;en-US&amp;src&#x3D;finance">Sign in</a> </div> </div></div> <div class="_yb_pzk3oa"></div></div> <div class="_yb_191hf6c _yb_wn6uz7  "><div id="ybar-navigation" class="_yb_1wn3by6"><div class="ybar-mod-navigation _yb_zakd8n _yb_wayroh _yb_1nhud0m ybar-shift-more-menu  ybar-nav-placement "><ul class="_yb_15hzl0d _yb_uqcp5b" role="presentation">     <li class="_yb_1b63ayc  "> <a class="_yb_138r61s  rapid-noclick-resp" href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;portfolios" data-ylk="cpos:0;slk:My Portfolio;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;"

target="_self" >      <span class="_yb_7zamgg">My Portfolio</span>      </a> </li>      <li class="_yb_1b63ayc _yb_ft96yu"><a class="_yb_138r61s rapid-noclick-resp" href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;news&#x2F;" data-ylk="cpos:1;slk:News;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;" target="_self" >      <span class="_yb_7zamgg">News</span>      </a>   <div class="_yb_ws9pyo ">   <ul class="_yb_1w41ejq _yb_uxiyh2 "> <li class="_yb_rk1i5j"><a href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;topic&#x2F;latest-news&#x2F;" class="_yb_138r61s rapid-noclick-resp" data-ylk="cpos:1;slk:Latest News;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;" target="_self"><div class="_yb_7zamgg">Latest News</div></a></li>   <li class="_yb_rk1i5j"><a href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;topic&#x2F;stock-market-news&#x2F;" class="_yb_138r61s rapid-noclick-resp" data-ylk="cpos:1;slk:Stock Market;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;" target="_self"><div class="_yb_7zamgg">Stock Market</div></a></li>   <li class="_yb_rk1i5j"><a href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;topic&#x2F;yahoo-finance-originals&#x2F;" class="_yb_138r61s rapid-noclick-resp" data-ylk="cpos:1;slk:Originals;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;" target="_self"><div class="_yb_7zamgg">Originals</div></a></li>   <li class="_yb_rk1i5j"><a href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;topic&#x2F;morning-brief&#x2F;" class="_yb_138r61s rapid-noclick-resp" data-ylk="cpos:1;slk:The Morning Brief;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;" target="_self"><div class="_yb_7zamgg">The Morning Brief</div></a></li>   <li class="_yb_rk1i5j"><a href="&#x2F;topic&#x2F;premium-news" class="_yb_138r61s rapid-noclick-resp" data-ylk="cpos:1;slk:Premium News;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;" target="_self"><div class="_yb_7zamgg">Premium News</div>   <span class="_yb_bps7a"><svg xmlns="http://www.w3.org/2000/svg" width="16" height="16" viewBox="0 0 16 16" fill="none"><path fill-rule="evenodd" clip-rule="evenodd" d="M11.3332 5.33317V3.99984C11.3332 2.15983 9.83984 0.666504 7.99984 0.666504C6.15983 0.666504 4.6665 2.15983 4.6665 3.99984V5.33317V6.6665H4.79984C4.0531 6.6665 3.67973 6.6665 3.39452 6.81183C3.14363 6.93966 2.93966 7.14363 2.81183 7.39452C2.6665 7.67973 2.6665 8.0531 2.6665 8.79984V12.5332C2.6665 13.2799 2.6665 13.6533 2.81183 13.9385C2.93966 14.1894 3.14363 14.3933 3.39452 14.5212C3.67973 14.6665 4.0531 14.6665 4.79984 14.6665H11.1998C11.9466 14.6665 12.3199 14.6665 12.6052 14.5212C12.856 14.3933 13.06 14.1894 13.1878 13.9385C13.3332 13.6533 13.3332 13.2799 13.3332 12.5332V8.79984C13.3332 8.0531 13.3332 7.67973 13.1878 7.39452C13.06 7.14363 12.856 6.93966 12.6052 6.81183C12.3199 6.6665 11.9466 6.6665 11.1998 6.6665H11.3333L11.3332 5.33317ZM10.0666 6.6665 9.93319V5.33317V3.99984V5.33317V3.99984V5.33317V10.0666 6.6665Z" fill="#232A31"></path></svg></span>   </a></li>   <li class="_yb_rk1i5j"><a href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;topic&#x2F;economic-news&#x2F;" class="_yb_138r61s rapid-noclick-resp" data-ylk="cpos:1;slk:Economics;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;" target="_self"><div class="_yb_7zamgg">Economics</div></a></li>   <li class="_yb_rk1i5j"><a href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;topic&#x2F;housing-market&#x2F;" class="_yb_138r61s rapid-noclick-resp" data-ylk="cpos:1;slk:Housing;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;" target="_self"><div class="_yb_7zamgg">Housing</div></a></li>   <li class="_yb_rk1i5j"><a href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;topic&#x2F;earnings&#x2F;" class="_yb_138r61s rapid-noclick-resp" data-ylk="cpos:1;slk:Earnings;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;" target="_self"><div class="_yb_7zamgg">Earnings</div></a></li>   <li class="_yb_rk1i5j"><a href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;topic&#x2F;tech&#x2F;" class="_yb_138r61s rapid-noclick-resp" data-ylk="cpos:1;slk:Tech;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;" target="_self"><div class="_yb_7zamgg">Tech</div></a></li>   <li class="_yb_rk1i5j"><a href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;topic&#x2F;crypto&#x2F;" class="_yb_138r61s rapid-noclick-resp" data-ylk="cpos:1;slk:Crypto;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;" target="_self"><div class="_yb_7zamgg">Crypto</div></a></li>   <li class="_yb_rk1i5j"><a href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;bidenomics&#x2F;" class="_yb_138r61s rapid-noclick-resp" data-ylk="cpos:1;slk:Biden Economy;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;" target="_self"><div class="_yb_7zamgg">Biden Economy</div></a></li></ul>   </div></li>      <li class="_yb_1b63ayc _yb_ft96yu"><a class="_yb_138r61s  rapid-noclick-resp" href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;markets" data-ylk="cpos:2;slk:Markets;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;" target="_self" >      <span class="_yb_7zamgg">Markets</span>      </a>   <div class="_yb_ws9pyo _yb_ow-3 ">   <ul class="_yb_1w41ejq _yb_uxiyh2 _yb_fin_cl-3"> <li class="_yb_rk1i5j"><a href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;markets&#x2F;stocks&#x2F;most-active&#x2F;" class="_yb_138r61s rapid-noclick-resp" data-ylk="cpos:2;slk:Stocks: Most Actives;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;" target="_self"><div class="_yb_7zamgg">Stocks: Most Actives</div></a></li>   <li class="_yb_rk1i5j"><a

href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;markets&#x2F;stocks&#x2F;gainers&#x2F;" class="_yb_138r61s rapid-noclick-resp" data-ylk="cpos:2;slk:Stocks: Gainers;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;" target="_self"><div class="_yb_7zamgg">Stocks: Gainers</div></a></li> <li class="_yb_rk1i5j"><a href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;markets&#x2F;stocks&#x2F;losers&#x2F;" class="_yb_138r61s rapid-noclick-resp" data-ylk="cpos:2;slk:Stocks: Losers;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;" target="_self"><div class="_yb_7zamgg">Stocks: Losers</div></a></li> <li class="_yb_rk1i5j"><a href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;markets&#x2F;stocks&#x2F;trending&#x2F;" class="_yb_138r61s rapid-noclick-resp" data-ylk="cpos:2;slk:Trending Tickers;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;" target="_self"><div class="_yb_7zamgg">Trending Tickers</div></a></li> <li class="_yb_rk1i5j"><a href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;markets&#x2F;commodities&#x2F;" class="_yb_138r61s rapid-noclick-resp" data-ylk="cpos:2;slk:Futures;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;" target="_self"><div class="_yb_7zamgg">Futures</div></a></li> <li class="_yb_rk1i5j"><a href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;markets&#x2F;world-indices&#x2F;" class="_yb_138r61s rapid-noclick-resp" data-ylk="cpos:2;slk:World Indices;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;" target="_self"><div class="_yb_7zamgg">World Indices</div></a></li> <li class="_yb_rk1i5j"><a href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;markets&#x2F;bonds&#x2F;" class="_yb_138r61s rapid-noclick-resp" data-ylk="cpos:2;slk:US Treasury Bonds Rates;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;" target="_self"><div class="_yb_7zamgg">US Treasury Bonds Rates</div></a></li> <li class="_yb_rk1i5j"><a href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;markets&#x2F;currencies&#x2F;" class="_yb_138r61s rapid-noclick-resp" data-ylk="cpos:2;slk:Currencies;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;" target="_self"><div class="_yb_7zamgg">Currencies</div></a></li> <li class="_yb_rk1i5j"><a href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;markets&#x2F;crypto&#x2F;all&#x2F;" class="_yb_138r61s rapid-noclick-resp" data-ylk="cpos:2;slk:Crypto;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;" target="_self"><div class="_yb_7zamgg">Crypto</div></a></li> <li class="_yb_rk1i5j"><a href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;markets&#x2F;etfs&#x2F;top&#x2F;" class="_yb_138r61s rapid-noclick-resp" data-ylk="cpos:2;slk:Top ETFs;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;" target="_self"><div class="_yb_7zamgg">Top ETFs</div></a></li> <li class="_yb_rk1i5j"><a href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;markets&#x2F;mutualfunds&#x2F;top&#x2F;" class="_yb_138r61s rapid-noclick-resp" data-ylk="cpos:2;slk:Top Mutual Funds;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;" target="_self"><div class="_yb_7zamgg">Top Mutual Funds</div></a></li> <li class="_yb_rk1i5j"><a href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;markets&#x2F;options&#x2F;highest-open-interest&#x2F;" class="_yb_138r61s rapid-noclick-resp" data-ylk="cpos:2;slk:Options: Highest Open Interest;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;" target="_self"><div class="_yb_7zamgg">Options: Highest Open Interest</div></a></li> <li class="_yb_rk1i5j"><a href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;markets&#x2F;options&#x2F;highest-implied-volatility&#x2F;" class="_yb_138r61s rapid-noclick-resp" data-ylk="cpos:2;slk:Options: Highest Implied Volatility;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;" target="_self"><div class="_yb_7zamgg">Options: Highest Implied Volatility</div></a></li> <li class="_yb_rk1i5j"><a href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;sectors&#x2F;" class="_yb_138r61s rapid-noclick-resp" data-ylk="cpos:2;slk:Sectors;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;" target="_self"><div class="_yb_7zamgg">Sectors</div></a></li> <li class="_yb_rk1i5j"><a href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;sectors&#x2F;basic-materials&#x2F;" class="_yb_138r61s rapid-noclick-resp" data-ylk="cpos:2;slk:Basic Materials;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;" target="_self"><div class="_yb_7zamgg">Basic Materials</div></a></li> <li class="_yb_rk1i5j"><a href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;sectors&#x2F;communication-services&#x2F;" class="_yb_138r61s rapid-noclick-resp" data-ylk="cpos:2;slk:Communication Services;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;" target="_self"><div class="_yb_7zamgg">Communication Services</div></a></li> <li class="_yb_rk1i5j"><a href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;sectors&#x2F;consumer-cyclical&#x2F;" class="_yb_138r61s rapid-noclick-resp" data-ylk="cpos:2;slk:Consumer Cyclical;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;" target="_self"><div class="_yb_7zamgg">Consumer Cyclical</div></a></li> <li class="_yb_rk1i5j"><a href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;sectors&#x2F;consumer-defensive&#x2F;" class="_yb_138r61s rapid-noclick-resp" data-ylk="cpos:2;slk:Consumer Defensive;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;" target="_self"><div class="_yb_7zamgg">Consumer Defensive</div></a></li> <li class="_yb_rk1i5j"><a

href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;sectors&#x2F;energy&#x2F;" class="_yb_138r61s rapid-noclick-resp" data-ylk="cpos:2;slk:Energy;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;" target="_self"><div class="_yb_7zamgg">Energy</div></a></li> <li class="_yb_rk1i5j"><a href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;sectors&#x2F;financial-services&#x2F;" class="_yb_138r61s rapid-noclick-resp" data-ylk="cpos:2;slk:Financial Services;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;" target="_self"><div class="_yb_7zamgg">Financial Services</div></a></li> <li class="_yb_rk1i5j"><a href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;sectors&#x2F;healthcare&#x2F;" class="_yb_138r61s rapid-noclick-resp" data-ylk="cpos:2;slk:Healthcare;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;" target="_self"><div class="_yb_7zamgg">Healthcare</div></a></li> <li class="_yb_rk1i5j"><a href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;sectors&#x2F;industrials&#x2F;" class="_yb_138r61s rapid-noclick-resp" data-ylk="cpos:2;slk:Industrials;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;" target="_self"><div class="_yb_7zamgg">Industrials</div></a></li> <li class="_yb_rk1i5j"><a href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;sectors&#x2F;real-estate&#x2F;" class="_yb_138r61s rapid-noclick-resp" data-ylk="cpos:2;slk:Real Estate;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;" target="_self"><div class="_yb_7zamgg">Real Estate</div></a></li> <li class="_yb_rk1i5j"><a href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;sectors&#x2F;technology&#x2F;" class="_yb_138r61s rapid-noclick-resp" data-ylk="cpos:2;slk:Technology;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;" target="_self"><div class="_yb_7zamgg">Technology</div></a></li> <li class="_yb_rk1i5j"><a href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;sectors&#x2F;utilities&#x2F;" class="_yb_138r61s rapid-noclick-resp" data-ylk="cpos:2;slk:Utilities;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;" target="_self"><div class="_yb_7zamgg">Utilities</div></a></li> </ul> </div></li>       <li class="_yb_1b63ayc _yb_ft96yu"><a class="_yb_138r61s  rapid-noclick-resp" href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;screener&#x2F;" data-ylk="cpos:3;slk:Research;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;" target="_self" >     <span class="_yb_7zamgg">Research</span>           </a>     <div class="_yb_ws9pyo ">   <ul class="_yb_1w41ejq"> <li class="_yb_rk1i5j"><a href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;screener&#x2F;" class="_yb_138r61s rapid-noclick-resp" data-ylk="cpos:3;slk:Screeners;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;" target="_self"><div class="_yb_7zamgg">Screeners</div></a></li> <li class="_yb_rk1i5j"><a href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;research-hub&#x2F;screener&#x2F;" class="_yb_138r61s rapid-noclick-resp" data-ylk="cpos:3;slk:Screeners Beta;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;" target="_self"><div class="_yb_7zamgg">Screeners Beta</div></a></li> <li class="_yb_rk1i5j"><a href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;watchlists&#x2F;" class="_yb_138r61s rapid-noclick-resp" data-ylk="cpos:3;slk:Watchlists;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;" target="_self"><div class="_yb_7zamgg">Watchlists</div></a></li> <li class="_yb_rk1i5j"><a href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;calendar&#x2F;" class="_yb_138r61s rapid-noclick-resp" data-ylk="cpos:3;slk:Calendar;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;" target="_self"><div class="_yb_7zamgg">Calendar</div></a></li> <li class="_yb_rk1i5j"><a href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;compare&#x2F;" class="_yb_138r61s rapid-noclick-resp" data-ylk="cpos:3;slk:Stock Comparison;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;" target="_self"><div class="_yb_7zamgg">Stock Comparison</div></a></li> <li class="_yb_rk1i5j"><a href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;chart&#x2F;%5EGSPC&#x2F;" class="_yb_138r61s rapid-noclick-resp" data-ylk="cpos:3;slk:Advanced Chart;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;" target="_self"><div class="_yb_7zamgg">Advanced Chart</div></a></li> <li class="_yb_rk1i5j"><a href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;currency-converter&#x2F;" class="_yb_138r61s rapid-noclick-resp" data-ylk="cpos:3;slk:Currency Converter;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;" target="_self"><div class="_yb_7zamgg">Currency Converter</div></a></li> <li class="_yb_rk1i5j"><a href="&#x2F;research&#x2F;trade-ideas?ncid&#x3D;dcm_306158753_490172245_127172993" class="_yb_138r61s rapid-noclick-resp" data-ylk="cpos:3;slk:Investment Ideas;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;" target="_self"><div class="_yb_7zamgg">Investment Ideas</div>    <span class="_yb_bps7a"><svg xmlns="http://www.w3.org/2000/svg" width="16" height="16" viewBox="0 0 16 16" fill="none"><path fill-rule="evenodd" clip-rule="evenodd" d="M11.3332 5.33317V3.99984C11.3332 2.15983 9.83984 0.666504 7.99984 0.666504C6.15983 0.666504 4.6665 2.15983 4.6665 3.99984V5.33317V6.6665H4.79984C4.0531 6.6665 3.67973 6.6665 3.39452 6.81183C3.14363 6.93966 2.93966 7.14363 2.81183 7.39452C2.6665 7.67973 2.6665 8.0531 2.6665 8.79984V12.5332C2.6665 13.2799 2.6665 13.6533 2.81183 13.9385C2.93966 14.1894 3.14363 14.3933 3.39452 14.5212C3.67973 14.6665 4.0531 14.6665 4.79984 14.6665H11.1998C11.9466 14.6665 12.3199 14.6665 12.6052 14.5212C12.856 14.3933 13.06 14.1894 13.1878

13.9385C13.3332 13.6533 13.3332 13.2799 13.3332 12.5332V8.79984C13.3332 8.0531 13.3332 7.67973 13.1878 7.39452C13.06 7.14363 12.856 6.93966 12.6052 6.81183C12.3199 6.6665 11.9466 6.6665 11.1998 6.6665H11.3333L11.3332 5.33317ZM10.0666 6.6665H5.93319V5.33317V3.99984C5.93319 2.85984 6.85982 1.93317 7.99984 1.93317C9.13985 1.93317 10.0665 2.85984 10.0665 3.99984V5.33317L10.0666 6.6665Z" fill="#232A31"></path></svg></span>   </a></li> <li class="_yb_rk1i5j"><a href="&#x2F;research?ncid=#x3D;dcm_306158756_490172245_127172993" class="_yb_138r61s rapid-noclick-resp" data-ylk="cpos:3;slk:Research Reports;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;" target="_self"><div class="_yb_7zamgg">Research Reports</div>   <span class="_yb_bps7a"><svg xmlns="http://www.w3.org/2000/svg" width="16" height="16" viewBox="0 0 16 16" fill="none"><path fill-rule="evenodd" clip-rule="evenodd" d="M11.3332 5.33317V3.99984C11.3332 2.15983 9.83984 0.666504 7.99984 0.666504C6.15983 0.666504 4.6665 2.15983 4.6665 3.99984V5.33317V6.6665H4.0531 6.67973 6.6665 3.39452 6.81183C3.14363 6.93966 2.93966 7.14363 2.81183 7.39452C2.6665 7.67973 2.6665 8.0531 2.6665 8.79984V12.5332C2.6665 13.2799 2.6665 13.6533 2.81183 13.9385C2.93966 14.1894 3.14363 14.3933 3.39452 14.5212C3.67973 14.6665 4.0531 14.6665 4.79984 14.6665H11.1998C11.9466 14.6665 12.3199 14.6665 12.6052 14.5212C12.856 14.3933 13.06 14.1894 13.1878 13.9385C13.3332 13.6533 13.3332 13.2799 13.3332 12.5332V8.79984C13.3332 8.0531 13.3332 7.67973 13.1878 7.39452C13.06 7.14363 12.856 6.93966 12.6052 6.81183C12.3199 6.6665 11.9466 6.6665 11.1998 6.6665H11.3333L11.3332 5.33317ZM10.0666 6.6665H5.93319V5.33317V3.99984C5.93319 2.85984 6.85982 1.93317 7.99984 1.93317C9.13985 1.93317 10.0665 2.85984 10.0665 3.99984V5.33317L10.0666 6.6665Z" fill="#232A31"></path></svg></span>   </a></li> </ul>   </div></li>       <li class="_yb_1b63ayc _yb_ft96yu"><a class="_yb_138r61s  rapid-noclick-resp" href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;personal-finance&#x2F;" data-ylk="cpos:4;slk:Personal Finance;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;" target="_self" >   <span class="_yb_7zamgg">Personal Finance</span>     </a>   <div class="_yb_ws9pyo _yb_ow-2 ">   <ul class="_yb_1w41ejq _yb_uxiyh2 _yb_fin_cl-2"> <li class="_yb_rk1i5j"><a href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;personal-finance&#x2F;credit-cards&#x2F;" class="_yb_138r61s rapid-noclick-resp" data-ylk="cpos:4;slk:Credit Cards;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;" target="_self"><div class="_yb_7zamgg">Credit Cards</div></a></li> <li class="_yb_rk1i5j"><a href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;personal-finance&#x2F;best-credit-card-for-balance-transfer-213356438.html" class="_yb_138r61s rapid-noclick-resp" data-ylk="cpos:4;slk:Balance Transfer Cards;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;" target="_self"><div class="_yb_7zamgg">Balance Transfer Cards</div></a></li> <li class="_yb_rk1i5j"><a href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;personal-finance&#x2F;best-cash-back-credit-cards-220845639.html" class="_yb_138r61s rapid-noclick-resp" data-ylk="cpos:4;slk:Cash-back Cards;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;" target="_self"><div class="_yb_7zamgg">Cash-back Cards</div></a></li> <li class="_yb_rk1i5j"><a href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;personal-finance&#x2F;best-rewards-credit-card-203736692.html" class="_yb_138r61s rapid-noclick-resp" data-ylk="cpos:4;slk:Rewards Cards;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;" target="_self"><div class="_yb_7zamgg">Rewards Cards</div></a></li> <li class="_yb_rk1i5j"><a href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;personal-finance&#x2F;best-travel-credit-card-203950032.html" class="_yb_138r61s rapid-noclick-resp" data-ylk="cpos:4;slk:Travel Cards;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;" target="_self"><div class="_yb_7zamgg">Travel Cards</div></a></li> <li class="_yb_rk1i5j"><a href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;personal-finance&#x2F;best-credit-card-sign-up-bonus-212458984.html" class="_yb_138r61s rapid-noclick-resp" data-ylk="cpos:4;slk:Credit Card Offers;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;" target="_self"><div class="_yb_7zamgg">Credit Card Offers</div></a></li> <li class="_yb_rk1i5j"><a href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;personal-finance&#x2F;banking&#x2F;" class="_yb_138r61s rapid-noclick-resp" data-ylk="cpos:4;slk:Banking;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;" target="_self"><div class="_yb_7zamgg">Banking</div></a></li> <li class="_yb_rk1i5j"><a href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;personal-finance&#x2F;find-best-cd-rates-165749654.html" class="_yb_138r61s rapid-noclick-resp" data-ylk="cpos:4;slk:CD Rates;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;" target="_self"><div class="_yb_7zamgg">CD Rates</div></a></li> <li class="_yb_rk1i5j"><a href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;personal-finance&#x2F;best-high-yield-savings-account-203140689.html" class="_yb_138r61s rapid-noclick-resp" data-ylk="cpos:4;slk:Best HYSA;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;" target="_self"><div class="_yb_7zamgg">Best HYSA</div></a></li> <li class="_yb_rk1i5j"><a href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;personal-finance&#x2F;best-free-checking-accounts-195709452.html" class="_yb_138r61s rapid-noclick-resp" data-ylk="cpos:4;slk:Best Free Checking;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;" target="_self"><div class="_yb_7zamgg">Best Free

Checking</div></a></li>  <li class="_yb_rk1i5j"><a href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;personal-finance&#x2F;student-loans&#x2F;" class="_yb_138r61s rapid-noclick-resp" data-ylk="cpos:4;slk:Student Loans;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;" target="_self"><div class="_yb_7zamgg">Student Loans</div></a></li>  <li class="_yb_rk1i5j"><a href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;personal-finance&#x2F;personal-loans&#x2F;" class="_yb_138r61s rapid-noclick-resp" data-ylk="cpos:4;slk:Personal Loans;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;" target="_self"><div class="_yb_7zamgg">Personal Loans</div></a></li>  <li class="_yb_rk1i5j"><a href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;personal-finance&#x2F;insurance&#x2F;" class="_yb_138r61s rapid-noclick-resp" data-ylk="cpos:4;slk:Insurance;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;" target="_self"><div class="_yb_7zamgg">Insurance</div></a></li>  <li class="_yb_rk1i5j"><a href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;personal-finance&#x2F;cheap-car-insurance-152307402.html" class="_yb_138r61s rapid-noclick-resp" data-ylk="cpos:4;slk:Car insurance;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;" target="_self"><div class="_yb_7zamgg">Car insurance</div></a></li>  <li class="_yb_rk1i5j"><a href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;personal-finance&#x2F;mortgages&#x2F;" class="_yb_138r61s rapid-noclick-resp" data-ylk="cpos:4;slk:Mortgages;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;" target="_self"><div class="_yb_7zamgg">Mortgages</div></a></li>  <li class="_yb_rk1i5j"><a href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;personal-finance&#x2F;refinance-mortgage-162831396.html" class="_yb_138r61s rapid-noclick-resp" data-ylk="cpos:4;slk:Mortgage Refinancing;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;" target="_self"><div class="_yb_7zamgg">Mortgage Refinancing</div></a></li>  <li class="_yb_rk1i5j"><a href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;personal-finance&#x2F;calculators&#x2F;mortgage-calculator&#x2F;" class="_yb_138r61s rapid-noclick-resp" data-ylk="cpos:4;slk:Mortgage Calculator;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;" target="_self"><div class="_yb_7zamgg">Mortgage Calculator</div></a></li>  <li class="_yb_rk1i5j"><a href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;personal-finance&#x2F;taxes&#x2F;" class="_yb_138r61s rapid-noclick-resp" data-ylk="cpos:4;slk:Taxes;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;" target="_self"><div class="_yb_7zamgg">Taxes</div></a></li> </ul> </div></li>      <li class="_yb_1b63ayc _yb_ft96yu"><a class="_yb_138r61s  rapid-noclick-resp" href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;videos&#x2F;" data-ylk="cpos:5;slk:Videos;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;" target="_self" >     <span class="_yb_7zamgg">Videos</span>        </a>  <div class="_yb_ws9pyo ">  <ul class="_yb_1w41ejq"> <li class="_yb_rk1i5j"><a href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;videos&#x2F;latest&#x2F;" class="_yb_138r61s rapid-noclick-resp" data-ylk="cpos:5;slk:Latest News;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;" target="_self"><div class="_yb_7zamgg">Latest News</div></a></li>  <li class="_yb_rk1i5j"><a href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;videos&#x2F;editor-picks&#x2F;" class="_yb_138r61s rapid-noclick-resp" data-ylk="cpos:5;slk:Editor&#39;s Picks;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;" target="_self"><div class="_yb_7zamgg">Editor&#39;s Picks</div></a></li>  <li class="_yb_rk1i5j"><a href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;videos&#x2F;investing-insights&#x2F;" class="_yb_138r61s rapid-noclick-resp" data-ylk="cpos:5;slk:Investing Insights;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;" target="_self"><div class="_yb_7zamgg">Investing Insights</div></a></li>  <li class="_yb_rk1i5j"><a href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;videos&#x2F;trending-stocks&#x2F;" class="_yb_138r61s rapid-noclick-resp" data-ylk="cpos:5;slk:Trending Stocks;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;" target="_self"><div class="_yb_7zamgg">Trending Stocks</div></a></li>  <li class="_yb_rk1i5j"><a href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;videos&#x2F;series&#x2F;" class="_yb_138r61s rapid-noclick-resp" data-ylk="cpos:5;slk:All Shows;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;" target="_self"><div class="_yb_7zamgg">All Shows</div></a></li>  <li class="_yb_rk1i5j"><a href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;videos&#x2F;series&#x2F;morning-brief&#x2F;" class="_yb_138r61s rapid-noclick-resp" data-ylk="cpos:5;slk:Morning Brief;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;" target="_self"><div class="_yb_7zamgg">Morning Brief</div></a></li>  <li class="_yb_rk1i5j"><a href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;videos&#x2F;series&#x2F;opening-bid&#x2F;" class="_yb_138r61s rapid-noclick-resp" data-ylk="cpos:5;slk:Opening Bid;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;" target="_self"><div class="_yb_7zamgg">Opening Bid</div></a></li>  <li class="_yb_rk1i5j"><a href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;videos&#x2F;series&#x2F;wealth&#x2F;" class="_yb_138r61s rapid-noclick-resp" data-ylk="cpos:5;slk:Wealth;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;" target="_self"><div class="_yb_7zamgg">Wealth</div></a></li>  <li

```
class="_yb_rk1i5j"><a href="https:&#x2F;&#x2F;finance.yahoo.com&#x2F;topic&#x2F;etf-report&#x2F;" class="_yb_138r61s rapid-noclick-resp" data-
ylk="cpos:5;slk:ETF Report;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;" target="_self"><div class="_yb_7zamgg">ETF Report</div></a></li> </ul>
</div></li>    </ul>  <div class="_yb_1b63ayc _yb_ft96yu _yb_mc8gzo" id="ybar-nav-more-menu"><button class="_yb_138r61s _yb_1ucq1g6" aria-
label="More" aria-expanded="false" aria-controls="ybar-nav-more-dropdown">&#8230;</button><div class="_yb_ws9pyo " id="ybar-nav-more-
dropdown"><ul class="_yb_1w41ejq"></ul> </div></div>  <div id="ybar-nav-placement">
        <a class="upgrade-badge" href=/about/plans/select-plan?.done=https%3A%2F%2Ffinance.yahoo.com%2Fnews%2Fdelta-sues-crowdstrike-over-software-
222235834.html&ncid=_1088_DCM-PARTNER_NATIVE_US_NoTargeting_HeaderEyebrow_YahooFinanceUsers___RightRail_Header-
UpgradetoPaidSubscriptionButton__N_ data-ylk="elm:navcat;elmt:upgrade-badge;sec:ybar;subsec:navrail;pkgt:mid;slk:Upgrade to
Premium;itc:0;milestonelink:product-view;">
        <svg xmlns="http://www.w3.org/2000/svg" viewBox="5 0 20 24" width="1rem" height="1rem">
    <path fill-rule="evenodd" d="M17 8V6c0-2.76-2.24-5-5-5S7 3.24 7 6v4h.2c-1.12 0-1.68 0-2.108.218a2 2 0 0 0-.874.874C4 11.52 4 12.08 4 13.2v5.6c0 1.12 0
1.68.218 2.108a2 2 0 0 0 .874.874C5.52 22 6.08 22 7.2 22h9.6c1.12 0 1.68 0 2.108-.218a2 2 0 0 0 .874-.874C20 20.48 20 19.92 20 18.8v-5.6c0-1.12 0-1.68-
.218-2.108a2 2 0 0 0-.874-.874C18.48 10 17.92 10 16.8 10h.2zm-1.9 2H8.9V6c0-1.71 1.39-3.1 3.1-3.1s3.1 1.39 3.1 3.1z" clip-rule="evenodd"></path>
</svg>
        <span class="font-condensed">Upgrade to Premium</span>
    </a>
  </div>   </div></div></div>     </div></div><!-- HTML_TAG_END --> <!-- HTML_TAG_START --><script
type="module">window.$_mod_ybar={ready:function(){!function(){"use strict";var e={[pageOffset:44,animationClassName:"ybar-hide-
navigation",transitionElSelector:"#ybar-navigation"}],n=function(e,n){var t=document.querySelectorAll(e),o=[],i=function(){return
o.reduce((function(e,n){return e+(n?1:0)}),0)},r=function(){},a=r;return 0===t.length?{isRunning:!1,set
onAfterTransition(e){a=e}}:(Array.prototype.forEach.call(t,(function(e,t){o[t]=!1;var s=function(){o[t]=!1,i()||"function"!=typeof
a||(a(),a=r),e.removeEventListener("transitionend",s)};n.addElementListener(e,"transitionend",s),n.addElementListener(e,"transitionstart",(function(){o[t]=!0,n.a
ddElementListener(e,"transitionend",s)})}));{get isRunning(){return i()},set onAfterTransition(e){a=e}}}};var t,o,i=(t=function(e){var
n=Object.prototype.hasOwnProperty,t="~";function o(){}function i(e,n,t){this.fn=e,this.context=n,this.once=t||!1}function r(e,n,o,r,a){if("function"!=typeof
o)throw new TypeError("The listener must be a function");var s=new i(o,r||e,a),c=t?t+n:n;return
e._events[c]?e._events[c].fn?e._events[c]=[e._events[c],s]:e._events[c].push(s):(e._events[c]=s,e._eventsCount++),e}function a(e,n){0==--
e._eventsCount?e._events=new o:delete e._events[n]}function s(){this._events=new
o,this._eventsCount=0}Object.create&&(o.prototype=Object.create(null),(new o).__proto__||(t=!1)),s.prototype.eventNames=function(){var
e,o,i=[];if(0===this._eventsCount)return i;for(o in e=this._events)n.call(e,o)&&i.push(t?o.slice(1):o);return
Object.getOwnPropertySymbols?i.concat(Object.getOwnPropertySymbols(e)):i},s.prototype.listeners=function(e){var
n=t?t+e:e,o=this._events[n];if(!o)return[];if(o.fn)return[o.fn];for(var i=0,r=o.length,a=new Array(r);i<r;i++)a[i]=o[i].fn;return
a},s.prototype.listenerCount=function(e){var n=t?t+e:e,o=this._events[n];return o?o.fn?1:o.length:0},s.prototype.emit=function(e,n,o,i,r,a){var
s=t?t+e:e;if(!this._events[s])return!1;var c,l,d=this._events[s],u=arguments.length;if(d.fn){switch(d.once&&this.removeListener(e,d.fn,void 0,!0),u){case
1:return d.fn.call(d.context),!0;case 2:return d.fn.call(d.context,n),!0;case 3:return d.fn.call(d.context,n,o),!0;case 4:return d.fn.call(d.context,n,o,i),!0;case
5:return d.fn.call(d.context,n,o,i,r),!0;case 6:return d.fn.call(d.context,n,o,i,r,a),!0}for(l=1,c=new Array(u-1);l<u;l++)c[l-
1]=arguments[l];d.fn.apply(d.context,c)}else{var p,m=d.length;for(l=0;l<m;l++)switch(d[l].once&&this.removeListener(e,d[l].fn,void 0,!0),u){case
1:d[l].fn.call(d[l].context);break;case 2:d[l].fn.call(d[l].context,n);break;case 3:d[l].fn.call(d[l].context,n,o);break;case
4:d[l].fn.call(d[l].context,n,o,i);break;default:if(!c)for(p=1,c=new Array(u-1);p<u;p++)c[p-
1]=arguments[p];d[l].fn.apply(d[l].context,c)}}return!0},s.prototype.on=function(e,n,t){return r(this,e,n,t,!1)},s.prototype.once=function(e,n,t){return
r(this,e,n,t,!0)},s.prototype.removeListener=function(e,n,o,i){var r=t?t+e:e;if(!this._events[r])return this;if(!n)return a(this,r),this;var
```

```
s=this._events[r];if(s.fn)s.fn!==n||i&&!s.once||o&&s.context!==o||a(this,r);else{for(var
c=0,l=[],d=s.length;c<d;c++)(s[c].fn!==n||i&&!s[c].once||o&&s[c].context!==o)&&l.push(s[c]);l.length?this._events[r]=1===l.length?l[0]:l:a(this,r)}return
this},s.prototype.removeAllListeners=function(e){var n;return e?(n=t?t+e:e,this._events[n]&&a(this,n)):(this._events=new
o,this._eventsCount=0),this},s.prototype.off=s.prototype.removeListener,s.prototype.addListener=s.prototype.on,s.prefixed=t,s.EventEmitter=s,e.exports=s},t(o=
{exports:{}},o.exports),o.exports),r=new i,a=function(e,n){var
t={type:e,detail:n};r.emit(e,t)},s=function(e,n){r.on(e,n)},c=function(e,n,t){a("error",{message:e+":
"+n.message,error:n,meta:t})}},l=function(e){a("performance",{name:e.name,metrics:e.duration})},d=function(){if(void
0!==window._ybar_runtime_config)return window._ybar_runtime_config;var e="YBAR client-side config is undefined",n=new Error(e);throw
c(e,n),n},u=function(){return window._ybar_perf_metrics};window._ybar_perf_metrics={};var p=function(e){if(!("mark"in
window.performance))return{stop:function(){return null}};var
n="start_".concat(e),t="stop_".concat(e);performance.mark(n);return{stop:function(){performance.mark(t),performance.measure(e,n,t),performance.getEntriesB
yName(e,"measure").forEach((function(e,n){u()[""".concat(e.name,"_").concat(n)]=e.duration,l(e)}))}}},m=function(){return
m=Object.assign||function(e){for(var n,t=1,o=arguments.length;t<o;t++)for(var i in
n=arguments[t])Object.prototype.hasOwnProperty.call(n,i)&&(e[i]=n[i]);return e},m.apply(this,arguments)};function h(e,n,t,o){return
new(t||(t=Promise))((function(i,r){function a(e){try{c(o.next(e))}catch(e){r(e)}}function s(e){try{c(o.throw(e))}catch(e){r(e)}}function c(e){var
n;e.done?i(e.value):(n=e.value,n instanceof t?n:new t((function(e){e(n)}))).then(a,s)}c((o=o.apply(e,n||[])).next())}))}function f(e,n){var
t,o,i,r={label:0,sent:function(){if(1&i[0])throw i[1];return i[1]},trys:[],ops:[]},a=Object.create(("function"==typeof Iterator?Iterator:Object).prototype);return
a.next=s(0),a.throw=s(1),a.return=s(2),"function"==typeof Symbol&&(a[Symbol.iterator]=function(){return this}),a;function s(c){return function(s){return c([c,s])}}function c(c){if(t)throw new TypeError("Generator is already
executing.");for(;a&&(a=0,s[0]&&(r=0)),r;)try{if(t=1,o&&(i=2&s[0]?o.return:s[0]?o.throw||((i=o.return)&&i.call(o),0):o.next)&&!(i=i.call(o,s[1])).done)return
i;switch(o=0,i&&(s=[2&s[0],i.value]),s[0]){case 0:case 1:i=s;break;case 4:return r.label++,{value:s[1],done:!1};case 5:r.label++,o=s[1],s=[0];continue;case
7:s=r.ops.pop(),r.trys.pop();continue;default:if(!(i=r.trys,(i=i.length>0&&i[i.length-
1])||6!==s[0]&&2!==s[0])){r=0;continue}if(3===s[0]&&(!i||s[1]>i[0]&&s[1]<i[3])){r.label=s[1];break}if(6===s[0]&&r.label<i[1]){r.label=i[1],i=s;break}if(i&&r.label<i[2]){r.label=i[2],r.ops.push(s);break}i[2]&&r.ops.pop(),r.trys.pop();continue}s=n.call(e,r)}catch(s){s=[6,e],o=0}finally{t=i=0}if(5&s[0])throw
s[1];return{value:s[0]?s[1]:void 0,done:!0}}([s,c])}}function v(e,n){var t="function"==typeof Symbol&&e[Symbol.iterator];if(!t)return e;var
o,i,r=t.call(e),a=[];try{for(;(void 0===n||n--
>0)&&!(o=r.next()).done;)a.push(o.value)}catch(e){i={error:e}}finally{try{o&&!o.done&&(t=r.return)&&t.call(r)}finally{if(i)throw i.error}}return a}function
y(e,n,t){if(t||2===arguments.length)for(var o,i=0,r=n.length;i<r;i++)!o&&i in n||(o||(o=Array.prototype.slice.call(n,0,i)),o[i]=n[i]);return
e.concat(o||Array.prototype.slice.call(n))}"function"==typeof SuppressedError&&SuppressedError;var g,b=function(){function
e(e){this.triggerEvent=a,this.logError=c,this.logPerformance=l,this.getConfig=d,this.getPerformanceMetrics=u,this.moduleId=e,this.listeners=[],this.ybarListene
rs=[],this.destroyFns=[]}return
e.prototype.addElementListener=function(e,n,t,o){e&&(e.addEventListener(n,t,o),this.listeners.push([e,n,t]))},e.prototype.addEventListener=function(e,n){s(e,n)
,this.ybarListeners.push([e,n])},e.prototype.onDestroy=function(e){this.destroyFns.push(e)},e.prototype.destroy=function(){this.executeDestroyFns(),this.destro
yListeners()},e.prototype.executeDestroyFns=function(){for(;this.destroyFns.length;){var
e=this.destroyFns.pop();null==e||e()}},e.prototype.destroyListeners=function(){for(var e=this.listeners.pop();e;){var
n=v(e,3),t=n[0],o=n[1],i=n[2];null==t||t.removeEventListener(o,i),e=this.listeners.pop()}},e.prototype.destroyYbarListeners=function(){for(var
e,n,t=this.ybarListeners.pop();t;){var
o=v(t,2),i=o[0],a=o[1];e=i,n=a,r.removeListener(e,n),t=this.ybarListeners.pop()}},e}(),!function(e){e[e.CREATED=0]="CREATED",e[e.INITIALIZED=1]="IN
ITIALIZED",e[e.DESTROYED=2]="DESTROYED"}(g||(g={}));var w=function(){function e(e,n){this.name=e,this.initFn=n,this.ybarApi=new
b(this.name),this.state=g.CREATED}return
```

```
e.prototype.init=function(){this.state!==g.INITIALIZED&&(this.initFn(this.ybarApi,document,window),this.state=g.INITIALIZED)},e.prototype.reInit=functio
n(){this.destroy(),this.init()},e.prototype.destroy=function(){this.state!==g.DESTROYED&&this.state!==g.CREATED&&(this.ybarApi.destroy(),this.state=g.D
ESTROYED)},e}(),_="function"==typeof Symbol&&"symbol"==typeof Symbol.iterator?function(e){return typeof e}:function(e){return
e&&"function"==typeof Symbol&&e.constructor===Symbol&&e!==Symbol.prototype?"symbol":typeof e},L=function(e,n){if(!(e instanceof n))throw new
TypeError("Cannot call a class as a function")};x=function(){function e(e,n){for(var t=0;t<n.length;t++){var
o=n[t];o.enumerable=o.enumerable||!1,o.configurable=!0,"value"in o&&(o.writable=!0),Object.defineProperty(e,o.key,o)}}return function(n,t,o){return
t&&e(n.prototype,t),o&&e(n,o),n}}(),k=function(){function e(n){L(this,e),this._config=n}return x(e,[{key:"_getRequestUrl",value:function(e){var
n=e.url||this._config.service.url,t=e.isRMP||this._config.service.isRMP;if(n){var
o=n.split("?"),i={path:o[0],queryParams:o[1]?o[1].split("&"):[]};o=i.path.split(";"),i.path=o[0],i.matrixParams=o.slice(1);var
r=e.queryParams,a=e.matrixParams;a&&!!a&&Object.keys(a).forEach((function(e){i.matrixParams.push(encodeURIComponent(e)+"="+encodeURIComponent(
a[e]||""))})),r&&Object.keys(r).forEach((function(e){i.queryParams.push(encodeURIComponent(e)+"="+encodeURIComponent(r[e]||""))}));var s=i.path;return
i.matrixParams.length&&(s+=";"+i.matrixParams.join(";")),i.queryParams.length&&(s+="?"+i.queryParams.join("&")),s}}},{key:"_getRequestBody",value:fun
ction(e){return e&&JSON.stringify(e)||""}},{key:"_parseRequestResult",value:function(e){var n=this._config.service.isRMP;if("string"==typeof
e)try{e=JSON.parse(e)}catch(n){e={}}return
e=e||{},{css:n?e.assets&&e.assets.css:e.css,count:n?e.data&&e.data.count:e.count,markup:e.html,newCount:n?e.data&&e.data.newCount:e.newCount}}},{key:"
read",value:function(e,n){this._attemptRequest("GET",e,n)}},{key:"update",value:function(e,n){this._attemptRequest("PUT",e,n)}},{key:"create",value:functio
n(e,n){this._attemptRequest("POST",e,n)}},{key:"_attemptRequest",value:function(e,n,t){var o=this._config.service.attemptCount;n||(n={});var
i=this._getRequestUrl(n),r={body:this._getRequestBody(n.body),method:e,url:i};this._sendRequest(r,o,t)}},{key:"_sendRequest",value:function(e,n,t){var
o=this;e=e||{};var i=o._config.service,r=1e3*i.attemptDelay,a=e,s=a.url,c=a.body,l=new
XMLHttpRequest;l.open(e.method,s),l.responseType=i.responseType,l.timeout=i.timeout;var d=function(){n>0?(n--
,setTimeout((function(){o._sendRequest(e,n,t)}),r)):t&&t(new Error("Error: "+l.status+" "+l.statusText),null)};l.onload=function(){if(200===l.status){var
n=o._parseRequestResult(l.response||l.responseText);t&&t(null,n,e)}else d()},l.onerror=d,"GET"===e.method?l.send():l.send(c)}}]),e}(),E=" ";function
C(e,n){if(e&&!S(e,n)){var t=e.className+E+n;e.className=t}}function S(e,n){var t=e&&e.className&&e.className.split(E);return!!t&&-
1!==t.indexOf(n)}function A(e,n){if(e){var t=e.className&&e.className.split(E);if(t){var
o=t.indexOf(n);o>=0&&t.splice(o,1),e.className=t.join(E)}}}function M(e,n){if(e){if(!n)return e;for(var t in n)n.hasOwnProperty(t)&&(e[t]=n[t])}}var
N,I,T,O=function(){function e(n,t){L(this,e);var o=this._config=n,o._markup="",o._newCount,o._count,o._request=t}return
x(e,[{key:"_replaceAllNotifications",value:function(e){this._markup=e.markup||"",this._newCount=e.newCount&&parseInt(e.newCount,10)||0,this._count=e.co
unt&&parseInt(e.count,10)||0}},{key:"resetNewCount",value:function(){if(0!==this._newCount&&this._config.service.resetUrl){var
e={url:this._config.service.resetUrl};this._request.read(e,(function(e,n){})}}this._newCount=0}},{key:"_requestNotifications",value:function(e,n){var
t=this,o=t._config.panel,i={count:o.maxCount,imageTag:o.imageTag,theme:o.theme};e||(e={}),o.notificationTypes&&(i.notificationTypes=o.notificationTypes),
M(i,e.matrixParams);var
r={matrixParams:i};t._request.read(r,(function(e,o){!e&&o&&t._replaceAllNotifications(o),n&&n(e,o)}))}},{key:"getNotifications",value:function(){re
turn{count:this._count,markup:this._markup,newCount:this._newCount}}},{key:"fetchNotifications",value:function(e,n){this._requestNotifications(e,n)}}]),e}()
,B="yns-panel-loading",q="yns-panel",P="yns-hide",R="yns-panel-padding-btm",D=function(){function e(n,t){L(this,e);var
o=this._config=n,o._panelNode=null,o._store=t}return x(e,[{key:"_generatePanelMarkup",value:function(n,t){var n=this._config,o=void 0,i=void
0;"undefined"!=typeof
window&&(o=window.Notification&&"default"===window.Notification.permission,i=t.promos.bypassEligibleClassCheck||S(document.body,t.promos.eligibleB
odyClass));var r=t.promos.enableNotifOnboard&&o&&i?'<li class="yns-container yns-promo {noLogoClass}"><div class="yns-link"><img class="yns-img
yns-promo-logo" src="{promoLogo}" /><div class="yns-content yns-promo-content"><span class="yns-promo-title yns-
title">{notifOnboardMsg}</span><span class="yns-promo-button"><button class="yns-promo-ctr js-push-subscribe" data-subscription-
```

topic="{subscriptionTopic}" data-ylk="sec:hd;subsec:notifications-promo;slk:Notify Me;" data-subscription-ylk="sec:hd;subsec:notifications-promo;"
>{notifOnboardBtnLabel}</button></span></div></div></li>':"";if(r){var a=t.promos.showYahooLogo?"":"yns-no-
logo";r=r.replace("{notifOnboardBtnLabel}",t.promos.notifOnboardBtnLabel).replace("{notifOnboardMsg}",t.promos.notifOnboardMsg).replace("{subscription
Topic}",t.promos.subscriptionTopic).replace("{noLogoClass}",a).replace("{promoLogo}",t.promos.promoLogo)}var
s=n.newCount>t.panel.maxCount?n.newCount:"",c=t.panel.notificationCenterPath,l=c?"":P,d=t.panel.headerMsg?"":" "+P,u=c?R:"",p=void
0;n.count?p=n.markup:p='<li class="yns-container yns-empty"><div class="yns-
content">{emptyPanelMsg}</div></li>'.replace("{emptyPanelMsg}",t.panel.emptyPanelMsg);return
e=e.replace("{notifMarkup}",p).replace("{promoMarkup}",r).replace("{hideClass}",l).replace("{notifCenterLink}",c).replace("{paddingClass}",u).replace("{he
aderMsg}",t.panel.headerMsg).replace("{hideHeaderClass}",d).replace(/{notificationCenterNavMsg}/g,t.panel.notificationCenterNavMsg).replace(/{newCount}
/g,s)}},{key:"render",value:function(e,n){var t=this;if(t._panelNode){var o=void 0,i=t._panelNode,r=void 0,a=void 0;switch(e){case"expanded_panel":o='<div
class="yns-panel-header hideHeaderClass"><span class="yns-panel-header-title">{headerMsg}</span></div><div class="yns-panel-data"><ul class="yns-
notifications {paddingClass}">{notifMarkup}</ul></div><div class="yns-panel-footer-action {hideClass}"><a class="yns-navigate-center"
href="{notifCenterLink}" data-ylk="sec:hd;subsec:notifications-
viewall;slk:{notificationCenterNavMsg};">{notificationCenterNavMsg}</a></div>',a=t._store.getNotifications(),r=t._generatePanelMarkup(o,a),i.innerHTML=
r;break;case"error_panel":r=(o='<div class="yns-panel-error"><span> {errorMsg}
</span></div>').replace("{errorMsg}",t._config.panel.errorMsg),i.innerHTML=r}n&&n()}else n&&n(new Error("No panel
parent"))}},{key:"createPanelParentNode",value:function(e){e&&(e.innerHTML='<div class="yns-panel" id="yns-
panel"></div>',this._panelNode=document.getElementById(q))}},{key:"updateBadgeNode",value:function(e){if(e){var
n=this._store.getNotifications().newCount,t=this._config.badge.maxCount;if(n){var o=n>t?t+"+":n;e.innerHTML=o}else
e.innerHTML=""}}},{key:"addStyles",value:function(e){if(e&&"undefined"!=typeof window){var
n=document.getElementById(this._config.panel.styleTagId);n||((n=document.createElement("style")).type="text/css",n.id=this._config.panel.styleTagId,n.innerT
ext=e,document.head.appendChild(n))}}},e}(),H=function(){function e(n,t,o){L(this,e);var i=this;i._store=t,i._view=o,i._config=n;var
r=i._config.panel;i._panelParentNode=document.querySelector(r.parentSelector),i._badgeNode=i._config.badge.selector&&document.querySelector(i._config.ba
dge.selector),i._indicatorNode=r.indicatorSelector&&document.querySelector(r.indicatorSelector)}return
x(e,[{key:"createPanelParentNode",value:function(){this._view.createPanelParentNode(this._panelParentNode),this._notifPanelNode=document.getElementById
d(q)}},{key:"refreshPanelNode",value:function(e,n){var t=this;C(t._notifPanelNode,B),t._store.fetchNotifications(e,(function(e,o){var
i=window.wafer&&window.wafer.base;i&&i.destroy(t._notifPanelNode),e?t._notifPanelNode.innerHTML||(t._view.render("error_panel"),C(t._notifPanelNode,
B)):(t._view.render("expanded_panel"),t._view.updateBadgeNode(t_badgeNode),t._showBadge(),t._showIndicator(),t._view.addStyles(o.css)),A(t._notifPanelN
ode,B),i&&i.sync(t._notifPanelNode.parentNode),n&&n(e,o)})}},{key:"resetBadge",value:function(){var
e=this;e._store.resetNewCount(),e._view.updateBadgeNode(e._badgeNode),C(e._badgeNode,e._config.badge.hideClass)}},{key:"_showIndicator",value:functio
n(){this._indicatorNode&&(this._store.getNotifications().newCount?C(this._indicatorNode,this._config.panel.indicatorClass):A(this._indicatorNode,this._config
.panel.indicatorClass))}},{key:"_showBadge",value:function(){var
e=this;e._store.getNotifications().newCount?A(e_badgeNode,e._config.badge.hideClass):C(e_badgeNode,e._config.badge.hideClass)}}]),e}(),U={promos:{eli
gibleBodyClass:"display-push-promos",enableNotifOnboard:!0,bypassEligibleClassCheck:!1,notifOnboardBtnLabel:"Notify Me",notifOnboardMsg:"Get alerts
for breaking news and top
stories",promoLogo:"https://s.yimg.com/cv/apiv2/ae/news/circle_bell.png",showYahooLogo:!0,subscriptionTopic:"gondor_homerun_news"},badge:{hideClass:"
",maxCount:5,selector:""},panel:{emptyPanelMsg:"You have no new
notifications.",errorMsg:"",headerMsg:"Notifications",imageTag:"img:40x40|2|80",indicatorClass:"yns-
indicator",indicatorSelector:null,maxCount:6,notificationCenterNavMsg:"View all {newCount}
notifications",notificationCenterPath:"",notificationTypes:"",parentSelector:null,styleTagId:"notificationStyles",theme:"default"},service:{attemptCount:1,attemp

```
tDelay:2,url:null,resetUrl:null,isRMP:!1,responseType:"json",timeout:1500}},Y={NotificationClient:function(){function e(n){L(this,e);var
t=this;t.config=t._parseConfig(n),t._validateRequiredConfigs()&&(t._request=new k(t.config),t._store=new O(t.config,t._request),t._view=new
D(t.config,t._store),t._panelController=new H(t.config,t._store,t._view),t._panelController.createPanelParentNode(),t._assignHelperMethods())}return
x(e,[{key:"_parseConfig",value:function(e){var n={};for(var t in M(n,U),n)if(n.hasOwnProperty(t)){var o=n[t],i=e[t];"object"===(void
0===o?"undefined":_(o))?M(o,i):n[t]=e[t]}return n}},{key:"_validateRequiredConfigs",value:function(){var
e=this.config;return!(!e.panel.parentSelector||!e.service.url)}},{key:"_assignHelperMethods",value:function(){var
e=this;e.helpers={refreshPanel:e._panelController.refreshPanelNode.bind(e._panelController),resetBadge:e._panelController.resetBadge.bind(e._panelCont
roller),resetIndicator:function(){A(e._panelController._indicatorNode,e.config.panel.indicatorClass)}}}}]),e}(),z="lnct",F=function(){function e(){var
e,n;this.personalized=!1,this.ybarElem=document.getElementById("ybar"),this.partnerClasses=null===(n=null===(e=this.ybarElem)||void 0===e?void
0:e.className)||void 0===n?void 0:n.match(/ybar-variant-([a-z]*)/),this.client=new Y.NotificationClient(this.getConfig())}return
e.prototype.refreshPanel=function(){var
e,n,t,o=this,i={lastUpdate:this.getTimeStamp()||this.setTimeStamp(),loadInHpViewer:!0,includePersonalized:this.personalized},r=(null===(e=window.YAHOO)||
void 0===e?void 0:e.context)||(null===(n=window.Af)||void 0===n?void 0:n.context)||{};return
r.region&&r.lang&&(i.lang=r.lang,i.region=r.region),(null===(t=this.partnerClasses)||void 0===t?void 0:t.length)&&(i.partner=this.partnerClasses[1]),new
Promise((function(e,n){o.client.helpers.refreshPanelNode({matrixParams:i},(function(t,o){t&&(c("Notification refresh
error:",t),n(t)),e(o)})))}},e.prototype.resetBadge=function(){this.client.helpers.resetBadge(),this.setTimeStamp()},e.prototype.getConfig=function(){var
e,n,t,o,i,r=document.getElementById("notification-container"),a=null===(e=null===r?void 0:r.dataset)||void 0===e?void 0:e.config;if(N&&!a)return N;var
s={promos:{eligibleBodyClass:"display-push-promos",enableNotifOnboard:!0},badge:{selector:"#notif-badge",hideClass:"ybar-notification-
hidden"},panel:{emptyPanelMsg:"You have no new notifications.",errorMsg:"Please check back
later.",headerMsg:"Notifications",maxCount:5,parentSelector:"#ybarNotificationBody",notificationTypes:"breakingNews"},service:{url:"/tdv2_fp/api/resource/N
otificationHistory.getHistory",isRMP:!1}},l={};if(a){"att"===(null===(n=this.partnerClasses)||void 0===n?void
0:n[1])&&(s.promos.showYahooLogo=!1);try{var d=JSON.parse(a);l=m({},d),this.personalized=1===d.personalize}catch(e){c("Notifications config parsing
error",e)}r&&delete r.dataset.config}return N=this.mergeConfigs(s,l),(null===(t=this.partnerClasses)||void 0===t?void
0:t.length)&&"yahoo"!==(null===(o=this.partnerClasses)||void 0===o?void 0:o[1])&&(null===(i=N.promos)||void 0===i?void 0:i.subscriptionTopic)&&delete
N.promos.subscriptionTopic,N},e.prototype.mergeConfigs=function(e,n){var t=m({},e);for(var o in e)t[o]=m(m({},e[o]),n[o]);return
t},e.prototype.getTimeStamp=function(){var e;return null===(e=window.localStorage)||void 0===e?void
0:e.getItem(z)},e.prototype.setTimeStamp=function(){var e,n=""+Math.floor((new Date).getTime()/1e3);return null===(e=window.localStorage)||void
0===e||e.setItem(z,n),n},e}(),j=new F,G=function(){return
j},W="",J=[],V=function(){},K=function(){window.removeEventListener("beforeunload",K),""!==W&&c("Rapid not found on page",new
Error(W))},X=null,Z=function(){return null===X&&(X=document.getElementById("ybar")),X},$=function(){var e=0,n=window.YAHOO;if(I)return
I;if(n)if(n.i13n)if(n.i13n.__RAPID_INSTANCES__)if(n.i13n.__RAPID_INSTANCES__.length<1)W="YBAR: no instances of rapid found!";else{var
t=function(e){var n=void 0;if(e&&e.length>0)for(var
t=0;t<e.length&&!(!(n=e[t].instance)||null===n.getRapidAttribute("spaceid")||isNaN(n.getRapidAttribute("spaceid")));++t)n=void 0;return
n}(n.i13n.__RAPID_INSTANCES__);if(t){I=t,W="",clearInterval(T),window.removeEventListener("beforeunload",K);var
o={useViewability:!0};!!document.querySelector(".ybar-track-link-views")||(o.clickonly=!0);var i=[],r=Z();if(null!==r)i.push(r.getAttribute("id"));else
if(window.YBAR)for(var a=0,s=window.YBAR.getConfig().componentCount;a<s;++a)i.push("ybar-component-
".concat(a));if(i.length>0){if(I.addModules(i,!1,o),J.length>0)for(e=0;e<J.length;++e){var
c=J[e];c.type&&c.options&&c("beaconClick"===c.type?I.beaconClick(c.options.secValue,c.options.slkValue,c.options._pValue,c.options.clickParams,c.options.o
utcome,V,c.options.options):"beaconEvent"===c.type&&I.beaconEvent(c.options.eventName,c.options.pageParams,c.options.outcome))}}else W="YBAR: No
`#ybar` wrapper div found for Rapid module tracking"}else W="YBAR: no instances of rapid found with spaceid"}else W="YBAR:
```

```
`YAHOO.i13n.__RAPID_INSTANCES__` is not defined!";else W="YBAR: `YAHOO.i13n` is not defined!";else W="YBAR: `YAHOO` is not
defined!"},Q=function(e,n,t,o,i,r,a){I?I.beaconClick(e,n,t,o,i,r,a):(J.push({type:"beaconClick",options:{secValue:e,slkValue:n,_pValue:t,clickParams:o,outcome:i|
|null,options:a||null}}),r&&"function"==typeof r&&r())},ee=function(){I&&I.refreshModule("ybar")},ne={},te=null,oe=null,ie=function(){return
Date.now()},re=function(e,n){return"number"==typeof e&&"number"==typeof n?Math.floor(n-e):null},ae=function(){var
e;oe=ie(),window.performance&&window.performance.timing&&window.performance.timing.navigationStart&&(e=window.performance.timing.navigationStar
t,te=e),window.performance&&window.performance.timing&&window.performance.timing.domContentLoadedEventStart&&(oe=window.performance.timing.
domContentLoadedEventStart);var n={ns_ready:re(te,ne.search_assist_ready),dcl_ready:re(oe,ne.search_assist_ready)};setTimeout((function(){var
e,t,o,i;e="saready",t=n,o=null,i=V,I?I.beaconEvent(e,t,o):J.push({type:"beaconEvent",options:{eventName:e,pageParams:t,outcome:o}}),i&&"function"==typeo
f
i&&i()}),200)},se=function(){T=window.setInterval($,100),setTimeout((function(){T&&(clearInterval(T),K())}),1e4),window.addEventListener("beforeunload"
,K),$(),te=ie(),"loading"===document.readyState?window.addEventListener("DOMContentLoaded",ae):ae()},ce=function(){var e,n,t,o=I||$(),i=null==o?void
0:o.getRapidAttribute("spaceid");if(i||(i=null==o?void 0:e.i13n)||void 0===n?void 0:n.SPACEID),!i){var
r=Z();i=null!==(t=null==r?void 0:r.getAttribute("data-spaceid"))&&void 0!==t?t:""}return
i||""},le=function(){T&&clearInterval(T),I=null,W="",X=null},de=function(e){return~e.indexOf("?")?e+="&":e+="?",e},ue=function(e){return
e.includes("default_user_profile_pic")},pe=function(e,n){for(var t=e+n,o=0;o<t.length;++o){var
i=t.charCodeAt(o);if((i<19968||i>40959)&&(i<13312||i>19903)&&(i<44032||i>55215))return!1}return!0},me=[navBeaconFired:!1},he=["ready","navigation"],f
e=function(){function e(e){var
n=this;this.triggerEvent=a,this.addEventListener=s,this.logError=c,this.logPerformance=l,this.getConfig=d,this.getPerformanceMetrics=u,this.rapidRefresh=ee,t
his.state=m({},me),this.modules=e,this.userEmail="",window.YBAR&&(he.forEach((function(e){var
t="on".concat(e),o=window.YBAR[t];o&&(n[t]=o)})),window.YBAR.wssid&&(this.wssid=window.YBAR.wssid),window.YBAR.appid&&(this.appid=window
.YBAR.appid)),he.forEach((function(e){var t="on".concat(e);s(e,(function(){for(var
o,i=[],r=0;r<arguments.length;r++)i[r]=arguments[r];"navigation"===e?n.navigate(i[0]):null===(o=n[t])||void 0===o||o.call.apply(o,y([n],v(i),!1))}))}))}return
e.prototype.getUserEmail=function(){return
this.userEmail},e.prototype.setUserEmail=function(e){this.userEmail=e},e.prototype.switchMailLogo=function(e){var
n=this.getConfig().mailVariantLogos;if(n[e]){var t=n[e],o=t.dark,i=t.light;if(o&&i){var r="".concat(o.src_1x," 1x, ").concat(o.src_2x,"
2x"),a="".concat(i.src_1x," 1x, ").concat(i.src_2x," 2x"),s=v(Array.from(document.querySelectorAll("#ybar-logo
img")),2),c=s[0],l=s[1];c&&c.setAttribute("srcset",a),l&&l.setAttribute("srcset",r)}}},e.prototype.init=function(){this.state=m({},me),se(),this.modules.forEach(
(function(e){return e.init()})},e.prototype.reInit=function(){this.state=m({},me),le(),se(),j=new F,this.modules.forEach((function(e){return
e.reInit()})},e.prototype.destroy=function(){this.state=m({},me),le(),this.modules.forEach((function(e){return
e.destroy()})},e.prototype.navigate=function(e){for(var
n,t=this,o=e.detail.event,i=o.target||o.srcElement;null!==i.parentNode&&(!i.nodeName||"a"!==i.nodeName.toLocaleLowerCase());)i=i.parentNode;var
r=!1;(function(e,n){var t;return"_blank"===(null==(t=null==n?void 0:n.target)||void 0===t?void
0:t.toLowerCase())||2===e.which||4===e.button||e.altKey||e.ctrlKey||e.shiftKey||e.metaKey||!1}(o,i)||(o.preventDefault(),r=!0);var
a=null===(n=this.onnavigation)||void 0===n?void 0:n.call(this,e),s=(null===i?void 0:i.dataset)||{});rapid_p,c=void 0===s?"":s,l=function(e){var
n,t=null===(n=null==e?void 0:e.dataset)||void 0===n?void 0:n.ylk;return t?t.split(";").reduce((function(e,n){var t=v(n.split(":"),2),o=t[0],i=t[1];return
e[o]=i,e},{}):{}}(i);l.tar=function(e){void 0===e&&(e="");var n=e.match(/^https?:\/\/([^/?#]+)(?:[/?#]|$)/i);return n&&n[1]||(null==i?void
0:i.href)||document.location.hostname,l.tar_uri||(l.tar_uri=i.pathname||""),this.state.navBeaconFired?a||!o.defaultPrevented&&!r||(document.location.href=null==i
?void 0:i.href):Q(l.sec||"",l.slk||(null==i?void
0:i.textContent)||"",c,l,null,(function(){(o.defaultPrevented||r)&&(t.state.navBeaconFired=!0),a||!o.defaultPrevented&&!r||(document.location.href=null==i?void
0:i.href)})},e}(),ve=new Map,ye=function(e,n){var t=p(e),o=new
```

```
w(e,n);o.init(),ve.set(e,o),t.stop()},ge={scrollPoints:[{pageOffset:60,animationClassName:"ybar-hide-navigation",animationClassNameOnScrollUp:"ybar-show-
navigation",transitionElSelector:"#ybar-navigation"}],scrollUpThreshold:5},be={scrollPoints:[{pageOffset:44,animationClassName:"ybar-hide-inner-
wrap",animationClassNameOnScrollUp:"ybar-show-inner-wrap",transitionElSelector:"#ybar-inner-
wrap"}],scrollUpThreshold:5},we={scrollPoints:[{pageOffset:44,animationClassName:"ybar-keep-navigation",animationClassNameOnScrollUp:"ybar-show-
navigation",transitionElSelector:"#ybar-navigation"}],scrollUpThreshold:5},_e=!1,Le=function(){_e||(_e=!0,ye("ybar-sticky",(function(t){var
o,i=t.getConfig();i.bucketConfig&&(o=!0===i.bucketConfig.keepNavOnScroll);var r="smartphone"===i.device,a=document.querySelector(".ybar-
sticky"),s=r?ge:{};r&&"shops"===i.property?s=be:o&&(s=we),a&&function(t,o){var
i,r,a,s,c,l,d,u,p,m,h,f,v=t.getConfig(),y=null!==(a=null!==(r=null!==(i=null==v?void 0:v.bucketConfig)||void 0===i?void 0:i.scrollThreshold)&&void
0!==r?r:null==o?void 0:o.scrollThreshold)&&void 0!==a?a:0,g=null!==(l=null!==(c=null!==(s=null==v?void 0:v.bucketConfig)||void 0===s?void
0:s.scrollUpThreshold)&&void 0!==c?c:null==o?void 0:o.scrollUpThreshold)&&void 0!==l?l:y,b=null!==(p=null!==(u=null==(d=null==v?void
0:v.bucketConfig)||void 0===d?void 0:d.modalClassName)&&void 0!==u?u:null==o?void 0:o.modalClassName)&&void 0!==p?p:"modal-
open",w=null!==(f=null!==(h=null==(m=null==v?void 0:v.bucketConfig)||void 0===m?void 0:m.scrollPoints)&&void 0!==h?h:null==o?void
0:o.scrollPoints)&&void 0!==f?f:e,_=document.documentElement,L=w.map((function(e){return n(e.transitionElSelector,t)})),x=0,k=function(e){var
n=_.classList.contains(e.animationClassName),t=_.scrollTop>0,o=_.scrollTop<e.pageOffset,i=_.scrollTop>e.pageOffset,r=_.scrollTop>x+y,a=_.scrollTop<x-
g,s=e.animationClassNameOnScrollUp;_.classList[t?"add":"remove"]("ybar-page-is-
scrolled"),_.classList.contains(b)||(n&&(o||i&&a)?(s&&_.classList.add(s),_.classList.remove(e.animationClassName)):!n&&i&&r&&(s&&_.classList.remove(s)
,_.classList.add(e.animationClassName)))};t.addElementListener(window,"scroll",(function(e){var
n=document.getElementById("ybar")||n&&n.classList.contains("ybar-searchbox-assist-
fullscreen")?e.preventDefault():(w.forEach((function(e,n){L[n].isRunning?L[n].onAfterTransition=function(){k(e)}:k(e)})),x=_.scrollTop)})}(t,s)})))};"interacti
ve"===document.readyState||"complete"===document.readyState?(console.log("[ybar debug] Nav-hide init triggered
immediately"),Le()):(document.addEventListener("DOMContentLoaded",(function(){console.log("[ybar debug] Nav-hide init triggered
ondomcontentloaded"),Le()})),document.addEventListener("load",(function(){console.log("[ybar debug] Nav-hide init triggered onload"),Le()}));var
xe=function(e){return!(!e||!e.parentNode)&&e===e.parentNode.querySelector(e.nodeName+":hover")},ke={},Ee=function(e,n,t,o,i){e.addEventListener(n,"m
ouseenter",(function(){var e=JSON.stringify({sec:t,slk:o,params:i});ke[e]||(ke[e]=!0,Q(t,o,"",i),setTimeout((function(){delete
ke[e]}),1e3))})})},Ce=function(e,n,t){var o="ybar-show-outline",i="ybar-hide-
outline",r=[],a=document.querySelector(e),s=document.querySelector(n),c=function(e,n){for(var t=e.className.split(" "),r=[],a=0;a<t.length;++a){var
s=t[a].trim();s!==i&&s!==o&&r.push(s)}r.push(n),e.className=r.join("
")},l=function(){s&&c(s,i)},d=function(){s&&c(s,o)};a&&(t.addElementListener(a.parentNode,"mousedown",(function(){r.push({name:"mousedown",ts:new
Date})})),t.addElementListener(a,"focus",(function(){for(var e=2,n=[function(){},l,d],t=0;t<r.length;++t){var
o=r[t];if(0===e&&"mousedown"===o.name)e=2;else if(1!==e&&"mousedown"===o.name){(new Date).getTime()-
o.ts.getTime()<100&&(e=1)}else"mousedown"===r[0].name&&"blur"===o.name&&(e=0)}r.length=0,n[e]()})},t.addEventListener(a,"blur",(function(){r.pus
h({name:"blur",ts:new Date}),l()})}),document.body.addEventListener("click",(function(){a("close-all-menus")}))),var
Se,Ae=document.getElementById("ybar"),Me=Ae&&Ae.className&&Ae.className.match(/ybar-property-([a-z]*)/);(null==Me?void
0:Me.length)&&(Se=Me[1]);var Ne,Ie=function(e,n,t){e||t&&t("Missing required params - type: ".concat(e));var o=m({},n,{src:"ybar",_rdn:(new
Date).getTime().toString().substr(7)}),i=Object.keys(o).map((function(e){return
encodeURIComponent(e)+"="+encodeURIComponent(o[e])})).join("&"),r="".concat("https://www.yahoo.com").concat("/_td_api/beacon","/").concat(e,"?").con
cat(i).concat(function(){var e="";try{var
n=window.YAHOO&&window.YAHOO.context||window.Af&&window.Af.context||{};["apptype","rid","bucketId","bucket","device","osName","browserName
","browserVersion"].forEach((function(t){void
0!==n[t]&&(e+="&".concat(encodeURIComponent(t),"=").concat(encodeURIComponent(n[t])))}))}catch(e){console.log(e)}return
```

```
e}(),"&site=").concat(Se),a=new Image;a.onerror=function(e){var n=e instanceof
ErrorEvent?e.error:e.toString();t&&t(n)},a.onload=function(){t&&t()},a.src=r},Te=p("ybar-init");Ne=new
fe(ve),window.YBAR=Ne,function(){if("PerformanceObserver"in window)try{new
PerformanceObserver((function(e){e.getEntries().forEach((function(e,n){u((""".concat(e.name,"_").concat(n)]=e.startTime,l(e))})})).observe({entryTypes:["paint
"]})}catch(n){var e=new Error("Unknown error observing paint
event");c("Error",e)}}(),window.YBAR.triggerEvent("ready"),Te.stop(),s("performance",(function(){setTimeout((function(){try{var
e=u();Math.round(100*Math.random())>90&&Ie("performance",e)}catch(e){}}),1e3)})),se(),s("error",(function(e){var
n=e&&e.detail||{},t=n.error||{},o=n.message||t.message||t.toString();try{var
i={code:t.name,file:t.fileName||"",line:t.lineNumber||"",message:o};Ie("error",i)}catch(e){}}});var
Oe="_yb_y2urqo",Be="_yb_10mu1oh",qe="_yb_1ynqajr",Pe="_yb_rso2br";if("undefined"!=typeof Element&&!Element.prototype.matches){var
Re=Element.prototype;Re.matches=Re.matchesSelector||Re.mozMatchesSelector||Re.msMatchesSelector||Re.oMatchesSelector||Re.webkitMatchesSelector}var
De=function(e,n){for(;e&&9!==e.nodeType;){if("function"==typeof e.matches&&e.matches(n))return e;e=e.parentNode}};function He(e,n,t,o,i){var
r=Ue.apply(this,arguments);return e.addEventListener(t,r,i),{destroy:function(){e.removeEventListener(t,r,i)}}}function Ue(e,n,t,o){return
function(t){t.delegateTarget=De(t.target,n),t.delegateTarget&&o.call(e,t)}}var Ye,ze=function(e,n,t,o,i){return"function"==typeof
e.addEventListener?He.apply(null,arguments):"function"==typeof t?He.bind(null,document).apply(null,arguments):("string"==typeof
e&&(e=document.querySelectorAll(e)),Array.prototype.map.call(e,(function(e){return
He(e,n,t,o,i)})))},Fe=function(e){this.data=e,this.next=null,this.prev=null},je=function(){function e(){this.head=null,this.tail=null}return
e.prototype.push=function(e){var n=new Fe(e);return
this.head?this.tail?(n.prev=this.tail,this.tail.next=n,this.tail=n):(this.tail=n,this.tail.prev=this.head,this.head.next=this.tail):(this.head=n,n.next=this.tail),n},e.proto
type.size=function(){for(var e=0,n=this.head;n;)e++,n=n.next;return e},e.prototype.getHead=function(){return this.head},e.prototype.getTail=function(){return
this.tail},e.prototype.get=function(e){if(e>=this.size())return null;for(var n=0,t=this.head;(null==t?void 0:t.next)&&n<e;)n++,t=t.next;return
t},e.prototype.unshift=function(e){var n=new Fe(e);return
this.head?this.tail?(n.next=this.head,this.head.prev=n,this.head=n):(n.next=this.head,this.head.prev=this.head,this.head.next=this.head):(this.head=n,n.next=this.tai
l),n},e.prototype.shift=function(){if(!this.head)return null;var e=this.head;if(!this.tail)return this.head=null,e;var n=this.head.next;return
n&&(this.head=n,this.head.prev=null),this.head===this.tail&&(this.head.next=null,this.tail=null),e},e}();!function(e){e.next="next",e.prev="prev"}(Ye||(Ye={}))
);var Ge=function(){function e(e,n){this.leftRightMap=new Map,this.upDownMap=new Map,this.moreMenuLinkedList=new
je,e&&n.containerElm&&(this.ybar=e,this.options=n,this._init())}return e.prototype._init=function(){var
e=this,n=this.options.isUserAccountNavigation?this.options.containerElm.querySelectorAll("a,
".concat(this.options.accountSwitcherButtonSelector)):this.options.containerElm.querySelectorAll(this.options.navlistItemSelector||"li"),t=this.options.isUserAcc
ountNavigation?y(y([],v(this.options.loggedInUser),!1),v(n),!1):y([],v(n),!1),o=new
je;if(this.options.isUserAccountNavigation?t.forEach((function(n){"A"!==n.nodeName&&"BUTTON"!==n.nodeName||n.setAttribute("tabindex","-1");var
t=o.push(n),i={list:o,node:t};e.upDownMap.set(n,i)})):t.forEach((function(n){var t=n.getElementsByTagName("A");if(0!==t.length){var
i=t[0],r=o.push(i),a={list:o,node:r};if(e.leftRightMap.set(i,a),e.options.dropdownClass&&n.classList.contains(e.options.dropdownClass))for(var s=new
je,c=0;c<t.length;c++){var l=t[c],d=s.push(l);e.leftRightMap.set(l,a);var
u={list:s,node:d};e.upDownMap.set(l,u)}}}})),this.options.enableMoreMenu&&this.options.moreMenuNavElm){this.leftRightMap.set(this.options.moreMenuNa
vElm,{list:o,node:{data:this.options.moreMenuNavElm,get next(){return o.getHead()},get prev(){for(var e=o.getHead();null==e?void 0:e.next;){if("-
1"===e.next.data.getAttribute("tabindex"))break;e=e.next}return e}}});var
i=this.moreMenuLinkedList;this.upDownMap.set(this.options.moreMenuNavElm,{list:this.moreMenuLinkedList,node:{data:this.options.moreMenuNavElm,get
next(){return i.getHead()},get prev(){return i.getTail()}}})}this._addEventListeners()},e.prototype.unshiftMoreMenuItem=function(e){if(e){var
n=this.moreMenuLinkedList.unshift(e);this.upDownMap.set(e,{list:this.moreMenuLinkedList,node:n});var
```

97

```
t=this.leftRightMap.get(this.options.moreMenuNavElm);t&&this.leftRightMap.set(e,t)},e.prototype.shiftMoreMenuItem=function(){var
e=this.moreMenuLinkedList.shift();e&&(this.upDownMap.delete(e.data),this.leftRightMap.delete(e.data))},e.prototype._addEventListeners=function(){var
e=this,n=ze(this.options.containerElm,"a,
button","keydown",(function(n){e._keydownHandler(n)}),!0);this.options.isUserAccountNavigation&&this.ybar.addElementListener(this.options.loggedInUser
Element,"keydown",(function(n){e._keydownHandler(n)})),this.options.enableMoreMenu&&this.ybar.addElementListener(this.options.moreMenuNavElm,"key
down",(function(n){e._keydownHandler(n)})),this.ybar.onDestroy((function(){n.destroy()}))},e.prototype._keydownHandler=function(e){var
n=e.delegateTarget||e.currentTarget;switch(e.key){case"Down":case"ArrowDown":e.preventDefault(),this._go(n,this.upDownMap,Ye.next);break;case"Up":case"
ArrowUp":e.preventDefault(),this._go(n,this.upDownMap,Ye.prev);break;case"Left":case"ArrowLeft":e.preventDefault(),this._go(n,this.leftRightMap,Ye.prev);
break;case"Right":case"ArrowRight":e.preventDefault(),this._go(n,this.leftRightMap,Ye.next);break;case"Spacebar":case"
":n.click();break;default:return}},e.prototype._go=function(e,n,t){var o=this,i=n.get(e);if(i){for(var
r=i.list,a=i.node[t],a&&"none"===window.getComputedStyle(a.data).display;)a=a[t];if(!a)for(a=t===Ye.next?r.getHead():r.getTail();a&&"none"===window.get
ComputedStyle(a.data).display;)a=a[t];setTimeout((function(){o.options.enableMoreMenu&&o.options.moreMenuNavElm&&"-1"===(null==a?void
0:a.data.getAttribute("tabindex"))?o.options.moreMenuNavElm.focus():null==a||a.data.focus()}),1)}},e}(),We=/\$({|%7B)GDPR_CONSENT_(\d+)(}|%7D)/g,Je
=/\$({|%7B)GDPR(|%7D)/g,Ve=/\[timestamp\]/g,Ke=function(e){return e.replace(Ve,Date.now()+"")},Xe=function(e){return h(void 0,void 0,void
0,(function(){var n,t,o,i;return f(this,(function(r){switch(r.label){case 0:return r.trys.push([0,2,,3]),[4,new Promise((function(e,n){if(!window.__tcfapi){var
t="Missing TCF API",o=new Error();return c(t,o),n(o)}window.__tcfapi("getTCData",2,(function(t,o){return o&&"error"!==t.cmpStatus?e(t):n(!1)}),a)}))];case
1:return n=r.sent(),t=function(e,n){var n=n.gdprApplies;return e.replace(Je,t?"1":"0")}(e,n),o=function(e,n){var n=n.tcString;return
e.replace(We,t?o:"")}(t,n),[2,Ke(o)];case 2:return r.sent(),i="Error adding consent to ".concat(e),c(i,new Error(i)),[2,e];case 3:return[2]}var
a}))}))},Ze=function(e,n){return[].forEach.call(e,n)},$e=function(e,n){if(n.container){new Ge(e,{containerElm:n.container,isUserAccountNavigation:!1});var
t,o,i=e.getConfig();if(function(e,n){var t;if(n&&!n.getAttribute("src")){var o=(null===(t=n.dataset)||void 0===t?void
0:t.src)||"";Xe(o).then((function(e){n.setAttribute("src",e)}))}}(e.teaserImpression),Ze(n.allLinks,(function(t
){return e.addElementListener(t,"click",(function(){var
e;e=n.allLinks,Ze(e,(function(e){e.style.pointerEvents="none"})),setTimeout((function(){Ze(e,(function(e){e.style.pointerEvents="auto"}))}),1e3)})))}),n.conse
ntLinks&&Ze(n.consentLinks,(function(n){var
t=n.getAttribute("href")||"";Xe(t).then((function(e){n.setAttribute("href",e)})),n.onDestroy((function(){n.setAttribute("href",t)}))})),"mail"===i.property){var
r=(t=n.allLinks,o=function(e){return
e.classList.contains(Be)},[].find.call(t,o));r&&e.addElementListener(r,"click",(function(n){n.preventDefault(),e.triggerEvent("topnav-link-
click",{id:"mail"})}))}),i.bucketConfig.disable_ybar_teaser_navigation&&n.teaserLink&&e.addElementListener(n.teaserLink,"click",(function(n){n.preventDefau
lt(),e.triggerEvent("eyebrow-upsell-click")}))}}};ye("ybar-mod-topnavigation",(function(){var n={allLinks:document.querySelectorAll(".".concat(qe,"
a")),consentLinks:document.querySelectorAll(".ybar-consent-
link"),teaserImpression:document.querySelector(".".concat(Pe)),teaserLink:document.querySelector(".".concat(Oe,"
a")),container:document.querySelector("nav.".concat(qe))};$e(e,n)}));var
Qe,en,nn="_yb_3ks6qd",tn="_yb_1b79rpk",on="_yb_1i5wvic",rm="_yb_v69mge",an="_yb_1wxrlga",sn="_yb_j283ho",cn="_yb_1c6ngx2",ln="_yb_mmj3y9",
dn="_yb_1dokb0v",un="_yb_lp7m8b",pn="_yb_1azacio",mn="_yb_3kzhl7",hn="_yb_cr10dc",fn="_yb_9d1sug",vn="_yb_5i3s2a",yn="_yb_tms0jm",gn="_yb_
109zm1x",bn="_yb_1hc87hl",wn="_yb_9cfq6n",_n="_yb_pyz287",Ln="_yb_1q3bav3",xn="_yb_17mdkyu",kn="_yb_kt4lvb",En="_yb_1y0cotm",Cn="_yb_1
mmm90i",Sn="_yb_aesylq",An="_yb_15tcl9j",Mn={animation:"_yb_n8j2pa","left-open":"_yb_1lv8d96",noscroll:"_yb_4m9tkk",overlay:"_yb_o1wsua","fade-
in-out":"_yb_1tahxz","right-open":"_yb_1qu1uo9","center-open":"_yb_9lyufe"},Nn=function(e,n){if(200!==e.status){var t=new Error("Request failed with
status: "+e.status);t._meta={status:e.status},e.ymreqid&&(t._meta={ymreqid:e.ymreqid}),n(t)}else{var o=null;try{o=JSON.parse(e.responseText)}catch(e){var
i=new Error("Error parsing responseText");return i._meta={originalError:e},void n(i)}n(null,o)}},In=function(e,n){return void 0===n&&(n={}),h(void 0,void
0,void 0,(function(){return f(this,(function(t){return[2,new Promise((function(t,o){var i=new XMLHttpRequest;if(i.open("string"==typeof
```

```
n.method?n.method:"GET","string"==typeof e?e:e.url,!0),"object"==typeof n.headers){var r=n.headers;for(var a in
r)i.setRequestHeader(a,r[a])}i.withCredentials="include"===n.credentials,i.onreadystatechange=function(){4===i.readyState&&t({ok:i.status>=200&&i.status<
=299,status:i.status,text:function(){return Promise.resolve(i.responseText)},json:function(){return new
Promise(function(e,n){try{e(JSON.parse(i.responseText))}catch(e){n(e)}})})},i.send(n.body)})}]})),Tn=function(e,n){return void
0===n&&(n={}),("function"==typeof window.fetch?fetch:In)(e,n)},On=function(e,n){var t=e.url,o=e.headers,i=void 0===o?{}:o;return i["X-Requested-
With"]="XMLHttpRequest",Tn(t,{headers:i,credentials:"include"}).then((function(e){return
e.text().then((function(t){Nn({status:e.status,responseText:t},n)}))}))};!function(e){e[e.COUNT=0]="COUNT")(Qe||(Qe={})),function(e){e[e.PENDING=0]="
PENDING",e[e.COMPLETE=1]="COMPLETE"}(en||(en={}));var Bn={0:0,1:1,9:9,99:99,150:150},qn=new Map,Pn=function(){function e(){}return
Object.defineProperty(e.prototype,"wssid",{get:function(){var e,n,t=null===(e=window.YBAR)||void 0===e?void 0:e.wssid;return
t||(t=(null==(n=document.querySelector('input[name="mail_wssid"]'))||void 0===n?void
0:n.value)||"",this.wssid=t),t},set:function(e){window.YBAR=window.YBAR||{},window.YBAR.wssid=e||""},enumerable:!1,configurable:!0}),Object.definePro
perty(e.prototype,"appid",{get:function(){var e,n,t=null===(e=window.YBAR)||void 0===e?void 0:e.appid;return
t||(t=(null==(n=document.querySelector('input[name="mail_appid"]'))||void 0===n?void
0:n.value)||"",this.appid=t),t},set:function(e){window.YBAR=window.YBAR||{},window.YBAR.appid=e||""},enumerable:!1,configurable:!0}),e.prototype.fetch
Count=function(e){return h(this,void 0,void 0,(function(){var n,t,o,i,r=this;return f(this,(function(a){switch(a.label){case 0:if(n=qn.get(e);if(n)if(n.status===en.PENDING)return n.promise;var t=Date.now()-12e4;return n.data&&n.lastRequested>t?Promise.resolve(n.data):void
0}})(Qe.COUNT),(t=this._checkForMockData())?[2,t]:!e&&n?[2,n]:(1,o={data:{responseType:"json",requests:[{id:"GetMailboxId",uri:"/ws/v3/mailboxes/",met
hod:"GET",filters:{select:{mailboxId:"$..mailboxes[?(@.isPrimary==true)].id"}},suppressResponse:!0,requests:[{id:"ListDecos",uri:"/ws/v3/mailboxes/@.id==
$(mailboxId)/decos",method:"GET"}]}]}},i=this._fetch(o,1,(function(e){var n=r._normalizerCountResponse(e);return function(e,n){var
t={lastRequested:Date.now(),status:en.COMPLETE,promise:Promise.resolve(n),data:n};qn.set(e,t)}(Qe.COUNT,n),n}))),s=Qe.COUNT,c=i,l={lastRequested:Dat
e.now(),status:en.PENDING,promise:c},qn.set(s,l),[2,i]);var s,c,l})})})}),e.prototype._fetch=function(e,n,t){var o,i;return h(this,void 0,void 0,(function(){var
r,a,s,l,d,u,p,h,v,y,g,b,w,_,L,x;return f(this,(function(f){switch(f.label){case 0:if(r=e.data,a=void 0===r?{}:r,s=e.params,l=void 0===s?{}:s,d="EC-4008",u="EC-
4003",p=this._getYmreqid(),!this.appid)throw new Error("No appId, user is logged
out");h=m({appId:this.appid},l),this.wssid&&"mail_wssid"!==this.wssid&&(h.wssid=this.wssid),e.params=h,v=[],Object.keys(h).forEach((function(e){var
n=h[e];n&&v.push("".concat(encodeURIComponent(e),"=").concat(encodeURIComponent(n)))})),y=v.length?"?".concat(v.join("&")):"",g="https://apis.mail.yah
oo.com/ws/v3/batch".concat(y),f.label=1;case 1:return
f.trys.push([1,4,,5]),[4,Tn(g,{method:"POST",body:JSON.stringify(a),credentials:"include",headers:{"Content-Type":"application/json","X-Oath-
YmReqId":p}})];case 2:return[4,(b=f.sent()).json()];case 3:if(w=f.sent(),b.ok)return[2,t(null===(i=w.result)||void 0===i?void
0:i.responses)];if((_=null==(o=null==w?void 0:w.error)||void 0===o?void 0:o.code)===u)return[2,this._handleWssidApiError(w,e,n,t)];throw _===d?new
Error("Session has expired"):new Error("Mail Api Responded with an Error");case 4:throw L=f.sent(),c({"JWS: ".concat((x=L).message),x}),L;case
5:return[2]}}})))}),e.prototype._checkForMockData=function(){var e=document.getElementById("ybar");if(e&&e.hasAttribute("data-mc")){var
n=e.getAttribute("data-mc");if(n&&Bn[n])return Bn[n]}},e.prototype._normalizerCountResponse=function(e){var n,t,o,i,r,a;if(!e)return 0;var
s=((null===(o=null===(t=null===(n=null==e?void 0:e[0])||void 0===n?void 0:n.response)||void 0===t?void 0:t.result)||void 0===o?void
0:o.decos)||[]).find((function(e){return"FTI"===(null==e?void 0:e.id)}));return s&&null!==(a=null===(r=null===(i=null==s?void 0:s.counts)||void 0===i?void
0:i[0])||void 0===r?void 0:r.unseen)&&void 0!==a?a:0},e.prototype._handleWssidApiError=function(e,n,t,o){var i,r,a=null===(r=null===(i=null==e?void
0:e.error)||void 0===i?void 0:i.details)||void 0===r?void 0:r.wssid,s=n.params,c=(void 0===s?{}:s).wssid;if(a){if(c&&a===c)throw new Error("API provided
same invalid WSSID");if(void 0!==t&&t>0)return n.params.wssid=a,this.wssid=a,this._fetch(n,t,o);throw new Error("Max retries with invalid WSSID reached")}throw new
Error("valid WSSID missing from API Response")},e.prototype._getYmreqid=function(){var e=(new Date).getTime();return"xxxxxxxx-xxxx-xxxx-09xx-
xxxxxxxxxx00".replace(new RegExp("x","g"),(function(){var n=(e+16*Math.random())%16|0;return
e=Math.floor(e/16),n.toString(16)}))},e}(),Rn={add:[{itemId:"ybar-mail-banner",reactions:["SHOWN"]}]};ye("ybar-mod-sidenav",(function(e){
```

```
n,t={sidenavBtn:document.getElementById("_yb_sidenav-
btn"),sidenav:document.querySelector(".".concat(bn)),menu:document.querySelector(".".concat(_n)),sections:document.querySelectorAll(".".concat(fn)),closeBt
n:document.querySelector(".".concat(tn)),panels:document.querySelectorAll(".".concat(hn)),backBtn:document.querySelector(".".concat(nn)),footer:document.q
uerySelector(".".concat(ln)),copyright:document.querySelector(".".concat(rn)),selectedSectionLinks:document.querySelectorAll(".".concat(yn,"
a")),focusedElement:document.querySelector(".".concat(yn,"
.").concat(cn)),editionsDropdown:document.querySelector(".".concat(an)),mailUnread:document.querySelector(".".concat(xn)),mailTooltip:document.getElemen
tById("_yb_mail-tooltip"),tooltipClose:document.getElementById("_yb_mail-tooltip-
close")},o=window.location.href.split("?")[0]?window.location.href.split("?")[0].replace(/\/$/,""):window.location.href,i=y([],v(t.selectedSectionLinks),!1);if(!t.fo
cusedElement)for(var r=0;r<i.length;r++){var a=i[r];if(a.href&&a.href.replace(/\/$/,"")===o){null===(n=a.parentElement)||void
0===n||n.classList.add("".concat(cn));break}}var s=new Pn,c=function(e,n){var
t=e.menu,o=e.sidenavBtn,i=e.sidenav,r={sec:"ybar",slk:"hamburger",elm:"close",pkgt:"top",subsec:"navrail",itc:"1"};t&&o&&"true"===o.getAttribute("aria-
expanded")&&(o.setAttribute("aria-expanded","false"),setTimeout((function(){null===i||i.setAttribute("style","")}),500),n&&t.dispatchEvent(new
CustomEvent("toggle-overlay"),Q("ybar",r.slk,"",r),t.scrollTop=0,d(e))},l=function(e,n,t){var
o=n.sidenav;e.classList.toggle("".concat(un)),o&&(o.classList.contains("".concat(gn))?(o.classList.remove("".concat(gn)),Q("ybar",t,"",{sec:"ybar",slk:t,elm:"cl"
,rspns:"cl",pkgt:"side-nav",subsec:"navrail",itc:"1"})):(o.scrollTop=0,o.classList.add("".concat(gn)),Q("ybar",t,"",{sec:"ybar",slk:t,elm:"expand",pkgt:"side-
nav",subsec:"navrail",itc:"1"})))},d=function(e){var n,t=e.menu,o=e.sections,i=e.sidenav;if(null===(n=e.sidenav)||void
0===n||n.classList.remove("".concat(gn)),function(e){var
n=e.panels,t=e.sidenav;t&&t.classList.remove("".concat(gn)),n&&Array.from(n).forEach((function(e){e.classList.contains("".concat(un))||e.classList.add("".con
cat(un))}))}(e),o&&t){var
r=t.querySelector(".".concat(yn));if(Array.from(o).forEach((function(e){if(e.classList.contains("".concat(sn)))e.classList.replace("".concat(sn),"".concat(on));va
r n=e.querySelector("ul".concat(pn));n&&u(n,e)})),r){r.classList.replace("".concat(on),"".concat(sn));var
a=r.querySelector("ul");a&&a.setAttribute("style","")}i&&(i.scrollTop=0)},u=function(e,n){e.classList.remove("".concat(pn)),n.style.height=""},p=function(e,
n){e.classList.add("".concat(pn)),n.style.height=n.scrollHeight+"px"},h=function(e){var
n=e.mailTooltip;null==n||n.classList.remove("".concat(An)),null==n||n.classList.add("".concat(Sn)),setTimeout((function(){null==n||n.remove()}),400)},f=functi
on(){On({url:"https://graviton-user-gateway.media.yahoo.com/api/auth/v2/crumb?appId=yahoo_fp"},(function(e,n){e?h(t):n&&n.crumb&&function(e,n){var
t=e.url,o=e.ymreqid,i=e.crumb,r=e.body;Tn(t,{method:"POST",headers:m(m({"Content-Type":"application/json"},"string"==typeof i?{"X-CSRF-
Token":i}:{}),"string"==typeof o?{"X-Oath-YmReqId":o}:{}),body:void 0!==r?JSON.stringify(r):null,credentials:"include"}).then((function(e){return
e.text().then((function(t){Nn({status:e.status,responseText:t,ymreqid:o},n)}))}))}({url:"https://graviton-user-
gateway.media.yahoo.com/api/user/v1/declared/reactions/TOOLTIP/DIALOG?appId=yahoo_fp",crumb:n.crumb,body:Rn},(function(){console.log("record
updated")}))}))};if(t.tooltipClose&&t.mailTooltip&&(On({url:"https://graviton-user-
gateway.media.yahoo.com/api/user/v1/declared/reactions/TOOLTIP?appId=yahoo_fp&reactionGroups=DIALOG&itemIds=ybar-mail-
banner"},(function(e,n){var o,i,r=null===(o=document.getElementById("ybar"))||void 0===o?void 0:o.hasAttribute("data-mc");if(null==n?void
0:n.userReactions[0]){var a=t.mailTooltip;(null==n?void
0:n.userReactions[0]).reactionList.length&&!r?null==a||a.remove():(null==a||a.classList.add("".concat(An)),f(),(null===(i=t.mailTooltip)||void 0===i?void
0:i.classList.contains("no-
fade"))||setTimeout((function(){h(t)}),1e4))}})),t.tooltipClose.addEventListener("click",(function(){h(t)}))),t.sidenavBtn&&t.closeBtn){if(function(e,n,t,o,i){var
r,a;void 0===i&&(i=!1);var s=e||document.body,c=document.createElement("div");c.classList.add(Mn.overlay),c.setAttribute("data-
hidden","true"),i&&c.classList.add(Mn["fade-in-out"]),null===(a=null===(r=s.parentNode)||void 0===r?void 0:r.parentNode)||void
0===a||a.appendChild(c),s.classList.add(Mn.animation);var l=document.documentElement,d=!0,u=0,p=function(){d=!d,c.setAttribute("data-
hidden","".concat(d)),null==l||l.classList.toggle("ybar-overlay"),document.body.classList.toggle(Mn.noscroll,!d),s.classList.toggle(Mn[n+"-
```

```
open"],!d),d?(c.scrollTop=0,t.triggerEvent("yb-overlay-
closed")):null==o||o.focus(),0===u&&(u=1,setTimeout((function(){ee()}),300))};t.onDestroy((function(){var e,n;null===(n=null===(e=s.parentNode)||void
0===e?void 0:e.parentNode)||void 0===n||n.removeChild(c),s.classList.remove(Mn.animation),d||p()})),t.addElementListener(s,"toggle-
overlay",(function(){p()})),t.addElementListener(c,"mousedown",(function(){p()})))}(t.menu,"left",e,void 0,!0),e.addEventListener("yb-overlay-
closed",(function(){c(t,!1)})),e.addElementListener(t.sidenavBtn,"click",(function(){document.getElementById("_yb_mail-tooltip")&&h(t),function(e){var
n=e.menu,t=e.sidenavBtn,o=e.sidenav,i={sec:"ybar",slk:"hamburger",elm:"expand",pkgt:"top",subsec:"navrail",itc:"1"};if(n&&t&&o){o.style.display="flex",n.d
ispatchEvent(new CustomEvent("toggle-overlay")),t.setAttribute("aria-expanded","true"),i.elm="expand",Q("ybar",i.slk,"",i);var
r=n.querySelector(".".concat(yn)),a=null==r?void
0:r.querySelector("ul");r&&a&&p(a,r),o.scrollTop=0}}(t)})})),e.addElementListener(t.closeBtn,"click",(function(){c(t,!0)})),t.sections)Array.from(t.sections).forE
ach((function(n){var o=n.querySelector("h3"),r=n.querySelector("ul"),r=n.querySelector("a"),a=null==o?void
0:o.classList.contains("".concat(wn)),s=null==o?void
0:o.getElementsByClassName("".concat(Ln))[0],d=function(e){u(e,n),n.classList.remove("".concat(sn)),setTimeout((function(){n.classList.remove("".concat(sn
))||n.classList.add("".concat(on))}),0)},d=function(e){n.classList.remove("".concat(on)),n.classList.add("".concat(sn)),p(e,n)};o&&i&&e.addElementListener(s,"
click",(function(){var e={sec:"ybar",slk:o.innerText,pkgt:"side-nav",elm:"close",subsec:"navrail",itc:"1"};if(n.classList.contains("".concat(sn)))return c(i),void
Q("ybar",e.slk,"",e);d(i),e.elm="expand",Q("ybar",e.slk,"",e)})),o&&i&&e.addElementListener(o,"click",(function(){var
e={sec:"ybar",slk:o.innerText,pkgt:"side-nav",elm:"close",subsec:"navrail",itc:"1"};if(n.classList.contains("".concat(sn)))return c(i),void
Q("ybar",e.slk,"",e);d(i),e.elm="expand",Q("ybar",e.slk,"",e)})),o&&i&&e.addElementListener(o,"keydown",(function(e){13===e.keyCode&&o.click()})),
o&&i&&e.addElementListener(s,"keydown",(function(e){var r=e.keyCode;e.stopPropagation();var r={sec:"ybar",slk:o.innerText,pkgt:"side-
nav",elm:"close",subsec:"navrail",itc:"1"};if(13===t&&n.classList.contains("".concat(sn)))return c(i),void
Q("ybar",r.slk,"",r);13===t&&(d(i),r.elm="expand",Q("ybar",r.slk,"",r))})),o&&i&&!a&&e.addElementListener(o,"keydown",(function(e){13===e.keyCode&&
(null==r||r.click())})))var m=n.querySelectorAll(".".concat(dn));m&&Array.from(m).forEach((function(n){var
o=n.querySelector(".".concat(hn)),i=n.querySelector(".".concat(mn)),r=n.querySelector(".".concat(vn)),a=n.querySelector(".".concat(nn)),s=(null==r?void
0:r.innerText)||"",c=n.querySelector("button.".concat(vn)),d=function(e){var n=e.sections;n&&Array.from(n).forEach((function(e){var
n=e.classList.contains("".concat(an)),t=e.classList.contains("".concat(sn));if(n&&t){e.classList.replace("".concat(sn),"".concat(on));var
o=e.querySelector("ul.".concat(pn));o&&u(o,e)}})}};o&&a&&i&&(e.addElementListener(i,"click",(function(){l(o,t,s),d(t)})),e.addElementListener(c,"click",(fu
nction(){l(o,t,s),d(t)})),e.addElementListener(a,"click",(function(){l(o,t,"close-back-
btn")})))}))}))}));window.addEventListener("keyup",(function(e){27===e.keyCode&&c(t,!0)}))}t.mailUnread&&function(e,n){var
o=t.mailUnread,i=t.sidenavBtn;n.fetchCount().then((function(n){if(o&&n>0){if(o&&i){var t=n>99;o.classList.add("".concat(Cn)),i.classList.add("count-
loaded"),o.textContent=t?"99+":n+"",t?o.classList.add("".concat(kn)):n>=10&&o.classList.add("".concat(En))}e.onDestroy((function(){o&&(o.textContent="")
})}})).catch((function(){}))(e,s)}})}var Dn="_yb_othpab",Hn=function(e,n){var
t;n.logoImages&&(t=n.logoImages).length>0&&Array.prototype.forEach.call(t,(function(e){e.onerror=function(){e.onerror=null,e.style.display="none"}})),n.w
rapper&&(function(e,n){e&&(Ce("#ybar-logo","#ybar-logo",n),n.onDestroy((function(){e.classList.remove("ybar-show-outline"),e.classList.remove("ybar-hide-
outline")}))}(n.wrapper,e),function(e,n){n&&e.addElementListener(n,"click",(function(){e.triggerEvent("logo-click")}))}(n.wrapper))};ye("ybar-mod-
logo",(function(e){var n={wrapper:document.getElementById("ybar-logo"),logoImages:document.querySelectorAll(".".concat(Dn))};Hn(e,n)}));var
Un={"dropdown-open":"_yb_8fq7n4","merchant-is-selected":"_yb_1mypadn",overlay:"_yb_e1uxm0","selected-merchant-clear-button":"_yb_ic4gib","shops-
buttons":"_yb_1h0mtxp","styled-select":"_yb_o5t3k4",tooltip:"_yb_esa0zr","tooltip--
show":"_yb_swmrms",tooltip__text:"_yb_1soxi2i",tooltip__voice:"_yb_1be1vbl",tooltip__web:"_yb_1wqmnlj",dark:"_yb_18kqbfy",darker:"_yb_ehtxkp",light:"
_yb_1dzgyek",midnight60:"_yb_ed0cmg","search-input-uh3-hover":"_yb_1exwbcf","search-input-uh3-focus-visible":"_yb_1ly7mp2","sa-btn-
bar":"_yb_1p0iv2h","searchbox-icon-uh3":"_yb_ica2jw",empty:"_yb_1e1vn6v"},Yn=function(e,n){var t=Math.max(e,n),o=Math.min(e,n),i=Math.abs(t-
o);return y([],v(new Array(i+1)),!1).map((function(e,n){return o+n}))},zn=function(e,n,t){var o=e.getConfig().bucketConfig,i=(void
```

```
0===o?{}:o).enable_search_ui,r=void 0!==i&&i;if(n.ybar){n.ybar.classList.add("ybar-searchbox-assist-
fullscreen"),document.documentElement.classList.add("ybar-overlay"),document.body.classList.add("ybar-overlay-
noscroll");Q("ybar","websrch","",{elm:"expand",subsec:"searchbox",itc:"1"}),setTimeout((function(){n.searchInput instanceof
HTMLInputElement&&(t&&(n.searchInput.value=t),n.searchInput.focus(),r&&window.YAHOO.SA&&window.YAHOO.SA.apps&&wind
ow.YAHOO.SA.apps[0]&&window.YAHOO.SA.apps[0].view&&!window.YAHOO.SA.apps[0].view.shown&&window.YAHOO.SA.apps[0].view.show())}))}},
Fn=function(e){var n;null===(n=e.ybar)||void 0===n||n.classList.remove("ybar-searchbox-assist-
fullscreen"),document.documentElement.classList.remove("ybar-overlay"),document.body.classList.remove("ybar-overlay-noscroll"),e.searchInput instanceof
HTMLInputElement&&(e.searchInput.value="",e.searchInput.blur())},jn=function(e,n){var
t=e.getConfig();"smartphone"===t.device&&("finance"===t.property&&e.addElementListener(n.searchInput,"click",(function(){var
t,o;t="search_input_focus_click",null!==(o=ie())&&(ne[t]||(ne[t]=o)),e.addElementListener(n.searchForm,"click",(function(){if(n.ybar){if(n.ybar.classList.contai
ns("ybar-searchbox-assist-fullscreen"))return;n.ybar.classList.add("ybar-searchbox-assist-fullscreen"),n.ybar.classList.add("ybar-searchbox-assist-
fadein")}if(!document.documentElement.classList.contains("ybar-overlay")){document.documentElement.classList.toggle("ybar-
overlay"),document.body.classList.add("ybar-overlay-
noscroll");Q("ybar","websrch","",{elm:"expand",subsec:"searchbox",itc:"1"})}})})))}),e.addElementListener(n.searchBoxPlaceholder,"click",(function(){zn(e,n)})
),e.addElementListener(n.searchBoxPlaceholder,"keydown",(function(t){var
o=t,i=o.keyCode,r=o.key,a=Yn(65,90),s=y(y([],v(Yn(58,57)),!1),v(Yn(96,105)),!1),c=y(y([],v(a),!1),v(s),!1).includes(i);(32===i||13===i||c)&&(t.preventDefault
(),t.stopPropagation(),zn(e,n?r:""))}))}),n.searchBoxBackButton&&(e.addElementListener(n.searchBoxBackButton,"click",(function(e){e.stopPropagation(),win
dow.YAHOO&&window.YAHOO.SA&&window.YAHOO.SA.apps&&window.YAHOO.SA.apps[0]&&(window.YAHOO.SA.apps[0].view.resetQuery(),windo
w.YAHOO.SA.apps[0].view.hide()),Fn(n);Q("ybar","back-close-
srch","",{elm:"btn",subsec:"searchbox",itc:"1"})}))}),e.addElementListener(n.searchInput,"keyup",(function(e){e.stopPropagation();27===e.keyCode&&(e.stopPr
opagation(),Fn(n))}))}),e.addEventListener("viewerClosed",(function(){Fn(n)})),e.onDestroy((function(){Fn(n)}))},Gn=function(){function
e(e,n,t){n&&(this.ybar=e,this.elem=n,this.options=t,this.show=this.show.bind(this),this.hide=this.hide.bind(this),this.addEventListeners())}return
Object.defineProperty(e.prototype,"tooltip",{get:function(){var e=this;return
this.tooltipMarkup||(this.tooltipMarkup=this.createTooltip(),(this.options.tooltipParentElm||this.elem).appendChild(this.tooltipMarkup),this.ybar.onDestroy((func
tion(){var n,t;null===(t=null===(n=e.tooltipMarkup)||void 0===n?void 0:n.parentNode)||void
0===t||t.removeChild(e.tooltipMarkup)}))),this.tooltipMarkup},enumerable:!1,configurable:!0}),e.prototype.show=function(){this.tooltip.classList.add(this.optio
ns.showClass)},e.prototype.hide=function(){this.tooltip.classList.remove(this.options.showClass)},e.prototype.addEventListeners=function(){this.ybar.addElem
entListener(this.elem,"mouseenter",this.show),this.ybar.addElementListener(this.elem,"focus",this.show),this.ybar.addElementListener(this.elem,"mouseleave",t
his.hide),this.ybar.addElementListener(this.elem,"blur",this.hide)},e.prototype.createTooltip=function(){var
e=document.createElement("div");e.className=this.options.containerClass||"";var n=document.createElement("p");return
n.textContent=this.options.label,n.className=this.options.textClass||"",e.appendChild(n),e},e}();!function(){var
e,n,t,o,i,r,a,s,c,l,d,u,p,m,h,f={516:function(e,n,t){var o,i,r,a;e.exports=(o=t(336),i="default",r=function(e){return e&&e.__esModule?e:{default:e}},r=function(e){return
e[n.id]=n.defaultMessage,e},{}),{}),((a=function(e){var n;this.lang=(n=e&&e.lang,-
1!==o.indexOf(n)?e.lang:i)}).langMap={})[i]=r(t(559)),a.setLangMap=function(e,n){e&&n&&(a.langMap[e]=r(n))},a.prototype={t:function(e){switch(!0){case
Boolean(a.langMap&&a.langMap[this.lang]&&a.langMap[this.lang][e]):return a.langMap[this.lang][e];case
Boolean(a.langMap&&a.langMap[i]&&a.langMap[i][e]):return a.langMap[i][e];default:return""}}},a)},383:function(e,n,t){var
o=t(645),i=t.n(o)()((function(e){return e[1]}));i.push([e.id,'/* Sprites */\n#spchp.permission-guide .guide .microphone .sprite,\n#spchp .close-button,\n#spch
.close-button,\n#spch .spchc .microphone,\n#spch .spchc .speaking .microphone {\n   background-image: url("https://s.yimg.com/pv/static/img/voiceSearch1x-
1620383531565.min.png")\n   background-repeat: no-repeat;\n   background-size: initial;\n   color: transparent;\n}\n/* Retina displays */\n@media\n   only
screen and (min-device-pixel-ratio: 2),\n   only screen and (-webkit-min-device-pixel-ratio: 2),\n   only screen and (min-resolution: 192dpi),\n   only
```

102

screen and (min-resolution: 2dppx) {\n#spchp.permission-guide .guide .microphone .sprite,\n#spchp .close-button,\n#spch .close-button,\n#spch .spchc .microphone,\n#spch .spchc .speaking .microphone {\n      background-size: 41px 330px;\n      background-image: url("https://s.yimg.com/pv/static/img/voiceSearch2x-1620383531565.min.png")\n}\n}\n\n/* permission guide */\n#spchp.permission-guide {\n   height: 100%;\n   width: 100%;\n   padding: 0;\n   opacity: 0.9;\n   background-color: #fff;\n   left: 0;\n   overflow: hidden;\n   position: fixed;\n   text-align: left;\n   top: 0;\n   z-index: 10000;\n   transition: visibility 0s linear 0.218s, background-color 0.218s;\n}\n#spchp.permission-guide .close-button {\n      background-position: 0 0;\n      width: 24px;\n      height: 24px;\n      border: none;\n      cursor: pointer;\n      right: 0;\n      margin: 20px;\n      padding: 0;\n   position: absolute;\n      top: 0;\n      z-index: 10;\n   opacity: 0.8;\n   }\n#spchp.permission-guide .close-button:hover {\n      opacity: 1;\n   }\n#spchp.permission-guide .guide {\n      margin: 191px 0 0 507px;\n   }\n#spchp.permission-guide .guide .microphone {\n      height: 68px;\n   width: 52px;\n      border-right: 1px solid #232a31;\n      float: left;\n   }\n#spchp.permission-guide .guide .microphone .sprite {\n      background-position: 0 -105px;\n      width: 28px;\n      height: 28px;\n   }\n#spchp.permission-guide .guide .guide-text {\n      height: 68px;\n      margin-left: 24px;\n      float: left;\n   }\n#spchp.permission-guide .guide .guide-text .title {\n         color: #232a31;\n         font-size: 32px;\n         font-family: HelveticaNeue-Bold;\n         line-height: 28px;\n         margin-bottom: 16px;\n      }\n#spchp.permission-guide .guide .guide-text .text {\n         color: #232a31;\n         font-size: 16px;\n         line-height: 28px;\n   }\n#spchp.permission-guide.hide {\n      display: none;\n   }\n\n/* speech panel */\n#spch.spch {\n   background: #fff;\n   height: 100%;\n   left: 0;\n   opacity: 0;\n   overflow: hidden;\n   position: fixed;\n   text-align: left;\n   top: 0;\n   visibility: hidden;\n   width: 100%;\n   z-index: 10000;\n   transition: visibility 0s linear 0.218s, background-color 0.218s;\n}\n#spch.spch .close-button {\n      background-position: 0 0;\n      width: 24px;\n      height: 24px;\n      border: none;\n      cursor: pointer;\n   right: 0;\n      margin: 20px;\n      padding: 0;\n   position: absolute;\n      top: 0;\n      z-index: 10;\n   opacity: 0.8;\n   }\n#spch.spch .close-button:hover {\n      opacity: 1;\n   }\n#spch.spch .spchc {\n      display: block;\n   height: 97px;\n      pointer-events: none;\n   }\n#spch.spch .spchc .inner-container {\n         width: 100%;\n         height: 100%;\n         opacity: 0.1;\n         pointer-events: none;\n         transition: opacity 0.318s ease-in;\n   }\n#spch.spch .spchc .inner-container .spch-control {\n            display: inline-block;\n   }\n#spch.spch .spchc .inner-container .text-container {\n   float: left;\n         height: 91px;\n      overflow: hidden;\n         margin: 3px 0;\n      pointer-events: none;\n         width: calc(50% - 48.5px);\n   }\n#spch.spch .spchc .inner-container .text-container p {\n               display: table-cell;\n               vertical-align: middle;\n   width: 550px;\n               height: 91px;\n   }\n#spch.spch .spchc .inner-container .text-container .spcht {\n               font-weight: normal;\n   color: #6e7780;\n               line-height: normal;\n               opacity: 0;\n               pointer-events: none;\n               text-align: left;\n               -webkit-font-smoothing: antialiased;\n               transition: opacity 0.1s ease-in, margin-left 0.5s ease-in, top 0s linear 0.218s;\n            }\n#spch.spch .spchc .inner-container .text-container .spcht.hide {\n               display: none;\n   }\n#spch.spch .spchc .inner-container .text-container #spcht-retry {\n   color: #0f69ff;\n            cursor: pointer;\n            pointer-events: auto;\n   }\n#spch.spch .spchc .inner-container .button-container {\n   pointer-events: none;\n         position: relative;\n         transition: transform 0.218s, opacity 0.218s ease-in;\n   }\n#spch.spch .spchc .inner-container .button-container .button {\n            background-color: #fff;\n            border: 1px solid #eee;\n            border-radius: 100%;\n            bottom: 0;\n            box-shadow: 0 2px 5px rgb(0 0 0 / 10%);\n            cursor: pointer;\n            display: inline-block;\n            left: 0;\n   opacity: 0;\n            pointer-events: none;\n            position: absolute;\n            right: 0;\n            top: 0;\n            transition: background-color 0.218s, border 0.218s, box-shadow 0.218s;\n   }\n#spch.spch .spchc .inner-container .button-container .button .microphone {\n   background-position: 0 -24px;\n               width: 41px;\n               height: 41px;\n               left: 27px;\n               pointer-events: none;\n   position: absolute;\n               top: 27px;\n               transform: scale(1);\n   }\n#spch.spch .spchc .inner-container .button-container.listening .ripple {\n            position: absolute;\n            width: 136px;\n            height: 136px;\n            z-index: -1;\n            left: 50%;\n            top: 50%;\n            opacity: 0;\n            margin: -70px 0 0 -70px;\n            border-radius: 100px;\n            animation: ripple 3.3s infinite;\n            background-color: #fff !important;\n            border: 2px solid #e0e4e9;\n   }\n#spch.spch .spchc .inner-container .button-container.listening .ripple:nth-child(2) {\n               animation-delay: 1.1s;\n   }\n#spch.spch .spchc .inner-container .button-container.listening .ripple:nth-child(3) {\n               animation-delay: 2.2s;\n   }\n#spch.spch .spchc .inner-container .button-container.speaking .button {\n            background-color: #0f69ff;\n   }\n#spch.spch .spchc .inner-container .button-container.speaking .button

```
.microphone {\n          background-position: 0 -65px;\n          width: 40px;\n          height: 40px;\n          pointer-events: none;\n          position: absolute;\n          transform: scale(1);\n          }\n#spch.spch .spchc .inner-container .button-container.speaking .ripple {\n          background-size: 114px;\n          position: absolute;\n          width: 114px;\n          height: 114px;\n          z-index: -1;\n          left: 50%;\n          top: 50%;\n          margin: -57px 0 0 -57px;\n          animation: speakingRipple1 2s infinite;\n          }\n#spch.spch .spchc .inner-container .button-container.speaking .ripple:nth-child(2) {\n          background-size: 123px;\n          width: 123px;\n          height: 123px;\n          margin: -62px 0 0 -62px;\n          animation: speakingRipple2 2s infinite;\n          }\n#spch.spch .spchc .inner-container .button-container.speaking .ripple:nth-child(3) {\n          background-size: 136px;\n          width: 136px;\n          height: 136px;\n          margin: -68px 0 0 -68px;\n          animation: speakingRipple3 2s infinite;\n          }\n#spch.spch .spcho {\n          background-image: linear-gradient(to bottom, rgb(255 255 255) 50%, rgb(255 255 255 / 0%) 99%);\n          display: block;\n          min-width: 100%;\n          text-align: center;\n          top: 145px;\n          padding-bottom: 71px;\n          pointer-events: auto;\n          }\n#spch.spch .spcho #spch-trending {\n          animation: fadeIn 1s forwards;\n          opacity: 0;\n          }\n#spch.spch .spcho #spch-trending .trending {\n          color: #6e7780;\n          display: inline-block;\n          font-size: 16px;\n          }\n#spch.spch .spcho #spch-trending #trending-label {\n          font-weight: bold;\n          margin: 5px;\n          }\n#spch.spch .spcho #spch-trending.hide {\n          display: none;\n          }\n#spch.spch.s2tb .spchc, #spch.spch.s2tb-h .spchc {\n          background: #fff;\n          box-sizing: border-box;\n          box-shadow: 0 2px 6px rgb(0 0 0 / 20%);\n          height: auto;\n          margin: 0;\n          min-width: 100%;\n          overflow: hidden;\n          padding: 24px 115px;\n          }\n#spch.spch.s2tb .spchc .inner-container, #spch.spch.s2tb-h .spchc .inner-container {\n          opacity: 1;\n          transition: opacity 0.318s ease-in;\n          }\n#spch.spch.s2tb .spchc .inner-container .text-container, #spch.spch.s2tb-h .spchc .inner-container .text-container {\n          position: relative;\n          }\n#spch.spch.s2tb {\n          background: rgb(255 255 255 / 0%);\n          opacity: 1;\n          visibility: visible;\n          transition-delay: 0s;\n          }\n#spch.spch.s2tb .spchc .inner-container .button-container {\n          transform: scale(1);\n          height: 97px;\n          right: 0;\n          top: 0;\n          width: 97px;\n          }\n#spch.spch.s2tb .spchc .inner-container .button-container .button {\n          opacity: 1;\n          pointer-events: auto;\n          position: absolute;\n          transform: scale(1);\n          transition-delay: 0;\n          }\n#spch.spch.s2tb .spchc .inner-container .text-container .spcht {\n          font-size: 24px;\n          margin-left: 0;\n          opacity: 1;\n          transition: opacity 0.5s ease-out, margin-left 0.5s ease-out;\n          }\n#spch.spch.s2tb #spch-overlay {\n          -webkit-backdrop-filter: blur(10px);\n          backdrop-filter: blur(10px);\n          background-color: #fff;\n          height: 100%;\n          opacity: 0.9;\n          position: absolute;\n          top: 149px;\n\n          /* spchc's height */\n          width: 100%;\n          }\n#spch.spch.disable-blur-overlay #spch-overlay {\n          background-color: transparent;\n\n          /* stylelint-disable-next-line property-no-vendor-prefix */\n          -webkit-backdrop-filter: none;\n          backdrop-filter: none;\n          }\n#spch.spch.disable-blur-overlay .spcho {\n          height: 27px;\n          padding-bottom: 20px;\n          background: #fff;\n          background-image: none;\n\n          /* stylelint-disable-next-line property-no-vendor-prefix */\n\n          /* stylelint-disable-next-line property-no-vendor-prefix */\n          box-shadow: 0 8px 6px -6px rgb(0 0 0 / 20%);\n          }\n#spch.spch.s2tb-h {\n          background: rgb(255 255 255 / 0%);\n          opacity: 0;\n          visibility: hidden;\n          }\n\n/* stylelint-disable-next-line keyframes-name-pattern */\n@keyframes fadeIn {\n          0% {\n          opacity: 0;\n          }\n          100% {\n          opacity: 1;\n          }\n}\n\n/* stylelint-disable-next-line keyframes-name-pattern */\n@keyframes ripple {\n          0% {\n          opacity: 1;\n          transform: scale(0.7);\n          }\n          100% {\n          opacity: 0;\n          transform: scale(1);\n          }\n}\n\n/* stylelint-disable-next-line keyframes-name-pattern */\n@keyframes speakingRipple1 {\n          0%,\n          100% {\n          background-image: url("https://s.yimg.com/pv/static/img/ripple1-1-202105260611.png");\n          }\n\n          25%,\n          75% {\n          background-image: url("https://s.yimg.com/pv/static/img/ripple1-2-202105260611.png");\n          transform: scale(1.1);\n          }\n\n          50% {\n          background-image: url("https://s.yimg.com/pv/static/img/ripple1-3-202105260611.png");\n          transform: scale(0.9);\n          }\n}\n\n/* stylelint-disable-next-line keyframes-name-pattern */\n@keyframes speakingRipple2 {\n          0%,\n          100% {\n          background-image: none;\n          }\n\n          25%,\n          75% {\n          background-image: url("https://s.yimg.com/pv/static/img/ripple2-2-202105260611.png");\n          transform: scale(1.1);\n          }\n\n          50% {\n          background-image: url("https://s.yimg.com/pv/static/img/ripple2-3-202105260611.png");\n          transform: scale(0.9);\n          }\n}\n\n/* stylelint-disable-next-line keyframes-name-pattern */\n@keyframes speakingRipple3 {\n          0%,\n          25%,\n          75%,\n          100% {\n          background-image: none;\n          }\n\n          50% {\n          background-image: url("https://s.yimg.com/pv/static/img/ripple3-3-202105260611.png");\n          transform: scale(0.9);\n          }
```

```
}\n}\n',""]),n.Z=i},645:function(e){e.exports=function(e){var n=[];return n.toString=function(){return this.map((function(n){var t=e(n);return n[2]?"@media
".concat(n[2]," {").concat(t,"}"):t})).join("")},n.i=function(e,t,o){"string"==typeof e&&(e=[[null,e,""]]);var i={};if(o)for(var r=0;r<this.length;r++){var
a=this[r][0];null!=a&&(i[a]=!0)}for(var s=0;s<e.length;s++){var c=[].concat(e[s]);o&&i[c[0]]||(t&&(c[2]?c[2]="".concat(t," and
").concat(c[2]):c[2]=t),n.push(c))}},n}},379:function(e){var n=[];function t(e){for(var t=-1,o=0;o<n.length;o++)if(n[o].identifier===e){t=o;break}return
t}function o(e,o){for(var r={},a=[],s=0;s<e.length;s++){var c=e[s],l=o.base?c[0]+o.base:c[0],d=r[l]||0,u="".concat(l," ").concat(d);r[l]=d+1;var
p=t(u),m={css:c[1],media:c[2],sourceMap:c[3],supports:c[4],layer:c[5]};if(-1!==p)n[p].references++,n[p].updater(m);else{var
h=i(m,o);o.byIndex=s,n.splice(s,0,{identifier:u,updater:h,references:1})}a.push(u)}return a}function i(e,n){var t=n.domAPI(n);t.update(e);return
function(n){if(n){if(n.css===e.css&&n.media===e.media&&n.sourceMap===e.sourceMap&&n.supports===e.supports&&n.layer===e.layer)return;t.update(e=
n)}else t.remove()}}e.exports=function(e,i){var r=o(e=e||[],i=i||{});return function(e){e=e||[];for(var a=0;a<r.length;a++){var s=t(r[a]);n[s].references--}for(var
c=o(e,i),l=0;l<r.length;l++){var d=t(r[l]);0===n[d].references&&(n[d].updater(),n.splice(d,1))}r=c}}},569:function(e){var n={};e.exports=function(e,t){var
o=function(e){if(void 0===n[e]){var t=document.querySelector(e);if(window.HTMLIFrameElement&&instanceof
window.HTMLIFrameElement)try{t=t.contentDocument.head}catch(e){t=null}n[e]=t}return n[e]}(e);if(!o)throw new Error("Couldn't find a style target. This
probably means that the value for the 'insert' parameter is invalid.");o.appendChild(t)}},216:function(e){e.exports=function(e){var
n=document.createElement("style");return e.setAttributes(n,e.attributes),e.insert(n,e.options),n}},565:function(e,n,t){e.exports=function(e){var
n=t.nc;n&&e.setAttribute("nonce",n)}},795:function(e){e.exports=function(e){if("undefined"==typeof
document)return{update:function(){},remove:function(){}};var n=e.insertStyleElement(e);return{update:function(t){!function(e,n,t){var
o="";t.supports&&(o+="@supports (".concat(t.supports,") {")),t.media&&(o+="@media ".concat(t.media," {"));var i=void
0!==t.layer;i&&(o+="@layer".concat(t.layer.length>0?" ".concat(t.layer):"",""," ")),o+=t.css,i&&(o+="}"),t.media&&(o+="}"),t.supports&&(o+="}");var
r=t.sourceMap;r&&"undefined"!=typeof btoa&&(o+="\n/*#
sourceMappingURL=data:application/json;base64,".concat(btoa(unescape(encodeURIComponent(JSON.stringify(r)))),"
*/")),n.styleTagTransform(o,e,n.options)}(n,e,t)},remove:function(){!function(e){if(null===e.parentNode)return!1;e.parentNode.removeChild(e)}(n)}}}},589:fu
nction(e){e.exports=function(e,n){if(n.styleSheet)n.styleSheet.cssText=e;else{for(;n.firstChild;)n.removeChild(n.firstChild);n.appendChild(document.createText
Node(e))}}},559:function(e){e.exports=JSON.parse('[{"id":"search.voice.hover_clear_text","description":"","defaultMessage":"Clear"},{"id":"search.voice.hove
r_search_text","description":"","defaultMessage":"Search the web"},{"id":"search.voice.hover_voice_text","description":"","defaultMessage":"Search by
voice"},{"id":"search.voice.permission_text","description":"","defaultMessage":"Allow microphone access to enable voice
search"},{"id":"search.voice.permission_title","description":"","defaultMessage":"Waiting for
permission"},{"id":"search.voice.recognition_error","description":"","defaultMessage":"Please check your microphone and audio
levels."},{"id":"search.voice.recognition_listening","description":"","defaultMessage":"Listening..."},{"id":"search.voice.recognition_nomatch","description":"",
"defaultMessage":"Didn\'t get that."},{"id":"search.voice.recognition_retry","description":"","defaultMessage":"Try
again."},{"id":"search.voice.recognition_start","description":"","defaultMessage":"What would you like to search
for?"},{"id":"search.voice.trending_title","description":"","defaultMessage":"Try
saying"},{"id":"search.voice.trending_or","description":"","defaultMessage":"or"}]')},336:function(e){e.exports=JSON.parse('["ar-JO","da-DK","de-AT","de-
CH","de-DE","el-GR","en-AU","en-CA","en-GB","en-IN","en-MY","en-NZ","en-PH","en-SG","es-AR","es-CL","es-CO","es-ES","es-MX","es-US","fi-FI","fr-
CA","fr-CH","fr-FR","id-ID","it-CH","it-IT","ko-KR","nb-NO","nl-NL","pl-PL","pt-BR","ro-RO","ru-RU","sv-SE","th-TH","tr-TR","vi-VN","zh-Hant-
HK","zh-Hant-TW"]')}},v={};function y(e){var n=v[e];if(void 0!==n)return n.exports;var t=v[e]={id:e,exports:{}};return
f[e](t,t.exports,y),t.exports}y.n=function(e){var n=e&&e.__esModule?function(){return e.default}:function(){return e};return
y.d(n,{a:n}),n},y.d=function(e,n){for(var t in n)y.o(n,t)&&!y.o(e,t)&&Object.defineProperty(e,t,{enumerable:!0,get:n[t]})}},y.o=function(e,n){return
Object.prototype.hasOwnProperty.call(e,n)},y.nc=void
0,e=y(379),n=y.n(e),t=y(795),o=y.n(t),i=y(569),r=y.n(i),a=y(565),s=y.n(a),c=y(216),l=y.n(c),d=y(589),u=y.n(d),p=y(383),(m={}).styleTagTransform=u(),m.setAt
tributes=s(),m.insert=r().bind(null,"head"),m.domAPI=o(),m.insertStyleElement=l(),n()((p.Z,m),p.Z&&p.Z.locals&&p.Z.locals,h=y(516),function(e,n){var
```

```
t={uiLang:"en-US",speechLang:"en-US",voiceButton:"#voice-
btn",searchBox:{form:"#sf",input:"#yschsp",params:{fr:"",fr2:""}},enable_voice_trending:!1,trending:{market:"en-
us"},ui:{speechOverlay:{disableBlur:!1}},browsers:{edge:!1}};function o(i){var r=this;if(r.config=Object.assign(t,i||{}),r.i18n=new
o.I18n({lang:r.config.uiLang}),r.renderPermissionGuide(r),r.renderSpeechPanel(r),r.speechResult="",r.noSpeech=!0,r.isRecognitionStart=!1,r.recognition=null,r.
voiceButton=n.querySelector(r.config.voiceButton),r.searchBoxForm=n.querySelector(r.config.searchBox.form),r.searchBoxQuery=n.querySelector(r.config.sear
chBox.input),r.speechPanel=n.querySelector("#spch"),r.speechButtonContainer=n.querySelector("#spchbc"),r.speechButton=n.querySelector("#spchbc-
btn"),r.speechText=n.querySelector("#spcht"),r.speechOverlay=n.getElementById("spch-overlay"),r.retryLink=n.querySelector("#spcht-
retry"),r.trending=n.getElementById("spch-trending"),r.trendingTerms=n.getElementById("trending-
terms"),r.termSpans=n.getElementsByClassName("trending-term"),r.closeButton=n.querySelector("#spchx"),r.startAudio=new
Audio("https://s.yimg.com/pv/static/misc/voice-start-202105050733.wav"),r.resultAudio=new Audio("https://s.yimg.com/pv/static/misc/voice-result-
202105050733.wav"),r.errorAudio=new Audio("https://s.yimg.com/pv/static/misc/voice-error-202105050733.wav"),r.closeAudio=new
Audio("https://s.yimg.com/pv/static/misc/voice-close-
202105050733.wav"),r.permissionGuide=n.querySelector("#spchp"),r.permissionGuideClose=n.querySelector("#spchpx"),r.permissionGuideTimer=null,r.onEsc
KeyDown=function(e){"Escape"===e.code&&(r.recognition.stop(),r.sendBeacon("keybrd","voicesearch_cancel_esc"),r.closePanel(r))},r.isBrowserSupported())
{var a=e.SpeechRecognition||e.webkitSpeechRecognition,s=e.SpeechGrammarList||e.webkitSpeechGrammarList;r.recognition=new a;var c=new
s;c.addFromString&&c.addFromString("#JSGF
V1.0;",1),r.recognition.grammars=c,r.recognition.continuous=!1,r.recognition.lang=r.config.speechLang,r.recognition.interimResults=!1,r.recognition.maxAlterna
tives=1,r.voiceButton&&(r.voiceButton.onclick=function(){r.permissionGuide.start(),r.permissionGuideTimer&&e.clearTimeout(r.permissionGuideTimer),r.permissio
nGuideTimer=e.setTimeout((function(){r.isRecognitionStart||r.showPermissionGuide(r)}),300),n.addEventListener("keydown",r.onEscKeyDown),r.sendBeacon(
"clk","voicesearch")}),r.speechButton&&(r.speechButton.onclick=function(){r.isRecognitionStart?(r.recognition.stop(),r.sendBeacon("clk","voicesearch_panel_
mic_close"),r.closePanel(r)):(r.recognition.start(),r.sendBeacon("clk","voicesearch_panel_mic_restart"))}),r.retryLink&&(r.retryLink.onclick=function(){r.isReco
gnitionStart||(r.recognition.start(),r.sendBeacon("clk","voicesearch_panel_retry"))}),r.speechOverlay&&(r.speechOverlay.onclick=function(){r.recognition.stop(),
r.sendBeacon("clk","voicesearch_cancel_outside"),r.closePanel(r)}),r.closeButton&&(r.closeButton.onclick=function(){r.recognition.stop(),r.sendBeacon("clk","
voicesearch_cancel"),r.closePanel(r)}),r.permissionGuideClose&&(r.permissionGuideClose.onclick=function(){r.recognition.stop(),r.sendBeacon("clk","voicesea
rch_permission_close"),r.closeAudio.play(),r.hidePermissionGuide(r)}),r.recognition.onresult=function(n){r.speechResult=n.results[0][0].transcript,r.handlePunct
uation(r),r.speechText.innerText=r.speechResult,r.searchBoxQuery&&(r.searchBoxQuery.value=r.speechResult),r.resultAudio.play(),e.setTime
out((function(){if(r.speechPanel&&r.speechPanel.classList.remove("s2tb"),r.speechPanel.classList.add("s2tb-h")),r.hideRetryLink(r),r.searchBoxForm){var
e=r.searchBoxForm.querySelector("[name=fr]"),n=r.searchBoxForm.querySelector("[name=fr2]");e&&r.config.searchBox&&r.config.searchBox.params&&r.co
nfig.searchBox.params.fr&&(e.value=i.searchBox.params.fr,e.disabled=!1),n&&r.config.searchBox&&r.config.searchBox.params&&r.config.searchBox.params
.fr2&&(n.value=i.searchBox.params.fr2,n.disabled=!1),r.searchBoxForm.submit()}}},1e3)},r.recognition.onspeechstart=function(){},r.recognition.onspeechend=
function(){r.recognition.stop()},r.recognition.onerror=function(){r.speechText&&(r.speechText.innerText=r.i18n.t("search.voice.recognition_error")),r.hideTrendi
ng(r),r.showRetryLink(r),r.errorAudio.play()},r.recognition.onaudiostart=function(){r.speechButtonContainer&&r.speechButtonContainer.classList.add("listenin
g")},r.recognition.onaudioend=function(){r.speechButtonContainer&&r.speechButtonContainer.classList.remove("listening")},r.recognition.onsoundstart=functi
on(){r.hideTrending(r),r.noSpeech=!1,r.speechButtonContainer&&(r.speechButtonContainer.classList.remove("listening"),r.speechButtonContainer.classList.add
("speaking"))},r.recognition.onsoundend=function(){r.speechButtonContainer&&r.speechButtonContainer.classList.remove("speaking")},r.recognition.onstart=f
unction(){r.recognitionInit(r),r.startRecognition(r)},r.recognition.onend=function(){r.isRecognitionStart=!1,0==r.noSpeech&&""==r.speechResult&&(r.speechTe
xt&&(r.speechText.innerText=r.i18n.t("search.voice.recognition_nomatch")),r.hideTrending(r),r.showRetryLink(r),r.errorAudio.play())},document&&document.
dispatchEvent&&document.dispatchEvent(new Event("VOICE_JS_READY"))}}o.I18n=h,o.prototype.renderPermissionGuide=function(e){var n="\n
<div class="permission-guide hide" id="spchp">\n        <div class="close-button" id="spchpx"></div>\n        <div class="guide">\n        <div
class="microphone">\n         <div class="sprite"></div>\n        </div>\n        <div class="guide-text">\n         <div
```

106

```
class="title">'.concat(e.i18n.t("search.voice.permission_title"),'</div>\n                <div
class="text">'.concat(e.i18n.t("search.voice.permission_text"),"</div>\n            </div>\n        </div>\n      </div>\n      "),t=(new
DOMParser).parseFromString(n,"text/html");document.body.appendChild(t.body.children[0])},o.prototype.renderSpeechPanel=function(e){var n='\n        <div
class="spch s2tb-h" id="spch">\n          <div class="spch-overlay" id="spch-overlay"></div>\n          <div class="close-button" id="spchx"></div>\n
<div class="spchc" id>\n            <div class="inner-container">\n              <div class="button-container spch-control" id="spchbc">\n
<span class="button" id="spchbc-btn">\n                  <div class="microphone"></div>\n                </span>\n                <span
class="ripple"></span>\n                <span class="ripple"></span>\n              </div>\n
<div class="text-container spch-control">\n                <p>\n                  <span class="spcht" id="spcht"></span>\n
<span></span>\n                  <span class="spcht" id="spcht-retry">'.concat(e.i18n.t("search.voice.recognition_retry"),'</span>\n                </p>\n
</div>\n            </div>\n          </div>\n          <div id="spch-trending" class="hide">\n
<span class="trending" id="trending-label">'.concat(e.i18n.t("search.voice.trending_title"),'</span>\n              <span class="trending trending-
term"></span>\n          </div>\n        </div>\n      '),t=(new
DOMParser).parseFromString(n,"text/html");e&&e.config&&e.config.ui&&e.config.ui.speechOverlay&&e.config.ui.speechOverlay.disableBlur&&t.body.childr
en[0].classList.add("disable-blur-overlay"),document.body.appendChild(t.body.children[0])},o.prototype.isBrowserSupported=function(){for(var
n=!1,t=this,o=Boolean(window.chrome),i=/CriOS/.test(window.navigator.userAgent),r=/Edg\//.test(window.navigator.userAgent),a=/Edge\//.test(window.navigat
or.userAgent),s=Boolean(window.opr),c=Boolean(window.navigator.brave),l=[{checkEnabled:function(){return!0},checkBrowser:function(){return
o&&!i&&!r&&!s&&!c},checkAPI:function(){return e&&("SpeechRecognition"in e||"webkitSpeechRecognition"in e)&&("SpeechGrammarList"in
e||"webkitSpeechGrammarList"in e)}},{checkEnabled:function(){return
t&&t.config&&t.config.browsers&&t.config.browsers.edge},checkBrowser:function(){return o&&r&&!a},checkAPI:function(){return
e&&("SpeechRecognition"in e||"webkitSpeechRecognition"in e)&&("SpeechGrammarList"in e||"webkitSpeechGrammarList"in e)}}],d=0;d<l.length;d++){var
u=l[d];u&&u.checkBrowser&&u.checkBrowser()&&u.checkEnabled&&u.checkEnabled(t)&&u.checkAPI&&u.checkAPI()&&(n=!0)}return
n},o.prototype.recognitionInit=function(e){e.speechResult="",e.noSpeech=!0,e.isRecognitionStart=!0},o.prototype.showPermissionGuide=function(e){e.permiss
ionGuide&&e.permissionGuide.classList.remove("hide")},o.prototype.hidePermissionGuide=function(e){e.permissionGuide&&e.permissionGuide.classList.add
("hide")},o.prototype.getTrending=function(e){if(e.config.enable_voice_trending&&e.trending){var
n="https://api.search.yahoo.com/data/v3/search?appid=4d234a9d&market="+e.config.trending.market+"&features=trending.voice";e.ajaxReq(n,(function(n){if(
n&&n.response&&n.response.search&&n.response.search.results&&n.response.search.results["trending.voice"]){var
t=n.response.search.results["trending.voice"].data;e.showTrending(e,t)}}))}},o.prototype.showTrending=function(e,n){if(Array.isArray(n)&&!(n.length<3)&&e.
trending&&e.termSpans&&e.termSpans[0]){var t="";t+=""+n[0].text+"',t+=""+n[1].text+"',t+=e.i18n.t("search.voice.trending_or")+"
",t+=""+n[2].text+"",e.termSpans[0].innerText=t,e.trending.classList.remove("hide")}},o.prototype.hideTrending=function(e){e.trending&&e.trending.classList.a
dd("hide")},o.prototype.showRetryLink=function(e){e.retryLink&&(e.retryLink.innerText=e.i18n.t("search.voice.recognition_retry"),e.retryLink.classList.remo
ve("hide"))},o.prototype.hideRetryLink=function(e){e.retryLink&&e.retryLink.classList.add("hide")},o.prototype.startRecognition=function(n){n.hidePermissio
nGuide(n),n.getTrending(n),n.startAudio.play(),n.speechText&&(n.speechText.innerText=n.i18n.t("search.voice.recognition_start"),e.setTimeout((function(){n.s
peechText.innerText=n.i18n.t("search.voice.recognition_listening")}),2e3)),n.speechPanel&&(n.speechPanel.classList.remove("s2tb-
h"),n.speechPanel.classList.add("s2tb")),n.hideRetryLink(n)},o.prototype.closePanel=function(t){t.closeAudio.play(),e.setTimeout((function(){t.speechPanel&&
(t.speechPanel.classList.remove("s2tb"),t.speechPanel.classList.add("s2tb-
h")),t.hideTrending(t),t.hideRetryLink(t),n.removeEventListener("keydown",t.onEscKeyDown)}),100)},o.prototype.handlePunctuation=function(e){if(e.speechR
esult.length>0){var n=e.speechResult.charAt(e.speechResult.length-1);"."!==n&&"?"!==n&&"，"!==n&&"？"!==n||(e.speechResult=e.speechResult.slice(0,-
1))}},o.prototype.sendBeacon=function(n,t){var o=e.YAHOO.ULT||{},i=e.YAHOO.SB||{};if(o.beacon_click){var
r={_S:i.config.i13n.spaceid,_I:i.config.i13n.pvid,actn:n,sec:"search",slk:t};e.YAHOO.ULT.beacon_click(r)}},o.prototype.ajaxReq=function(t,o){var
i,r,a=XMLHttpRequest.DONE||4,s=new XMLHttpRequest;if(n.documentMode&&n.documentMode<10)return(new
```

```
e.XDomainRequest).onload=function(){try{r=JSON.parse(i),o(r)}catch(e){return}},s.open("GET",t),void
s.send();s.onreadystatechange=function(){if(s.readyState===a)if(200===s.status){i=s.responseText;try{r=JSON.parse(i),o(r)}catch(e){return}}else
o(r)},s.open("GET",t,!0),s.timeout=1e4,s.send()},e.YAHOO||(e.YAHOO={}),e.YAHOO.Util||(e.YAHOO.Util={}),e.YAHOO.Util.VoiceSearch=o}(window,docu
ment)}();var Wn={containerClass:Un.tooltip,textClass:Un.tooltip__text,showClass:Un["tooltip--show"]},Jn=["zh-hant-tw","zh-hant-hk"];ye("ybar-mod-
searchbox",(function(e){var n={ybar:document.getElementById("ybar"),searchInput:document.getElementById("ybar-
sbq"),buttonBar:document.querySelector(".".concat(Un["sa-btn-bar"])),voiceSearchBtn:document.getElementById("ybar-sbq-
voice"),searchForm:document.getElementById("ybar-sf"),searchBoxIcon:document.querySelector(".".concat(Un["searchbox-icon-
uh3"])),searchBoxPlaceholder:document.getElementById("ybar-smartphone-searchbox-placeholder"),searchBoxBackButton:document.getElementById("ybar-
search-back-btn"),shopsButtonsWrap:document.querySelector(".".concat(Un["shops-buttons"])),categorySelect:document.getElementById("shops-category-
select"),selectedMerchantInput:document.getElementById("selected-merchant-
input"),selectedMerchantClearButton:document.querySelector(".".concat(Un["selected-merchant-clear-
button"])),submitSearchBtn:document.getElementById("ybar-search"),clearSearchBtn:document.getElementById("ybar-sbq-x")};!function(e,n){var
t,o,i,r=e.getConfig();if(n.ybar&&"desktop"===r.device&&(null===(t=r.bucketConfig)||void 0===t?void
0:t.highlight_searchassist)&&(null===(o=r.bucketConfig)||void 0===o?void 0:o.overlay_class)){n.ybar.setAttribute("data-ovrly-
bkt",r.bucketConfig.overlay_class),null===(i=n.searchForm)||void 0===i||i.classList.add(Un[r.bucketConfig.overlay_class]);var
a=document.createElement("div");a.classList.add(Un.overlay,Un[r.bucketConfig.overlay_class]),document.body.appendChild(a),e.onDestroy((function(){docum
ent.body.removeChild(a)}))},e.addElementListener(n.searchForm,"focusout",(function(e){if(n.searchForm&&n.searchInput){var
t=e.relatedTarget;t&&!n.searchForm.contains(t)&&window.YAHOO.SA&&window.YAHOO.SA.apps&&window.YAHOO.SA.
apps[0]&&window.YAHOO.SA.apps[0].view.shown&&window.YAHOO.SA.apps[0].view.hide()}}))}(e,n),jn(e,n),n.voiceSearchBtn&&function(e,n){var
t=e.getConfig(),o=t.locale,i=function(){var e,t;(null===(t=null===(e=window.YAHOO)||void 0===e?void 0:e.Util)||void 0===t?void 0:t.VoiceSearch)?new
window.YAHOO.Util.VoiceSearch({uiLang:o,speechLang:o,voiceButton:"#ybar-sbq-voice",searchBox:{form:"#ybar-sf",input:"#ybar-
sbq",params:{fr:n.voiceSearchBtn.dataset.fr||"yfp-t-voice",fr2:n.voiceSearchBtn.dataset.fr2||"p-fp,m:voice-
search"}},ui:{speechOverlay:{disableBlur:Jn.includes(o.toLowerCase())}},browsers:{edge:!0},enable_voice_trending:!0,trending:{market:o}}):console.log("Y
BAR: VoiceJS lib was not loaded")};e.addElementListener(document,"VOICE_JS_READY",(function(){var
o,i;n.voiceSearchBtn.style.visibility="visible",n.voiceSearchBtn.style.display="block",new
Gn(e,n.voiceSearchBtn,m(m({},Wn),{label:null!==(o=t.i18n.root.SEARCH_TOOLTIP_VOICE)&&void 0!==o?o:"Search with
voice",containerClass:"".concat(Un.tooltip," ").concat(Un.tooltip__voice),tooltipParentElm:null===(i=n.voiceSearchBtn)||void 0===i?void
0:i.parentElement})})})),e.addElementListener(document,"DOMContentLoaded",(function(){var o,i;new
Gn(e,n.submitSearchBtn,m(m({},Wn),{label:null!==(o=t.i18n.root.SEARCH_TOOLTIP_WEB)&&void 0!==o?o:"Search the
web",containerClass:"".concat(Un.tooltip," ").concat(Un.tooltip__web),tooltipParentElm:null===(i=n.voiceSearchBtn)||void 0===i?void
0:i.parentElement})})})),"loading"===document.readyState?e.addElementListener(document,"DOMContentLoaded",i):i(),window.addEventListener("keyup",(fu
nction(e){27===e.keyCode&&n.voiceSearchBtn.blur()})})(e,m(m({},n),{voiceSearchBtn:n.voiceSearchBtn})),n.searchForm&&(e.addElementListener(n.search
BoxIcon,"mouseover",(function(){n.searchForm.classList.add("".concat(Un["search-input-uh3-
hover"]))})),e.addElementListener(n.searchBoxIcon,"mouseout",(function(){n.searchForm.classList.remove("".concat(Un["search-input-uh3-
hover"]))})),e.addElementListener(n.buttonBar,"mouseover",(function(){n.searchForm.classList.add("".concat(Un["search-input-uh3-
hover"]))})),e.addElementListener(n.buttonBar,"mouseout",(function(){n.searchForm.classList.remove("".concat(Un["search-input-uh3-
hover"]))})),e.addElementListener(n.searchInput,"keyup",(function(e){"Tab"===e.key&&n.searchForm.classList.add("".concat(Un["search-input-uh3-focus-
visible"])),n.searchInput.classList.toggle("".concat(Un.empty),""===n.searchInput.value)})),e.addElementListener(n.searchInput,"keydown",(function(){n.search
Form.classList.remove("".concat(Un["search-input-uh3-focus-
visible"]))})),e.addElementListener(n.searchInput,"focusout",(function(){n.searchForm.classList.remove("".concat(Un["search-input-uh3-focus-
```

visible"])})}),e.addElementListener(n.submitSearchBtn,"click",(function(e){""===n.searchInput.value.trim()&&e.preventDefault()})),e.addElementListener(n.clearSearchBtn,"click",(function(){n.searchInput.classList.add("".concat(Un.empty))})})}));var
Vn="_yb_1i23v0q",Kn="_yb_trilai",Xn="_yb_1kqr44f",Zn="_yb_1i2dw2m",$n="_yb_tyu9vf",Qn="_yb_1p135xy",et="_yb_1l7i45e",nt="_yb_1mtjxyh";ye("ybar-mod-adaptivenav",(function(e){var
n={moreDropDown:document.querySelector(".".concat(Vn)),moreBtn:document.querySelector(".".concat(Kn)),wrap:document.querySelector(".".concat(Zn)),moreSectionTitle:document.querySelectorAll(".".concat($n)),editionsCtaBtn:document.querySelector(".".concat(Qn)),editionsMenu:document.querySelector(".".concat(et)),closeBtn:document.querySelector(".".concat(nt))},t=!1,o=function(n,t){var
o=n.moreDropDown,i=n.moreBtn,r=n.wrap,a={sec:"ybar",slk:"More",elm:"expand",pkgt:"top",subsec:"navrail",itc:"1"};o&&i&&r&&o.classList.contains("".concat(Vn))&&(o.classList.remove("".concat(Vn)),r.classList.add("".concat(Xn)),i.setAttribute("aria-
expanded","true"),a.elm="expand",e.triggerEvent("adapnav:more:show",{event:t}),Q("ybar",a.slk,"",a))},i=function(e,n){void 0===n&&(n=!1);var
o=e.moreDropDown,i=e.moreBtn,r=e.wrap,a={sec:"ybar",slk:"More",elm:"close",pkgt:"top",subsec:"navrail",itc:"1"};o&&i&&r&&(o.classList.contains("".concat(Vn))||(o.classList.add("".concat(Vn)),r.classList.remove("".concat(Xn)),i.setAttribute("aria-
expanded","false"),t||n||Q("ybar",a.slk,"",a)))},r=function(e,n){void 0===n&&(n=!1);var
t=e.editionsMenu,o={sec:"ybar",slk:"More",elm:"close",pkgt:"top",subsec:"navrail",itc:"1"};null==t||t.close(),n||Q("ybar",o.slk,"",o)},a=function(){var
e;window.innerWidth<1024&&(null===(e=n.editionsMenu)||void
0===e||e.close())};n.moreBtn&&(e.addElementListener(n.moreBtn.parentNode,"focusin",(function(e){o(n,e)})),e.addElementListener(n.moreBtn.parentNode,"focusout",(function(){i(n)})),e.addElementListener(n.moreBtn,"mouseenter",(function(e){var
t;window.YAHOO.SA&&window.YAHOO.SA.apps&&window.YAHOO.SA.apps[0]&&window.YAHOO.SA.apps[0].view.shown?window.YAHOO.SA.apps[0].view.hide():null===(t=n.moreBtn)||void
0===t||t.click(),o(n,e)})),e.addElementListener(n.moreBtn.parentNode,"mouseleave",(function(){i(n)})),e.addElementListener(n.moreDropDown&&n.moreDropDown.classList.contains("".concat(Vn))&&o(n,e)})),e.addElementListener(n.moreBtn,"keydown",(function(e){var
t;27===e.keyCode&&(null===(t=n.moreBtn)||void
0===t||t.blur())})))),n.moreSectionTitle&&Array.from(n.moreSectionTitle).forEach((function(n){e.addElementListener(n,"mouseover",(function(){t=!0})),e.addElementListener(n,"mouseout",(function(){t=!1})})})),n.editionsCtaBtn&&n.editionsMenu&&"function"==typeof
HTMLDialogElement&&(n.editionsMenu.setAttribute("style",""),e.addElementListener(n.editionsCtaBtn,"click",(function(){var
e,t;n.editionsMenu&&(e=n.editionsMenu,t={sec:"ybar",slk:"More",elm:"expand",pkgt:"top",subsec:"navrail",itc:"1"},e&&(e.showModal(),Q("ybar",t.slk,"",t)))
})),e.addElementListener(n.closeBtn,"click",(function(){r(n)})),n.editionsMenu.addEventListener("click",(function(e){var t,o,i=null===(t=n.editionsMenu)||void
0===t?void 0:t.getBoundingClientRect();(e.clientX<i.left||e.clientX>i.right||e.clientY<i.top||e.clientY>i.bottom)&&(null===(o=n.editionsMenu)||void
0===o||o.close())}))),window.addEventListener("resize",a),e.onDestroy((function(){i(n,!0),r(n,!0),window.removeEventListener("resize",a)})),window.addEventListener("keyup",(function(e){27===e.keyCode&&i(n)}))}));var tt,ot,it,rt={"account-status-container":"_yb_w38a9m","accounts-
container":"_yb_1ou6fgw","accounts-
list":"_yb_1j3xod1",chevron:"_yb_ya2lnn",current:"_yb_1hozgtd",expanded:"_yb_1qeqea7",greetings:"_yb_1rtstbu","greetings-
container":"_yb_is83e8",hide:"_yb_1e6z2nc",mobile:"_yb_1221oeg",multiple:"_yb_11nzz08","loading-profile-wrapper":"_yb_9akj86","loading-profile-
button":"_yb_32wf5f","notification-container":"_yb_m27xu7","pfs-container":"_yb_g1kddz","pfs-iframe":"_yb_j775zo",show:"_yb_1e7fmx7","sign-in-
menu":"_yb_1rccvpr","signed-in":"_yb_lzrh8w","signed-in-mark":"_yb_18jsvwo","signed-out":"_yb_l4mg55","signedout-text":"_yb_1yqsulg","stacked-
name":"_yb_njm4zx","stacked-name-given":"_yb_uu4x83","stacked-name-family":"_yb_lzu4gm","uh3-layout":"_yb_1na28wh","ybar-account-
img":"_yb_5t0f42","ybar-account-img-signed-out":"_yb_riyiqm","ybar-account-img-hidden":"_yb_1ysb2it","ybar-account-menu":"_yb_1piyc0i","ybar-account-
menu-item-signed-out":"_yb_iib452","ybar-account-user-email":"_yb_cakioh","ybar-account-user-email-other":"_yb_oxxgk8","ybar-account-user-
name":"_yb_p7guii","ybar-account-user-signedout":"_yb_tpvqkh","ybar-account-yahoo-plus-imp":"_yb_1yeyfkv","ybar-icon-arrow":"_yb_svx34i","ybar-icon-
arrow-down":"_yb_o405gt","ybar-icon-arrow-up":"_yb_1neny3e","ybar-icon-image-wrapper":"_yb_i180aa","ybar-item-hidden":"_yb_lojzwf","ybar-login-

btn":"_yb_1cibvkr","ybar-mod-account":"_yb_gjzlev","ybar-mod-mail":"_yb_1gdeywf","ybar-profile-character":"_yb_10bm69e","ybar-profile-character-hidden":"_yb_o92dx1","ybar-see-info":"_yb_ens059","ybar-sign-out":"_yb_1cs4hul","ybar-sign-out-text":"_yb_1igzxbh","ybar-user-accounts-list":"_yb_11gk224","ybar-user-profile-img":"_yb_1uhnmlw"};tt="ybar",it={createHTML:function(e){return e}},void 0!==(ot=window.trustedTypes)&&void 0!==ot.createPolicy&&window.trustedTypes.createPolicy(tt,it);var at,st=!1,ct=function(e,n,t){var o,i=t.ybarAccMenuItemTemplate,r=t.crumb;if(i){var a=(n+1).toString(),s=i.getAttribute("data-signedOutState"),c=i.getAttribute("data-signedInState")||"",l=i.getAttribute("data-done")||"",d=function(e){if("content"in e)return e.content.cloneNode(!0);for(var n=document.createDocumentFragment(),t=0;t<e.children.length;++t)n.appendChild(e.children[t].cloneNode(!0));return n}(i),u=d.children&&d.children[0];if(!u&&d.childNodes)for(var p=0;p<d.childNodes.length;++p)if(1===d.childNodes[p].nodeType)var u=d.childNodes[p];break}if(u){var m=u.querySelector("a");if(m){var h=m.getAttribute("href");h&&m.setAttribute("href",h.replace("[[crumb]]",encodeURIComponent(null==r?void 0:r.value)||"")).replace("[[login]]",encodeURIComponent(e.identifier)).replace("[[page]]",encodeURIComponent(window.location.href)).replace("[[done]]",encodeURIComponent(l)));var f=m.getAttribute("data-ylk");f&&m.setAttribute("data-ylk",f.replace("[[ylk_pos]]",a).replace("[[ylk_slk]]",2===e.state?"saved-acct-signin":"acct-switch")),m.setAttribute("aria-label",e.fullName+" "+e.identifier)}var v=u.querySelector("img"),y=u.querySelector(".".concat(rt["ybar-profile-character"])),g=e.fn&&e.fn[0].toUpperCase(),b=pe(e.fn,e.ln);v&&(y&&(y&&t.isUH3Layout&&&ue(e.imageUrl)&&!b?(y.innerHTML="".concat(g),v.remove()):(v.setAttribute("src",e.imageUrl),y&&y.remove()));var w=null==m?void 0:m.querySelector(".".concat(rt["ybar-user-profile-img"]);2===e.state&&&(null==m||m.classList.add(rt["ybar-account-menu-item-signed-out"]),w&&w.classList.add(rt["ybar-account-img-signed-out"]));var _=u.querySelector(".".concat(rt["ybar-account-user-name"]);_&&&(_.classList.add(2===e.state?rt["signed-out"]:rt["signed-in"]),_.innerText=e.fullName||"");var L=u.querySelector(".".concat(rt["ybar-account-user-email-other"]+",".concat(rt["ybar-account-user-email-other"]);L&&(L.classList.add(2===e.state?rt["signed-out"]:rt["signed-in"]),L.innerText=e.identifier);var x=u.querySelector(".".concat(rt["ybar-account-user-signedout"]+",".concat(rt["signedout-text"]);if(x)if(t.isUH3Layout){x.classList.add(2===e.state?rt["signed-out"]:rt["signed-in"]),x.innerText=2===e.state&&s?s:c;var k=u.querySelector(".".concat(rt["signed-in-mark"]));if(k&&0!==e.state)null===(o=k.parentElement)||void 0===o||o.removeChild(k);else{var E=u.querySelector(".".concat(rt["account-status-container"]));E&&E.classList.add(rt.current)}}else s="("+s+")",x.classList.add(2===e.state?rt["signed-out"]:rt["signed-in"]),x.innerText=2===e.state&&&s?s:"";return u}}},lt=function(e){e.greetings&&&e.stackedName&&&parseInt(getComputedStyle(e.greetings).width)>=230&&(e.greetings.classList.add(rt.hide),e.stackedName.classList.remove(rt.hide),e.chevron&&(e.chevron.style.marginTop="-35px"))},dt=function(e,n,t){return 0===e.indexOf("javascript:")||~e.indexOf("https://membernotifications.aol.com/notice/maillogout")||~e.indexOf("wtExtndSource")?e:(t&&(t=~e.indexOf("&activity=ybar-")?void 0:t.replace("[[pspid]]",ce())),~e.indexOf("done=")?(e=e.replace(/\[\[page\]\]/g,encodeURIComponent(window.location.href)),t&&(e+="&"+t),e):~e.indexOf("dest=[[done]]")?e.replace(/\[\[done\]\]/g,encodeURIComponent(n)):(e=de(e),e+=".done="+encodeURIComponent(n),t&&(e+="&"+t),e))},ut=function(e,n){var t,o=e.ybarAccMenuItemTemplate,i=e.ybarAccountContainer,r=document.querySelector(".".concat(rt["ybar-mod-account"],"  .").concat(rt["ybar-login-btn"])),a=document.querySelector(".".concat(rt["ybar-mod-account"],"  .").concat(rt["ybar-sign-out"])),s=i&&&i.querySelectorAll("a"),c="",l=window.location.href;if(r){var d=r.href;r.onDestroy((function(){r.href=d})),r.href=dt(r.href,l,r.getAttribute("data-redirect-params")||void 0)}if(o?(l=o.getAttribute("data-done")||"",c=o.getAttribute("data-sign-out-url")||""):a&&(c=a.getAttribute("data-sign-out-url")||""),s){var u=function(){var e=s[e].href,c,i||void 0):s[t].href=dt(s[t].href,l,i||void 0)};for(t=0;t<s.length;++t)u()}ee()},pt=function(e,n,t){var i=n.jsapicrumb,r=n.isAOLMail,a=n.ybarAccMenuItemTemplate,s=n.signInAccountMenu,c=document.querySelector(".ybar-ytheme-fuji2.ybar-property-homepage");if(i&&&i.value&&&&!c&&&!st){st=!0;var l=r?"https://jsapi.login.aol.com/w/device_users?.crumb=":"https://jsapi.login.yahoo.com/w/device_users?.crumb=";l+=i.value;var d=e.getConfig();!!d.bucketConfig.mock_multiple_accounts&&(l="/device_users"),d.bucketConfig.hide_account_switch||On({url:l},(function(i,r){if(i)return e.logError("Account Switcher request failed",i,i._meta),st=!1,o&&&o(),console.error(i);if(!(r&&&r.users&&&r.users.length))return st=!1,void(o&&&o());var

```
a=".".concat(rt["ybar-account-menu"].split(" ").join(".")),c=function(e){for(var n=e.length-1;n>=0;--n){e[n]=(i=void
0,(i={fn:(o=e[n]).fn||"",ln:o.ln||"",em:o.em||"",alias:o.alias||"",imageUrl:o.imageUrl,state:o.state,fullName:null,identifier:""}).fullName=pe(i.fn,i.ln)?[i.ln,i.fn].join
(""):[i.fn,i.ln].join(" "),i.identifier=i.em||i.alias,i);var
t=e[n].state;0!==t&&"0"!==t||(window.YBAR&&window.YBAR.setUserEmail(e[n].em),at=e[n].e,splice(n,1)[0])}var o,i;return
e}(r.users);if(n.isUH3Layout&&at){if(n.ybarLoadingProfileWrapper){var l=document.querySelector(".".concat(rt["ybar-profile-character-
hidden"])),d=at.fn&&at.fn[0].toUpperCase()||"",u=pe(at.fn,at.ln),p=function(){n.ybarLoadingProfileWrapper.remove(),n.ybarAccountMenu.classList.remove(rt["
loading-profile-button"])};if(l&&ue(at.imageUrl)&&!u)l.innerHTML=d,l.ontransitionend=p,l.classList.remove(rt["ybar-profile-character-hidden"]);else{var
m=new Image;m.classList.add(rt["ybar-account-img"],rt["ybar-account-img-
hidden"]),m.src=at.imageUrl,m.alt=n.ybarLoadingProfileWrapper.getAttribute("data-
alt")||"",m.ontransitionend=p,m.onload=function(){m.classList.remove(rt["ybar-account-img-
hidden"])},n.ybarLoadingProfileWrapper.parentElement.prepend(m),l&&l.remove()}n.greetings&&(n.greetings.innerText=at.fullName||""),n.stackedNameGiven
&&(n.stackedNameGiven.innerText=at.fn||""),n.stackedNameFamily&&(n.stackedNameFamily.innerText=at.ln||""),lt(n){c.length>0&&(c.unshift(at),n.chevron
&&n.chevron.classList.remove("hide"),n.greetingsContainer&&(n.greetingsContainer.classList.add(rt.multiple),n.greetingsContainer.setAttribute("aria-
expanded","false")))}for(var h=document.querySelector(".".concat(rt["ybar-user-accounts-list"]))||document.querySelector(".".concat(rt["accounts-
list"])),f=function(t){var
o=ct(c[t],t,n);o&&(null==h||h.appendChild(o),e.onDestroy((function(){o&&(null==h||h.removeChild(o))})))},v=0;v<c.length&&v<3;++v)f(v);if(c.length>0){va
r y=document.querySelector("".concat(a," ").concat(rt["ybar-sign-out"])),g=y&&y.getAttribute("data-soa"),b=document.querySelector("".concat(a,"
").concat(rt["ybar-sign-out-text"]));if(b&&g&&(b.innerText=g),s&&s.classList.add(rt.show),t){var w=document.querySelector("".concat(a," ").concat(rt["ybar-
icon-arrow"])), _=rt["ybar-icon-arrow-up"],L=rt["ybar-icon-arrow-down"],x=rt["ybar-item-hidden"],k=document.querySelectorAll(".".concat(rt["ybar-item-
hidden"]));w&&(w.classList.toggle(L),e.addElementListener(w,"click",(function(){for(var
e=0;e<k.length;++e)k[e].classList.toggle(x);null==w||w.classList.toggle(L),null==w||w.classList.toggle(_)})))}if(c.length>3){var
E=document.querySelector("".concat(a," ").concat(rt["ybar-see-
info"]));E&&E.style&&(E.style.display="block")}ut(n,e),o&&o(),st=!1})})},mt=function(e,n,t){var o,i,r,a,s,c={},l=e.getConfig(),d=new
URLSearchParams({activity_p:"ybar"}),u=null,p="https://pfs.yahoo.com",m=function(e){for(var n=e.split(";"),t=new Map,o=0,o<n.length-1;o++){var
i=v(n[o].split(":"),2),r=i[0],a=i[1];null!==r&&"null"!==r&&""!==r&&null!==a&&"null"!==a&&t.set(r,a)}return
Object.fromEntries(t)},h=function(e,n){i&&o&&i.postMessage(JSON.stringify({cmd:e,params:n||{}}),o)},f=function(){var e=window.innerHeight;return(e=e-
40-
80)<300?300:e>720?720:e},y=function(){document.body.removeEventListener("focusin",y,!1),document.body.removeEventListener("click",y,!1),u&&(u.style.h
eight="0",u.style.visibility="hidden")},g=function(){setTimeout((function(){var e;if(null===(e=document.activeElement)||void 0===e?void
0:e.classList.contains(t))return document.body.addEventListener("focusin",y,!1),void
document.body.addEventListener("click",y,!1);y()}),300)},b=function(){u&&(u.style.visibility="visible",h("resize",{height:f()}))},w=function(){if(null===u){
u=document.createElement("iframe")).src="".concat(p,"/?").concat(d.toString()),u.scrolling="no",u.sandbox.add("allow-forms"),u.sandbox.add("allow-
scripts"),u.sandbox.add("allow-same-origin"),u.sandbox.add("allow-
popups"),u.classList.add(t),u.style.visibility="visible",u.style.height="0px",u.style.opacity="0";var
r=document.createElement("style");r.type="text/css",r.appendChild(document.createTextNode("body { background: var(--UI-White, #FFF); }.skeleton-container
{ display: inline-flex; padding: 20px 20px 41px 20px; justify-content: center; align-items: center; background: var(--UI-White, #FFF); }.profile-skeleton {
display: flex; flex-direction: column; align-items: flex-start; gap: 14px; }.userinfo-container { display: flex; align-items: center; gap: 12px; }.avatar { width:
72px; height: 72px; border-radius: 8px; background: var(--Greyscale-14-Grey-Hair, #F0F3F5); }.userinfo { display: flex; padding: 8px 0px; flex-direction:
column; align-items: flex-start; gap: 10px; }.name { width: 117px; height: 16px; border-radius: 8px; background: var(--Greyscale-14-Grey-Hair, #F0F3F5);
}.email { width: 74px; height: 12px; border-radius: 8px; background: var(--Greyscale-14-Grey-Hair, #F0F3F5); }.manage-account { width: 284px; height: 40px;
```

111

```
border-radius: 40px; opacity: 0.5; background: var(--Greyscale-14-Grey-Hair, #F0F3F5); }.list-container { display: flex; padding-top: 12px; flex-direction:
column; align-items: flex-start; gap: 36px; align-self: stretch; opacity: 0.25; }.list { border-radius: 8px; background: var(--Greyscale-14-Grey-Hair, #F0F3F5); }
.list:nth-child(1) { width: 198px; height: 12px; }.list:nth-child(2) { width: 169.5px; height: 12px; }.list:nth-child(3) { width: 198px; height: 12px;
}"}),u.addEventListener("load",(function(){setTimeout((function(){var t;o&&||(e.triggerEvent("ybar-pfs-init-failure"),null===(t=null==u?void
0:u.parentNode)||void 0===t||t.removeChild(u),n.ybarAccountContainer&&n.ybarAccountContainer.setAttribute("data-
pfs","err"))}),500}})),n.loggedInUserElement&&(n.loggedInUserElement.appendChild(u),u.contentDocument&&(u.contentDocument.head.appendChild(r),u.co
ntentDocument.body.innerHTML='\n        <div class="skeleton-container">\n            <div class="profile-skeleton">\n
<div class="userinfo-container">\n            <div class="avatar"></div>\n                <div class="userinfo">\n
<div class="name"></div>\n            <div class="email"></div>\n                </div>\n                </div>\n
<div class="manage-account"></div>\n        <div class="list-container">\n
<div class="list"></div>\n        <div class="list"></div>\n            <div class="list"></div>\n            </div>\n            </div>\n
</div>',u.style.opacity="1",setTimeout((function(){u&&(u.style.height="300px")}),100)),e.addEventListener(n.loggedInUserElement,"mouseleave",g),e.addE
ventListener(n.loggedInUserElement,"blur",g),n.ybarAccountMenu&&(e.addEventListener(n.ybarAccountMenu.parentNode,"mouseenter",b),e.addEvent
Listener(n.ybarAccountMenu.parentNode,"focus",b)))}};if(n.ybarAccountMenu){if(e.addEventListener(n.ybarAccountMenu.parentNode,"mouseenter",w,{on
ce:!0}),e.addEventListener(n.ybarAccountMenu.parentNode,"focus",w,{once:!0}),e.onDestroy((function(){y(u=null))})),n.ybarAccountContainer)"false"===n
.ybarAccountContainer.getAttribute("data-
prod")&&(p="https://stage.pfs.yahoo.com"),d.set("intl","us"),d.set("src",l.property),d.set("lang",l.locale),d.set("theme",(r="light",a=document.documentElement,
null!==(s=a.getAttribute("data-color-theme-enabled"))&&"false"!==s&&(r="dark"===a.getAttribute("data-color-
scheme")?"dark":"auto"),r)),d.set("done",window.location.href),d.set("pspid",ce());window.addEventListener("message",(function(e){if(e.origin===p){var
n=function(e){var n={cmd:"noop",params:{height:"0px",width:"",url:"","data-ylk":""}};try{n=JSON.parse(e)}catch(e){return}return
n}(e.data);if(null!==u&&(null==n?void 0:n.cmd)&&e.source&&!(e.source instanceof MessagePort)&&!(e.source instanceof
ServiceWorker))switch(n.cmd){case"iframeready":o=e.origin,i=e.source,h("initialize",{height:f(),maxAccounts:3,enableAnimations:!0,animationDuration:"500
ms",animationTimingFunction:"ease-in-out"});break;case"hide":case"hide-for-
animation":u.style.height="0";break;case"show":u.style.height=n.params.height,u.style.visibility="0"===n.params.height?"hidden":"visible",n.params.width&&(
u.style.width=n.params.width);break;case"redirect":c=m(n.params["data-
ylk"]),Q("ybar",c.slk||"account","",c),window.location=n.params.url;break;case"popup":c=m(n.params["data-
ylk"]),Q("ybar",c.slk||"account","",c),window.open(n.params.url,"_blank")}}}),window.addEventListener("keyup",(function(e){if(!u||"visible"===u.style.visibili
ty){27===e.keyCode&&g()}}))}},ht=null,ft=!0,vt=0,yt={ybarAccountImage:{selector:"ybar-account-
img",size:"64"},ybarCurrentUserProfileImage:{selector:"ybar-current-user-profile-img",size:"128"},ybarUserProfileImage:{selector:"ybar-user-profile-
img",size:"128"}};ye("ybar-account-init",(function(e){var n=document.getElementById("ybarAccountContainer");!function(e,n){var
t=n.ybarAccountContainer,o=n.ybarAccountMenu,i=n.ybarMobile,r=n.ybarMenuManagePub,a=n.signInAccountMenu,s=n.signInBtn,l=n.ybarModAccount,d=n.
yahooPlusImpression,u=n.chevron,p=n.greetingsContainer,m=n.accountsContainer,h=n.ybarLabel,f=e.getConfig(),v=function(){new
Ge(e,{containerElm:n.ybarAccountContainer,isUserAccountNavigation:!0,loggedInUser:n.loggedInUser,loggedInUserElement:n.loggedInUserElement,accountS
witcherButtonSelector:".".concat(rt["greetings-
container"])),".").concat(rt.multiple))}},y=function(o){if(t)t.style.removeProperty("display"),"false"===t.getAttribute("data-
enabled")&&(t.style.display="none"),ut(n,e);else{var i=new Error("ybarAccountContainer not
Found");c("ERROR:",i)}t&&ft&&(ft=!1,e.onDestroy((function(){ft=!0}),pt(e,n,o,v))},g=function(){var e,n;0===vt&&(vt=1,null===(e=null==o?void
0:o.parentNode)||void 0===e||e.removeEventListener("mouseenter",g),null===(n=null==o?void 0:o.parentNode)||void
0===n||n.removeEventListener("focusin",g),setTimeout((function(){ee()}),500))},b=function(n){(null==t?void
0:t.classList.contains("ybarMenuOpen"))||(null==o?void 0:o.classList.contains(rt["loading-profile-
```

```
button")]||(null==t||t.classList.add("ybarMenuOpen"),null==o||o.setAttribute("aria-
expanded","true"),e.triggerEvent("profile:show",{event:n})))},w=function(n){if(o&&t)if(o.classList.contains(rt["loading-profile-
button"]))return;t.classList.contains("ybarMenuOpen")?(t.classList.remove("ybarMenuOpen"),null==o||o.setAttribute("aria-
expanded","false")):(t.classList.add("ybarMenuOpen"),o.setAttribute("aria-
expanded","true"),e.triggerEvent("profile:show",{event:n}))}},_=function(){null==t||t.classList.remove("ybarMenuOpen"),null==o||o.setAttribute("aria-
expanded","false")},L=function(){window.YAHOO.SA&&window.YAHOO.SA.apps&&window.YAHOO.SA.apps[0]&&window.YAHOO.SA.apps[0].view.sho
wn&&window.YAHOO.SA.apps[0].view.hide()},x=function(e){27===e.keyCode&&(_(),null==h||h.blur())},k=function(){if(d&&!d.getAttribute("src")&&d.get
Attribute("data-src")){var n=d.getAttribute("data-
src")||"";Xe(n).then(function(e){null==ht&&(ht=document.createElement("iframe")).src="https://s.yimg.com/jk/gtm/gtm_ns.html?id=GTM-
NVQTVCX&type=yahoo&cat=ybarimp1",ht.sandbox.add("allow-scripts"),ht.sandbox.add("allow-same-
origin"),ht.height="0",ht.width="0",ht.referrerPolicy="origin",ht.style.display="none",ht.style.visibility="hidden",document.body.appendChild(ht)),d.setAttribute
("src",e())}),e.onDestroy((function(){d.setAttribute("src",""),ht=null}))}};lt(n),s&&(Ee(e,s,"ybar","sign-in",{elm:"signin",subsec:"settings",itc:"2"}),ut(n,e));var
E=function(){y(!1),e.addEventListener("close-all-
menus",(function(){a&&a.classList.contains(rt.show)&&a.parentNode&&!xe(a.parentNode)&&_()})),m&&u&&p&&e.addElementListener(p,"click",(function(
e){e.stopPropagation(),p.classList.contains(rt.multiple)&&(m.classList.contains("hide")?(u.classList.add(rt.expanded),m.classList.remove("hide"),p.setAttribute(
"aria-expanded","true")):(u.classList.remove(rt.expanded),m.classList.add("hide"),p.setAttribute("aria-expanded","false"),p.setAttribute("aria-
label",p.getAttribute("data-label")||"")))})),"mail"===f.property&&m&&u&&p&&(u.classList.add(rt.expanded),m.classList.remove("hide"),p.setAttribute("aria-
expanded","true")),e.onDestroy((function(){_()})),o&&(o.onchange=function(){e.triggerEvent("close-all-menus")},{itc:"2",elm:"menu",elmt:"user-
info",subsec:"accounts"},l&&(e.addElementListener(l,"mouseenter",k),e.addElementListener(l,"focus",k)),o&&o.parentNode&&(e.addElementListener(o.parent
Node,"mouseenter",g),e.addElementListener(o.parentNode,"focusin",g)),Ce("#ybarAccountMenu","#ybarAccountMenu +
label",e)),e.addElementListener(l,"focusin",b),e.addElementListener(l,"focusout",_),e.addElementListener(l,"click",w),e.addElementListener(l,"mouseenter",w),
e.addElementListener(l,"mouseleave",_),e.addElementListener(r,"click",_),e.addElementListener(l,"mouseenter",L),e.addElementListener(l,"keydown",x);if(o||i
||a){if(i)y(!0);else{if(t&&"true"===t.getAttribute("data-pfs"))return mt(e,n,rt["pfs-iframe"]);void e.addEventListener("ybar-pfs-init-failure",(function(){var
e;null===(e=n.ybarAccountMenuBody)||void 0===e||e.classList.remove(rt["pfs-container"]),E(),Q("ybar","pfs-load-
failure","",{elm:"btn",subsec:"profile",itc:"1"})})));E()}Object.keys(yt).forEach((function(e){var
n=yt[e],t=document.querySelector(".".concat(rt[n.selector]));t&&(t.onerror=function(){var
e,o;o="https://s.yimg.com/cv/apiv2/ybar/images/default_user_profile_pic_"+n.size+".svg",(e=t).onerror=null,e.srcset="",e.src=o)})})}}window.addEventListener(
"keyup",x)}(e,{ybarAccountContainer:n,ybarAccountMenu:document.getElementById("ybarAccountMenu"),loggedInUser:document.querySelectorAll("#ybarA
ccountProfile"),loggedInUserElement:document.getElementById("ybarAccountProfile"),ybarMobile:document.querySelector(".".concat(rt.mobile,"
.").concat(rt["ybar-account-user-
email"])),ybarMenuManagePub:document.getElementById("ybarMenuManagePub"),signInAccountMenu:document.querySelector(".".concat(rt["ybar-mod-
account"]," .").concat(rt["sign-in-menu"])),signInBtn:document.querySelector(".".concat(rt["ybar-mod-account"]," .").concat(rt["ybar-login-
btn"])),ybarModAccount:document.querySelector(".".concat(rt["ybar-mod-account"])),yahooPlusImpression:n&&n.querySelector(".".concat(rt["ybar-account-
yahoo-plus-imp"])),crumb:document.querySelector('input[name="uh-
crumb"]'),jsapicrumb:document.querySelector('input[name="jsapicrumb"]'),ybarAccMenuItemTemplate:document.getElementById("ybarAccMenuItemTemplate
"),isUH3Layout:!!document.querySelector(".".concat(rt["uh3-layout"])),isAOLMail:!!document.querySelector("#ybar.ybar-variant-
aolmail"),chevron:document.querySelector(".".concat(rt.chevron)),accountsContainer:document.querySelector(".".concat(rt["accounts-
container"])),greetingsContainer:document.querySelector(".".concat(rt["greetings-
container"])),ybarAccountMenuBody:document.getElementById("ybarAccountMenuBody"),greetings:document.querySelector(".".concat(rt.greetings)),stacked
Name:document.querySelector(".".concat(rt["stacked-name"])),stackedNameGiven:document.querySelector(".".concat(rt["stacked-name-
```

```
given"])),stackedNameFamily:document.querySelector(".".concat(rt["stacked-name-
family"])),ybarLabel:document.querySelector("#ybarAccountMenuOpener"),ybarLoadingProfileWrapper:document.querySelector(".".concat(rt["loading-profile-
wrapper"]))}}})};var gt={"popover-body":"_yb_1i8fp7g","ybar-mail-link":"_yb_1ffslgh","ybar-mail-preview":"_yb_1sdio2z","ybar-mail-signin-
link":"_yb_18vnsxk","ybar-mod-mail":"_yb_hblnrb","ybar-mod-mail-promo-imp":"_yb_1cyf40s","ybar-large-unread":"_yb_bif524","ybar-mid-
unread":"_yb_87qh4x","ybar-mail-indicator":"_yb_1sklcbk","ybar-unread-active":"_yb_of69fx","count-loaded":"_yb_1heo1ux"},bt=function(e){var
n,t;null===(n=e.mailPreview)||void 0===n||n.classList.add("ybarMenuOpen"),null===(t=e.mailLink)||void 0===t||t.setAttribute("aria-
expanded","true")},wt=function(e){var n,t;null===(n=e.mailPreview)||void 0===n||n.classList.remove("ybarMenuOpen"),null===(t=e.mailLink)||void
0===t||t.setAttribute("aria-expanded","false")},_t=function(e,n,t){var
o=n.mailLink,i=n.mailUnread,r=n.mailUnreadSpan,a=n.mailIndicator,s=n.mailModule,c="".concat(gt["ybar-unread-
active"]);t.fetchCount().then((function(n){if(i&&n>0){var t=e.getConfig().i18n.root.MAIL_ARIA_LINK;if(o&&o.hasAttribute("aria-
label")&&t&&o.setAttribute("aria-label",t.replace("{count}",n.toString())),i.classList.add(c),a&&(a.classList.add(c),null==s||s.classList.add(c)),r){var
l=n>99;r.textContent=l?"99+":n+"",i.classList.add(c||gt["count-loaded"]),l?i.classList.add("".concat(gt["ybar-large-
unread"])):n>=10&&i.classList.add("".concat(gt["ybar-mid-
unread"]))}e.onDestroy((function(){i.classList.remove(c),a&&a.classList.remove(c),r&&(r.textContent="")}))}})).catch((function(){}))});ye("ybar-mail-
init",(function(e){var n=document.getElementById("ybarUnread");!function(e,n){var
t=n.mailModule,o=n.mailLink,i=n.mailSigninLink,r=n.mailPreview;if(t){var a=new
Pn;if(e.addElementListener(t,"mouseenter",(function(){e.triggerEvent("close-all-menus")})),e.addEventListener("close-all-
menus",(function(){xe(t)||wt(n)})),e.addElementListener(r,"focusin",(function(){bt(n)})),e.addElementListener(r,"focusout",(function(){wt(n)})),e.onDestroy((fu
nction(){wt(n)})),i){var s=o.getAttribute("data-redirect-params");if(s&&""!==s){var c=o.href;e.onDestroy((function(){o.href=c}));s=-
1!==o.href.indexOf("&activity=ybar-")?"":"s.replace(/\[\[pspid\]\]/,ce()),o.href=de(o.href)+s,(null==i?void 0:i.href)&&(i.href=de(i.href)+s)}}else
_t(e,n,a)}}(e,{mailModule:document.querySelector(".".concat(gt["ybar-mod-mail"])),mailIndicator:document.querySelector(".".concat(gt["ybar-mail-
indicator"])),mailLink:document.querySelector(".".concat(gt["ybar-mail-link"])),mailSigninLink:document.querySelector(".".concat(gt["ybar-mail-signin-
link"])),mailUnread:n,mailUnreadSpan:null==n?void
0:n.querySelector("span"),mailPreview:document.getElementById("ybarMailPreview"),popoverBody:document.querySelector(".".concat(gt["popover-
body"].split(" ").join("."))),mailPreviewPopover:document.querySelector(".".concat(gt["ybar-mail-preview"].split(" ").join("."),".".concat(gt["popover-
body"].split(" ").join("."))))}})}));var
Lt,xt,kt="_yb_14wipt",Et="_yb_ft96yu",Ct="_yb_pa09vy",St="_yb_uxiyh2",At="_yb_rk1i5j",Mt="_yb_ws9pyo",Nt="_yb_uqcp5b",It="_yb_1b63ayc",Tt="_yb
_15hzl0d",Ot="_yb_mc8gzo",Bt=function(e){var n=document.querySelector("#ybar-navigation-item-mail"),t=document.querySelector("#ybar-navigation-item-
mail > a"),o=document.querySelector("#ybar-navigation-item-mail > a > span");null==n&&null!==t&&(new
Pn).fetchCount().then((function(n){o&&n>0&&(o.textContent="("+(n>99?"99+":n)+")",e.onDestroy((function(){o.textContent=""})))})).catch((function(){}))},
qt=!1,Pt=-1,Rt=function(e,n,t){var o,i,r,a=-1,s=0;if(e.ybarNav&&e.navList){var c=window.getComputedStyle(e.ybarNav),l=parseInt(c.width,10)-
parseInt(c.paddingLeft,10)-
parseInt(c.paddingRight,10),d=61,u=e.navigationPlacement();if(u)d+=u.getBoundingClientRect().width;if(xt)d+=xt.getBoundingClientRect().width;for(var
p=window.getComputedStyle(e.navList),m=parseInt(p.gap,10)||0,h=0;h<e.navItems.length;++h){var
f=e.navItems[h],v=f.getBoundingClientRect(),y=0;if(e.marginOffset){var g=e.marginOffset(f)||0;y=v.width+g}var b=l-d;if(s+y>b&&(h!==e.navItems.length-
1||s+y>b||e.moreMenuDropdown&&e.moreMenuDropdown.hasChildNodes()&&Pt<0)){a=h;break}s+=y+(h<e.navItems.length-1?m:0)}if(-1===a&&-
1!==Pt&&s<=l){for(var
w=Pt;w<e.navItems.length&&e.moreMenuDropdown&&e.moreMenuDropdown.hasChildNodes()&&e.moreMenuDropdown.firstChild;)e.moreMenuDropdown
.removeChild(e.moreMenuDropdown.firstChild),t.shiftMoreMenuItem(,null===(o=e.navItems[w].querySelector("a"))||void
0===o||o.setAttribute("tabindex","0"),w++;Pt=-1,e.navList&&(e.navList.style.maxWidth="none")}if(-1!==a&&a!==Pt){if(a>Pt&&-1!==Pt)for(var
```

```
_=Pt;_<a&&e.moreMenuDropdown&&e.moreMenuDropdown.hasChildNodes()&&e.moreMenuDropdown.firstChild;e.moreMenuDropdown.removeChild(e.m
oreMenuDropdown.firstChild),t.shiftMoreMenuItem(),null===(i=e.navItems[_].querySelector("a"))||void 0===i||i.setAttribute("tabindex","0"),_++;else for(var
L=-1===Pt?e.navItems.length-1:Pt-1;L>=a;){var
x=e.navItems[L].cloneNode(!0),k=x.querySelector("a");k&&(k.setAttribute("id",""),k.classList.remove(Ct));var
E=x.querySelector(".".concat(e.navigationDropdownListClass));if(E&&(E.style.display="none"),x.classList.remove(e.dropdownWrapperClass),x.classList.remo
ve(e.ybarNavigationItemClass),x.classList.add(e.navigationDropdownItemClass),e.moreMenuDropdown){e.moreMenuDropdown.insertBefore(x,e.moreMenuDr
opdown.firstChild);var C=x.getElementsByTagName("a")[0];t.unshiftMoreMenuItem(C)}null===(r=e.navItems[L].querySelector("a"))||void
0===r||r.setAttribute("tabindex","-1"),L--}Pt=a}if(-1!==a&&e.navList){var
S=parseInt(s.toString(),10)+"px";e.navList.style.maxWidth=S,n.textContent=".".concat(Nt,"{ max-width:
").concat(S,"}")}xt||(e.moreMenuNavItem&&e.moreMenuDropdown&&e.moreMenuDropdown.hasChildNodes()?(e.moreMenuNavItem.classList.add(e.dropdo
wnWrapperClass),e.moreMenuNavItem.style.visibility="visible"):null!==e.moreMenuNavItem&&(e.moreMenuNavItem.classList.remove(e.dropdownWrapper
Class),e.moreMenuNavItem.style.visibility="hidden"),e.moreMenuDropdown&&e.moreMenuDropdown.childElementCount>10?e.moreMenuDropdown.classLi
st.add(e.longListClass):null!==e.moreMenuDropdown&&e.moreMenuDropdown.classList.remove(e.longListClass))}},Dt=function(e,n){var t=function(e,t){var
o;e.classList.contains(n.moreMenuNavItemClass)&&(null===(o=n.moreMenuMainFocusItem)||void 0===o||o.setAttribute("aria-
expanded",t)),o=function(){n.isTablet&&(document.body.classList.remove("ybar-nav-
open"),document.body.removeEventListener("touchend",l))},i=function(e){var
o=e.delegateTarget;o&&o.classList.contains(n.dropdownWrapperClass)&&(o.classList.contains(n.dropdownOpenClass)||(n.isTablet&&(document.body.classList
.add("ybar-nav-open"),document.body.addEventListener("touchend",l)),o.classList.add(n.dropdownOpenClass),t(o,"true")))},r=function(e){var
i=e.delegateTarget;if(null==i?void 0:i.classList.contains(n.navigationDropdownListClass)){var
r=i.parentElement;r&&!r.contains(e.relatedTarget)&&r.classList.contains(n.dropdownWrapperClass)&&(o(),r.classList.remove(n.dropdownOpenClass),t(r,"false
"))}else if(null==i?void 0:i.classList.contains(n.dropdownOpenClass)){if(n.isTablet&&e instanceof FocusEvent)return;var
a=e.target;xt&&(!xt||xt.contains(a)&&"focusout"!==e.type)||(o(),i.classList.remove(n.dropdownOpenClass),t(i,"false"))}},a=ze(".".concat(n.dropdownWrapperC
lass),"focusin",i),s=ze(".".concat(n.dropdownWrapperClass,", .").concat(n.navigationDropdownListClass),"focusout",r),c=document.getElementById("ybar-
navigation"),l=function(e){var t=null==e?void 0:e.target;n.isTablet&&t&&&e.target&&e.target instanceof
HTMLElement&&(e.target.classList.contains(n.dropdownOpenClass)||e.target.closest(".".concat(n.dropdownOpenClass)))||document.body.classList.contains("yb
ar-nav-
open")&&!["svg","path"].includes(t.tagName)&&(null==c||c.querySelectorAll(".".concat(n.dropdownOpenClass)).forEach((function(e){e.classList.remove(n.dr
opdownOpenClass)})),o())};e.addEventListener("nav:closeOverflowMenu",(function(){l()}));var
d=ze(".".concat(n.dropdownWrapperClass),"touchstart",(function(e){if(n.isTablet){var
t=e.delegateTarget;t&&t.classList.contains(n.dropdownOpenClass)?r(e):(l(e),i(e))}}));e.onDestroy((function(){var
e;d.destroy(),a.destroy(),s.destroy(),y([],v(null===(e=n.ybarNav)||void 0===e?void
0:e.querySelectorAll(".".concat(n.dropdownOpenClass))),!1).forEach((function(e){e.classList.remove(n.dropdownOpenClass);var
t=document.activeElement;(function(e,n){var t=!1;if(!e||!n)return t;if("function"==typeof e.contains)t=e.contains(n);else for(var
o=n;o;){if(o===e){t=!0;break}o=o.parentElement}return t})(n.ybarNav,t)&&setTimeout((function(){null==t||t.blur()}),1)}))}))},Ht=function(e,n,t,o){for(var
i=n||window.location.pathname,r=t||window.location.hostname,a=(o||{}).setParentFocus,s=void
0!==a&&a,c=y([],v(e.topLevelNavLinks),!1),l=null,d=null,u=0;u<c.length&&&(!l||!d);u++){var p=c[u];p.classList.contains(Ct)&&(l=p);var
m=p.hostname,h=p.pathname;if(m===r)h===i||qt&&"/"!==h&&i.startsWith(h))&&(d=p);else if(s&&!d){var f=p.parentElement;if(null==f?void
0:f.classList.contains(Et))for(var g=y([],v(f.querySelectorAll(".".concat(Mt,"a"))),!1),b=0;b<g.length;b++){var
w=g[b],_=w.hostname,L=w.pathname;if(_===r&&L===i){d=p;break}}}}d&&d!==l&&(null==l||l.classList.remove(Ct),d.classList.add(Ct))},Ut=function(e,n,t,
o){var i=e.getConfig();if(n.navList&&n.moreMenuNavItem&&(n.hasNavPlacement||zt(e,n))){var
```

```
r=[n.navList,n.moreMenuNavItem,n.hasNavPlacement];"sports"!==i.property&&r.forEach((function(e){e&&(e.style.opacity="1",e.style.visibility="visible")})),
Rt(n,t,o)}},Yt=function(e,n){e.onDestroy((function(){Pt=-1,0,n.moreMenuDropdown&&(n.moreMenuDropdown.innerHTML="")}))};for(var
t=function(n){e.triggerEvent("navigation",{event:n})},o=0;o<n.navLinks.length;++o)e.addElementListener(n.navLinks[o],"click",t);var
i=!!(n.shiftMoreMenuEnabled&&n.isFuji2&&n.navList&&n.navItems&&n.navItems.length>0),r=new
Ge(e,{containerElm:n.ybarNav,navlistItemSelector:".".concat(Tt," >
li"),dropdownClass:n.dropdownWrapperClass,enableMoreMenu:i,moreMenuNavElm:n.moreMenuMainFocusItem,isUserAccountNavigation:!1});!function(e,n)
{var t,o;y([],v(null===(t=n.ybarNav)||void 0===t?void 0:t.querySelectorAll(".".concat(n.dropdownOpenClass)),!1).forEach((function(e){return
e.classList.remove(n.dropdownOpenClass)}))}var i=e.getConfig();xt=(null===(o=i.bucketConfig)||void 0===o?void
0:o.enable_mid_nav_placement)?document.getElementById("ybar-mid-nav-placement"):void 0,"news"===i.property?Lt=-
12:(Lt="finance"!==i.property&&"sports"!==i.property&&n.shiftMoreMenuEnabled?-24:-16,"zh-Hant-HK"!==i.locale&&"zh-Hant-TW"!==i.locale||(Lt=-
20));var r=n.isTablet?"touchstart":"mouseover",a=ze(".".concat(n.dropdownWrapperClass,"
.").concat(n.navigationDropdownListClass),r,(function(t){if(window||document){var
o=window.innerWidth||document.documentElement.clientWidth,r=t.delegateTarget;if(r&&-
1!=r.className.indexOf(n.dropdownWrapperClass)&&(r=r.querySelector(".".concat(n.navigationDropdownListClass))),r){r.style.removeProperty("left");var
a=r.getBoundingClientRect(),s=Math.trunc(a.right),c=parseInt(window.getComputedStyle(r).marginLeft,10)+o-
s;if(s>o)return"sports"!==i.property?void(r.style.marginLeft=c+"px"):void(r.style.right="0px");if(parseInt(r.style.marginLeft)<Lt?c>0?r.style.removeProperty("m
argin-left"):r.style.marginLeft=c+"px":(r.style.removeProperty("margin-left"),r.style.marginLeft=Lt+"px"),n.isTablet){var
l=r.previousElementSibling;if(xt&&xt.contains(r))else if(l){var d=l.getBoundingClientRect(),u=Math.trunc(d.left);r.style.left=u+"px"}}}}}else{var p=new
Error("Dropdown could not be
initialized");e.logError("Error:",p)}}));e.onDestroy((function(){a.destroy()}))})(e,n),Bt(e,e.addElementListener(document,"DOMContentLoaded",(function(){Bt
(e)})),Dt(e,n);var a=e.getConfig().bucketConfig,s=void 0===a?{}:a,c=s.enableDynamicNavfocus,l=void 0!==c&&c,d=s.enableFuzzyMatching;if(l&&(qt=void
0!==d&&d,Ht(n)),e.addEventListener("nav:setFocus",(function(e){var t=e.detail,o=void 0===t?{}:t,i=o.hostname,r=void
0===i?window.location.hostname:i,a=o.pathname,s=void 0===a?window.location.pathname:a,c=o.options;Ht(n,s,r,void 0===c?{}:c)})),i){var
u=document.createElement("style");u.title="ybar_nav_interim",document.head.appendChild(u);var p=ze("#ybar-nav-more-menu ul
a","click",(function(n){e.triggerEvent("navigation",{event:n})}));e.addEventListener("nav:resize",(function(){Rt(n,u,r)})),Rt(n,u,r);var
m=e.getConfig();if("complete"===document.readyState)Ut(e,n,u,r);else{var h="load";("news"===m.property&&("zh-Hant-TW"===m.locale||"zh-Hant-
HK"===m.locale)||"finance"===m.property&&"zh-Hant-
TW"===m.locale)&&(h="DOMContentLoaded"),e.addElementListener(window,h,(function(){Ut(e,n,u,r)}))}e.addElementListener(window,"resize",(function()
{Rt(n,u,r)})),e.onDestroy((function(){var e=u.parentNode;null==e||e.removeChild(u),p.destroy()}))}Ft(e,n)},zt=function(e,n){var t=["zh-Hant-TW","zh-Hant-
HK"].includes(e.getConfig().locale);return n.isFuji2&&t},Ft=function(e,n){if(n.isNavHidden){var
t=!1;e.addElementListener(document,"DOMContentLoaded",(function(t){n.isNavHidden()&&e.triggerEvent("l2:hide",{event:t})})),e.addElementListener(wind
ow,"resize",(function(o){!t&&n.isNavHidden()&&e.triggerEvent("l2:hide",{event:o}),t=n.isNavHidden()})}}},jt="#ybar-nav-more-menu",ye("ybar-mod-
navigation",(function(e){var n,t=e.getConfig(),o={dropdownWrapperClass:Et,isFuji2:null!=document.querySelector(".ybar-ytheme-
fuji2")||null!=document.querySelector(".ybar-ytheme-crunch"),isTablet:null!==document.querySelector(".tablet")||"tablet"===t.device||matchMedia("(hover:
none)").matches,longListClass:St,moreMenuDropdown:document.querySelector(".".concat(jt,"
ul")),moreMenuNavItem:document.querySelector(jt),moreMenuNavLinksSelector:"".concat(jt," ul
a"),moreMenuMainFocusItem:document.querySelector("".concat(jt," >
button")),moreMenuNavItemClass:Ot,navigationDropdownItemClass:At,navigationDropdownListClass:Mt,navItems:document.querySelectorAll("ul.".concat(Tt
," li.").concat(It)),topLevelNavLinks:document.querySelectorAll("li.".concat(It," > a")),navLinks:document.querySelectorAll(".ybar-mod-navigation
a"),navList:document.querySelector(".ybar-mod-navigation ul"),shiftMoreMenuEnabled:document.querySelector(".ybar-shift-more-
```

menu"),ybarNav:document.getElementById("ybar-
navigation"),ybarNavigationItemClass:It,dropdownOpenClass:kt,hasNavPlacement:document.getElementById("ybar-nav-
placement"),marginOffset:function(e){var
n=window.getComputedStyle(e),o=parseInt(n.marginLeft,10)+parseInt(n.marginRight,10);return"sports"===t.property?parseInt(n.marginRight):"finance"===t.p
roperty&&"crunch"===t.ytheme?(o-=1.8)>5?o:5:"crunch"===t.ytheme?o:0},navigationPlacement:function(){return n||(n=document.getElementById("ybar-nav-
placement")),n},isNavHidden:function(){var
e=!1;return"finance"===t.property&&"crunch"===t.ytheme&&document.documentElement.clientWidth<=1049&&(e=!0),e}};o.ybarNav&&Yt(e,o)}));var
Gt="_yb_1id4ci5",Wt="_yb_8o4f49",Jt="_yb_3fpliz",Vt="_yb_1txa4bz",Kt="ytlv",Xt=864e5,Zt="_yb_1ojgd5b",$t="_yb_17x3qgn",Qt="_yb_1qixyxh",eo="_y
b_igny4l",no=function(){function e(e,n){var
t=this;this.initialized=!1,this.ybar=e,this.container=n,this.a11yMenu=this.container.querySelector(".".concat(eo)),this.historyEnabled=!!Number(this.container.da
taset.history);var o=this.getLocalStorage();this.state={lastSeen:(null==o?void 0:0.lastSeen)||null,manuallyClosed:(null==o?void
0:0.manuallyClosed)||!1},this.init();var i=0,i=setInterval((function(){i>=5||t.initialized?clearInterval(r):(void
0!==t.isNotificationsSupported()&&t.init(),i++)}),100)}return e.prototype.show=function(e){var
n;this.initialized&&(this.historyEnabled&&!e||(document.body.classList.add(Zt),null===(n=this.a11yMenu)||void 0===n||n.setAttribute("aria-
expanded","true"),this.lastSeen=(new Date).getTime())),e.prototype.hide=function(){var
e;this.initialized&&(this.historyEnabled&&document.body.classList.remove($t),document.body.classList.remove(Zt),null===(e=this.a11yMenu)||void
0===e||e.setAttribute("aria-expanded","false"))},Object.defineProperty(e.prototype,"lastSeen",{get:function(){return
this.state.lastSeen},set:function(e){this.state.lastSeen=e,this.setLocalStorage()},enumerable:!1,configurable:!0}),Object.defineProperty(e.prototype,"manuallyCl
osed",{get:function(){return
this.state.manuallyClosed},set:function(e){this.state.manuallyClosed=!!e,this.setLocalStorage()},enumerable:!1,configurable:!0}),e.prototype.init=function(){thi
s.isNotificationsSupported()&&this.isNotificationPermissionDefault()&&(this.historyEnabled||document.body.classList.add($t),this.addEventListeners(),this.init
ialized=!0,this.hasSeenTooltipIn(this.manuallyClosed?6048e5:Xt)||(document.body.classList.add($t),this.show(!0)))},e.prototype.addEventListeners=function(){
var
e=this;this.ybar.addElementListener(this.container.getElementsByClassName(Qt)[0],"click",(function(){e.hide(),e.manuallyClosed=!0}))},e.prototype.isNotificat
ionsSupported=function(){var e;return null===(e=null===window||void 0===window?void 0:window.subscriptionHelperInstance)||void 0===e?void
0:e.checkIsSupportedBrowser()},e.prototype.isNotificationPermissionDefault=function(){var e;return"default"===(null===(e=window.Notification)||void
0===e?void 0:e.permission)},e.prototype.hasSeenTooltipIn=function(e){if(!this.lastSeen)return!1;var n=new Date(this.lastSeen),t=new Date;return
n.getTime()+e>t.getTime()},e.prototype.setLocalStorage=function(){var e;null===(e=window.localStorage)||void
0===e||e.setItem(Kt,JSON.stringify(this.state))},e.prototype.getLocalStorage=function(){var e,n,t=null===(e=window.localStorage)||void 0===e?void
0:e.getItem(Kt);if(null===t)return null;try{return JSON.parse(t)}catch(e){return null===(n=window.localStorage)||void
0===n||n.removeItem(Kt),null}},e}(),to=-1,oo={0:0,1:1,9:9,99:99,150:150},io=function(e,n){var
t,o=n.isUH3,i=n.notifMenu,r=n.notifMenuOpener,a=n.notifDropdown,s=n.notifBadge,c=n.notifContainer,l=n.notifLabel;n.tooltipContainer&&(t=new
no(e,n.tooltipContainer));var d=G(),u=function(){i&&(i.checked=!1),null==a||a.classList.remove("ybarMenuOpen")},p=function(){var n;e.triggerEvent("close-
all-menus"),!!document.querySelector(".display-push-promos .".concat(Gt))||(d.resetBadge(),s&&(o?null===(n=s.parentElement)||void
0===n||n.classList.remove(Wt):s.style.display="none")},m=function(e){var n,t;0===to&&(null===(n=null==e?void 0:e.css)||void 0===n?void
0:n.length)&&.css.length>0&&(to++,function(e){for(var
n,t,o=0;o<e.length;++o){n=~e[o].value.indexOf("https://")?e[o].value:"".concat("https://s.yimg.com").concat(e[o].value),t=void
0,(t=document.createElement("link")).rel="stylesheet",t.type="text/css",t.href=n,document.getElementsByTagName("head")[0].appendChild(t)}}(e.css));var
i=document.getElementById("ybar");i&&i.hasAttribute("data-mc")&&((r=i.getAttribute("data-mc"))&&oo[r]&&(e||(e=[]),e.newCount=oo[r])));if(null===e?void
0:e.newCount)&&e.newCount>0&&s)if(o){var r,a=(r=e.newCount)>99;s.textContent=a?"99+":r+"",null===(t=s.parentElement)||void

0===t||t.classList.add(Wt)}else s.style.display="block"},h=function(){d.refreshPanel().then(m).then(ee).catch((function(){})}};e.addEventListener("close-all-menus",(function(){xe(c)||u()})),c&&(h(),setInterval((function(){h()}),3e5),o?l&&l.addEventListener("mouseenter",(function(){p(),null==t||t.show()}))):c.addEventListener("mouseenter",(function(){p(),null==t||t.show()})),c.addEventListener("mouseleave",(function(){u(),null==t||t.hide()}))),e.addElementListener(i,"click",(function(){Q("ybar","notification","",{elm:"btn",elmt:"block"===(null==s?void 0:s.style.display)?"newalert":"",subsec:"notification",itc:"1"})})),r&&Ee(e,r,"ybar","notification",{elm:"expand",subsec:"notifications",itc:"2"}),e.addElementListener(a,"focusin",(function(){i&&(i.checked=!0),null==a||a.classList.add("ybarMenuOpen")})),e.addElementListener(a,"focusout",u),e.addElementListener(n.tooltipContainer,"focusin",(function(){null==t||t.show()})),e.addElementListener(n.tooltipContainer,"focusout",(function(){null==t||t.hide()}));var f=e.getConfig().device,v=document.getElementById("ybar");v&&v.classList.contains("ybar-ytheme-crunch")&&(to=0);var y=new RegExp("[?&]notifications=1(&|#|$)");"desktop"===f&&i&&y.test(window.location.search)&&(i.checked=!0)};ye("ybar-mod-notification",(function(e){var n={isUH3:"crunch"===e.getConfig().ytheme,notifContainer:document.getElementById("notification-container"),notifBadge:document.getElementById("notif-badge"),notifMenu:document.getElementById("ybarNotificationMenu"),notifMenuOpener:document.querySelector("#ybarNotificationMenu + label"),notifDropdown:document.getElementById("notifDropdownContainer"),tooltipContainer:document.querySelector(".".concat(Jt)),notifLabel:document.querySelector(".".concat(Vt))};io(e,n)}))}()};</script><script type="module">(function (win, cfg) {
    win._ybar_runtime_config = win._ybar_runtime_config || {};
    Object.keys(cfg).forEach(function (key) {
        win._ybar_runtime_config[key] = cfg[key];
    });
})(window, {"property":"finance","device":"desktop","locale":"en-US","ytheme":"crunch","bucketConfig":{"assist_billboard_v2":true,"enable_search_ui":true,"highlight_searchassist":true,"overlay_class":"midnight60","scrollThreshold":4},"componentCount":0,"i18n":{"root":{"PROPERTY_NAME":"Yahoo Finance","BACK":"Back","LITE_UPGRADE_PROMPT_MESSAGE":"Some parts of this page are not supported on your current browser version. Please upgrade to a recent browser version.","MAIL_ARIA_LINK":"Check your mail, {count} messages, link","NOTIF_ONBOARD_UPSELL_CLOSE":"Not now","NOTIF_ONBOARD_UPSELL_CTA":"Turn On","NOTIF_ONBOARD_UPSELL_SUBTITLE":"Keep up with the best stories in News, Sports, Finance, Entertainment and more!","NOTIF_ONBOARD_UPSELL_TITLE":"Get news push notification","SEARCH_TOOLTIP_VOICE":"Search by voice","SEARCH_TOOLTIP_WEB":"Search the web"}},"mailVariantLogos":{}}); $_mod_ybar && $_mod_ybar.ready();</script><!-- HTML_TAG_END --></div></header>   <main class="layoutContainer yf-cfn520" id="nimbus-app" tabindex="-1"><section class="mainContainer yf-cfn520"> <section class="mainContent yf-cfn520"> <aside class="left yf-cfn520" aria-label="Left navigation"></aside> <section class="main yf-cfn520"> <article class="gridLayout yf-cfn520"><div class="article yf-l7apfj"><div class="fb-wrapper no-p-b yf-7dlze5" role="alert"><a class="none-link fin-size-medium tw-w-full noUnderline  yf-1e4diqp" data-ylk="elm:hdln;elmt:link;itc:0;g:36926b15-948c-3070-b510-9983e2fe4001;sec:feature-bar;slk:US%20economy%20adds%20just%2012%2C000%20jobs%20in%20October%20as%20hurricanes%2C%20strikes%20weigh;subsec:Jobs%20Report" href="https://finance.yahoo.com/news/october-jobs-report-us-economy-adds-just-12000-jobs-as-boeing-strike-hurricanes-weigh-on-labor-market-175408734.html" data-testid="fb-link" aria-label="Read More Link"><div class="fb-contents yf-7dlze5" role="heading" aria-level="2" aria-label="Jobs Report"><div class="label yf-7dlze5">JOBS REPORT</div> <div class="title-wrapper yf-7dlze5"><span class="title yf-7dlze5">US economy adds just 12,000 jobs in October as hurricanes, strikes weigh</span></div> <div class="arrow yf-7dlze5"><div class="icon fin-icon primary-icn sz-large  yf-1pnxr15" iconRole="img" ariaLabel="Arrow Icon to go to URL"><!-- HTML_TAG_START --><svg xmlns="http://www.w3.org/2000/svg" viewBox="0 0 24 24"><path d="m12 4-1.41 1.41L16.17 11H4v2h12.17l-5.58 5.59L12 20l8-8z"/></svg><!-- HTML_TAG_END --></div></div></div></a></div></div> <div class="article-wrap no-bb"> <div class="cover-wrap yf-1o1tx8g"> <div class="top-header yf-1o1tx8g"> <a class="subtle-link fin-size-small  yf-1e4diqp" data-ylk="elm:logo;elmt:link;itc:0;sec:logo-provider;slk:Reuters" href="http://www.reuters.com/" aria-label="Reuters" title="Reuters"><img src="https://s.yimg.com/ny/api/res/1.2/tMoAFlP_ZOG3JMrIhrjnuQ--/YXBwaWQ9aGlnaGxhbmRlcjt3PTEwMztoPTQ0O2NmPQ--/https://s.yimg.com/os/creatr-uploaded-images/2020-11/62e21440-2fbd-11eb-95ff-5673fa3d2f9f" alt="Reuters" width="103" height="24" loading="lazy"> </a>

</div> <h1 class="cover-title yf-1o1tx8g">Delta sues CrowdStrike over software update that prompted mass flight disruptions</h1> <div class="cover-slideshow-wrapper yf-1o1tx8g"><div><div class="slideshow-carousel yf-1h5ku6o" data-testid="carousel-container"><div class="carousel-top yf-10khyw0"><ul class="slider"><li class="slide"> <img class="tw-bg-opacity-25 tw-aspect-[1.78] yf-13q9uv1" alt="Delta sues CrowdStrike over software update that prompted mass flight disruptions" src="https://s.yimg.com/ny/api/res/1.2/CCekv2338JaHADqXDlMkdQ--/YXBwaWQ9aGlnaGxhbmRlcjt3PTk2MDtoPTY0MDtjZj13ZWJw/https://media.zenfs.com/en/reuters-finance/128e2c024bcd7e971bc23be9c4794c3e" fetchpriority="auto" loading="eager"> </li><li class="slide"> <img class="tw-bg-opacity-25 tw-aspect-[1.78] yf-13q9uv1" alt="Delta sues CrowdStrike over software update that prompted mass flight disruptions" src="https://s.yimg.com/ny/api/res/1.2/7O.BcxSHgzRdfydtdSOz4Q--/YXBwaWQ9aGlnaGxhbmRlcjt3PTk2MDtoPTY4MztjZj13ZWJw/https://media.zenfs.com/en/reuters-finance/ca7232025f368501c6d9751793245238" fetchpriority="auto" loading="eager"> </li></ul></div> <div class="carousel-buttons top-position yf-g7nkor slideshow-carousel-buttons hide carousel-indicator-buttons" id="carousel-buttons"><button class="slideshow-btn fin-size-medium  rounded  yf-15mk0m" data-ylk="elm:arrow;sec:sshow;subsec:carousel;itc:1;outcm:ct;ct:slideshow;slk:prev" data-testid="carousel-btn-left" disabled style="" title="prev" aria-label="prev"><div class="icon fin-icon inherit-icn sz-medium tw-align-middle yf-1pnxr15"><!-- HTML_TAG_START --><svg xmlns="http://www.w3.org/2000/svg" viewBox="0 0 24 24"><path d="M15.41 7.41 14 6l-6 6 6 6 1.41-1.41L10.83 12z"/></svg><!-- HTML_TAG_END --></div> </button>  <button class="slideshow-btn fin-size-medium  rounded  yf-15mk0m" data-ylk="elm:arrow;sec:sshow;subsec:carousel;itc:1;outcm:ct;ct:slideshow;slk:next" data-testid="carousel-btn-right" disabled style="" title="next" aria-label="next"><div class="icon fin-icon inherit-icn sz-medium tw-align-middle yf-1pnxr15"><!-- HTML_TAG_START --><svg xmlns="http://www.w3.org/2000/svg" viewBox="0 0 24 24"><path d="M10 6 8.59 7.41 13.17 12l-4.58 4.59L10 18l6-6z"/></svg><!-- HTML_TAG_END --></div> </button></div> </div></div></div> <div class="figure-meta yf-6xbxgy" aria-hidden="true"> <span class="current yf-6xbxgy">1</span> / 2</div> <div class="description collapse-caption yf-6xbxgy" aria-hidden="true"><h2 class="description-headline yf-6xbxgy">Delta sues CrowdStrike over software update that prompted mass flight disruptions</h2> <div class="description-caption-wrapper yf-6xbxgy" data-id="s-0"><span class="description-caption"><!-- HTML_TAG_START -->FILE PHOTO: New Delta Airlines Terminal C at LaGuardia Airport is completed in New York<!-- HTML_TAG_END --></span></div></div></div> </div> <div class="byline yf-1k5w6kz"><div class="byline-attr yf-1k5w6kz"> <div class="byline-attr-author yf-1k5w6kz"> David Shepardson </div> <div class="byline-attr-time-style"> Updated <time class="byline-attr-meta-time" datetime="2024-10-26T00:42:16.000Z" data-timestamp="2024-10-26T00:42:16.000Z">Fri, Oct 25, 2024, 8:42 PM</time> <span class="byline-attr-mins-read yf-37lelh">2 min read</span></div></div></div> <div class="byline-share yf-1k5w6kz"><div><span class="share-dialog yf-1nn4lup"><div class="menuContainer yf-9a5vow"><button class="tertiary-btn fin-size-medium menuBtn tw-p-1 rounded  yf-15mk0m" data-ylk="elm:menu;itc:1;elm:btn;sec:consolidated-share-popup;g:a2e3b14c-26c5-31b4-933d-d54be2242390;slk:share-menu-open" aria-haspopup="true" aria-controls="menu-20" title="Share links" data-testid="share-link" dialogAlignLeftValue="-240px" dialogAlignTopValue="40px" aria-label="Share links"> <div class="icon fin-icon primary-icn sz-x-large  yf-1pnxr15"><!-- HTML_TAG_START --><svg xmlns="http://www.w3.org/2000/svg" viewBox="0 0 24 24"><path d="m16 5-1.42 1.42-1.59-1.59V16h-1.98V4.83L9.42 6.42 8 5l4-4zm4 5v11c0 1.1-.9 2-2 2H6a2 2 0 0 1-2-2V10c0-1.11.89-2 2-2h3v2H6v11h12V10h-3V8h3a2 2 0 0 1 2 2"/></svg><!-- HTML_TAG_END --></div> </button> <div class="dialog-container menu-surface-dialog modal yf-9a5vow" id="menu-20" aria-hidden></div> </div></span> <span class="mweb-share-dialog yf-1nn4lup"><button class="icon2-btn fin-size-medium  rounded  yf-15mk0m" data-ylk="elm:share;itc:1;sec:consolidated-share-popup;g:a2e3b14c-26c5-31b4-933d-d54be2242390;slk:share-menu-open"><div class="icon fin-icon inherit-icn sz-large  yf-1pnxr15"><!-- HTML_TAG_START --><svg xmlns="http://www.w3.org/2000/svg" viewBox="0 0 24 24"><path d="m16 5-1.42 1.42-1.59-1.59V16h-1.98V4.83L9.42 6.42 8 5l4-4zm4 5v11c0 1.1-.9 2-2 2H6a2 2 0 0 1-2-2V10c0-1.11.89-2 2-2h3v2H6v11h12V10h-3V8h3a2 2 0 0 1 2 2"/></svg><!-- HTML_TAG_END --></div> </button></span> </div> <div class="byline-comments-desktop yf-1k5w6kz"><button class="tertiary-btn fin-size-small view-cmts-button  rounded  yf-15mk0m" data-ylk="elm:cmmt_open;elmt:cmnt;itc:1;slk:comments;sec:content-canvas;subsec:openweb"><div class="icon fin-icon inherit-icn sz-large  yf-1pnxr15"><!-- HTML_TAG_START --><svg xmlns="http://www.w3.org/2000/svg" viewBox="0 0 24 24"><path d="M21.99 4c0-1.1-.89-2-1.99-2H4c-1.1 0-2 .9-2 2v12c0 1.1.9 2 2 2h14l4 4zM20 4v13.17L18.83 16H4V4zM6 12h12v2H6zm0-3h12v2H6zm0-3h12v2H6z"/></svg><!-- HTML_TAG_END --></div> <div class="loading-dots yf-1d8zfjv" data-svelte-h="svelte-1b7fhl7"><div class="dot yf-1d8zfjv"></div> <div class="dot yf-1d8zfjv"></div> <div class="dot yf-

1d8zfjv"></div> </div> </button></div> <div class="byline-comments-mobile yf-1k5w6kz"><button class="icon2-btn fin-size-medium view-cmts-button rounded  yf-15mk0m" data-ylk="elm:cmmt_open;elmt:cmnt;itc:1;slk:comments;sec:content-canvas;subsec:openweb"><div class="icon fin-icon inherit-icn sz-large  yf-1pnxr15"><!-- HTML_TAG_START --><svg xmlns="http://www.w3.org/2000/svg" viewBox="0 0 24 24"><path d="M21.99 4c0-1.1-.89-2-1.99-2H4c-1.1 0-2 .9-2 2v12c0 1.1.9 2 2 2h14l4 4zM20 4v13.17L18.83 16H4V4zm6-13h12v2H6zm0-3h12v2H6zm0-3h12v2H6z"/></svg><!-- HTML_TAG_END --></div> </button></div></div> </div> <div class="body-wrap yf-i23rhs"><h2 class=" type-section-sm-bold  yf-1pqu7qd">In This Article: </h2> <div class="ticker-list yf-hrqvm4"><div style="display: contents; --layout-gutter:0; --_padding:0;"><div class="scroll-carousel yf-1h5ku6o" data-testid="carousel-container"><div class="carousel-top yf-hrqvm4"><div class="stock-story-container horizontal yf-hrqvm4"><div class="stock-story-headline yf-hrqvm4"><a class="loud-link fin-size-medium stockstory-tag   yf-1e4diqp" data-ylk="elm:partnercta;elmt:link;itc:0;slk:stockstory;sec:ticker-tag-module" href="https://stockstory.org/high-quality/top-6-to-buy-this-week?partner=yahoo&amp;utm_source=yahoo&amp;utm_medium=content_ticker&amp;utm_campaign=contenthighqualitystock" target="_blank" rel="noopener noreferrer"><svg width="16" height="16" viewBox="0 0 16 16" fill="none" xmlns="http://www.w3.org/2000/svg" xmlns:xlink="http://www.w3.org/1999/xlink" aria-label="A photo of the stock story pick logo"><circle cx="8" cy="8" r="8" fill="#241063"></circle><rect x="4.83008" y="3.01904" width="7.54717" height="9.5849" fill="url(#pattern0_284_5)"></rect><defs><pattern id="pattern0_284_5" patternContentUnits="objectBoundingBox" width="1" height="1"><use xlink:href="#image0_284_5" transform="scale(0.00508 0.004)"></use></pattern><image id="image0_284_5" width="1000" height="250" xlink:href="data:image/png;base64,iVBORw0KGgoAAAANSUhEUgAAA+gAAAD6CAYAAAAyVW3pAAAAGXRFWHRTb2Z0d2FyZQBBZG9iZSBJbWFnZVJlYWR5ccllPAAAAylpVFh0WE1MOmNvbS5hZG9iZS54bXAAAAAAADw/eHBhY2tldCBiZWdpbj0i77u/IiBpZD0iVzVNME1wQ2VoaWh6cmVTek5UY3pia2M5ZCI/Pg0KPD94OnhtcG1ldGEgeG1sbnM6eD0iYWRvYmU6bnM6bWV0YS8iIHg6eG1wdGs9IkFkb2JlIFhNUCBDb3JlIDUuNi1jMDE0IDc5LjE1Njc5NywgMjAxNC8wOC8yMC0wOToxNjoyNCAgICAgICAgIj4NCjxyZGY6UkRGIHhtbG5zOnJkZj0iaHR0cDovL3d3dy53My5vcmcvMTk5OS8wMi8yMi1yZGYtc3ludGF4LW5zIyI+DQo8cmRmOkRlc2NyaXB0aW9uIHJkZjphYm91dD0iIiB4bWxuczp4bXA9Imh0dHA6Ly9ucy5hZG9iZS5jb20veGFwLzEuMC8iIHhtbG5zOnhtcE1NPSJodHRwOi8vbnMuYWRvYmUuY29tL3hhcC8xLjAvbW0vIiB4bWxuczpzdFJlZj0iaHR0cDovL25zLmFkb2JlLmNvbS94YXAvMS4wL3NUeXBlL1Jlc291cmNlUmVmIyIgeG1wOkNyZWF0b3JUb29sPSJBZG9iZSBQaG90b3Nob3AgQ0MgMjAxNCAoTWFjaW50b3NoKSIgeG1wTU06SW5zdGFuY2VJRD0ieG1wLmlpZDpCMkNGQUE2QjFCQkQxMUU0ODBDM0Y5QjdEN0E1Qzk2Q0EwREYwMDhCIiB4bXBNTTpEb2N1bWVudElEPSJ4bXAuZGlkOkIyQ0ZBQTZDMUJCRDExRTQ4MEMzRjlCN0Q3QTVDOTZDQTBERjAwOEIiPiA8eG1wTU06RGVyaXZlZEZyb20gc3RSZWY6aW5zdGFuY2VJRD0ieG1wLmlpZDpCMkNGQUE2OTFCQkQxMUU0ODBDM0Y5QjdEN0E1Qzk2Q0EwREYwMDhCIiBzdFJlZjpkb2N1bWVudElEPSJ4bXAuZGlkOkIyQ0ZBQTZBMUJCRDExRTQ4MEMzRjlCN0Q3QTVDOTZDQTBERjAwOEIiLz4gPC9yZGY6RGVzY3JpcHRpb24+IDwvcmRmOlJERj4gPC94OnhtcG1ldGE+IDw/eHBhY2tldCBlbmQ9InIiPz4...

8XAAAAAAABAFQL9NqzdPXGOME++ZrPRAIE4l0N560esPwcAAAAAAKhEoLu65rypIepu3tsk+HogX0CcAwAAAAAAVCPQ51upuSXOje9lHiec1+z37Rc
st1EQFyxnNjz+LPjZNPj6NBDmJIUDAAAAAAAACoTKC/uD+QavY5n8jca6+8tVP52N+MeZwAAAAAAABQV4plcZ9nbFfCuFPS9b6UeRK600CQX/L4AAA
AAAAAoCkU9aCPShDnV1qUDwNRPuWRAQAAAAAAAI9yov7Q7G/7vxEVEZwvOUAAAAAAADQcPKFuL+43wv++77F61LryweBMCcbOAAAAAA
AALSCvB70kcVreh4I80MeDQAAAAAAAACDQk3hxvx/8966Fa1FrzVU4+4jHAgAA0Cx831eJZbvzr0U8tZPn9fwL378WL/ifH/zP09t5qq/DcupnP7u+lte2tuQ6
+OGdO6+NqVEAAECgzxlaEud9QtoBjNLTR2gUh9/HMdVH9Gv1PpL/AQAMCXQ5CsT2XW8myOfL67wtT/92a1bA87ZuxHpUsF/Pfqe/n/+JR42WSl+PI7uR
79cxXvr6Uo8nAACQgmxr0Ofe8/cQ5wBOsquNpvDoGHo/z7WRdR4xtgAAMgp0fxyI7Lu+FtuK62v/Rr3P/hEt3EP9PXOz+1qg3xa9c+c1BLo9uktjiamEwBM9j
kTHFAAAKCjQVYdqMrwdcQ5QXJQPgmMvOLZL+kxlZI1kvv3hlEcAAGkF+job/QoW6h970mVkSsU2UON/S3nP1Y/X11mtbCHTzonxPHw9K+sxwG93wA
ACATALdTub2R6w5B8iFEuUqmeJOxddxpsU67zEA5BLoN4Lc8xZ+qAS7Eu7L69IVr72GB90QyrYbamHeqfA6rvQ4ciRM/AJAy9nKUHZo+LOfl84BMtHV7
6EKMT92QJyLNraPtUE11NcIALCCCmsPj5hfRtS6ThCnE8jNxLl3ux7dY/m5CfoyDzNXjpf9isW56M8/0NdzKslr3AEAEOiaPWOf6suErdQAMjGQ+Xq9Jw4
YUnFs62ub6msFAIg3AUIR7suNWL/R7DcZ4BYF+8yjvuRFh1z0ZO6pVvmE7jp6jQ/09Y1lfWJTAICWC/QX982FPvlqgPUw4AHSsauNlGMpb415ETr6Ws/IN
tsvAMBMmEcTxIU/87wFbb4g1m+yvHveqniHrAx137xfk+tVEwjvi53dgwAAai7QTXjP/VCcy4n8m78mKRzAZlSUyStx18uRxI6+dgwrANAa27sR5aHmjkuD
cxPaHu6Tfqvm54LdQ6BnpCduR2Bt4okw6QsACHSDAv1GmKuRVq6Cg9B2gGTUOu5xcDxrwL2EhhVr0wFazrqktMs/3npta1GoR7zoPtHtWRnoPnin5vcRTv
oOeKQAgEB/cV/NWGafcV0U5qKXjI1k/6/ZQxlgPbvamLrboHtShtVU8H4AtJowQVxUZCtn+FZkx7S5V30e9h4K82hIvCqLAz01KiP6sdTTa76OY2HXEABo
vUDP6j2PF+b6e++IKgdIFOdjqcda86x09L0h0gFaL9QXRXt0XfqieJ+L8evr25B49bWHQk+DErEHDb23fUQ6ALRdoKczqKPCXFaEufr+pQz+25QqB0gU550
G3yMiHaDFJIW4hyI9uttaVJiH69Wjgh0Sxfl+w+8RkQ4ArRbo/czC3F8Q5iGnVDdkA8U5lh0AtOBezeIe9aSHQj3qKA/FeSjYodXiHJEOAI3mTuJvX9zvrhUNo
Qhf+D4U5stlvfIE+tt76poHMgvN9+4uXEv0mheucemas99b/nLL1+J76+s5Tzn793YVlBvPnu/X/piBEnGeRaT3goOcFAktFObRjO7rQtaVKFdrzpc974S4Vyf0k
55XhSJ9KuwYAgANYpMHPd7Llc5jrr+flZvIo7+yb4i/vXc476i9Z8Hn3orzzeH3Re5tsZwklJOYcn5CufVr+ePLJd2bb+3elNh6EPz8WL70ial86ZN9XqvUdGU+c
dVp4b2HIr0sfEPHmGYLYEbohcJ7eX/0xW3YVgWhTyr3OA6lBM+5o5MjareQvZI+a+hHUM3x+nrx69nxs+ub42c//9ns+Md/XDz+4R/+/nsJd/9+EYsJAAwI9Nu9rcIt
5Vy9o3at/dGoralUoJxoyiVlKI0Q7KVwS0xQrpAueVrWaj/hGt0W27t891wzvlvtoOv35MMrhhLAqUKJc63W3z/Krv7kGYA0D5xfhvK7q2EvN9+fSsloVNh
XUuaabRNru5Ou2cS69aRrNr9uXQ2PV6xWHa1MK2KydI7WfVEwQiRDtBecR6Kndtwdn9BtEdD3/Gkx/afVS2TugqO88j3asyvMirsgcxD3a1OWCxvDaja63
z7vxttLv618p3PRfrsX5lvQ+ALM0wAUFSgi7drRJR+4r+OLd7D0CFR2qxEccXqYFrvc+tRAvvmHI16zFY5KFuPKWBlrQyppsqyvD2Xg7JR4jeqzBkl2XoBWE
Jcsbl2ZqHCPZnKHmz77QYliPDqWnCeU7S2NJ2VOIBzZFuiLyzBuJ5XC3Qeuf3Yt3pZ23EwniX1/PhPnMm67+1Jt/TTgIAKwjOctVTdVHi21Z4y6PZzNhmfbTRS
XNUQ9a6l4t8Lv93jFVlBC1LbHWhlSz4PjdZl27pofaqNoUyTLWZZXf13z7V5yrLqOrSPPADaK9rXrUW/LUOCuCVGJXzGWVA80v3zQH/m+Ya/mepyA/13D/V
5ymBbLOc2ibbVqDf9ZjJJifPrSAJE7UP3/et56dveaAtoJNBNZi+3wR/8fCAkdFI41oS7OOnQ5sVbYWj5/EqY9Se0Xda4DxTfa29koR6RxtzANBgopnb14nx
UABFK8kt/xm/aXNcPKL4Linx/GiEwGn+jz3ShLqh7bbb9zP1a/CY+u1rYglHbbfW695KNoBALiLdGGi1iFZPKV2rotS37An3a+MJzzrp0OEVK82gUsbUG9o
wMZnz4VJuveqTuhpVAOAGUbG9/LNlERT1SsIKQ4vnDid6x4bPO9ZC/bHYnfS1NuGbtOXfLBGcPqJr0m++CL3moRed9RoAkEugmxKldof7EvYyl5SiVOq6
l7m5SQcpIXICg2qZMy2gzy1e+1R/xnOLn6EmL1gWAdACIj3pcUnhwq+XRRHbU1mb7FWiWYWz254sPdJC/cLiZ5Q24bsc2TGPI/NCJ4nTeBBX2Ps/svqVNK
H8e8g4AkFmgJyU/y7OPt/ER3jvPtI932kxpKBLGknBSGQ4nuZi9jdy9zU8129twmv2A19SwbViT73ZUn3cagNOJuGJwAnoVOM2Mve8uiu/eNBL6SevxEw4e1rUh
LLNyKwdKWF3kNUdCHSY+/VcmUd3HZjnkpuL962tLVoxAOQU6CuCLKc31xa/+ZdKlFzkCg03GUULexPB4M976c14xqwbVpCJBO7Io0lVGYpLFATScxW2
qbsVOXPItPOYL9MROotGB2I3CiuNSTwrYEumDstt0KMTVGvRZRvebZHF6+XmkfSPSASCfQPdVZ20ghPw/0ZghPw/POfdu5vWJW2SqYnYzeBu8t7EQHi8eEe8YJ
eYDt0OvR1VoUT685rUFQA4RhrRjTAvrX9UiUBPK7qfUKRf1aSuFgR5dBIpfsJJVrYHVN51tRUbgSEAkFOge5eGRKk9j5gvR8FxYU2U4QlPvub15V7Kt9/G
gz5HGR+mE+YNpLyw9nWocPcz5/UFAEB4u33RqbzXw4rv6dKSmFbLynq22uOmbQHnieLmYe6hWBe9DdvsYP4JAHIJ9HChbupuKiiiJ7BffDjoGP39tjL3KkM
7hfBMeD1siY4lSg+deTelFF15Xh9AUBN3SSCWojp8HZXds8Yy9yT7/T4uylh4XJW99DLfhP+voUqB4CiAt3sjpozEqV2D++Ad5al9OBMKTd3L3KTgFqv3N
pmJtu++fcnrZU1wurR04NKCgae8HqxDB2gwWcV23Jp1xpLCXIj5rdSKMBTzmd13y2jDcTkTwvXny2l+/DPmmwAgn0APE4YUF2478oOHdg3uw3dOg89W
HfFJIz3h7ieiuwq+fzozIL5LaLtFA0F5q08du7+RQaPqSuaZ6RHoAA0mq9hGnFsRmy7miRkaPNdESkh8t26yKWyyt8LcX7suHQAgyp3E337yv1zKH/2cMpg7q
55cWRRuKx5gWRbHe2J7+47HfzEVtTb3ex8cgj7Pn6092l25xqRrTltuR5i/65Audi/i63XfOVE1m9DF7ctXXy5y3kiwdlSiFO85rF0xez687Gj96neueOcfxt6cU4d
nHwAAHCFnuHzuTiejPR4kndb0rPIWDK1cjX7TgQJ9rna9Gjwn22GB2RDgA5BfpcnKkO/EGyGPRSiNJZUqtRKXf15p+rTpkM4uACpj0erkYnZDWqLrQB
NXL4ngDAMoSuM57EoMaSLBO+LyOi/LKK9rquDYdiXP07D3n3I8KeBg0A8aTZhHF8I7iLrdm+K9//+R5VDlCIscPXtsn7rcINHwfH6zL3BB0izgHaDeK8Mi

YOX5saS5KSj4ZLoR5qAzOM0Lwsu72uD2/3Vr7e2vIW/oa2DwDrSOFB98aLYjsU3CI5wt6HMvekA7SF3RbdqzKQDpZ+9lJuw9enNAcAACfGE5eXpF3qceN
B5Gdh1FU4nlTCOg96XIh7XOh7+LOkcwEAbPag//pL5eG6MpRMbV9+/1/3qHZoEV3Hz2eSeV8xF+WPguMDMvdsHCHOASAqXiAXJvOZuJ6Ic6xF+fPge
ENuo64qzVMSt81anNBetx49un4dcQ4A67iTqpTvqQ5xf3MisY2J4tTXQ8GLDpCXXXE7kRrZ1wEgk8iBSthx/PqOpCa5hDa153UedN4FACgo0GUu0IsJ87Dcv
vzeL4zkt348pvoBcgl0gNIIjMluYETu6q/7USMz5l8VRaHCU6dC1EReektHEuE4GtY7QNbxhDwg2fvEFYGdNnlcdP15SyNJdvWYMuvfovW2VB+qPztXP9ra
8tALgECP5ddOT+XthyrMvRMrzBfEuZdiO7LZrChCA9qAGlieGDyfWpPXxRgHi2K8r/vn8N/O8rZCyyI9zhDVnGkBMNYH7XZVjIf1rI67Gf8+2rdcRer6nPpu
JGc52kgSA5mHjUMGkoS46hO1qNz4ty3wnisBvqcneNWxELWhstqrekpOtOeHv78I/jlXYj34u3HwLxNL+cabcMwRbUuGk3SXEZt1KkywV9/PpJ7B+8FDJao
PjOzjPf/5czl8h4EBmo7qCN8zfE61vnvURv3YwHt6KvPkmVUP2nvKOx4YRA82CPgF4zNHkiOVOXoU/N1p8HdtNQB6WhT1xX6YcWnbT6VkbFBglq1ulJg
9LuFzHsr6ZUwm628mesT83up1QPW5Tzb1dWUJ6OWs7gU+2wXFr/q1PX1sb7rn8L6jkVjLdbHwd9fzzeOD/1+FfVtQ9tTx9mbSDsz6jMNn0Zf02+CGdokS76
8s1MfrNZwAmGaovzSoHY0Sl/Bspe9BghMth7NvTBQncYniwm8O5NkvDtBv0HBsGMWq42StNxRlTxs47wfHs03i/GbQ2NpsHyRM/O7oz3pfi422jAFdfa/nur
4P8orzjGGxD7So/Kl+1n2avdPi/JEk5xgxPZ4ogxNHSZwKSimQk97HuN8tJ4yL+6waetZ72i6ZaiF6ENzbdprJiHX1viLM/fnvvC0v3D9eRfTuB4L93etr/zIofxT82
6Pl3ow3Q91fvCvzJcp5xKUar84s2bB16/9NinM1uTTaaGulPt2vvxu8eN5ZgQzukb+7KXcsz36JUHdoMjbCsDCqoOhgM9UD94Msom8xjHPt2sG0BuZdLXoupb
mTTt2I4XosBjzm67JDpxTr7+lrGfAaOCnONxltNsaTpr571tnk6V7XP8a9y3UMdw/uq6fbrJp0fBIVMUkCPCrS13nPV5PpLWbAD8ttvbalftcJfnUQ/Pt+UGYc5k
ppsTCf6ufRMdQ/mEZNGNRpMsX0eJkqom0r29sYPqjCwjzyvYzlex9EpEOTmVg4p+p8+1Qt5BDmx6EhtcmbEWeQJq1Hjyufgo5uz1Op38x6mYZSooGfgW3d
Bs7pQ2olzm0J9I64vTOIc6I87v1b9fj6sf3fpr/Jey0lMxPmOhJqv+ikRlwek3Xb0UXrNfp1pIa+FUTkUqot0lb9HX/YHq8GUu7veh5csMYufdsAv03/vM4ENhniYI
7vTAPy3VmIv27iHRoLGNL5z0Vki3CZoMoHLhvhPmyYbTJ0Fv2mBsUi+uEep2F454lQ8k0O9qQPRU8qOsMszK2+cqSU8TWWHJX2pnXJDNp+rnlvjIpk3v
SuTf1y2V73VUSUS0uMgvzTde8PKERTvrG/TwpSV9kTFNt+tX19Sz0ven925Huy7ctnd+GmN6vybhjOIr1RFKuv9/K9aCSBXdMQriN5QKR7r2S73xoQPcPC
PRMgmaMSIc1dCMD904aYzLJo5NnTWYBD28dhWNXX/O7Fg0lGzzQBsMer8yCOB+L/QmWrAk/VVjkxNK17CPSzQj3DTtbpO4XHQt77+ttNJ/Yqr8kz/py
2HuMIF/zeznY2vKmKpt8Q8d4NeYclGDD2vCiu75Usyc5J6ISSD3pm12g//ZfBg/Ke5lKmPspBfxtuWP59oeO5NsfZjYfEOjZRPqAaoYlgaGMqYNNRI6SpyfO
0EzygKz7fc5QzFA49mtQ3319rQ9q2l46emIBgeauOC9jPNnX58cGs8C6sPcaYNtDuzBOJNXR8nKqdWWXlmJ1gn/fDX42alDb7up3tawxZ2hJoLv8PEzb1eG2s
5YE+lxIHwbHVSZhvrw/ejTTuyyUU1u5ncvvfrgvAM1AeT1eWjauVfiymkntUd2tRw0qr5aNqTjjcHk93zpDaZ1BlNZbXsAT1NGGocsz7Yf6GjsNaDv72oBoq0
BzXZyL2J9EUaHBU2nppG9aAZ/1n/Xja8HjHROBsoreMD1vnFU8qv/w360Lg9blmE1ANyfau+qmdkj/PtBe94/DY3rVwbZkmOflJ9IMfB523d7RWcK8kipOU6
9Fvys1DHL/1kVFwIDigCZSRhEfNpL6vDTjC3tuJevbHccI6KYRwk6EUFzpYUHhn5Zm46d0d6WtrEjvSzqUzdRDnogXTheVrDCd9Q6HemgmbssPPc+6AUd
b7MC1ZBK7URdw69Lixbd0Ec3Tc0l/vbG3NQvXr3L+NKnouQwvndNWLvmd4LJhIxuinrdwfdfDOcPaBxTK4ywYv/H7w8/flm4FQ//ZHEepQd+F0UdJnqVni
V9qQU6FpfSFksel0dRvbjxPYcYZgWoNw05ZqJeJS+G0YXrjf0PbUNpFeF3Fu01COYzsi1E+1WGfyd41I3FQuKYN5UWFf0/chVb3G7RoSt3PI8jZtCfXVCb5/
JfWMEjmscNxRbcKGF93F/ACm+9jMCUe9Qi/5s1/qaRHQWfGYS0SYy3Ioe0y5UJjHlbv9fJIb3HzvVL74wynDA9QM9cl/qfDzL/T7eq47WvXvZY3qz29gm3h
qYCAIxeLOJqMnuuds3O+S/m5TuRJR40C/wrabqr4bwoU21k3Vtao3U1vWmGqIdRPnYRucSrXLKs4i40l4NH4sztlHpi1rsF81cRIIWo9dfXCbxqPln6WoW5Pv
5TrUePWeoXNdlfDeJ9klJu8lOs70HGpmpu8x1/15hWfhvvdL+mXOILizC/PVcnPvfTCoetPZwOAHg9WXXyDawWVcMKo2ifappNwcAoHujEDPLXqSjJl1hg
0i3ajIrAMm69o1gV5HcR6iPGmuLa+Iivap2E1oV4lAtyU2HXkn1PvwynVhnlTmpiJSbm1Xkki3IWqrtEtsjIFlTJRUNcY/ltI96CHf/aCq1P1Cgju9MF/0yvtLfZNfs
FzeyQQzkw7rrzl9HVzMJivmTOdfe/MB8/n3mcConoE4PDutuZJFL/u5I6Idgb7KYt9bUlQnGTwJxk1VnEj5IYqZ67shqCSXJsIQXRLodRbncjPGu7+l30QWvew
uiHbrAj2toHRIoFca1p637pIiw+LOt6bclRbRtqJAmibQbdyPK150dQ3vG7an1TkzT3B7xtaxfPeD40BE3q1lIDZZcOe7t/hyVzOxPos8kFP5/d+vU0hakzBppJbFhb
7u8KhCsCPQLRuZeY3KCr3qz6W8LLAueizLJJcXwFGB3gRxXkfDP+RsaTxxRqAX7csqjjDK+8EuRvcVrv+M4v1KbhPjIdA32yU27FgXvOjq8/dLrkvLAv07
H5qvy/PDdXl4wh0S5uvuLRRdI/n+740FyqlnYe6G+qK8Iqe6MytLrCPQb1HezHdNivGi6yUrNEwfiv1dEuoqhEwavlfB8y1qwLog0JsizkPUpMlBjZvWIX5/xyU
a52sFug2hWAOBruyR2ufUMLDmfyJ2kiA2UaDbuCdb9Z8WpWN/avicH5Ccy8M8o5kgv61EujeevegbRaMXb3L7XgqxmbPcWsEdJ3RzIEsUxHFCOmO5jYK
7ULmL2UDvBwPkD57XKXFYXRmI+6HuWTrVI21k2Ww7CPQ5PTEwwZM2A/H1tS9bWzcZc8+0R2K85Jno6+LWIkMSjCqbno9w0J5K+RNq4VKTS1kMv
ezq++1WYFSfRZ51HQV608R52B7G0oykhaFYPxK7SeesC/S4PmvDOuiq3olS6iKGC7nNeTNdGt/CYztPXeedfNbYiMpqokA33Z+H3JPqlsGYfhcKLcPzjG/V
8LsfXhws8FTXcU1+0Ki8obx9NBWwSd09H3HG1ZHY86oj0O0NiusMmZdyG4aa1mDe1QbJQFJmlndAOCahBMODktpDWN+nGd6hfqS+y1iPXER8ztquoee
e9QRNFOdRUVP3qKy4dzqc+K2tQA8FedbQ65LeidTC0cC1XshtpIQ60kzmd/U17umjUzSLfspJEtMisak3cZ92RzLNzE1PIa+XsQW9qzspahEuu9FRHotRKk
QHr9STs3+HMq/P8Kjbg9lyDUx6dRz3cG70nZMdXRVDh4i5URezCZagrFhFBgxRSdaerod7C8bTRaMUxNrpJcpvJQgbX2LmYmtUKjb7FOKJPOZCfQKxEiT
xXnZ91g2F7pNjx25ngVxn7cf0393r+L7Mi1IbE+0DHT957rmDM/K9PaSTRXopvt0WxMkVdhWhZPYblm5zc/92eWsQfrBi3kj+rQY9CNiMzZMPUU5P6ac6H
J+TDnJWM6PKbd8LX7MNactl/feTNRB0r2tltsPfj6VX308FLDZKZw08L4O9OB/yCM2RreoAF2ekI2ZoH0eimoD4jw0AFUbfz1s56GBZCHMcxjcT9el+k7B8

8gkhon6Huv6VgbOxNI1b0v52fPrtIFyrTnB0roXAVcP6vW0tbsbi1l7JqfqxdU4wB3bEyC10M0ys3NNt0lQUxEi3gUf6/JLFyZihzrcbartc6AmTEy3Co8eZPq5ytC
MbbbNsTD/vwmOBHQ96lG9+VK1rPlgUghIjzAVPuKl7sxN+P5kZZX/4PTK/20G9zE3dvmmiDfoq204TPOhWlkRor0JZzyg01myJJZPrB5WR8KTm74StZTR5
vehKZJXpQW+LOK/inqui6NaULvULVXnQe2J3SUQZzyicQLVpNxUKUV4a96rwoOdZVpAHk/266bqv4vkYsRO3rN/2Wz86nA1evndV2Ats0lvsG/CYZ/WE
+5Y94SajAVavWS1XecW/8maVA2OTGehBrYnM2w7e9KIGla18BSdidw/Y5YG8J/a8uwdixsvW9X3fVnt9WWJ9H2rxaJptqXaph0tC1SVxLnLrSZ9IM3mi77E
nUGSSwcZ7obyvD0uaQLnUdtOjJEdj+Ls0ZdbUUx2Z6H6pp8cA2wl8hzU5Z9I46dy1b5Vy61/40UgPlmfGQ9RF7Iaoi9gNURexGaIuFsLvn8gnP30eHF0BGx3S
Q2leiGLIM23I0nbcGaxOPM8bSLm5Ai4tCwgTdXUY1Etnk2GXczJkr+T6HlkS6QPEuXPifFmkv2xof7gTuUfIhhJtNrzOV2I2nD11/xb01Y+W7aa4BH05+vJ9qd
dEkKqDx7r/K7NfGsvca2ySsupefYbJJLDh9tU1EeiKL/5wGhzBy+s9njUi1oTnE9wmvPzF6yAYHL2pfOIzuwKmOb2ZzGom+7rzQqSnp2vJoCqcxMRRkb5fsH
2pv72ZUTe4VrTK+h5pw80key6L88AYb6s4j75je/o6mzjpq57ve1W9U0Um7qwvLU3GRmRQKM6rWsY2Wr6vdVuuxbHh98OavA/hHuJHFX3+sCbntP0+GLv
mrdIf4ZdeqDXpuzNjZUW8SowolRhRKjFiU2LEZo5yK4JYYgRxgXJ5781EHYjROlCD4yv5+GcGAqaZ6sGuqd70HUR65QbVmVTvAbUp0ovU2Z4seV4NG
NQTB+pbGW4mPaodbRA6J87VtVlOwuW6OF8WLz1pZjJSxXEV71ZUAMYJ8KQ+o8IEcV1LdbUn1eaYCdv5o+U+O1rXORP67dXAVpnosXRa4TWMpX5e
dNPvw4XJcWGrksf45RfT4FCVck8kY6b3OmVwF2lDePyxfPyziHQ7nOr06WkDhToiPT2m368rccf7eWnJYCxyzsNlo62gQR16l1xpS1cG25FLAr3tYe1p3rN7
0szorEpE+jrRp37mQJb2dWLT9PvxVNzZAk+9Iy/zToKs+ZuOuBstFBXnLmxpe1iTc0bHw47h9meMrUof5b/7k3FwBA3LuxeIvZeNCSFPuuZ6J4pbV+5YHiHS
LRpWw4hQv2iYSD/lEW80qExvhTMQd/anV5wHIth0gsS8Scx2dbvcZLRlNTBcqe+wPykiypUnVkX3dB0Sqj3EeSrG+r24J81bn34srEIP0/ebFodDB+9xZRJyX
bK4lNFRrtq3V46N5+diPlJnIPYcOYeGn4XR5QVbTjzSr5yM5clJYIh6rwdC8Hkg+C7Wik0Twpx16/nvbX25Yxl8DpFejlB/1CDj6q5Ut2aqLgLdJGcuTooEIIi17Q
sH6m5gob5dE3RHGet6WZQPHGtDXbG7dV9TxPmyUFfvh9rK6Lk0Z+I3jDorlYrXlKelJ+a3wnJxZ5bLuOsKJ1qjE64ZoqPuipvJ4oZS/dKCuGsyScdSO1PjmEn
nx5HpiZItpx7rk9FUhqPD4OgFgi8wBryT2cDhrig1I7ibM+lwLPufR6TbZ6SNqw80RKwfiNshZE0S6C6/n0MH6q7v+D2ZNCbqLMqj4lyJzR3EeS6m2vhV4uON
Boj1ThXtdFnkOSrYTfdtJ+JOaHucjTTJ+txKrr+iXIibzo2pmPeiH4p5L/rAQpsz26/UYubvKx/fDcSfejl29UuyvTbx2cL3IrnKLQjzpXISk6wta7kVYb50v37Bcnnvz
UQdzL9/Q/7kW+cCVQzA0fekU6Nrv9JGoq1QLVMd3VmJA7V6jq8Mnu9lDSZCppJzVnuNN0SJjrR9kWp/7xu8lzLbSh5h+9MYg+9UH7YMb3VeU168DyDOr
dFbGkt2anb9asnM0NK51XmfFO2j9Nf3ShS56r02uZ1Ulr61CpQAO3Zk/FTv0Hst6pdMj6Wm32nTtpWVHVq8moTmrPLlT/QDk7s7r2hv3iD8SAhK+aLUnjDP
NunQvRlMq5t0uJpl6n/xzSmaufJOcjdiZOO06LtqV98ZWyFwdBbqqi2cGz/dQ3F/zb9qoUluLHVX02a4Lu7HuI071dZ6X9JmmBPoEcV4q/ch4slsD0a7C923YIAs
CPSlMet3vIj8vU6BfGhz/wy29XEc9/+00zyQFyonQLfDumBToth0aJlD9psntYS/E3DID09dmpa+5U9uh4mt/HHZqJJmK41Nv3oozfzbrt7M6KRAnuOPEeeZyY
ZgZ+6RXPzhNl94Rl0X7gRZTUx7dzaBucnCrQ195algk71oqm/ZeXGbPcQNvE4jzchnHiEmXRbsS0gPbH5Ik9tb9Tv3cwO4QWftBk+N8XfLGnGq7oqg4D+3a
niP2yWkN+u6hYRG8rd/non1yz/B1vbTVJrYEmskffm8aHKfBMZQ/+l4g0lUCvpk3ab4uZ+0+7d76/dfTlpuX3ZGPfXHlg3BStJ/qzlMZV2pGWM3+Ke+qCiGqe
gse2owdwViXicxLMZtToSqB/rlGBtQlrxji3IBoP9KG8642DpRXWNka8xxC1WFlD+WaRp3uWnjudWDhHTYwIbLr0HtXB1vT9Fp0E/bhwPA1WZusQqC3hf/
43WlwHAWHEuu3+88XTZaXnJ3+ifzyF/tUfu1Eu6cFuwo5L3v/dStGVU0xmWF0XKP7NnmtWTx6d1ta34A4tyXaVV//uhbsVUz+Dk2fsKjICwV+yfukmxxTJ
1KfKDe1bMfkJBECvdr3b7ugwFYOKZPLKM9sPgsEehv54++Mg6M/239evIm9fdp99S+GTj05IdvMmQ9LNq4OqX7j69zbKtDTGlU9w59JkkzEOcyZasHe12J
dRWqVNfG7L/b2UK5E4Dswnoxr1v5S98UpoiNcEOhXUp8JEnWdLnnR1bIuk0s9rI4VCPQ285++PQ6O3dmA6Vvbp31bPvqllZVde7GuBngVeTEp4fMGVLlR
lAehTuHMpsVtGgPdtEAf0+wQ5xBrsA/1+/a0pM9kPHG7f67sepcFeTTDfoGxhPo3J6jj2Jb8E04mr+UCgQ72Of62arRvyM2e84b2aVednTf7/lA+8uUeFV17lOh
QEzqPLX+OmuFs+77ofYPnmtbw/k1GbJRtVF0IIM4hiUttLL8u9AgZxEOhml+/UbTwZr/tFUhl/hwV63epfXa8LXvS+mF020LRdcQh0mDP63fNASKst687WCu
60wjzk1ivfCX4+pJIbgwpXVBM6NsMU96jmVgt0k6QJS+xT362mTxVU1jf1LRjwUVQeip7tG6ntlsX0b1nbEvVfvZi9m6PPNnkNyvYdIdChPE6+dRkcan/5k7
WCO5swvy3nbe3LR77So5Ibw7kWPra8hRjM7R7Qxzw2KJH9QGANqYbKGIjdyCzr40lFa8sZTxhL6tJmqvSi98RsFEkp2wwi0GGVP/nWYC7SJSKyl4V5KM6
jwlwW17Ff+/NEcd5WWA4DqHmdrvJ02/CkbwvZ3AGgJAKB9UQIh66SI7HnSe9TvQCVYtr+z+JFN/nZVwh0qJYX31Qi/axwojJVxK798Of78uEniK5mcW7R
qKWtAECZHCPmKkWNJTYSkTKWAFTLVMxPwKWxPVXegH2DnzmSkpLuItAhAW8vENWTQoniQq7DsngoUqI6ld2aXKvK8m4j0Q+GMgBU0Z/tNuyed
sWx7cYSsLHN5l2aNUDIDA2fTwnvXsn9yVFZIYVAh/X88BuXc0FtRJiHZRHoyUaU6sDGwfFTqVdW4aGFc/ZoEq2txy6PDSqio0V6ndtgdz52z8aQaXC8kvok
3lTj30v6QcYTxpLGofqiTF70FMkXN9mKjXiHiZSYgwGBDsn86Bvngai+Td5SJFHc7O+8bfngUzJ03w50A20MXmojSq2DDGf7d2o0uCijamKhfqCd9WjSg5l
m39hL2m3teGTx3Nu6T6uTcd+XuXdHtXc1wavC9ffldmuhOkUFjOgHGU9MjyUGMu2zhWZxhlkKp0i+mORFH4jZrdWOyqwoBDps5k+/fhSl7ckawZ0szMM
y6rj1prdZoO/pl3waHO9rI+qBzL0264yuunDKy2KMtgvGbsl1eW7w87ZpvqWJuKcWz78jbkcxqff6UPe7arR9LzgOZP1WUIwlFeDl9mtXhttdLccSA5n2p3S7Yq
IOTwy/Y+tEv8nw9jPDdgICHYxxGCvM/RhhHopzlb09Wk4NVHOR3iaBvqs7ibGuhXe1EZXWiK+TUTV2WKTVDdOCsW51mXm/2QRD+LKi9x7sMxS7e2g
/cEikq3d4T27D1tUE7zN9jWnfqTr1A2cW6q90HNl+zeR4Ure+zeT1XgqY6rdNvmN7Me93X8zuWz8su5IQ6JCOP/udQHx5Z6mEeRgGP9tmbanc3IjuyC9+td/g
2hrIbabHV9qIypukpk6TGaZnF3da/MaZNgTq9L7lutYEQ/i8graLQC8PNQE6sXj+fbGTuCwNPW0YhmHr78pi2DrjCe9k2eNJ3Wy3m+s1EM1wLmCCqZidWO

3E9NEm+2w1vowR6OAufmAorCSKi34vsiDgQ4M5rpznNVmgH2kjqmPgXNs1MiyYXXbXOG28QF/DRYa2e9XS+m6C+OiL3fWhapJ1UMG9KUGt8pLsGD
xfG0Ul44k5VFvs1ejeb5wjhLg7xdDw+ZQgD73oqn0+MHjuoyoqCIEO6fnzr41FzSQVThQnKtS9yQasaXF12NIW1/aELCa9gnUyzPcqehfPW1rfTRHpqs6vLH6
GyhdS9mSp6bHkgbQ3WVopgt+RNee221Fd7Lc9x+uxzUzFnhfdpM2s7NARAh3cx/eO8gvzSLK4Zu9LOrUwyLRxPfa05W+b6XXodTCqlHgwtrQhMJbHFdV3
pwYiPVzPvNeg98X2vYxLFuk2+sAB/ak9Ee7ImnPbwrIuTgMEutsMLbTLnuE+blhV5dyxdua3PtWbGYR+ZLZ2OdRZQuEmqwJvoTdcU24lg3iOcsvX4q8I0m
Ll8t5b+jq4DL4fy4tvltNx+LPsqseprvnan1+zF6kvL1J/v/C1Xfnxl5vY4al72jds7B9W2VFkEFdgVgyYbEcDqWAdVZXiITCWzzPW94Hhe3E5G7XqU+7qNnal7/
9Ubrd9rOs782g+Rlmhoyc1+iXV0VQ/m47h535Ug2fs7HjiqAjf1I6UJ9DUDhNqEnXXccHaTRLoapIl43M8E7DRLk8M2jkdPX6Z6i+vqhzDzQv0uTBXa5X3LY
rSfILbhDBPuuYqJx1++S2VwG0oP/yGXQP8nd++lF/8ylnw2XdzPd+ZZvfnov3ad72DLyLQbRjTrhtVpj1LUwS6UfZlPsnjar12JaNnJsnICn53FfxuXKS+cxhxUcJ
wYhfruyeLUUwdfb0PtLh9WWOxPtJ90YGl8+/otIKWSD8XsxFndZnwZTwxP56YnPBVbWjg8P0eJgm1HP0628jaYbjcLguOuyaTC1dqc5sNcX/rU4NAgJ3fiPO
kDN//skDOUM6PKXfzfUw5yVguab/vpOzlacvlvbfkcmoAf08++gX7yQx8bchuurfQe74i1G/K9RBWmYwq1w0q0+FkbTeo1P2bzk7tchtKNKjSGFnR0NOM4lz
0QDwpaMTVpb43XVco1H+qDdOB1CtC5lBPMthiR8pLHDS2VD8uP8+emN/Fo+3jiWmBue9wG8o82VvRewgxa9EdilA5qvLDzQn0z39qLxBexzMDqzxRWl
xwmxDmbk06HMhHvjiyK9ADwzfVvclS3a1cc5O3PbFhHCqPUN/hAdG0QGdANJ+cZN/RNmTEoFoa2E/LrO/o5EDka1XfrvVzPcnmSQvFutp3+7wG4i5kIPa3
XxuVcB82PHcdcWd/93XPziSEJ8/bkekkiq62ocyTvRu4ENaf22To4DWpSYNKo8fMCPTPf6o7fl1Hb5gmXlPcmKScdJOW9yaZJh/1ApNtMlnO+WZjHPd+le/W
8Jic+sxUONRI3E8aZHhCFAdFaO3KxDY0Mt5+8a8dy13d0cmBposA1l7aIV0B5NZ8tiXVXCbdfs5nZfV/sh/mei50dLe46+vxseD8ZS+yMJy62ITUh+qQIExFN
YSpmM7o3YtLAlAf9KBBgnc2iVFKKUkkpSjOUWxHckk5wJ5bzUt6bt/6a05bbOOGxcs32QjP+8qlKTHe1/vnebKWmM7Yv7Yfu3dRdj4EwM9sODhY9C4P0
RNgHNxy4ziy0oSOH7lFNJs72LDW4RVHetdNTMe913RF3PAQ3dW3ovvqOvz9liPRjsZ893tZ48szBZ6jeFdOTvWPDbaqujCw9r92G3yMCvQWCOMKJOLA
kxoxA9729dGLTwprtuHIidr31YtlbbyYSYVs+9CWLnaZ3nuverm+2WVM/225wZ6MGcVtrIB84NmCMLBhUpu/PlOi6W1H9mqYMz18adqP3Z3Dt2VFFf7uO
Jw7Ud9dCWxqL+5yXUPcjyyLF5oTaqUMCS00WHFi6R5Pt6dbUSTGpmFCm7MkR9b6ajsYIl0u4EJWlrsN07oKXQv6CMpiKO150J+zr4gL9c7+qtILr1HjNdp
MSxS1fs71Z/Vz3tvT3143vcGwaVfuOdClJS6LVtMfIpNejV0Ed2whxPa5YNO5qg9H05M6ZFAtpVfV9Zak/qEoldS3VtROGTMr+5JHF83d0/drqG6Zibx11eO1
Vi/RdsRMpYNXoj04qrhPiCROPvQrqeWjhnOHOBlWK9JEUyFKfMIniUrRZ0xk6cA1n4sjEc3GBPgtTtiRKTQpz37Iw9y0Lcz9XOXsDbq57i4S6+63obMaWhF
VUpJ9WOCgWGhATmIjbM9Z7FXymrYGrKpGeSZxnDH03UVc2jLJQCPUreldteJbqFO47sizWOpb745Hlax9X1Ldl7g9yTM5YJeyfckQA7VUwfo8s2SVVivT
CtsiaZ+eMWGsJU6neiz50pTIMhLh7PUe8xWYyuIs0KfzefkdZ6Pl6behwbL/sKtz9vGSjv6c/c9/S+V2fsT5skFGljMvj4CizzvtZjfEMhq8pg0rVhw0vurrn96S8xEp
d/a4+aOF7GsdA7G/+Nq5bHxBpm+/q51pm/6behVeWxPmFDYG+PGFYYGlOR6pJsja02P7PpbxojK7YcxQ4JdZaRJV1fuHShIwJD/q4clHafE943nuzl7k0bR0s
PDd/8ZqvW9HZqMFjYvkztrXRPyrBsDrUA/COxQ5yZOG8l4bruwpxYmXgUsZlcByl3RDd0Jg60m2143gdXVp+xs+0cLBZ37sW39U6e5YGlvvkHbHn7S5Dz
B3odmPbm97TbehZzfrMqeF9mg+l/OUFNid7tvWEi+222tftx5Y4x3teDVOpzovu1ISMCQ/6tHJRakuY139dvMWtRVJMvMjyveky160R52UaVaIHqqkefE0a/l1t
1E61MdWpYQd5bqGuy15eMBK7+/mqXALvc62dg+r4G+hkcWLz+l4YNqiOx67EMo19M13c4EfJKG8uNN2RyTL4o8Wl7+zUbdXQq5ezprdrNu2InwV6YGPJ
9sZt0M+9Wi2kExFpy7ERR1fKCgeXzPxM70X093X7URO+Oxet3eQvJplPF+GLLOVShQP/O26qzmmTex9vEft9JW6GlLRe7l7mk3MtczG8bJwnlRLJuGze21
nL8wAhMurfo9a38LubrZjMWu2GVy4P9vizuU5xndj4U5SNtkBxbNPbL6CCnlgTWVPIn/8ojyqwbDYGB+aTgfUXv77Ck9nNlweC8LKG+1fsare9eQcP1SJ/L5
kRIEzxLU7G//ZqtzP1lCocd/e5e6r4575rpXW10qzHpldjzei7Xk60cCWsn7tIkjVvTD7yr36tBzjrO+jdl2CU7WkifF7ivuIkd2+3nqVh1cEGK/rIsL/rItUrwjOw7++av
BS+edxwrXiVBmEuCKM1aThJErmwQuNnK5b03E3UgGwR8fLkTeeerA2st5+e+6qe+Ny8mGmA+iJ3JX32h35IOp6s7nU5Fn3+IB5zziNEyjhj2oTDo66+r2AL
vodhL6NPXhkLZdRx9/ruR+t7WQidP+x9q478snwcY92GzxPa+K6+J3WUuSXdI4sD7KnYWcO9qb7PdX2PE9p0T9f5Xonv7OuSf8JrbLBdmIgzHmgBapN7
FiY0yu4Dlpks9QXTSJvoL40rdyu6Ppth42vbsbKpDYXATxL62+iYfbdAO6vCLgkjndaNlVFBHh1PtktsO33Dkzsm7Y+n0o618T09GVOWfdwTx5KemhHoisf/9
rbDqk6UmhHcJoR5tZMO88b246/aaWz/6rcXX5xN9+Ytl7speyZ/3RqBLtqlfldg3aBtO8TPtZiNvAJdxG4egCyGzKU2ojoNbjtVT66ZNPqrNg5dE+gK5Wm1uQ7
6Sr/npj1yLvQBrvKG2PWAWp0gyfm+550IMikei7wj57qv3Wlg20Gg52Mk5UTbOFmnWwbPFRhI3oS9zCvPTj83BmyJ89vOxsTzbVsIkfKKPcd2ih2cByUJyqb
QF7vhuWnY0WKrSnE+KaHtXEp120/Ne1Q3xPmkoYahWhZge/u1sZjP67DnQB/gImWEJ58vC+oav+9jXWdV0tFjSdXi/JEQ2u4SZY03Ixdv3pxAf/aDy0B0Ka
PxpTNbprUvUdxEi3O7HYx6zoWe783Xly3scJS35kxg2dAsoy2MG1Rn12I4+Y5pI7MEwomdstrO4zo2FEPP9arqSQrLDCz3yzZE+rThzyQPZyUZ9acVCmpbQu
hly9vOiatCrcVMxf5a9BOxk6PIIYGuOPqDy+BQnvR7s5tW3txytxVbFNL19oRnqQPVsT4KhPmudXE+v+d+pkmHa32slhu3tNNRRtVEQLToKasdNG3wPZf5j
L+Zt7pEI9OQaNyTcr0dtj2tdnprM8914KoRU6N+2cb2a2OTfUDNuSh5wqJpgnbQYrvkTMqJ4oPsDGt+/tzcsXLW598fC/sHNpN/+bXdQGBv305OLFveWdbye
9OW1mLo/RxLu9cQnki5+4mfayNuu0f1GBr8x1V8eN610QZE46OKXpjQiNtv0Xuq6vq0Bfd5qZ+vale2lm080O/soCl9gCOEER5lRuWVnTwSu8QOEyESxW
Wm2la0Mea+FIcnnrd49pDNIleGhZFIhwv575+ftrgmw8GwrTPWJ1LNjPVRA+tyJBa9aEne7opCO21mbE8r0q160h1abvBc2hX2aWPf5mWUoXlYpz6gBuK8L
+WvHR5JwnZr2CW1Eed9kVYut6wTwzbagwh0SM+//Fo3MMkHmfZzj4b+X0e96x6JONor0qsS56FR1cTESrkM9KgQXCcKQxGufl+xcLxyQJzfiPSgLqyJdEf

WtJ5IuXtuuyTSbYvdZxb6wDaK9KrEebTOsUvqyRnivDZMxXyOEHW+MQIdmoHv7QVCu7MozHMnijulQhcGw7YkaHkq1a71umyw6FDG4r0sExBRIbhJF
KrfR8uULNZDQ9wZgzioi4FUsCa9pHp/LO1ekzkS+5mtVUj6roXrfijtyO5+UbE4VwyleV70qF1y0tC2c4I4rxUqueZdw+ccuX7TCHRIxz//ne5sMEqbBG+zgB9T
qQuD4Z5Uv9WJbYH1SNxIyKE65qZm0h9LDu/HOu+4I+HtEy1kXIy6GUjJXkvL9R6+p0cCwxIEytiCSD+V5ntAzxzqEwYNtksGDbRL2j75WEdMO1UuEOj
QHPzgBfG9bUPbxk3kf7R6/SmSQXhPmjcjH67zcqlDHEhzvUzhOtrnRYWfA6HWz7Uh7nJ/odr1Gw14by8cfE9d6CdsCt2Oru+uhT5gN2sfUBOeilvez7E0e3K9
KXbJhe6nmXysF91lgW4gimxYhxtHoMNm/tnXe4GpfphKmKdLFIcBmDzY7zZowH8qbno/p9rIa6pID0P5cxlWWb3ploype1Kf5Qh1F0TPxd0oharpWxYnO2J
+j/SQsA9ogjd9ogWWi8a1uqaTBr8DY/o3qAgVXbqwq0ZBx4Gy+WqhQRDokIbRbO25ub3qWX++WVypAf91qW8o9pm+/qHD13jecJEeNawSJ3yWB7wKvel
XcjupM67hexsKImPvremJkaXzRSdCWI+5/rnuWe4nlEg/stwHPK5pX3elr911gTVouEi30r+VYIfQv9Ub0zZkbSIoEOiQzP2vq3XndxcEd5wwl1TCfN5h/s/PTan
YVEy1gKzjgNgXt8OSoyJ9V5q7Jj00rNQg93qcAenQll4n+lkMa25MjXX7fyQGPK+mJ0b0+ULR0xMhH0jKfsL2Xslq+7WRxfMf6ef9tCZCPZys69XIqB7o977
pk77G+jdLXOjr69O/1Rr1Pm0b7lMQ6NAIca4MkicbBPdS2HtCuXlZ1v/kHxBDgeXi4H8SEeZ1GxCnEYOjyYbVVA94C+2o4nXmV/paXtfXNm1QfY+0uFDty
pUQ44uIMKcvzt4P204IuC92E1iFk3Vdx9rlujY6lPpN1qn3flea7U13tX+b6OvpCbk0miLQTbfZ2vQnCHRYJ86DAcYbxWdmjxPmcYnilsr53oX87ecIby8usMJB
seqt2SbakPqAvq5xzet35LjhaqsdGbnXjJ74qCHVNGG+zmB/QwxMsOWMeFB9xcOIMCfcM//+ztL0OV22/tldyu3wu1XpDw4m6ew1po2Ef6/KkupP9W4G284a
+DoR5M+iL+a3VajUp7TkU3gjOiPNv7Opt0G73PJflUPZQmC9bj2vKzb9/JO99Is7TLF3dkYXHjuWBULWLU/3vtOF129OGcli3HQP1d67rbuzShEYwDvQ8zw
vv9YGlj3kZaT/Tlr+3e0Gd7wV1rup72/K7eipuZbw2ZXRVGfqhxrF9y31tFbsX7C6NJx2LnzVZGk8a/84bHqcnS+PJ1MF73bPUv11E2k0dnD6qLt4zdC617GPYg
vfl1LAtoiZxBgh0qC//9BthcqaOQWE+71Df+2yPCi5FsO/qo6f/7WY0CEIhean/DY8pdXtTr2naclh/UkMDtB/TjjoZ28800nbGvJpr6UXqup/jfb1YqutzIVsxmBPs0
fbZzdgXhELycqlPoD+4rc//8i+UXR6z9Cgck6c1G4uL9m9h+xlji7RqTHzf8DIfr1u7QaBDVJwPZB5el0ZwS8Zyj2T8mRGV7JRhEDf4A6SZpIiDNmSefsLvEDn
gYn8QnZgEyGqL0IZAaQWTEUpnG8ZSBDo4K8xVB3k0eyHyCPOb360tNwnE+S4VDQAAAAAMSg98lPD51S5LcZ1q4g7tIXWi/O+zPY597YtCPOQQyo
aAAAAAADWYFovTKSm0WYI9PYK854W5ndzCO715Vb2SpfncvaZMRUOAAAAAAxdC0I9NpuJ4pAb58w789eAF9lRyyYAC5ZmCsugp8PqXQAAAA
AAFiDyvpvcucIIUB1hEAH10X53uzw1ZYXJoW5JCWK25OzT5M0CgAAAAA1jF0/HwNE+if+Mw8y6eJdc2xXtqM5eyLUhNrtove227ws27wtRLmd43VQd
I1r5Z7LH/3abJwAgAAAADAOgbBsW3wfGq711ME+qooV8JQrSNQ/3ZKEqV2hHk2Ucqkw7zcSSDOj+hvAAAAAABgg0A3idIgtY7gNSvQ597yUXA8aKE
oZdJhziT4GVnbAQAAAAgib6E0b5muJIaJ4czL9Dn4nwcHDt4wls76TCZhdX/rzdZdw4AAAAAEmYduqp0Pba65A7RivED8Q5nvC2TjqoGSvEOQAAAA
AAbKInYdS1OYZNqBgzAv3jnxkEIu0uwtwBYV7qvd2ccyJq/QjiHAAAAAAyhfTJ8ExRaDfCrphohi07c2tUhATHq/EOZ5zAAAAAABIg1oavW/nKOmVE
5xgf7xz/bme2u3SpQmX3MdJh3M1MFZ8Ls9+QniHAAAAAAUmF67fmZzHOhIdC1eOshzGskzJOuOVsdPA+EOdnaAQAAAAgLV0LAn3YpAoyINC9fq
1FKYI7671dBT8byE8en9K/AAAAABAgbB0BTF4vgtpkPfcjEAXObciXpPEJsK8CmGufnY2e6l+8nhK3wIAAAAAAnBeJ25doPtqrzmStTV80uFq1vh/8viIP
gUAAAAAHIwCI5tg+dT3vNR0yrJ832/+Fn2P38ZCCLlOw0Rp9ZMObtyb2rLgMBDnJIIDAAAAAIC8qMjrHYPnexcjXMgmtlmzVczF97BqiiNE41xYjNHu
URRGieIM5bbKIgLllsRxHGCu0C5WMGdQuzfllPCfEg4OwAAAAAAFKRvWJyrCN9REyvKkECf7YM+kHDBP2u26xoerxLAnSLMAQAAAAADAIEPD51O
e80ZG+JoJcVd87K1+IPDeY812LScdJkE51chPCWUHAAAAAACD9ILjfcPnfD04pgj0TfzyF/ZEhRqsW4+OJ9ylOjgLfnc685jjLQcAAAAAAADuMgmPf4PnU
UtxBUyvLrEBXfPQLvcC0w0D87ZcmSpOENFumqZ9dBN8rET6eHb6cy0/exFMOAAAAAAA2CbQh3vNqBXrIR77YFZUMwPd2KxKIZa0Jf2JAmM+3CDA
36TCdH96l/N2b5/QLAAAAAAABQAcMbvWSGl8Gx1+QKsyfQ28L9r/sFhHIY7kz+9nN9KhMAAAAAABqCcthOJUwkboZ7Mo8Kbix3aDdFMRh+DwAAAA
AA0AwGhsX5WdPFOQLdBEbXowMAAAAAADSCQ8PnO2pDpSHQjYI0A4niAAAAAAA4hHdOFoEbEFXeWcNg4AAAAAAECRXnDcNXi+KwQ6ZMPPKMxXB
H2kHAAAAAAAQH0ZGj7fKDguEeiQQaAjzAEAAAAAAoPX0gmPf8DmP2laJCHRjQn2NEF8W8SSKAwAAAACA5jEwfL6T4Jgi0KF8Yc56dAAAAAAAq
DdsrYZAdwEyuAMAAAAAQOvpUgU19Or/Jk8E8E9dj06AAAAAAAAIINChoEgnURwAAAAAAAABDpVYEkkrxPcaYU5Xn
QAAAAAAAAEOpgT5ySKAwAAAAAAAAR6VXj5EsUhzAAAAAAAACBbhA/ozAnURwAAAAAAAAq0G0IdIQ5AAAAAAAINAdEuo5hTkZ3AEA
AAAAAACBbliYLwjuDBncEekAAAAAAAAA1dKqgKB7CHAAAAAAAABDolZMkuNlqQDAAAAAAAAAADoZYp0EsUBAAAAAAAAAAq0BUb
AAAANButqiCwkxmgnsm1OPWo0ffEeVy5uVg/pxoBAAAAAAQ6FAEX4nrFcDqAAAAAAAAACHQoyGitMJeNwlxxIf/vN06pgRAAAAAAA
AQ6FOF/H4wDwX0WK8z9GGG+sh7dG1KJAAAAAAAgEA3gS9S9V7w7v+Vglzf0HAn8jf//qICgQAAAAAAAAEugn+z29dBmK7HxwXi8Jc1glz9ZUS5wMq
DwAAAAAAABDoJvm/v6kSve0GQvz5rTCPSxQnSsQ/QpwDAAAAAAAABFM/3fWrBNP/k+93gv3/tasO8G1az2OT+fHX//6ySEAwAAAAAAAAQ6AAAAA
AAAgIsQ4g4wAAAAAAACAQcAAAAAAAABDoAAAAAAAAEOgAAAAAAAADvH/BRgsPaPcmYr1X1OAAAAASUVORK5
CYII="></image></defs></svg>

StockStory Top Pick <div class="icon fin-icon inherit-icn sz-medium  yf-1pnxr15"><!-- HTML_TAG_START --><svg xmlns="http://www.w3.org/2000/svg" viewBox="0 0 24 24"><path d="M19 19H5V5h7V3H5a2 2 0 0 0-2 2v14a2 2 0 0 0 2 2h14c1.1 0 2-.9 2-2v-7h-2zM14 3v2h3.59l-9.83 9.83 1.41 1.41L19 6.41V10h2V3z"/></svg><!-- HTML_TAG_END --></div> </a></div> <div class="stock-story-tickers horizontal yf-hrqvm4"><div style="display: contents; --ticker-name-font-size:var(--font-m); --text-color:var(--text1); --ticker-change-font-weight:var(--font-normal); --ticker-hover2-box-shadow:0 4px 10px 0 rgba(0, 0, 0, .08); --ticker-hover2-border-color:var(--light-divider);"><a data-testid="ticker-container" class="ticker medium hover2  border streaming  extraPadding yf-1m808gl" target="_parent" aria-label="CRWD" data-ylk="elm:qte;elmt:link;itc:0;sec:ticker-tag-module;slk:CRWD" href="/quote/CRWD/" title="CRWD"> <div class="name yf-1m808gl"> <span class="symbol yf-1m808gl">CRWD </span> </div> <fin-streamer class="percentChange yf-1m808gl" data-symbol="CRWD" data-field="regularMarketChangePercent" data-trend="txt" data-pricehint="2" data-tstyle="default" active><span class="txt-positive yf-1m808gl">+1.28%</span></fin-streamer> </a></div></div></div> <div class="remaining-stocks-container horizontal yf-hrqvm4"><div style="display: contents; --ticker-name-font-size:var(--font-m); --text-color:var(--text1); --ticker-change-font-weight:var(--font-normal); --ticker-hover2-box-shadow:0 4px 10px 0 rgba(0, 0, 0, .08); --ticker-hover2-border-color:var(--light-divider);"><a data-testid="ticker-container" class="ticker medium hover2  border streaming  extraPadding yf-1m808gl" target="_parent" aria-label="DAL" data-ylk="elm:qte;elmt:link;itc:0;sec:ticker-tag-module;slk:DAL" href="/quote/DAL/" title="DAL"> <div class="name yf-1m808gl"> <span class="symbol yf-1m808gl">DAL </span> </div> <fin-streamer class="percentChange yf-1m808gl" data-symbol="DAL" data-field="regularMarketChangePercent" data-trend="txt" data-pricehint="2" data-tstyle="default" active><span class="txt-positive yf-1m808gl">+2.08%</span></fin-streamer> </a></div></div></div></div> </div></div> <div class="body yf-5ef8bf">   <p class="yf-1pe5jgt"><!-- HTML_TAG_START -->By David Shepardson<!-- HTML_TAG_END --></p> <p class="yf-1pe5jgt"><!-- HTML_TAG_START -->WASHINGTON (Reuters) -Delta Air Lines on Friday sued cybersecurity firm CrowdStrike in a Georgia state court after a global outage in July caused mass flight cancellations, disrupted travel plans of 1.3 million customers and cost the carrier more than $500 million.<!-- HTML_TAG_END --></p> <p class="yf-1pe5jgt"><!-- HTML_TAG_START -->Delta&#39;s lawsuit filed in Fulton County Superior Court called the faulty software update from CrowdStrike &quot;catastrophic&quot; and said the firm &quot;forced untested and faulty updates to its customers, causing more than 8.5 million Microsoft Windows-based computers around the world to crash.&quot;<!-- HTML_TAG_END --></p> <div class="wrapper yf-eondll" data-testid="inarticle-ad">  <div id="sda-INARTICLE-a2e3b14c-26c5-31b4-933d-d54be2242390-1" class="sdaContainer  dv-all sda-INARTICLE-a2e3b14c-26c5-31b4-933d-d54be2242390-1 yf-1iz24hm overflow margin  visible placeholder" data-testid="ad-container" data-ad-unit="/22888152279/us/yfin/ros/dt/us_yfin_ros_dt_mid_center" data-ad-size="970x250,728x90,fluid" data-ad-region="main-dynamic" data-ad-loc="mid_center" style="--placeholder-height: 250px;"></div> </div> </div> <p class="yf-1pe5jgt"><!-- HTML_TAG_START -->The July 19 incident led to worldwide flight cancellations and hit industries around the globe including banks, health care, media companies and hotel chains.<!-- HTML_TAG_END --></p> <p class="yf-1pe5jgt"><!-- HTML_TAG_START -->&quot;Delta's claims are based on disproven misinformation, demonstrate a lack of understanding of how modern cybersecurity works, and reflect a desperate attempt to shift blame for its slow recovery away from its failure to modernize its antiquated IT infrastructure,&quot; CrowdStrike said late on Friday.<!-- HTML_TAG_END --></p> <p class="yf-1pe5jgt"><!-- HTML_TAG_START -->Delta, which said it has purchased CrowdStrike products since 2022, said the outage forced it to cancel 7,000 flights, impacting 1.3 million passengers over five days.<!-- HTML_TAG_END --></p> <p class="yf-1pe5jgt"><!-- HTML_TAG_START -->Delta said CrowdStrike is liable for over $500 million in out-of-pocket losses as well as for an unspecified amount of lost profits, expenditures, including attorneys' fees and &quot;reputational harm and future revenue loss.&quot;<!-- HTML_TAG_END --></p> <p class="yf-1pe5jgt"><!-- HTML_TAG_START -->The incident prompted the U.S. Transportation Department to open an investigation.<!-- HTML_TAG_END --></p> <p class="yf-1pe5jgt"><!-- HTML_TAG_START -->&quot;If CrowdStrike had tested the faulty update on even one computer before deployment, the computer would have crashed,&quot; Delta&#39;s lawsuit says. &quot;Because the faulty update could not<!-- HTML_TAG_END --></p> <div class="wrapper yf-eondll" data-testid="inarticle-ad">  <div id="sda-INARTICLE-a2e3b14c-26c5-31b4-933d-d54be2242390-2" class="sdaContainer  dv-all sda-INARTICLE-a2e3b14c-26c5-31b4-933d-d54be2242390-2 yf-1iz24hm overflow margin  visible placeholder" data-testid="ad-container" data-ad-unit="/22888152279/us/yfin/ros/dt/us_yfin_ros_dt_mid_center" data-ad-size="970x250,728x90" data-ad-region="main-dynamic" data-ad-loc="mid_center_2" style="--placeholder-height: 250px;"></div> </div> <p class="yf-1pe5jgt"><!-- HTML_TAG_START -->be removed remotely, CrowdStrike crippled Delta's business and created immense delays for Delta customers.&quot;<!-- HTML_TAG_END --></p> <p class="yf-1pe5jgt"><!--

HTML_TAG_START -->Delta said that as part of its IT-planning and infrastructure, it has invested billions of dollars &quot;in licensing and building some of the best technology solutions in the airline industry.&quot; CrowdStrike has questioned why Delta fared so much worse than other airlines and said it has minimal liability, something Delta rejected.<!-- HTML_TAG_END --></p> <p class="yf-1pe5jgt"><!-- HTML_TAG_START -->Last month, a senior executive at CrowdStrike apologized before Congress for the faulty software update.<!-- HTML_TAG_END --></p> <p class="yf-1pe5jgt"><!-- HTML_TAG_START -->Adam Meyers, a senior vice president at CrowdStrike, said the company released a content configuration update for its Falcon Sensor security software that resulted in system crashes worldwide. &quot;We are deeply sorry this happened and we are determined to prevent this from happening again,&quot; Meyers said.<!-- HTML_TAG_END --></p> <p class="yf-1pe5jgt"><!-- HTML_TAG_START -->(Reporting by David Shepardson; editing by Diane Craft)<!-- HTML_TAG_END --></p>  <div class="view-cmts yf-13m496w" id="view-cmts-a2e3b14c-26c5-31b4-933d-d54be2242390" data-testid="view-comments"><button class="secondary-btn fin-size-large view-cmts-button rounded  yf-15m k0m" data-ylk="elm:cmmt_open;itc:1;sec:view-cmts-cta;slk:View%20Comments;subsec:openweb" aria-label="View Comments" title="View Comments"><div class="icon fin-icon inherit-icn sz-x-large  yf-1pnxr15"><!-- HTML_TAG_START --><svg xmlns="http://www.w3.org/2000/svg" viewBox="0 0 24 24"><path d="M21.99 4c0-1.1-.89-2-1.99-2H4c-1.1 0-2 .9-2 2v12c0 1.1.9 2 2 2h14l4 4zM20 4v13.17L18.83 16H4V4zM6 12h12v2H6zm0-3h12v2H6zm0-3h12v2H6z"/></svg><!-- HTML_TAG_END --></div> <span>View Comments </span> </button></div>  </div></div> <span class="article-footer yf-10hzt8r"><section class="privacy-container yf-1aidke3 inline"><div class="terms-and-privacy small yf-1aidke3 column"><div style="display: contents; --link-font-weight:var(--font-normal);"><a class="subtle-link fin-size-small    yf-1e4diqp" data-ylk="elm:corp;elmt:link;itc:0;sec:article;subsec:footer" href="https://guce.yahoo.com/terms?locale=en-US">Terms </a></div> and <div style="display: contents; --link-font-weight:var(--font-normal);"><a class="subtle-link fin-size-small    yf-1e4diqp" data-ylk="elm:corp;elmt:link;itc:0;sec:article;subsec:footer" href="https://guce.yahoo.com/privacy-policy?locale=en-US">Privacy Policy </a></div></div>  <div class="link-groups yf-1aidke3 column"><div style="display: contents; --link-font-weight:var(--font-normal);"><a class="subtle-link fin-size-small  noUnderline  yf-1e4diqp" data-ylk="elm:corp;elmt:link;itc:0;sec:article;subsec:footer" href="https://guce.yahoo.com/privacy-dashboard?locale=en-US">Privacy Dashboard </a></div></div> <div class="link-groups yf-1aidke3 column"> </div> </section> </span> </div>  <div id="sda-ARTICLE-BOTTOM-a2e3b14c-26c5-31b4-933d-d54be2242390-1" class="sdaContainer  dv-all sda-ARTICLE-BOTTOM-a2e3b14c-26c5-31b4-933d-d54be2242390-1 yf-1iz24hm overflow margin  visible placeholder" data-testid="ad-container" data-ad-unit="/22888152279/us/yfin/ros/dt/us_yfin_ros_dt_btm_center" data-ad-size="970x250,728x90,750x600,800x635,758x198" data-ad-region="main-dynamic" data-ad-loc="btm_center" style="--placeholder-height: 250px;"></div> <hr class="article-separator yf-19569yf"> <ul class="seamless-wrapper yf-19569yf"><li data-testid="seamlessscroll-88826397-1cac-3fb7-9ff4-967935d997f4"> </li><li data-testid="seamlessscroll-494dca1a-36f4-3f1c-bafb-769d82136b43"> </li><li data-testid="seamlessscroll-0ce08768-2b12-30c7-82b8-167ccb9e86a0"> </li><li data-testid="seamlessscroll-5156b74d-b1a7-3d26-ba96-3545c7ff60a1"> </li><li data-testid="seamlessscroll-c648e91d-ed41-474f-8f57-def772982988"> </li><li data-testid="seamlessscroll-39579f54-323d-32f5-9ebd-21eb9522963d"> </li><li data-testid="seamlessscroll-9e26125b-7b5c-3c78-9490-d36b3a80960a"> </li></ul> <section class="module-recommended-stories yf-31i9in"><header class="large  mb-4 yf-13lpgjv font-condensed"><h2 class="header yf-13lpgjv">Recommended Stories</h2> </header> <div class="related-content-stream-container"><div data-testid="lazym-relatedContentStream"></div> <div class="yf-usnhox centered"><svg width="80" height="80" shape-rendering="geometricPrecision" text-rendering="geometricPrecision" style="white-space:pre" viewBox="0 0 88 88" xmlns="http://www.w3.org/2000/svg" role="img" aria-label="Progress Spinner"><g display="none"><rect width="88" height="88" fill="#fff"></rect></g><g transform="translate(-1.9444 -.8564)"><g transform="translate(45.348 45.348) rotate(12.73) scale(.75) translate(.49 130.55)" style="animation:2s linear infinite both counter-ring-animated-2_t, 2s linear infinite forwards counter-ring-animated-2_v" transform="translate(-.49 -130.55)" opacity=".77" style="animation:2s linear infinite both Ellipse-1_o"><path transform="translate(0) rotate(200)" d="m0-50.552v0c27.919 0 50.552 22.633 50.552 50.552s-22.633 50.552-50.552 50.552-50.552-22.633-50.552-50.552 22.633-50.552 50.552-50.552z" fill="none" stroke="#b0b9c1" stroke-dasharray="318" stroke-dashoffset="230" stroke-linecap="round" stroke-width="10" style="animation:2s linear infinite both Path-1_do"></path></g><g transform="translate(-.49 -130.55)" opacity="0" style="animation:2s linear infinite both Ellipse-1-2_o"><path transform="translate(0) rotate(-60)" d="m0-50.552c-27.919 0-50.552-22.633-50.552 50.552 0 50.552 50.552 22.633 50.552 50.552 0 50.552-50.552 22.633-50.552 50.552-50.552-22.633-50.552-50.552-50.552z" fill="none" stroke="#b0b9c1" stroke-dasharray="318" stroke-dashoffset="230" stroke-linecap="round" stroke-width="10" style="animation:2s linear infinite both Path-1-2_da, 2s linear infinite both Path-1-2_do"></path></g></g><g transform="translate(45.348 45.348)"

rotate(182.73) scale(.75) translate(.49 130.55)" visibility="hidden" style="animation:2s linear infinite both counter-ring-animated-2-2_t, 2s linear infinite forwards counter-ring-animated-2-2_v"><g transform="translate(-.49 -130.55)" opacity="0" style="animation:2s linear infinite both Ellipse-1-3_o"><path transform="translate(0) rotate(200)" d="m0-50.552v0c27.919 0 50.552 22.633 50.552 50.552s-22.633 50.552-50.552 50.552-50.552-22.633-50.552-50.552 22.633-50.552 50.552-50.552z" fill="none" stroke="#b0b9c1" stroke-dasharray="318" stroke-dashoffset="318" stroke-linecap="round" stroke-width="10" style="animation:2s linear infinite both Path-1-3_da, 2s linear infinite both Path-1-3_do"></path></g><g transform="translate(-.49 -130.55)" opacity="0" style="animation:2s linear infinite both Ellipse-1-4_o"><path transform="translate(0) rotate(-60)" d="m0-50.552c-27.919 0-50.552 22.633-50.552 50.552s22.633 50.552 50.552 50.552 50.552-22.633 50.552-50.552-22.633-50.552-50.552-50.552z" fill="none" stroke="#b0b9c1" stroke-dasharray="318" stroke-dashoffset="230" stroke-linecap="round" stroke-width="10" style="animation:2s linear infinite both Path-1-4_da, 2s linear infinite both Path-1-4_do"></path></g></g><g transform="translate(45.348 45.348) rotate(12.73) scale(.75) translate(.49 130.55)" visibility="hidden" style="animation:2s linear infinite both counter-ring-animated-2-3_t, 2s linear infinite forwards counter-ring-animated-2-3_v"><g transform="translate(-.49 -130.55)" opacity="0" style="animation:2s linear infinite both Ellipse-1-5_o"><path transform="translate(0) rotate(200)" d="m0-50.552v0c27.919 0 50.552 22.633 50.552 50.552s-22.633 50.552-50.552 50.552-50.552-22.633-50.552-50.552 22.633-50.552 50.552-50.552z" fill="none" stroke="#b0b9c1" stroke-dasharray="318" stroke-dashoffset="318" stroke-linecap="round" stroke-width="10" style="animation:2s linear infinite both Path-1-5_da, 2s linear infinite both Path-1-5_do"></path></g><g transform="translate(-.49 -130.55)" opacity="0" style="animation:2s linear infinite both Ellipse-1-6_o"><path transform="translate(0) rotate(-60)" d="m0-50.552c-27.919 0-50.552 22.633-50.552 50.552s22.633 50.552 50.552 50.552 50.552-22.633 50.552-50.552-22.633-50.552-50.552-50.552z" fill="none" stroke="#b0b9c1" stroke-dasharray="318" stroke-dashoffset="230" stroke-linecap="round" stroke-width="10" style="animation:2s linear infinite both Path-1-6_da, 2s linear infinite both Path-1-6_do"></path></g></g><g transform="translate(45.348 45.348) rotate(182.73) scale(.75) translate(.49 130.55)" visibility="hidden" style="animation:2s linear infinite both counter-ring-animated-2-4_t, 2s linear infinite forwards counter-ring-animated-2-4_v"><g transform="translate(-.49 -130.55)" opacity="0" style="animation:2s linear infinite both Ellipse-1-9_o"><path transform="translate(0) rotate(200)" d="m0-50.552v0c27.919 0 50.552 22.633 50.552 50.552s-22.633 50.552-50.552 50.552-50.552-22.633-50.552-50.552 22.633-50.552 50.552-50.552z" fill="none" stroke="#b0b9c1" stroke-dasharray="318" stroke-dashoffset="318" stroke-linecap="round" stroke-width="10" style="animation:2s linear infinite both Path-1-9_da, 2s linear infinite both Path-1-9_do"></path></g><g transform="translate(-.49 -130.55)" opacity="0" style="animation:2s linear infinite both Ellipse-1-10_o"><path transform="translate(0) rotate(-60)" d="m0-50.552c-27.919 0-50.552 22.633-50.552 50.552s22.633 50.552 50.552 50.552 50.552-22.633 50.552-50.552-22.633-50.552-50.552-50.552z" fill="none" stroke="#b0b9c1" stroke-dasharray="318" stroke-dashoffset="230" stroke-linecap="round" stroke-width="10" style="animation:2s linear infinite both Path-1-10_da, 2s linear infinite both Path-1-10_do"></path></g></g><g transform="translate(45.348 45.348) rotate(12.73) scale(.75) translate(.49 130.55)" style="animation:2s linear infinite both counter-ring-animated-2-5_t, 2s linear infinite forwards counter-ring-animated-2-5_v"><g transform="translate(-.49 -130.55)" opacity="0" style="animation:2s linear infinite both Ellipse-1-7_o"><path transform="translate(0) rotate(200)" d="m0-50.552v0c27.919 0 50.552 22.633 50.552 50.552s-22.633 50.552-50.552 50.552-50.552-22.633-50.552-50.552 22.633-50.552 50.552-50.552z" fill="none" stroke="#b0b9c1" stroke-dasharray="318" stroke-dashoffset="318" stroke-linecap="round" stroke-width="10" style="animation:2s linear infinite both Path-1-7_da, 2s linear infinite both Path-1-7_do"></path></g><g transform="translate(-.49 -130.55)" opacity="0" style="animation:2s linear infinite both Ellipse-1-8_o"><path transform="translate(0) rotate(-60)" d="m0-50.552c-27.919 0-50.552 22.633-50.552 50.552s22.633 50.552 50.552 50.552 50.552-22.633 50.552-50.552-22.633-50.552-50.552-50.552z" fill="none" stroke="#b0b9c1" stroke-dasharray="318" stroke-dashoffset="230" stroke-linecap="round" stroke-width="10" style="animation:2s linear infinite both Path-1-8_da, 2s linear infinite both Path-1-8_do"></path></g></g><g transform="translate(45.348 45.348) rotate(182.73) scale(.75) translate(.49 130.55)" visibility="hidden" style="animation:2s linear infinite both counter-ring-animated-2-7_t, 2s linear infinite forwards counter-ring-animated-2-7_v"><g transform="translate(-.49 -130.55)" opacity="0" style="animation:2s linear infinite both Ellipse-1-13_o"><path transform="translate(0) rotate(200)" d="m0-50.552v0c27.919 0 50.552 22.633 50.552 50.552s-22.633 50.552-50.552 50.552-50.552-22.633-50.552-50.552 22.633-50.552 50.552-50.552z" fill="none" stroke="#b0b9c1" stroke-dasharray="318" stroke-dashoffset="318" stroke-linecap="round" stroke-width="10" style="animation:2s linear infinite both Path-1-13_da, 2s linear infinite both Path-1-13_do"></path></g><g transform="translate(-.49 -130.55)" opacity="0" style="animation:2s linear infinite both Ellipse-1-14_o"><path transform="translate(0) rotate(-60)" d="m0-50.552c-27.919 0-50.552 22.633-50.552 50.552s22.633 50.552 50.552 50.552 50.552-22.633 50.552-50.552-22.633-50.552-50.552-50.552z" fill="none"

stroke="#b0b9c1" stroke-dasharray="318" stroke-dashoffset="230" stroke-linecap="round" stroke-width="10" style="animation:2s linear infinite both Path-1-14_da, 2s linear infinite both Path-1-14_do"></path></g></g><g transform="translate(45.348 45.348) rotate(12.73) scale(.75) translate(.49 130.55)" visibility="hidden" style="animation:2s linear infinite both counter-ring-animated-2-6_t, 2s linear infinite forwards counter-ring-animated-2-6_v"><g transform="translate(-.49 -130.55)" opacity="0" style="animation:2s linear infinite both Ellipse-1-11_o"><path transform="translate(0) rotate(200)" d="m0-50.552v0c27.919 0 50.552 22.633 50.552 50.552s-22.633 50.552-50.552 50.552-50.552-22.633-50.552-50.552 22.633-50.552 50.552-50.552z" fill="none" stroke="#b0b9c1" stroke-dasharray="318" stroke-dashoffset="318" stroke-linecap="round" stroke-width="10" style="animation:2s linear infinite both Path-1-11_da, 2s linear infinite both Path-1-11_do"></path></g><g transform="translate(-.49 -130.55)" opacity="0" style="animation:2s linear infinite both Ellipse-1-12_o"><path transform="translate(0) rotate(-60)" d="m0-50.552c-27.919 0-50.552 22.633-50.552 50.552s22.633 50.552 50.552 50.552 50.552-22.633 50.552-50.552-22.633-50.552-50.552-50.552z" fill="none" stroke="#b0b9c1" stroke-dasharray="318" stroke-dashoffset="230" stroke-linecap="round" stroke-width="10" style="animation:2s linear infinite both Path-1-12_da, 2s linear infinite both Path-1-12_do"></path></g></g></g></svg></div></div></section></div></article> <footer><section class="footer yf-1ssmcoe"><div class="wrapper yf-1ssmcoe"><div class="logo-and-social yf-1ssmcoe"><a class="subtle-link fin-size-small   yf-1e4diqp" data-ylk="elm:img;elmt:logo;itc:1;sec:footer" href="/" aria-label="Yahoo Finance"><svg xmlns="http://www.w3.org/2000/svg" width="182" height="25.5" viewBox="0 0 142 20" fill="none"><path d="M20.2295 5.28637V6.29254C19.6515 5.54398 18.5813 5.02876 17.3418 5.02876C14.4123 5.02876 12.2322 7.62015 12.2322 10.6629C12.2322 13.7914 14.3903 16.2969 17.3418 16.2969C18.5813 16.2969 19.6515 15.8038 20.2295 15.0112V16.0195H23.8777V5.28637H20.2295ZM15.8037 10.7639 10.2974C28.9323 9.18333 29.4663 8.51843 30.3212 8.51843C31.1761 8.51843 31.6266 9.09747 31.6266 10.1675V16.0217H35.3934V9.27359C35.3934 6.66021 33.9825 5.03096 31.7145 5.03096C31.1747 5.01129 30.6378 5.11947 30.1475 5.3467C29.6572 5.57394 29.2273 5.91384 28.8927 6.33877V0.532966L25.1479 0.530762ZM59.7678 10.6584C59.7678 13.8729 57.3086 16.2925 54.0363 16.2925 48.3047 14.0684 48.3047 10.6584C48.3047 7.44621 50.7639 5.02438 54.0363 5.02438C57.3086 5.02438 59.7678 7.44621 59.7678 10.6584ZM47.663 10.6584C47.663 13.8729 45.2038 16.2925 41.9337 16.2925C38.6636 16.2925 36.2022 13.8707 36.2022 10.6584C36.2022 7.44621 38.6614 5.02438 41.9337 5.02438C45.206 5.02438 47.663 7.44621 47.663 10.6584ZM0 5.28196L4.57554 16.101L2.92949 20.0001H6.94902L13.0432 5.28196H9.03681L6.55564 11.5809L4.09645 5.28196H0ZM18.111 12.8645C17.8194 12.871 17.5294 12.8187 17.2584 12.7107C16.9873 12.6027 16.7408 12.4412 16.5333 12.2358C16.3258 12.0304 16.1616 11.7853 16.0506 11.5151C15.9396 11.2449 15.8839 10.9551 15.8869 10.6629C15.8842 10.3707 15.9401 10.081 16.0512 9.81094C16.1624 9.54086 16.3265 9.2959 16.5339 9.09056C16.7414 8.88523 16.9878 8.72373 17.2587 8.61561C17.5296 8.5075 17.8194 8.45498 18.111 8.46118C18.4005 8.45794 18.6877 8.51268 18.9558 8.62217C19.2239 8.73167 19.4675 8.89372 19.6722 9.09881C19.8769 9.30391 20.0387 9.5479 20.148 9.81648C20.2573 10.0851 20.3119 10.3728 20.3086 10.6629C20.3122 10.953 20.2578 11.2409 20.1486 11.5096C20.0394 11.7783 19.8776 12.0224 19.6728 12.2276C19.4681 12.4327 19.2244 12.5948 18.9562 12.7042C18.6879 12.8135 18.4006 12.8681 18.111 12.8645ZM44.072 10.6629C44.0788 10.3786 44.0284 10.0959 43.9236 9.83172C43.8188 9.5675 43.6619 9.32718 43.4623 9.12513C43.2627 8.92307 43.0244 8.76344 42.7617 8.65579C42.4991 8.54814 42.2175 8.49466 41.9337 8.4986C41.6499 8.49466 41.3683 8.54814 41.1056 8.65579C40.843 8.76344 40.6047 8.92307 40.4051 9.12513C40.2054 9.32718 40.0485 9.5675 39.9438 9.83172C39.839 10.0959 39.7885 10.3786 39.7954 10.6629C39.7885 10.9471 39.839 11.2297 39.9438 11.494C40.0485 11.7582 40.2054 11.9985 40.4051 12.2006C40.6047 12.4026 40.843 12.5623 41.1056 12.6699C41.3683 12.7776 41.6499 12.831 41.9337 12.8271C42.2175 12.831 42.4991 12.7776 42.7617 12.6699C43.0244 12.5623 43.2627 12.4026 43.4623 12.2006C43.6619 11.9985 43.8188 11.7582 43.9236 11.494C44.0284 11.2297 44.0788 10.9471 44.072 10.6629ZM56.1746 10.6629C56.1814 10.3786 56.1309 10.0959 56.0262 9.83172C55.9214 9.5675 55.7645 9.32718 55.5649 9.12513C55.3652 8.92307 55.1269 8.76344 54.8643 8.65579C54.6016 8.54814 54.32 8.49466 54.0363 8.4986C53.7525 8.49466 53.4709 8.54814 53.2082 8.65579C52.9455 8.76344 52.7073 8.92307 52.5076 9.12513C52.308 9.32718 52.1511 9.5675 52.0463 9.83172C51.9416 10.0959 51.8911 10.3786 51.8979 10.6629C51.8911 10.9471 51.9416 11.2297 52.0463 11.494C52.1511 11.7582 52.308 11.9985 52.5076 12.2006C52.7073 12.4026 52.9455 12.5623 53.2082 12.6699C53.4709 12.7776 53.7525 12.831 54.0363 12.8271C54.3201 12.831 54.6016 12.7776 54.8643 12.6699C55.1269 12.5623 55.3652 12.4026 55.5649 12.2006C55.7645 11.9985 55.9214 11.7582 56.0263 11.494C56.131 11.2297 56.1814 10.9471 56.1746 10.6629V10.6629ZM60.2381 13.7452C60.2345 14.0697 60.2957 14.3917 60.4181 14.6922C60.5404 14.9927 60.7214 15.2657 60.9505 15.4951C61.1795 15.7246 61.452 15.906 61.752 16.0285C62.052 16.1511 62.3733 16.2124 62.6973 16.2089C63.0322 16.2115 63.3643 16.1473 63.6743 16.0202C63.9842 15.893 64.2658 15.7053 64.5026 15.468 64.7395 15.2307 64.9268 14.9486 65.0538 14.6381 65.1808 14.3276 65.2448 13.9949 65.2422 13.6593 65.2478</path>

13.3342 65.1881 13.0113 65.0665 12.7099C64.9449 12.4084 64.764 12.1345 64.5345 11.9046C64.305 11.6747 64.0316 11.4935 63.7307 11.3717C63.4298 11.2498 63.1075 11.19 62.783 11.1956C62.4474 11.1933 62.1147 11.2577 61.8042 11.385C61.4936 11.5123 61.2113 11.7 60.9736 11.9373C60.7359 12.1746 60.5476 12.4568 60.4194 12.7675C60.2913 13.0781 60.2259 13.4112 60.2271 13.7474L60.2381 13.7452ZM65.6268 0.535169L61.6072 10.2599H66.0971L70.1166 0.530762L65.6268 0.535169Z" fill="var(--yb-logo-brand, #6001D2)"></path><path d="M75.2146 5.06825C75.2146 3.92999 75.9223 3.4346 76.8233 3.4346C77.2312 3.43126 77.6345 3.52007 78.0034 3.69441V0.44915C77.4081 0.191512 76.7639 0.0667917 76.1156 0.0836646C73.0895 0.0836646 71.3093 1.95288 71.3093 4.98238V5.32806H69.8721V8.48745H71.3093V16.0744H75.2146V8.48745H77.8518V5.32806H75.2146V5.06825ZM83.1262 16.0766V5.33024H79.2056V16.0766H83.1262ZM83.3614 2.17084C83.3533 1.59228 83.1182 1.04017 82.7069 0.633921C82.2956 0.227671 81.7413 -5.66967e-05 81.1637 1.05881e-08C80.5861 -5.66967e-05 80.0317 0.227671 79.6205 0.633921C79.2092 1.04017 78.9741 1.59228 78.966 2.17084C78.9741 2.74941 79.2092 3.30152 79.6205 3.70777C80.0317 4.11402 80.5861 4.34175 81.1637 4.34169C81.7413 4.34175 82.2956 4.11402 82.7069 3.70777C83.1182 3.30152 83.3533 2.74941 83.3614 2.17084V2.17084ZM104.558 5.33024V6.46851C103.899 5.54381 102.736 5.02861 101.448 5.02861C98.5297 5.02861 96.4067 7.54292 96.4067 10.7023C96.4067 13.8617 98.5077 16.376 101.448 16.376C102.736 16.376 103.866 15.8608 104.558 14.9361V16.0766H108.421V5.33024H104.558ZM104.666 10.7023C104.665 10.9909 104.608 11.2765 104.496 11.5425C104.384 11.8085 104.221 12.0496 104.016 12.2517C103.81 12.4537 103.566 12.6128 103.299 12.7195C103.031 12.8262 102.745 12.8784 102.457 12.8732C102.169 12.8787 101.882 12.8267 101.614 12.7201C101.347 12.6136 101.103 12.4546 100.897 12.2525C100.691 12.0504 100.527 11.8093 100.416 11.543C100.304 11.2769 100.246 10.9911 100.246 10.7023C100.246 10.4136 100.304 10.1278 100.416 9.86164C100.527 9.59549 100.691 9.35431 100.897 9.1522C101.103 8.95009 101.347 8.79111 101.614 8.68453C101.882 8.57796 102.169 8.52592 102.457 8.53148C102.745 8.52621 103.031 8.57847 103.299 8.68518C103.566 8.79189 103.81 8.95093 104.016 9.15301C104.221 9.35509 104.384 9.59615 104.496 9.86215C104.608 10.1282 104.665 10.4138 104.666 10.7023V10.7023ZM116.707 16.0744H120.632V9.24922C120.632 6.62703 119.194 5.01541 116.896 5.01541C115.63 5.01541 114.599 5.55262 113.977 6.55658V5.31043H110.054V16.0568H113.981V10.3325C113.981 9.23162 114.518 8.57112 115.375 8.57112C116.232 8.57112 116.707 9.17436 116.707 10.2047V16.0744ZM141.4114 16.0744H95.3386V9.24922C95.3386 6.62703 93.9014 5.01541 91.6026 5.01541C90.3368 5.01541 89.3082 5.55262 88.6841 6.55658V5.31043H84.7613V16.0568H88.6863V10.3325C88.6863 9.23162 89.2225 8.57112 90.0818 8.57112C90.9411 8.57112 91.4004 9.17436 91.4004 10.2047L91.4114 16.0744ZM121.704 10.7001C121.704 14.1832 124.194 16.3738 127.433 16.3738C128.326 16.3777 129.208 16.1718 130.007 15.7728V12.2039C129.441 12.6209 128.758 12.8468 128.055 12.849C126.682 12.849 125.673 11.9903 125.673 10.7001C125.673 9.40994 126.704 8.55128 128.055 8.55128C128.751 8.552 129.431 8.76135 130.007 9.15236V5.58564C129.221 5.21826 128.364 5.02741 127.497 5.02643C124.108 5.02643 121.704 7.41082 121.704 10.7001V10.7001ZM134.266 12.4416C138.069 12.729 137.802 12.9609 137.491 13.1151C137.179 13.2693 136.833 13.3407 136.486 13.3223C135.457 13.3223 134.62 12.6618 134.556 11.6887H141.958C141.986 11.4173 142 11.1447 142 10.8719C142 7.34918 139.725 5.02643 136.422 5.02643C135.671 5.01146 134.925 5.14853 134.229 5.42946C133.532 5.7104 132.899 6.12941 132.368 6.66132C131.837 7.19323 131.419 7.82709 131.139 8.52489C130.858 9.2227 130.722 9.97007 130.736 10.7222C130.736 14.1391 132.967 16.3738 136.464 16.3738C138.824 16.3738 140.584 15.4711 141.613 13.7318L138.266 12.4416ZM134.576 9.45399C134.662 8.57332 135.413 7.99208 136.4 7.99208C137.387 7.99208 138.116 8.57332 138.202 9.45399H134.576Z" fill="var(--yb-logo-property, #232A31)"></path></svg> </a> <div class="copyright-wrapper yf-1ssmcoe"><div>Copyright © 2024 Yahoo. All rights reserved.</div></div> <div class="social-links yf-1ssmcoe"><a class="loud-link fin-size-small   yf-1e4diqp" data-ylk="elm:follow;elmt:logo;itc:0;sec:footer;slk:twitter" href="https://twitter.com/YahooFinance" aria-label="Follow on Twitter" title="Follow on Twitter" rel="noopener noreferrer" target="_blank"><div class="icon fin-icon primary-icn sz-xx-large  yf-1pnxr15"><!-- HTML_TAG_START --><svg xmlns="http://www.w3.org/2000/svg" viewBox="0 0 24 24"><path d="M14.881 17.183h1.49L9.512 7.58H8.02z"/><path fill-rule="evenodd" d="M12 24c6.627 0 12-5.373 12-12S18.627 0 12 0 0 5.373 0 12s5.373 12 12 12m5.342-17.135-4.095 4.658 4.463 6.342h-3.275l-3-4.27-3.755 4.27H6.7l4.295-4.884L6.7 6.865h3.276l2.84 4.044 3.555-4.044z" clip-rule="evenodd"/></svg><!-- HTML_TAG_END --></div> </a><a class="loud-link fin-size-small   yf-1e4diqp" data-ylk="elm:follow;elmt:logo;itc:0;sec:footer;slk:facebook" href="https://facebook.com/yahoofinance" aria-label="Follow on Facebook" title="Follow on Facebook" rel="noopener noreferrer" target="_blank"><div class="icon fin-icon primary-icn sz-xx-large  yf-1pnxr15"><!-- HTML_TAG_START --><svg xmlns="http://www.w3.org/2000/svg" data-name="Layer 1" viewBox="0 0 24 24"><path d="M24 12c0-6.63-5.37-12-12-12S0 5.37 0 12c0 5.99 4.39 10.95

10.12 11.85v-8.39H7.07v-3.47h3.05V9.35c0-3.01 1.79-4.67 4.53-4.67 1.31 0 2.69.23 2.69.23v2.95h-1.51c-1.49 0-1.96.93-1.96 1.87v2.25h3.33l-.53 3.47h-2.8v8.39c5.74-.9 10.12-5.86 10.12-11.85Z"/></svg><!-- HTML_TAG_END --></div> </a><a class="loud-link fin-size-small yf-1e4diqp" data-ylk="elm:follow;elmt:logo;itc:0;sec:footer;slk:linkedin" href="https://www.linkedin.com/company/yahoo-finance" aria-label="Follow on LinkedIn" title="Follow on LinkedIn" rel="noopener noreferrer" target="_blank"><div class="icon fin-icon primary-icn sz-xx-large yf-1pnxr15"><!--HTML_TAG_START --><svg xmlns="http://www.w3.org/2000/svg" viewBox="0 0 24 24"><path d="M12 0C5.372 0 0 5.372 0 12s5.372 12 12 12 12-5.372 12-12S18.628 0 12 0M8.644 17.02h-2.34V9.534h2.34zM7.41 8.597h-.019c-.848 0-1.397-.572-1.397-1.299 0-.74.567-1.298 1.43-1.298.862 0 1.392.558 1.41 1.298.006.722-.543 1.299-1.424 1.299M18 17.02h-2.653v-3.872c0-1.012-.413-1.706-1.327-1.706-.698 0-1.087.469-1.265.919-.066.16-.057.384-.057.614v4.045h-2.63s.034-6.862 0-7.486h2.63v1.177c.155-.516.994-1.247 2.335-1.247 1.664 0 2.967 1.078 2.967 3.394z"/></svg><!-- HTML_TAG_END --></div> </a></div> </div> <div class="trending yf-1ssmcoe"><div class="colHeading yf-1ssmcoe">POPULAR QUOTES</div> <div style="display: contents; --link-font-weight:400;"><a class="subtle-link fin-size-small yf-1e4diqp" data-ylk="elm:qte;elmt:link;itc:0;sec:footer" href="https://finance.yahoo.com/quote/%5EDJI/">Dow Jones </a></div><div style="display: contents; --link-font-weight:400;"><a class="subtle-link fin-size-small yf-1e4diqp" data-ylk="elm:qte;elmt:link;itc:0;sec:footer" href="https://finance.yahoo.com/quote/SPY/">S&amp;P 500 </a></div><div style="display: contents; --link-font-weight:400;"><a class="subtle-link fin-size-small yf-1e4diqp" data-ylk="elm:qte;elmt:link;itc:0;sec:footer" href="https://finance.yahoo.com/quote/%5EGDAXI/">DAX Index </a></div><div style="display: contents; --link-font-weight:400;"><a class="subtle-link fin-size-small yf-1e4diqp" data-ylk="elm:qte;elmt:link;itc:0;sec:footer" href="https://finance.yahoo.com/quote/NVDA/">Nvidia </a></div><div style="display: contents; --link-font-weight:400;"><a class="subtle-link fin-size-small yf-1e4diqp" data-ylk="elm:qte;elmt:link;itc:0;sec:footer" href="https://finance.yahoo.com/quote/TSLA/">Tesla </a></div><div style="display: contents; --link-font-weight:400;"><a class="subtle-link fin-size-small yf-1e4diqp" data-ylk="elm:qte;elmt:link;itc:0;sec:footer" href="https://finance.yahoo.com/quote/DJT/">DJT </a></div></div> <div class="explore-more yf-1ssmcoe"><div class="colHeading yf-1ssmcoe">EXPLORE MORE</div> <div style="display: contents; --link-font-weight:400;"><a class="subtle-link fin-size-small yf-1e4diqp" data-ylk="elm:hdln;elmt:link;itc:0;sec:footer" href="https://finance.yahoo.com/personal-finance/mortgages/">Mortgages </a></div><div style="display: contents; --link-font-weight:400;"><a class="subtle-link fin-size-small yf-1e4diqp" data-ylk="elm:hdln;elmt:link;itc:0;sec:footer" href="https://finance.yahoo.com/personal-finance/credit-cards/">Credit Cards </a></div><div style="display: contents; --link-font-weight:400;"><a class="subtle-link fin-size-small yf-1e4diqp" data-ylk="elm:hdln;elmt:link;itc:0;sec:footer" href="https://finance.yahoo.com/sectors/">Sectors </a></div><div style="display: contents; --link-font-weight:400;"><a class="subtle-link fin-size-small yf-1e4diqp" data-ylk="elm:hdln;elmt:link;itc:0;sec:footer" href="https://finance.yahoo.com/crypto/heatmap/">Crypto Heatmap </a></div><div style="display: contents; --link-font-weight:400;"><a class="subtle-link fin-size-small yf-1e4diqp" data-ylk="elm:hdln;elmt:link;itc:0;sec:footer" href="https://finance.yahoo.com/bidenomics/">Biden Economy </a></div><div style="display: contents; --link-font-weight:400;"><a class="subtle-link fin-size-small yf-1e4diqp" data-ylk="elm:hdln;elmt:link;itc:0;sec:footer" href="https://finance.yahoo.com/news/">Financial News </a></div></div> <div class="about yf-1ssmcoe"><div class="colHeading yf-1ssmcoe">ABOUT</div> <div style="display: contents; --link-font-weight:400;"><a class="subtle-link fin-size-small yf-1e4diqp" data-ylk="elm:corp;elmt:link;itc:0;sec:footer" href="https://help.yahoo.com/kb/finance-for-web/SLN2310.html?locale=en_US">Data Disclaimer </a></div><div style="display: contents; --link-font-weight:400;"><a class="subtle-link fin-size-small yf-1e4diqp" data-ylk="elm:corp;elmt:link;itc:0;sec:footer" href="https://help.yahoo.com/kb/finance-for-web">Help </a></div><div style="display: contents; --link-font-weight:400;"><a class="subtle-link fin-size-small yf-1e4diqp" data-ylk="elm:corp;elmt:link;itc:0;sec:footer" href="https://yahoo.uservoice.com/forums/952723-finance-b3">Feedback </a></div><div style="display: contents; --link-font-weight:400;"><a class="subtle-link fin-size-small yf-1e4diqp" data-ylk="elm:corp;elmt:link;itc:0;sec:footer" href="https://finance.yahoo.com/sitemap/">Sitemap </a></div><div style="display: contents; --link-font-weight:400;"><a class="subtle-link fin-size-small yf-1e4diqp" data-ylk="elm:corp;elmt:link;itc:0;sec:footer" href="https://info.wrightsmedia.com/yahoo-finance-licensing">Licensing </a></div><div style="display: contents; --link-font-weight:400;"><a class="subtle-link fin-size-small yf-1e4diqp" data-ylk="elm:corp;elmt:link;itc:0;sec:footer" href="https://finance.yahoo.com/about/whatsnew/">What's New </a></div><div style="display: contents; --link-font-weight:400;"><a class="subtle-link fin-size-small yf-1e4diqp" data-ylk="elm:corp;elmt:link;itc:0;sec:footer" href="https://policies.oath.com/us/en/oath/privacy/adinfo/index.html">About Our Ads </a></div> <div

style="display: contents; --link-font-weight:400;"><a class="subtle-link fin-size-small    yf-1e4diqp" data-ylk="elm:corp;elmt:link;itc:0;sec:footer" href="/about/plans/">Premium Plans </a></div> <section class="privacy-container yf-1aidke3"><div class="terms-and-privacy small yf-1aidke3 column"><div style="display: contents; --link-font-weight:var(--font-normal);"><a class="subtle-link fin-size-small    yf-1e4diqp" data-ylk="elm:corp;elmt:link;itc:0;sec:footer" href="https://guce.yahoo.com/terms?locale=en-US">Terms </a></div> and <div style="display: contents; --link-font-weight:var(--font-normal);"><a class="subtle-link fin-size-small    yf-1e4diqp" data-ylk="elm:corp;elmt:link;itc:0;sec:footer" href="https://guce.yahoo.com/privacy-policy?locale=en-US">Privacy Policy </a></div></div> <div class="link-groups yf-1aidke3 column"> <div style="display: contents; --link-font-weight:var(--font-normal);"><a class="subtle-link fin-size-small  noUnderline   yf-1e4diqp" data-ylk="elm:corp;elmt:link;itc:0;sec:footer" href="https://guce.yahoo.com/privacy-dashboard?locale=en-US">Privacy Dashboard </a></div></div> <div class="link-groups yf-1aidke3 column"> </div> </section></div></div> </section></footer></section></section></section> <aside class="right" aria-label="Dock"><section class="dock right yf-pvxsgm" id="dock-article" style="

    --dock-sticky-top: 0px;
    --dock-upscaled-width: 21.5625rem;

" aria-label="Dock" role="dialog" aria-modal="true"><div class="container yf-pvxsgm"><div class="container-wrapper yf-pvxsgm"><div class="header yf-pvxsgm"><section class="dock-header yf-uec0un condensed"><div id="header-quote-lookup" tabindex="-1" class="yf-uec0un"><div class="autoc-quote formContainer yf-cs8l6v" data-id="fin-autocomplete" data-testid="dock-srch"><form data-finsrch="quote" role="search" class="dock-srch yf-cs8l6v"><div class="icon fin-icon tertiary-icn sz-x-large tw-absolute !tw-inline-flex tw-top-3 tw-left-3 yf-1pnxr15"><!-- HTML_TAG_START --><svg xmlns="http://www.w3.org/2000/svg" viewBox="0 0 24 24"><path d="M15.5 14h-.79l-.28-.27A6.47 6.47 0 0 0 16 9.5 6.5 6.5 0 1 0 9.5 16c1.61 0 3.09-.59 4.23-1.57l.27.28v.79l5 4.99L20.49 19zm-6 0C7.01 14 5 11.99 5 9.5S7.01 5 9.5 5 14 7.01 14 9.5 11.99 14 9.5 14zm0 5 14"/></svg><!-- HTML_TAG_END --></div> <input aria-label="Quote Lookup" class="finsrch-inpt bg-dark inpt-placeholder-secondary  yf-cs8l6v rounded bordered" type="text" aria-autocomplete="both" aria-haspopup="false" autocapitalize="off" autocorrect="off" placeholder="Quote Lookup" value=""> <div class="finsrch-rslt finsrch-custom-rst finsrch-show-recomlst yf-cs8l6v finsrch-show-ftr"></div></form> </div></div> <div class="dock-action yf-uec0un"><button class="icon2-btn fin-size-large edit subtle-dock-btn rounded   yf-15mk0m" data-ylk="elm:itm;elmt:btn;itc:1;sec:dock" aria-label="Customize Your Dock"><div class="icon fin-icon inherit-icn sz-large  yf-1pnxr15"><!-- HTML_TAG_START --><svg xmlns="http://www.w3.org/2000/svg" viewBox="0 0 24 24"><path d="M19.43 12.98c.04-.32.07-.64.07-.98s-.03-.66-.07-.98l2.11-1.65c.19-.15.24-.42.12-.64l-2-3.46a.5.5 0 0 0-.61-.22l-2.49 1c-.52-.4-1.08-.73-1.69-.98l-.38-2.65A.49.49 0 0 0 14 2h-4c-.25 0-.46.18-.49.42l-.38 2.65c-.61.25-1.17.59-1.69.98l-2.49-1a.6.6 0 0 0-.18-.03c-.17 0-.34.09-.43.25l-2 3.46c-.13.22-.07.49.12.64l2.11 1.65c-.04.32-.07.65-.07.98s.03.66.07.98l-2.11 1.65c-.19.15-.24.42-.12.64l2 3.46a.5.5 0 0 0 .61.22l2.49-1c.52.4 1.08.73 1.69.98l.38 2.65c.03.24.24.42.49.42h4c.25 0 .46-.18.49-.42l.38-2.65c.61-.25 1.17-.59 1.69-.98l2.49 1q.09.03.18.03c.17 0 .34-.09.43-.25l2-3.46c.12-.22.07-.49-.12-.64zm-1.98-1.71c.04.31.05.52.05.73s-.02.43-.05.73l-.14 1.13.89.7 1.08.84-.7 1.21-1.27-.51-1.04-.42-.9.68c-.43.32-.84.56-1.25.73l-1.06.43-.16 1.13-.2 1.35h-1.4l-.19-1.35-.16-1.13-1.06-.43c-.43-.18-.83-.41-1.23-.71l-.91-.7-1.06.43-1.27.51-.7-1.21 1.08-.84.89-.7-.14-1.13c-.03-.31-.05-.54-.05-.74s.02-.43.05-.73l.14-1.13-.89-.7-1.08-.84.7-1.21 1.27.51 1.04.42.9-.68c.43-.32.84-.56 1.25.73l1.06-.43.16-1.13.2-1.35h1.39l.19 1.35.16 1.13 1.06.43c.43.18.83.41 1.23.71l.91.7 1.06.43-1.27.51 1.04 42.9-.68c.43-.32.84-.56 1.25-.73l1.06.43-.16 1.13-.2 1.35h-1.39l-.19 1.35-.16-1.13-1.06-.43c-.43-.18-.83-.41-1.23-.71l-.91-.7-1.06.43-1.27.51-.7-1.21 1.08-.84.89-.7-.14-1.13c-.03-.31-.05-.54-.05-.74s.02-.43.05-.73l.14-1.13-.89-.7-1.08-.84.7-1.21 1.27.51 1.04 42.9-.68c.43-.32.84-.56 1.25-.73l1.06.43-.16 1.13.2-1.35h1.39l.19 1.35.16 1.13 1.06.43c.43.18.83.41 1.23.71l.91.7 1.06-.43 1.27.51 1.04 42.9-.68c.43-.32.84-.56 1.25-.73l1.06.43-.16 1.13.2-1.35l2-3.46c.12-.22.07-.49-.12-.64zm-1.98-1.71c.04.31.05.52.05.73s-.02.43-.05.73l-.14 1.13.89.7 1.08.84-.7 1.21-1.27-.51-1.04-.42-.9.68c-.43.32-.84.56-1.25.73l-1.06.43-.16 1.13-.2 1.35h-1.4l-.19-1.35-.16-1.13-1.06-.43c-.43-.18-.83-.41-1.23-.71l-.91-.7-1.06.43-1.27.51-.7-1.21 1.08-.84.89-.7-.14-1.13c-.03-.31-.05-.54-.05-.74s.02-.43.05-.73l.14-1.13.89.7 1.41.19 1.35-.16 1.13-1.06.43c-.43-.18-.83-.41-1.23-.71l-.91-.7-1.06.43-1.27.51 1.04.42.9-.68c.43-.32.84-.56 1.25-.73l1.06.43-.16 1.13-.2 2"/></svg><!-- HTML_TAG_END --></div> </button></div> </section></div> <div class="body yf-pvxsgm">  <ul>  <li data-index="0" data-id="marketSummary" class="dock-item yf-pvxsgm"><div class="dock-module yf-1mcs974 inDock"><div class="component-body yf-1mcs974"><section class="container yf-1l821ic clip"><header class="yf-1l821ic"><div slot="header" class="header-wrapper yf-3hq3ym"><div class="market-time integrated yf-1o53o2t"><div class="mk-wrapper yf-1o53o2t" data-id="mk-wrapper"><div class="iconWrapper yf-1o53o2t"><div class="icon fin-icon action-icn sz-large  yf-1pnxr15"><!-- HTML_TAG_START --><svg xmlns="http://www.w3.org/2000/svg" viewBox="0 0 24 24"><path d="M12 11c-1.1 0-2-.9-2.2s.9 2 2 2.2-.9 2.2-2-2m6 2c0-3.31-2.69-6-6-6s-6 2.69-6 6c0 2.22 1.21 4.15 3 5.19l1-1.74c-1.19-.7-2-1.97-2-3.45 0-2.21 1.79-4-4s-4 1.48-.81 2.75-2 3.45l1 1.74c1.79-1.04 3-2.97 3-5.19M12 3C6.48 3 2 7.48 2 13c0 3.7 2.01 6.92 4.99 8.65l1-1.73C5.61 18.53 4 15.96 4 13c0-4.42 3.58-8 8-8s8 3.58 8 8c0 2.96-1.61 5.53-4.69l1 1.73c2.99-1.73 5-4.95 5-8.65 0-5.52-4.48-10-10-10"/></svg><!-- HTML_TAG_END --></div></div> <span class="mk-msg yf-1o53o2t" data-id="mk-msg" tabindex="-1">U.S. markets close in 5h

37m</span></div> </div></div> </header> <div class="selectWrapper tabs yf-3hq3ym"><div data-testid="tabs-container" class="tabList l2  yf-gfq5ju" role="tablist"> <button role="tab" id="tab-US" aria-selected="true" title="US" data-ylk="elm:tab;elmt:btn;itc:1;sec:dock;subsec:markets" tabindex="0" class="tabBtn tw-pt-0 l2 yf-gfq5ju" style=""> US </button> <button role="tab" id="tab-EUROPE" aria-selected="false" title="Europe" data-ylk="elm:tab;elmt:btn;itc:1;sec:dock;subsec:markets" tabindex="-1" class="tabBtn tw-pt-0 l2 yf-gfq5ju" style=""> Europe </button> <button role="tab" id="tab-ASIA" aria-selected="false" title="Asia" data-ylk="elm:tab;elmt:btn;itc:1;sec:dock;subsec:markets" tabindex="-1" class="tabBtn tw-pt-0 l2 yf-gfq5ju" style=""> Asia </button> <button role="tab" id="tab-RATES" aria-selected="false" title="Rates" data-ylk="elm:tab;elmt:btn;itc:1;sec:dock;subsec:markets" tabindex="-1" class="tabBtn tw-pt-0 l2 yf-gfq5ju" style=""> Rates </button> <button role="tab" id="tab-COMMODITIES" aria-selected="false" title="Commodities" data-ylk="elm:tab;elmt:btn;itc:1;sec:dock;subsec:markets" tabindex="-1" class="tabBtn tw-pt-0 l2 yf-gfq5ju" style=""> Commodities </button> <button role="tab" id="tab-CURRENCIES" aria-selected="false" title="Currencies" data-ylk="elm:tab;elmt:btn;itc:1;sec:dock;subsec:markets" tabindex="-1" class="tabBtn tw-pt-0 l2 yf-gfq5ju" style=""> Currencies </button> <button role="tab" id="tab-CRYPTOCURRENCIES" aria-selected="false" title="Cryptocurrencies" data-ylk="elm:tab;elmt:btn;itc:1;sec:dock;subsec:markets" tabindex="-1" class="tabBtn tw-pt-0 l2 yf-gfq5ju" style=""> Cryptocurrencies </button></div> </div> <ul class="dock-list-wrapper  box yf-nl7uwq"><li class="box-item  primary yf-16x28su clickability hover hasSymbolOptions">        <div class="ticker-item-wrapper box yf-17uvw5b"><div style="display: contents; --custom-width:92%;"><a class="none-link fin-size-small tw-block   yf-1e4diqp" data-ylk="elm:qte;elmt:link;itc:0;sec:dock;slk:%5EGSPC;subsec:markets" href="/quote/%5EGSPC/" data-testid="ticker-list-item"><div class="row box yf-17uvw5b sparkV2"><span class="symbol yf-17uvw5b valid">S&amp;P 500</span> <div class="sparkline-wrapper yf-17uvw5b" data-testid="sparkline-wrapper"><div data-testid="sparkline" class="tw-flex !tw-w-full " style="width: 100px; height: 23px;"><svg xmlns="http://www.w3.org/2000/svg" viewBox="0 0 100 23" preserveAspectRatio="none" class="yf-1bqur6r"><defs><linearGradient id="positiveGradient" x1="0" x2="0" y1="0" y2="1"><stop offset="0%" stop-color="#037b4b1a"></stop></linearGradient><linearGradient id="negativeGradient" x1="0" x2="0" y1="0" y2="1"><stop offset="0%" stop-color="#d60a221a"></stop><stop offset="100%" stop-color="#d60a228c"></stop></linearGradient></defs><path d="M 2 19 L 96 19" fill="transparent" stroke="#464e56" stroke-dasharray="1 3" stroke-width="1" vector-effect="non-scaling-stroke"></path><path d="M 2 9.376126878130346 L 3.2051282051282053 7.605175292153539 L 4.410256410256411 7.602337228714669 L 5.615384615384616 6.665776293823141 L 6.820512820512821 6.560767946577762 L 8.025641025641026 6.634557595993259 L 9.230769230769232 7.610851419031792 L 10.435897435897436 4.815358931552582 L 11.641025641025642 3.2799666110184145 L 12.846153846153847 2.215692821369009 L 14.051282051282051 2.0028380634391265 L 14.898888888888887 2" fill="transparent" stroke="#037b4b" stroke-width="1" vector-effect="non-scaling-stroke"></path><path d="M 2 9.376126878130346 L 3.2051282051282053 7.605175292153539 L 4.410256410256411 7.602337228714669 L 5.615384615384616 6.665776293823141 L 6.820512820512821 6.560767946577762 L 8.025641025641026 6.634557595993259 L 9.230769230769232 7.610851419031792 L 10.435897435897436 4.815358931552582 L 11.641025641025642 3.2799666110184145 L 12.846153846153847 2.215692821369009 L 14.051282051282051 2.0028380634391265 L 14.898888888888887 2 L 14.898888888888887 19 L 2 19" fill="url(#positiveGradient)" stroke="#037b4b" stroke-width="0" vector-effect="non-scaling-stroke"></path><circle cx="14.898888888888887" cy="2" fill="#037b4b" r="2" stroke-width="0"></circle></svg> </div></div> <fin-streamer key="price" class="last-price yf-17uvw5b" data-symbol="^GSPC" data-field="regularMarketPrice" data-trend="none" data-pricehint="2" data-value="5764.41" active><span class="yf-17uvw5b">5,764.41</span></fin-streamer> <span class="percent-change txt-positive yf-17uvw5b"><fin-streamer class="percentChange yf-17uvw5b" data-symbol="^GSPC" data-field="regularMarketChange" data-trend="txt" data-pricehint="2" data-value="58.95996" active><span class="txt-positive yf-17uvw5b">+58.96</span></fin-streamer> <fin-streamer class="percentChange yf-17uvw5b" data-symbol="^GSPC" data-field="regularMarketChangePercent" data-trend="txt" data-pricehint="2" data-template="({fmt})" data-value="1.0333935" data-tstyle="default" active><span class="txt-positive yf-17uvw5b">(+1.03%)</span></fin-streamer></span></div> </a></div> <div class="ticker-options box yf-17uvw5b"><div style="display: contents; --menu-content-max-width:;"><div style="display: contents; --menu-min-width:var(--dock-width) - 2 * var(--dock-padding); --z-index-override:12;"><div class="menuContainer tw-pt-[3px] tw-pb-[2px] yf-9a5vow"><button class="link-btn fin-size-x-small menuBtn tw-p-0 tw-text-m rounded   yf-15mk0m" data-ylk="elm:ticker;itc:1;cid:%5EGSPC;elm:intent-follow;sec:dock-following;slk:menu-open;ticker:%5EGSPC" aria-haspopup="true" aria-controls="menu-44" data-testid="add-to-following" dialogContentAlignRightValue="0" dialogAlignLeftValue="0" aria-label="Follow"> <div class="icon fin-icon dock-icn sz-x-

large  yf-1pnxr15"><!-- HTML_TAG_START --><svg xmlns="http://www.w3.org/2000/svg" viewBox="0 0 24 24"><path d="m22 9.24-7.19-.62L12 2 9.19 8.63 2 9.24l5.46 4.73L5.82 21 12 17.27 18.18 21l-1.63-7.03zM12 15.4l-3.76 2.27 1-4.28-3.32-2.88 4.38-.38L12 6.1l1.71 4.04 4.38.38-3.32 2.88 1 4.28z"/></svg><!-- HTML_TAG_END --></div> </button>  <div class="dialog-container yf-9a5vow" id="menu-44" aria-hidden></div> </div></div> <div style="display: contents; --dialog-position:fixed;"><div id="dialog-439" aria-hidden="true" class="dialog-container tw-visible modal yf-1vc3z4o" role="alertdialog"><div class="dialog-overlay yf-1vc3z4o overlay"></div> <div role="document" class="dialog-content elevation4  yf-1vc3z4o rounded"></div> </div></div></div> </div></div>  </li><li class="box-item  primary yf-16x28su  clickability hover  hasSymbolOptions">        <div class="ticker-item-wrapper box yf-17uvw5b"><div style="display: contents; --custom-width:92%;"><a class="none-link fin-size-small tw-block   yf-1e4diqp" data-ylk="elm:qte;elmt:link;itc:0;sec:dock;slk:%5DJI;subsec:markets" href="/quote/%5EDJI/" data-testid="ticker-list-item"><div class="row box yf-17uvw5b sparkV2"><span class="symbol yf-17uvw5b valid">Dow 30</span> <div class="sparkline-wrapper yf-17uvw5b box" data-testid="sparkline-wrapper"><div data-testid="sparkline" class="tw-flex !tw-w-full " style="width: 100px; height: 23px;"><svg xmlns="http://www.w3.org/2000/svg" viewBox="0 0 100 23" preserveAspectRatio="none" class="yf-1bqur6r"><defs><linearGradient id="positiveGradient" x1="0" x2="0" y1="0" y2="1"><stop offset="0%" stop-color="#037b4b8c"></stop><stop offset="100%" stop-color="#037b4b1a"></stop></linearGradient><linearGradient id="negativeGradient" x1="0" x2="0" y1="0" y2="1"><stop offset="0%" stop-color="#d60a221a"></stop><stop offset="100%" stop-color="#d60a228c"></stop></linearGradient></defs><path d="M 2 19 L 96 19" fill="transparent" stroke="#464e56" stroke-dasharray="1 3" stroke-width="1" vector-effect="non-scaling-stroke"></path><path d="M 2 8.66670946480907 L 3.2051282051282053 6.55021292075906 L 4.410256410256411 7.268322954783779 L 5.615384615384616 6.465087415206129 L 6.820512820512821 6.747020179324167 L 8.025641025641026 7.8325522672314305 L 9.230769230769232 7.400012839442615 L 10.435897435897436 4.446448824121045 L 11.641025641025642 3.9495195908496394 L 12.846153846153847 3.0524277246367655 L 14.051282051282051 2 L 14.898888888888887 2.0240097579763656" fill="transparent" stroke="#037b4b" stroke-width="1" vector-effect="non-scaling-stroke"></path><path d="M 2 8.66670946480907 L 3.2051282051282053 6.55021292075906 L 4.410256410256411 7.268322954783779 L 5.615384615384616 6.465087415206129 L 6.820512820512821 6.747020179324167 L 8.025641025641026 7.8325522672314305 L 9.230769230769232 7.400012839442615 L 10.435897435897436 4.446448824121045 L 11.641025641025642 3.9495195908496394 L 12.846153846153847 3.0524277246367655 L 14.051282051282051 2 L 14.898888888888887 2.0240097579763656 L 14.898888888888887 19 L 2 19" fill="url(#positiveGradient)" stroke="#037b4b" stroke-width="0" vector-effect="non-scaling-stroke"></path><circle cx="14.898888888888887" cy="2.0240097579763656" fill="#037b4b" r="2" stroke-width="0"></circle></svg></div></div> <fin-streamer key="price" class="last-price yf-17uvw5b" data-symbol="^DJI" data-field="regularMarketPrice" data-trend="none" data-pricehint="2" data-value="42226.03" active><span class="yf-17uvw5b">42,226.03</span></fin-streamer> <span class="percent-change txt-positive yf-17uvw5b"><fin-streamer class="percentChange yf-17uvw5b" data-symbol="^DJI" data-field="regularMarketChange" data-trend="txt" data-pricehint="2" data-value="462.5703" active><span class="txt-positive yf-17uvw5b">+462.57</span></fin-streamer> <fin-streamer class="percentChange yf-17uvw5b" data-symbol="^DJI" data-field="regularMarketChangePercent" data-trend="txt" data-pricehint="2" data-template="({fmt})" data-value="1.1075131" data-tstyle="default" active><span class="txt-positive yf-17uvw5b">(+1.11%)</span></fin-streamer></span></div> </a></div> <div class="ticker-options box yf-17uvw5b"><div style="display: contents; --menu-content-max-width:;"><div style="display: contents; --menu-min-width:var(--dock-width) - 2* var(--dock-padding); --z-index-override:12;"><div class="menuContainer tw-pt-[3px] tw-pb-[2px] yf-9a5vow"><button class="link-btn fin-size-x-small menuBtn tw-p-0 tw-text-m rounded  yf-15mk0m" data-ylk="elm:ticker;itc:1;cid:%5EDJI;elm:intent-follow;sec:dock-following;slk:menu-open;ticker:%5EDJI" aria-haspopup="true" aria-controls="menu-17" data-testid="add-to-following" dialogContentAlignRightValue="0" dialogAlignLeftValue="0" aria-label="Follow"> <div class="icon fin-icon dock-icn sz-large  yf-1pnxr15"><!-- HTML_TAG_START --><svg xmlns="http://www.w3.org/2000/svg" viewBox="0 0 24 24"><path d="m22 9.24-7.19-.62L12 2 9.19 8.63 2 9.24l5.46 4.73L5.82 21 12 17.27 18.18 21l-1.63-7.03zM12 15.4l-3.76 2.27 1-4.28-3.32-2.88 4.38-.38L12 6.1l1.71 4.04 4.38.38-3.32 2.88 1 4.28z"/></svg><!-- HTML_TAG_END --></div> </button> <div class="dialog-container yf-9a5vow" id="menu-17" aria-hidden></div></div></div> <div style="display: contents; --dialog-position:fixed;"><div id="dialog-498" aria-hidden="true" class="dialog-container tw-visible modal yf-1vc3z4o" role="alertdialog"><div class="dialog-overlay yf-1vc3z4o overlay"></div> <div role="document" class="dialog-content elevation4  yf-1vc3z4o rounded"></div> </div></div></div> </div></div>  </li><li class="box-item  primary yf-16x28su  clickability hover  hasSymbolOptions">        <div class="ticker-item-wrapper box yf-17uvw5b"><div style="display: contents; --custom-width:92%;"><a class="none-link fin-size-small tw-block   yf-1e4diqp"

data-ylk="elm:qte;elmt:link;itc:0;sec:dock;slk:%5EIXIC;subsec:markets" href="/quote/%5EIXIC/" data-testid="ticker-list-item"> <div class="row box yf-17uvw5b sparkV2"><span class="symbol yf-17uvw5b valid">Nasdaq</span> <div class="sparkline-wrapper yf-17uvw5b" data-testid="sparkline-wrapper"><div data-testid="sparkline" class="tw-flex !tw-w-full " style="width: 100px; height: 23px;"><svg xmlns="http://www.w3.org/2000/svg" viewBox="0 0 100 23" preserveAspectRatio="none" class="yf-1bqur6r"><defs><linearGradient id="positiveGradient" x1="0" x2="0" y1="0" y2="1"><stop offset="0%" stop-color="#037b4b8c"></stop><stop offset="100%" stop-color="#037b4b1a"></stop></linearGradient><linearGradient id="negativeGradient" x1="0" x2="0" y1="0" y2="1"><stop offset="0%" stop-color="#d60a221a"></stop><stop offset="100%" stop-color="#d60a228c"></stop></linearGradient></defs><path d="M 2 19 L 96 19" fill="transparent" stroke="#464e56" stroke-dasharray="1 3" stroke-width="1" vector-effect="non-scaling-stroke"></path><path d="M 2 10.246637008360782 L 3.2051282051282053 9.520076287452598 L 4.410256410256411 7.532645824522788 L 5.615384615384616 7.311290217638946 L 6.820512820512821 6.975316373336878 L 8.025641025641026 5.9956000520513095 L 9.230769230769232 8.149842219981316 L 10.435897435897436 6.296040860145104 L 11.641025641025642 4.045500016265976 L 12.846153846153847 2.7875337519114916 L 14.051282051282051 2.4577816454668806 L 14.874786324786326 2" fill="transparent" stroke="#037b4b" stroke-width="1" vector-effect="non-scaling-stroke"></path><path d="M 2 10.246637008360782 L 3.2051282051282053 9.520076287452598 L 4.410256410256411 7.532645824522788 L 5.615384615384616 7.311290217638946 L 6.820512820512821 6.975316373336878 L 8.025641025641026 5.9956000520513095 L 9.230769230769232 8.149842219981316 L 10.435897435897436 6.296040860145104 L 11.641025641025642 4.045500016265976 L 12.846153846153847 2.7875337519114916 L 14.051282051282051 2.4577816454668806 L 14.874786324786326 19 L 2 19" fill="url(#positiveGradient)" stroke="#037b4b" stroke-width="0" vector-effect="non-scaling-stroke"></path><circle cx="14.874786324786326" cy="2" fill="#037b4b" r="2" stroke-width="0"></circle></svg> </div></div> <fin-streamer key="price" class="last-price yf-17uvw5b" data-symbol="^IXIC" data-field="regularMarketPrice" data-trend="none" data-pricehint="2" data-value="18330.744" active><span class="yf-17uvw5b">18,330.74</span></fin-streamer> <span class="percent-change txt-positive yf-17uvw5b"><fin-streamer class="percentChange yf-17uvw5b" data-symbol="^IXIC" data-field="regularMarketChange" data-trend="txt" data-pricehint="2" data-value="235.59375" active><span class="txt-positive yf-17uvw5b">+235.59</span></fin-streamer> <fin-streamer class="percentChange yf-17uvw5b" data-symbol="^IXIC" data-field="regularMarketChangePercent" data-trend="txt" data-pricehint="2" data-template="({fmt})" data-value="1.3020079" data-tstyle="default" active><span class="txt-positive yf-17uvw5b">(+1.30%)</span></fin-streamer></div> </a></div> <div class="ticker-options box yf-17uvw5b"><div style="display: contents; --menu-content-max-width:;"><div style="display: contents; --menu-min-width:var(--dock-width) - 2* var(--dock-padding); --z-index-override:12;"><div class="menuContainer tw-pt-[3px] tw-pb-[2px] yf-9a5vow"><button class="link-btn fin-size-x-small menuBtn tw-p-0 tw-text-m rounded  yf-15mk0m" data-ylk="elmt:ticker;itc:1;cid:%5EIXIC;elm:intent-follow;sec:dock-following;slk:menu-open;ticker:%5EIXIC" aria-haspopup="true" aria-controls="menu-9" data-testid="add-to-following" dialogContentAlignRightValue="0" dialogAlignLeftValue="0" aria-label="Follow"> <div class="icon fin-icon dock-icn sz-x-large  yf-1pnxr15"><!-- HTML_TAG_START --><svg xmlns="http://www.w3.org/2000/svg" viewBox="0 0 24 24"><path d="m22 9.24-7.19-.62L12 2 9.19 8.63 2 9.24l5.46 4.73L5.82 21 12 17.27 18.18 21l-1.63-7.03zM12 15.4l-3.76 2.27 1-4.28-3.32-2.88 4.38-.38L12 6.11l1.71 4.04 4.38.38-3.32 2.88 1 4.28z"/></svg><!-- HTML_TAG_END --></svg></div></button> <div class="dialog-container yf-9a5vow" id="menu-9" aria-hidden></div> </div></div></div> <div style="display: contents; --dialog-position:fixed;"><div id="dialog-831" aria-hidden="true" class="dialog-container tw-visible modal yf-1vc3z4o" role="alertdialog"><div class="dialog-overlay yf-1vc3z4o overlay"></div> <div role="document" class="dialog-content elevation4 yf-1vc3z4o rounded"></div> </div></div></div> </li></li class="box-item primary yf-16x28su clickability hover  hasSymbolOptions">      <div class="ticker-item-wrapper box yf-17uvw5b"><div style="display: contents; --custom-width:92%;"><a class="none-link fin-size-small tw-block  yf-1e4diqp" data-ylk="elm:qte;elmt:link;itc:0;sec:dock;slk:%5ERUT;subsec:markets" href="/quote/%5ERUT/" data-testid="ticker-list-item"> <div class="row box yf-17uvw5b sparkV2"><span class="symbol yf-17uvw5b valid">Russell 2000</span> <div class="sparkline-wrapper yf-17uvw5b" data-testid="sparkline-wrapper"><div data-testid="sparkline" class="tw-flex !tw-w-full " style="width: 100px; height: 23px;"><svg xmlns="http://www.w3.org/2000/svg" viewBox="0 0 100 23" preserveAspectRatio="none" class="yf-1bqur6r"><defs><linearGradient id="positiveGradient" x1="0" x2="0" y1="0" y2="1"><stop offset="0%" stop-color="#037b4b8c"></stop><stop offset="100%" stop-color="#037b4b1a"></stop></linearGradient><linearGradient id="negativeGradient" x1="0" x2="0" y1="0" y2="1"><stop offset="0%" stop-color="#d60a221a"></stop><stop offset="100%" stop-color="#d60a228c"></stop></linearGradient></defs><path d="M 2 19 L 96 19" fill="transparent"

stroke="#464e56" stroke-dasharray="1 3" stroke-width="1" vector-effect="non-scaling-stroke"></path><path d="M 2 7.14723866026972 L 3.2051282051282053 5.2315128721261335 L 4.410256410256411 3.995743344482594 L 5.615384615384616 3.0158498932997717 L 6.820512820512821 2.308106185582499 L 8.025641025641026 2 L 9.230769230769232 4.7851770011956445 L 10.435897435897436 3.716711062006987 L 11.27948717948718 3.4677818473506496" fill="transparent" stroke="#037b4b" stroke-width="1" vector-effect="non-scaling-stroke"></path><path d="M 2 7.14723866026972 L 3.2051282051282053 5.2315128721261335 L 4.410256410256411 3.995743344482594 L 5.615384615384616 3.0158498932997717 L 6.820512820512821 2.308106185582499 L 8.025641025641026 2 L 9.230769230769232 4.7851770011956445 L 10.435897435897436 3.716711062006987 L 11.27948717948718 3.4677818473506496 L 11.27948717948718 19 L 2 19" fill="url(#positiveGradient)" stroke="#037b4b" stroke-width="0" vector-effect="non-scaling-stroke"></path><circle cx="11.27948717948718" cy="3.4677818473506496" fill="#037b4b" r="2" stroke-width="0"></circle></svg> </div></div> <fin-streamer key="price" class="last-price yf-17uvw5b" data-symbol="^RUT" data-field="regularMarketPrice" data-trend="none" data-pricehint="2" data-value="2220.6914" active><span class="yf-17uvw5b">2,220.69</span></fin-streamer> <span class="percent-change txt-positive yf-17uvw5b"><fin-streamer class="percentChange yf-17uvw5b" data-symbol="^RUT" data-field="regularMarketChange" data-trend="txt" data-pricehint="2" data-value="24.039062" active><span class="txt-positive yf-17uvw5b">+24.04</span></fin-streamer> <fin-streamer class="percentChange yf-17uvw5b" data-symbol="^RUT" data-field="regularMarketChangePercent" data-trend="txt" data-pricehint="2" data-template="({fmt})" data-value="1.0943041" data-tstyle="default" active><span class="txt-positive yf-17uvw5b">(+1.09%)</span></fin-streamer></fin-streamer></span> </a></div> <div class="ticker-options box yf-17uvw5b"><div style="display: contents; --menu-content-max-width:;"><div style="display: contents; --menu-min-width:var(--dock-width) - 2* var(--dock-padding); --z-index-override:12;"><div class="menuContainer tw-pt-[3px] tw-pb-[2px] yf-9a5vow"><button class="link-btn fin-size-x-small menuBtn tw-p-0 tw-text-m rounded yf-15mk0m" data-ylk="elmt:ticker;itc:1;cid:%5ERUT;elm:intent-follow;sec:dock-following;slk:menu-open;ticker:%5ERUT" aria-haspopup="true" aria-controls="menu-25" data-testid="add-to-following" dialogContentAlignRightValue="0" dialogAlignLeftValue="0" aria-label="Follow"> <div class="icon fin-icon dock-icn sz-x-large yf-1pnxr15"><!-- HTML_TAG_START --><svg xmlns="http://www.w3.org/2000/svg" viewBox="0 0 24 24"><path d="m22 9.24-7.19-.62L12 2 9.19 8.63 2 9.24l5.46 4.73L5.82 21 12 17.27 18.18 21l-1.63-7.03zM12 15.4l-3.76 2.27 1-4.28-3.32-2.88 4.38-.38L12 6.1l1.71 4.04 4.38.38-3.32 2.88 1 4.28z"/></svg><!-- HTML_TAG_END --></div></button> </div> <div class="dialog-container yf-9a5vow" id="menu-25" aria-hidden></div> </div></div> <div style="display: contents; --dialog-position:fixed;"><div id="dialog-447" aria-hidden="true" class="dialog-container tw-visible modal yf-1vc3z4o" role="alertdialog"><div class="dialog-overlay yf-1vc3z4o overlay"></div> <div role="document" class="dialog-content elevation4 yf-1vc3z4o rounded"></div> </div></div></div> </li><li class="box-item primary yf-16x28su clickability hover hasSymbolOptions"> <div class="ticker-item-wrapper box yf-17uvw5b"><div style="display: contents; --custom-width:92%;"><a class="none-link fin-size-small tw-block yf-1e4diqp" data-ylk="elm:qte;elmt:link;itc:0;sec:dock;slk:CL%3DF" href="/quote/CL%3DF/" data-testid="ticker-list-item"><div class="row box yf-17uvw5b sparkV2"><span class="symbol yf-17uvw5b valid">Crude Oil</span> <div class="sparkline-wrapper yf-17uvw5b" data-testid="sparkline-wrapper"><div data-testid="sparkline" class="tw-flex !tw-w-full " style="width: 100px; height: 23px;"><svg xmlns="http://www.w3.org/2000/svg" viewBox="0 0 100 23" preserveAspectRatio="none" class="yf-1bqur6r"><defs><linearGradient id="positiveGradient" x1="0" x2="0" y1="0" y2="1"><stop offset="0%" stop-color="#037b4b8c"></stop><stop offset="100%" stop-color="#037b41a"></stop></linearGradient><linearGradient id="negativeGradient" x1="0" x2="0" y1="0" y2="1"><stop offset="0%" stop-color="#d60a221a"></stop><stop offset="100%" stop-color="#d60a228c"></stop></linearGradient></defs><path d="M 2 19 L 96 19" fill="transparent" stroke="#464e56" stroke-dasharray="1 3" stroke-width="1" vector-effect="non-scaling-stroke"></path><path d="M 2 8.375000000000028 L 2.326615705350938 8.296296296296285 L 2.653231410701876 8.217592592592652 L 2.9798471160528144 8.060185185185162 L 3.306462821403753 7.902777777777787 L 3.633078526754691 7.902777777777787 L 3.9596942321056288 7.981481481481531 L 4.286309937456567 7.902777777777787 L 4.612925642807505 7.745370370370411 L 4.939541348158443 7.351851851851913 L 5.266157053509382 7.50925925925929 L 5.5927727588603195 7.587962962963035 L 5.9193886421125575 7.824074074074043 L 6.246004169562195 7.745370370370411 L 6.5726198749131335 7.981481481481531 L 6.899235580264072 7.824074074074043 L 7.22585128561501 8.060185185185162 L 7.552466990965948 8.138888888888907 L 7.879082696316886 8.296296296296285 L 8.205698401667824 8.217592592592652 L 8.8589298123697 8.217592592592652 L 9.185545517720639 8.138888888888907 L 9.512161223071578 7.981481481481531 L 9.838776928422515 7.273148148148169 L 10.165392633773454 7.351851851851913 L 10.492008339124391 7.50925925925929 L 10.818624044475332 7.745370370370411 L

11.145239749826267 8.217592592592652 L 11.471855455177206 8.296296296296285 L 11.798471160528145 8.532407407407405 L 12.125086865879082 8.84722222222227 L 12.45170257123002 8.84722222222227 L 12.77831827658096 9.240740740740765 L 13.104933981931897 8.768518518518524 L 13.431549687282834 8.925925925925903 L 13.758165392633773 9.083333333333389 L 14.084781097984713 8.689814814814891 L 14.411396803335649 8.138888888888907 L 14.738012508686587 7.902777777777787 L 15.064628214037526 7.981481481481531 L 15.391243919388463 8.138888888888907 L 15.7178596247394 7.745370370370411 L 16.371091035441278 7.587962962963035 L 16.697706740792217 7.03703703703705 L 17.024322446143156 7.03703703703705 L 17.35093815149409 6.250000000000057 L 17.67755385684503 5.541666666666694 L 18.00416956219597 5.069444444444454 L 18.330785267546908 4.518518518518858 L 18.657400972897843 4.046296296296339 L 18.984016678248782 3.3379629629629831 L 19.31063238359972 3.416666666666722 L 19.637248088950663 3.1018518518518583 L 19.963863794301595 2.629629629629173 L 20.290479499652534 2 L 20.617095205003476 3.888888888888852 L 20.94371091035441 3.7314814814814756 L 21.27032661570535 4.754629629629701 L 21.59694232105629 3.4953703703703543 L 21.923558026407225 3.3379629629629783 L 22.250173731758164 2.7870370370371047 L 22.57678943710906 3.4953703703703543 L 22.90340514246004 3.1805555555556024 L 23.230020847810977 3.3379629629629783 L 23.55663655316192 3.5740740740740984 L 24.209867963863793 4.282407407407462 L 24.536483669214736 4.046296296296339 L 24.863099374565667 3.416666666666722 L 25.189715079916606 2.865740740740737 L 25.516330785267545 4.282407407407462 L 25.842946490618484 4.282407407407462 L 26.169562195969426 4.439814814814837 L 26.496177901320358 4.5972222222222126 L 26.822793606671297 5.22685185185183 L 27.14940931202224 5.46296296296295 L 27.476025017373175 6.9583333333333306 L 27.802640722724114 7.666666666666667 L 28.129256420847053 8.060185185185162 L 28.455872133425988 8.138888888888907 L 28.782487838776927 7.587962962963035 L 29.10910354412787 8.060185185185162 L 29.4357192494788 8.217592592592652 L 29.76233495482974 7.194444444444426 L 30.088950660180682 7.50925925925929 L 30.415566365531618 8.61111111111148 L 30.742182070882556 8.060185185185162 L 31.068797776233495 8.532407407407405 L 31.39541348158443 8.611111111111148 L 31.72202918693537 8.925925925925903 L 32.04864489228631 8.453703703703772 L 32.375260597637244 8.138888888888907 L 32.70187630298818 7.273148148148169 L 33.02849200833913 7.194444444444426 L 33.35510771369006 6.250000000000057 L 33.681723419041 6.250000000000057 L 34.00833912439194 5.541666666666694 L 34.33495482974288 5.541666666666694 L 34.66157053509383 4.5972222222222126 L 34.988186240444755 4.361111111111093 L 35.314801945795686 4.5972222222222126 L 35.641417651146625 5.46296296296295 L 35.968033356497564 4.99074074074071 L 36.2946490618485 7.273148148148169 L 36.62126476719944 6.722222222222296 L 36.94788047255039 5.699074074074072 L 37.274496177790133 4.203703703703716 L 37.60111188325226 3.5740740740740984 L 37.9277275886032 4.912037037037079 L 38.254343293954136 3.4953703703703543 L 38.58095899930507 4.282407407407462 L 38.907574704656014 4.833333333333333 L 39.23419041000695 5.6203703703704395 L 39.560806115357884 3.8101851851852198 L 39.88742182070882 4.675925925925957 L 40.21403752605977 4.675925925925957 L 40.54065323141074 4.833333333333333 L 40.86726893685436 4.5972222222222126 L 41.19388464211258 5.777777777777815 L 41.52050034746351 6.250000000000057 L 41.84711605281445 6.879629629629674 L 42.076835765577954 6.643518518518552" fill="transparent" stroke="#037b4b" stroke-width="1" vector-effect="non-scaling-stroke"></path><path d="M 2 8.375000000000028 L 2.326615705350938 8.296296296296285 L 2.653231410701876 8.217592592592652 L 2.9798471160528144 8.060185185185162 L 3.306462821403753 7.902777777777787 L 3.633078526754691 7.902777777777787 L 3.9596942321056288 7.981481481481531 L 4.286309937456567 7.902777777777787 L 4.612925642807505 7.745370370370411 L 4.939541348158443 7.351851851851913 L 5.266157053509382 7.50925925925929 L 5.5927727588603195 7.587962962963035 L 5.9193884642112575 7.824074074074043 L 6.2460041695621955 7.745370370370411 L 6.5726198749131335 7.981481481481531 L 6.899235580264402 7.824074074074043 L 7.22585128561501 8.060185185185162 L 7.552466990965948 8.138888888888907 L 7.879082696316886 8.296296296296285 L 8.205698401467824 8.217592592592652 L 8.8589298123697 8.217592592592652 L 9.185545517782926 8.138888888888907 L 9.512161223071578 7.981481481481531 L 9.838776928422515 7.273148148148169 L 10.165392633773454 7.351851851851913 L 10.492008339124391 7.50925925925929 L 10.818624044475332 7.745370370370411 L 11.145239749826267 8.217592592592652 L 11.471855455177206 8.296296296296285 L 11.798471160528145 8.532407407407405 L 12.125086865879082 8.84722222222227 L 12.45170257123002 8.84722222222227 L 12.77831827658096 9.240740740740765 L 13.104933981931897 8.768518518518524 L 13.431549687282834 8.925925925925903 L 13.758165392633773 9.083333333333389 L 14.084781097984713 8.689814814814891 L 14.411396803335649 8.138888888888907 L 14.738012508686587 7.902777777777787 L 15.064628214037526 7.981481481481531 L 15.391243919388463 8.138888888888907 L 15.7178596247394 7.745370370370411 L 16.371091035441278 7.587962962963035 L 16.697706740792217

7.03703703703705 L 17.024322446143156 7.03703703703705 L 17.35093815149409 6.250000000000057 L 17.67755385684503 5.541666666666694 L 18.00416956219597 5.069444444444454 L 18.330785267546908 4.51851851851858 L 18.657400972897843 4.046296296296339 L 18.984016678248782 3.3379629629629783 L 19.31063238359972 3.416666666666722 L 19.637248088950663 3.1018518518518583 L 19.963863794301595 2.6296296296296173 L 20.290479499652534 2 L 20.617095205003476 3.888888888888852 L 20.94371091035441 3.7314814814814756 L 21.27032661570535 4.754629629629701 L 21.59694232105629 3.4953703703703543 L 21.923558026407225 3.3379629629629783 L 22.250173731758164 2.7870370370371047 L 22.576789437109106 3.4953703703703543 L 22.90340514246004 3.1805555555556024 L 23.230020847810977 3.3379629629629783 L 23.55663655316192 3.5740740740740984 L 24.209867963863793 4.242296296296339 L 24.53648369214734 4.046296296296339 L 24.863099374565667 3.416666666666722 L 25.189715079916606 2.865740740740737 L 25.516330785267545 4.282407407407462 L 25.842946490618484 4.282407407407462 L 26.169562195969426 4.439814814814837 L 26.496177901320358 4.5972222222222126 L 26.822793606671297 5.22685185185183 L 27.14940931202224 5.46296296296295 L 27.476025017373175 6.958333333333306 L 27.802640722724114 7.666666666666667 L 28.129256428075053 8.060185185185162 L 28.455872133425988 8.138888888888907 L 28.782487838776927 7.587962962963035 L 29.10910354412787 8.060185185185162 L 29.4357192494788 8.217592592592652 L 29.76233495482974 7.194444444444426 L 30.088950660180682 7.50925925925929 L 30.415566365531618 8.611111111111148 L 30.742182070882556 8.060185185185162 L 31.068797776233495 8.532407407407405 L 31.39541348158443 8.611111111111148 L 31.72202918693537 8.925925925925903 L 32.04864489228631 8.453703703703772 L 32.375260597637244 8.138888888888907 L 32.70187630298818 7.273148148148169 L 33.02849200833913 7.194444444444426 L 33.35510771369006 6.250000000000057 L 33.681723419041 6.250000000000057 L 33.008339124394 5.541666666666694 L 34.33495482974288 5.541666666666694 L 34.661570535093816 4.5972222222222126 L 34.988186240444755 4.361111111111093 L 35.314801945795686 4.5972222222222126 L 35.641417651146625 5.46296296296295 L 35.968033356497564 4.99074074074071 L 36.2946490618485 7.273148148148169 L 36.62126476719944 6.722222222222296 L 36.94788047255039 5.699074074074072 L 37.27449617790133 4.203703703703716 L 37.60111188325226 3.5740740740740984 L 37.9277275886032 4.912037037037079 L 38.254343293954136 3.4953703703703543 L 38.58095899930507 4.282407407407462 L 38.907574704656014 4.833333333333333 L 39.23419041000695 5.6203703703704395 L 39.560806115357884 3.810185185185218 L 39.88742182070882 4.675925925925957 L 40.21403752605977 4.675925925925957 L 40.5406532314107 4.833333333333333 L 40.86726893676165 4.5972222222222126 L 41.19388464211258 5.777777777777815 L 41.52050034746351 6.250000000000057 L 41.84711605281445 6.879629629629674 L 42.076835765577954 6.643518518518552 L 42.076835765577954 19 L 2 19" fill="url(#positiveGradient)" stroke="#037b4b" stroke-width="0" vector-effect="non-scaling-stroke"></path><circle cx="42.076835765577954" cy="6.643518518518552" fill="#037b4b" r="2" stroke-width="0"></circle></svg> </div></div> <fin-streamer key="price" class="last-price yf-17uvw5b" data-symbol="CL=F" data-field="regularMarketPrice" data-trend="none" data-pricehint="2" data-value="70.85" active><span class="yf-17uvw5b">70.85</span></fin-streamer> <span class="percent-change txt-positive yf-17uvw5b"><fin-streamer class="percentChange yf-17uvw5b" data-symbol="CL=F" data-field="regularMarketChange" data-trend="txt" data-pricehint="2" data-value="1.5899963" active><span class="txt-positive yf-17uvw5b">+1.59</span></fin-streamer> <fin-streamer class="percentChange yf-17uvw5b" data-symbol="CL=F" data-field="regularMarketChangePercent" data-trend="txt" data-pricehint="2" data-template="({fmt})" data-value="2.295692" data-tstyle="default" active><span class="txt-positive yf-17uvw5b">(+2.30%)</span></fin-streamer></span></div> </a></div> <div class="ticker-options box yf-17uvw5b"><div style="display: contents; --menu-content-max-width:;"><div style="display: contents; --menu-min-width:var(--dock-width) - 2* var(--dock-padding); --z-index-override:12;"><div class="menuContainer tw-pt-[3px] tw-pb-[2px] yf-9a5vow"><button class="link-btn fin-size-x-small menuBtn tw-p-0 tw-text-m rounded yf-15mk0m" data-ylk="elmt:ticker;itc:1;cid:CL%3DF;elm:intent-follow;sec:dock-following;slk:menu-open;ticker:CL%3DF" aria-haspopup="true" aria-controls="menu-40" data-testid="add-to-following" dialogAlignRightValue="0" dialogAlignLeftValue="0" aria-label="Follow"> <div class="icon fin-icon dock-icn sz-x-large yf-1pnxr15"><!-- HTML_TAG_START --><svg xmlns="http://www.w3.org/2000/svg" viewBox="0 0 24 24"><path d="m22 9.24-7.19-.62L12 2 9.19 8.63 2 9.24l5.46 4.73L5.82 21 12 17.27 18.18 21l-1.63-7.03zM12 15.4l-3.76 2.27 1-4.28-3.32-2.88 4.38-.38L12 6.11l1.71 4.04 4.38.38-3.32 2.88 1 4.28z"/></svg><!-- HTML_TAG_END --></div></button> <div class="dialog-container yf-9a5vow" id="menu-40" aria-hidden></div> </div> </div> <div style="display: contents; --dialog-position:fixed;"><div id="dialog-290" aria-hidden="true" class="dialog-container tw-visible modal yf-1vc3z4o" role="alertdialog"><div class="dialog-overlay yf-1vc3z4o overlay"></div> <div role="document" class="dialog-content elevation4 yf-1vc3z4o rounded"></div> </div></div></div> </div></div> </li><li class="box-item primary yf-16x28su clickability hover hasSymbolOptions">        <div

class="ticker-item-wrapper box yf-17uvw5b"><div style="display: contents; --custom-width:92%;"><a class="none-link fin-size-small tw-block   yf-1e4diqp" data-ylk="elm:qte;elmt:link;itc:0;sec:dock;slk:GC%3DF;subsec:markets" href="/quote/GC%3DF/" data-testid="ticker-list-item"><div class="row box yf-17uvw5b sparkV2"><span class="symbol yf-17uvw5b valid">Gold</span> <div class="sparkline-wrapper yf-17uvw5b" data-testid="sparkline-wrapper"><div data-testid="sparkline" class="tw-flex !tw-w-full " style="width: 100px; height: 23px;"><svg xmlns="http://www.w3.org/2000/svg" viewBox="0 0 100 23" preserveAspectRatio="none" class="yf-1bqur6r"><defs><linearGradient id="positiveGradient" x1="0" x2="0" y1="0" y2="1"><stop offset="0%" stop-color="#037b4b8c"></stop><stop offset="100%" stop-color="#037b4b1a"></stop></linearGradient><linearGradient id="negativeGradient" x1="0" x2="0" y1="0" y2="1"><stop offset="0%" stop-color="#d60a221a"></stop><stop offset="100%" stop-color="#d60a228c"></stop></linearGradient></defs><path d="M 2 19 L 96 19" fill="transparent" stroke="#464e56" stroke-dasharray="1 3" stroke-width="1" vector-effect="non-scaling-stroke"></path><path d="M 2 9.881818181818392 L 2.326615705350938 10.036363636363706 L 2.653231410701876 9.95909090909105 L 2.9798471160528144 10.036363636363706 L 3.306462821403753 10.113636363636363 L 3.633078526754691 9.65000000000007 L 3.9596942321056288 9.804545454545735 L 4.286309937456567 9.727272727272727 L 4.612925642807505 9.263636363636433 L 4.939541348158443 8.954545454545455 L 5.266157053509382 9.572727272727413 L 5.592772758603195 9.34090909090909 L 5.9193886421125755 9.34090909090909 L 6.2460041695621955 8.877272727272798 L 6.5726198749131335 9.031818181818462 L 6.899235580264072 9.031818181818462 L 7.22585128561501 9.263636363636433 L 7.552466990965948 9.418181818182099 L 7.879082696316886 9.031818181818462 L 8.205698401667824 8.027272727272868 L 8.532314107018763 8.568181818181818 L 8.8589298123697 8.336363636363847 L 9.185545517720639 7.331818181818253 L 9.512161223071578 7.100000000000282 L 9.838776928422515 6.481818181818323 L 10.165392633773454 5.631818181818392 L 10.492008339124391 5.863636363636363 L 10.818624044475332 7.40909090909091 L 11.14523974982626 7 7.640909090909232 L 11.471855455177206 8.645454545454827 L 11.798471160528145 8.645454545454827 L 12.125086865879082 9.031818181818462 L 12.451702571230002 9.65000000000007 L 12.77831827658096 8.413636363636504 L 13.1049339819318997 9.186363636363677 L 13.431549687282834 9.572727272727413 L 13.758165392633773 8.877272727272798 L 14.084781097984713 10.036363636363706 L 14.411396803335649 10.731818181818323 L 14.738012508686587 10.5 L 15.064628214037526 9.418181818182099 L 15.391243919388463 10.886363636363637 L 15.7178596247394 11.272727272727272 L 16.044475330090343 12.509090909090911891 L 16.371091035441278 13.050000000000014 L 16.69770674079227 11.581818181818251 L 17.024322446143156 12.200000000000212 L 17.35093815149409 11.118181818181958 L 17.67755385684503 9.95909090909105 L 18.004169562195977 9.727272727272727 L 18.330785267546908 9.031818181818462 L 18.657400972897843 8.80000000000141 L 18.98401667824878 2 7.872727272727554 L 19.31063238359972 7.718181818181889 L 19.637248088950663 8.25909090909091 L 19.963863794301595 7.486363636363918 L 20.290479499652534 7.254545454545596 L 20.617095205003476 8.336363636363847 L 20.94371091035441 9.418181818182099 L 21.27032661570535 8.25909090909119 L 21.59694232105629 8.413636363636504 L 21.923558026407225 7.177272727272939 L 22.250173731758164 7.0227272727272725 L 22.576789437109106 8.645454545454827 L 22.90340514246004 8.490909090909161 L 23.230020847810977 8.568181818181818 L 23.55663655316192 8.645454545454827 L 24.209867963863793 9.95909090909105 L 24.536483669214736 9.572727272727413 L 24.863099374565667 9.804545454545735 L 25.189715079916606 9.727272727272727 L 25.516330785267545 10.113636363636363 L 25.842946490618484 9.650000000000007 L 26.169562195969426 10.422727272727343 L 26.496177901320358 11.504545454545594 L 26.822793606671297 11.581818181818251 L 27.14940931202224 12.895454545454827 L 27.476025017373175 13.6681818181821 L 27.802640722724114 13.35909090909112 L 28.129256428075053 13.127272727272798 L 28.455872133425988 11.581818181818251 L 28.782487838776927 10.80909090909009 L 29.10910354412973 29.4357192494788 9.804545454545735 L 29.76233495482974 8.568181818181818 L 30.088950660180682 9.495454545454756 L 30.415566365531618 9.109090909091119 L 30.742182070882556 8.568181818181818 L 31.068797776233495 9.109090909091119 L 31.39541348158448 8.413636363636504 L 31.72202918693537 9.263636363636433 L 32.04864489228631 8.645454545454827 L 32.375260597637244 8.104545454545525 L 32.70187630298818 8.80000000000141 L 33.02849200833913 8.645454545454827 L 33.35510771369006 9.34090909090909 L 33.681723419041 8.413636363636504 L 34.00833912439194 7.950000000000211 L 34.33495482974288 9.881818181818392 L 34.661570535093816 9.65000000000007 L 34.98818620444755 35.314801945795686 5.786363636363706 L 35.64141765114662 5 4.395454545454826 L 35.968033356497564 6.095454545454686 L 36.2946490618485 7.40909090909091 L 36.62126476719944 6.713636363636445 L 36.94788047255039 7.640909090909232 L 37.27449617790133 2.927272727272939 L 37.60111188325226 2 L 37.9277275886032 2.154545454545665 L 38.254343293954136 2.927272727272939 L 38.58095899930507 4.936363636363776 L 38.907574704656014

7.718181818181889 L 39.23419041000695 6.636363636363637 L 39.560806115357884 4.086363636363847 L 39.88742182070882 4.00909090909119 L 40.21403752605977 5.631818181818392 L 40.5406532314107 4.627272727272797 L 40.86726893676165 6.018181818182029 L 41.19388464211258 7.795454545454546 L 41.52050034746351 6.404545454545666 L 41.84711605281445 5.863636363636363 L 42.07030345147093 5.554545454545735" fill="transparent" stroke="#037b4b" stroke-width="1" vector-effect="non-scaling-stroke"></path><path d="M 2 9.881818181818392 L 2.326615705350938 10.036363636363706 L 2.653231410701876 9.95909090909105 L 2.9798471160528144 10.036363636363706 L 3.306462821403753 10.113636363636363 L 3.633078526754691 9.65000000000007 L 3.9596942321056288 9.804545454545735 L 4.286309937456567 9.727272727272727 L 4.612925642807505 9.263636363636334 L 4.939541348158443 8.954545454545455 L 5.266157053509382 9.572727272727413 L 5.5927727588603195 9.34090909090909 L 5.9193884642112575 9.34090909090909 L 6.2460041695621955 8.877272727272798 L 6.5726198749131335 9.031818181818462 L 6.899235580264072 9.031818181818462 L 7.22585128561501 9.263636363636433 L 7.552466990965948 9.418181818182099 L 7.879082696316886 9.031818181818462 L 8.205698401667824 8.027272727272868 L 8.532314107018763 8.568181818181818 L 8.8589298123697 8.336363636363847 L 9.185545517720639 7.331818181818253 L 9.512161223071578 7.100000000000282 L 9.838776928422515 6.481818181818323 L 10.165392633773454 5.631818181818392 L 10.492008339124391 5.863636363636363 L 10.818624044475332 7.40909090909091 L 11.145239749826267 7.640909090909092 L 11.471855455177206 8.645454545454827 L 11.798471160528145 8.645454545454827 L 12.125086865879082 9.031818181818462 L 12.45170257123002 9.65000000000007 L 12.77831827658096 8.413636363636504 L 13.1049339819931897 9.186363636363776 L 13.431549687282834 9.572727272727413 L 13.758165392633773 8.877272727272798 L 14.084781097984713 10.036363636363706 L 14.411396803335649 10.731818181818323 L 14.738012508686587 10.5 L 15.064628214037526 9.418181818182099 L 15.391243919388463 10.886363636363637 L 15.7178596247394 11.272727272727272 L 16.044475330090343 12.509090909091189 L 16.371091035441278 13.050000000000141 L 16.697706740792217 11.581818181818251 L 17.024322446143156 12.200000000000022 L 17.35093815149409 11.118181818181958 L 17.67755385684503 9.95909090909105 L 18.00416956219597 9.727272727272727 L 18.330785267546908 9.031818181818462 L 18.657400972897843 8.800000000000141 L 18.984016678248782 7.872727272727554 L 19.31063238359972 7.718181818181889 L 19.637248088950663 8.25909090909119 L 19.963863794301595 7.486363636363918 L 20.290479499652534 7.254545454545596 L 20.617095205003476 8.336363636363847 L 20.94371091035441 9.418181818182099 L 21.27032661570535 8.25909090909119 L 21.59694232105629 8.413636363636504 L 21.923558026407225 7.177272727272939 L 22.250173731758164 7.0227272727272725 L 22.576789437109106 8.645454545454827 L 22.90340514246004 8.49090909090909161 L 23.230020847810977 8.568181818181818 L 23.55663655316192 8.645454545454827 L 24.209867963863793 9.95909090909105 L 24.536483669214736 9.572727272727413 L 24.863099374565667 9.804545454545735 L 25.189715079916606 9.727272727272727 L 25.516330785267545 10.113636363636363 L 25.842946490618484 9.65000000000007 L 26.169562195969426 10.422727272727343 L 26.496177901320358 11.504545454545594 L 26.822793606617129 11.581818181818251 L 27.14940931202224 12.895454545454827 L 27.476025017373175 13.6681818181821 L 27.802640722724114 13.35909090909112 L 28.129256428075053 13.127272727272798 L 28.455872133425988 11.581818181818251 L 28.782487838776927 10.80909090909098 L 29.10910354412787 11.0409090909093 L 29.4357192494788 9.804545454545735 L 29.76233495482974 8.568181818181818 L 30.088950660180682 9.495454545454756 L 30.415566365531618 9.109090909091119 L 30.742182070882 8.568181818181818 L 31.068797776233495 9.109090909091119 L 31.39541348158443 8.800000000000141 L 31.72202918693537 9.263636363636433 L 32.04864489228631 8.645454545454827 L 32.375260597637244 8.104545454545525 L 32.70187630298818 8.800000000000141 L 33.02849200833913 8.645454545454827 L 33.35510771369006 9.34090909090909 L 33.681723419041 8.413636363636504 L 34.00833912439194 7.95000000000000211 L 34.33495482974288 9.881818181818392 L 34.6615705350938169.65000000000007 L 34.988186240444755 11.0409090909093 L 35.31480194579568685.786363636363706 L 35.641417651146625 4.395454545454826 L 35.968033356497564 6.095454545454686 L 36.29464906184885 7.40909090909091 L 36.62126476719944 6.7136363636366445 L 36.94788047255039 7.640909090909232 L 37.27449617790133 2.927272727272939 L 37.92772758860032 2.154545454545665 L 38.254343293954136 2.927272727272939 L 38.580958999930507 4.936363636363776 L 38.9075747046560014 7.718181818181889 L 39.23419041000695 6.636363636363637 L 39.560806115357884 4.086363636363847 L 39.88742182070882 4.00909090909119 L 40.21403752605977 5.631818181818392 L 40.5406532314107 4.627272727272797 L 40.86726893676165 6.018181818182029 L 41.19388464211258 7.795454545454546 L 41.52050034746351 6.404545454545666 L 41.84711605281445 5.863636363636363 L 42.07030345147093 5.554545454545735 L 42.07030345147093 19 L 2 19" fill="url(#positiveGradient)" stroke="#037b4b" stroke-width="0" vector-effect="non-scaling-stroke"></path><circle cx="42.07030345147093"

cy="5.554545454545735" fill="#037b4b" r="2" stroke-width="0"></circle></svg> </div></div> <fin-streamer key="price" class="last-price yf-17uvw5b" data-symbol="GC=F" data-field="regularMarketPrice" data-trend="none" data-pricehint="2" data-value="2767.1" active><span class="yf-17uvw5b">2,767.10</span></fin-streamer> <span class="percent-change txt-positive yf-17uvw5b"><fin-streamer class="percentChange yf-17uvw5b" data-symbol="GC=F" data-field="regularMarketChange" data-trend="txt" data-pricehint="2" data-value="17.800049" active><span class="txt-positive yf-17uvw5b">+17.80</span></fin-streamer> <fin-streamer class="percentChange yf-17uvw5b" data-symbol="GC=F" data-field="regularMarketChangePercent" data-trend="txt" data-pricehint="2" data-template="({fmt})" data-value="0.6474393" data-tstyle="default" active><span class="txt-positive yf-17uvw5b">(+0.65%)</span></fin-streamer></span> </a></div> <div class="ticker-options box yf-17uvw5b"><div style="display: contents; --menu-content-max-width:;"><div style="display: contents; --menu-min-width:var(--dock-width) - 2* var(--dock-padding); --z-index-override:12;"><div class="menuContainer tw-pt-[3px] tw-pb-[2px] yf-9a5vow"><button class="link-btn fin-size-x-small menuBtn tw-p-0 tw-text-m rounded  yf-15mk0m" data-ylk="elmt:ticker;itc:1;cid:GC%3DF;elm:intent-follow;sec:dock-following;slk:menu-open;ticker:GC%3DF" aria-haspopup="true" aria-controls="menu-0" data-testid="add-to-following" dialogContentAlignRightValue="0" dialogAlignLeftValue="0" aria-label="Follow"> <div class="icon fin-icon dock-icn sz-x-large  yf-1pnxr15"><!-- HTML_TAG_START --><svg xmlns="http://www.w3.org/2000/svg" viewBox="0 0 24 24"><path d="m22 9.24-7.19-.62L12 2 9.19 8.63 2 9.24l5.46 4.73L5.82 21 12 17.27 18.18 21l-1.63-7.03zM12 15.4l-3.76 2.27 1-4.28-3.32-2.88 4.38-.38L12 6.1l1.71 4.04 4.38.38-3.32 2.88 1 4.28z"/></svg><!-- HTML_TAG_END --></div> </button> <div class="dialog-container  yf-9a5vow" id="menu-0" aria-hidden></div></div></div> <div style="display: contents; --dialog-position:fixed;"><div id="dialog-870" aria-hidden="true" class="dialog-container tw-visible modal yf-1vc3z4o" role="alertdialog"><div class="dialog-overlay yf-1vc3z4o overlay"></div> <div role="document" class="dialog-content elevation4  yf-1vc3z4o rounded"></div></div></div> </li> </ul> <div class="carousel yf-3hq3ym"><button class="icon-btn fin-size-small  rounded  yf-15mk0m" data-ylk="sec:dock;subsec:markets;elm:arrow;itc:1;slk:prev" data-testid="markets-prev" disabled title="prev" aria-label="prev"><div class="icon fin-icon inherit-icn sz-small yf-1pnxr15"><!-- HTML_TAG_START --><svg xmlns="http://www.w3.org/2000/svg" viewBox="0 0 24 24"><path d="M15.41 7.41 14 6l-6 6 6 6 1.41-1.41L10.83 12z"/></svg><!-- HTML_TAG_END --></div> </button> <button class="icon-btn fin-size-small  rounded  yf-15mk0m" data-ylk="sec:dock;subsec:markets;elm:arrow;itc:1;slk:next" data-testid="markets-next" title="next" aria-label="next"><div class="icon fin-icon inherit-icn sz-small yf-1pnxr15"><!-- HTML_TAG_START --><svg xmlns="http://www.w3.org/2000/svg" viewBox="0 0 24 24"><path d="M10 6 8.59 7.41 13.17 12l-4.58 4.59L10 18l6-6z"/></svg><!-- HTML_TAG_END --></div> </button></div> </section></div></div></li> <li data-index="1" data-id="recentlyViewedTickers" class="dock-item yf-pvxsgm"> </li>  <li data-index="2" data-id="portfolio" class="dock-item yf-pvxsgm"><div class="dock-module yf-1mcs974  inDock"><div class="component-body yf-1mcs974"><div class="portfolioDockModule" data-testid="portfolio-dock-module-container"><section class="container yf-1l821ic  no-pb"><header class="yf-1l821ic hide-upscaled"><div class="upscaled-title yf-1l821ic"> <span class="title font-condensed yf-1l821ic"><a class="subtle-link fin-size-medium tw-w-full  yf-1e4diqp" data-ylk="elm:navcat;elmt:link;itc:0;sec:dock;subsec:portfolio" href="/portfolios" target="_self"><span class="title-text yf-1l821ic">My Portfolios</span> </a></span></div> </header> <div class="redirect yf-1lpmukd"><div class="title font-condensed yf-1lpmukd"><div style="display: contents; --line-font-weight:var(--font-bold);"><a class="subtle-link fin-size-medium tw-w-full tw-pb-4  yf-1e4diqp" data-ylk="elm:navcat;elmt:link;itc:0" href="/portfolios">My Portfolios </a></div></div> <p class="redirectMsg yf-1lpmukd">Sign in to access your portfolio</p> <a class="secondary-btn-link fin-size-small  yf-1e4diqp" data-ylk="elm:signin;elmt:link;itc:0;sec:dock;subsec:portfolio" href="https://login.yahoo.com/config/login?done=https%3A%2F%2Ffinance.yahoo.com%2Fnews%2Fdelta-sues-crowdstrike-over-software-222235834.html&amp;intl=us&amp;lang=en-US&amp;activity=finance-neo-login&amp;pspid=1183300100&amp;src=finance" data-testid="sign-in-link">Sign in </a></div></section> </div></div></li>  <li data-index="3" data-id="topGainers" class="dock-item yf-pvxsgm"><div class="dock-module yf-1mcs974  inDock"><div class="component-body yf-1mcs974"><section class="container yf-1l821ic clip"><header class="yf-1l821ic"><div class="upscaled-title yf-1l821ic"> <span class="title font-condensed yf-1l821ic"><a class="subtle-link fin-size-medium tw-w-full  yf-1e4diqp" data-ylk="elm:navcat;elmt:link;itc:0;sec:dock;subsec:top_gainers" href="/gainers/" target="_self"><span class="title-text yf-1l821ic">Top Gainers</span> </a></span></div> </header> <ul class="dock-list-wrapper  dock yf-nl7uwq"><li class="dock-item  primary yf-16x28su clickability hover hasSymbolOptions">        <div class="ticker-item-wrapper dock yf-17uvw5b"><div style="display: contents; --custom-width:92%;"><a class="none-link fin-

```
size-small tw-block  yf-1e4diqp" data-ylk="elm:qte;elmt:link;itc:0;sec:dock;slk:ADMA;subsec:top_gainers" href="/quote/ADMA/" data-testid="ticker-list-
item"><div class="row dock dock-grid-two-columns yf-17uvw5b"> <span class="symbol yf-17uvw5b valid">ADMA</span> <span class="longName yf-
17uvw5b" title="ADMA Biologics, Inc.">ADMA Biologics, Inc.</span>  <fin-streamer key="price" class="last-price yf-17uvw5b" data-symbol="ADMA" data-
field="regularMarketPrice" data-trend="none" data-pricehint="2" data-value="19.91" active><span class="yf-17uvw5b">19.91</span></fin-streamer> <span
class="percent-change txt-positive yf-17uvw5b"><fin-streamer class="percentChange yf-17uvw5b" data-symbol="ADMA" data-field="regularMarketChange"
data-trend="txt" data-pricehint="2" data-value="3.6000004" active><span class="txt-positive yf-17uvw5b">+3.60</span></fin-streamer> <fin-streamer
class="percentChange yf-17uvw5b" data-symbol="ADMA" data-field="regularMarketChangePercent" data-trend="txt" data-pricehint="2" data-
template="({fmt})" data-value="22.072351" data-tstyle="default" active><span class="txt-positive yf-17uvw5b">(+22.07%)</span></fin-
streamer></span></div> </a></div> <div class="ticker-options dock yf-17uvw5b"><div style="display: contents; --menu-content-max-width:;"><div
style="display: contents; --menu-min-width:var(--dock-width) - 2* var(--dock-padding); --z-index-override:undefined;"><div class="menuContainer tw-pt-[3px]
tw-pb-[2px] yf-9a5vow"><button class="link-btn fin-size-x-small menuBtn tw-p-0 tw-text-m rounded  yf-15mk0m" data-
ylk="elmt:ticker;itc:1;cid:ADMA;elm:intent-follow;sec:dock-following;slk:menu-open;ticker:ADMA" aria-haspopup="true" aria-controls="menu-23" data-
testid="add-to-following" dialogContentAlignRightValue="0" dialogAlignLeftValue="0" aria-label="Follow"> <div class="icon fin-icon dock-icn sz-x-large  yf-
1pnxr15"><!-- HTML_TAG_START --><svg xmlns="http://www.w3.org/2000/svg" viewBox="0 0 24 24"><path d="m22 9.24-7.19-.62L12 2 9.19 8.63 2
9.24l5.46 4.73L5.82 21 12 17.27 18.18 21l-1.63-7.03zM12 15.4l-3.76 2.27 1-4.28-3.32-2.88 4.38-.38L12 6.1l1.71 4.04 4.38.38-3.32 2.88 1 4.28z"/></svg><!--
HTML_TAG_END --></div> </button> <div class="dialog-container yf-9a5vow" id="menu-23" aria-hidden></div> </div></div> <div style="display:
contents; --dialog-position:fixed;"><div id="dialog-58" aria-hidden="true" class="dialog-container tw-visible modal yf-1vc3z4o" role="alertdialog"><div
class="dialog-overlay yf-1vc3z4o overlay"></div> <div role="document" class="dialog-content elevation4  yf-1vc3z4o rounded"></div> </div></div> </div>
</div></div> </li><li class="dock-item  primary yf-16x28su clickability hover  hasSymbolOptions">      <div class="ticker-item-wrapper dock yf-
17uvw5b"><div style="display: contents; --custom-width:92%;"><a class="none-link fin-size-small tw-block  yf-1e4diqp" data-
ylk="elm:qte;elmt:link;itc:0;sec:dock;slk:WAT;subsec:top_gainers" href="/quote/WAT/" data-testid="ticker-list-item"><div class="row dock dock-grid-two-
columns yf-17uvw5b"> <span class="symbol yf-17uvw5b valid">WAT</span> <span class="longName yf-17uvw5b" title="Waters Corporation">Waters
Corporation</span>  <fin-streamer key="price" class="last-price yf-17uvw5b" data-symbol="WAT" data-field="regularMarketPrice" data-trend="none" data-
pricehint="2" data-value="375.9" active><span class="yf-17uvw5b">375.90</span></fin-streamer> <span class="percent-change txt-positive yf-
17uvw5b"><fin-streamer class="percentChange yf-17uvw5b" data-symbol="WAT" data-field="regularMarketChange" data-trend="txt" data-pricehint="2" data-
value="52.79001" active><span class="txt-positive yf-17uvw5b">+52.79</span></fin-streamer> <fin-streamer class="percentChange yf-17uvw5b" data-
symbol="WAT" data-field="regularMarketChangePercent" data-trend="txt" data-pricehint="2" data-template="({fmt})" data-value="16.383728" data-
tstyle="default" active><span class="txt-positive yf-17uvw5b">(+16.38%)</span></fin-streamer></span></div> </a></div> <div class="ticker-options dock
yf-17uvw5b"><div style="display: contents; --menu-content-max-width:;"><div style="display: contents; --menu-min-width:var(--dock-width) - 2* var(--dock-
padding); --z-index-override:undefined;"><div class="menuContainer tw-pt-[3px] tw-pb-[2px] yf-9a5vow"><button class="link-btn fin-size-x-small menuBtn
tw-p-0 tw-text-m rounded  yf-15mk0m" data-ylk="elmt:ticker;itc:1;cid:WAT;elm:intent-follow;sec:dock-following;slk:menu-open;ticker:WAT" aria-
haspopup="true" aria-controls="menu-42" data-testid="add-to-following" dialogContentAlignRightValue="0" dialogAlignLeftValue="0" aria-label="Follow">
<div class="icon fin-icon dock-icn sz-x-large  yf-1pnxr15"><!-- HTML_TAG_START --><svg xmlns="http://www.w3.org/2000/svg" viewBox="0 0 24
24"><path d="m22 9.24-7.19-.62L12 2 9.19 8.63 2 9.24l5.46 4.73L5.82 21 12 17.27 18.18 21l-1.63-7.03zM12 15.4l-3.76 2.27 1-4.28-3.32-2.88 4.38-.38L12
6.1l1.71 4.04 4.38.38-3.32 2.88 1 4.28z"/></svg><!-- HTML_TAG_END --></div> </button> <div class="dialog-container yf-9a5vow" id="menu-42" aria-
hidden></div> </div></div> <div style="display: contents; --dialog-position:fixed;"><div id="dialog-966" aria-hidden="true" class="dialog-container tw-visible
modal yf-1vc3z4o" role="alertdialog"><div class="dialog-overlay yf-1vc3z4o overlay"></div> <div role="document" class="dialog-content elevation4  yf-
1vc3z4o rounded"></div> </div></div> </div> </div></div> </li><li class="dock-item  primary yf-16x28su clickability hover  hasSymbolOptions">      <div
class="ticker-item-wrapper dock yf-17uvw5b"><div style="display: contents; --custom-width:92%;"><a class="none-link fin-size-small tw-block   yf-1e4diqp"
data-ylk="elm:qte;elmt:link;itc:0;sec:dock;slk:CAR;subsec:top_gainers" href="/quote/CAR/" data-testid="ticker-list-item"><div class="row dock dock-grid-two-
```

columns yf-17uvw5b"> <span class="symbol yf-17uvw5b valid">CAR</span> <span class="longName yf-17uvw5b" title="Avis Budget Group, Inc.">Avis Budget Group, Inc.</span>  <fin-streamer key="price" class="last-price yf-17uvw5b" data-symbol="CAR" data-field="regularMarketPrice" data-trend="none" data-pricehint="2" data-value="96.0101" active><span class="yf-17uvw5b">96.01</span></fin-streamer> <span class="percent-change txt-positive yf-17uvw5b"><fin-streamer class="percentChange yf-17uvw5b" data-symbol="CAR" data-field="regularMarketChange" data-trend="txt" data-pricehint="2" data-value="13.010101" active><span class="txt-positive yf-17uvw5b">+13.01</span></fin-streamer> <fin-streamer class="percentChange yf-17uvw5b" data-symbol="CAR" data-field="regularMarketChangePercent" data-trend="txt" data-pricehint="2" data-template="({fmt})" data-value="15.674821" data-tstyle="default" active><span class="txt-positive yf-17uvw5b">(+15.67%)</span></fin-streamer></span> </a></div> <div class="ticker-options dock yf-17uvw5b"><div style="display: contents; --menu-content-max-width:;"><div style="display: contents; --menu-min-width:var(--dock-width) - 2* var(--dock-padding); --z-index-override:undefined;"><div class="menuContainer tw-pt-[3px] tw-pb-[2px] yf-9a5vow"><button class="link-btn fin-size-x-small menuBtn tw-p-0 tw-text-m rounded   yf-15mk0m" data-ylk="elmt:ticker;itc:1;cid:CAR;elm:intent-follow;sec:dock-following;slk:menu-open;ticker:CAR" aria-haspopup="true" aria-controls="menu-36" data-testid="add-to-following" dialogContentAlignRightValue="0" dialogAlignLeftValue="0" aria-label="Follow"> <div class="icon fin-icon dock-icn sz-x-large  yf-1pnxr15"><!-- HTML_TAG_START --><svg xmlns="http://www.w3.org/2000/svg" viewBox="0 0 24 24"><path d="m22 9.24-7.19-.62L12 2 9.19 8.63 2 9.24l5.46 4.73L5.82 21 12 17.27 18.18 21l-1.63-7.03zM12 15.4l-3.76 2.27 1-4.28-3.32-2.88 4.38-.38L12 6.1l1.71 4.04 4.38.38-3.32 2.88 1 4.28z"/></svg><!-- HTML_TAG_END --></div> </button> <div class="dialog-container  yf-9a5vow" id="menu-36" aria-hidden></div> <div style="display: contents; --dialog-position:fixed;"><div id="dialog-898" aria-hidden="true" class="dialog-container tw-visible modal yf-1vc3z4o" role="alertdialog"><div class="dialog-overlay yf-1vc3z4o overlay"></div> <div role="document" class="dialog-content elevation4  yf-1vc3z4o rounded"></div> </div></div></div> </div> </div> </li><li class="dock-item  primary yf-16x28su clickability hover  hasSymbolOptions">    <div class="ticker-item-wrapper dock yf-17uvw5b"><div style="display: contents; --custom-width:92%;"><a class="none-link fin-size-small tw-block   yf-1e4diqp" data-ylk="elm:qte;elmt:link;itc:0;sec:dock;slk:MDGL;subsec:top_gainers" href="/quote/MDGL/" data-testid="ticker-list-item"><div class="row dock dock-grid-two-columns yf-17uvw5b"> <span class="symbol yf-17uvw5b valid">MDGL</span> <span class="longName yf-17uvw5b" title="Madrigal Pharmaceuticals, Inc.">Madrigal Pharmaceuticals, Inc.</span>  <fin-streamer key="price" class="last-price yf-17uvw5b" data-symbol="MDGL" data-field="regularMarketPrice" data-trend="none" data-pricehint="2" data-value="298.065" active><span class="yf-17uvw5b">298.07</span></fin-streamer> <span class="percent-change txt-positive yf-17uvw5b"><fin-streamer class="percentChange yf-17uvw5b" data-symbol="MDGL" data-field="regularMarketChange" data-trend="txt" data-pricehint="2" data-value="38.725006" active><span class="txt-positive yf-17uvw5b">+38.73</span></fin-streamer> <fin-streamer class="percentChange yf-17uvw5b" data-symbol="MDGL" data-field="regularMarketChangePercent" data-trend="txt" data-pricehint="2" data-template="({fmt})" data-value="14.9321375" data-tstyle="default" active><span class="txt-positive yf-17uvw5b">(+14.93%)</span></fin-streamer></span> </a></div> <div class="ticker-options dock yf-17uvw5b"><div style="display: contents; --menu-content-max-width:;"><div style="display: contents; --menu-min-width:var(--dock-width) - 2* var(--dock-padding); --z-index-override:undefined;"><div class="menuContainer tw-pt-[3px] tw-pb-[2px] yf-9a5vow"><button class="link-btn fin-size-x-small menuBtn tw-p-0 tw-text-m rounded   yf-15mk0m" data-ylk="elm:qte;elmt:link;itc:0;sec:dock-following;slk:menu-open;ticker:MDGL" aria-haspopup="true" aria-controls="menu-87" data-testid="add-to-following" dialogContentAlignRightValue="0" dialogAlignLeftValue="0" aria-label="Follow"> <div class="icon fin-icon dock-icn sz-x-large  yf-1pnxr15"><!-- HTML_TAG_START --><svg xmlns="http://www.w3.org/2000/svg" viewBox="0 0 24 24"><path d="m22 9.24-7.19-.62L12 2 9.19 8.63 2 9.24l5.46 4.73L5.82 21 12 17.27 18.18 21l-1.63-7.03zM12 15.4l-3.76 2.27 1-4.28-3.32-2.88 4.38-.38L12 6.1l1.71 4.04 4.38.38-3.32 2.88 1 4.28z"/></svg><!-- HTML_TAG_END --></div> </button> <div class="dialog-container  yf-9a5vow" id="menu-87" aria-hidden></div> <div style="display: contents; --dialog-position:fixed;"><div id="dialog-156" aria-hidden="true" class="dialog-container tw-visible modal yf-1vc3z4o" role="alertdialog"><div class="dialog-overlay yf-1vc3z4o overlay"></div> <div role="document" class="dialog-content elevation4  yf-1vc3z4o rounded"></div> </div></div></div> </div> </div> </li><li class="dock-item  primary yf-16x28su clickability hover  hasSymbolOptions">    <div class="ticker-item-wrapper dock yf-17uvw5b"><div style="display: contents; --custom-width:92%;"><a class="none-link fin-size-small tw-block   yf-1e4diqp" data-ylk="elm:qte;elmt:link;itc:0;sec:dock;slk:TEAM;subsec:top_gainers" href="/quote/TEAM/" data-testid="ticker-list-item"><div class="row dock dock-grid-two-columns yf-17uvw5b"> <span class="symbol yf-17uvw5b valid">TEAM</span> <span class="longName yf-17uvw5b" title="Atlassian Corporation">Atlassian Corporation</span>  <fin-streamer key="price"

class="last-price yf-17uvw5b" data-symbol="TEAM" data-field="regularMarketPrice" data-trend="none" data-pricehint="2" data-value="215.86" active><span class="yf-17uvw5b">215.86</span></fin-streamer> <span class="percent-change txt-positive yf-17uvw5b"><fin-streamer class="percentChange yf-17uvw5b" data-symbol="TEAM" data-field="regularMarketChange" data-trend="txt" data-pricehint="2" data-value="27.320007" active><span class="txt-positive yf-17uvw5b">+27.32</span></fin-streamer> <fin-streamer class="percentChange yf-17uvw5b" data-symbol="TEAM" data-field="regularMarketChangePercent" data-trend="txt" data-pricehint="2" data-template="({fmt})" data-value="14.490298" data-tstyle="default" active><span class="txt-positive yf-17uvw5b">(+14.49%)</span></fin-streamer></span></div> </a></div> <div class="ticker-options dock yf-17uvw5b"><div style="display: contents; --menu-content-max-width:;"><div style="display: contents; --menu-min-width:var(--dock-width) - 2* var(--dock-padding); --z-index-override:undefined;"><div class="menuContainer tw-pt-[3px] tw-pb-[2px] yf-9a5vow"><button class="link-btn fin-size-x-small menuBtn tw-p-0 tw-text-nm rounded   yf-15mk0m" data-ylk="elmt:ticker;itc:1;cid:TEAM;elm:intent-follow;sec:dock-following;slk:menu-open;ticker:TEAM" aria-haspopup="true" aria-controls="menu-48" data-testid="add-to-following" dialogContentAlignRightValue="0" dialogAlignLeftValue="0" aria-label="Follow"> <div class="icon fin-icon dock-icn sz-x-large yf-1pnxr15"><!-- HTML_TAG_START --><svg xmlns="http://www.w3.org/2000/svg" viewBox="0 0 24 24"><path d="m22 9.24-7.19-.62L12 2 9.19 8.63 2 9.24l5.46 4.73L5.82 21 12 17.27 18.18 21l-1.63-7.03zM12 15.4l-3.76 2.27 1-4.28-3.32-2.88 4.38-.38L12 6.11l1.71 4.04 4.38-.38-3.32 2.88 1 4.28z"/></svg><!-- HTML_TAG_END --></div> </button> <div class="dialog-container yf-9a5vow" id="menu-48" aria-hidden></div> </div></div> <div style="display: contents; --dialog-position:fixed;"><div id="dialog-207" aria-hidden="true" class="dialog-container tw-visible modal yf-1vc3z4o" role="alertdialog"><div class="dialog-overlay yf-1vc3z4o overlay"></div> <div role="document" class="dialog-content elevation4 yf-1vc3z4o rounded"></div> </div></div></div></div> </li> </ul> </section></div></div> </li>  <li data-index="4" data-id="topLosers" class="dock-item yf-pvxsgm"><div class="dock-module yf-1mcs974 inDock"><div class="component-body yf-1mcs974"><section class="container yf-1l821ic clip"><header class="yf-1l821ic"><div class="upscaled-title yf-1l821ic"> <span class="title font-condensed yf-1l821ic"><a class="subtle-link fin-size-medium tw-w-full   yf-1e4diqp" data-ylk="elm:navcat;elmt:link;itc:0;sec:dock;subsec:top_losers" href="/losers/" target="_self"><span class="title-text yf-1l821ic">Top Losers</span> </a></span></div> </header> <ul class="dock-list-wrapper  dock yf-nl7uwq"><li class="dock-item  primary yf-16x28su clickability hover  hasSymbolOptions">         <div class="ticker-item-wrapper dock yf-17uvw5b"><div style="display: contents; --custom-width:92%;"><a class="none-link fin-size-small tw-block   yf-1e4diqp" data-ylk="elm:qte;elmt:link;itc:0;sec:dock;slk:DBRG;subsec:top_losers" href="/quote/DBRG/" data-testid="ticker-list-item"><div class="row dock dock-grid-two-columns yf-17uvw5b"> <span class="symbol yf-17uvw5b valid">DBRG</span> <span class="longName yf-17uvw5b" title="DigitalBridge Group, Inc.">DigitalBridge Group, Inc.</span>  <fin-streamer key="price" class="last-price yf-17uvw5b" data-symbol="DBRG" data-field="regularMarketPrice" data-trend="none" data-pricehint="2" data-value="13.07" active><span class="yf-17uvw5b">13.07</span></fin-streamer> <span class="percent-change txt-negative yf-17uvw5b"><fin-streamer class="percentChange yf-17uvw5b" data-symbol="DBRG" data-field="regularMarketChange" data-trend="txt" data-pricehint="2" data-value="-2.62" active><span class="txt-negative yf-17uvw5b">-2.62</span></fin-streamer> <fin-streamer class="percentChange yf-17uvw5b" data-symbol="DBRG" data-field="regularMarketChangePercent" data-trend="txt" data-pricehint="2" data-template="({fmt})" data-value="-16.698534" data-tstyle="default" active><span class="txt-negative yf-17uvw5b">(-16.70%)</span></fin-streamer></span></div> </a></div> <div class="ticker-options dock yf-17uvw5b"><div style="display: contents; --menu-content-max-width:;"><div style="display: contents; --menu-min-width:var(--dock-width) - 2* var(--dock-padding); --z-index-override:undefined;"><div class="menuContainer tw-pt-[3px] tw-pb-[2px] yf-9a5vow"><button class="link-btn fin-size-x-small menuBtn tw-p-0 tw-text-nm rounded   yf-15mk0m" data-ylk="elmt:ticker;itc:1;cid:DBRG;elm:intent-follow;sec:dock-following;slk:menu-open;ticker:DBRG" aria-haspopup="true" aria-controls="menu-29" data-testid="add-to-following" dialogContentAlignRightValue="0" dialogAlignLeftValue="0" aria-label="Follow"> <div class="icon fin-icon dock-icn sz-x-large  yf-1pnxr15"><!-- HTML_TAG_START --><svg xmlns="http://www.w3.org/2000/svg" viewBox="0 0 24 24"><path d="m22 9.24-7.19-.62L12 2 9.19 8.63 2 9.24l5.46 4.73L5.82 21 12 17.27 18.18 21l-1.63-7.03zM12 15.4l-3.76 2.27 1-4.28-3.32-2.88 4.38-.38L12 6.11l1.71 4.04 4.38-.38-3.32 2.88 1 4.28z"/></svg><!-- HTML_TAG_END --></div> </button> <div class="dialog-container yf-9a5vow" id="menu-29" aria-hidden></div> </div></div> <div style="display: contents; --dialog-position:fixed;"><div id="dialog-180" aria-hidden="true" class="dialog-container tw-visible modal yf-1vc3z4o" role="alertdialog"><div class="dialog-overlay yf-1vc3z4o overlay"></div> <div role="document" class="dialog-content elevation4 yf-1vc3z4o rounded"></div> </div></div></div></div> </li><li class="dock-item  primary yf-16x28su clickability hover  hasSymbolOptions">         <div class="ticker-item-wrapper dock yf-

17uvw5b"><div style="display: contents; --custom-width:92%;"><a class="none-link fin-size-small tw-block   yf-1e4diqp" data-ylk="elm:qte;elmt:link;itc:0;sec:dock;slk:ONTO;subsec:top_losers" href="/quote/ONTO/" data-testid="ticker-list-item"><div class="row dock dock-grid-two-columns yf-17uvw5b"> <span class="symbol yf-17uvw5b valid">ONTO</span> <span class="longName yf-17uvw5b" title="Onto Innovation Inc.">Onto Innovation Inc.</span> <fin-streamer key="price" class="last-price yf-17uvw5b" data-symbol="ONTO" data-field="regularMarketPrice" data-trend="none" data-pricehint="2" data-value="180.2069" active><span class="yf-17uvw5b">180.21</span></fin-streamer> <span class="percent-change txt-negative yf-17uvw5b"><fin-streamer class="percentChange yf-17uvw5b" data-symbol="ONTO" data-field="regularMarketChange" data-trend="txt" data-pricehint="2" data-value="-18.123108" active><span class="txt-negative yf-17uvw5b">-18.12</span></fin-streamer> <fin-streamer class="percentChange yf-17uvw5b" data-symbol="ONTO" data-field="regularMarketChangePercent" data-trend="txt" data-pricehint="2" data-template="({fmt})" data-value="-9.137855" data-tstyle="default" active><span class="txt-negative yf-17uvw5b">(-9.14%)</span></fin-streamer></span></div> </a></div> <div class="ticker-options dock yf-17uvw5b"><div style="display: contents; --menu-content-max-width;"><div style="display: contents; --menu-min-width:var(--dock-width) - 2* var(--dock-padding); --z-index-override:undefined;"><div class="menuContainer tw-pt-[3px] tw-pb-[2px] yf-9a5vow"><button class="link-btn fin-size-x-small menuBtn tw-p-0 tw-text-m rounded  yf-15mk0m" data-ylk="elmt:ticker;itc:1;cid:ONTO;elm:intent-follow;sec:dock-following;slk:menu-open;ticker:ONTO" aria-haspopup="true" aria-controls="menu-11" data-testid="add-to-following" dialogContentAlignRightValue="0" dialogAlignLeftValue="0" aria-label="Follow"> <div class="icon fin-icon dock-icn sz-x-large  yf-1pnxr15"><!-- HTML_TAG_START --><svg xmlns="http://www.w3.org/2000/svg" viewBox="0 0 24 24"><path d="m22 9.24-7.19-.62L12 2 9.19 8.63 2 9.24l5.46 4.73L5.82 21 12 17.27 18.18 21l-1.63-7.03zM12 15.4l-3.76 2.27 1-4.28-3.32-2.88 4.38-.38L12 6.1l1.71 4.04 4.38.38-3.32 2.88 1 4.28z"/></svg><!-- HTML_TAG_END --></div></button>  <div class="dialog-container yf-9a5vow" id="menu-11" aria-hidden></div> </div></div> <div style="display: contents; --dialog-position:fixed;"><div id="dialog-916" aria-hidden="true" class="dialog-container tw-visible modal yf-1vc3z4o" role="alertdialog"><div class="dialog-overlay yf-1vc3z4o overlay"></div> <div role="document" class="dialog-content elevation4 yf-1vc3z4o rounded"></div> </div> </div></div> </li><li class="dock-item  primary yf-16x28su clickability hover  hasSymbolOptions">    <div class="ticker-item-wrapper dock yf-17uvw5b"><div style="display: contents; --custom-width:92%;"><a class="none-link fin-size-small tw-block   yf-1e4diqp" data-ylk="elm:qte;elmt:link;itc:0;sec:dock;slk:ESNT;subsec:top_losers" href="/quote/ESNT/" data-testid="ticker-list-item"><div class="row dock dock-grid-two-columns yf-17uvw5b"> <span class="symbol yf-17uvw5b valid">ESNT</span> <span class="longName yf-17uvw5b" title="Essent Group Ltd.">Essent Group Ltd.</span> <fin-streamer key="price" class="last-price yf-17uvw5b" data-symbol="ESNT" data-field="regularMarketPrice" data-trend="none" data-pricehint="2" data-value="54.69" active><span class="yf-17uvw5b">54.69</span></fin-streamer> <span class="percent-change txt-negative yf-17uvw5b"><fin-streamer class="percentChange yf-17uvw5b" data-symbol="ESNT" data-field="regularMarketChange" data-trend="txt" data-pricehint="2" data-value="-5.3199997" active><span class="txt-negative yf-17uvw5b">-5.32</span></fin-streamer> <fin-streamer class="percentChange yf-17uvw5b" data-symbol="ESNT" data-field="regularMarketChangePercent" data-trend="txt" data-pricehint="2" data-template="({fmt})" data-value="-8.86519" data-tstyle="default" active><span class="txt-negative yf-17uvw5b">(-8.87%)</span></fin-streamer></span></div> </a></div> <div class="ticker-options dock yf-17uvw5b"><div style="display: contents; --menu-content-max-width;"><div style="display: contents; --menu-min-width:var(--dock-width) - 2* var(--dock-padding); --z-index-override:undefined;"><div class="menuContainer tw-pt-[3px] tw-pb-[2px] yf-9a5vow"><button class="link-btn fin-size-x-small menuBtn tw-p-0 tw-text-m rounded  yf-15mk0m" data-ylk="elmt:ticker;itc:1;cid:ESNT;elm:intent-follow;sec:dock-following;slk:menu-open;ticker:ESNT" aria-haspopup="true" aria-controls="menu-52" data-testid="add-to-following" dialogContentAlignRightValue="0" dialogAlignLeftValue="0" aria-label="Follow"> <div class="icon fin-icon dock-icn sz-x-large  yf-1pnxr15"><!-- HTML_TAG_START --><svg xmlns="http://www.w3.org/2000/svg" viewBox="0 0 24 24"><path d="m22 9.24-7.19-.62L12 2 9.19 8.63 2 9.24l5.46 4.73L5.82 21 12 17.27 18.18 21l-1.63-7.03zM12 15.4l-3.76 2.27 1-4.28-3.32-2.88 4.38-.38L12 6.1l1.71 4.04 4.38.38-3.32 2.88 1 4.28z"/></svg><!-- HTML_TAG_END --></div></button>  <div class="dialog-container yf-9a5vow" id="menu-52" aria-hidden></div> </div></div> <div style="display: contents; --dialog-position:fixed;"><div id="dialog-922" aria-hidden="true" class="dialog-container tw-visible modal yf-1vc3z4o" role="alertdialog"><div class="dialog-overlay yf-1vc3z4o overlay"></div> <div role="document" class="dialog-content elevation4 yf-1vc3z4o rounded"></div> </div> </div></div> </li><li class="dock-item  primary yf-16x28su clickability hover  hasSymbolOptions">    <div class="ticker-item-wrapper dock yf-17uvw5b"><div style="display: contents; --custom-width:92%;"><a class="none-link fin-size-small tw-block   yf-1e4diqp" data-ylk="elm:qte;elmt:link;itc:0;sec:dock;slk:NYCB;subsec:top_losers" href="/quote/NYCB/" data-testid="ticker-list-item"><div class="row dock dock-grid-

two-columns yf-17uvw5b"> <span class="symbol yf-17uvw5b valid">NYCB</span> <span class="longName yf-17uvw5b" title="Flagstar Financial, Inc.">Flagstar Financial, Inc.</span> <fin-streamer key="price" class="last-price yf-17uvw5b" data-symbol="NYCB" data-field="regularMarketPrice" data-trend="none" data-pricehint="2" data-value="10.55" active><span class="yf-17uvw5b">10.55</span></fin-streamer> <span class="percent-change txt-negative yf-17uvw5b"><fin-streamer class="percentChange yf-17uvw5b" data-symbol="NYCB" data-field="regularMarketChange" data-trend="txt" data-pricehint="2" data-value="-0.95" active><span class="txt-negative yf-17uvw5b">-0.95</span></fin-streamer> <fin-streamer class="percentChange yf-17uvw5b" data-symbol="NYCB" data-field="regularMarketChangePercent" data-trend="txt" data-pricehint="2" data-template="({fmt})" data-value="-8.26087" data-tstyle="default" active><span class="txt-negative yf-17uvw5b">(-8.26%)</span></fin-streamer></span> </a></div> <div class="ticker-options dock yf-17uvw5b"><div style="display: contents; --menu-content-max-width:;"><div style="display: contents; --menu-min-width:var(--dock-width) - 2* var(--dock-padding); --z-index-override:undefined;"><div class="menuContainer tw-pt-[3px] tw-pb-[2px] yf-9a5vow"><button class="link-btn fin-size-x-small menuBtn tw-p-0 tw-text-m rounded  yf-15mk0m" data-ylk="elmt:ticker;itc:1;cid:NYCB;elm:intent-follow;sec:dock-following;slk:menu-open;ticker:NYCB" aria-haspopup="true" aria-controls="menu-51" data-testid="add-to-following" dialogContentAlignRightValue="0" dialogAlignLeftValue="0" aria-label="Follow"> <div class="icon fin-icon dock-icn sz-x-large  yf-1pnxr15"><!-- HTML_TAG_START --><svg xmlns="http://www.w3.org/2000/svg" viewBox="0 0 24 24"><path d="m22 9.24-7.19-.62L12 2 9.19 8.63 2 9.24l5.46 4.73L5.82 21 12 17.27 18.18 21l-1.63-7.03zM12 15.4l-3.76 2.27 1-4.28-3.32-2.88 4.38-.38L12 6.1l1.71 4.04 4.38.38-3.32 2.88 1 4.28z"/></svg><!-- HTML_TAG_END --></div> </button> <div class="dialog-container yf-9a5vow" id="menu-51" aria-hidden><!-- HTML_TAG_START --><div style="display: contents; --dialog-position:fixed;"><div id="dialog-719" aria-hidden="true" class="dialog-container tw-visible modal yf-1vc3z4o" role="alertdialog"><div class="dialog-overlay yf-1vc3z4o overlay"></div> <div role="document" class="dialog-content elevation4 yf-1vc3z4o rounded"></div> </div></div></div></div> </div></div></div> </li><li class="dock-item  primary yf-16x28su clickability hover  hasSymbolOptions">  <div class="ticker-item-wrapper dock yf-17uvw5b"><div style="display: contents; --custom-width:92%;"><a class="none-link fin-size-small tw-block   yf-1e4diqp" data-ylk="elm:qte;elmt:link;itc:0;sec:dock;slk:AMCR;subsec:top_losers" href="/quote/AMCR/" data-testid="ticker-list-item"><div class="row dock dock-grid-two-columns yf-17uvw5b"> <span class="symbol yf-17uvw5b valid">AMCR</span> <span class="longName yf-17uvw5b" title="Amcor plc">Amcor plc</span> <fin-streamer key="price" class="last-price yf-17uvw5b" data-symbol="AMCR" data-field="regularMarketPrice" data-trend="none" data-pricehint="2" data-value="10.2791" active><span class="yf-17uvw5b">10.28</span></fin-streamer> <span class="percent-change txt-negative yf-17uvw5b"><fin-streamer class="percentChange yf-17uvw5b" data-symbol="AMCR" data-field="regularMarketChange" data-trend="txt" data-pricehint="2" data-value="-0.8508997" active><span class="txt-negative yf-17uvw5b">-0.85</span></fin-streamer> <fin-streamer class="percentChange yf-17uvw5b" data-symbol="AMCR" data-field="regularMarketChangePercent" data-trend="txt" data-pricehint="2" data-template="({fmt})" data-value="-7.6451" data-tstyle="default" active><span class="txt-negative yf-17uvw5b">(-7.65%)</span></fin-streamer></span> </a></div> <div class="ticker-options dock yf-17uvw5b"><div style="display: contents; --menu-content-max-width:;"><div style="display: contents; --menu-min-width:var(--dock-width) - 2* var(--dock-padding); --z-index-override:undefined;"><div class="menuContainer tw-pt-[3px] tw-pb-[2px] yf-9a5vow"><button class="link-btn fin-size-x-small menuBtn tw-p-0 tw-text-m rounded  yf-15mk0m" data-ylk="elmt:ticker;itc:1;cid:AMCR;elm:intent-follow;sec:dock-following;slk:menu-open;ticker:AMCR" aria-haspopup="true" aria-controls="menu-33" data-testid="add-to-following" dialogContentAlignRightValue="0" dialogAlignLeftValue="0" aria-label="Follow"> <div class="icon fin-icon dock-icn sz-x-large  yf-1pnxr15"><!-- HTML_TAG_START --><svg xmlns="http://www.w3.org/2000/svg" viewBox="0 0 24 24"><path d="m22 9.24-7.19-.62L12 2 9.19 8.63 2 9.24l5.46 4.73L5.82 21 12 17.27 18.18 21l-1.63-7.03zM12 15.4l-3.76 2.27 1-4.28-3.32-2.88 4.38-.38L12 6.1l1.71 4.04 4.38.38-3.32 2.88 1 4.28z"/></svg><!-- HTML_TAG_END --></div> </button> <div class="dialog-container yf-9a5vow" id="menu-33" aria-hidden><!-- HTML_TAG_START --><div style="display: contents; --dialog-position:fixed;"><div id="dialog-171" aria-hidden="true" class="dialog-container tw-visible modal yf-1vc3z4o" role="alertdialog"><div class="dialog-overlay yf-1vc3z4o overlay"></div> <div role="document" class="dialog-content elevation4 yf-1vc3z4o rounded"></div> </div></div></div></div> </div></div></div> </li> </ul></section></div></div></li>  <li data-index="5" data-id="mostActive" class="dock-item yf-pvxsgm"><div class="dock-module yf-1mcs974 inDock"><div class="component-body yf-1mcs974"><section class="container yf-1l821ic clip"><header class="yf-1l821ic"><div class="upscaled-title yf-1l821ic"> <span class="title font-condensed yf-1l821ic"><a class="subtle-link fin-size-medium tw-w-full  yf-1e4diqp" data-ylk="elm:navcat;elmt:link;itc:0;sec:dock;subsec:most_active" href="/most-active/" target="_self"><span class="title-text yf-1l821ic">Most Active</span>  </a></span></div> </header> <ul class="dock-list-wrapper  dock yf-nl7uwq"><li class="dock-item  primary yf-16x28su

clickability hover  hasSymbolOptions">          <div class="ticker-item-wrapper dock yf-17uvw5b"><div style="display: contents; --custom-width:92%;"><a class="none-link fin-size-small tw-block   yf-1e4diqp" data-ylk="elm:qte;elmt:link;itc:0;sec:dock;slk:GSAT;subsec:most_active" href="/quote/GSAT/" data-testid="ticker-list-item"><div class="row dock dock-grid-two-columns yf-17uvw5b"> <span class="symbol yf-17uvw5b valid">GSAT</span> <span class="longName yf-17uvw5b" title="Globalstar, Inc.">Globalstar, Inc.</span> <fin-streamer key="price" class="last-price yf-17uvw5b" data-symbol="GSAT" data-field="regularMarketPrice" data-trend="none" data-pricehint="4" data-value="1.2711" active><span class="yf-17uvw5b">1.2711</span></fin-streamer> <span class="percent-change txt-positive yf-17uvw5b"><fin-streamer class="percentChange yf-17uvw5b" data-symbol="GSAT" data-field="regularMarketChange" data-trend="txt" data-pricehint="4" data-value="0.22110009" active><span class="txt-positive yf-17uvw5b">+0.2211</span></fin-streamer> <fin-streamer class="percentChange yf-17uvw5b" data-symbol="GSAT" data-field="regularMarketChangePercent" data-trend="txt" data-pricehint="2" data-template="({fmt})" data-value="20.97923" data-tstyle="default" active><span class="txt-positive yf-17uvw5b">(+20.98%)</span></fin-streamer></span></div> </a></div> <div class="ticker-options dock yf-17uvw5b"><div style="display: contents; --menu-content-max-width:;"><div style="display: contents; --menu-min-width:var(--dock-width) - 2* var(--dock-padding); --z-index-override:undefined;"><div class="menuContainer tw-pt-[3px] tw-pb-[2px] yf-9a5vow"><button class="link-btn fin-size-x-small menuBtn tw-p-0 tw-text-m rounded  yf-15mk0m" data-ylk="elmt:ticker;itc:1;cid:GSAT;elm:intent-follow;sec:dock-following;slk:menu-open;ticker:GSAT" aria-haspopup="true" aria-controls="menu-71" data-testid="add-to-following" dialogContentAlignRightValue="0" dialogAlignLeftValue="0" aria-label="Follow"> <div class="icon fin-icon dock-icn sz-x-large  yf-1pnxr15"><!-- HTML_TAG_START --><svg xmlns="http://www.w3.org/2000/svg" viewBox="0 0 24 24"><path d="m22 9.24-7.19-.62L12 2 9.19 8.63 2 9.24l5.46 4.73L5.82 21 12 17.27 18.18 21l-1.63-7.03zM12 15.4l-3.76 2.27 1-4.28-3.32-2.88 4.38-.38L12 6.1l1.71 4.04 4.38.38-3.32 2.88 1 4.28z"/></svg><!-- HTML_TAG_END --></div> </button> <div class="dialog-container yf-9a5vow" id="menu-71" aria-hidden></div> </div></div></div> <div style="display: contents; --dialog-position:fixed;"><div id="dialog-820" aria-hidden="true" class="dialog-container tw-visible modal yf-1vc3z4o" role="alertdialog"><div class="dialog-overlay yf-1vc3z4o overlay"></div> <div role="document" class="dialog-content elevation4  yf-1vc3z4o rounded"></div> </div></div></div> </div></div> </li><li class="dock-item  primary yf-16x28su clickability hover  hasSymbolOptions">          <div class="ticker-item-wrapper dock yf-17uvw5b"><div style="display: contents; --custom-width:92%;"><a class="none-link fin-size-small tw-block   yf-1e4diqp" data-ylk="elm:qte;elmt:link;itc:0;sec:dock;slk:NVDA;subsec:most_active" href="/quote/NVDA/" data-testid="ticker-list-item"><div class="row dock dock-grid-two-columns yf-17uvw5b"> <span class="symbol yf-17uvw5b valid">NVDA</span> <span class="longName yf-17uvw5b" title="NVIDIA Corporation">NVIDIA Corporation</span> <fin-streamer key="price" class="last-price yf-17uvw5b" data-symbol="NVDA" data-field="regularMarketPrice" data-trend="none" data-pricehint="2" data-value="137.04" active><span class="yf-17uvw5b">137.04</span></fin-streamer> <span class="percent-change txt-positive yf-17uvw5b"><fin-streamer class="percentChange yf-17uvw5b" data-symbol="NVDA" data-field="regularMarketChange" data-trend="txt" data-pricehint="2" data-value="4.279999" active><span class="txt-positive yf-17uvw5b">+4.28</span></fin-streamer> <fin-streamer class="percentChange yf-17uvw5b" data-symbol="NVDA" data-field="regularMarketChangePercent" data-trend="txt" data-pricehint="2" data-template="({fmt})" data-value="3.2236722" data-tstyle="default" active><span class="txt-positive yf-17uvw5b">(+3.22%)</span></fin-streamer></span></div> </a></div> <div class="ticker-options dock yf-17uvw5b"><div style="display: contents; --menu-content-max-width:;"><div style="display: contents; --menu-min-width:var(--dock-width) - 2* var(--dock-padding); --z-index-override:undefined;"><div class="menuContainer tw-pt-[3px] tw-pb-[2px] yf-9a5vow"><button class="link-btn fin-size-x-small menuBtn tw-p-0 tw-text-m rounded  yf-15mk0m" data-ylk="elmt:ticker;itc:1;cid:NVDA;elm:intent-follow;sec:dock-following;slk:menu-open;ticker:NVDA" aria-haspopup="true" aria-controls="menu-25" data-testid="add-to-following" dialogContentAlignRightValue="0" dialogAlignLeftValue="0" aria-label="Follow"> <div class="icon fin-icon dock-icn sz-x-large  yf-1pnxr15"><!-- HTML_TAG_START --><svg xmlns="http://www.w3.org/2000/svg" viewBox="0 0 24 24"><path d="m22 9.24-7.19-.62L12 2 9.19 8.63 2 9.24l5.46 4.73L5.82 21 12 17.27 18.18 21l-1.63-7.03zM12 15.4l-3.76 2.27 1-4.28-3.32-2.88 4.38-.38L12 6.1l1.71 4.04 4.38.38-3.32 2.88 1 4.28z"/></svg><!-- HTML_TAG_END --></div> </button> <div class="dialog-container yf-9a5vow" id="menu-25" aria-hidden></div> </div></div></div> <div style="display: contents; --dialog-position:fixed;"><div id="dialog-332" aria-hidden="true" class="dialog-container tw-visible modal yf-1vc3z4o" role="alertdialog"><div class="dialog-overlay yf-1vc3z4o overlay"></div> <div role="document" class="dialog-content elevation4  yf-1vc3z4o rounded"></div> </div></div></div> </div></div> </li><li class="dock-item  primary yf-16x28su clickability hover  hasSymbolOptions">          <div class="ticker-item-wrapper dock yf-17uvw5b"><div style="display: contents; --custom-width:92%;"><a class="none-link fin-size-small tw-block   yf-1e4diqp"

data-ylk="elm:qte;elmt:link;itc:0;sec:dock;slk:INTC;subsec:most_active" href="/quote/INTC/" data-testid="ticker-list-item"><div class="row dock dock-grid-two-columns yf-17uvw5b"> <span class="symbol yf-17uvw5b valid">INTC</span> <span class="longName yf-17uvw5b" title="Intel Corporation">Intel Corporation</span> <fin-streamer key="price" class="last-price yf-17uvw5b" data-symbol="INTC" data-field="regularMarketPrice" data-trend="none" data-pricehint="2" data-value="22.905" active><span class="yf-17uvw5b">22.91</span></fin-streamer> <span class="percent-change txt-positive yf-17uvw5b"><fin-streamer class="percentChange yf-17uvw5b" data-symbol="INTC" data-field="regularMarketChange" data-trend="txt" data-pricehint="2" data-value="1.3850002" active><span class="txt-positive yf-17uvw5b">+1.39</span></fin-streamer> <fin-streamer class="percentChange yf-17uvw5b" data-symbol="INTC" data-field="regularMarketChangePercent" data-trend="txt" data-pricehint="2" data-template="({fmt})" data-value="6.435187" data-tstyle="default" active><span class="txt-positive yf-17uvw5b">(+6.44%)</span></fin-streamer></span></div> </a></div> <div class="ticker-options dock yf-17uvw5b"><div style="display: contents; --menu-content-max-width:;"><div style="display: contents; --menu-min-width:var(--dock-width) - 2* var(--dock-padding); --z-index-override:undefined;"><div class="menuContainer tw-pt-[3px] tw-pb-[2px] yf-9a5vow"><button class="link-btn fin-size-x-small menuBtn tw-p-0 tw-text-m rounded   yf-15mk0m" data-ylk="elmt:ticker;itc:1;cid:INTC;elm:intent-follow;sec:dock-following;slk:menu-open;ticker:INTC" aria-haspopup="true" aria-controls="menu-13" data-testid="add-to-following" dialogContentAlignRightValue="0" dialogAlignLeftValue="0" aria-label="Follow"> <div class="icon fin-icon dock-icn sz-x-large  yf-1pnxr15"><!-- HTML_TAG_START --><svg xmlns="http://www.w3.org/2000/svg" viewBox="0 0 24 24"><path d="m22 9.24-7.19-.62L12 2 9.19 8.63 2 9.24l5.46 4.73L5.82 21 12 17.27 18.18 21l-1.63-7.03zM12 15.4l-3.76 2.27 1-4.28-3.32-2.88 4.38-.38L12 6.1l1.71 4.04 4.38.38-3.32 2.88 1 4.28z"/></svg><!-- HTML_TAG_END --></div></button> <div class="dialog-container yf-9a5vow" id="menu-13" aria-hidden></div> </div></div></div> <div style="display: contents; --dialog-position:fixed;"><div id="dialog-896" aria-hidden="true" class="dialog-container tw-visible modal yf-1vc3z4o" role="alertdialog"><div class="dialog-overlay yf-1vc3z4o overlay"></div> <div role="document" class="dialog-content elevation4  yf-1vc3z4o rounded"></div></div> </div></div></div> </li><li class="dock-item  primary yf-16x28su clickability hover  hasSymbolOptions">        <div class="ticker-item-wrapper dock yf-17uvw5b"><div style="display: contents; --custom-width:92%;"><a class="none-link fin-size-small tw-block  yf-1e4diqp" data-ylk="elm:qte;elmt:link;itc:0;sec:dock;slk:AMZN;subsec:most_active" href="/quote/AMZN/" data-testid="ticker-list-item"><div class="row dock dock-grid-two-columns yf-17uvw5b"> <span class="symbol yf-17uvw5b valid">AMZN</span> <span class="longName yf-17uvw5b" title="Amazon.com, Inc.">Amazon.com, Inc.</span> <fin-streamer key="price" class="last-price yf-17uvw5b" data-symbol="AMZN" data-field="regularMarketPrice" data-trend="none" data-pricehint="2" data-value="198.725" active><span class="yf-17uvw5b">198.73</span></fin-streamer> <span class="percent-change txt-positive yf-17uvw5b"><fin-streamer class="percentChange yf-17uvw5b" data-symbol="AMZN" data-field="regularMarketChange" data-trend="txt" data-pricehint="2" data-value="12.325012" active><span class="txt-positive yf-17uvw5b">+12.33</span></fin-streamer> <fin-streamer class="percentChange yf-17uvw5b" data-symbol="AMZN" data-field="regularMarketChangePercent" data-trend="txt" data-pricehint="2" data-template="({fmt})" data-value="6.612131" data-tstyle="default" active><span class="txt-positive yf-17uvw5b">(+6.61%)</span></fin-streamer></span></div> </a></div> <div class="ticker-options dock yf-17uvw5b"><div style="display: contents; --menu-content-max-width:;"><div style="display: contents; --menu-min-width:var(--dock-width) - 2* var(--dock-padding); --z-index-override:undefined;"><div class="menuContainer tw-pt-[3px] tw-pb-[2px] yf-9a5vow"><button class="link-btn fin-size-x-small menuBtn tw-p-0 tw-text-m rounded   yf-15mk0m" data-ylk="elmt:ticker;itc:1;cid:AMZN;elm:intent-follow;sec:dock-following;slk:menu-open;ticker:AMZN" aria-haspopup="true" aria-controls="menu-10" data-testid="add-to-following" dialogContentAlignRightValue="0" dialogAlignLeftValue="0" aria-label="Follow"> <div class="icon fin-icon dock-icn sz-x-large  yf-1pnxr15"><!-- HTML_TAG_START --><svg xmlns="http://www.w3.org/2000/svg" viewBox="0 0 24 24"><path d="m22 9.24-7.19-.62L12 2 9.19 8.63 2 9.24l5.46 4.73L5.82 21 12 17.27 18.18 21l-1.63-7.03zM12 15.4l-3.76 2.27 1-4.28-3.32-2.88 4.38-.38L12 6.1l1.71 4.04 4.38.38-3.32 2.88 1 4.28z"/></svg><!-- HTML_TAG_END --></div></button> <div class="dialog-container  yf-9a5vow" id="menu-10" aria-hidden></div> </div></div></div> <div style="display: contents; --dialog-position:fixed;"><div id="dialog-737" aria-hidden="true" class="dialog-container tw-visible modal yf-1vc3z4o" role="alertdialog"><div class="dialog-overlay yf-1vc3z4o overlay"></div> <div role="document" class="dialog-content elevation4  yf-1vc3z4o rounded"></div></div> </div></div></div> </li><li class="dock-item  primary yf-16x28su clickability hover  hasSymbolOptions">        <div class="ticker-item-wrapper dock yf-17uvw5b"><div style="display: contents; --custom-width:92%;"><a class="none-link fin-size-small tw-block  yf-1e4diqp" data-ylk="elm:qte;elmt:link;itc:0;sec:dock;slk:SMCI;subsec:most_active" href="/quote/SMCI/" data-testid="ticker-list-item"><div class="row dock dock-grid-two-columns yf-17uvw5b"> <span class="symbol yf-17uvw5b

valid">SMCI</span> <span class="longName yf-17uvw5b" title="Super Micro Computer, Inc.">Super Micro Computer, Inc.</span> <fin-streamer key="price" class="last-price yf-17uvw5b" data-symbol="SMCI" data-field="regularMarketPrice" data-trend="none" data-pricehint="2" data-value="28.63" active><span class="yf-17uvw5b">28.63</span></fin-streamer> <span class="percent-change txt-negative yf-17uvw5b"><fin-streamer class="percentChange yf-17uvw5b" data-symbol="SMCI" data-field="regularMarketChange" data-trend="txt" data-pricehint="2" data-value="-0.48000145" active><span class="txt-negative yf-17uvw5b">-0.48</span></fin-streamer> <fin-streamer class="percentChange yf-17uvw5b" data-symbol="SMCI" data-field="regularMarketChangePercent" data-trend="txt" data-pricehint="2" data-template="({fmt})" data-value="-1.6489228" data-tstyle="default" active><span class="txt-negative yf-17uvw5b">(-1.65%)</span></fin-streamer> </a></div> <div class="ticker-options dock yf-17uvw5b"><div style="display: contents; --menu-content-max-width:;"><div style="display: contents; --menu-min-width:var(--dock-width) - 2* var(--dock-padding); --z-index-override:undefined;"><div class="menuContainer tw-pt-[3px] tw-pb-[2px] yf-9a5vow"><button class="link-btn fin-size-x-small menuBtn tw-p-0 tw-text-m rounded  yf-15mk0m" data-ylk="elm:ticker;itc:1;cid:SMCI;elm:intent-follow;sec:dock-following;slk:menu-open;ticker:SMCI" aria-haspopup="true" aria-controls="menu-91" data-testid="add-to-following" dialogContentAlignRightValue="0" dialogAlignLeftValue="0" aria-label="Follow"> <div class="icon fin-icon dock-icn sz-x-large  yf-1pnxr15"><!-- HTML_TAG_START --><svg xmlns="http://www.w3.org/2000/svg" viewBox="0 0 24 24"><path d="m22 9.24-7.19-.62L12 2 9.19 8.63 2 9.24l5.46 4.73L5.82 21 12 17.27 18.18 21l-1.63-7.03zM12 15.4l-3.76 2.27 1-4.28-3.32-2.88 4.38-.38L12 6.1l1.71 4.04 4.38.38-3.32 2.88 1 4.28z"/></svg><!-- HTML_TAG_END --></div> </button> <div class="dialog-container yf-9a5vow" id="menu-91" aria-hidden></div> </div></div></div> <div style="display: contents; --dialog-position:fixed;"><div id="dialog-850" aria-hidden="true" class="dialog-container tw-visible modal yf-1vc3z4o" role="alertdialog"><div class="dialog-overlay yf-1vc3z4o overlay"></div> <div role="document" class="dialog-content elevation4 yf-1vc3z4o rounded"></div> </div></div></div> </div></div> </li> </ul> </section></div></div> </li>  <li data-index="6" data-id="trendingTickers" class="dock-item yf-pvxsgm"><div class="dock-module yf-1mcs974 inDock"><div class="component-body yf-1mcs974"><section class="container yf-1l821ic"><div class="upscaled-title yf-1l821ic"> <span class="title font-condensed yf-1l821ic"><a class="subtle-link fin-size-medium tw-w-full  yf-1e4diqp" data-ylk="elm:navcat;elmt:link;itc:0;sec:dock;subsec:trending_tickers" href="/trending-tickers" target="_self"><span class="title-text yf-1l821ic">Trending Tickers</span> </a></span> </div> </header> <ul class="dock-list-wrapper  dock yf-nl7uwq"><li class="dock-item  primary yf-16x28su clickability hover hasSymbolOptions">    <div class="ticker-item-wrapper dock yf-17uvw5b"><div style="display: contents; --custom-width:92%;"><a class="none-link fin-size-small tw-block   yf-1e4diqp" data-ylk="elm:qte;elmt:link;itc:0;sec:dock;slk:AMZN;subsec:trending_tickers" href="/quote/AMZN/" data-testid="ticker-list-item"><div class="row dock dock-grid-two-columns yf-17uvw5b"> <span class="symbol yf-17uvw5b valid">AMZN</span> <span class="longName yf-17uvw5b" title="Amazon.com, Inc.">Amazon.com, Inc.</span> <fin-streamer key="price" class="last-price yf-17uvw5b" data-symbol="AMZN" data-field="regularMarketPrice" data-trend="none" data-pricehint="2" data-value="198.7601" active><span class="yf-17uvw5b">198.76</span></fin-streamer> <span class="percent-change txt-positive yf-17uvw5b"><fin-streamer class="percentChange yf-17uvw5b" data-symbol="AMZN" data-field="regularMarketChange" data-trend="txt" data-pricehint="2" data-value="12.360107" active><span class="txt-positive yf-17uvw5b">+12.36</span></fin-streamer> <fin-streamer class="percentChange yf-17uvw5b" data-symbol="AMZN" data-field="regularMarketChangePercent" data-trend="txt" data-pricehint="2" data-template="({fmt})" data-value="6.630959" data-tstyle="default" active><span class="txt-positive yf-17uvw5b">(+6.63%)</span></fin-streamer></span></div> </a></div> <div class="ticker-options dock yf-17uvw5b"><div style="display: contents; --menu-content-max-width:;"><div style="display: contents; --menu-min-width:var(--dock-width) - 2* var(--dock-padding); --z-index-override:undefined;"><div class="menuContainer tw-pt-[3px] tw-pb-[2px] yf-9a5vow"><button class="link-btn fin-size-x-small menuBtn tw-p-0 tw-text-m rounded  yf-15mk0m" data-ylk="elm:ticker;itc:1;cid:AMZN;elm:intent-follow;sec:dock-following;slk:menu-open;ticker:AMZN" aria-haspopup="true" aria-controls="menu-82" data-testid="add-to-following" dialogContentAlignRightValue="0" dialogAlignLeftValue="0" aria-label="Follow"> <div class="icon fin-icon dock-icn sz-x-large  yf-1pnxr15"><!-- HTML_TAG_START --><svg xmlns="http://www.w3.org/2000/svg" viewBox="0 0 24 24"><path d="m22 9.24-7.19-.62L12 2 9.19 8.63 2 9.24l5.46 4.73L5.82 21 12 17.27 18.18 21l-1.63-7.03zM12 15.4l-3.76 2.27 1-4.28-3.32-2.88 4.38-.38L12 6.1l1.71 4.04 4.38.38-3.32 2.88 1 4.28z"/></svg><!-- HTML_TAG_END --></div> </button> <div class="dialog-container yf-9a5vow" id="menu-82" aria-hidden></div> </div></div></div> <div style="display: contents; --dialog-position:fixed;"><div id="dialog-413" aria-hidden="true" class="dialog-container tw-visible modal yf-1vc3z4o" role="alertdialog"><div class="dialog-overlay yf-1vc3z4o overlay"></div> <div role="document" class="dialog-content elevation4 yf-1vc3z4o rounded"></div> </div></div></div>

```
</div></div>  </li><li class="dock-item  primary yf-16x28su clickability hover  hasSymbolOptions">      <div class="ticker-item-wrapper dock yf-17uvw5b"><div style="display: contents; --custom-width:92%;"><a class="none-link fin-size-small tw-block   yf-1e4diqp" data-ylk="elm:qte;elmt:link;itc:0;sec:dock;slk:INTC;subsec:trending_tickers" href="/quote/INTC/" data-testid="ticker-list-item"><div class="row dock dock-grid-two-columns yf-17uvw5b"> <span class="symbol yf-17uvw5b valid">INTC</span> <span class="longName yf-17uvw5b" title="Intel Corporation">Intel Corporation</span>  <fin-streamer key="price" class="last-price yf-17uvw5b" data-symbol="INTC" data-field="regularMarketPrice" data-trend="none" data-pricehint="2" data-value="22.9779" active><span class="yf-17uvw5b">22.98</span></fin-streamer>  <span class="percent-change txt-positive yf-17uvw5b"><fin-streamer class="percentChange yf-17uvw5b" data-symbol="INTC" data-field="regularMarketChange" data-trend="txt" data-pricehint="2" data-value="1.4578991" active><span class="txt-positive yf-17uvw5b">+1.46</span></fin-streamer> <fin-streamer class="percentChange yf-17uvw5b" data-symbol="INTC" data-field="regularMarketChangePercent" data-trend="txt" data-pricehint="2" data-template="({fmt})" data-value="6.7746243" data-tstyle="default" active><span class="txt-positive yf-17uvw5b">(+6.77%)</span></fin-streamer></span> </a></div> <div class="ticker-options dock yf-17uvw5b"><div style="display: contents; --menu-content-max-width:;"><div style="display: contents; --menu-min-width:var(--dock-width) - 2* var(--dock-padding); --z-index-override:undefined;"><div class="menuContainer tw-pt-[3px] tw-pb-[2px] yf-9a5vow"><button class="link-btn fin-size-x-small menuBtn tw-p-0 tw-text-m rounded   yf-15mk0m" data-ylk="elmt:ticker;itc:1;cid:INTC;elm:intent-follow;sec:dock-following;slk:menu-open;ticker:INTC" aria-haspopup="true" aria-controls="menu-70" data-testid="add-to-following" dialogContentAlignRightValue="0" dialogAlignLeftValue="0" aria-label="Follow"> <div class="icon fin-icon dock-icn sz-x-large  yf-1pnxr15"><!-- HTML_TAG_START --><svg xmlns="http://www.w3.org/2000/svg" viewBox="0 0 24 24"><path d="m22 9.24-7.19-.62L12 2 9.19 8.63 2 9.24l5.46 4.73L5.82 21 12 17.27 18.18 21l-1.63-7.03zM12 15.4l-3.76 2.27 1-4.28-3.32-2.88 4.38-.38L12 6.1l1.71 4.04 4.38.38-3.32 2.88 1 4.28z"/></svg><!-- HTML_TAG_END --></div> </button>  <div class="dialog-container yf-9a5vow" id="menu-70" aria-hidden></div> </div> </div> <div style="display: contents; --dialog-position:fixed;"><div id="dialog-91" aria-hidden="true" class="dialog-container tw-visible modal yf-1vc3z4o" role="alertdialog"><div class="dialog-overlay yf-1vc3z4o overlay"></div> <div role="document" class="dialog-content elevation4  yf-1vc3z4o rounded"></div> </div></div></div> </div></div>  </li><li class="dock-item  primary yf-16x28su clickability hover  hasSymbolOptions">      <div class="ticker-item-wrapper dock yf-17uvw5b"><div style="display: contents; --custom-width:92%;"><a class="none-link fin-size-small tw-block   yf-1e4diqp" data-ylk="elm:qte;elmt:link;itc:0;sec:dock;slk:AAPL;subsec:trending_tickers" href="/quote/AAPL/" data-testid="ticker-list-item"><div class="row dock dock-grid-two-columns yf-17uvw5b"> <span class="symbol yf-17uvw5b valid">AAPL</span> <span class="longName yf-17uvw5b" title="Apple Inc.">Apple Inc.</span>  <fin-streamer key="price" class="last-price yf-17uvw5b" data-symbol="AAPL" data-field="regularMarketPrice" data-trend="none" data-pricehint="2" data-value="224.63" active><span class="yf-17uvw5b">224.63</span></fin-streamer>  <span class="percent-change txt-negative yf-17uvw5b"><fin-streamer class="percentChange yf-17uvw5b" data-symbol="AAPL" data-field="regularMarketChange" data-trend="txt" data-pricehint="2" data-value="-1.2799988" active><span class="txt-negative yf-17uvw5b">-1.28</span></fin-streamer> <fin-streamer class="percentChange yf-17uvw5b" data-symbol="AAPL" data-field="regularMarketChangePercent" data-trend="txt" data-pricehint="2" data-template="({fmt})" data-value="-0.56659675" data-tstyle="default" active><span class="txt-negative yf-17uvw5b">(-0.57%)</span></fin-streamer></span> </a></div> <div class="ticker-options dock yf-17uvw5b"><div style="display: contents; --menu-content-max-width:;"><div style="display: contents; --menu-min-width:var(--dock-width) - 2* var(--dock-padding); --z-index-override:undefined;"><div class="menuContainer tw-pt-[3px] tw-pb-[2px] yf-9a5vow"><button class="link-btn fin-size-x-small menuBtn tw-p-0 tw-text-m rounded   yf-15mk0m" data-ylk="elmt:ticker;itc:1;cid:AAPL;elm:intent-follow;sec:dock-following;slk:menu-open;ticker:AAPL" aria-haspopup="true" aria-controls="menu-94" data-testid="add-to-following" dialogContentAlignRightValue="0" dialogAlignLeftValue="0" aria-label="Follow"> <div class="icon fin-icon dock-icn sz-x-large  yf-1pnxr15"><!-- HTML_TAG_START --><svg xmlns="http://www.w3.org/2000/svg" viewBox="0 0 24 24"><path d="m22 9.24-7.19-.62L12 2 9.19 8.63 2 9.24l5.46 4.73L5.82 21 12 17.27 18.18 21l-1.63-7.03zM12 15.4l-3.76 2.27 1-4.28-3.32-2.88 4.38-.38L12 6.1l1.71 4.04 4.38.38-3.32 2.88 1 4.28z"/></svg><!-- HTML_TAG_END --></div> </button>  <div class="dialog-container yf-9a5vow" id="menu-94" aria-hidden></div> </div> </div> <div style="display: contents; --dialog-position:fixed;"><div id="dialog-348" aria-hidden="true" class="dialog-container tw-visible modal yf-1vc3z4o" role="alertdialog"><div class="dialog-overlay yf-1vc3z4o overlay"></div> <div role="document" class="dialog-content elevation4  yf-1vc3z4o rounded"></div> </div></div></div> </div></div>  </li><li class="dock-item  primary yf-16x28su clickability hover  hasSymbolOptions">      <div class="ticker-item-wrapper dock yf-17uvw5b"><div style="display: contents; --custom-width:92%;"><a class="none-link fin-size-small tw-block   yf-1e4diqp"
```

data-ylk="elm:qte;elmt:link;itc:0;sec:dock;slk:AC.TO;subsec:trending_tickers" href="/quote/AC.TO/" data-testid="ticker-list-item"><div class="row dock dock-grid-two-columns yf-17uvw5b"> <span class="symbol yf-17uvw5b valid">AC.TO</span> <span class="longName yf-17uvw5b" title="Air Canada">Air Canada</span> <fin-streamer key="price" class="last-price yf-17uvw5b" data-symbol="AC.TO" data-field="regularMarketPrice" data-trend="none" data-pricehint="2" data-value="21.12" active><span class="yf-17uvw5b">21.12</span></fin-streamer> <span class="percent-change txt-positive yf-17uvw5b"><fin-streamer class="percentChange yf-17uvw5b" data-symbol="AC.TO" data-field="regularMarketChange" data-trend="txt" data-pricehint="2" data-value="2.25" active><span class="txt-positive yf-17uvw5b">+2.25</span></fin-streamer> <fin-streamer class="percentChange yf-17uvw5b" data-symbol="AC.TO" data-field="regularMarketChangePercent" data-trend="txt" data-pricehint="2" data-value="11.923688" data-template="({fmt})" data-tstyle="default" active><span class="txt-positive yf-17uvw5b">(+11.92%)</span></fin-streamer> </span></div> </a></div> <div class="ticker-options dock yf-17uvw5b"><div style="display: contents; --menu-content-max-width:;"><div style="display: contents; --menu-min-width:var(--dock-width) - 2* var(--dock-padding); --z-index-override:undefined;"><div class="menuContainer tw-pt-[3px] tw-pb-[2px] yf-9a5vow"><button class="link-btn fin-size-x-small menuBtn tw-p-0 tw-text-m rounded   yf-15mk0m" data-ylk="elmt:ticker;itc:1;cid:AC.TO;elm:intent-follow;sec:dock-following;slk:menu-open;ticker:AC.TO" aria-haspopup="true" aria-controls="menu-64" data-testid="add-to-following" dialogContentAlignRightValue="0" dialogAlignLeftValue="0" aria-label="Follow"> <div class="icon fin-icon dock-icn sz-x-large yf-1pnxr15"><!-- HTML_TAG_START --><svg xmlns="http://www.w3.org/2000/svg" viewBox="0 0 24 24"><path d="m22 9.24-7.19-.62L12 2 9.19 8.63 2 9.24l5.46 4.73L5.82 21 12 17.27 18.18 21l-1.63-7.03zM12 15.4l-3.76 2.27 1-4.28-3.32-2.88 4.38-.38L12 6.11l1.71 4.04 4.38.38-3.32 2.88 1 4.28z"/></svg><!-- HTML_TAG_END --></div></button> <div class="dialog-container  yf-9a5vow" id="menu-64" aria-hidden></div></div> </div></div> <div style="display: contents; --dialog-position:fixed;"><div id="dialog-13" aria-hidden="true" class="dialog-container tw-visible modal yf-1vc3z4o" role="alertdialog"><div class="dialog-overlay yf-1vc3z4o overlay"></div> <div role="document" class="dialog-content elevation4  yf-1vc3z4o rounded"></div></div> </div></div> </div></div></li><li class="dock-item  primary yf-16x28su clickability hover  hasSymbolOptions"> <div class="ticker-item-wrapper dock yf-17uvw5b"><div style="display: contents; --custom-width:92%;"><a class="none-link fin-size-small tw-block   yf-1e4diqp" data-ylk="elm:qte;elmt:link;itc:0;sec:dock;slk:XOM;subsec:trending_tickers" href="/quote/XOM/" data-testid="ticker-list-item"><div class="row dock dock-grid-two-columns yf-17uvw5b"> <span class="symbol yf-17uvw5b valid">XOM</span> <span class="longName yf-17uvw5b" title="Exxon Mobil Corporation">Exxon Mobil Corporation</span> <fin-streamer key="price" class="last-price yf-17uvw5b" data-symbol="XOM" data-field="regularMarketPrice" data-trend="none" data-pricehint="2" data-value="117.17" active><span class="yf-17uvw5b">117.17</span></fin-streamer> <span class="percent-change txt-positive yf-17uvw5b"><fin-streamer class="percentChange yf-17uvw5b" data-symbol="XOM" data-field="regularMarketChange" data-trend="txt" data-pricehint="2" data-value="0.3899994" active><span class="txt-positive yf-17uvw5b">+0.39</span></fin-streamer> <fin-streamer class="percentChange yf-17uvw5b" data-symbol="XOM" data-field="regularMarketChangePercent" data-trend="txt" data-pricehint="2" data-template="({fmt})" data-value="0.33396077" data-tstyle="default" active><span class="txt-positive yf-17uvw5b">(+0.33%)</span></fin-streamer> </span></div> </a></div> <div class="ticker-options dock yf-17uvw5b"><div style="display: contents; --menu-content-max-width:;"><div style="display: contents; --menu-min-width:var(--dock-width) - 2* var(--dock-padding); --z-index-override:undefined;"><div class="menuContainer tw-pt-[3px] tw-pb-[2px] yf-9a5vow"><button class="link-btn fin-size-x-small menuBtn tw-p-0 tw-text-m rounded   yf-15mk0m" data-ylk="elmt:ticker;itc:1;cid:XOM;elm:intent-follow;sec:dock-following;slk:menu-open;ticker:XOM" aria-haspopup="true" aria-controls="menu-16" data-testid="add-to-following" dialogContentAlignRightValue="0" dialogAlignLeftValue="0" aria-label="Follow"> <div class="icon fin-icon dock-icn sz-x-large  yf-1pnxr15"><!-- HTML_TAG_START --><svg xmlns="http://www.w3.org/2000/svg" viewBox="0 0 24 24"><path d="m22 9.24-7.19-.62L12 2 9.19 8.63 2 9.24l5.46 4.73L5.82 21 12 17.27 18.18 21l-1.63-7.03zM12 15.4l-3.76 2.27 1-4.28-3.32-2.88 4.38-.38L12 6.11l1.71 4.04 4.38.38-3.32 2.88 1 4.28z"/></svg><!-- HTML_TAG_END --></div></button> <div class="dialog-container  yf-9a5vow" id="menu-16" aria-hidden></div></div> </div></div> <div style="display: contents; --dialog-position:fixed;"><div id="dialog-123" aria-hidden="true" class="dialog-container tw-visible modal yf-1vc3z4o" role="alertdialog"><div class="dialog-overlay yf-1vc3z4o overlay"></div> <div role="document" class="dialog-content elevation4  yf-1vc3z4o rounded"></div></div> </div></div> </div></li> </ul></section></div></div> </li>  <li data-index="7" data-id="earningsCalendar" class="dock-item yf-pvxsgm"><div class="dock-module yf-1mcs974  inDock"><div class="component-body yf-1mcs974"><section class="container yf-1l821ic"><header class="yf-1l821ic hide-upscaled"><div class="upscaled-title yf-1l821ic"> <span class="title font-condensed yf-1l821ic"><a class="subtle-link fin-size-medium tw-w-full   yf-1e4diqp"

data-ylk="elm:navcat;elmt:link;itc:0;sec:dock;subsec:econ-evt-cal" href="/calendar/economic" target="_self"><span class="title-text yf-1l821ic">Top Economic Events</span>  </a></span></div> </header> <div data-testid="lazym-earningsCalendar"></div> <div class="yf-usnhox centered"><svg width="80" height="80" shape-rendering="geometricPrecision" text-rendering="geometricPrecision" style="white-space:pre" viewBox="0 0 88 88" xmlns="http://www.w3.org/2000/svg" role="img" aria-label="Progress Spinner"><g display="none"><rect width="88" height="88" fill="#fff"></rect></g><g transform="translate(-1.9444 -.8564)"><g transform="translate(45.348 45.348) rotate(12.73) scale(.75) translate(.49 130.55)" style="animation:2s linear infinite both counter-ring-animated-2_t, 2s linear infinite forwards counter-ring-animated-2_v"><g transform="translate(-.49 -130.55)" opacity=".77" style="animation:2s linear infinite both Ellipse-1_o"><path transform="translate(0) rotate(200)" d="m0-50.552v0c27.919 0 50.552 22.633 50.552 50.552s-22.633 50.552 50.552-50.552-22.633-50.552 50.552-50.552z" fill="none" stroke="#b0b9c1" stroke-dasharray="318" stroke-dashoffset="230" stroke-linecap="round" stroke-width="10" style="animation:2s linear infinite both Path-1_do"></path></g><g transform="translate(-.49 -130.55)" opacity="0" style="animation:2s linear infinite both Ellipse-1-2_o"><path transform="translate(-60)" d="m0-50.552c-27.919 0-50.552 22.633-50.552 50.552s22.633 50.552 50.552 50.552 22.633 50.552-50.552-22.633 50.552-50.552-50.552z" fill="none" stroke="#b0b9c1" stroke-dasharray="318" stroke-dashoffset="230" stroke-linecap="round" stroke-width="10" style="animation:2s linear infinite both Path-1-2_da, 2s linear infinite both Path-1-2_do"></path></g></g><g transform="translate(45.348 45.348) rotate(182.73) scale(.75) translate(.49 130.55)" visibility="hidden" style="animation:2s linear infinite both counter-ring-animated-2-2_t, 2s linear infinite forwards counter-ring-animated-2-2_v"><g transform="translate(-.49 -130.55)" opacity="0" style="animation:2s linear infinite both Ellipse-1-3_o"><path transform="translate(0) rotate(200)" d="m0-50.552v0c27.919 22.633 50.552 50.552 50.552s-22.633 50.552 50.552 50.552-50.552-22.633-50.552 50.552 50.552-50.552-50.552z" fill="none" stroke="#b0b9c1" stroke-dasharray="318" stroke-dashoffset="318" stroke-linecap="round" stroke-width="10" style="animation:2s linear infinite both Path-1-3_da, 2s linear infinite both Path-1-3_do"></path></g><g transform="translate(-.49 -130.55)" opacity="0" style="animation:2s linear infinite both Ellipse-1-4_o"><path transform="translate(0) rotate(-60)" d="m0-50.552c-27.919 0-50.552 22.633-50.552 50.552s22.633 50.552 50.552 50.552 22.633 50.552-50.552-22.633-50.552 50.552-50.552-50.552z" fill="none" stroke="#b0b9c1" stroke-dasharray="318" stroke-dashoffset="230" stroke-linecap="round" stroke-width="10" style="animation:2s linear infinite both Path-1-4_da, 2s linear infinite both Path-1-4_do"></path></g></g><g transform="translate(45.348 45.348) rotate(12.73) scale(.75) translate(.49 130.55)" visibility="hidden" style="animation:2s linear infinite both counter-ring-animated-2-3_t, 2s linear infinite forwards counter-ring-animated-2-3_v"><g transform="translate(-.49 -130.55)" opacity="0" style="animation:2s linear infinite both Ellipse-1-5_o"><path transform="translate(0) rotate(200)" d="m0-50.552v0c27.919 0 50.552 22.633 50.552 50.552s-22.633 50.552 50.552-50.552-22.633-50.552 50.552-50.552-50.552z" fill="none" stroke="#b0b9c1" stroke-dasharray="318" stroke-dashoffset="318" stroke-linecap="round" stroke-width="10" style="animation:2s linear infinite both Path-1-5_da, 2s linear infinite both Path-1-5_do"></path></g><g transform="translate(-.49 -130.55)" opacity="0" style="animation:2s linear infinite both Ellipse-1-6_o"><path transform="translate(0) rotate(-60)" d="m0-50.552c-27.919 0-50.552 22.633-50.552 50.552s22.633 50.552 50.552 50.552 22.633 50.552-50.552-22.633 50.552-50.552-50.552z" fill="none" stroke="#b0b9c1" stroke-dasharray="318" stroke-dashoffset="230" stroke-linecap="round" stroke-width="10" style="animation:2s linear infinite both Path-1-6_da, 2s linear infinite both Path-1-6_do"></path></g></g><g transform="translate(45.348 45.348) rotate(182.73) scale(.75) translate(.49 130.55)" visibility="hidden" style="animation:2s linear infinite both counter-ring-animated-2-4_t, 2s linear infinite forwards counter-ring-animated-2-4_v"><g transform="translate(-.49 -130.55)" opacity="0" style="animation:2s linear infinite both Ellipse-1-9_o"><path transform="translate(0) rotate(200)" d="m0-50.552v0c27.919 0 50.552 22.633 50.552 50.552s-22.633 50.552 50.552-50.552-22.633-50.552 50.552-50.552-50.552z" fill="none" stroke="#b0b9c1" stroke-dasharray="318" stroke-dashoffset="318" stroke-linecap="round" stroke-width="10" style="animation:2s linear infinite both Path-1-9_da, 2s linear infinite both Path-1-9_do"></path></g><g transform="translate(-.49 -130.55)" opacity="0" style="animation:2s linear infinite both Ellipse-1-10_o"><path transform="translate(0) rotate(-60)" d="m0-50.552c-27.919 0-50.552 22.633-50.552 50.552s22.633 50.552 50.552 50.552 22.633 50.552-50.552-22.633 50.552-50.552-50.552z" fill="none" stroke="#b0b9c1" stroke-dasharray="318" stroke-dashoffset="230" stroke-linecap="round" stroke-width="10" style="animation:2s linear infinite both Path-1-10_da, 2s linear infinite both Path-1-10_do"></path></g></g><g transform="translate(45.348 45.348) rotate(12.73) scale(.75) translate(.49 130.55)" style="animation:2s linear infinite both counter-ring-animated-2-5_t, 2s linear infinite forwards counter-ring-animated-2-5_v"><g transform="translate(-.49 -130.55)" opacity="0" style="animation:2s linear infinite both Ellipse-1-7_o"><path transform="translate(0) rotate(200)" d="m0-50.552v0c27.919 0 50.552 22.633 50.552 50.552s-22.633 50.552-50.552 50.552-

50.552-22.633-50.552-50.552 22.633-50.552 50.552-50.552z" fill="none" stroke="#b0b9c1" stroke-dasharray="318" stroke-dashoffset="318" stroke-linecap="round" stroke-width="10" style="animation:2s linear infinite both Path-1-7_da, 2s linear infinite both Path-1-7_do"></path></g><g transform="translate(-.49 -130.55)" opacity="0" style="animation:2s linear infinite both Ellipse-1-8_o"><path transform="translate(0) rotate(-60)" d="m0-50.552c-27.919 0-50.552 22.633-50.552 50.552s22.633 50.552 50.552 50.552 50.552-22.633 50.552-50.552-22.633-50.552-50.552-50.552z" fill="none" stroke="#b0b9c1" stroke-dasharray="318" stroke-dashoffset="230" stroke-linecap="round" stroke-width="10" style="animation:2s linear infinite both Path-1-8_da, 2s linear infinite both Path-1-8_do"></path></g></g><g transform="translate(45.348 45.348) rotate(182.73) scale(.75) translate(.49 130.55)" visibility="hidden" style="animation:2s linear infinite both counter-ring-animated-2-7_t, 2s linear infinite forwards counter-ring-animated-2-7_v"><g transform="translate(-.49 -130.55)" opacity="0" style="animation:2s linear infinite both Ellipse-1-13_o"><path transform="translate(0) rotate(200)" d="m0-50.552v0c27.919 0 50.552 22.633 50.552 50.552s-22.633 50.552-50.552 50.552-50.552-22.633-50.552-50.552 22.633-50.552 50.552-50.552z" fill="none" stroke="#b0b9c1" stroke-dasharray="318" stroke-dashoffset="318" stroke-linecap="round" stroke-width="10" style="animation:2s linear infinite both Path-1-13_da, 2s linear infinite both Path-1-13_do"></path></g><g transform="translate(-.49 -130.55)" opacity="0" style="animation:2s linear infinite both Ellipse-1-14_o"><path transform="translate(0) rotate(-60)" d="m0-50.552c-27.919 0-50.552 22.633-50.552 50.552s22.633 50.552 50.552 50.552 50.552-22.633 50.552-50.552-22.633-50.552-50.552-50.552z" fill="none" stroke="#b0b9c1" stroke-dasharray="318" stroke-dashoffset="230" stroke-linecap="round" stroke-width="10" style="animation:2s linear infinite both Path-1-14_da, 2s linear infinite both Path-1-14_do"></path></g></g><g transform="translate(45.348 45.348) rotate(12.73) scale(.75) translate(.49 130.55)" visibility="hidden" style="animation:2s linear infinite both counter-ring-animated-2-6_t, 2s linear infinite forwards counter-ring-animated-2-6_v"><g transform="translate(-.49 -130.55)" opacity="0" style="animation:2s linear infinite both Ellipse-1-11_o"><path transform="translate(0) rotate(200)" d="m0-50.552v0c27.919 0 50.552 22.633 50.552 50.552s-22.633 50.552-50.552 50.552-50.552-22.633-50.552-50.552 22.633-50.552 50.552-50.552z" fill="none" stroke="#b0b9c1" stroke-dasharray="318" stroke-dashoffset="318" stroke-linecap="round" stroke-width="10" style="animation:2s linear infinite both Path-1-11_da, 2s linear infinite both Path-1-11_do"></path></g><g transform="translate(-.49 -130.55)" opacity="0" style="animation:2s linear infinite both Ellipse-1-12_o"><path transform="translate(0) rotate(-60)" d="m0-50.552c-27.919 0-50.552 22.633-50.552 50.552s22.633 50.552 50.552 50.552 50.552-22.633 50.552-50.552-22.633-50.552-50.552-50.552z" fill="none" stroke="#b0b9c1" stroke-dasharray="318" stroke-dashoffset="230" stroke-linecap="round" stroke-width="10" style="animation:2s linear infinite both Path-1-12_da, 2s linear infinite both Path-1-12_do"></path></g></g></g></g></svg> </div> </section></div></div></li></ul> <div class="footer yf-pvxsgm"><div> <div id="sda-DCKFTR" class="sdaContainer dv-all sda-DCKFTR yf-1iz24hm margin visible" data-testid="dock-footer-ad" data-ad-unit="/22888152279/us/yfin/ros/dt/us_yfin_ros_dt_mid_right_dock" data-ad-size="120x60,300x250" data-ad-region="dock" data-ad-loc="mid_right_dock"></div></div><div class="footer-cta yf-pvxsgm"><section class="opt-out-link-wrapper yf-5gys4d"><div style="display: contents; --link-font-weight:var(--font-normal);"><a class="subtle-link fin-size-medium opt-out-link hover:tw-text-text1  yf-1e4diqp" data-ylk="elm:navcat;elmt:optout;itc:0;sec:feature-optin;slk:Back%20to%20Yahoo%20Finance%20classic;subsec:classic" href="/go-back?.done=%2Fnews%2Fdelta-sues-crowdstrike-over-software-222235834.html"><span class="opt-out-text yf-5gys4d">Back to classic</span> <svg xmlns="http://www.w3.org/2000/svg" width="89" height="13" viewBox="0 0 142 20" fill="none"><path d="M20.2295 5.28637V6.29254C19.6515 5.54398 18.5813 5.02876 17.3418 5.02876C14.4123 5.02876 12.2322 7.62015 12.2322 10.6629C12.2322 13.7914 14.3903 16.2969 17.3418 16.2969C18.5813 16.2969 19.6515 15.8038 20.2295 15.0112V16.0195H23.8777V5.28637H20.2295ZM25.1479 0.530762V16.0217H28.9323V10.2974C28.9323 9.18333 29.4663 8.51843 30.3212 8.51843C31.1761 8.51843 31.6266 9.09747 31.6266 10.1675V16.0217H35.3934V9.27359C35.3934 6.66021 33.9825 5.03096 31.7145 5.03096C31.1747 5.01129 30.6378 5.11947 30.1475 5.3467C29.6572 5.57394 29.2273 5.91384 28.8927 6.33877V0.532966L25.1479 0.530762ZM38.2294 59.7678 57.3086 16.2925 54.0363 16.2925 50.7639 16.2925 48.3047 13.8707 48.3047 10.6584 48.3047 7.44621 50.7639 5.02438 54.0363 5.02438 57.3086 5.02438 59.7678 7.44621 59.7678 10.6584ZM47.663 10.6584 47.663 13.8729 45.2038 16.2925 41.9337 16.2925 38.6636 16.2925 36.2022 13.8707 36.2022 10.6584 36.2022 7.44621 38.6614 5.02438 45.206 5.02438 47.663 7.44621 47.663 10.6584 ZM49.2949 20.0001 H6.94902L13.0432 5.28196 H9.03681 L6.55564 11.5809 L4.09645 5.28196 H0ZM18.111 12.8645 C17.8194 12.871 17.5294 12.8187 17.2584 12.7107 C16.9873 12.6027 16.7408 12.4412 16.5333 12.2358 C16.3258 12.0304 16.1616 11.7853 16.0506 11.5151 C15.9396 11.2449 15.8839 10.9551 15.8869 10.6629 C15.8842 10.3707 15.9401 10.081 16.0512 9.81094 C16.1624 9.54086 16.3265 9.2959 16.5339 9.09056 C16.7414 8.88523 16.9878 8.72373 17.2587

8.61561C17.5296 8.5075 17.8194 8.45498 18.111 8.46118C18.4005 8.45794 18.6877 8.51268 18.9558 8.62217C19.2239 8.73167 19.4675 8.89372 19.6722 9.09881C19.8769 9.30391 20.0387 9.5479 20.148 9.81648C20.2573 10.0851 20.3119 10.3728 20.3086 10.6629C20.3122 10.953 20.2578 11.2409 20.1486 11.5096C20.0394 11.7783 19.8776 12.0224 19.6728 12.2276C19.4681 12.4327 19.2244 12.5948 18.9562 12.7042C18.6879 12.8135 18.4006 12.8681 18.111 12.8645ZM44.072 10.6629C44.0788 10.3786 44.0284 10.0959 43.9236 9.83172C43.8188 9.5675 43.6619 9.32718 43.4623 9.12513C43.2627 8.92307 43.0244 8.76344 42.7617 8.65579C42.4991 8.54814 42.2175 8.49466 41.9337 8.4986C41.6499 8.49466 41.3683 8.54814 41.1056 8.65579C40.843 8.76344 40.6047 8.92307 40.4051 9.12513C40.2054 9.32718 40.0485 9.5675 39.9438 9.83172C39.839 10.0959 39.7885 10.3786 39.7954 10.6629C39.7885 10.9471 39.839 11.2297 39.9438 11.494C40.0485 11.7582 40.2054 11.9985 40.4051 12.2006C40.6047 12.4026 40.843 12.5623 41.1056 12.6699C41.3683 12.7776 41.6499 12.831 41.9337 12.8271C42.2175 12.831 42.4991 12.7776 42.7617 12.6699C43.0244 12.5623 43.2627 12.4026 43.4623 12.2006C43.6619 11.9985 43.8188 11.7582 43.9236 11.494C44.0284 11.2297 44.0788 10.9471 44.072 10.6629V10.6629ZM56.1746 10.6629C56.1814 10.3786 56.1309 10.0959 56.0262 9.83172C55.9214 9.5675 55.7645 9.32718 55.5649 9.12513C55.3652 8.92307 55.1269 8.76344 54.8643 8.65579C54.6016 8.54814 54.32 8.49466 54.0363 8.4986C53.7525 8.49466 53.4709 8.54814 53.2082 8.65579C52.9455 8.76344 52.7073 8.92307 52.5076 9.12513C52.308 9.32718 52.1511 9.5675 52.0463 9.83172C51.9416 10.0959 51.8911 10.3786 51.8979 10.6629C51.8911 10.9471 51.9416 11.2297 52.0463 11.494C52.1511 11.7582 52.308 11.9985 52.5076 12.2006C52.7073 12.4026 52.9455 12.5623 53.2082 12.6699C53.4709 12.7776 53.7525 12.831 54.0363 12.8271C54.32 12.831 54.6016 12.7776 54.8643 12.6699C55.1269 12.5623 55.3652 12.4026 55.5649 12.2006C55.7645 11.9985 55.9214 11.7582 56.0262 11.494C56.1309 11.2297 56.1814 10.9471 56.1746 10.6629V10.6629ZM60.2381 13.7452C60.2345 14.0697 60.2957 14.3917 60.4181 14.6922C60.5404 14.9927 60.7214 15.2657 60.9505 15.4951C61.1795 15.7246 61.452 15.906 61.752 16.0285C62.052 16.1511 62.3733 16.2124 62.6973 16.2089C63.0322 16.2115 63.3643 16.1473 63.6743 16.0202C63.9842 15.893 64.2658 15.7053 64.5026 15.468C64.7395 15.2307 64.9268 14.9486 65.0538 14.6381C65.1808 14.3276 65.2448 13.9949 65.2422 13.6593C65.2478 13.3342 65.1881 13.0113 65.0665 12.7099C64.9449 12.4084 64.764 12.1345 64.5345 11.9046C64.305 11.6747 64.0316 11.4935 63.7307 11.3717C63.4298 11.2498 63.1075 11.19 62.783 11.1956C62.4474 11.1933 62.1147 11.2577 61.8042 11.385C61.4936 11.5123 61.2113 11.7 60.9736 11.9373C60.7359 12.1746 60.5476 12.4568 60.4194 12.7675C60.2913 13.0781 60.2259 13.4112 60.2271 13.7474L60.2381 13.7452ZM65.6268 0.535169L61.6072 10.2599H66.0971L70.1166 0.530762L65.6268 0.535169Z" fill="var(--yb-logo-property)"></path><path d="M75.2146 5.06825C75.2146 3.92999 75.9223 3.4346 76.8233 3.4346C77.2312 3.43126 77.6345 3.52007 78.0034 3.69441V0.44915C77.4081 0.191512 76.7639 0.0667917 76.1156 0.0836646C73.0895 0.0836646 71.3093 1.95288 71.3093 4.98238V5.32806H69.8721V8.48745H71.3093V16.0744H75.2146V8.48745H77.8518V5.32806H75.2146V5.06825ZM83.1262 16.0766V5.33024H79.2056V16.0766H83.1262ZM83.3614 2.17084C83.3533 1.59228 83.1182 1.04017 82.7069 0.633921C82.2956 0.227671 81.7413 -5.66967e-05 81.1637 1.05881e-08C80.5861 0.0317 0.227671 79.6205 0.633921C79.2092 1.04017 78.9741 1.59228 78.966 2.17084C78.9741 2.74941 79.2092 3.30152 79.6205 3.70777C80.0317 4.11402 80.5861 4.34175 81.1637 4.34169C81.7413 4.34175 82.2956 4.11402 82.7069 3.70777C83.1182 3.30152 83.3533 2.74941 83.3614 2.17084V2.17084ZM104.558 5.33024V6.46851C103.899 5.54381 102.736 5.02861 101.448 5.02861C98.5297 5.02861 96.4067 7.54292 96.4067 10.7023C96.4067 13.8617 98.5077 16.376 101.448 16.376C102.736 16.376 103.866 15.8608 104.558 14.9361V16.0766H108.421V5.33024H104.558ZM104.666 10.7023C104.665 10.9909 104.608 11.2765 104.496 11.5425C104.384 11.8085 104.221 12.0496 104.016 12.2517C103.81 12.4537 103.566 12.6128 103.299 12.7195C103.031 12.8262 102.745 12.8784 102.457 12.8732C102.169 12.8787 101.882 12.8267 101.614 12.7201C101.347 12.6136 101.103 12.4546 100.897 12.2525C100.691 12.0504 100.527 11.8092 100.416 11.543C100.304 11.2769 100.246 10.9911 100.246 10.7023C100.246 10.4136 100.304 10.1278 100.416 9.86164C100.527 9.59549 100.691 9.35431 100.897 9.1522C101.103 8.95009 101.347 8.79111 101.614 8.68453C101.882 8.57796 102.169 8.52592 102.457 8.53148C102.745 8.52621 103.031 8.57847 103.299 8.68518C103.566 8.79189 103.81 8.95093 104.016 9.15301C104.221 9.35509 104.384 9.59615 104.496 9.86215C104.608 10.1282 104.665 10.4138 104.666 10.7023V10.7023ZM116.707 16.0744H120.632V9.24922C120.632 6.62703 119.194 5.01541 116.896 5.01541C115.63 5.01541 114.599 5.55262 113.977 6.55658V5.31043H110.054V16.0568H113.981V10.3325C113.981 9.23162 114.518 8.57112 115.375 8.57112C116.232 8.57112 116.707 9.17436 116.707 10.2047V16.0744ZM91.4114 16.0744H95.3386V9.24922C95.3386 6.62703 93.9014 5.01541 91.6026 5.01541C90.3368 5.01541 89.3082 5.55262 88.6841 6.55658V5.31043H84.7613V16.0568H88.8863V10.3325C88.6863 9.23162 89.2225 8.57112 90.0818 8.57112C90.9411 8.57112 91.4004 9.17436 91.4004 10.2047L91.4114 16.0744ZM121.704 10.7001C121.704 14.1832 124.194 16.3738 127.433 16.3738C128.326 16.3777 129.208 16.1718 130.007

15.7728V12.2039C129.441 12.6209 128.758 12.8468 128.055 12.849C126.682 12.849 125.673 11.9903 125.673 10.7001C125.673 9.40994 126.704 8.55128 128.055 8.55128C128.751 8.552 129.431 8.76135 130.007 9.15236V5.58564C129.221 5.21826 128.364 5.02741 127.497 5.02643C124.108 5.02643 121.704 7.41082 121.704 10.7001V10.7001ZM138.266 12.4416C138.069 12.729 137.802 12.9609 137.491 13.1151C137.179 13.2693 136.833 13.3407 136.486 13.3223C135.457 13.3223 134.62 12.6618 134.556 11.6887H141.985C141.986 11.4173 142 11.1447 142 10.8719C142 7.34918 139.725 5.02643 136.422 5.02643C135.671 5.01146 134.925 5.14853 134.229 5.42946C133.532 5.7104 132.899 6.12941 132.368 6.66132C131.837 7.19323 131.419 7.82709 131.139 8.52489C130.858 9.2227 130.722 9.97007 130.736 10.7222C130.736 14.1391 132.967 16.3738 136.464 16.3738C138.824 16.3738 140.584 15.4711 141.613 13.7318L138.266 12.4416ZM134.576 9.45399H134.576Z" fill="var(--yb-logo-property)"></path></svg> </a></div> </section> <section class="privacy-container yf-1aidke3"><div class="terms-and-privacy medium yf-1aidke3"><div style="display: contents; --link-font-weight:var(--font-normal);"><a class="subtle-link fin-size-medium    yf-1e4diqp" data-ylk="elm:corp;elmt:link;itc:0;sec:dock;subsec:footer" href="https://guce.yahoo.com/terms?locale=en-US">Terms </a></div> and <div style="display: contents; --link-font-weight:var(--font-normal);"><a class="subtle-link fin-size-medium    yf-1e4diqp" data-ylk="elm:corp;elmt:link;itc:0;sec:dock;subsec:footer" href="https://guce.yahoo.com/privacy-policy?locale=en-US">Privacy Policy </a></div></div> <div class="link-groups yf-1aidke3  row"> <div style="display: contents; --link-font-weight:var(--font-normal);"><a class="subtle-link fin-size-medium  noUnderline  yf-1e4diqp" data-ylk="elm:corp;elmt:link;itc:0;sec:dock;subsec:footer" href="https://guce.yahoo.com/privacy-dashboard?locale=en-US">Privacy Dashboard </a></div><div class="link-groups yf-1aidke3"><div style="display: contents; --link-font-weight:var(--font-normal);"><a class="subtle-link fin-size-medium  noUnderline  yf-1e4diqp" data-ylk="elm:corp;elmt:link;itc:0;sec:dock;subsec:footer" href="https://policies.oath.com/us/en/oath/privacy/adinfo/index.html">Ad Terms </a></div> <div style="display: contents; --link-font-weight:var(--font-normal);"><a class="subtle-link fin-size-medium center-dot  yf-1e4diqp" data-ylk="elm:corp;elmt:link;itc:0;sec:dock;subsec:footer" href="https://yahoo.uservoice.com/forums/952723-finance-b3">Feedback </a></div></section></div></div> <div class="dock-toggle hideOnPrint yf-pvxsgm"><div class="restore-dock yf-pvxsgm"><button class="primary-btn fin-size-large elevation3 tw-rounded-md   yf-15mk0m" data-ylk="elm:expand;elmt:btn;itc:1;sec:dock;slk:dock-open" data-testid="restore-dock" title="Dock" aria-label="Dock"> <div class="icon fin-icon inherit-icn sz-large  yf-1pnxr15"><!-- HTML_TAG_START --><svg xmlns="http://www.w3.org/2000/svg" viewBox="0 0 48 48"><path fill-rule="evenodd" d="M0 0h8.471v8.471H0zm19.765 0h8.471v8.471h-8.471zm0 19.764 0H48v8.471h-8.471zM0 19.765h8.471v8.471H0zm19.765 0h8.471v8.471h-8.471zm0 19.764 0H48v8.471h-8.471zM0 39.529h8.471V48H0zm19.765 0h8.471v8.471h-8.471zm0 19.764 0H48v8.471h-8.471z"/></svg><!-- HTML_TAG_END --></button></div> </div>   </section> </aside> <div class="toast-container yf-13kd949"> </div> </main>

         <script type="application/json" data-sveltekit-fetched data-url="/xhr/i18n?pages=common,article&amp;lang=en-US" data-ttl="14400">{"status":200,"statusText":"OK","headers":{},"body":"{\"common\":{\"1_D\":\"1D\",\"1_M\":\"1M\",\"5_D\":\"5D\",\"N_DAY\":\"{{count}}D\",\"N_MONTH\":\"{{count}}M\",\"3_M\":\"3M\",\"6_M\":\"6M\",\"YTD\":\"YTD\",\"N_YEAR\":\"{{count}}Y\",\"1_Y\":\"1Y\",\"5_Y\":\"5Y\",\"1_DAY\":\"1 Day\",\"5_DAY\":\"5 Days\",\"1_MONTH\":\"1 Month\",\"6_MONTH\":\"6 Months\",\"YEAR_TO_DATE\":\"Year to Date\",\"5_YEARS\":\"5 Years\",\"ABOUT\":\"ABOUT\",\"ABOUT_OUR_ADS\":\"About Our Ads\",\"AD\":\"Ad\",\"ADD\":\"Add\",\"ADD_HOLDINGS\":\"Add Holdings to view performance data\",\"ADD_SYMBOL\":\"Add Symbol\",\"ADD_SYMBOL_TO\":\"Add symbol to\",\"ADD_TO_FOLLOWING\":\"Follow\",\"ADD_TO_WATCHLIST\":\"Add to watchlist\",\"AD_DISLIKE_MSG\":\"I don't like this ad\",\"AD_FEEDBACK_DISLIKE_MSG_1\":\"This ad has been hidden\",\"AD_FEEDBACK_DISLIKE_MSG_2\":\"Improve your future experience\",\"AD_FEEDBACK_DISLIKE_MSG_3\":\"We'll review and make changes needed\",\"AD_FEEDBACK_DISLIKE_OPTIONS_TITLE\":\"Why don't you like this ad?\",\"AD_FEEDBACK_DISLIKE_OPTION_BROKEN_AD\":\"Broken ad\",\"AD_FEEDBACK_DISLIKE_OPTION_COUNTERFEIT\":\"Counterfeit or other scam\",\"AD_FEEDBACK_DISLIKE_OPTION_MISLEADING\":\"Misleading\",\"AD_FEEDBACK_DISLIKE_OPTION_OFFENSIVE\":\"Offensive\",\"AD_FEEDBACK_DISLIKE_OPTION_SOMETHING_ELSE\":\"Something else\",\"AD_FEEDBACK_DISLIKE_OPTION_TOO_MANY\":\"Too many ads\",\"AD_FEEDBACK_LIKE_MSG\":\"Thanks for your feedback!\",\"AD_FEEDBACK_OTHER_PLACEHOLDER\":\"Tell us more\",\"APPFLYER_BANNER_OPEN_TITLE\":\"Get personalized news & alerts\",\"APPFLYER_BANNER_DESCRIPTION\":\"On the free Yahoo Finance

App\",\"AD_LIKE_MSG\":\"I like this ad\",\"AD_TERMS\":\"Ad Terms\",\"ALL\":\"All\",\"ALL_PORTFOLIOS\":\"All Portfolios\",\"APPLY\":\"Apply\",\"AND\":\"and\",\"ASIA\":\"Asia\",\"ASK\":\"Ask\",\"ASSET\":\"Asset\",\"AUSTRALIA\":\"Australia\",\"AVERAGE_RATI NG\":\"Avg. Rating\",\"AVG_COST_PER_SHARE\":\"Avg. Cost / Share\",\"AVG_RATING\":\"Avg. Analyst Rating\",\"AVG_VOL_3_MONTH\":\"Avg Vol (3M)\",\"BACK\":\"Back\",\"BACK_TO_CLASSIC\":\"Back to classic\",\"BETA\":\"BETA\",\"BY\":\"By\",\"CALENDAR_MONTH_0\":\"Jan\",\"CALENDAR_MONTH_1\":\"Feb\",\"CALENDAR_MONTH_10\":\"Nov\",\ "CALENDAR_MONTH_11\":\"Dec\",\"CALENDAR_MONTH_2\":\"Mar\",\"CALENDAR_MONTH_3\":\"Apr\",\"CALENDAR_MONTH_4\":\"May\",\"CA LENDAR_MONTH_5\":\"Jun\",\"CALENDAR_MONTH_6\":\"Jul\",\"CALENDAR_MONTH_7\":\"Aug\",\"CALENDAR_MONTH_8\":\"Sep\",\"CALENDA R_MONTH_9\":\"Oct\",\"CANADA\":\"Canada\",\"CANCEL\":\"Cancel\",\"CHANGE_PERCENTAGE\":\"% Change\",\"CHAT_SUPPORT_PROMPT\":\"Live chat support\",\"CIRCULATING_SUPPLY\":\"Circulating Supply\",\"CLOSE\":\"Close\",\"CLOSED\":\"Closed\",\"COLLAPSE\":\"Collapse\",\"COMMODITIES\":\"Commodities\",\"COMPANY\":\"Company\",\"CO MPANY_LONG_NAME\":\"Company Name\",\"COMPARE\":\"Compare\",\"COMPARE_TO\":\"Compare To\",\"COMPARE_TO_DESCRIPTION\":\"Select to analyze similar companies using key performance metrics; select up to 4 stocks.\",\"CONFIRM\":\"Confirm\",\"CONTINUE\":\"Continue\",\"CONTRACT_NAME\":\"Contract Name\",\"COPIED\":\"Copied\",\"COPYRIGHT\":\"Copyright {{copyright}}. All rights reserved.\",\"COPY_LINK\":\"Copy link\",\"COUNT\":\"Count is {{count}}\",\"CREATE\":\"Create\",\"CREATE_WATCHLIST\":\"Create New\",\"CRYPTOCURRENCIES\":\"Cryptocurrencies\",\"CURRENCIES\":\"Currencies\",\"CURRENT\":\"Current\",\"CURRENT_PRICE\":\"Current Price\",\"CUSTOM\":\"Custom\",\"CUSTOMIZE_DOCK\":\"Customize Your Dock\",\"DATE_PRIOR_THAN_MIN_ERROR\":\"Date shouldn't be prior to \\\"{{date}}\\\"\",\"DATE_RANGE_ERROR\":\"'Start' date must be prior to 'End' date.\",\"DAY_CHANGE_PERCENT\":\"Day Change %\",\"DAY_CHART\":\"1D Chart\",\"DELETE\":\"Delete\",\"DELETE_HOLDINGS_SUBTEXT\":\"Removing from this list will delete the holdings you've entered. Are you sure?\",\"DELETE_HOLDINGS_TITLE\":\"Delete Holdings from {{pfName}}?\",\"DELETE_PORTFOLIO_ERROR\":\"There was an error while deleting your portfolio. Please try again.\",\"DELETE_POSITION_SUBTEXT\":\"Deleting this symbol from your portfolio will erase all your transactions and dividends for this symbol.\",\"DELETE_POSITION_SUBTEXT_ONE\":\"You have 1 share of {{symbol}} currently worth {{price}}\",\"DELETE_POSITION_SUBTEXT_OTHER\":\"You have {{count}} shares of {{symbol}} currently worth {{price}}.\",\"DELETE_POSITION_TITLE\":\"Delete {{symbol}}?\",\"DELETE_SYMBOL\":\"Delete Symbol\",\"DESCRIPTION\":\"Description\",\"DISCARD\":\"Discard changes\",\"DISCLAIMER\":\"Data Disclaimer\",\"DISCOVER_TRENDS\":\"Discover Trends\",\"DOCK_EMPTY\":\"You don't have any tools on the dock, would you add some?\",\"DOCK_TITLE\":\"Dock\",\"DOCK_UPSELL_CTA\":\"Take a Look\",\"DOCK_UPSELL_ITEM1_TITLE\":\"Check real-time market trends\",\"DOCK_UPSELL_ITEM2_TITLE\":\"Track your portfolio\",\"DOCK_UPSELL_ITEM3_TITLE\":\"Analyze trending stocks\",\"DOCK_UPSELL_ITEM4_TITLE\":\"Quick link to quotes\",\"DOCK_UPSELL_SUB_TITLE\":\"Tailor the dock with real-time market data and the widgets that matter to you.\",\"DOCK_UPSELL_TITLE\":\"The right column of your Yahoo Finance is now customizable.\",\"DONE\":\"Done\",\"DUPLICATE_PORTFOLIO_SYMBOL\":\"{{symbol}} already exists in \\\"{{pfName}}\\\". Please try adding another symbol.\",\"EDIT\":\"Edit\",\"EDIT_WIDGETS\":\"Edit Widgets\",\"ENTER_YOU_EMAIL\":\"Email address\",\"EUROPE\":\"Europe\",\"EU_CONSENT_BLOCKED\":\"This embedded content is not available in your region.\",\"EXPAND\":\"Expand\",\"EXPENSE_RATIO\":\"Expense Ratio\",\"EXPIRE_DATE\":\"Expiration Date\",\"EXPLORE_MORE\":\"EXPLORE MORE\",\"FAILSAFE_MSG\":\"We are experiencing some temporary issues. The market data on this page is currently delayed. Please bear with us as we address this and restore your personalized lists.\",\"FEATURES\":\"Features\",\"FEEDBACK\":\"Feedback\",\"FINANCE_LIVE\":\"Yahoo Finance Live\",\"FOLLOWING\":\"Following\",\"FOLLOWING_INDICATOR\":\"Now following {{symbol}}\",\"FOLLOWING_INDICATOR_2\":\"Watchlists with {{symbol}}:\",\"FOOTER_ADVERTISING_NOTICE\":\"Advertise\",\"FOOTER_FB_FOLLOW_TEXT\":\"Follow on Facebook\",\"FOOTER_LI_FOLLOW_TEXT\":\"Follow on LinkedIn\",\"FOOTER_SAFETY_NOTICE\":\"Safety\",\"FOOTER_SUPPLY_CHAIN_NOTICE\":\"Supply Chain Transparency\",\"FOOTER_TW_FOLLOW_TEXT\":\"Follow on

Twitter\",\"FRANCE\":\"France\",\"FREE\":\"Free\",\"FROM\":\"From\",\"FUNDS\":\"Funds\",\"GERMANY\":\"Germany\",\"GIVE_FEEDBACK\":\"Give feedback\",\"GO_TO_PORTFOLIO_INDIVIDUAL\":\"Go to portfolio\",\"GO_TO_PORTFOLIO_LANDING\":\"Go to portfolios\",\"GREATER_THAN_OR_EQUAL_TO\":\">= {{number}}\",\"GROWTH_ESTIMATE\":\"Growth Estimate\",\"HEATMAP\":\"Heatmap\",\"HEATMAP_VIEW\":\"Heatmap View\",\"HELP\":\"Help\",\"HI\":\"Hi {{name}}!\",\"HIDE_HOLDINGS\":\"Hide holdings\",\"HIDE_SIDE_BAR\":\"Hide side bar\",\"HIGH\":\"High\",\"HOME\":\"Home\",\"HOME_LATEST_NEWS\":\"Latest\",\"HOME_POPULAR_NEWS\":\"Popular\",\"HONG_KONG\":\"Hong Kong\",\"INDEX\":\"Index\",\"INDEX_WEIGHT\":\"Index Weight\",\"INDICES\":\"Indices\",\"INDUSTRY\":\"Industry\",\"IN_WATCHLIST\":\"In watchlist\",\"ITALY\":\"Italy\",\"LAST_PRICE\":\"Last Price\",\"LAST_UPDATED\":\"Last Updated on\",\"LEARN_MORE\":\"Learn More\",\"LESS_THAN_OR_EQUAL_TO\":\"\u003C= {{number}}\",\"LINKED_ACCOUNT\":\"Linked account\",\"LINK_BROKER\":\"Link Broker account to view data\",\"LIVE\":\"LIVE\",\"LOW\":\"Low\",\"MARKETS\":\"Markets\",\"MARKETS_MODULE_SUMMARY\":\"Keep up to date with the daily market trends everywhere. View local and international markets, alongside key perspectives like Rates and Commodities.\",\"MARKET_CAP\":\"Market Cap\",\"MARKET_TIME_EMPTY_MSG\":\"Market status isn't available now\",\"MARKET_WEIGHT\":\"Market Weight\",\"MODULE_CALENDAR_ALL_EVENTS_MSG\":\"View All Events\",\"MODULE_CALENDAR_EMPTY_MSG\":\"There are no important events for this country at this time.  Select \\\"All\\\" to see top events in other countries or view all events.\",\"MODULE_WATCH_NOW\":\"Watch Now\",\"MORE_INFO\":\"Click for more info\",\"MORE_NEWS\":\"More News\",\"MORNING_STAR_RATING\":\"Morningstar Rating\",\"MOST_ACTIVES_MODULE\":\"Most Active\",\"MOST_ACTIVES_MODULE_DESC\":\"Look at equities with the highest trading volume during the trading day.\",\"MSG_NO_DATA\":\"We're sorry, we weren't able to find any data.\",\"MSG_NO_DATA_RELOAD_PAGE\":\"Please try reloading the page\",\"MSG_NO_DATA_RETRIEVED\":\"Error in retrieving data\",\"MSG_NO_DATA_VISUALIZATION\":\"Error in loading visualization\",\"MSG_NO_NEWS\":\"We're unable to load stories right now.\",\"MSG_NO_PORTFOLIOS\":\"Unable to load your portfolios\",\"MY_PORTFOLIOS\":\"My Portfolios\",\"NAME\":\"Name\",\"NET_ASSET\":\"Net Assets\",\"NEWS\":\"News\",\"NEWSLETTER_SUBSCRIBE_DISCLAIMER\":\"By subscribing, you are agreeing to Yahoo's {{TERMS}} and {{POLICY}}\",\"NEWSLETTER_SUBSCRIBE_ERROR\":\"Sorry, there was an error on your request. Please try again later\",\"NEWSLETTER_SUBSCRIBE_SUCCESS\":\"Success! You have subscribed to {{NAME}} newsletter.\",\"NEWSLETTER_TITLE\":\"Sign up for the {{NAME}} newsletter\",\"NEXT\":\"Next\",\"NONE\":\"None\",\"NOT_AVAILABLE\":\"Not Available\",\"NOT_AVAILABLE_SECTION\":\"{{section}} Not Available\",\"OFF\":\"Off\",\"OK\":\"OK\",\"ON\":\"On\",\"OPEN\":\"Open\",\"OPEN_ADVANCED_CHART\":\"Advanced Chart\",\"OPEN_INTEREST\":\"Open Interest\",\"OPTION_UNAVAILABLE_PRIVACY_CONSENT\":\"This option is unavailable due to your privacy preferences. Please {{highlight}} to enable it.\",\"OPT_OUT_LABEL\":\"Back to Yahoo Finance classic\",\"OTHER\":\"other\",\"OTHERS\":\"others\",\"OUTLOOK\":\"Outlook\",\"OVERALL\":\"Overall\",\"PAGINATION_FIRST_PAGE\":\"Goto first page\",\"PAGINATION_GOTO\":\"Goto Page\",\"PAGINATION_LAST_PAGE\":\"Goto last page\",\"PAGINATION_NEXT_PAGE\":\"Goto next page\",\"PAGINATION_NEXT_SECTION\":\"Goto next section\",\"PAGINATION_PREV_PAGE\":\"Goto previous page\",\"PAGINATION_PREV_SECTION\":\"Goto previous section\",\"PAGINATION_STATE\":\"{{from}}-{{to}} of {{total}}\",\"PERKS_AND_BENEFITS\":\"Perks & Benefits\",\"PE_RATIO\":\"P/E Ratio (TTM)\",\"PLANS\":\"Plans\",\"PLAYING\":\"PLAYING\",\"POPULAR_QUOTES\":\"POPULAR QUOTES\",\"PORTFOLIO_MODULE_DESCRIPTION\":\"Add the portfolio module to track the daily performance of all your investments, and get quick access to add and remove symbols as you research.\",\"POTENTIAL_DRAWBACKS\":\"Potential drawbacks\",\"PREMIUM\":\"PREMIUM\",\"PREMIUM_PLANS\":\"Premium Plans\",\"PRESS_RELEASES\":\"Press Releases\",\"PREVIOUS\":\"Previous\",\"PRICE\":\"Price\",\"PRICE_TARGET\":\"Price Target\",\"PRICING\":\"Pricing\",\"PRINT\":\"Print\",\"PRIVACY_POLICY\":\"Privacy Policy\",\"QUARTER_NUM\":\"Q{{num}}\",\"QUOTE_LOOKUP\":\"Quote Lookup\",\"RATES\":\"Rates\",\"RATES_AND_FEES\":\"Rates & fees\",\"RATING\":\"Rating\",\"READ_MORE\":\"Read More\",\"RECENTLY_VIEWED_TICKERS\":\"Recently

Viewed\",\"RECENTLY_VIEWED_TICKERS_MODULE_DESCRIPTION\":\"Keep track and quickly get back to tickers you have most recently viewed.\",\"RECOMMENDED_STORIES\":\"Recommended Stories\",\"REFRESH_PAGE\":\"Please refresh the page\",\"RELATED_ARTICLE_LABEL\":\"Related\",\"RELATED_RESEARCH_REPORTS\":\"Research Reports\",\"REMOVE\":\"Remove\",\"REORDER\":\"Reorder\",\"REPORTS\":\"Reports\",\"RETRY\":\"Retry\",\"ROWS_PER_PAGE\":\"Rows per page\",\"SAVE\":\"Save\",\"SCREENER_FIELD_exchange\":\"Exchange\",\"SCREENER_FIELD_regularMarketDayRange\":\"Day Range\",\"SCREENER_FIELD_sparkline\":\"Sparkline\",\"SEARCH\":\"Search\",\"SEARCH_COMPANIES\":\"Search for Companies\",\"SEARCH_SYMBOL\":\"Search for Symbol\",\"SEARCH_HOLDER\":\"Search for Holders\",\"SEARCH_HEADER\":\"Search for news, symbols or companies\",\"SEARCH_HEADER_MOBILE\":\"Search for news or symbols\",\"SECTOR\":\"Sector\",\"SELECT_DATE\":\"Select Date\",\"SEND_FEEDBACK\":\"Send Feedback\",\"SETTLEMENT_DATE\":\"Settlement Date\",\"SHARES\":\"Shares\",\"SHOW_HOLDINGS\":\"Show holdings\",\"SHOW_LESS\":\"Show Less\",\"SHOW_MORE\":\"Show More\",\"SHOW_SIDE_BAR\":\"show side bar\",\"SIGN_IN\":\"Sign in\",\"SIGN_IN_TO_ADD_FOLLOW\":\"Sign in to Follow {{symbol}}\",\"SIGN_IN_TO_ADD_WATCHLIST\":\"Sign in to add to watchlist\",\"SIGN_IN_TO_GET_STARTED\":\"Sign in to get started\",\"SIGN_IN_TO_VIEW_PORTFOLIO_PERFORMANCE\":\"Sign in to access your portfolio\",\"SIGN_IN_UPSELL\":\"Sign up or log in for tools and tips to grow investments.\",\"SINGAPORE\":\"Singapore\",\"SITEMAP\":\"Sitemap\",\"SKIP_NAVIGATION\":\"Skip to main content\",\"SMARTASSET_SHORT_SURVEY_MSG\":\"Take a short survey and get matched with a vetted financial advisor.\",\"SOMETHING_WENT_WRONG\":\"Oops, something went wrong\",\"SPOTLIGHT\":\"Spotlight\",\"SPOTLIGHT_CHARTS\":\"Premium Charts\",\"SPOTLIGHT_CHARTS_DESC\":\"Use advanced charts with 25+ types and 100+ indicators to develop insights.\",\"SPOTLIGHT_COMMUNITY\":\"Premium Community\",\"SPOTLIGHT_COMMUNITY_DESC\":\"Understand retail sentiment to predict volatility and trading opportunities.\",\"SPOTLIGHT_DATA\":\"Premium Data\",\"SPOTLIGHT_DATA_DESC\":\"Build financial models with real-time and historical data to analyze trends.\",\"SPOTLIGHT_DESC\":\"Discover Top Premium Features to Maximize Your Investment Returns!\",\"SPOTLIGHT_EXPERIENCE\":\"Premium Experience\",\"SPOTLIGHT_EXPERIENCE_DESC\":\"Engage with a vibrant community, enjoy ad-free browsing, and get 24/7 support.\",\"SPOTLIGHT_EXPERIENCE_LINKTXT\":\"Contact us 24/7\",\"SPOTLIGHT_INSIGHTS\":\"Premium Insights\",\"SPOTLIGHT_INSIGHTS_DESC\":\"Dive into company analyses with ratings and alternative data for decisions.\",\"SPOTLIGHT_NEWS\":\"Premium News\",\"SPOTLIGHT_NEWS_DESC\":\"Discover reliable, high-quality news to keep up with the markets and economy.\",\"SPOTLIGHT_NEWS_LINKTXT\":\"See Premium News\",\"SPOTLIGHT_PORTFOLIOS\":\"Premium Portfolios\",\"SPOTLIGHT_PORTFOLIOS_DESC\":\"Analyze your portfolio's performance, diversification, and volatility risk.\",\"SPOTLIGHT_PORTFOLIOS_LINKTXT\":\"See Your Performance\",\"SPOTLIGHT_RESEARCH\":\"Premium Research\",\"SPOTLIGHT_RESEARCH_DESC\":\"Gain an advantage with stock picks, analyst reports, and expert ratings.\",\"SPOTLIGHT_RESEARCH_LINKTXT\":\"See Premium Screeners\",\"SPOTLIGHT_SCREENERS\":\"Premium Screeners\",\"SPOTLIGHT_SCREENERS_DESC\":\"Find investment ideas using screeners with 1,000s of filters tailored by you.\",\"SPOTLIGHT_SEE_EXAMPLE\":\"See TSLA Example\",\"START_TIME\":\"starts at {{time}}\",\"STOCKS\":\"Stocks\",\"STOCKSTORY_TOP_PICKS\":\"StockStory Top Picks\",\"STOCKSTORY_PICK_ALT\":\"A photo of the stock story pick logo\",\"STORY_CONTINUES\":\"Story Continues\",\"STRONG_BUY\":\"Strong Buy\",\"STRIKE\":\"Strike\",\"SUBMIT\":\"Submit\",\"SUBSCRIBE\":\"Subscribe\",\"SUBSCRIBER_SPOTLIGHT\":\"Subscriber Spotlight\",\"SUBSCRIBE_PLUS\":\"Subscribe to Yahoo Finance Plus\",\"SYMBOLS\":\"Symbols\",\"SYMBOL_ACTION_MENU\":\"Do more with this symbol\",\"SYMBOL_COUNT\":\"{{count}} symbols\",\"TABLE_VIEW\":\"Table View\",\"TARGET\":\"Target\",\"TD_1YR_TARGET_EST\":\"1Y Target Est.\",\"TD_200_DAY_AVERAGE\":\"200 Day Average\",\"TD_50_DAY_AVERAGE\":\"50 Day Average\",\"TD_52_WK_CHANGE_PERCENT\":\"52 Wk Change %\",\"TD_52_WK_RANGE\":\"52 Wk Range\",\"TD_BID\":\"Bid\",\"TD_CHANGE\":\"Change\",\"TD_MARKET_TIME\":\"Market Time\",\"TD_PERCENT_CHANGE\":\"Change %\",\"TD_SYMBOL\":\"Symbol\",\"TD_THREE_MONTH\":\"3 Month Return\",\"TD_VOLUME\":\"Volume\",\"TERMS\":\"Terms\",\"TERMS_APPLY\":\"terms apply\",\"TERMS_OF_SERVICE\":\"Terms of

Service\",\"TO\":\"To\",\"TOAST_CV_ERROR_MESSAGE\":\"Something went wrong. Please try again.\",\"TODAY\":\"Today\",\"TOP_ECONOMIC_EVENTS\":\"Top Economic Events\",\"TOP_ECONOMIC_EVENTS_MODULE_SUMMARY\":\"View upcoming events and data releases on a macro level that may impact the movement of the economy and financial markets.\",\"TOP_GAINERS\":\"Top Gainers\",\"TOP_GAINERS_DESC\":\"Discover equities with the greatest gains during the trading day.\",\"TOP_LOSERS\":\"Top Losers\",\"TOP_LOSERS_DESC\":\"See equities with the greatest losses during the trading day.\",\"TOTAL_CHANGE\":\"Total Change\",\"TOTAL_CHANGE_PERCENT\":\"Total Change %\",\"TOTAL_COUNT\":\"{{count}} Total\",\"TOTAL_HOLDINGS\":\"Total Holdings\",\"TRENDING_TICKERS\":\"Trending Tickers\",\"TRENDING_TICKERS_DESC\":\"Tickers with significant movements in the market today.\",\"TRENDING_TOPICS_EMPTY_MSG\":\"Trending Topics aren't available now\",\"TRY_IT_OUT\":\"Try it out\",\"TRY_PLUS\":\"Try any of our plans, free for 14 days.\",\"UNDERLYING_SYMBOL\":\"Underlying Symbol\",\"UNFOLLOW\":\"Unfollow\",\"UNLOCK\":\"Unlock\",\"UNLOCK_ACCESS\":\"Unlock Access\",\"UNSAVED_WARNING\":\"Are you sure to exit without saving your changes?\",\"UPDATED\":\"Updated\",\"UPDATE_PRIVACY_SETTINGS\":\"update your privacy settings\",\"UPGRADE\":\"Upgrade\",\"UPGRADE_TO_PREMIUM\":\"Upgrade to Premium\",\"UP_NEXT\":\"Up Next\",\"US\":\"US\",\"VIDEOS\":\"Videos\",\"VIDEO_HOME\":\"Videos Home\",\"VIEW_ALL\":\"View All\",\"VIEW_COMMENTS\":\"View Comments\",\"VIEW_LESS\":\"View Less\",\"VIEW_MORE\":\"View More\",\"VIEW_MORE_SECTION\":\"View More {{section}}\",\"VIEW_PLANS\":\"View plans\",\"VOLUME_24HR\":\"Volume In Currency (24hr)\",\"VOLUME_ALL_CURRENCY\":\"Total Volume All Currencies (24hr)\",\"WATCH\":\"Watch\",\"WHATS_NEW\":\"What's New\",\"WHY_THIS_AD\":\"Why this ad?\",\"YAHOO_FINANCE\":\"Yahoo Finance\",\"YEAR\":\"Year\",\"YTD_RETURN\":\"YTD Return\"},\"article\":{\"ABOUT_ADS\":\"About Our Ads\",\"AI_GENERATED_CONTENT_DISCLAIMER\":\"Yahoo Finance uses Gen AI to summarize key information from this article, but some details may be missed or inaccurate. Always verify the content and do your own research for a full understanding.\",\"AI_GENERATED_FEEDBACK_POPOVER_HEADING\":\"Why did you choose this rating?\",\"AI_GENERATED_FEEDBACK_POPOVER_SUBHEADING\":\"Provide additional feedback on this answer. Select all that apply.\",\"AI_GENERATED_FEEDBACK_POPOVER_SUBMIT_LABEL\":\"Submit\",\"AI_GENERATED_FEEDBACK_POPOVER_SUBMIT_MESSAGE\":\"Thank you for your feedback, this helps us improve\",\"AI_GENERATED_FEEDBACK_REASON_CORRECT_INFO\":\"Correct info\",\"AI_GENERATED_FEEDBACK_REASON_COMPLETE\":\"Complete\",\"AI_GENERATED_FEEDBACK_REASON_EASY_TO_UNDERSTAND\":\"Easy to understand\",\"AI_GENERATED_FEEDBACK_REASON_OFFENSIVE\":\"Offensive/Unsafe\",\"AI_GENERATED_FEEDBACK_REASON_NOT_FACTUAL\":\"Not factually correct\",\"AI_GENERATED_FEEDBACK_REASON_TOO_LONG\":\"Too long\",\"AI_GENERATED_FEEDBACK_REASON_TOO_SHORT\":\"Too short\",\"AI_GENERATED_FEEDBACK_REASON_NOT_HELPFUL\":\"Not helpful\",\"AI_GENERATED_FEEDBACK_REASON_MISSING_INFO\":\"Missing info\",\"ARTICLE_EMBED\":\"Article Embed\",\"ARTICLE_LIVE_POLL\":\"Article Live Poll\",\"BANKING\":\"Banking\",\"COMING_SOON\":\"Coming soon\",\"CONTINUE_READING\":\"Continue Reading\",\"CREDIT_CARD\":\"Credit card\",\"CREDIT_CARDS\":\"Credit Cards\",\"EMAIL\":\"Email\",\"FEATURED\":\"Featured\",\"GENERATED_BY_YAHOO_FINANCE_AI\":\"Generated by Yahoo Finance AI\",\"HR_AGO\":\"{{time}} hr ago\",\"INSURANCE\":\"Insurance\",\"INTERNAL_FEEDBACK\":\"Internal Feedback\",\"IN_THIS_ARTICLE\":\"In This Article\",\"JUST_NOW\":\"just now\",\"KEY_QUESTIONS\":\"Key Questions\",\"KEY_TAKEAWAYS\":\"Key Takeaways\",\"LIVE\":\"LIVE\",\"LIVE_COVERAGE_BEGIN\":\"LIVE COVERAGE BEGINS\",\"LIVE_COVERAGE_BEGINS_SOON\":\"LIVE COVERAGE BEGINS SOON\",\"LIVE_IS_OVER\":\"LIVE COVERAGE IS OVER\",\"LOADING_MESSAGE\":\"Loading Chart for {{symbol}}\",\"MARKET_TIME_NOTICE_CLOSED_SHORT\":\"At close: {{time}}\",\"MARKET_TIME_NOTICE_OPEN\":\"As of {{time}}. Market Open.\",\"MINS_AGO\":\"{{time}} mins ago\",\"MINUTES_READ\":\"min read\",\"MIN_AGO\":\"{{time}} min ago\",\"MORTGAGES\":\"Mortgages\",\"NEW_UPDATE\":\"{{number}} New Update\",\"NEW_UPDATES\":\"{{number}} New Updates\",\"NO\":\"No\",\"OPEN_ADVANCED_CHART\":\"Advanced Chart\",\"PERSONAL_FINANCE\":\"Personal

Finance\",\"PERSONAL_LOANS\":\"Personal Loans\",\"POST_MARKET_NOTICE\":\"After hours:
{{time}}\",\"PREMIUM\":\"PREMIUM\",\"PREMIUM_FREE\":\"Free preview of premium news\",\"PRE_MARKET_NOTICE\":\"Pre-Market:
{{time}}\",\"PRIVACY_DASHBOARD\":\"Privacy Dashboard\",\"PRIVACY_POLICY\":\"Privacy Policy\",\"QUICK_SUMMARY\":\"Quick
Summary\",\"RELATED_VIDEOS\":\"Related Videos\",\"SHARE_ON_FACEBOOK\":\"Share on Facebook\",\"SHARE_ON_LINKEDIN\":\"Share on
LinkedIn\",\"SHARE_ON_REDDIT\":\"Share on Reddit\",\"SHARE_ON_WHATSAPP\":\"Share on WhatsApp\",\"SHOW_KEY_QUESTIONS\":\"Show Key
Questions\",\"SHOW_KEY_TAKEAWAYS\":\"Show Key Takeaways\",\"SHOW_MORE_UPDATES\":\"Show more
updates\",\"SHOW_QUICK_SUMMARY\":\"Show Quick Summary\",\"SIGN_IN_TEXT\":\"Already have a subscription? Sign
in\",\"STUDENT_LOANS\":\"Student Loans\",\"SUMMARY\":\"Summary\",\"TAXES\":\"Taxes\",\"TERMS\":\"Terms\",\"TODAY_AT_TIME\":\"Today at
{{time}}\",\"TWEET\":\"Tweet\",\"UPDATE\":\"{{blogPostsCount}} update\",\"UPDATED\":\"Updated\",\"UPDATED_MIN_AGO\":\"Updated {{time}} min
ago\",\"UPDATES\":\"{{blogPostsCount}} updates\",\"UPGRADE\":\"Upgrade\",\"VIEW_QUOTE_DETAILS\":\"View Quote
Details\",\"WAS_THIS_HELPFUL\":\"Was this helpful?\",\"YES\":\"Yes\"}}"}</script>
                    <script type="application/json" data-sveltekit-fetched data-url="/xhr/config?name=services" data-hash="b3vnmi" data-
ttl="120">{"status":200,"statusText":"OK","headers":{},"body":{\"finance\":{\"host\":\"query1.finance.yahoo.com\",\"serverKey\":\"finance\",\"timeout\":3000
},\"financeProd\":{\"host\":\"query1.finance.yahoo.com\",\"serverKey\":\"financeProd\",\"timeout\":3000},\"preferences\":{\"host\":\"graviton-home-
gateway.media.yahoo.com\",\"serverKey\":\"preferences\",\"timeout\":3000},\"community\":{\"host\":\"yfc-server-
query.finance.yahoo.com\",\"protocol\":\"https:\",\"pathname\":\"\"},\"communityMedia\":{\"host\":\"yfc-
media.finance.yahoo.com\",\"protocol\":\"https:\",\"pathname\":\"/upload/v2\"},\"liveblog\":{\"host\":\"finance.yahoo.com\",\"pathname\":\"/caas/content/article/l
oadMoreBlogPosts\",\"protocol\":\"https:\",\"timeout\":3000}"}</script>
                    <script type="application/json" data-sveltekit-fetched data-url="https://query1.finance.yahoo.com/v1/test/getcrumb?lang=en-
US&amp;region=US" data-hash="1dk97wh" data-ttl="60">{"status":200,"statusText":"OK","headers":{},"body":"iL1jcPyzNw7"}</script>
                    <script type="application/json" data-sveltekit-fetched data-url="https://query1.finance.yahoo.com/ws/obi-
integration/v1/premiumTiersMeta?lang=en-US&amp;region=US" data-hash="186cp8h" data-
ttl="3600">{"status":200,"statusText":"OK","headers":{},"body":"{\"result\":{\"premiumTierFeatureMappings\":{\"communityInsights\":[4,5,6],\"technicalEven
tsTeaser\":[0,3,4,5,6],\"researchReportsList\":[5,6],\"premiumDashboard\":[5,6],\"technicalEvents\":[6],\"researchReports\":[5,6],\"companyOutlook\":[5,6],\"sig
nificantDevelopments\":[5,6],\"corporateEvents\":[6],\"historicalFinancials\":[6],\"premiumNews\":[5,6],\"portfolioAnalytics\":[4,5,6],\"unlimitedPriceAlerts\":[
4,5,6],\"adLite\":[3,4,5,6],\"fairValue\":[5,6],\"premiumScreeners\":[6],\"historicalStatistics\":[6],\"investmentIdeas\":[6]},\"tierRanking\":[3,4,5,6]}}"}</script>
                    <script type="application/json" data-sveltekit-fetched data-url="/xhr/config?name=pages" data-hash="1rhcvku" data-
ttl="0">{"status":200,"statusText":"OK","headers":{},"body":{\"ads\":{\"client\":{\"DEFAULT\":{\"features\":{\"rotation\":{\"enabled\":true}}}},\"newsStream
\":{\"nativeAdInsertionRules\":{\"offset\":2,\"frequency\":6},\"displayAdInsertionRules\":{\"offset\":11,\"frequency\":12}}},\"appflyerOneLink\":\"https:\/yfinan
ce.onelink.me/3068494570?pid=SmartBanner&c=US_Acquisition_YMktg_337__&af_sub1=Acquisition&af_sub2=US_YMktg&af_sub3=&af_sub4=10000059
1&af_sub5=YahooFinanceApp__SmartBanner_\",\"cmp\":{\"enable\":true,\"url\":\"https:\/consent.cmp.oath.com/cmp.js\",\"meta\":{\"name\":\"oath:guce:conse
nt-
host\":\"guce.yahoo.com\"}}},\"guce\":{\"enable\":true,\"autoFillLocale\":true,\"headerRequired\":true,\"url\":\"https:\/s.yimg.com/oa/guce.js\",\"meta\":{\"name\
":\"oath:guce:product-eu\":\"false\",\"oath:guce:consent-host\":\"guce.yahoo.com\",\"oath:guce:locale\":\"en-US\",\"oath:guce:report-
only\":\"false\",\"oath:guce:inline-
consent\":\"true\"}}},\"i13n\":{\"keys\":{\"pg_name\":\"article\",\"site\":\"finance\",\"pt\":\"news\"},\"spaceid\":\"1183300100\"},\"newsletter\":{\"morningBrief\
":{\"code\":\"nlpref_financemorningbrief\",\"image\":\"https:\/s.yimg.com/cv/apiv2/finance/newsletter/yfmb_v1.jpg\",\"name\":\"Yahoo Finance Morning
Brief\",\"title\":\"Sign up for the Yahoo Finance Morning
Brief\"},\"tech\":{\"code\":\"nlpref_finance\",\"image\":\"https:\/s.yimg.com/cv/apiv2/finance/newsletter/wit_v1.jpg\",\"name\":\"Finance Tech\",\"title\":\"Sign
up for Yahoo Finance's Week in

Tech\"},\"yourMoney\":{\"code\":\"nlpref_mindyourmoney\",\"image\":\"https://s.yimg.com/cv/apiv2/finance/newsletter/mym_v1.png\",\"name\":\"Mind Your Money\",\"title\":\"Sign up for the Mind Your Money newsletter\"}},\"disableTopAd\":false,\"footer\":{\"uservoicePageId\":\"952723-finance-b3\",\"socialLinks\":{\"twitter\":\"https://twitter.com/YahooFinance\",\"facebook\":\"https://facebook.com/yahoofinance\",\"linkedin\":\"https://www.linkedin.com/company/yahoo-finance\"}},\"sitenav\":\"finance-neo-ab\",\"enableScreenerRedesign\":true,\"enableResearchHub\":true,\"enableQSPNavIcon\":true,\"enableQSPChartNewShading\":true,\"enablePortalStockStory\":true,\"enablePlus\":true,\"enableQSPLeafTypes\":{\"community-insights\":true,\"dividends\":true,\"fair-value\":true,\"hiring-trends\":true,\"insider-sentiment\":true,\"research-reports\":true},\"enablePfLandingP2\":true,\"enableNeoQSPReportsLeaf\":true,\"enableNeoOptOut\":true,\"enableNeoMortgageCalcPage\":true,\"enableNeoHouseCalcPage\":true,\"enableNeoArticle\":true,\"enableMarketsHub\":true,\"enableLiveBlogStatus\":true,\"enableLazyQSP\":true,\"enableExperimentalDockModules\":true,\"enableDockPortfolioControl\":true,\"enableCurrencyConverter\":true,\"enableCompareConvertCurrency\":true,\"moduleConfigs\":{\"image\":{\"responsiveMinimumWidth\":400,\"blurredBgForPortraitImages\":true},\"share\":{\"twitter\":{\"enabled\":true},\"facebook\":{\"enabled\":true},\"reddit\":{\"enabled\":true},\"linkedin\":{\"enabled\":true},\"line\":{\"enabled\":false},\"whatsapp\":{\"enabled\":true},\"copylink\":{\"enabled\":true},\"mail\":{\"enabled\":true}}},\"enableLinking\":true,\"enableLargeTopAdPlaceholder\":true,\"enableChartbeat\":true,\"chartbeat\":{\"uid\":54992,\"siteId\":\"finance.yahoo.com\"},\"enableAnalystRatings\":true,\"enableStockStory\":true}\"}</script>

<script type="application/json" data-sveltekit-fetched data-url="/xhr/news?appid=finance_web&amp;features=allowSendingDomainPathToNCP%2CdisableTranscripts%2CenableXrayNcp%2CfinRedesignMorpheus%2Cfilter3pAtoms%2CnoRapidClickClass&amp;site=finance&amp;lang=en-US&amp;region=US&amp;url=news%2Fdelta-sues-crowdstrike-over-software-222235834.html" data-ttl="300">{"status":200,"statusText":"OK","headers":{},"body":"{\"items\":[{\"data\":{\"contentMeta\":{\"alias\":\"ymedia-alias:shadow=delta-sues-crowdstrike-over-software-222235834\",\"adMeta\":{\"hashtag\":\"news;business;legalmatters\",\"isSupplySegment\":\"false\",\"lang\":\"en-US\",\"region\":\"US\",\"rs\":\"lmsid:a0770000002GZ5iAAG;revsp:reuters-finance.com;lpstaid:a2e3b14c-26c5-31b4-933d-d54be2242390;pct:story\",\"site_attribute\":\"ticker=\\\"DAL;CRWD\\\"\" wiki_topics=\\\"Delta_Air_Lines;CrowdStrike;Flight_cancellation_and_delay;Adam_Meyers;Computer_security;Patch_%28computing%29\\\" ctopid=\\\"1542500\\\" hashtag=\\\"news;1542500\\\" rs=\\\"lmsid:a0770000002GZ5iAAG;revsp:reuters-finance.com;lpstaid:a2e3b14c-26c5-31b4-933d-d54be2242390;pct:story\\\"\",\"spaceid\":\"1183300103\",\"site\":\"finance\",\"enabled\":true,\"pos\":\"\",\"showBodyAds\":false,\"showPhotoAds\":false},\"attribution\":{\"authors\":[{\"name\":\"David Shepardson\",\"alias\":\"\",\"title\":\"\",\"description\":\"\",\"isCreator\":false,\"providerBrands\":[],\"id\":\"\"}],\"provider\":{\"name\":\"Reuters\",\"ref\":\"c3815719-8124-32cd-8487-fa3000a5427e\",\"url\":{\"external\":true,\"link\":\"http://www.reuters.com/\"},\"logo\":{\"size\":{\"original\":{\"alt\":\"\",\"height\":100,\"tag\":\"size=original\",\"url\":\"https://s.yimg.com/os/creatr-uploaded-images/2020-11/62e21440-2fbd-11eb-95ff-5673fa3d2f9f\",\"width\":428},\"resized\":{\"url\":\"https://s.yimg.com/ny/api/res/1.2/tMoAFlP_ZOG3JMrIhrjnuQ--/YXBwaWQ9aGlnaGxhbmRlcjt3PTI4MDtoPTQ4O2NmPXdlYg--/https://s.yimg.com/os/creatr-uploaded-images/2020-11/62e21440-2fbd-11eb-95ff-5673fa3d2f9f\",\"width\":103,\"height\":24}}},\"darkLogo\":{\"size\":{\"original\":{\"alt\":\"\",\"height\":100,\"tag\":\"size=original\",\"url\":\"https://s.yimg.com/os/creatr-uploaded-images/2020-11/97e12050-2fbd-11eb-b7ff-09d0ec37765f\",\"width\":428},\"resized\":{\"url\":\"https://s.yimg.com/ny/api/res/1.2/QvE_wa1LeEiHkycj0iItZw--/YXBwaWQ9aGlnaGxhbmRlcjt3PTI4MDtoPTQ4O2NmPXdlYg--/https://s.yimg.com/os/creatr-uploaded-images/2020-11/97e12050-2fbd-11eb-b7ff-09d0ec37765f\",\"width\":103,\"height\":24}}},\"coverLogo\":{\"size\":{\"original\":{\"alt\":\"\",\"height\":100,\"tag\":\"size=original\",\"url\":\"https://s.yimg.com/os/creatr-uploaded-images/2020-11/4852ea50-2fbd-11eb-aeff-43cddf2f474f\",\"width\":428},\"resized\":{\"url\":\"https://s.yimg.com/ny/api/res/1.2/2xbNNEN8bLxmeEyF7LMKfw--/YXBwaWQ9aGlnaGxhbmRlcjt3PTI4MDtoPTQ4O2NmPXdlYg--/https://s.yimg.com/os/creatr-uploaded-images/2020-11/4852ea50-2fbd-11eb-aeff-

43cddf2f474f\",\"width\":103,\"height\":24}}},\"useLogo\":true,\"providerId\":\"reuters-finance.com\"},\"providerBrand\":{\"id\":\"b7a7f6ef-d51a-318f-8dc4-584e2489e41e\",\"brandId\":\"reuters\",\"displayName\":\"Reuters\",\"description\":\"\",\"state\":\"\",\"secondaryTypes\":[],\"socialAliases\":[],\"callToActionEnabled\":false,\"callToActions\":[],\"brandTheme\":{},\"sameAsAuthor\":false,\"isCreator\":false,\"brandUrl\":null}},\"canonicalSite\":\"finance\",\"categoryLabel\":\"Business\",\"isOpinion\":false,\"isShoppable\":false,\"commentsAllowed\":true,\"commerceArticleType\":false,\"contentCover\":{\"cover\":{\"type\":\"slideshow\",\"uuid\":\"a2e3b14c-26c5-31b4-933d-d54be2242390\",\"alias\":null,\"photos\":[{\"type\":\"image\",\"headline\":\"Delta sues CrowdStrike over software update that prompted mass flight disruptions\",\"caption\":\"FILE PHOTO: New Delta Airlines Terminal C at LaGuardia Airport is completed in New York\",\"credit\":\"\",\"size\":{\"original\":{\"width\":800,\"height\":533,\"url\":\"https://media.zenfs.com/en/reuters-finance.com/128e2c024bcd7e971bc23be9c4794c3e\"},\"resized\":{\"url\":\"https://s.yimg.com/ny/api/res/1.2/CCekv2338JaHADqXDlMkdQ--/YXBwaWQ9aGlnaGxhbmRlcjt3PTk2MDtoPTY0MDtjZj13ZWJw/https://media.zenfs.com/en/reuters-finance.com/128e2c024bcd7e971bc23be9c4794c3e\",\"width\":800,\"height\":533},\"thumbnail\":{\"url\":\"https://s.yimg.com/ny/api/res/1.2/_Mp3gGm9zH4H2J8Ol.fLgA--/YXBwaWQ9aGlnaGxhbmRlcjt3PTIxMDtoPTEzMTtjZj13ZWJw/https://media.zenfs.com/en/reuters-finance.com/128e2c024bcd7e971bc23be9c4794c3e\",\"width\":160,\"height\":100}},\"id\":\"12f5d8cf-9b24-3627-86f6-c9c7d1daf24d\"},{\"type\":\"image\",\"headline\":\"Delta sues CrowdStrike over software update that prompted mass flight disruptions\",\"caption\":\"Illustration shows CrowdStrike logo\",\"credit\":\"\",\"size\":{\"original\":{\"width\":800,\"height\":569,\"url\":\"https://media.zenfs.com/en/reuters-finance.com/ca7232025f368501c6d9751793245238\"},\"resized\":{\"url\":\"https://s.yimg.com/ny/api/res/1.2/7O.BcxSHgzRdfydtdSOz4Q--/YXBwaWQ9aGlnaGxhbmRlcjt3PTk2MDtoPTY4MztjZj13ZWJw/https://media.zenfs.com/en/reuters-finance.com/ca7232025f368501c6d9751793245238\",\"width\":800,\"height\":569},\"thumbnail\":{\"url\":\"https://s.yimg.com/ny/api/res/1.2/011I0mW3mZ8ft5AWKjV.pg--/YXBwaWQ9aGlnaGxhbmRlcjt3PTIxMDtoPTEzMTtjZj13ZWJw/https://media.zenfs.com/en/reuters-finance.com/ca7232025f368501c6d9751793245238\",\"width\":160,\"height\":100}},\"id\":\"957c0ea6-4b81-37ae-b466-ab8435d65d27\"}],\"isRelatedContent\":true,\"photoWithDimension\":{\"type\":\"image\",\"headline\":\"Delta sues CrowdStrike over software update that prompted mass flight disruptions\",\"caption\":\"FILE PHOTO: New Delta Airlines Terminal C at LaGuardia Airport is completed in New York\",\"credit\":\"\",\"size\":{\"original\":{\"width\":800,\"height\":533,\"url\":\"https://media.zenfs.com/en/reuters-finance.com/128e2c024bcd7e971bc23be9c4794c3e\"},\"resized\":{\"url\":\"https://s.yimg.com/ny/api/res/1.2/CCekv2338JaHADqXDlMkdQ--/YXBwaWQ9aGlnaGxhbmRlcjt3PTk2MDtoPTY0MDtjZj13ZWJw/https://media.zenfs.com/en/reuters-finance.com/128e2c024bcd7e971bc23be9c4794c3e\",\"width\":800,\"height\":533},\"thumbnail\":{\"url\":\"https://s.yimg.com/ny/api/res/1.2/_Mp3gGm9zH4H2J8Ol.fLgA--/YXBwaWQ9aGlnaGxhbmRlcjt3PTIxMDtoPTEzMTtjZj13ZWJw/https://media.zenfs.com/en/reuters-finance.com/128e2c024bcd7e971bc23be9c4794c3e\",\"width\":160,\"height\":100}},\"id\":\"12f5d8cf-9b24-3627-86f6-c9c7d1daf24d\"},\"photosCount\":2,\"showBylineOnTop\":true,\"provider\":{\"name\":\"Reuters\",\"ref\":\"c3815719-8124-32cd-8487-fa3000a5427e\",\"url\":{\"external\":true,\"link\":\"http://www.reuters.com/\"},\"logo\":{\"size\":{\"original\":{\"alt\":\"\",\"height\":100,\"tag\":\"size=original\",\"url\":\"https://s.yimg.com/os/creatr-uploaded-images/2020-11/62e21440-2fbd-11eb-95ff-5673fa3d2f9f\",\"width\":428},\"resized\":{\"url\":\"https://s.yimg.com/ny/api/res/1.2/tMoAFlP_ZOG3JMrIhrjnuQ--/YXBwaWQ9aGlnaGxhbmRlcjt3PTIwNjtoPTQ2NmPXdlYnA-/https://s.yimg.com/os/creatr-uploaded-images/2020-11/62e21440-2fbd-11eb-95ff-5673fa3d2f9f\",\"width\":103,\"height\":24}}},\"darkLogo\":{\"size\":{\"original\":{\"alt\":\"\",\"height\":100,\"tag\":\"size=original\",\"url\":\"https://s.yimg.com/os/creatr-uploaded-images/2020-11/97e12050-2fbd-11eb-b7ff-09d0ec37765f\",\"width\":428},\"resized\":{\"url\":\"https://s.yimg.com/ny/api/res/1.2/QvE_wa1LeEiHkycj0iItZw--/YXBwaWQ9aGlnaGxhbmRlcjt3PTIwNjtoPTQ2NmPXdlYnA-/https://s.yimg.com/os/creatr-uploaded-images/2020-11/97e12050-2fbd-11eb-b7ff-09d0ec37765f\",\"width\":103,\"height\":24}}},\"coverLogo\":{\"size\":{\"original\":{\"alt\":\"\",\"height\":100,\"tag\":\"size=original\",\"url\":\"https://s.yimg.com/os/creatr-uploaded-images/2020-11/4852ea50-2fbd-11eb-aeff-43cddf2f474f\",\"width\":428},\"resized\":{\"url\":\"https://s.yimg.com/ny/api/res/1.2/2xbNNEN8bLxmeEyF7LMKfw--/YXBwaWQ9aGlnaGxhbmRlcjt3PTIwNjtoPTQ2NmPXdlYnA-/https://s.yimg.com/os/creatr-uploaded-images/2020-11/4852ea50-2fbd-11eb-aeff-

43cddf2f474f\",\"width\":103,\"height\":24}}},\"useLogo\":true,\"providerId\":\"reuters-finance.com\"},\"config\":{}},\"enableLead\":\"DEFAULT\"},\"contentImages\":{\"photos\":[],\"photosCount\":0,\"preload\":[{\"href\":\"https://s.yimg.com/ny/api/res/1.2/CCekv2338JaHADqXDlMkdQ--/YXBwaWQ9aGlnaGxhbmRlcjt3PTk2MDtoPTY0MDtzZj13ZWJw/https://media.zenfs.com/en/reuters-finance.com/128e2c024bcd7e971bc23be9c4794c3e\",\"as\":\"image\"}],\"primaryImage\":{\"original\":{\"width\":800,\"height\":533,\"url\":\"https://media.zenfs.com/en/reuters-finance.com/128e2c024bcd7e971bc23be9c4794c3e\"},\"resized\":{\"url\":\"https://s.yimg.com/ny/api/res/1.2/CCekv2338JaHADqXDlMkdQ--/YXBwaWQ9aGlnaGxhbmRlcjt3PTk2MDtoPTY0MDtzZj13ZWJw/https://media.zenfs.com/en/reuters-finance.com/128e2c024bcd7e971bc23be9c4794c3e\",\"width\":800,\"height\":533},\"thumbnail\":{\"url\":\"https://s.yimg.com/ny/api/res/1.2/_Mp3gGm9zH4H2J8Ol.fLgA--/YXBwaWQ9aGlnaGxhbmRlcjt3PTIxMDtoPTEzMTtjZj13ZWJw/https://media.zenfs.com/en/reuters-finance.com/128e2c024bcd7e971bc23be9c4794c3e\",\"width\":160,\"height\":100}},\"shareImage\":{\"width\":800,\"height\":533,\"url\":\"https://media.zenfs.com/en/reuters-finance.com/128e2c024bcd7e971bc23be9c4794c3e\"}},\"contentIdentifiers\":{\"readMoreList\":\"\",\"hideAdTypes\":[],\"headerSectionName\":\"\",\"hostedType\":\"hosted\",\"isBrandedContent\":false,\"isCreatorContent\":false,\"isNewsletterArticle\":false,\"isOriginalContent\":false,\"isPersonalFinanceArticle\":false,\"isReadMoreListOverridden\":false,\"isSeamlessBypass\":false,\"isSponsoredContent\":false,\"isUncrownedArticle\":false,\"presentation\":null,\"showImageCredit\":false},\"contentSummaries\":{\"aiSummary\":[{\"type\":\"text\",\"value\":\"Delta Air Lines sues cybersecurity firm CrowdStrike in Georgia state court over a faulty software update that caused a global outage and cost the carrier over $500 million.\"},{\"type\":\"text\",\"value\":\"CrowdStrike denies Delta's claims, stating that the airline's slow recovery was due to failure to modernize its IT infrastructure, not the cybersecurity firm's actions.\"},{\"type\":\"text\",\"value\":\"The incident led to 7,000 flight cancellations, impacting 1.3 million passengers, and prompted the U.S. Transportation Department to open an investigation.\"}],\"summary\":\"WASHINGTON (Reuters) -Delta Air Lines on Friday sued cybersecurity firm  CrowdStrike in a Georgia state court after a global outage in July caused mass flight cancellations, disrupted travel plans of 1.3 million customers and cost the carrier more than $500 million.  Delta's lawsuit filed in Fulton County Superior Court called the faulty software update from CrowdStrike \\\"catastrophic\\\" and said the firm \\\"forced untested and faulty updates to its customers, causing more than 8.5 million Microsoft Windows-based computers around the world to crash.\\\"  \\\"Delta's claims are based on disproven misinformation, demonstrate a lack of understanding of how modern cybersecurity works, and reflect a desperate attempt to shift blame for its slow recovery away from its failure to modernize its antiquated IT infrastructure,\\\" CrowdStrike said late on Friday,\",\"structuredSummary\":{\"summaries\":[{\"type\":\"text\",\"value\":\"WASHINGTON (Reuters) -Delta Air Lines on Friday sued cybersecurity firm CrowdStrike in a Georgia state court after a global outage in July caused mass flight cancellations, disrupted travel plans of 1.3 million customers and cost the carrier more than $500 million.\"},{\"type\":\"text\",\"value\":\"Delta, which said it has purchased CrowdStrike products since 2022, said the outage forced it to cancel 7,000 flights, impacting 1.3 million passengers over five days.\"}],\"source\":\"cap\"}},\"contentTags\":{\"normalizedTags\":{\"yfrontpage\":{\"region\":[\"ca\",\"us\",\"gb\",\"sg\",\"au\"],\"experiment\":[\"video_preferred_providers\"]},\"yfinance\":{\"region\":[\"hk\",\"nz\",\"au\",\"sg\",\"gb\",\"us\",\"ca\"],\"intls\":[\"gb\"],\"partner\":[\"td\",\"apple\"],\"iptc\":[\"0400003005\",\"04016000\",\"02002000\",\"04015000\",\"04015001\"]},\"ymedia\":{\"category\":[\"fin_whitelistedproviders\",\"100000003\",\"100000002\",\"fin_tier1\"],\"hosted\":[\"yes\"],\"provider_id\":[\"reuters-finance.com\"],\"slug\":[\"delta_air_crowdstrike_hldg_lawsuit\"],\"provider_category\":[\"OLUSTECHMO_iptc\",\"OLUSBUSMO_iptc\"],\"jarvis_allow_list\":[\"news_goldlist_tier1\"],\"signal\":[\"summary_source\"]},\"aolfinance\":{\"region\":[\"us\",\"gb\"]},\"aolhomepage\":{\"region\":[\"us\"]},\"ynews\":{\"region\":[\"au\"]},\"othertags\":[\"news\"],\"editorialTags\":[\"news\"]},\"salientEntities\":[],\"xrayMeta\":[{\"id\":\"DAL\",\"type\":\"ticker\",\"namespace\":\"finance\",\"longName\":\"Delta Air Lines, Inc.\",\"shortName\":\"Delta Air Lines\",\"cryptoTradeable\":false,\"logoUrl\":\"https://s.yimg.com/lb/brands/50x50_deltaairlines.png\"},{\"id\":\"CRWD\",\"type\":\"ticker\",\"namespace\":\"finance\",\"longName\":\"CrowdStrike Holdings, Inc.\",\"shortName\":\"CrowdStrike\",\"cryptoTradeable\":false}],\"sportsGameCategory\":\"\"},\"contentI13n\":{\"redirectMetaData\":{\"originalId\":null,\"newId\":\"a2e3b14c-26c5-31b4-933d-d54be2242390\"},\"uuid\":\"a2e3b14c-26c5-31b4-933d-d54be2242390\",\"pct\":\"story\",\"spaceId\":\"1183300103\",\"spaceIds\":{},\"type\":\"story\",\"videoPosition\":\"\",\"contentType\":\"story\",\"contentVideoInf

o\":{\"hasYahooVideo\":false,\"hasVideoTranscript\":false,\"videoTranscript\":null},\"dates\":{\"publishDate\":{\"utc\":\"Fri, 25 Oct 2024 22:22:35 GMT\",\"iso\":\"2024-10-25T22:22:35.000Z\",\"format\":\"Fri, Oct 25, 2024, 6:22 PM\",\"timestamp\":1729894955000},\"modifiedDate\":{\"utc\":\"Sat, 26 Oct 2024 00:42:16 GMT\",\"iso\":\"2024-10-26T00:42:16.000Z\",\"format\":\"Fri, Oct 25, 2024, 8:42 PM\",\"timestamp\":1729903336000},\"displayDate\":{\"utc\":\"Sat, 26 Oct 2024 00:42:16 GMT\",\"iso\":\"2024-10-26T00:42:16.000Z\",\"format\":\"Fri, Oct 25, 2024, 8:42 PM\",\"timestamp\":1729903336000},\"modifiedDateIsGreater\":true},\"liveBlogUpdatedTime\":{},\"readTime\":2,\"personalFinance\":{},\"liveBlog\":{\"totalCount\":0,\"formattedStartTime\":{}},\"seoMeta\":{\"appLinks\":{\"al:android:app_name\":\"Yahoo Finance\",\"al:android:package\":\"com.yahoo.mobile.client.android.finance\",\"al:ios:app_name\":\"\",\"al:ios:app_store_id\":\"328412701\"},\"twitterTags\":{\"twitter:site\":\"@YahooFinance\",\"twitter:dnt\":\"on\"},\"ogTags\":{\"og:type\":\"article\",\"og:site_name\":\"Yahoo Finance\"},\"canonicalUrl\":\"https://finance.yahoo.com/news/delta-sues-crowdstrike-over-software-222235834.html\",\"nativeUrl\":\"https://yfinance.onelink.me/3068494570?pid=AppPromo&c=US_Acquisition_YMktg_337__&af_sub1=Acquisition&af_sub2=US_YMktg&af_sub3=&af_sub4=100000591&af_sub5=SmartBanner__ArticleSmartBanner_\",\"seoTitle\":\"\",\"searchNoIndex\":false,\"title\":\"Delta sues CrowdStrike over software update that prompted mass flight disruptions\",\"subheadline\":\"\",\"socialHeadline\":\"\",\"keywords\":\"Delta Air Lines, CrowdStrike, flight cancellations, Fulton County Superior Court\",\"providerContentUrl\":null,\"clickThroughUrl\":\"https://finance.yahoo.com/news/delta-sues-crowdstrike-over-software-222235834.html\",\"homepageUrl\":\"https://www.yahoo.com/finance/news/delta-sues-crowdstrike-over-software-222235834.html\"},\"siteSections\":{\"sectionItems\":[],\"sectionContentCategoryPath\":\"\"},\"storyAtoms\":[{\"type\":\"text\",\"content\":\"By David Shepardson\",\"length\":19,\"tagName\":\"p\"},{\"type\":\"text\",\"content\":\"WASHINGTON (Reuters) -Delta Air Lines on Friday sued cybersecurity firm CrowdStrike in a Georgia state court after a global outage in July caused mass flight cancellations, disrupted travel plans of 1.3 million customers and cost the carrier more than $500 million.\",\"length\":265,\"tagName\":\"p\"},{\"type\":\"text\",\"content\":\"Delta&#39;s lawsuit filed in Fulton County Superior Court called the faulty software update from CrowdStrike &quot;catastrophic&quot; and said the firm &quot;forced untested and faulty updates to its customers, causing more than 8.5 million Microsoft Windows-based computers around the world to crash.&quot;\",\"length\":307,\"tagName\":\"p\"},{\"type\":\"text\",\"content\":\"The July 19 incident led to worldwide flight cancellations and hit industries around the globe including banks, health care, media companies and hotel chains.\",\"length\":158,\"tagName\":\"p\"},{\"type\":\"text\",\"content\":\"&quot;Delta's claims are based on disproven misinformation, demonstrate a lack of understanding of how modern cybersecurity works, and reflect a desperate attempt to shift blame for its slow recovery away from its failure to modernize its antiquated IT infrastructure,&quot; CrowdStrike said late on Friday.\",\"length\":307,\"tagName\":\"p\"},{\"type\":\"text\",\"content\":\"Delta, which said it has purchased CrowdStrike products since 2022, said the outage forced it to cancel 7,000 flights, impacting 1.3 million passengers over five days.\",\"length\":167,\"tagName\":\"p\"},{\"type\":\"text\",\"content\":\"Delta said CrowdStrike is liable for over $500 million in out-of-pocket losses as well as for an unspecified amount of lost profits, expenditures, including attorneys' fees and &quot;reputational harm and future revenue loss.&quot;\",\"length\":231,\"tagName\":\"p\"},{\"type\":\"text\",\"content\":\"The incident prompted the U.S. Transportation Department to open an investigation.\",\"length\":82,\"tagName\":\"p\"},{\"type\":\"text\",\"content\":\"&quot;If CrowdStrike had tested the faulty update on even one computer before deployment, the computer would have crashed,&quot; Delta&#39;s lawsuit says. &quot;Because the faulty update could not\",\"length\":196,\"tagName\":\"p\"},{\"type\":\"text\",\"content\":\"be removed remotely, CrowdStrike crippled Delta's business and created immense delays for Delta customers.&quot;,\"length\":112,\"tagName\":\"p\"},{\"type\":\"text\",\"content\":\"Delta said that as part of its IT-planning and infrastructure, it has invested billions of dollars &quot;in licensing and building some of the best technology solutions in the airline industry.&quot; CrowdStrike has questioned why Delta fared so much worse than other airlines and said it has minimal liability, something Delta rejected.\",\"length\":337,\"tagName\":\"p\"},{\"type\":\"text\",\"content\":\"Last month, a senior executive at CrowdStrike apologized before Congress for the faulty software update.\",\"length\":104,\"tagName\":\"p\"},{\"type\":\"text\",\"content\":\"Adam Meyers, a senior vice president at CrowdStrike, said the company released a content configuration update for its Falcon Sensor security software that resulted in system crashes worldwide. &quot;We are deeply sorry

this happened and we are determined to prevent this from happening again,&quot; Meyers said.\",\"length\":311,\"tagName\":\"p\"},{\"type\":\"text\",\"content\":\"(Reporting by David Shepardson; editing by Diane Craft)\",\"length\":55,\"tagName\":\"p\"}]},\"schema\":{\"default\":{\"@context\":\"http://schema.org\",\"@type\":\"NewsArticle\",\"mainEntityOfPage\":\"https ://finance.yahoo.com/news/delta-sues-crowdstrike-over-software-222235834.html\",\"headline\":\"Delta sues CrowdStrike over software update that prompted mass flight disruptions\",\"datePublished\":\"2024-10-26T00:42:16.000Z\",\"dateModified\":\"2024-10-26T00:42:16.000Z\",\"keywords\":[\"Delta Air Lines\",\"CrowdStrike\",\"flight cancellations\",\"Fulton County Superior Court\"],\"description\":\"WASHINGTON (Reuters) -Delta Air Lines on Friday sued cybersecurity firm  CrowdStrike in a Georgia state court after a global outage in July caused mass...\",\"publisher\":{\"@type\":\"Organization\",\"name\":\"Yahoo Finance\",\"logo\":{\"@type\":\"ImageObject\",\"url\":\"https://s.yimg.com/rz/p/yahoo_finance_en-US_h_p_finance_2.png\",\"width\":354,\"height\":50},\"url\":\"https://finance.yahoo.com/\"},\"author\":{\"@type\":\"Person\",\"name\":\"David Shepardson\",\"url\":\"\",\"jobTitle\":\"\"},\"creator\":{\"@type\":\"Person\",\"name\":\"David Shepardson\",\"url\":\"\",\"jobTitle\":\"\"},\"provider\":{\"@type\":\"Organization\",\"name\":\"Reuters\",\"url\":\"http://www.reuters.com/\",\"logo\":{\"@type\":\"ImageObject\",\"width\":428,\"height\":100,\"url\":\"https://s.yimg.com/os/creatr-uploaded-images/2020-11/62e21440-2fbd-11eb-95ff-5673fa3d2f9f\"}},\"image\":{\"@type\":\"ImageObject\",\"url\":\"https://s.yimg.com/ny/api/res/1.2/CCekv2338JaHADqXDlMkdQ--/YXBwaWQ9aGlnaGxhbmRlcjt3PTk2MDtoPTY0MDtjZj13ZWJw/https://media.zenfs.com/en/reuters-finance.com/128e2c024bcd7e971bc23be9c4794c3e\",\"height\":533,\"width\":800},\"thumbnailUrl\":\"https://s.yimg.com/ny/api/res/1.2/CCekv2338JaHADqXDlMkdQ--/YXBwaWQ9aGlnaGxhbmRlcjt3PTk2MDtoPTY0MDtjZj13ZWJw/https://media.zenfs.com/en/reuters-finance.com/128e2c024bcd7e971bc23be9c4794c3e\"}}]}\"}</script>

<script type="application/json" data-sveltekit-fetched data-url="/xhr/config?name=ads" data-hash="1wptu9n" data-ttl="120">{"status":200,"statusText":"OK","headers":{},"body":"{\"setting\":{\"refresh\":{\"duration\":30,\"requireUserAction\":false,\"limit\":30,\"tabFocus\":{\"outOfFocusDuration\":3},\"sameSizeRefresh\":true,\"reserved\":{\"duration\":60}},\"lazyLoad\":false,\"tracking\":{\"performance\":true,\"metrics\":true},\"taboolaSetting\":{\"pageType\":\"article\",\"publisherId\":\"yahooweb-network\"}},\"event\":{\"initRender\":\"DOMContentLoaded\"},\"feature\":{\"enableAdCollapse\":true,\"enableAdStacking\":true},\"variables\":{\"id\":\"228881 52279\",\"market\":\"us\",\"category\":\"ros\",\"device\":\"dt\"},\"positions\":{\"ntv-NEWS-STREAM\":{\"mode\":\"stream-c-neo\",\"placement\":\"taboola\",\"region\":\"stream\",\"targetType\":\"mix\"},\"sda-E2E\":{\"path\":\"/{id}/{market}/yfin/{category}/{device}/{market}_yfin_{category}_{device}_top_center\",\"region\":\"index\",\"size\":[[3,1],[970,250],[728,90]],\"kvs\":{\"loc\":\"top_center\",\"customSizeConfig\":{\"Horizon\":true}},\"sda-DCKFTR\":{\"region\":\"dock\",\"path\":\"/{id}/{market}/yfin/{category}/{device}/{market}_yfin_{category}_{device}_mid_right_dock\",\"size\":[[120,60],[300,250]],\"kvs\":{\"loc\":\"mid_right_dock\"},\"refresh\":{\"reserved\":{\"duration\":1e+23}}},\"sda-LREC4\":{\"path\":\"/{id}/{market}/yfin/{category}/{device}/{market}_yfin_{category}_{device}_as_mid_right_a\",\"region\":\"stream\",\"size\":[300,250],\"kvs\":{\"loc\":\"mid_right_a\"},\"stackGroup\":\"ads-combo-col2Bottom\"},\"sda-LREC5\":{\"path\":\"/{id}/{market}/yfin/{category}/{device}/{market}_yfin_{category}_{device}_as_mid_right_b\",\"region\":\"stream\",\"size\":[300,250],\"kvs\":{\"loc\":\"mid_right_b\"},\"stackGroup\":\"ads-combo-col2Bottom\"},\"sda-MON2\":{\"path\":\"/{id}/{market}/yfin/{category}/{device}/{market}_yfin_{category}_{device}_as_mid_right_c\",\"region\":\"stream\",\"size\":[[300,250],[300,600]],\"kvs\":{\"loc\":\"mid_right_c\"},\"stackGroup\":\"ads-combo-col2Bottom\"},\"sda-INARTICLE\":{\"path\":\"/{id}/{market}/yfin/{category}/{device}/{market}_yfin_{category}_{device}_mid_center\",\"region\":\"main\",\"size\":[[720,250],[728,90]],\"kvs\":{\"loc\":\"mid_center\"}},\"sda-INARTICLE-1\":{\"path\":\"/{id}/{market}/yfin/{category}/{device}/{market}_yfin_{category}_{device}_mid_center\",\"region\":\"main\",\"size\":[[970,250],[728,90],\"fluid\"],\"kvs\":{\"loc\":\"mid_center\"}},\"sda-INARTICLE-SEAMLESS\":{\"path\":\"/{id}/{market}/yfin/{category}/{device}/{market}_yfin_{category}_{device}_mid_center\",\"region\":\"main\",\"siz

e\":[[970,250],[728,90]],\"kvs\":{\"loc\":\"mid_center\"}},\"sda-INARTICLE-SEAMLESS-
1\":{\"path\":\"/{{id}}/{{market}}/yfin/{{category}}/{{device}}/{{market}}_yfin_{{category}}__{{device}}_mid_center\",\"region\":\"main\",\"size\":[[970,25
0],[728,90],\"fluid\"]},\"kvs\":{\"loc\":\"mid_center\"}},\"sda-ARTICLE-
BOTTOM\":{\"path\":\"/{{id}}/{{market}}/yfin/{{category}}/{{device}}/{{market}}_yfin_{{category}}__{{device}}_btm_center\",\"region\":\"main\",\"kvs\":
{\"loc\":\"btm_center\"},\"size\":[[970,250],[728,90],[750,600],[800,635],[758,198]]},\"sda-ARTICLE-BOTTOM-
SEAMLESS\":{\"path\":\"/{{id}}/{{market}}/yfin/{{category}}/{{device}}/{{market}}_yfin_{{category}}__{{device}}_btm_center\",\"region\":\"main\",\"kvs
\":{\"loc\":\"btm_center\"},\"size\":[[970,250],[728,90],[758,198]]}}}"}</script>
          <script type="application/json" data-sveltekit-fetched data-url="/xhr/config?name=ads" data-hash="gkbsuk" data-
ttl="120">{"status":200,"statusText":"OK","headers":{},"body":"{\"setting\":{\"refresh\":{\"duration\":30,\"requireUserAction\":false,\"limit\":30,\"tabFocus\":{
\"outOfFocusDuration\":3},\"sameSizeRefresh\":true,\"reserved\":{\"duration\":60}},\"lazyLoad\":false,\"tracking\":{\"performance\":true,\"metrics\":true},\"tab
oolaSetting\":{\"pageType\":\"article\",\"publisherId\":\"yahooweb-
network\"}},\"event\":{\"initRender\":\"DOMContentLoaded\"},\"feature\":{\"enableAdCollapse\":true,\"enableAdStacking\":true},\"variables\":{\"id\":\"228881
52279\",\"market\":\"us\",\"category\":\"ros\",\"device\":\"mw\"},\"positions\":{\"ntv-NEWS-STREAM\":{\"mode\":\"stream-c-
neo\",\"placement\":\"taboola\",\"region\":\"stream\",\"targetType\":\"mix\"},\"sda-
E2E\":{\"path\":\"/{{id}}/{{market}}/yfin/{{category}}/{{device}}/{{market}}_yfin_{{category}}__{{device}}_top_center\",\"region\":\"index\",\"size\":[[3,1]
,[320,50]],\"kvs\":{\"loc\":\"top_center\"},\"customSizeConfig\":{\"Horizon\":true}},\"sda-NEWS-
STREAM\":{\"path\":\"/{{id}}/{{market}}/yfin/{{category}}/{{device}}/{{market}}_yfin_{{category}}__{{device}}_mid_center\",\"region\":\"stream\",\"size
\":[300,250],\"kvs\":{\"loc\":\"mid_center\"}},\"sda-
INARTICLE\":{\"path\":\"/{{id}}/{{market}}/yfin/{{category}}/{{device}}/{{market}}_yfin_{{category}}__{{device}}_mid_center\",\"region\":\"main\",\"siz
e\":[300,250],\"kvs\":{\"loc\":\"mid_center\"}},\"sda-INARTICLE-
1\":{\"path\":\"/{{id}}/{{market}}/yfin/{{category}}/{{device}}/{{market}}_yfin_{{category}}__{{device}}_mid_center\",\"region\":\"main\",\"size\":[[300,25
0],[2,2],[3,2]],\"kvs\":{\"loc\":\"mid_center\"},\"customSizeConfig\":{\"Lighthouse\":true,\"Spotlight\":true}},\"sda-INARTICLE-
SEAMLESS\":{\"path\":\"/{{id}}/{{market}}/yfin/{{category}}/{{device}}/{{market}}_yfin_{{category}}__{{device}}_mid_center\",\"region\":\"main\",\"siz
e\":[300,250],\"kvs\":{\"loc\":\"mid_center\"}},\"sda-INARTICLE-SEAMLESS-
1\":{\"path\":\"/{{id}}/{{market}}/yfin/{{category}}/{{device}}/{{market}}_yfin_{{category}}__{{device}}_mid_center\",\"region\":\"main\",\"size\":[[300,25
0],[2,2],[3,2]],\"kvs\":{\"loc\":\"mid_center\"},\"customSizeConfig\":{\"Lighthouse\":true,\"Spotlight\":true}},\"sda-ARTICLE-
BOTTOM\":{\"path\":\"/{{id}}/{{market}}/yfin/{{category}}/{{device}}/{{market}}_yfin_{{category}}__{{device}}_btm_center\",\"region\":\"main\",\"kvs\":
{\"loc\":\"btm_center\"},\"size\":[[300,250],[343,310]]},\"sda-ARTICLE-BOTTOM-
SEAMLESS\":{\"path\":\"/{{id}}/{{market}}/yfin/{{category}}/{{device}}/{{market}}_yfin_{{category}}__{{device}}_btm_center\",\"region\":\"main\",\"kvs
\":{\"loc\":\"btm_center\"},\"size\":[[300,250],[343,310]]},\"ntv-ARTICLE-BODY-TOP\":{\"mode\":\"pencil-a\",\"placement\":\"ntv-ARTICLE-BODY-
TOP\",\"region\":\"main\",\"targetType\":\"mix\"}}}"}</script>
          <script type="application/json" data-sveltekit-fetched data-url="/xhr/config?name=ads" data-hash="18ftylf" data-
ttl="120">{"status":200,"statusText":"OK","headers":{},"body":"{\"setting\":{\"refresh\":{\"duration\":30,\"requireUserAction\":false,\"limit\":30,\"tabFocus\":{
\"outOfFocusDuration\":3},\"sameSizeRefresh\":true,\"reserved\":{\"duration\":60}},\"lazyLoad\":false,\"tracking\":{\"performance\":true,\"metrics\":true},\"tab
oolaSetting\":{\"pageType\":\"article\",\"publisherId\":\"yahooweb-
network\"}},\"event\":{\"initRender\":\"DOMContentLoaded\"},\"feature\":{\"enableAdCollapse\":true,\"enableAdStacking\":true},\"variables\":{\"id\":\"228881
52279\",\"market\":\"us\",\"category\":\"ros\",\"device\":\"dt\"},\"positions\":{\"ntv-NEWS-STREAM\":{\"mode\":\"stream-c-
neo\",\"placement\":\"taboola\",\"region\":\"stream\",\"targetType\":\"mix\"},\"sda-
E2E\":{\"path\":\"/{{id}}/{{market}}/yfin/{{category}}/{{device}}/{{market}}_yfin_{{category}}__{{device}}_top_center\",\"region\":\"index\",\"size\":[[3,1]
,[728,90]],\"kvs\":{\"loc\":\"top_center\"},\"customSizeConfig\":{\"Horizon\":true}},\"sda-

INARTICLE\":{\"path\":\"/{{id}}/{{market}}/yfin/{{category}}/{{device}}/{{market}}_yfin_{{category}}_{{device}}_mid_center\",\"region\":\"main\",\"siz
e\":[300,250],\"kvs\":{\"loc\":\"mid_center\"}},\"sda-INARTICLE-
SEAMLESS\":{\"path\":\"/{{id}}/{{market}}/yfin/{{category}}/{{device}}/{{market}}_yfin_{{category}}_{{device}}_mid_center\",\"region\":\"main\",\"siz
e\":[300,250],\"kvs\":{\"loc\":\"mid_center\"}},\"sda-ARTICLE-
BOTTOM\":{\"path\":\"/{{id}}/{{market}}/yfin/{{category}}/{{device}}/{{market}}_yfin_{{category}}_{{device}}_btm_center\",\"region\":\"main\",\"kvs\":
{\"loc\":\"btm_center\"},\"size\":[300,250]},\"sda-ARTICLE-BOTTOM-
SEAMLESS\":{\"path\":\"/{{id}}/{{market}}/yfin/{{category}}/{{device}}/{{market}}_yfin_{{category}}_{{device}}_btm_center\",\"region\":\"main\",\"kvs
\":{\"loc\":\"btm_center\"},\"size\":[300,250]}}}"}</script>
                    <script type="application/json" data-sveltekit-fetched data-
url="https://query1.finance.yahoo.com/v6/finance/markettime?formatted=true&amp;key=finance&amp;lang=en-US&amp;region=US" data-
ttl="38">{"status":200,"statusText":"OK","headers":{},"body":"{\"finance\":{\"version\":5,\"lang\":\"en-
US\",\"meta\":[{\"status\":\"success\"}],\"marketTimes\":[{\"marketTime\":[{\"id\":\"us\",\"name\":\"U.S.
markets\",\"status\":\"open\",\"yfit_market_id\":\"us_market\",\"close\":\"2024-11-
01T20:00:00Z\",\"duration\":[{\"hrs\":\"5\",\"mins\":\"37\"}],\"message\":\"U.S. markets close in 5 hours 37 minutes\",\"open\":\"2024-11-
01T13:30:00Z\",\"yfit_market_status\":\"YFT_MARKET_WILL_CLOSE\",\"time\":\"2024-11-01T14:23:22Z\",\"timezone\":[{\"dst\":\"true\",\"gmtoffset\":\"-
14400\",\"short\":\"EDT\",\"$text\":\"America/New_York\"}]}]}]}}"}</script>
                    <script type="application/json" data-sveltekit-fetched data-url="/xhr/cds?lang=en-
US&amp;region=US&amp;schemaId=yfinance%3AstockStoryTopTickers&amp;site=finance-neo" data-hash="186cp8h" data-
ttl="14400">{"status":200,"statusText":"OK","headers":{},"body":"{\"name\":\"cdsData\",\"atts\":{\"slot\":1},\"data\":{\"schemaId\":\"yfinance:stockStoryTopTi
ckers\",\"context\":{\"site\":\"finance-neo\",\"lang\":\"en-US\",\"region\":\"US\"},\"cdsData\":{\"tickers\":[{\"companyName\":\"Datadog,
Inc.\",\"symbol\":\"DDOG\",\"url\":\"https://stockstory.org/high-quality/top-6-to-buy-this-
week?partner=yahoo&utm_source=yahoo&utm_medium=financehomepageinvestmentideas&utm_campaign=edgeoverinvestors\"},{\"companyName\":\"Blue
Bird\",\"url\":\"https://stockstory.org/high-quality/top-6-to-buy-this-
week?partner=yahoo&utm_source=yahoo&utm_medium=financehomepageinvestmentideas&utm_campaign=edgeoverinvestors\",\"symbol\":\"BLBD\"},{\"com
panyName\":\"Zscaler, Inc.\",\"symbol\":\"ZS\",\"url\":\"https://stockstory.org/high-quality/top-6-to-buy-this-
week?partner=yahoo&utm_source=yahoo&utm_medium=financehomepageinvestmentideas&utm_campaign=edgeoverinvestors\"},{\"companyName\":\"KLA
Corporation\",\"symbol\":\"KLAC\",\"url\":\"https://stockstory.org/high-quality/top-6-to-buy-this-
week?partner=yahoo&utm_source=yahoo&utm_medium=financehomepageinvestmentideas&utm_campaign=edgeoverinvestors\"},{\"companyName\":\"First
Solar\",\"symbol\":\"FSLR\",\"url\":\"https://stockstory.org/high-quality/top-6-to-buy-this-
week?partner=yahoo&utm_source=yahoo&utm_medium=financehomepageinvestmentideas&utm_campaign=edgeoverinvestors\"},{\"companyName\":\"Monda
y.com\",\"symbol\":\"MNDY\",\"url\":\"https://stockstory.org/high-quality/top-6-to-buy-this-
week?partner=yahoo&utm_source=yahoo&utm_medium=financehomepageinvestmentideas&utm_campaign=edgeoverinvestors\"},{\"companyName\":\"WillSc
ot Mobile Mini\",\"symbol\":\"WSC\",\"url\":\"https://stockstory.org/high-quality/top-6-to-buy-this-
week?partner=yahoo&utm_source=yahoo&utm_medium=financehomepageinvestmentideas&utm_campaign=edgeoverinvestors\"},{\"companyName\":\"Servic
eNow, Inc.\",\"symbol\":\"NOW\",\"url\":\"https://stockstory.org/high-quality/top-6-to-buy-this-
week?partner=yahoo&utm_source=yahoo&utm_medium=financehomepageinvestmentideas&utm_campaign=edgeoverinvestors\"},{\"companyName\":\"Scorpi
o Tankers Inc.\",\"symbol\":\"STNG\",\"url\":\"https://stockstory.org/high-quality/top-6-to-buy-this-
week?partner=yahoo&utm_source=yahoo&utm_medium=financehomepageinvestmentideas&utm_campaign=edgeoverinvestors\"},{\"companyName\":\"Nvidia
Corporation\",\"symbol\":\"NVDA\",\"url\":\"https://stockstory.org/high-quality/top-6-to-buy-this-
week?partner=yahoo&utm_source=yahoo&utm_medium=financehomepageinvestmentideas&utm_campaign=edgeoverinvestors\"},{\"companyName\":\"Trans

Digm Group Incorporated\",\"symbol\":\"TDG\",\"url\":\"https://stockstory.org/high-quality/top-6-to-buy-this-week?partner=yahoo&utm_source=yahoo&utm_medium=financehomepageinvestmentideas&utm_campaign=edgeoverinvestors\"},{\"companyName\":\"Fluenc e Energy, Inc.\",\"symbol\":\"FLNC\",\"url\":\"https://stockstory.org/high-quality/top-6-to-buy-this-week?partner=yahoo&utm_source=yahoo&utm_medium=financehomepageinvestmentideas&utm_campaign=edgeoverinvestors\"},{\"companyName\":\"Wingst op Inc.\",\"symbol\":\"WING\",\"url\":\"https://stockstory.org/high-quality/top-6-to-buy-this-week?partner=yahoo&utm_source=yahoo&utm_medium=financehomepageinvestmentideas&utm_campaign=edgeoverinvestors\"},{\"companyName\":\"CSW Industrials, Inc.\",\"symbol\":\"CSWI\",\"url\":\"https://stockstory.org/high-quality/top-6-to-buy-this-week?partner=yahoo&utm_source=yahoo&utm_medium=financehomepageinvestmentideas&utm_campaign=edgeoverinvestors\"},{\"companyName\":\"Lulule mon Athletica Inc.\",\"symbol\":\"LULU\",\"url\":\"https://stockstory.org/high-quality/top-6-to-buy-this-week?partner=yahoo&utm_source=yahoo&utm_medium=financehomepageinvestmentideas&utm_campaign=edgeoverinvestors\"},{\"companyName\":\"Comfo rt Systems USA, Inc.\",\"symbol\":\"FIX\",\"url\":\"https://stockstory.org/high-quality/top-6-to-buy-this-week?partner=yahoo&utm_source=yahoo&utm_medium=financehomepageinvestmentideas&utm_campaign=edgeoverinvestors\"},{\"companyName\":\"Napco\ ",\"symbol\":\"NSCC\",\"url\":\"https://stockstory.org/high-quality/top-6-to-buy-this-week?partner=yahoo&utm_source=yahoo&utm_medium=financehomepageinvestmentideas&utm_campaign=edgeoverinvestors\"},{\"companyName\":\"GitLab \",\"symbol\":\"GTLB\",\"url\":\"https://stockstory.org/high-quality/top-6-to-buy-this-week?partner=yahoo&utm_source=yahoo&utm_medium=financehomepageinvestmentideas&utm_campaign=edgeoverinvestors\"},{\"companyName\":\"Nova\" ,\"symbol\":\"NVMI\",\"url\":\"https://stockstory.org/high-quality/top-6-to-buy-this-week?partner=yahoo&utm_source=yahoo&utm_medium=financehomepageinvestmentideas&utm_campaign=edgeoverinvestors\"},{\"companyName\":\"Alpha bet\",\"symbol\":\"GOOGL\",\"url\":\"https://stockstory.org/high-quality/top-6-to-buy-this-week?partner=yahoo&utm_source=yahoo&utm_medium=financehomepageinvestmentideas&utm_campaign=edgeoverinvestors\"},{\"companyName\":\"Duolin go, Inc.\",\"symbol\":\"DUOL\",\"url\":\"https://stockstory.org/high-quality/top-6-to-buy-this-week?partner=yahoo&utm_source=yahoo&utm_medium=financehomepageinvestmentideas&utm_campaign=edgeoverinvestors\"},{\"companyName\":\"WillSc ot Holdings Corporation\",\"symbol\":\"WSC\",\"url\":\"https://stockstory.org/high-quality/top-6-to-buy-this-week?partner=yahoo&utm_source=yahoo&utm_medium=financehomepageinvestmentideas&utm_campaign=edgeoverinvestors\"},{\"companyName\":\"Monol ithic Power Systems, Inc.\",\"symbol\":\"MPWR\",\"url\":\"https://stockstory.org/high-quality/top-6-to-buy-this-week?partner=yahoo&utm_source=yahoo&utm_medium=financehomepageinvestmentideas&utm_campaign=edgeoverinvestors\"},{\"companyName\":\"Core & Main\",\"symbol\":\"CNM\",\"url\":\"https://stockstory.org/high-quality/top-6-to-buy-this-week?partner=yahoo&utm_source=yahoo&utm_medium=financehomepageinvestmentideas&utm_campaign=edgeoverinvestors\"},{\"companyName\":\"Broadc om Inc.\",\"symbol\":\"AVGO\",\"url\":\"https://stockstory.org/high-quality/top-6-to-buy-this-week?partner=yahoo&utm_source=yahoo&utm_medium=financehomepageinvestmentideas&utm_campaign=edgeoverinvestors\"},{\"companyName\":\"Aris Water Solutions, Inc.\",\"symbol\":\"ARIS\",\"url\":\"https://stockstory.org/high-quality/top-6-to-buy-this-week?partner=yahoo&utm_source=yahoo&utm_medium=financehomepageinvestmentideas&utm_campaign=edgeoverinvestors\"},{\"companyName\":\"Vertiv Holdings Co\",\"symbol\":\"VRT\",\"url\":\"https://stockstory.org/high-quality/top-6-to-buy-this-week?partner=yahoo&utm_source=yahoo&utm_medium=financehomepageinvestmentideas&utm_campaign=edgeoverinvestors\"},{\"companyName\":\"Sterlin g Infrastructure, Inc.\",\"symbol\":\"STRL\",\"url\":\"https://stockstory.org/high-quality/top-6-to-buy-this-week?partner=yahoo&utm_source=yahoo&utm_medium=financehomepageinvestmentideas&utm_campaign=edgeoverinvestors\"},{\"companyName\":\"Badger Meter, Inc.\",\"symbol\":\"BMI\",\"url\":\"https://stockstory.org/high-quality/top-6-to-buy-this-week?partner=yahoo&utm_source=yahoo&utm_medium=financehomepageinvestmentideas&utm_campaign=edgeoverinvestors\"},{\"companyName\":\"Axon Enterprise, Inc.\",\"symbol\":\"AXON\",\"url\":\"https://stockstory.org/high-quality/top-6-to-buy-this-week?partner=yahoo&utm_source=yahoo&utm_medium=financehomepageinvestmentideas&utm_campaign=edgeoverinvestors\"},{\"companyName\":\"Airbnb

, Inc.\",\"symbol\":\"ABNB\",\"url\":\"https://stockstory.org/high-quality/top-6-to-buy-this-week?partner=yahoo&utm_source=yahoo&utm_medium=financehomepageinvestmentideas&utm_campaign=edgeoverinvestors\"},{\"companyName\":\"Shoals Technologies Group, Inc.\",\"symbol\":\"SHLS\",\"url\":\"https://stockstory.org/high-quality/top-6-to-buy-this-week?partner=yahoo&utm_source=yahoo&utm_medium=financehomepageinvestmentideas&utm_campaign=edgeoverinvestors\"},{\"companyName\":\"Merca doLibre, Inc.\",\"symbol\":\"MELI\",\"url\":\"https://stockstory.org/high-quality/top-6-to-buy-this-week?partner=yahoo&utm_source=yahoo&utm_medium=financehomepageinvestmentideas&utm_campaign=edgeoverinvestors\"},{\"companyName\":\"Byrna Technologies Inc.\",\"symbol\":\"BYRN\",\"url\":\"https://stockstory.org/high-quality/top-6-to-buy-this-week?partner=yahoo&utm_source=yahoo&utm_medium=financehomepageinvestmentideas&utm_campaign=edgeoverinvestors\"},{\"companyName\":\"Core & Main, Inc.\",\"symbol\":\"CNM\",\"url\":\"https://stockstory.org/high-quality/top-6-to-buy-this-week?partner=yahoo&utm_source=yahoo&utm_medium=financehomepageinvestmentideas&utm_campaign=edgeoverinvestors\"},{\"companyName\":\"Install ed Building Products, Inc.\",\"symbol\":\"IBP\",\"url\":\"https://stockstory.org/high-quality/top-6-to-buy-this-week?partner=yahoo&utm_source=yahoo&utm_medium=financehomepageinvestmentideas&utm_campaign=edgeoverinvestors\"},{\"companyName\":\"Janus International Group, Inc.\",\"symbol\":\"JBI\",\"url\":\"https://stockstory.org/high-quality/top-6-to-buy-this-week?partner=yahoo&utm_source=yahoo&utm_medium=financehomepageinvestmentideas&utm_campaign=edgeoverinvestors\"},{\"companyName\":\"The Trade Desk, Inc.\",\"symbol\":\"TTD\",\"url\":\"https://stockstory.org/high-quality/top-6-to-buy-this-week?partner=yahoo&utm_source=yahoo&utm_medium=financehomepageinvestmentideas&utm_campaign=edgeoverinvestors\"},{\"companyName\":\"TopBu ild Corp.\",\"symbol\":\"BLD\",\"url\":\"https://stockstory.org/high-quality/top-6-to-buy-this-week?partner=yahoo&utm_source=yahoo&utm_medium=financehomepageinvestmentideas&utm_campaign=edgeoverinvestors\"},{\"companyName\":\"United Rentals, Inc.\",\"symbol\":\"URI\",\"url\":\"https://stockstory.org/high-quality/top-6-to-buy-this-week?partner=yahoo&utm_source=yahoo&utm_medium=financehomepageinvestmentideas&utm_campaign=edgeoverinvestors\"},{\"companyName\":\"Crowd Strike Holdings, Inc.\",\"symbol\":\"CRWD\",\"url\":\"https://stockstory.org/high-quality/top-6-to-buy-this-week?partner=yahoo&utm_source=yahoo&utm_medium=financehomepageinvestmentideas&utm_campaign=edgeoverinvestors\"},{\"companyName\":\"Smart Rent, Inc.\",\"symbol\":\"SMRT\",\"url\":\"https://stockstory.org/high-quality/top-6-to-buy-this-week?partner=yahoo&utm_source=yahoo&utm_medium=financehomepageinvestmentideas&utm_campaign=edgeoverinvestors\"},{\"companyName\":\"Terran Orbital Corporation\",\"symbol\":\"LLAP\",\"url\":\"https://stockstory.org/high-quality/top-6-to-buy-this-week?partner=yahoo&utm_source=yahoo&utm_medium=financehomepageinvestmentideas&utm_campaign=edgeoverinvestors\"},{\"companyName\":\"Rollins , Inc.\",\"symbol\":\"ROL\",\"url\":\"https://stockstory.org/high-quality/top-6-to-buy-this-week?partner=yahoo&utm_source=yahoo&utm_medium=financehomepageinvestmentideas&utm_campaign=edgeoverinvestors\"},{\"companyName\":\"Graha m Corporation\",\"symbol\":\"GHM\",\"url\":\"https://stockstory.org/high-quality/top-6-to-buy-this-week?partner=yahoo&utm_source=yahoo&utm_medium=financehomepageinvestmentideas&utm_campaign=edgeoverinvestors\"},{\"companyName\":\"Univer sal Display Corporation\",\"symbol\":\"OLED\",\"url\":\"https://stockstory.org/high-quality/top-6-to-buy-this-week?partner=yahoo&utm_source=yahoo&utm_medium=financehomepageinvestmentideas&utm_campaign=edgeoverinvestors\"},{\"companyName\":\"Booki ng Holdings Inc.\",\"symbol\":\"BKNG\",\"url\":\"https://stockstory.org/high-quality/top-6-to-buy-this-week?partner=yahoo&utm_source=yahoo&utm_medium=financehomepageinvestmentideas&utm_campaign=edgeoverinvestors\"},{\"companyName\":\"Palanti r Technologies Inc.\",\"symbol\":\"PLTR\",\"url\":\"https://stockstory.org/high-quality/top-6-to-buy-this-week?partner=yahoo&utm_source=yahoo&utm_medium=financehomepageinvestmentideas&utm_campaign=edgeoverinvestors\"},{\"companyName\":\"Energy Recovery, Inc.\",\"symbol\":\"ERII\",\"url\":\"https://stockstory.org/high-quality/top-6-to-buy-this-week?partner=yahoo&utm_source=yahoo&utm_medium=financehomepageinvestmentideas&utm_campaign=edgeoverinvestors\"},{\"companyName\":\"W.W. Grainger, Inc.\",\"symbol\":\"GWW\",\"url\":\"https://stockstory.org/high-quality/top-6-to-buy-this-week?partner=yahoo&utm_source=yahoo&utm_medium=financehomepageinvestmentideas&utm_campaign=edgeoverinvestors\"},{\"companyName\":\"Arhaus

, Inc.\",\"symbol\":\"ARHS\",\"url\":\"https://stockstory.org/high-quality/top-6-to-buy-this-week?partner=yahoo&utm_source=yahoo&utm_medium=financehomepageinvestmentideas&utm_campaign=edgeoverinvestors\"},{\"companyName\":\"Powell Industries, Inc.\",\"symbol\":\"POWL\",\"url\":\"https://stockstory.org/high-quality/top-6-to-buy-this-week?partner=yahoo&utm_source=yahoo&utm_medium=financehomepageinvestmentideas&utm_campaign=edgeoverinvestors\"},{\"companyName\":\"AAON, Inc.\",\"symbol\":\"AAON\",\"url\":\"https://stockstory.org/high-quality/top-6-to-buy-this-week?partner=yahoo&utm_source=yahoo&utm_medium=financehomepageinvestmentideas&utm_campaign=edgeoverinvestors\"},{\"companyName\":\"RBC Bearings Incorporated\",\"symbol\":\"RBC\",\"url\":\"https://stockstory.org/high-quality/top-6-to-buy-this-week?partner=yahoo&utm_source=yahoo&utm_medium=financehomepageinvestmentideas&utm_campaign=edgeoverinvestors\"},{\"companyName\":\"EMCOR Group, Inc.\",\"symbol\":\"EME\",\"url\":\"https://stockstory.org/high-quality/top-6-to-buy-this-week?partner=yahoo&utm_source=yahoo&utm_medium=financehomepageinvestmentideas&utm_campaign=edgeoverinvestors\"},{\"companyName\":\"Concrete Pumping Holdings, Inc.\",\"symbol\":\"BBCP\",\"url\":\"https://stockstory.org/high-quality/top-6-to-buy-this-week?partner=yahoo&utm_source=yahoo&utm_medium=financehomepageinvestmentideas&utm_campaign=edgeoverinvestors\"},{\"companyName\":\"Monster Beverage Corporation\",\"symbol\":\"MNST\",\"url\":\"https://stockstory.org/high-quality/top-6-to-buy-this-week?partner=yahoo&utm_source=yahoo&utm_medium=financehomepageinvestmentideas&utm_campaign=edgeoverinvestors\"},{\"companyName\":\"Semrush Holdings, Inc.\",\"symbol\":\"SEMR\",\"url\":\"https://stockstory.org/high-quality/top-6-to-buy-this-week?partner=yahoo&utm_source=yahoo&utm_medium=financehomepageinvestmentideas&utm_campaign=edgeoverinvestors\"},{\"companyName\":\"Microvast Holdings, Inc.\",\"symbol\":\"MVST\",\"url\":\"https://stockstory.org/high-quality/top-6-to-buy-this-week?partner=yahoo&utm_source=yahoo&utm_medium=financehomepageinvestmentideas&utm_campaign=edgeoverinvestors\"},{\"companyName\":\"Lattice Semiconductor Corporation\",\"symbol\":\"LSCC\",\"url\":\"https://stockstory.org/high-quality/top-6-to-buy-this-week?partner=yahoo&utm_source=yahoo&utm_medium=financehomepageinvestmentideas&utm_campaign=edgeoverinvestors\"},{\"companyName\":\"Ingersoll Rand Inc.\",\"symbol\":\"IR\",\"url\":\"https://stockstory.org/high-quality/top-6-to-buy-this-week?partner=yahoo&utm_source=yahoo&utm_medium=financehomepageinvestmentideas&utm_campaign=edgeoverinvestors\"},{\"companyName\":\"QUALCOMM Incorporated\",\"symbol\":\"QCOM\",\"url\":\"https://stockstory.org/high-quality/top-6-to-buy-this-week?partner=yahoo&utm_source=yahoo&utm_medium=financehomepageinvestmentideas&utm_campaign=edgeoverinvestors\"},{\"companyName\":\"CECO Environmental Corp.\",\"symbol\":\"CECO\",\"url\":\"https://stockstory.org/high-quality/top-6-to-buy-this-week?partner=yahoo&utm_source=yahoo&utm_medium=financehomepageinvestmentideas&utm_campaign=edgeoverinvestors\"},{\"companyName\":\"Howmet Aerospace Inc.\",\"symbol\":\"HWM\",\"url\":\"https://stockstory.org/high-quality/top-6-to-buy-this-week?partner=yahoo&utm_source=yahoo&utm_medium=financehomepageinvestmentideas&utm_campaign=edgeoverinvestors\"},{\"companyName\":\"Westinghouse Air Brake Technologies\",\"symbol\":\"WAB\",\"url\":\"https://stockstory.org/high-quality/top-6-to-buy-this-week?partner=yahoo&utm_source=yahoo&utm_medium=financehomepageinvestmentideas&utm_campaign=edgeoverinvestors\"},{\"companyName\":\"Chipotle Mexican Grill, Inc.\",\"symbol\":\"CMG\",\"url\":\"https://stockstory.org/high-quality/top-6-to-buy-this-week?partner=yahoo&utm_source=yahoo&utm_medium=financehomepageinvestmentideas&utm_campaign=edgeoverinvestors\"},{\"companyName\":\"Pinterest, Inc.\",\"symbol\":\"PINS\",\"url\":\"https://stockstory.org/high-quality/top-6-to-buy-this-week?partner=yahoo&utm_source=yahoo&utm_medium=financehomepageinvestmentideas&utm_campaign=edgeoverinvestors\"},{\"companyName\":\"Cadence Design Systems, Inc.\",\"symbol\":\"CDNS\",\"url\":\"https://stockstory.org/high-quality/top-6-to-buy-this-week?partner=yahoo&utm_source=yahoo&utm_medium=financehomepageinvestmentideas&utm_campaign=edgeoverinvestors\"},{\"companyName\":\"Bloom Energy Corporation\",\"symbol\":\"BE\",\"url\":\"https://stockstory.org/high-quality/top-6-to-buy-this-week?partner=yahoo&utm_source=yahoo&utm_medium=financehomepageinvestmentideas&utm_campaign=edgeoverinvestors\"},{\"companyName\":\"Lam Research Corporation\",\"symbol\":\"LRCX\",\"url\":\"https://stockstory.org/high-quality/top-6-to-buy-this-week?partner=yahoo&utm_source=yahoo&utm_medium=financehomepageinvestmentideas&utm_campaign=edgeoverinvestors\"},{\"companyName\":\"Deere

& Company\",\"symbol\":\"DE\",\"url\":\"https://stockstory.org/high-quality/top-6-to-buy-this-week?partner=yahoo&utm_source=yahoo&utm_medium=financehomepageinvestmentideas&utm_campaign=edgeoverinvestors\"},{\"companyName\":\"GitLab Inc.\",\"symbol\":\"GTLB\",\"url\":\"https://stockstory.org/high-quality/top-6-to-buy-this-week?partner=yahoo&utm_source=yahoo&utm_medium=financehomepageinvestmentideas&utm_campaign=edgeoverinvestors\"},{\"companyName\":\"Federal Signal Corporation\",\"symbol\":\"FSS\",\"url\":\"https://stockstory.org/high-quality/top-6-to-buy-this-week?partner=yahoo&utm_source=yahoo&utm_medium=financehomepageinvestmentideas&utm_campaign=edgeoverinvestors\"},{\"companyName\":\"Target Hospitality Corp.\",\"symbol\":\"TH\",\"url\":\"https://stockstory.org/high-quality/top-6-to-buy-this-week?partner=yahoo&utm_source=yahoo&utm_medium=financehomepageinvestmentideas&utm_campaign=edgeoverinvestors\"},{\"companyName\":\"Cloudflare, Inc.\",\"symbol\":\"NET\",\"url\":\"https://stockstory.org/high-quality/top-6-to-buy-this-week?partner=yahoo&utm_source=yahoo&utm_medium=financehomepageinvestmentideas&utm_campaign=edgeoverinvestors\"},{\"companyName\":\"Caterpillar Inc.\",\"symbol\":\"CAT\",\"url\":\"https://stockstory.org/high-quality/top-6-to-buy-this-week?partner=yahoo&utm_source=yahoo&utm_medium=financehomepageinvestmentideas&utm_campaign=edgeoverinvestors\"},{\"companyName\":\"SPX Technologies, Inc.\",\"symbol\":\"SPXC\",\"url\":\"https://stockstory.org/high-quality/top-6-to-buy-this-week?partner=yahoo&utm_source=yahoo&utm_medium=financehomepageinvestmentideas&utm_campaign=edgeoverinvestors\"},{\"companyName\":\"Inter Parfums, Inc.\",\"symbol\":\"IPAR\",\"url\":\"https://stockstory.org/high-quality/top-6-to-buy-this-week?partner=yahoo&utm_source=yahoo&utm_medium=financehomepageinvestmentideas&utm_campaign=edgeoverinvestors\"},{\"companyName\":\"American Superconductor Corporation\",\"symbol\":\"AMSC\",\"url\":\"https://stockstory.org/high-quality/top-6-to-buy-this-week?partner=yahoo&utm_source=yahoo&utm_medium=financehomepageinvestmentideas&utm_campaign=edgeoverinvestors\"},{\"companyName\":\"Trinity Industries, Inc.\",\"symbol\":\"TRN\",\"url\":\"https://stockstory.org/high-quality/top-6-to-buy-this-week?partner=yahoo&utm_source=yahoo&utm_medium=financehomepageinvestmentideas&utm_campaign=edgeoverinvestors\"},{\"companyName\":\"The Vita Coco Company, Inc.\",\"symbol\":\"COCO\",\"url\":\"https://stockstory.org/high-quality/top-6-to-buy-this-week?partner=yahoo&utm_source=yahoo&utm_medium=financehomepageinvestmentideas&utm_campaign=edgeoverinvestors\"},{\"companyName\":\"Herc Holdings Inc.\",\"symbol\":\"HRI\",\"url\":\"https://stockstory.org/high-quality/top-6-to-buy-this-week?partner=yahoo&utm_source=yahoo&utm_medium=financehomepageinvestmentideas&utm_campaign=edgeoverinvestors\"},{\"companyName\":\"DoubleVerify Holdings, Inc.\",\"symbol\":\"DV\",\"url\":\"https://stockstory.org/high-quality/top-6-to-buy-this-week?partner=yahoo&utm_source=yahoo&utm_medium=financehomepageinvestmentideas&utm_campaign=edgeoverinvestors\"},{\"companyName\":\"Nikola Corporation\",\"symbol\":\"NKLA\",\"url\":\"https://stockstory.org/high-quality/top-6-to-buy-this-week?partner=yahoo&utm_source=yahoo&utm_medium=financehomepageinvestmentideas&utm_campaign=edgeoverinvestors\"},{\"companyName\":\"Colgate-Palmolive Company\",\"symbol\":\"CL\",\"url\":\"https://stockstory.org/high-quality/top-6-to-buy-this-week?partner=yahoo&utm_source=yahoo&utm_medium=financehomepageinvestmentideas&utm_campaign=edgeoverinvestors\"},{\"companyName\":\"O'Reilly Automotive, Inc.\",\"symbol\":\"ORLY\",\"url\":\"https://stockstory.org/high-quality/top-6-to-buy-this-week?partner=yahoo&utm_source=yahoo&utm_medium=financehomepageinvestmentideas&utm_campaign=edgeoverinvestors\"},{\"companyName\":\"JFrog Ltd.\",\"symbol\":\"FROG\",\"url\":\"https://stockstory.org/high-quality/top-6-to-buy-this-week?partner=yahoo&utm_source=yahoo&utm_medium=financehomepageinvestmentideas&utm_campaign=edgeoverinvestors\"},{\"companyName\":\"FTAI Aviation Ltd.\",\"symbol\":\"FTAI\",\"url\":\"https://stockstory.org/high-quality/top-6-to-buy-this-week?partner=yahoo&utm_source=yahoo&utm_medium=financehomepageinvestmentideas&utm_campaign=edgeoverinvestors\"},{\"companyName\":\"ChargePoint Holdings, Inc.\",\"symbol\":\"CHPT\",\"url\":\"https://stockstory.org/high-quality/top-6-to-buy-this-week?partner=yahoo&utm_source=yahoo&utm_medium=financehomepageinvestmentideas&utm_campaign=edgeoverinvestors\"},{\"companyName\":\"Iteris, Inc.\",\"symbol\":\"ITI\",\"url\":\"https://stockstory.org/high-quality/top-6-to-buy-this-week?partner=yahoo&utm_source=yahoo&utm_medium=financehomepageinvestmentideas&utm_campaign=edgeoverinvestors\"},{\"companyName\":\"Atlassi

an Corporation\",\"symbol\":\"TEAM\",\"url\":\"https://stockstory.org/high-quality/top-6-to-buy-this-week?partner=yahoo&utm_source=yahoo&utm_medium=financehomepageinvestmentideas&utm_campaign=edgeoverinvestors\"},{\"companyName\":\"Doximity, Inc.\",\"symbol\":\"DOCS\",\"url\":\"https://stockstory.org/high-quality/top-6-to-buy-this-week?partner=yahoo&utm_source=yahoo&utm_medium=financehomepageinvestmentideas&utm_campaign=edgeoverinvestors\"},{\"companyName\":\"AutoZone, Inc.\",\"symbol\":\"AZO\",\"url\":\"https://stockstory.org/high-quality/top-6-to-buy-this-week?partner=yahoo&utm_source=yahoo&utm_medium=financehomepageinvestmentideas&utm_campaign=edgeoverinvestors\"},{\"companyName\":\"Vital Farms, Inc.\",\"symbol\":\"VITL\",\"url\":\"https://stockstory.org/high-quality/top-6-to-buy-this-week?partner=yahoo&utm_source=yahoo&utm_medium=financehomepageinvestmentideas&utm_campaign=edgeoverinvestors\"},{\"companyName\":\"UiPath Inc.\",\"symbol\":\"PATH\",\"url\":\"https://stockstory.org/high-quality/top-6-to-buy-this-week?partner=yahoo&utm_source=yahoo&utm_medium=financehomepageinvestmentideas&utm_campaign=edgeoverinvestors\"},{\"companyName\":\"Nextracker Inc.\",\"symbol\":\"NXT\",\"url\":\"https://stockstory.org/high-quality/top-6-to-buy-this-week?partner=yahoo&utm_source=yahoo&utm_medium=financehomepageinvestmentideas&utm_campaign=edgeoverinvestors\"},{\"companyName\":\"Coinbase Global, Inc\",\"symbol\":\"COIN\",\"url\":\"https://stockstory.org/high-quality/top-6-to-buy-this-week?partner=yahoo&utm_source=yahoo&utm_medium=financehomepageinvestmentideas&utm_campaign=edgeoverinvestors\"}],\"excludeProviders\":[\"bloomberg_markets_842\",\"motleyfool.com\",\"marketwatch_hosted_869\",\"wsj.com\",\"Barrons.com\",\"financial_times_premium_news_167\",\"mt_newswires_premium_news_706\",\"the_information_premium_news_383\",\"zacks.com\"]}}}"}</script>

&lt;script type="application/json" data-sveltekit-fetched data-url="/xhr/cds?lang=en-US&amp;region=US&amp;schemaId=tdv2-applet-navrail%3Anested-nav-schema&amp;site=finance-neo-ab" data-hash="186cp8h" data-ttl="14400">{"status":200,"statusText":"OK","headers":{},"body":"{\"name\":\"cdsData\",\"atts\":{\"slot\":1},\"data\":{\"schemaId\":\"tdv2-applet-navrail:nested-nav-schema\",\"context\":{\"site\":\"finance-neo-ab\",\"lang\":\"en-US\",\"region\":\"US\"},\"cdsData\":[{\"name\":\"My Portfolio\",\"url\":\"https://finance.yahoo.com/portfolios\",\"children\":[]},{\"name\":\"News\",\"url\":\"https://finance.yahoo.com/news/\",\"children\":[{\"name\":\"Latest News\",\"url\":\"https://finance.yahoo.com/topic/latest-news/\"},{\"name\":\"Stock Market\",\"url\":\"https://finance.yahoo.com/topic/stock-market-news/\"},{\"name\":\"Originals\",\"url\":\"https://finance.yahoo.com/topic/yahoo-finance-originals/\"},{\"name\":\"The Morning Brief\",\"url\":\"https://finance.yahoo.com/topic/morning-brief/\"},{\"name\":\"Premium News\",\"url\":\"https://finance.yahoo.com/topic/premium-news/\"},{\"name\":\"Economics\",\"url\":\"https://finance.yahoo.com/topic/economic-news/\"},{\"name\":\"Housing\",\"url\":\"https://finance.yahoo.com/topic/housing-market/\"},{\"name\":\"Earnings\",\"url\":\"https://finance.yahoo.com/topic/earnings/\"},{\"name\":\"Tech\",\"url\":\"https://finance.yahoo.com/topic/tech/\"},{\"name\":\"Crypto\",\"url\":\"https://finance.yahoo.com/topic/crypto/\"},{\"name\":\"Biden Economy\",\"url\":\"https://finance.yahoo.com/topic/bidenomics/\"}]},{\"name\":\"Markets\",\"url\":\"https://finance.yahoo.com/markets\",\"children\":[{\"name\":\"Stocks: Most Actives\",\"url\":\"https://finance.yahoo.com/markets/stocks/most-active/\"},{\"name\":\"Stocks: Gainers\",\"url\":\"https://finance.yahoo.com/markets/stocks/gainers/\"},{\"name\":\"Stocks: Losers\",\"url\":\"https://finance.yahoo.com/markets/stocks/losers/\"},{\"name\":\"Trending Tickers\",\"url\":\"https://finance.yahoo.com/markets/stocks/trending/\"},{\"name\":\"Futures\",\"url\":\"https://finance.yahoo.com/markets/commodities/\"},{\"name\":\"World Indices\",\"url\":\"https://finance.yahoo.com/markets/world-indices/\"},{\"name\":\"US Treasury Bonds Rates\",\"url\":\"https://finance.yahoo.com/markets/bonds/\"},{\"name\":\"Currencies\",\"url\":\"https://finance.yahoo.com/markets/currencies/\"},{\"name\":\"Crypto\",\"url\":\"https://finance.yahoo.com/markets/crypto/all/\"},{\"name\":\"Top ETFs\",\"url\":\"https://finance.yahoo.com/markets/etfs/top/\"},{\"name\":\"Top Mutual Funds\",\"url\":\"https://finance.yahoo.com/markets/mutualfunds/top/\"},{\"name\":\"Options: Highest Open Interest\",\"url\":\"https://finance.yahoo.com/markets/options/highest-open-interest/\"},{\"name\":\"Options: Highest Implied Volatility\",\"url\":\"https://finance.yahoo.com/markets/options/highest-implied-volatility/\"},{\"name\":\"Sectors\",\"url\":\"https://finance.yahoo.com/sectors/\"},{\"name\":\"Basic Materials\",\"url\":\"https://finance.yahoo.com/sectors/basic-

172

materials\/\"},{\"name\":\"Communication Services\",\"url\":\"https://finance.yahoo.com/sectors/communication-services\/\"},{\"name\":\"Consumer Cyclical\",\"url\":\"https://finance.yahoo.com/sectors/consumer-cyclical\/\"},{\"name\":\"Consumer Defensive\",\"url\":\"https://finance.yahoo.com/sectors/consumer-defensive\/\"},{\"name\":\"Energy\",\"url\":\"https://finance.yahoo.com/sectors/energy\/\"},{\"name\":\"Financial Services\",\"url\":\"https://finance.yahoo.com/sectors/financial-services\/\"},{\"name\":\"Healthcare\",\"url\":\"https://finance.yahoo.com/sectors/healthcare\/\"},{\"name\":\"Industrials\",\"url\":\"https://finance.yahoo.com/sectors/industrials\/\"},{\"name\":\"Real Estate\",\"url\":\"https://finance.yahoo.com/sectors/real-estate\/\"},{\"name\":\"Technology\",\"url\":\"https://finance.yahoo.com/sectors/technology\/\"},{\"name\":\"Utilities\",\"url\":\"https://finance.yahoo.com/sectors/utilities\/\"}]},{\"name\":\"Research\",\"url\":\"https://finance.yahoo.com/screener\/\",\"children\":[{\"name\":\"Screeners\",\"url\":\"https://finance.yahoo.com/screener\/\"},{\"name\":\"Screeners Beta\",\"url\":\"https://finance.yahoo.com/research-hub/screener\/\",\"openInNewTab\":false},{\"name\":\"Watchlists\",\"url\":\"https://finance.yahoo.com/watchlists\/\"},{\"name\":\"Calendar\",\"url\":\"https://finance.yahoo.com/calendar\/\"},{\"name\":\"Stock Comparison\",\"url\":\"https://finance.yahoo.com/compare\/\"},{\"name\":\"Advanced Chart\",\"url\":\"https://finance.yahoo.com/chart/%5EGSPC\/\"},{\"name\":\"Currency Converter\",\"url\":\"https://finance.yahoo.com/currency-converter\/\"},{\"name\":\"Investment Ideas\",\"url\":\"https://finance.yahoo.com/research/trade-ideas?ncid=dcm_306158753_490172245_127172993\"},{\"name\":\"Research Reports\",\"url\":\"https://finance.yahoo.com/research?ncid=dcm_306158756_490172245_127172993\"}]},{\"name\":\"Personal Finance\",\"url\":\"https://finance.yahoo.com/personal-finance/\",\"children\":[{\"name\":\"Credit Cards\",\"url\":\"https://finance.yahoo.com/personal-finance/credit-cards\/\"},{\"name\":\"Balance Transfer Cards\",\"url\":\"https://finance.yahoo.com/personal-finance/best-credit-card-for-balance-transfer-213356438.html\"},{\"name\":\"Cash-back Cards\",\"url\":\"https://finance.yahoo.com/personal-finance/best-cash-back-credit-cards-220845639.html\"},{\"name\":\"Rewards Cards\",\"url\":\"https://finance.yahoo.com/personal-finance/best-rewards-credit-card-203736692.html\"},{\"name\":\"Travel Cards\",\"url\":\"https://finance.yahoo.com/personal-finance/best-travel-credit-card-203950032.html\"},{\"name\":\"Credit Card Offers\",\"url\":\"https://finance.yahoo.com/personal-finance/best-credit-card-sign-up-bonus-212458984.html\"},{\"name\":\"Banking\",\"url\":\"https://finance.yahoo.com/personal-finance/banking\/\"},{\"name\":\"CD Rates\",\"url\":\"https://finance.yahoo.com/personal-finance/find-best-cd-rates-165749654.html\"},{\"name\":\"Best HYSA\",\"url\":\"https://finance.yahoo.com/personal-finance/best-high-yield-savings-account-203140689.html\"},{\"name\":\"Best Free Checking\",\"url\":\"https://finance.yahoo.com/personal-finance/best-free-checking-accounts-195709452.html\"},{\"name\":\"Student Loans\",\"url\":\"https://finance.yahoo.com/personal-finance/student-loans\/\"},{\"name\":\"Personal Loans\",\"url\":\"https://finance.yahoo.com/personal-finance/personal-loans\/\"},{\"name\":\"Insurance\",\"url\":\"https://finance.yahoo.com/personal-finance/insurance\/\"},{\"name\":\"Car insurance\",\"url\":\"https://finance.yahoo.com/personal-finance/cheap-car-insurance-152307402.html\"},{\"name\":\"Mortgages\",\"url\":\"https://finance.yahoo.com/personal-finance/mortgages\/\"},{\"name\":\"Mortgage Refinancing\",\"url\":\"https://finance.yahoo.com/personal-finance/refinance-mortgage-162831396.html\"},{\"name\":\"Mortgage Calculator\",\"url\":\"https://finance.yahoo.com/personal-finance/calculators/mortgage-calculator\/\"},{\"name\":\"Taxes\",\"url\":\"https://finance.yahoo.com/personal-finance/taxes\/\",\"openInNewTab\":false}]},{\"name\":\"Videos\",\"url\":\"https://finance.yahoo.com/videos\/\",\"children\":[{\"name\":\"Latest News\",\"url\":\"https://finance.yahoo.com/videos/latest\/\"},{\"name\":\"Editor's Picks\",\"url\":\"https://finance.yahoo.com/videos/editor-picks\/\"},{\"name\":\"Investing Insights\",\"url\":\"https://finance.yahoo.com/videos/investing-insights\/\"},{\"name\":\"Trending Stocks\",\"url\":\"https://finance.yahoo.com/videos/trending-stocks\/\"},{\"name\":\"All Shows\",\"url\":\"https://finance.yahoo.com/videos/series\/\"},{\"name\":\"Morning Brief\",\"url\":\"https://finance.yahoo.com/videos/series/morning-brief\/\"},{\"name\":\"Opening Bid\",\"url\":\"https://finance.yahoo.com/videos/series/opening-

bid/\"},{\"name\":\"Wealth\",\"url\":\"https://finance.yahoo.com/videos/series/wealth/\"},{\"name\":\"ETF Report\",\"url\":\"https://finance.yahoo.com/topic/etf-report/\"}]}]}}"}'</script>

                              <script type="application/json" data-sveltekit-fetched data-url="/xhr/ybar?lang=en-US&amp;region=US" data-hash="1f2ua2i" data-ttl="0">{"status":200,"statusText":"OK","headers":{},"body":"{\"assets\":{\"bottom\":{},\"blob\":{{\"type\":\"style\",\"value\":\":root,html[data-color-scheme=dark] [data-maintain-color],html[data-color-theme-enabled] [data-color-scheme=light],html[data-color-theme-enabled][data-color-scheme=light]{--yb-default-font-family:\\\"Helvetica Neue\\\", Helvetica, Tahoma, Geneva, Arial, sans-serif;--yb-fuji2-font-family:\\\"YahooSans VF\\\", YahooSans, \\\"Yahoo Sans\\\", \\\"Helvetica Neue\\\", Helvetica, Arial, sans-serif;--yb-uh3-cond-font-family:\\\"Yahoo Sans Cond\\\", YahooSansCond, \\\"Yahoo Sans\\\", \\\"Helvetica Neue\\\", Helvetica, Arial, sans-serif;--yb-font-regular:400;--yb-font-medium:500;--yb-font-bold:600;--yb-color-att-dark-blue:#0057b8;--yb-color-frontier-red:#c41230;--yb-color-rogers-red:#c41522;--yb-color-a11y-gray:#787679;--yb-barbie:#f80e5d;--yb-barney:#cc008c;--yb-batcave:#232a31;--yb-battleship:#5b636a;--yb-black:#000;--yb-blurple:#5d5eff;--yb-bob:#b0b9c1;--yb-bonsai:#008751;--yb-charcoal:#464e56;--yb-cobalt:#003abc;--yb-denim:#1a0dab;--yb-dirty-seagull:#e0e4e9;--yb-dolphin:#6e7780;--yb-dory:#0f69ff;--yb-gandalf:#979ea8;--yb-grape-jelly:#6001d2;--yb-gray-hair:#f0f3f5;--yb-hulk-pants:#7e1fff;--yb-inkwell:#1d2228;--yb-malbec:#39007d;--yb-marshmallow:#f5f8fa;--yb-midnight:#101518;--yb-mulberry:#5015b0;--yb-pebble:#c7cdd2;--yb-peeps:#7dcbff;--yb-ramones:#2c363f;--yb-sea-foam:#11d3cd;--yb-scooter:#0063eb;--yb-shark:#828a93;--yb-sky:#12a9ff;--yb-smurfette:#188fff;--yb-solo-cup:#eb0f29;--yb-starfish:#7759ff;--yb-swedish-fish:#ff333a;--yb-thanos:#907cff;--yb-turmeric:#ffa700;--yb-white:#fff;--yb-rgb-battleship:91 99 106;--yb-rgb-white:255 255 255;--yb-rgb-blurple:93 94 255;--yb-rgb-starfish:119 89 255;--yb-rgb-hulk-pants:126 31 255;--yb-rgb-grape-jelly:96 1 210;--yb-rgb-peeps:125 203 255;--yb-rgb-sky:18 169 255;--yb-rgb-dory:15 105 255;--yb-rgb-scooter:0 99 235;--yb-rgb-cobalt:0 58 188;--yb-rgb-sea-foam:17 211 205;--yb-battleship-fog:rgb(var(--yb-rgb-battleship) / 10%);--yb-white-fog:rgb(var(--yb-rgb-white) / 10%);--yb-blurple-fog:rgb(var(--yb-rgb-blurple) / 10%);--yb-starfish-fog:rgb(var(--yb-rgb-starfish) / 10%);--yb-hulk-pants-fog:rgb(var(--yb-rgb-hulk-pants) / 10%);--yb-grape-jelly-fog:rgb(var(--yb-rgb-grape-jelly) / 10%);--yb-peeps-fog:rgb(var(--yb-rgb-peeps) / 10%);--yb-sky-fog:rgb(var(--yb-rgb-sky) / 10%);--yb-dory-fog:rgb(var(--yb-rgb-dory) / 10%);--yb-scooter-fog:rgb(var(--yb-rgb-scooter) / 10%);--yb-cobalt-fog:rgb(var(--yb-rgb-cobalt) / 10%);--yb-sea-foam-fog:rgb(var(--yb-rgb-sea-foam) / 10%);--yb-hulk-pants-accent:rgb(var(--yb-rgb-hulk-pants) / 50%);--yb-grape-jelly-accent:rgb(var(--yb-rgb-grape-jelly) / 50%);--yb-sky-accent:rgb(var(--yb-rgb-sky) / 50%);--yb-logo-brand:var(--grape-jelly);--yb-logo-property:var(--yb-batcave);--yb-finance-logo-brand:var(--yb-grape-jelly);--yb-text-primary:var(--yb-batcave);--yb-text-secondary:var(--yb-battleship);--yb-text-mail-primary:var(--yb-grape-jelly);--yb-text-mail-hover:var(--yb-mulberry);--yb-background-color:var(--yb-white);--yb-l2-background-color:var(--yb-marshmallow);--yb-popover-background:var(--yb-white);--yb-tab-focus-accent:var(--yb-grape-jelly-accent);--yb-selected-item-background:var(--yb-marshmallow);--yb-sidenav-close-btn-background:var(--yb-marshmallow);--yb-sidenav-btn-color-hover:var(--yb-grape-jelly);--yb-sidenav-btn-color-active:var(--yb-dirty-seagull);--yb-sidenav-btn-text-active:var(--yb-batcave);--yb-sidenav-finance-plus-icon:var(--yb-svg-icon-color-non-l2);--yb-sidenav-bg:var(--yb-background-color);--yb-moremenu-finance-plus-icon:var(--yb-svg-icon-color-non-l2);--yb-profile-avatar-bg:var(--yb-gray-hair);--yb-profile-panel-hover:var(--yb-dirty-seagull);--yb-profile-alphatar-background:var(--yb-gray-hair);--yb-profile-alphatar-background-pressed:var(--yb-white);--yb-signin-border-color:var(--yb-dirty-seagull);--yb-mail-border-color:var(--yb-grape-jelly);--yb-unread-container-bg:rgb(var(--yb-grape-jelly) / 5%);--yb-profile-character-hover:var(--yb-white);--yb-profile-pressed-state:var(--yb-bob);--yb-profile-character-pressed-state-bg:var(--yb-dirty-seagull);--yb-profile-character-pressed-state-text:var(--yb-batcave);--yb-profile-account-status-container-bg:var(--yb-battleship-fog);--yb-searchbox-bg:var(--yb-gray-hair);--yb-search-btn-hover:#5409b2;--yb-search-faux-icon:var(--yb-batcave);--yb-search-input-box-shadow:0 0 1px 0 rgb(0 0 0 / 0%), 0 1px 0 0 var(--yb-dirty-seagull);--yb-search-assist-primary:var(--yb-batcave);--yb-search-assist-secondary:var(--yb-dolphin);--yb-search-assist-history:#6e329d;--yb-search-assist-history-pc:var(--yb-grape-jelly);--yb-search-assist-back-btn:var(--yb-dory);--yb-search-assist-item-hover-background:var(--yb-marshmallow);--yb-elevation3-box-shadow:0 4px 8px 0 rgb(0 0 0 / 10%), 0 0 1px 0 rgb(0 0 0 / 10%);--yb-elevation4-box-shadow:0 4px 16px 0 rgb(0 0 0 / 20%), 0 0 2px 0 rgb(0 0 0 / 5%);--yb-l2-news-background:linear-gradient(0deg, rgb(255 255 255 / 100%) 0%, rgb(248 250 251 / 100%) 100%);--yb-current-account-fog:var(--yb-dory-fog);--yb-editions-modal-outline:var(--yb-dirty-seagull);--yb-editions-text:var(--yb-dolphin);--yb-cobrand-logos-divider:var(--yb-dirty-seagull);--yb-l2-background-color:var(--uh-l2-background, var(--yb-l2-background-color));--yb-search-carat:var(--uh-search-carat-color, var(--yb-grape-jelly));--yb-l2-divider-color:var(--uh-l2-divider-color, var(--yb-gray-hair));--yb-l2-text-color:var(--uh-l2-text-color, var(--yb-batcave));--yb-default-font:var(--uh-font-family, var(--yb-default-font-family));--yb-fuji2-font:var(--uh-font-family, var(--yb-fuji2-font-family));--yb-uh3-cond-font:var(--uh-font-family, var(--yb-uh3-cond-font-family));--yb-outline:4px solid var(--uh-

tab-focus-color, var(--yb-tab-focus-accent));--yb-search-btn-color:var(--uh-search-btn-color, var(--yb-search-carat));--yb-search-btn-hover-color:var(--uh-search-btn-hover-color, var(--yb-search-btn-hover));--yb-text-hover-color:var(--uh-text-hover-color, var(--yb-sidenav-btn-color-hover));--yb-profile-panel-hover-text:var(--uh-text-hover-color, var(--yb-grape-jelly));--searchbox-transition:border-radius 0s 0.2s ease-out, background-color 0s 0.2s ease-out, box-shadow 0.2s ease-out, padding-left 50ms 150ms ease-out;--yb-property-ruler-color:var(--uh-property-ruler-color, var(--yb-grape-jelly));--yb-svg-icon-color:var(--uh-icon-color, var(--yb-grape-jelly));--yb-svg-icon-color-non-l2:var(--uh-icon-color-non-l2, var(--yb-grape-jelly) );--yb-svg-icon-color-selected:var(--uh-icon-color-selected, var(--yb-white));--yb-mail-bubble-color:var(--uh-mail-bubble-color, var(--yb-grape-jelly));--yb-mail-indicator:var(--yb-profile-panel-hover-text);--yb-mail-indicator-border:1px solid var(--yb-background-color);--yb-mail-count:var(--yb-text-primary);--yb-tap-color:var(--uh-text-hover-color, var(--yb-text-primary));--yb-text-pressed-color:var(--uh-text-pressed-color, var(--yb-mulberry));--yb-l2-margin:var(--uh-l2-margin);--yb-text-shadow:none;--yb-nav-color:var(--yb-text-secondary);--yb-sports-l2-dropdown-hover-bg:#e6e6e6;--yb-sports-l2-dropdown-hover-color:var(--yb-black);--yb-sports-l2-dropdown-focus-bg:#ecf8ff;--yb-nav-selected-color:var(--yb-text-primary);--yb-topnav-bg:var(--yb-batcave);--yb-back-button-fill:var(--yb-batcave);--yb-sa-stock-up:var(--yb-bonsai);--yb-sa-stock-down:var(--yb-solo-cup);--yb-sa-flight-label-border:1px solid var(--yb-dirty-seagull);--yb-sa-flight-label-positive:var(--yb-bonsai);--yb-sa-flight-label-negative:var(--yb-solo-cup);--yb-popover-border:1px solid #d8dade;--yb-popover-border-radius:4px;--yb-popover-shadow:0 2px 8px 0 rgb(0 0 0 / 36%);--yb-yns-title:var(--batcave);--yb-l2-nav-selected:var(--yb-grape-jelly);--yb-l2-nav-dropdown-focus:var(--yb-text-hover-color);--yb-mail-icon-text:var(--yb-batcave);--yb-mail-signin-link:#0078ff;--yb-light-img-logo-display:block;--yb-dark-img-logo-display:none;--yb-account-item-border:#d8dade;--yb-account-item-hover-bg:rgb(227 236 248);--yb-account-info-bg:#ededf3;--yb-account-menu-item:var(--yb-white);--yb-account-link:var(--yb-smurfette);--yb-account-text:#26282a;--yb-editions-button:var(--yb-marshmallow);--yb-editions-modal-background:var(--yb-white);--yb-mobile-search-carat:var(--uh-search-carat-color, var(--yb-dory));--yb-dialpad:var(--yb-black);--yb-dialpad-label-text:#1b1b1b;--yb-dialpad-regular:#1d1d1d;--yb-dialpad-focus-background:#F1F2FF;--yb-dialpad-hover:rgba(43, 53, 217, 0.45);--yb-dialpad-icon:#626262;--yb-dialpad-icon-hover:#1d1d1f;--yb-poweredby-container-bg:var(--yb-marshmallow);--yb-poweredby-text:var(--yb-black);--yb-l1-selected-color:var(--uh-l1-selected-color, var(--yb-text-primary));--yb-l1-selected-font-weight:var(--uh-l1-selected-font-weight, var(--yb-font-bold));--yb-l1-selected-hover-color:var(--uh-l1-selected-hover-color, var(--yb-text-primary));--yb-visual-viewport-height:100vh;--yb-sa-height-max:auto;--yb-sa-height-min:auto}html[data-color-theme-enabled],html[data-color-scheme=dark],html[data-color-theme-enabled] [data-color-scheme=dark]{--yb-sea-foam-fog:rgb(var(--yb-rgb-sea-foam) / 20%);--yb-cobalt-fog:rgb(var(--yb-rgb-cobalt) / 30%);--yb-scooter-fog:rgb(var(--yb-rgb-scooter) / 30%);--yb-dory-fog:rgb(var(--yb-rgb-dory) / 30%);--yb-sky-fog:rgb(var(--yb-rgb-sky) / 30%);--yb-peeps-fog:rgb(var(--yb-rgb-peeps) / 30%);--yb-grape-jelly-fog:rgb(var(--yb-rgb-grape-jelly) / 30%);--yb-hulk-pants-fog:rgb(var(--yb-rgb-hulk-pants) / 30%);--yb-starfish-fog:rgb(var(--yb-rgb-starfish) / 30%);--yb-blurple-fog:rgb(var(--yb-rgb-blurple) / 30%);--yb-logo-brand:var(--yb-white);--yb-logo-property:rgb(255 255 255 / 70%);--yb-finance-logo-brand:#B896E1;--yb-text-primary:var(--yb-gray-hair);--yb-text-secondary:var(--yb-bob);--yb-text-mail-primary:var(--yb-sky);--yb-text-mail-hover:var(--yb-sky);--yb-background-color:var(--yb-midnight);--yb-l2-background-color:transparent;--yb-popover-background:var(--yb-batcave);--yb-tab-focus-accent:var(--yb-sky-accent);--yb-selected-item-background:var(--yb-inkwell);--yb-sidenav-close-btn-background:var(--yb-batcave);--yb-sidenav-btn-color-hover:var(--yb-sky);--yb-sidenav-btn-color-active:var(--yb-inkwell));--yb-sidenav-btn-text-active:var(--yb-bob);--yb-sidenav-finance-plus-icon:var(--yb-white);--yb-moremenu-finance-plus-icon:var(--yb-white);--yb-profile-avatar-bg:var(--yb-ramones);--yb-profile-panel-hover:var(--yb-ramones);--yb-profile-alphatar-background:var(--yb-ramones);--yb-profile-alphatar-background-pressed:var(--yb-batcave);--yb-signin-border-color:var(--yb-gandalf);--yb-mail-border-color:var(--yb-sky);--yb-profile-character-hover:var(--yb-midnight);--yb-profile-pressed-state:var(--yb-battleship);--yb-profile-character-pressed-state-bg:var(--yb-inkwell);--yb-profile-character-pressed-state-text:var(--yb-bob);--yb-profile-account-status-container-bg:var(--yb-white-fog);--yb-searchbox-bg:var(--yb-batcave);--yb-search-btn-hover:var(--yb-dory);--yb-search-faux-icon:var(--yb-marshmallow);--yb-search-input-box-shadow:0 0 1px 0 rgb(0 0 0 / 0%), 0 1px 0 0 var(--yb-midnight);--yb-search-assist-primary:var(--yb-marshmallow);--yb-search-assist-secondary:var(--yb-bob);--yb-search-assist-history:var(--yb-thanos);--yb-search-assist-history-pc:#be8fff;--yb-search-assist-back-btn:var(--yb-sky);--yb-search-assist-item-hover-background:var(--yb-ramones);--yb-elevation3-box-shadow:0 4px 8px 0 rgb(0 0 0 / 90%), 0 0 1px 0 rgb(0 0 0 / 92%);--yb-elevation4-box-shadow:0 4px 16px 0 rgb(0 0 0 / 80%), 0 0 2px 0 rgb(0 0 0 / 95%);--yb-l2-news-background:var(--yb-midnight);--yb-current-account-fog:var(--yb-white-fog);--yb-mail-count:var(--yb-sky);--yb-sports-l2-dropdown-hover-bg:var(--yb-selected-item-background);--yb-sports-l2-dropdown-hover-color:var(--yb-text-hover-color);--yb-sports-l2-dropdown-focus-bg:var(--yb-selected-item-background);--yb-topnav-bg:var(--yb-starfish);--yb-back-button-fill:var(--yb-white);--yb-sa-stock-up:#21d87d;--yb-sa-stock-down:#fc7a6e;--yb-sa-flight-label-border:1px solid var(--yb-marshmallow);--yb-sa-

flight-label-positive:#1ac567;--yb-sa-flight-label-negative:#ff5257;--yb-popover-border:none;--yb-popover-border-radius:8px;--yb-popover-shadow:0 4px 8px 0 rgb(0 0 0 / 9%), 0 0 1px 0 rgb(0 0 0 / 9%);--yb-yns-title:var(--yb-marshmallow);--yb-l2-nav-selected:var(--yb-white);--yb-l2-nav-dropdown-focus:var(--yb-white);--yb-mail-icon-text:var(--yb-thanos);--yb-mail-signin-link:var(--yb-gray-hair);--yb-light-img-logo-display:none;--yb-dark-img-logo-display:block;--yb-account-item-border:var(--yb-inkwell);--yb-account-item-hover-bg:var(--yb-gandalf);--yb-account-info-bg:transparent;--yb-account-menu-item:var(--yb-inkwell);--yb-account-link:var(--yb-account-text);--yb-account-text:var(--yb-gray-hair);--yb-editions-button:var(--yb-selected-item-background);--yb-editions-modal-background:var(--yb-inkwell);--yb-editions-modal-outline:var(--yb-battleship);--yb-editions-text:var(--yb-gandalf);--yb-cobrand-logos-divider:var(--yb-gandalf);--yb-unread-container-bg:#06334d;--yb-l2-background:var(--yb-l2-background-color));--yb-search-carat:var(--uh-search-carat-color, var(--yb-sky));--yb-l2-divider-color:var(--uh-l2-divider-color, var(--yb-sky));--yb-l2-text-color:var(--uh-l2-text-color, var(--yb-text-primary));--yb-default-font:var(--uh-font-family, var(--yb-default-font-family));--yb-fuji2-font:var(--uh-font-family, var(--yb-fuji2-font-family));--yb-uh3-cond-font:var(--uh-font-family, var(--yb-uh3-cond-font-family));--yb-outline:4px solid var(--uh-tab-focus-color, var(--yb-tab-focus-accent));--yb-search-btn-color:var(--uh-search-btn-color, var(--yb-search-carat));--yb-search-btn-hover-color:var(--uh-search-btn-hover-color, var(--yb-search-btn-hover));--yb-text-hover-color:var(--uh-text-hover-color, var(--yb-sidenav-btn-color-hover));--yb-profile-panel-hover-text:var(--uh-text-hover-color, var(--yb-text-primary));--yb-property-ruler-color:var(--uh-property-ruler-color, var(--yb-sky));--yb-svg-icon-color:var(--uh-icon-color, var(--yb-white));--yb-svg-icon-color-non-l2:var(--uh-icon-color-non-l2, var(--yb-sky));--yb-svg-icon-color-selected:var(--uh-icon-color-selected, var(--yb-batcave));--yb-mail-bubble-color:var(--uh-mail-bubble-color, var(--yb-sky));--yb-tap-color:var(--uh-text-hover-color, var(--yb-text-primary));--yb-text-pressed-color:var(--uh-text-pressed-color, #1289ff);--yb-l2-margin:var(--uh-l2-margin);--yb-mobile-search-carat:var(--uh-search-carat-color, var(--yb-sky));--yb-dialpad:var(--yb-white);--yb-dialpad-label-text:var(--yb-bob);--yb-dialpad-regular:#F0F3F5;--yb-dialpad-focus-background:#414364;--yb-dialpad-hover:#96A1FF;--yb-dialpad-icon:#ffffff;--yb-dialpad-icon-hover:#96A1FF;--yb-poweredby-container-bg:var(--yb-batcave);--yb-poweredby-text:var(--yb-white);--yb-l1-selected-color:var(--uh-l1-selected-color, var(--yb-text-primary));--yb-l1-selected-font-weight:var(--uh-l1-selected-font-weight, var(--yb-font-bold));--yb-l1-selected-hover-color:var(--uh-l1-selected-hover-color, var(--yb-text-primary))}html[data-color-theme-enabled][data-color-scheme=transparent],html[data-color-theme-enabled] [data-color-scheme=transparent]{--yb-sea-foam-fog:rgb(var(--yb-rgb-sea-foam) / 20%);--yb-cobalt-fog:rgb(var(--yb-rgb-cobalt) / 30%);--yb-scooter-fog:rgb(var(--yb-rgb-scooter) / 30%);--yb-dory-fog:rgb(var(--yb-rgb-dory) / 30%);--yb-sky-fog:rgb(var(--yb-rgb-sky) / 30%);--yb-peeps-fog:rgb(var(--yb-rgb-peeps) / 30%);--yb-grape-jelly-fog:rgb(var(--yb-rgb-grape-jelly) / 30%);--yb-hulk-pants-fog:rgb(var(--yb-rgb-hulk-pants) / 30%);--yb-starfish-fog:rgb(var(--yb-rgb-starfish) / 30%);--yb-blurple-fog:rgb(var(--yb-rgb-blurple) / 30%);--yb-logo-brand:var(--yb-white);--yb-logo-property:rgb(255 255 255 / 70%);--yb-finance-logo-brand:#B896E1;--yb-text-primary:var(--yb-white);--yb-text-secondary:var(--yb-bob);--yb-text-mail-primary:var(--yb-sky);--yb-text-mail-hover:var(--yb-sky);--yb-background-color:rgba(16, 21, 24, 0.5);--yb-l2-background-color:transparent;--yb-popover-background:var(--yb-batcave);--yb-tab-focus-accent:var(--yb-sky-accent);--yb-selected-item-background:var(--yb-inkwell);--yb-sidenav-close-btn-background:var(--yb-batcave);--yb-sidenav-btn-color-hover:var(--yb-sky);--yb-sidenav-btn-color-active:var(--yb-inkwell);--yb-sidenav-btn-text-active:var(--yb-bob);--yb-sidenav-finance-plus-icon:var(--yb-white);--yb-sidenav-bg:rgba(16, 21, 24, 0.6);--yb-moremenu-finance-plus-icon:var(--yb-white);--yb-profile-avatar-bg:var(--yb-ramones);--yb-profile-panel-hover:var(--yb-ramones);--yb-profile-alphatar-background:var(--yb-ramones);--yb-profile-alphatar-background-pressed:var(--yb-batcave);--yb-signin-border-color:var(--yb-gandalf);--yb-mail-border-color:var(--yb-sky);--yb-profile-character-hover:var(--yb-midnight);--yb-profile-pressed-state:var(--yb-battleship);--yb-profile-character-pressed-state-bg:var(--yb-inkwell);--yb-profile-character-pressed-state-text:var(--yb-bob);--yb-profile-account-status-container-bg:var(--yb-white-fog);--yb-searchbox-bg:rgba(35, 42, 49, 0.50);--yb-search-btn-hover:var(--yb-dory);--yb-search-faux-icon:var(--yb-marshmallow);--yb-search-input-box-shadow:0 0 1px 0 rgb(0 0 0 / 0%), 0 1px 0 0 var(--yb-midnight);--yb-search-assist-primary:var(--yb-marshmallow);--yb-search-assist-secondary:var(--yb-bob);--yb-search-assist-history:var(--yb-thanos);--yb-search-assist-history-pc:#be8fff;--yb-search-assist-back-btn:var(--yb-sky);--yb-search-assist-item-hover-background:var(--yb-ramones);--yb-elevation3-box-shadow:none;--yb-elevation4-box-shadow:0 4px 16px 0 rgb(0 0 0 / 80%), 0 0 2px 0 rgb(0 0 0 / 95%);--yb-l2-news-background:initial;--yb-current-account-fog:var(--yb-white-fog);--yb-mail-indicator:var(--yb-batcave);--yb-mail-indicator-border:1px solid var(--yb-white);--yb-mail-count:var(--yb-white);--yb-text-shadow:0px 0px 1px rgba(0, 0, 0, 0.50), 0px 2px 4px rgba(0, 0, 0, 0.40);--yb-nav-color:var(--yb-text-primary);--yb-sports-l2-dropdown-hover-bg:var(--yb-selected-item-background);--yb-sports-l2-dropdown-hover-color:var(--yb-text-hover-color);--yb-nav-selected-color:var(--yb-white);--yb-sports-l2-dropdown-focus-bg:var(--yb-selected-item-background);--yb-topnav-bg:var(--yb-starfish);--yb-back-button-fill:var(--yb-white);--yb-sa-stock-up:#21d87d;--yb-sa-stock-down:#fc7a6e;--yb-sa-flight-label-

border:1px solid var(--yb-marshmallow);--yb-sa-flight-label-positive:#1ac567;--yb-sa-flight-label-negative:#ff5257;--yb-popover-border:none;--yb-popover-border-radius:8px;--yb-popover-shadow:0 4px 8px 0 rgb(0 0 0 / 9%), 0 0 1px 0 rgb(0 0 0 / 9%);--yb-yns-title:var(--yb-marshmallow);--yb-l2-nav-selected:var(--yb-white);--yb-l2-nav-dropdown-focus:var(--yb-white);--yb-mail-icon-text:var(--yb-thanos);--yb-mail-signin-link:var(--yb-gray-hair);--yb-light-img-logo-display:none;--yb-dark-img-logo-display:block;--yb-account-item-border:var(--yb-inkwell);--yb-account-item-hover-bg:var(--yb-gandalf);--yb-account-info-bg:transparent;--yb-account-menu-item:var(--yb-inkwell);--yb-account-link:var(--yb-account-text);--yb-account-text:var(--yb-gray-hair);--yb-editions-button:var(--yb-selected-item-background);--yb-editions-modal-background:var(--yb-inkwell);--yb-cobrand-logos-divider:var(--yb-gandalf);--yb-icon-filter:drop-shadow(0 1px 2px rgb(0 0 0 / 40%));--yb-transparent-popover-background:rgba(16, 21, 24, 0.8);--yb-transparent-popover-backdrop-filter:blur(4px);--yb-transparent-popover-box-shadow:0 4px 8px 0 rgb(0 0 0 / 10%), 0 0 1px 0 rgb(0 0 0 / 10%);--yb-unread-container-bg:#06334d;--yb-l2-background:var(--uh-l2-background, var(--yb-l2-background-color));--yb-search-carat:var(--uh-search-carat-color, var(--yb-sky));--yb-l2-divider-color:var(--uh-l2-divider-color, var(--yb-sky));--yb-l2-text-color:var(--uh-l2-text-color, var(--yb-text-primary));--yb-default-font:var(--uh-font-family, var(--yb-default-font-family));--yb-fuji2-font:var(--uh-font-family, var(--yb-fuji2-font-family));--yb-uh3-cond-font:var(--uh-font-family, var(--yb-uh3-cond-font-family));--yb-outline:4px solid var(--uh-tab-focus-color, var(--yb-tab-focus-accent));--yb-search-btn-color:var(--uh-search-btn-color, var(--yb-search-carat));--yb-search-btn-hover-color:var(--uh-search-btn-hover-color, var(--yb-search-btn-hover));--yb-text-hover-color:var(--uh-text-hover-color, var(--yb-sidenav-btn-color-hover));--yb-profile-panel-hover-text:var(--uh-text-hover-color, var(--yb-sky));--yb-property-ruler-color:var(--uh-property-ruler-color, var(--yb-sky));--yb-svg-icon-color:var(--uh-icon-color, var(--yb-white));--yb-svg-icon-color-non-l2:var(--uh-icon-color-non-l2, var(--yb-white));--yb-svg-icon-color-selected:var(--uh-icon-color-selected, var(--yb-batcave));--yb-mail-bubble-color:var(--uh-mail-bubble-color, var(--yb-sky));--yb-tap-color:var(--uh-text-hover-color, var(--yb-text-primary));--yb-text-pressed-color:var(--uh-text-pressed-color, #1289ff);--yb-l2-margin:var(--uh-l2-margin);--yb-mobile-search-carat:var(--uh-search-carat-color, var(--yb-sky));--yb-l1-selected-color:var(--uh-l1-selected-color, var(--yb-text-primary));--yb-l1-selected-font-weight:var(--uh-l1-selected-font-weight, var(--yb-font-bold));--yb-l1-selected-hover-color:var(--uh-l1-selected-hover-color, var(--yb-text-primary))}@media (prefers-color-scheme:dark){html[data-color-theme-enabled]{--yb-sea-foam-fog:rgb(var(--yb-rgb-sea-foam) / 20%);--yb-cobalt-fog:rgb(var(--yb-rgb-cobalt) / 30%);--yb-scooter-fog:rgb(var(--yb-rgb-scooter) / 30%);--yb-dory-fog:rgb(var(--yb-rgb-dory) / 30%);--yb-sky-fog:rgb(var(--yb-rgb-sky) / 30%);--yb-peeps-fog:rgb(var(--yb-rgb-peeps) / 30%);--yb-grape-jelly-fog:rgb(var(--yb-rgb-grape-jelly) / 30%);--yb-hulk-pants-fog:rgb(var(--yb-rgb-hulk-pants) / 30%);--yb-starfish-fog:rgb(var(--yb-rgb-starfish) / 30%);--yb-blurple-fog:rgb(var(--yb-rgb-blurple) / 30%);--yb-logo-brand:var(--yb-white);--yb-logo-property:rgb(255 255 255 / 70%);--yb-finance-logo-brand:#B896E1;--yb-text-primary:var(--yb-gray-hair);--yb-text-secondary:var(--yb-bob);--yb-text-mail-primary:var(--yb-sky);--yb-text-mail-hover:var(--yb-sky);--yb-background-color:var(--yb-midnight);--yb-l2-background-color:transparent;--yb-popover-background:var(--yb-batcave);--yb-tab-focus-accent:var(--yb-sky-accent);--yb-selected-item-background:var(--yb-inkwell);--yb-sidenav-close-btn-background:var(--yb-batcave);--yb-sidenav-btn-color-hover:var(--yb-sky);--yb-sidenav-btn-color-active:var(--yb-inkwell);--yb-sidenav-btn-text-active:var(--yb-bob);--yb-sidenav-finance-plus-icon:var(--yb-white);--yb-moremenu-finance-plus-icon:var(--yb-white);--yb-profile-avatar-bg:var(--yb-ramones);--yb-profile-panel-hover:var(--yb-ramones);--yb-profile-alphatar-background:var(--yb-ramones);--yb-profile-alphatar-background-pressed:var(--yb-batcave);--yb-signin-border-color:var(--yb-gandalf);--yb-mail-border-color:var(--yb-sky);--yb-profile-character-hover:var(--yb-midnight);--yb-profile-pressed-state:var(--yb-battleship);--yb-profile-character-pressed-state-bg:var(--yb-inkwell);--yb-profile-character-pressed-state-text:var(--yb-bob);--yb-profile-account-status-container-bg:var(--yb-white-fog);--yb-searchbox-bg:var(--yb-batcave);--yb-search-btn-hover:var(--yb-dory);--yb-search-faux-icon:var(--yb-marshmallow);--yb-search-input-box-shadow:0 0 1px 0 rgb(0 0 0 / 0%), 0 1px 0 0 var(--yb-midnight);--yb-search-assist-primary:var(--yb-marshmallow);--yb-search-assist-secondary:var(--yb-bob);--yb-search-assist-history:var(--yb-thanos);--yb-search-assist-history-pc:#be8fff;--yb-search-assist-back-btn:var(--yb-sky);--yb-search-assist-item-hover-background:var(--yb-ramones);--yb-elevation3-box-shadow:0 4px 8px 0 rgb(0 0 0 / 90%), 0 0 1px 0 rgb(0 0 0 / 92%);--yb-elevation4-box-shadow:0 4px 16px 0 rgb(0 0 0 / 80%), 0 0 2px 0 rgb(0 0 0 / 95%);--yb-l2-news-background:var(--yb-midnight);--yb-current-account-fog:var(--yb-white-fog);--yb-mail-count:var(--yb-sky);--yb-sports-l2-dropdown-hover-bg:var(--yb-selected-item-background);--yb-sports-l2-dropdown-hover-color:var(--yb-text-hover-color);--yb-sports-l2-dropdown-focus-bg:var(--yb-selected-item-background);--yb-topnav-bg:var(--yb-starfish);--yb-back-button-fill:var(--yb-white);--yb-sa-stock-up:#21d87d;--yb-sa-stock-down:#fc7a6e;--yb-sa-flight-label-border:1px solid var(--yb-marshmallow);--yb-sa-flight-label-positive:#1ac567;--yb-sa-flight-label-negative:#ff5257;--yb-popover-border:none;--yb-popover-border-radius:8px;--yb-popover-shadow:0 4px 8px 0 rgb(0 0 0 / 9%), 0 0 1px 0 rgb(0 0 0 / 9%);--yb-yns-title:var(--yb-marshmallow);--yb-l2-nav-selected:var(--yb-white);--yb-l2-nav-dropdown-focus:var(--yb-

white);--yb-mail-icon-text:var(--yb-thanos);--yb-mail-signin-link:var(--yb-gray-hair);--yb-light-img-logo-display:none;--yb-dark-img-logo-display:block;--yb-account-item-border:var(--yb-inkwell);--yb-account-item-hover-bg:var(--yb-gandalf);--yb-account-info-bg:transparent;--yb-account-menu-item:var(--yb-inkwell);--yb-account-link:var(--yb-account-text);--yb-account-text:var(--yb-gray-hair);--yb-editions-button:var(--yb-selected-item-background);--yb-editions-modal-background:var(--yb-inkwell);--yb-editions-modal-outline:var(--yb-battleship);--yb-editions-text:var(--yb-gandalf);--yb-cobrand-logos-divider:var(--yb-gandalf);--yb-unread-container-bg:#06334d;--yb-l2-background:var(--uh-l2-background, var(--yb-l2-background-color));--yb-search-carat:var(--uh-search-carat-color, var(--yb-sky));--yb-l2-divider-color:var(--uh-l2-divider-color, var(--yb-sky));--yb-l2-text-color:var(--uh-l2-text-color, var(--yb-text-primary));--yb-default-font:var(--uh-font-family, var(--yb-default-font-family));--yb-fuji2-font:var(--uh-font-family, var(--yb-fuji2-font-family));--yb-uh3-cond-font:var(--uh-font-family, var(--yb-uh3-cond-font-family));--yb-outline:4px solid var(--uh-tab-focus-color, var(--yb-tab-focus-accent));--yb-search-btn-color:var(--uh-search-btn-color, var(--yb-search-carat));--yb-search-btn-hover-color:var(--uh-search-btn-hover-color, var(--yb-search-btn-hover));--yb-text-hover-color:var(--uh-text-hover-color, var(--yb-sidenav-btn-color-hover));--yb-profile-panel-hover-text:var(--uh-text-hover-color, var(--yb-sky));--yb-property-ruler-color:var(--uh-property-ruler-color, var(--yb-sky));--yb-svg-icon-color:var(--uh-icon-color, var(--yb-white));--yb-svg-icon-color-non-l2:var(--uh-icon-color-non-l2, var(--yb-white));--yb-svg-icon-color-selected:var(--uh-icon-color-selected, var(--yb-mail-bubble-color));--yb-mail-bubble-color:var(--yb-sky));--yb-tap-color:var(--uh-text-hover-color, var(--yb-text-primary));--yb-text-pressed-color:var(--uh-text-pressed-color, #1289ff);--yb-l2-margin:var(--uh-l2-margin);--yb-mobile-search-carat:var(--uh-search-carat-color, var(--yb-sky));--yb-dialpad:var(--yb-white);--yb-dialpad-label-text:var(--yb-bob);--yb-dialpad-regular:#F0F3F5;--yb-dialpad-focus-background:#414364;--yb-dialpad-hover:#96A1FF;--yb-dialpad-icon:#ffffff;--yb-dialpad-icon-hover:#96A1FF;--yb-poweredby-container-bg:var(--yb-batcave);--yb-poweredby-text:var(--yb-white);--yb-l1-selected-color:var(--uh-l1-selected-color, var(--yb-text-primary));--yb-l1-selected-font-weight:var(--uh-l1-selected-font-weight, var(--yb-font-bold));--yb-l1-selected-hover-color:var(--uh-l1-selected-hover-color, var(--yb-text-primary))}html[data-color-theme-enabled] [data-maintain-color]{--yb-barbie:#f80e5d;--yb-barney:#cc008c;--yb-batcave:#232a31;--yb-battleship:#5b636a;--yb-black:#000;--yb-blurple:#5d5eff;--yb-bob:#b0b9c1;--yb-bonsai:#008751;--yb-charcoal:#464e56;--yb-cobalt:#003abc;--yb-denim:#1a0dab;--yb-dirty-seagull:#e0e4e9;--yb-dolphin:#6e7780;--yb-dory:#0f69ff;--yb-gandalf:#979ea8;--yb-grape-jelly:#6001d2;--yb-gray-hair:#f0f3f5;--yb-hulk-pants:#7e1fff;--yb-inkwell:#1d2228;--yb-malbec:#39007d;--yb-marshmallow:#f5f8fa;--yb-midnight:#101518;--yb-mulberry:#5015b0;--yb-pebble:#c7cdd2;--yb-peeps:#7dcbff;--yb-ramones:#2c363f;--yb-sea-foam:#11d3cd;--yb-scooter:#0063eb;--yb-shark:#828a93;--yb-sky:#12a9ff;--yb-smurfette:#188fff;--yb-solo-cup:#eb0f29;--yb-starfish:#7759ff;--yb-swedish-fish:#ff333a;--yb-thanos:#907cff;--yb-turmeric:#ffa700;--yb-white:#fff;--yb-rgb-battleship:91 99 106;--yb-rgb-white:255 255 255;--yb-rgb-blurple:93 94 255;--yb-rgb-starfish:119 89 255;--yb-rgb-hulk-pants:126 31 255;--yb-rgb-grape-jelly:96 1 210;--yb-rgb-peeps:125 203 255;--yb-rgb-sky:18 169 255;--yb-rgb-dory:15 105 255;--yb-rgb-scooter:0 99 235;--yb-rgb-cobalt:0 58 188;--yb-rgb-sea-foam:17 211 205;--yb-battleship-fog:rgb(var(--yb-rgb-battleship) / 10%);--yb-white-fog:rgb(var(--yb-rgb-white) / 10%);--yb-blurple-fog:rgb(var(--yb-rgb-blurple) / 10%);--yb-starfish-fog:rgb(var(--yb-rgb-starfish) / 10%);--yb-hulk-pants-fog:rgb(var(--yb-rgb-hulk-pants) / 10%);--yb-grape-jelly-fog:rgb(var(--yb-rgb-grape-jelly) / 10%);--yb-peeps-fog:rgb(var(--yb-rgb-peeps) / 10%);--yb-sky-fog:rgb(var(--yb-rgb-sky) / 10%);--yb-dory-fog:rgb(var(--yb-rgb-dory) / 10%);--yb-scooter-fog:rgb(var(--yb-rgb-scooter) / 10%);--yb-cobalt-fog:rgb(var(--yb-rgb-cobalt) / 10%);--yb-sea-foam-fog:rgb(var(--yb-rgb-sea-foam) / 10%);--yb-hulk-pants-accent:rgb(var(--yb-rgb-hulk-pants) / 50%);--yb-grape-jelly-accent:rgb(var(--yb-rgb-grape-jelly) / 50%);--yb-sky-accent:rgb(var(--yb-rgb-sky) / 50%);--yb-logo-brand:var(--yb-grape-jelly);--yb-logo-property:var(--yb-batcave);--yb-finance-logo-brand:var(--yb-grape-jelly);--yb-text-primary:var(--yb-batcave);--yb-text-secondary:var(--yb-battleship);--yb-text-mail-primary:var(--yb-grape-jelly);--yb-text-mail-hover:var(--yb-mulberry);--yb-background-color:var(--yb-white);--yb-l2-background-color:var(--yb-marshmallow);--yb-popover-background:var(--yb-white);--yb-tab-focus-accent:var(--yb-grape-jelly-accent);--yb-selected-item-background:var(--yb-marshmallow);--yb-sidenav-close-btn-background:var(--yb-marshmallow);--yb-sidenav-btn-color-hover:var(--yb-grape-jelly);--yb-sidenav-btn-text-active:var(--yb-batcave);--yb-sidenav-finance-plus-icon:var(--yb-svg-icon-color-non-l2);--yb-sidenav-bg:var(--yb-background-color);--yb-moremenu-finance-plus-icon:var(--yb-svg-icon-color-non-l2);--yb-profile-avatar-bg:var(--yb-gray-hair);--yb-profile-panel-hover:var(--yb-dirty-seagull);--yb-profile-alphatar-background:var(--yb-gray-hair);--yb-profile-alphatar-background-pressed:var(--yb-white);--yb-signin-border-color:var(--yb-dirty-seagull);--yb-mail-border-color:var(--yb-grape-jelly);--yb-unread-container-bg:rgb(var(--yb-rgb-grape-jelly) / 5%);--yb-profile-character-hover:var(--yb-white);--yb-profile-pressed-state:var(--yb-bob);--yb-profile-character-pressed-state-bg:var(--yb-dirty-seagull);--yb-profile-character-pressed-state-text:var(--yb-batcave);--yb-profile-account-status-container-bg:var(--yb-battleship-fog);--yb-searchbox-bg:var(--yb-gray-hair);--yb-search-btn-hover:#5409b2;--yb-search-faux-icon:var(--yb-batcave);--yb-search-input-box-shadow:0 0 1px 0 rgb(0 0 0 /

0%), 0 1px 0 0 var(--yb-dirty-seagull);--yb-search-assist-primary:var(--yb-batcave);--yb-search-assist-secondary:var(--yb-dolphin);--yb-search-assist-history:#6e329d;--yb-search-assist-history-pc:var(--yb-grape-jelly);--yb-search-assist-back-btn:var(--yb-dory);--yb-search-assist-item-hover-background:var(--yb-marshmallow);--yb-elevation3-box-shadow:0 4px 8px 0 rgb(0 0 0 / 10%), 0 0 1px 0 rgb(0 0 0 / 10%);--yb-elevation4-box-shadow:0 4px 16px 0 rgb(0 0 0 / 20%), 0 0 2px 0 rgb(0 0 0 / 5%);--yb-l2-news-background:linear-gradient(0deg, rgb(255 255 255 / 100%) 0%, rgb(248 250 251 / 100%) 100%);--yb-current-account-fog:var(--yb-dory-fog);--yb-editions-modal-outline:var(--yb-dirty-seagull);--yb-editions-text:var(--yb-dolphin);--yb-cobrand-logos-divider:var(--yb-dirty-seagull);--yb-l2-background:var(--uh-l2-background, var(--yb-l2-background-color));--yb-search-carat:var(--uh-search-carat-color, var(--yb-grape-jelly));--yb-l2-divider-color:var(--uh-l2-divider-color, var(--yb-gray-hair));--yb-l2-text-color:var(--uh-l2-text-color, var(--yb-batcave));--yb-default-font:var(--uh-font-family, var(--yb-default-font-family));--yb-fuji2-font:var(--uh-font-family, var(--yb-fuji2-font-family));--yb-uh3-cond-font:var(--uh-font-family, var(--yb-uh3-cond-font-family));--yb-outline:4px solid var(--uh-tab-focus-color, var(--yb-tab-focus-accent));--yb-search-btn-color:var(--uh-search-btn-color, var(--yb-search-carat));--yb-search-btn-hover-color:var(--uh-search-btn-hover-color, var(--yb-search-btn-hover));--yb-text-hover-color:var(--uh-text-hover-color, var(--yb-sidenav-btn-color-hover));--yb-profile-panel-hover-text:var(--uh-text-hover-color, var(--yb-grape-jelly));--yb-searchbox-transition:border-radius 0s 0.2s ease-out, background-color 0s 0.2s ease-out, box-shadow 0.2s ease-out, padding-left 50ms 150ms ease-out;--yb-property-ruler-color:var(--uh-property-ruler-color, var(--yb-grape-jelly));--yb-svg-icon-color:var(--uh-icon-color, var(--yb-grape-jelly));--yb-svg-icon-color-non-l2:var(--uh-icon-color-non-l2, var(--yb-grape-jelly) );--yb-svg-icon-color-selected:var(--uh-icon-color-selected, var(--yb-white));--yb-mail-bubble-color:var(--uh-mail-bubble-color, var(--yb-grape-jelly));--yb-mail-indicator:var(--yb-profile-panel-hover-text);--yb-mail-indicator-border:1px solid var(--yb-mail-background-color);--yb-mail-count:var(--yb-text-primary);--yb-tap-color:var(--uh-text-hover-color, var(--yb-text-primary));--yb-text-pressed-color:var(--uh-text-pressed-color, var(--yb-mulberry));--yb-l2-margin:var(--uh-l2-margin);--yb-text-shadow:none;--yb-nav-color:var(--yb-text-secondary);--yb-sports-l2-dropdown-hover-bg:#e6e6e6;--yb-sports-l2-dropdown-hover-color:var(--yb-black);--yb-sports-l2-dropdown-focus-bg:#ecf8ff;--yb-nav-selected-color:var(--yb-text-primary);--yb-topnav-bg:var(--yb-batcave);--yb-back-button-fill:var(--yb-batcave);--yb-sa-stock-up:var(--yb-bonsai);--yb-sa-stock-down:var(--yb-solo-cup);--yb-sa-flight-label-border:1px solid var(--yb-dirty-seagull);--yb-sa-flight-label-positive:var(--yb-bonsai);--yb-sa-flight-label-negative:var(--yb-solo-cup);--yb-popover-border:1px solid #d8dade;--yb-popover-border-radius:4px;--yb-popover-shadow:0 2px 8px 0 rgb(0 0 0 / 36%);--yb-yns-title:var(--batcave);--yb-l2-nav-selected:var(--yb-grape-jelly);--yb-l2-nav-dropdown-focus:var(--yb-text-hover-color);--yb-mail-icon-text:var(--yb-batcave);--yb-mail-signin-link:#0078ff;--yb-light-img-logo-display:block;--yb-dark-img-logo-display:none;--yb-account-item-border:#d8dade;--yb-account-item-hover-bg:rgb(227 236 248);--yb-account-info-bg:#ededf3;--yb-account-menu-item:var(--yb-white);--yb-account-link:var(--yb-smurfette);--yb-account-text:#26282a;--yb-editions-button:var(--yb-marshmallow);--yb-editions-modal-background:var(--yb-white);--yb-mobile-search-carat:var(--uh-search-carat-color, var(--yb-dory));--yb-dialpad:var(--yb-black);--yb-dialpad-label-text:#1b1b1b;--yb-dialpad-regular:#1d1d1d;--yb-dialpad-focus-background:#F1F2FF;--yb-dialpad-hover:rgba(43, 53, 217, 0.45);--yb-dialpad-icon:#626262;--yb-dialpad-icon-hover:#1d1d1f;--yb-poweredby-container-bg:var(--yb-marshmallow);--yb-poweredby-text:var(--yb-black);--yb-l1-selected-color:var(--uh-l1-selected-color, var(--yb-text-primary));--yb-l1-selected-font-weight:var(--uh-l1-selected-font-weight, var(--yb-font-bold));--yb-l1-selected-hover-color:var(--uh-l1-selected-hover-color, var(--yb-text-primary));--yb-visual-viewport-height:100vh;--yb-sa-height-max:auto;--yb-sa-height-min:auto}}.use-homepage-blue{--yb-search-btn-color:var(--yb-dory);--yb-outline:4px solid var(--yb-dory);--yb-search-btn-hover-color:var(--yb-scooter);--yb-text-hover-color:var(--yb-dory);--yb-mail-count:var(--yb-dory);--yb-mail-indicator:var(--yb-profile-panel-hover-text:var(--yb-dory);--yb-logo-brand:var(--yb-batcave);--yb-logo-property:rgb(35 42 49 / 70%);--yb-search-carat:var(--yb-dory);--yb-text-pressed-color:var(--yb-scooter)}.use-homepage-blue-v2{--yb-profile-avatar-bg:#ecf7ff;--yb-searchbox-bg:#ecf7ff}.ybar-property-mail{--yb-profile-avatar-bg:rgba(242, 242, 242, 0.80);--yb-profile-panel-hover-text:#4b5dff;--yb-outline:4px solid rgb(75 93 255/50%)}.ybar-property-finance{--yb-mail-border-color:var(--uh-mail-bubble-color);--yb-text-mail-primary:var(--uh-mail-bubble-color);--yb-text-mail-hover:var(--uh-mail-bubble-color)}._yb_17hdgir._yb_1m5k24g,._yb_1ju4sqm._yb_1m5k24g{--yb-text-hover-color:var(--yb-color-att-dark-blue);--yb-search-btn-color:var(--yb-color-att-dark-blue);--yb-search-btn-hover-color:var(--yb-color-att-dark-blue);--yb-profile-panel-hover-text:var(--yb-color-att-dark-blue);--yb-mail-border-color:var(--yb-color-att-dark-blue);--yb-text-mail-hover:var(--yb-color-att-dark-blue)}._yb_m112yt._yb_1rx2ce7,._yb_1grrcxm._yb_1rx2ce7{--yb-text-hover-color:var(--yb-color-rogers-red);--yb-search-btn-color:var(--yb-color-rogers-red);--yb-search-btn-hover-color:var(--yb-color-rogers-red);--yb-profile-panel-hover-text:var(--yb-color-rogers-red);--yb-mail-border-color:var(--yb-color-rogers-red);--yb-text-mail-primary:var(--yb-color-rogers-red);--yb-text-mail-hover:var(--yb-color-rogers-red)}\\n/*! Copyright 2017 Yahoo Holdings, Inc. All rights reserved.

```
*/\\ntemplate{display:none}._yb_skd6ex{font-family:\\\"Helvetica Neue\\\",Helvetica,Tahoma,Geneva,Arial,sans-serif;font-family:var(--yb-default-font);font-
weight:400;font-weight:var(--yb-font-regular);font-stretch:normal;direction:ltr;display:block;box-sizing:border-box;text-align:start;-webkit-font-
smoothing:antialiased;z-index:1000;overflow-anchor:none}.ybar-ytheme-crunch._yb_skd6ex,.ybar-ytheme-fuji2._yb_skd6ex{font-family:\\\"YahooSans
VF\\\",YahooSans,\\\"Yahoo Sans\\\",\\\"Helvetica Neue\\\",Helvetica,Arial,sans-serif;font-family:var(--yb-fuji2-font)}html[data-color-theme-enabled][data-
color-scheme=transparent] .ybar-ytheme-crunch{text-shadow:none;text-shadow:var(--yb-text-shadow)}html[data-color-theme-enabled][data-color-
scheme=transparent] .ybar-ytheme-crunch button,html[data-color-theme-enabled][data-color-scheme=transparent] .ybar-ytheme-crunch ._yb_pxf6qo,html[data-
color-theme-enabled][data-color-scheme=transparent] #ybar-nav-placement{text-shadow:none}html[data-color-theme-enabled][data-color-scheme=transparent]
.ybar-ytheme-crunch svg{filter:var(--yb-icon-filter)}html[data-color-theme-enabled][data-color-scheme=transparent] .ybar-ytheme-crunch button svg,html[data-
color-theme-enabled][data-color-scheme=transparent] .ybar-ytheme-crunch ._yb_pxf6qo svg,html[data-color-theme-enabled][data-color-scheme=transparent]
#ybar-nav-placement svg{filter:none}#ybar._yb_ckv5c0{margin:0 auto}._yb_skd6ex._yb_111vk2h{display:flex;flex-direction:column}.ybar-ytheme-crunch
#ybar-inner-wrap{background:#fff;background:var(--yb-background-color)}._yb_191hf6c{display:flex;justify-
content:center}._yb_1wn3by6{display:flex;justify-content:flex-start;align-items:center;width:100%;min-width:0;max-width:1920px;box-sizing:border-
box;transition:margin .2s ease-out,opacity .15s linear .2s;opacity:1}.ybar-ytheme-crunch ._yb_1wn3by6{max-width:calc(100% - 32px);max-width:var(--uh-max-
width, calc(100% - 32px))}.typing .ybar-ytheme-crunch ._yb_111vk2h{transition:margin .2s ease-out}.ybar-ytheme-fuji2 ._yb_1wn3by6{max-
width:1340px;padding:0 20px;transition:margin .2s ease-out,opacity .15s linear .2s,padding .4s}.ybar-property-sports._yb_16wbl75 #ybar-navigation{max-
width:100%;padding:0}.ybar-sticky #ybar._yb_16wbl75 #ybar-inner-wrap{left:0}.ybar-ytheme-fuji2._yb_z2yoct ._yb_1wn3by6,.ybar-ytheme-fuji2._yb_z2yoct
._yb_wn6uz7 ._yb_1wn3by6{padding:0;margin:0}.ybar-ytheme-fuji2._yb_z2yoct ._yb_191hf6c._yb_1wf1bgy,.ybar-ytheme-fuji2._yb_z2yoct
._yb_191hf6c._yb_wn6uz7{padding:0 20px;transition:padding .4s}@media screen and (min-width:1020px){.ybar-ytheme-fuji2._yb_z2yoct ._yb_1wn3by6{padding:0
40px}.ybar-ytheme-fuji2._yb_z2yoct ._yb_191hf6c._yb_1wf1bgy,.ybar-ytheme-fuji2._yb_z2yoct ._yb_191hf6c._yb_wn6uz7{padding:0 40px}}.ybar-ytheme-
fuji2._yb_mhkexk ._yb_1wn3by6{padding:0;max-width:100%}.ybar-ytheme-fuji2._yb_1h6cjwp._yb_z2yoct ._yb_1wn3by6{max-width:1264px;min-
width:0}._yb_13cd53s ._yb_1wn3by6,.ybar-ytheme-fuji2._yb_13cd53s ._yb_1wn3by6,.ybar-ytheme-fuji2._yb_z2yoct ._yb_13cd53s
._yb_1wn3by6{padding:0;position:relative;display:none}.ybar-ytheme-fuji2 ._yb_13cd53s ._yb_1wn3by6{display:flex}.ybar-ytheme-fuji2.ybar-property-
mail.fuji2-dialpad ._yb_13cd53s{display:none}._yb_fxm36r{background:#232a31;background:var(--yb-topnav-bg);flex:1}.ybar-dark
._yb_fxm36r{background:#464e56;background:var(--yb-charcoal)}.ybar-dark ._yb_1g16nwp ._yb_fxm36r{background-color:#7e1fff;background-color:var(--
yb-hulk-pants)}.ybar-ytheme-fuji2 ._yb_13cd53s{overflow:hidden}@media screen and (max-width:1340px){.ybar-ytheme-fuji2
._yb_13cd53s{width:100%;min-width:1032px}.ybar-ytheme-fuji2 ._yb_fxm36r{display:none}}._yb_8cmloh{min-width:0;padding:0;height:84px}._yb_1trj99s
._yb_8cmloh,._yb_14din5x ._yb_8cmloh,._yb_ckv5c0 ._yb_8cmloh,._yb_6wjuya ._yb_8cmloh,._yb_10ttou5 ._yb_8cmloh,._yb_1xvzunb
._yb_8cmloh,._yb_xbyqkb ._yb_8cmloh{padding:0 64px 0 50px}._yb_y5m1sy._yb_191hf6c._yb_pxf6qo{padding:0 16px;margin-bottom:8px;justify-
content:center;width:auto}._yb_1aoeocg ._yb_y5m1sy._yb_191hf6c._yb_pxf6qo,.ybar-ytheme-fuji2._yb_191hf6c._yb_pxf6qo,.ybar-property-
homepage ._yb_y5m1sy._yb_191hf6c._yb_pxf6qo{margin-bottom:16px}._yb_wn6uz7 ._yb_1wn3by6{height:34px;padding-left:24px}.ybar-ytheme-crunch
._yb_wn6uz7._yb_l2-news{background:linear-gradient(0deg,rgb(255 255 255/100%) 0,rgb(248 250 251/100%) 100%);background:var(--yb-l2-news-
background)}.ybar-ytheme-crunch ._yb_wn6uz7._yb_os0z4f{background:#f5f8fa;background:var(--yb-l2-background)}.ybar-ytheme-crunch
._yb_wn6uz7._yb_6sz7qh{box-shadow:0 -1px 0 #f0f3f5;box-shadow:0 -1px 0 var(--yb-l2-divider-color)}.ybar-ytheme-crunch
._yb_wn6uz7._yb_19nu7om{background-color:#6001d2;background-color:var(--yb-grape-jelly)}.ybar-ytheme-crunch.ybar-property-finance
._yb_wn6uz7{background-color:#f5f8fa;background-color:var(--yb-l2-background)}.ybar-ytheme-fuji2 ._yb_8cmloh{height:72px}.ybar-ytheme-
fuji2._yb_mhkexk._yb_fog5sz ._yb_8cmloh{height:84px}._yb_1aoeocg ._yb_8cmloh,._yb_z2yoct ._yb_8cmloh{height:80px;padding:5px 0 7px;box-
sizing:content-box}#ybar.ybar-ytheme-crunch.ybar-property-homepage._yb_1qs896r._yb_1m5k24g,#ybar.ybar-ytheme-crunch._yb_1qs896r{--uh-visible-
height:112px;height:112px}#ybar.ybar-ytheme-crunch.ybar-property-finance._yb_1qs896r._yb_1tt9qbs{--uh-visible-height:117px;height:117px}#ybar.ybar-ytheme-
crunch.ybar-property-finance._yb_1qs896r._yb_1tt9qbs{--uh-visible-height:113px;height:113px}#ybar.ybar-ytheme-crunch.ybar-property-
homepage._yb_1qs896r,#ybar.ybar-ytheme-crunch,.modal-open #ybar.ybar-ytheme-crunch,.modal-open #ybar.ybar-ytheme-crunch.ybar-property-
```

homepage._yb_1qs896r._yb_1m5k24g,#ybar.ybar-ytheme-crunch ._yb_8cmloh{--uh-visible-height:64px;height:64px;padding:0}.ybar-ytheme-fuji2 ._yb_wn6uz7 ._yb_1wn3by6,.ybar-ytheme-fuji2 ._yb_8cmloh{padding:0 20px;box-sizing:border-box}.ybar-ytheme-crunch ._yb_wn6uz7 ._yb_1wn3by6{height:48px;padding:0}.ybar-ytheme-crunch.ybar-property-finance:not(._yb_1tt9qbs) ._yb_wn6uz7 ._yb_1wn3by6{height:50px}@media screen and (min-width:1020px){.ybar-ytheme-fuji2 ._yb_wn6uz7 ._yb_1wn3by6,.ybar-ytheme-fuji2 ._yb_8cmloh{padding:0 40px}}.ybar-ytheme-fuji2._yb_mhkexk ._yb_8cmloh{padding:0}.modal-open ._yb_wn6uz7,.ybar-hide-navigation ._yb_wn6uz7{overflow:hidden}.ybar-hide-navigation .ybar-ytheme-crunch._yb_e1mx89 ._yb_wn6uz7{overflow:unset}.ybar-hide-navigation #ybar._yb_wn6uz7._yb_uf7qnv>._yb_1wn3by6{margin-top:-82px}.modal-open #ybar ._yb_wn6uz7>._yb_1wn3by6,.ybar-hide-navigation #ybar._yb_wn6uz7>._yb_1wn3by6{opacity:0;margin-top:-60px}.ybar-ytheme-crunch._yb_1tt9qbs ._yb_pzk3oa{margin:0;height:1px;background-color:#f0f3f5;background-color:var(--yb-gray-hair)}.ybar-ytheme-crunch:not(._yb_1tt9qbs)._yb_e1mx89 ._yb_111vk2h{border-bottom:#f0f3f5 3px solid;border-bottom:var(--yb-l2-divider-color) 3px solid}.ybar-ytheme-crunch ._yb_19nu7om #ybar-navigation{height:49px}.ybar-hide-navigation #ybar.ybar-ytheme-crunch._yb_e1mx89 ._yb_1wn3by6{opacity:1;margin-top:0}.ybar-hide-navigation #ybar ._yb_bcg1i4{opacity:0;margin-top:-42px}.modal-open ._yb_13cd53s>._yb_1wn3by6,.ybar-hide-topnavigation ._yb_13cd53s>._yb_1wn3by6{margin-top:-39px}@media screen and (max-width:1340px){.ybar-ytheme-fuji2 ._yb_13cd53s{width:100%;min-width:1032px}.ybar-ytheme-fuji2._yb_e1mx89._yb_jsnasc ._yb_13cd53s{min-width:initial}.ybar-ytheme-fuji2 ._yb_fxm36r{display:none}}@media screen and (min-width:1020px){.ybar-ytheme-fuji2 ._yb_1aoeocg ._yb_8cmloh ._yb_nfs7w2,.ybar-ytheme-fuji2.ybar-property-homepage ._yb_8cmloh ._yb_nfs7w2{width:320px;justify-content:flex-end}}@supports (display:grid){@media screen and (max-width:1019px){#ybar.ybar-ytheme-fuji2 ._yb_8cmloh{grid-column-gap:20px}}.ybar-ytheme-fuji2 ._yb_8cmloh{display:grid;grid-template-columns:[main-start] repeat(9,minmax(0,1fr)) [main-end] repeat(3,minmax(0,1fr));grid-template-rows:auto;grid-column-gap:32px}#ybar.ybar-ytheme-fuji2.ybar-property-mail ._yb_8cmloh{display:flex;-moz-column-gap:normal;column-gap:normal}.ybar-ytheme-fuji2 ._yb_8cmloh>div{grid-row-start:1}.ybar-ytheme-fuji2 ._yb_pxf6qo{grid-column:main;justify-self:end;width:calc(100% - 240px)}.ybar-ytheme-fuji2 ._yb_z2yoct ._yb_pxf6qo{width:calc(100% - 220px)}.ybar-ytheme-fuji2._yb_z2yoct._yb_17hdgir ._yb_1m5k24g ._yb_pxf6qo,.ybar-ytheme-fuji2._yb_z2yoct._yb_1ju4sqm ._yb_1m5k24g ._yb_pxf6qo,.ybar-ytheme-fuji2._yb_z2yoct._yb_1gf8am6 ._yb_pxf6qo,.ybar-ytheme-fuji2._yb_z2yoct._yb_1grrcxm ._yb_1rx2ce7 ._yb_pxf6qo{width:calc(100% - 240px)}.ybar-ytheme-crunch ._yb_8cmloh>._yb_1mptkg,.ybar-ytheme-fuji2 ._yb_8cmloh>._yb_1mptkg{grid-column-start:main-start;z-index:1}.ybar-ytheme-fuji2 ._yb_8cmloh ._yb_nfs7w2,.ybar-ytheme-fuji2.ybar-property-generic ._yb_8cmloh ._yb_nfs7w2.ybar-ytheme-fuji2.ybar-property-homepage ._yb_8cmloh ._yb_nfs7w2{grid-column:main-end/-1;justify-self:end;width:auto}.ybar-ytheme-fuji2 ._yb_8cmloh ._yb_51o270{grid-column-start:main-start}}@supports (display:grid){@media screen and (max-width:1023px){#ybar.ybar-ytheme-crunch:not(._yb_1tt9qbs) ._yb_8cmloh{grid-template-columns:[main-start] repeat(5,minmax(0,1fr)) [main-end toolbar-start]repeat(1,minmax(0,1fr)) [toolbar-end]}#ybar.ybar-ytheme-crunch:not(._yb_e1mx89) :not(._yb_1433s0f)>._yb_8cmloh{grid-column-gap:24px}.ybar-ytheme-crunch:not(._yb_1tt9qbs) ._yb_1vskftk{display:none}.ybar-ytheme-crunch:not(._yb_1tt9qbs) ._yb_1687237{align-items:center;display:flex;height:36px;margin-right:12px;margin-left:-8px;padding:0 8px}.ybar-ytheme-crunch:not(._yb_1tt9qbs) ._yb_1433s0f ._yb_1687237{margin-right:8px}.ybar-ytheme-crunch:not(._yb_1tt9qbs) ._yb_1433s0f ._yb_1687237:has(._yb_1l2dr1o:focus-visible),.ybar-ytheme-crunch:not(._yb_1tt9qbs) ._yb_1687237:hover{background-color:#f5f8fa;background-color:var(--yb-sidenav-close-btn-background);border-radius:100px}.ybar-ytheme-crunch:not(._yb_1tt9qbs) ._yb_1687237:active{background-color:#e0e4e9;background-color:var(--yb-sidenav-btn-color-active);border-radius:100px}.ybar-ytheme-crunch:not(._yb_1tt9qbs) ._yb_1l2dr1o:focus-visible svg path,.ybar-ytheme-crunch:not(._yb_1tt9qbs) ._yb_1687237:hover ._yb_1l2dr1o svg path{fill:#6001d2;fill:var(--yb-text-hover-color)}.ybar-ytheme-crunch:not(._yb_1tt9qbs) ._yb_1687237:active ._yb_1l2dr1o svg path{fill:#232a31;fill:var(--yb-sidenav-btn-text-active)}.ybar-ytheme-crunch:not(._yb_1tt9qbs) ._yb_pxf6qo{max-width:unset;min-width:193px;width:100%;padding-right:139px}.ybar-ytheme-crunch:not(._yb_1tt9qbs) ._yb_1l2dr1o:focus-visible{outline:4px solid rgb(96 1 210/50%);outline:var(--yb-outline);border-radius:1px;outline-offset:6px}.ybar-ytheme-crunch:not(._yb_e1mx89) ._yb_1433s0f ._yb_1l2dr1o:focus-visible{border-radius:100px}}@media screen and (max-width:1049px){#ybar.ybar-ytheme-crunch:not(._yb_1tt9qbs) ._yb_8cmloh{grid-template-columns:[main-start] repeat(3,minmax(0,1fr)) [main-end space-start] repeat(1,minmax(0,1fr)) [space-end nav-start]repeat(1,minmax(0,1fr)) [nav-end toolbar-start]repeat(1,minmax(250px,1fr)) [toolbar-end];grid-column-gap:1rem}.ybar-ytheme-crunch._yb_1tt9qbs ._yb_1vskftk{grid-column-start:6}.ybar-ytheme-crunch._yb_1tt9qbs ._yb_1687237,.ybar-ytheme-crunch.ybar-property-finance ._yb_1433s0f

._yb_1687237{align-items:center;display:flex;height:36px;margin-right:10px;padding:0 9px 2px}#ybar.ybar-ytheme-crunch._yb_e1mx89._yb_1qs896r{height:67px}#ybar.ybar-ytheme-crunch._yb_e1mx89._yb_1qs896r._yb_1tt9qbs{height:64px}.ybar-hide-navigation #ybar.ybar-ytheme-crunch._yb_e1mx89 ._yb_wn6uz7>._yb_1wn3by6,#ybar.ybar-ytheme-crunch._yb_e1mx89 ._yb_wn6uz7>._yb_1wn3by6{opacity:0;margin-top:-60px}.ybar-hide-navigation #ybar.ybar-ytheme-crunch._yb_e1mx89 ._yb_wn6uz7,.ybar-ytheme-crunch._yb_e1mx89 ._yb_wn6uz7{overflow:hidden}.ybar-ytheme-crunch._yb_1tt9qbs ._yb_lteyk5{grid-column:1/span 5}.ybar-ytheme-crunch._yb_1tt9qbs ._yb_1687237:hover{background-color:#f5f8fa;background-color:var(--yb-marshmallow);border-radius:100px}.ybar-ytheme-crunch._yb_e1mx89 ._yb_pxf6qo{max-width:632px;min-width:193px;width:calc(100% - 174px);margin-right:19px}}@media screen and (max-width:767px){#ybar.ybar-ytheme-crunch._yb_1tt9qbs,#ybar.ybar-ytheme-crunch._yb_1tt9qbs._yb_1qs896r{height:92px}#ybar.ybar-ytheme-crunch :not(._yb_1433s0f)>._yb_8cmloh{grid-column-gap:20px}#ybar.ybar-ytheme-crunch._yb_1tt9qbs ._yb_8cmloh{height:32px;margin:8px 16px 0;padding-bottom:84px}.ybar-ytheme-crunch._yb_1tt9qbs ._yb_pxf6qo{position:absolute;top:48px;max-width:100vw;width:calc(100vw - 88px)}.ybar-ytheme-crunch ._yb_lteyk5{grid-column:1/span 5}.ybar-ytheme-crunch._yb_e1mx89:not(._yb_1tt9qbs) ._yb_pxf6qo{min-width:100px}}.ybar-ytheme-crunch :not(._yb_1433s0f)>._yb_8cmloh{display:grid;grid-template-columns:[main-start] repeat(11,minmax(0,1fr)) [main-end toolbar-start]repeat(1,minmax(0,1fr)) [toolbar-end];grid-template-rows:auto;grid-column-gap:32px}.ybar-ytheme-crunch._yb_1tt9qbs ._yb_8cmloh{grid-template-columns:[main-start] repeat(7,minmax(0,1fr)) [main-end space-start] repeat(1,minmax(0,1fr)) [space-end nav-start]repeat(4,minmax(0,1fr)) [nav-end toolbar-start]repeat(1,minmax(250px,1fr)) [toolbar-end]}._yb_lteyk5{align-items:center;display:flex;flex-wrap:nowrap;grid-column:1/span 6}.ybar-ytheme-crunch ._yb_lteyk5{transition:width .15s;width:inherit}._yb_1vskftk{display:flex;justify-content:flex-end}.ybar-ytheme-crunch:not(._yb_1tt9qbs) ._yb_1vskftk{grid-column:10}._yb_1tt9qbs ._yb_1vskftk{grid-column-start:12}.ybar-ytheme-crunch ._yb_8cmloh>div{grid-row-start:1}.ybar-ytheme-crunch ._yb_pxf6qo{width:auto;min-width:193px}.ybar-ytheme-crunch ._yb_8cmloh>._yb_lmptkg{grid-column-start:main-start;z-index:1}.ybar-ytheme-crunch ._yb_8cmloh ._yb_nfs7w2{grid-column:toolbar-start;width:100%;justify-content:flex-end}.ybar-ytheme-crunch._yb_1qhu3pk ._yb_1wf1bgy:not(._yb_1433s0f) ._yb_1687237,._yb_1687237{display:none}._yb_1l2dr1o{background:0 0;display:inline-block;border:0;margin:0;padding:0;height:20px;width:20px}._yb_1l2dr1o:hover svg path{fill:#6001d2;fill:var(--yb-text-hover-color)}._yb_1l2dr1o svg{display:inline-block;vertical-align:baseline}._yb_1l2dr1o svg path{fill:#232a31;fill:var(--yb-text-primary)}._yb_1trj99s ._yb_8cmloh{padding-left:54px}._yb_1kiylj0 ._yb_8cmloh{width:1020px}._yb_14din5x ._yb_8cmloh{background:#6302de}._yb_14din5x._yb_a9e4ci ._yb_8cmloh{background:0 0}._yb_14din5x._yb_fog5sz ._yb_8cmloh,._yb_14din5x._yb_xd0jl ._yb_8cmloh,._yb_14din5x._yb_7wrggy ._yb_8cmloh,._yb_14din5x._yb_1a6wvk5 ._yb_8cmloh{background:#000;background:var(--yb-black)}._yb_14din5x._yb_1vn8ka0 ._yb_8cmloh{background:#2b2c2f}._yb_14din5x._yb_5rn2wn ._yb_8cmloh{background:#333}._yb_14din5x._yb_1xog65a ._yb_8cmloh{background:#2b2d32}._yb_144nujp._yb_1mm9wvb ._yb_8cmloh{background:#6302de}._yb_14din5x._yb_1vaptcr ._yb_8cmloh{background:#222}._yb_14din5x._yb_nrhcaa ._yb_8cmloh{background:#0a4ea3}._yb_14din5x._yb_14gte41 ._yb_8cmloh{background:#0a0a0a}._yb_14din5x._yb_1f893pc ._yb_8cmloh{background:#fff;background:var(--yb-white)}._yb_14din5x._yb_f01sjl ._yb_8cmloh{background:#1e4e9d}._yb_14din5x._yb_rgwqt6 ._yb_8cmloh{background:linear-gradient(303deg,#00d301,#36c275 50%,#00a562)}._yb_14din5x._yb_itbnap ._yb_8cmloh{background:#36465d}._yb_lmptkg{display:flex;width:142px;min-width:142px}._yb_1aoeocg ._yb_lmptkg,._yb_z2yoct ._yb_lmptkg{height:58px;width:205px;min-width:205px;margin-top:10px;margin-left:15px}.ybar-ytheme-crunch ._yb_8cmloh ._yb_lmptkg{height:auto;width:auto;min-width:-moz-fit-content;min-width:fit-content;margin:0}._yb_mhkexk ._yb_lmptkg{justify-content:center;min-width:192px}@media screen and (max-width:1024px){._yb_1aoeocg ._yb_lmptkg,._yb_z2yoct ._yb_lmptkg{width:90px;min-width:90px;height:27px}}.ybar-ytheme-fuji2 ._yb_8cmloh ._yb_lmptkg{height:auto;width:166px;min-width:166px;margin-top:20px;margin-top:0;margin-left:0;transition:min-width .4s,width .4s}.ybar-ytheme-fuji2 ._yb_mhkexk ._yb_8cmloh ._yb_lmptkg{margin-right:0}@media screen and (min-width:1020px){.ybar-ytheme-fuji2 ._yb_8cmloh ._yb_lmptkg{width:220px;min-width:220px}}.ybar-ytheme-fuji2.ybar-property-mail ._yb_lmptkg{width:192px;min-width:192px}@media screen and (min-width:1440px){._yb_mhkexk ._yb_lmptkg,.ybar-ytheme-fuji2._yb_mhkexk ._yb_lmptkg{max-width:224px;width:14%}}._yb_pxf6qo{display:flex;flex:1}._yb_mhkexk ._yb_pxf6qo{flex:initial}._yb_pxf6qo #mail-search{flex:1}._yb_1xvzunb:not(.ybar-ytheme-crunch) ._yb_pxf6qo{display:none}#ybar.ybar-searchbox-assist-fullscreen #ybar-inner-wrap{position:initial}._yb_bcg1i4{margin:0 auto;padding:0

40px;width:1340px;max-width:100%;box-sizing:border-box;height:42px;display:flex;opacity:1;transition:margin .2s ease-out,opacity .15s linear
.2s}._yb_1c59c05{overflow:hidden}._yb_10mr5e1{width:220px;margin-right:20px;flex-shrink:0}@media screen and (max-
width:1019px){._yb_bcg1i4{padding:0 20px;transition:padding .4s}._yb_1hyse1e{width:143px;margin-left:105px;flex-shrink:0}}._yb_nfs7w2{margin-
left:auto;display:flex;align-items:center}.ybar-ytheme-crunch ._yb_nfs7w2{margin:0}.ybar-ytheme-crunch ._yb_1433s0f
._yb_nfs7w2._yb_xwfjkh{gap:10px}._yb_mhkexk ._yb_nfs7w2{padding-right:32px}.ybar-ytheme-crunch ._yb_e1mx89 ._yb_nfs7w2{gap:12px}.ybar-ytheme-
fuji2._yb_1aoeocg ._yb_nfs7w2,.ybar-ytheme-fuji2._yb_z2yoct ._yb_nfs7w2{margin-right:0}._yb_nfs7w2>div{margin-left:32px;white-space:nowrap}.ybar-
ytheme-crunch ._yb_1433s0f ._yb_1ob6u3a,.ybar-ytheme-crunch ._yb_1433s0f ._yb_lmtswi{margin-left:0}.ybar-ytheme-crunch:not(.ybar-property-
finance)._yb_34ukur ._yb_1433s0f ._yb_lmtswi{width:60px;display:flex;justify-content:flex-end}.ybar-ytheme-crunch ._yb_1433s0f ._yb_1pyrp8a{margin-
left:16px}.ybar-ytheme-crunch ._yb_1pyrp8a,.ybar-ytheme-crunch._yb_34ukur ._yb_1433s0f ._yb_1pyrp8a,.ybar-ytheme-crunch.ybar-mail-v3 ._yb_1433s0f
._yb_nfs7w2 ._yb_1pyrp8a,.ybar-ytheme-crunch.ybar-mail-v3._yb_34ukur ._yb_1433s0f ._yb_nfs7w2 ._yb_1pyrp8a{margin-left:12px}.ybar-ytheme-
crunch.ybar-property-finance.ybar-mail-v3 ._yb_1433s0f ._yb_nfs7w2 ._yb_1pyrp8a,.ybar-ytheme-crunch.ybar-property-finance._yb_34ukur ._yb_1433s0f
._yb_1pyrp8a{margin-left:0}.ybar-ytheme-crunch ._yb_nfs7w2>div{display:inline-block}@media screen and (max-width:600px){.ybar-ytheme-fuji2
._yb_nfs7w2{display:none}}@media screen and (min-width:1344px){.ybar-ytheme-crunch ._yb_8cmloh ._yb_lmptkg{margin-
left:0}._yb_m112yt._yb_1rx2ce7 ._yb_nfs7w2 ._yb_1ob6u3a{display:none}._yb_nfs7w2 ._yb_ah7mtw{max-width:250px}@media screen and (max-
width:768px){._yb_1433s0f) ._yb_nfs7w2>div{margin-left:24px}._yb_1trj99s ._yb_8cmloh{height:54px;padding:0 24px 0 20px}._yb_14din5x
._yb_8cmloh{height:50px;padding:0}._yb_1trj99s ._yb_8cmloh,._yb_14din5x ._yb_8cmloh{justify-content:center;position:relative}._yb_1trj99s._yb_5rn2wn
._yb_nfs7w2,._yb_1trj99s._yb_1mm9wvb ._yb_nfs7w2,._yb_1trj99s._yb_14gte41 ._yb_nfs7w2,._yb_14din5x
._yb_nfs7w2{position:absolute;right:24px}._yb_1trj99s ._yb_lmptkg,._yb_14din5x ._yb_lmptkg{width:auto;min-width:auto}._yb_fog5sz
._yb_lmptkg{height:18px}._yb_1mm9wvb ._yb_lmptkg,._yb_1xog65a ._yb_lmptkg{height:24px}._yb_nrhcaa ._yb_lmptkg{height:15px}._yb_a9e4ci
._yb_lmptkg{height:25px;width:64px}._yb_xd0jl ._yb_lmptkg{height:22px}._yb_14din5x._yb_f01sjl ._yb_lmptkg,._yb_rgwqt6
._yb_lmptkg{height:20px}.ybar-property-finance ._yb_1433s0f ._yb_lteyk5 ._yb_pxf6qo{padding-right:0}._yb_15fb0v{display:block}._yb_mhkexk
._yb_191hf6c{max-width:none}._yb_mhkexk ._yb_8cmloh{padding:0;max-width:none}._yb_mhkexk ._yb_8cmloh ._yb_pxf6qo{height:48px;margin:0;min-
width:496px;padding:0;width:44%}._yb_mhkexk ._yb_jsnasc ._yb_8cmloh>._yb_lmptkg,._yb_lmptkg,._yb_mhkexk ._yb_joftp1
._yb_8cmloh>._yb_lmptkg,._yb_mhkexk ._yb_1nwwxd1 ._yb_8cmloh>._yb_lmptkg,._yb_mhkexk ._yb_5312w1 ._yb_8cmloh>._yb_lmptkg{width:224px;min-
width:224px}._yb_mhkexk ._yb_8cmloh ._yb_nfs7w2{padding-right:32px}._yb_e1mx89._yb_jsnasc ._yb_111vk2h{background:#fff;background:var(--yb-
white)}._yb_mhkexk ._yb_fxm36r{display:none}.ybar-ytheme-fuji2.ybar-property-mail ._yb_1iyuvn2{display:none}.ybar-ytheme-fuji2.ybar-property-
mail.fuji2-dialpad ._yb_1iyuvn2{display:block}.ybar-amp,.ybar-amp .ybar-row{min-width:initial;max-width:initial;padding-
right:0}#ybar._yb_aeo6a0{height:84px}#ybar.ybar-ytheme-fuji2.ybar-property-mail.fuji2-dialpad._yb_aeo6a0{height:72px}#ybar.ybar-ytheme-
fuji2._yb_aeo6a0{height:111px}#ybar.ybar-ytheme-fuji2.ybar-property-generic._yb_aeo6a0{height:123px}#ybar.ybar-ytheme-
fuji2._yb_1qs896r{height:104px}#ybar._yb_1qs896r,#ybar._yb_aeo6a0._yb_1qs896r,#ybar.ybar-ytheme-fuji2.ybar-property-homepage._yb_1qs896r,#ybar.ybar-
ytheme-fuji2.ybar-property-generic._yb_1qs896r,#ybar.ybar-ytheme-fuji2.ybar-property-mail.fuji2-dialpad._yb_aeo6a0._yb_1qs896r,#ybar.ybar-ytheme-
fuji2.ybar-property-generic._yb_aeo6a0._yb_1qs896r,#ybar.ybar-ytheme-fuji2.ybar-property-homepage._yb_aeo6a0._yb_1qs896r{height:114px}#ybar.ybar-ytheme-
crunch.ybar-property-homepage._yb_1qs896r:not(._yb_1m5k24g) ._yb_wn6uz7{display:none}#ybar.ybar-ytheme-
fuji2._yb_aeo6a0._yb_1qs896r{height:143px}.modal-open #ybar.ybar-ytheme-fuji2._yb_aeo6a0._yb_1qs896r{height:72px}#ybar.ybar-ytheme-fuji2.ybar-
property-generic.ybar-show-homepage-topnavigation._yb_aeo6a0._yb_1qs896r,#ybar.ybar-ytheme-fuji2.ybar-property-homepage.ybar-show-homepage-
topnavigation._yb_aeo6a0._yb_1qs896r{height:155px}#ybar.ybar-property-generic._yb_1qs896r,#ybar.ybar-property-
homepage._yb_1qs896r{height:126px}#ybar.ybar-ytheme-fuji2.ybar-property-generic._yb_aeo6a0._yb_1kx04em{height:165px}#ybar.ybar-ytheme-
fuji2._yb_aeo6a0._yb_1qs896r._yb_1kx04em{height:185px}#ybar.ybar-ytheme-
fuji2._yb_aeo6a0._yb_1qs896r._yb_1kx04em._yb_e1mx89._yb_jsnasc{height:203px}.modal-open .ybar-sticky #ybar.ybar-ytheme-
fuji2._yb_z2yoct{height:92px!important}.modal-open .ybar-sticky #ybar.ybar-ytheme-fuji2._yb_z2yoct{height:80px!important}@media screen and

(orientation:portrait){html.Reader-open ._yb_pxf6qo{display:none}html.Reader-open ._yb_17frpha{display:inline-block}._yb_lmjguw{display:inline-block}._yb_ln0kaj{display:none}}#ybar input[type=hidden]{visibility:hidden}.ybar-show-outline{outline-offset:2px;outline:3px solid #0f69ff;outline:3px solid var(--yb-dory)}.ybar-hide-outline{outline:0!important}.ybar-ytheme-crunch .ybar-show-outline:focus{outline-offset:5px;outline:4px solid rgb(96 1 210/50%);outline:var(--yb-outline);border-radius:1px}._yb_skd6ex :focus{outline:solid #0f69ff 2px;outline:solid var(--yb-dory) 2px}._yb_skd6ex :focus:not(:focus-visible){outline:0}.ybar-theme-dark ._yb_skd6ex :focus{outline-color:#12a9ff;outline-color:var(--yb-sky)}.ybar-theme-dark ._yb_skd6ex :focus:not(:focus-visible){outline:0}body.typing .ybar-ytheme-fuji2[data-ovrly-bkt=darker] ._yb_191hf6c._yb_wn6uz7{background-color:rgb(16 24 21/70%);pointer-events:none}body.typing .ybar-ytheme-fuji2[data-ovrly-bkt=light] ._yb_191hf6c._yb_wn6uz7{background-color:#fff;background-color:var(--yb-white);opacity:.2;pointer-events:none}.ybar-page-is-scrolled:not(.ybar-hide-navigation) body.typing .ybar-ytheme-crunch[data-ovrly-bkt=midnight60] ._yb_q9yg9a,:not(.ybar-page-is-scrolled) body.typing .ybar-ytheme-crunch[data-ovrly-bkt=midnight60] ._yb_q9yg9a{background-color:#101518;background-color:var(--yb-midnight);height:64px;height:var(--uh-visible-height, 64px);opacity:.6;position:fixed;width:100%;z-index:1}.ybar-page-is-scrolled body.typing .ybar-ytheme-crunch[data-ovrly-bkt=midnight60] ._yb_wn6uz7,:not(.ybar-page-is-scrolled) body.typing .ybar-ytheme-crunch[data-ovrly-bkt=midnight60] #ybar-inner-wrap{pointer-events:none}:not(.ybar-page-is-scrolled) body.typing .ybar-ytheme-crunch[data-ovrly-bkt=midnight60] #ybar-inner-wrap #ybar-search-box-container{pointer-events:auto}.ybar-ytheme-crunch ._yb_191hf6c{margin:0}@media screen and (min-width:768px){.ybar-ytheme-crunch:not(._yb_1tt9qbs) ._yb_1wn3hby6{max-width:calc(100% - 39px);max-width:var(--uh-max-width, calc(100% - 39px))}}@media screen and (min-width:1024px){.ybar-ytheme-crunch:not(._yb_1tt9qbs) ._yb_1wn3hby6{max-width:calc(100% - 40px);max-width:var(--uh-max-width, calc(100% - 40px))}}.ybar-ytheme-crunch.ybar-property-finance:not(._yb_1tt9qbs) ._yb_1wn3hby6{margin-left:12px;margin-left:var(--uh-row-margin-left, 12px);margin-right:0;margin-right:var(--uh-row-margin-right, 0)}}@media screen and (min-width:1050px){.ybar-ytheme-crunch.property-finance:not(._yb_1tt9qbs) ._yb_1wn3hby6{max-width:calc(100% - 36px);max-width:var(--uh-max-width, calc(100% - 36px))}}@media screen and (min-width:1050px){.ybar-ytheme-crunch._yb_1tt9qbs ._yb_1wn3hby6{margin-left:calc((100vw - 1440px)/2);margin-right:calc((100vw - 1440px)/2)}}@media screen and (max-width:1049px){.ybar-ytheme-crunch.ybar-property-finance ._yb_1433s0f ._yb_1wn3hby6{max-width:calc(100% - 28px);max-width:var(--uh-max-width, calc(100% - 28px));margin-left:3px;margin-left:var(--uh-row-margin-left, 3px);margin-right:0;margin-right:var(--uh-row-margin-right, 0)}}@media screen and (min-width:1280px){.ybar-ytheme-crunch:not(._yb_1tt9qbs) ._yb_1wn3hby6{max-width:min(1264px,calc(100% - 40px));max-width:var(--uh-max-width, min(1264px, calc(100% - 40px)))}}.ybar-ytheme-crunch.ybar-property-finance ._yb_1wn3hby6{max-width:calc(100% - 36px);max-width:var(--uh-max-width, calc(100% - 36px))}}@media screen and (min-width:1440px){.ybar-ytheme-crunch:not(._yb_1tt9qbs) ._yb_1wn3hby6{max-width:1264px;max-width:var(--uh-max-width, 1264px)}.ybar-ytheme-crunch.ybar-property-finance ._yb_1wn3hby6{max-width:1404px;max-width:var(--uh-max-width, 1404px)}}._yb_1433s0f ._yb_8cmloh ._yb_nfs7w2{width:auto}:not(.ybar-page-is-scrolled) body.typing .ybar-ytheme-crunch[data-ovrly-bkt=midnight60] #ybar-inner-wrap ._yb_1433s0f ._yb_1teyk5{width:inherit}._yb_34ukur ._yb_1433s0f ._yb_1vskftk{margin-left:0}@media screen and (max-width:1023px){._yb_1433s0f :not(._yb_e1mx89) ._yb_pxf6qo{padding-right:0}.ybar-property-finance ._yb_1433s0f ._yb_pxf6qo{padding-right:40px}._yb_1433s0f ._yb_1vskftk,._yb_1433s0f ._yb_pxf6qo,._yb_34ukur ._yb_1433s0f ._yb_pxf6qo{margin-right:24px}.ybar-mail-v5 ._yb_1433s0f ._yb_pxf6qo{margin-right:46px}._yb_1tt9qbs ._yb_1wn3hby6{max-width:calc(100% - 23px)}._yb_1tt9qbs ._yb_1433s0f ._yb_1687237{margin-right:10px}._yb_1tt9qbs ._yb_1433s0f ._yb_lmptkg{margin-right:10px}@media screen and (min-width:1024px){._yb_1433s0f ._yb_1vskftk{margin-right:40px}._yb_1433s0f ._yb_pxf6qo{margin-right:40px}._yb_34ukur ._yb_1433s0f ._yb_pxf6qo{margin-right:40px}._yb_1tt9qbs ._yb_1433s0f ._yb_1teyk5{margin-right:12px}._yb_1tt9qbs ._yb_1433s0f ._yb_lmptkg{margin-right:10px}._yb_1tt9qbs ._yb_1433s0f ._yb_1wn3hby6{max-width:calc(100% - 25px)}._yb_1tt9qbs ._yb_1433s0f ._yb_pxf6qo{margin-right:48px}}@media screen and (min-width:1280px){._yb_1433s0f ._yb_1vskftk{margin-right:56px}.ybar-property-finance ._yb_1433s0f ._yb_1vskftk{margin-right:56px}._yb_1433s0f ._yb_pxf6qo{margin-right:56px}.ybar-property-finance ._yb_1433s0f ._yb_pxf6qo{margin-right:60px}._yb_34ukur ._yb_1433s0f ._yb_pxf6qo{margin-right:56px}._yb_1tt9qbs ._yb_1433s0f ._yb_1vskftk{margin-right:0}._yb_1tt9qbs ._yb_1433s0f ._yb_pxf6qo{margin-right:70px}._yb_1tt9qbs ._yb_1433s0f ._yb_1vskftk{margin-right:64px}.ybar-property-finance ._yb_1433s0f ._yb_pxf6qo,._yb_34ukur ._yb_1433s0f ._yb_pxf6qo,._yb_1433s0f ._yb_pxf6qo{margin-right:64px}.ybar-property-finance:not(._yb_1nibxtf,._yb_33m0pz,._yb_19k047n) ._yb_1433s0f ._yb_pxf6qo{max-width:740px}._yb_1tt9qbs ._yb_1433s0f ._yb_pxf6qo{margin-right:78px}._yb_1tt9qbs ._yb_1433s0f ._yb_1vskftk{margin-right:46px}}._yb_1433s0f

```
#ybarAccountMenu{padding:0}._yb_1yn3org{color:red}.ybar-sticky #ybar-inner-wrap{position:fixed;z-index:20;width:100%;transition:box-shadow .2s ease-
out}.ybar-page-is-scrolled body:not(.uh-disable-bottom-box-shadow) .ybar-sticky #ybar-inner-wrap{box-shadow:rgb(0 0 0/40%) 0 0 10px 0}.ybar-sticky .ybar-
ytheme-crunch.ybar-property-finance #ybar-inner-wrap{transition:box-shadow .5s ease-in-out;top:0}._yb_i0h7ex,._yb_1kyufv9
._yb_xt6zad,._yb_1xwzty4,._yb_15m677s,._yb_xt6zad,._yb_1i6ju54,.ybar-ytheme-fuji2
._yb_1i6ju54,._yb_ryk8qo,._yb_647aax,._yb_1wiq74k,._yb_1oqk618,._yb_1tgj9dw,._yb_q0g4ln,._yb_cc4h1g,._yb_1wtedlp,._yb_18ki64s,._yb_1vpwu5z,._yb_
1w9o31p,._yb_mzc2r4,._yb_ehrdd1,.ybar-ytheme-fuji2 ._yb_1xwzty4,.ybar-ytheme-fuji2.ybar-property-homepage
._yb_1xwzty4,._yb_105r089,._yb_feknto,._yb_242nu,._yb_16t970p,._yb_1io9v0d,._yb_ob0dv2,._yb_zmuf9o,._yb_w2i94v,._yb_3azi9v,._yb_x6o0bm,._yb_6b8
hce,._yb_1nb5pj1,._yb_abnczc,._yb_1wy5xqa,._yb_3sojzl,._yb_1sjoeo6,._yb_ic9n3h,._yb_r1ggah,._yb_pkdp1y,._yb_1ythqd7,._yb_1c14o65,._yb_141cixi,._yb_
1f9nx9p,._yb_1lmbrcg,._yb_l371an,._yb_218jw1,._yb_1ivnq1b,._yb_1743nvb,._yb_1qgpjse,._yb_m63jsa,._yb_19utqnl,._yb_1n2xfr,._yb_15ky9gk,._yb_1wccjo
c,._yb_1rh3633,._yb_1uryyg6,._yb_i6c7ba,._yb_7jatm7,._yb_pi3o3s,._yb_5uim2x,._yb_1ymultz,._yb_16sgg9,._yb_1db25by,._yb_1fc5y37,._yb_31ct0k{backg
round-image:url(https://s.yimg.com/kr/assets/spritify-sprite-dark-fd484ded-615432bc.png);background-size:32px 1713px;background-repeat:no-
repeat}._yb_i0h7ex,._yb_1kyufv9 ._yb_xt6zad{background-position:0 -
1582px;width:24px;height:24px}._yb_1xwzty4,._yb_15m677s,._yb_xt6zad{background-position:0 -1611px;width:24px;height:24px}._yb_1i6ju54{background-
position:0 -1524px;width:24px;height:24px}.ybar-ytheme-fuji2 ._yb_1i6ju54{background-position:0 -
1640px;width:32px;height:32px}._yb_ryk8qo{background-position:0 -1553px;width:24px;height:32px}._yb_647aax{background-position:0 -
1677px;width:32px;height:36px}.ybar-light ._yb_i0h7ex,.ybar-light ._yb_1kyufv9 ._yb_xt6zad,.ybar-light ._yb_1xwzty4,.ybar-light ._yb_15m677s,.ybar-light
._yb_xt6zad,.ybar-light .ybar-property-homepage ._yb_1xwzty4,.ybar-light ._yb_1i6ju54,.ybar-light .ybar-ytheme-fuji2 ._yb_1i6ju54,.ybar-light
._yb_ryk8qo,.ybar-light ._yb_647aax{background-image:url(https://s.yimg.com/kr/assets/spritify-sprite-light-fd484ded-e3dce7a4.png);background-size:32px
1740px;background-repeat:no-repeat}.ybar-light ._yb_i0h7ex,.ybar-light ._yb_1kyufv9 ._yb_xt6zad{background-position:0 -
1609px;width:24px;height:24px}.ybar-light ._yb_1xwzty4,.ybar-light ._yb_15m677s,.ybar-light ._yb_xt6zad{background-position:0 -
1638px;width:24px;height:24px}.ybar-light .ybar-property-homepage ._yb_1xwzty4{background-position:0 -1524px;width:27px;height:20px}.ybar-light
._yb_1i6ju54{background-position:0 -1549px;width:24px;height:26px}.ybar-light .ybar-ytheme-fuji2 ._yb_1i6ju54{background-position:0 -
1667px;width:32px;height:32px}.ybar-light ._yb_ryk8qo{background-position:0 -1580px;width:24px;height:24px}.ybar-light ._yb_647aax{background-
position:0 -1704px;width:32px;height:36px}._yb_1wiq74k{background-position:0 -1188px;width:24px;height:24px}._yb_1oqk618{background-position:0 -
1245px;width:13px;height:12px}._yb_1tgj9dw{background-position:0 -1291px;width:18px;height:18px}._yb_q0g4ln{background-position:0 -
1314px;width:18px;height:18px}._yb_cc4h1g{background-position:0 -1337px;width:18px;height:16px}._yb_1wtedlp{background-position:0 -
1262px;width:24px;height:24px}._yb_18ki64s{background-position:0 -1358px;width:24px;height:24px}._yb_1vpwu5z{background-position:0 -
1387px;width:12px;height:12px}._yb_1w9o31p{background-position:0 -1434px;width:16px;height:16px}._yb_mzc2r4{background-position:0 -
1455px;width:18px;height:18px}._yb_ehrdd1{background-position:0 -1478px;width:18px;height:18px}.ybar-ytheme-fuji2 ._yb_1xwzty4,.ybar-ytheme-
fuji2.ybar-property-homepage ._yb_1xwzty4{background-position:0 -1404px;width:23px;height:25px}._yb_105r089{background-position:0 -
99px;width:28px;height:28px}._yb_feknto{background-position:0 -132px;width:28px;height:28px}._yb_242nu,._yb_16t970p{background-position:0 -
165px;width:28px;height:28px}._yb_1io9v0d,._yb_ob0dv2{background-position:0 -66px;width:28px;height:28px}._yb_zmuf9o,._yb_w2i94v{background-
position:0 -231px;width:28px;height:28px}._yb_3azi9v{background-position:0 -33px;width:28px;height:28px}._yb_x6o0bm{background-position:0 -
198px;width:28px;height:28px}._yb_6b8hce,._yb_1nb5pj1{background-position:0 0;width:28px;height:28px}._yb_abnczc{background-position:0 -
297px;width:28px;height:28px}._yb_1wy5xqa,._yb_3sojzl{background-position:0 -264px;width:28px;height:28px}._yb_1sjoeo6{background-position:0 -
429px;width:28px;height:28px}._yb_ic9n3h{background-position:0 -495px;width:28px;height:28px}._yb_r1ggah{background-position:0 -
462px;width:28px;height:28px}._yb_pkdp1y{background-position:0 -396px;width:28px;height:28px}._yb_1ythqd7{background-position:0 -
594px;width:28px;height:28px}._yb_1c14o65{background-position:0 -528px;width:28px;height:28px}._yb_141cixi{background-position:0 -
561px;width:28px;height:28px}._yb_1f9nx9p{background-position:0 -363px;width:28px;height:28px}._yb_1lmbrcg{background-position:0 -
330px;width:28px;height:28px}._yb_l371an{background-position:0 -627px;width:28px;height:28px}._yb_218jw1{background-position:0 -
```

660px;width:28px;height:28px}._yb_1ivnq1b{background-position:0 -693px;width:28px;height:28px}._yb_1743nvb{background-position:0 -726px;width:28px;height:28px}._yb_1qgpjse{background-position:0 -759px;width:28px;height:28px}._yb_m63jsa{background-position:0 -792px;width:28px;height:28px}._yb_19utqnl{background-position:0 -825px;width:28px;height:28px}._yb_1n2xfr{background-position:0 -858px;width:28px;height:28px}._yb_15ky9gk{background-position:0 -891px;width:28px;height:28px}._yb_1wccjoc{background-position:0 -924px;width:28px;height:28px}._yb_1rh3633{background-position:0 -957px;width:28px;height:28px}._yb_1uryyg6{background-position:0 -990px;width:28px;height:28px}._yb_i6c7ba{background-position:0 -1155px;width:28px;height:28px}._yb_7jatm7{background-position:0 -1023px;width:28px;height:28px}._yb_pi3o3s,._yb_5uim2x{background-position:0 -1056px;width:28px;height:28px}._yb_1ymultz{background-position:0 -1089px;width:28px;height:28px}._yb_1t6sgg9{background-position:0 -1122px;width:28px;height:28px}._yb_1db25by{background-position:0 -1501px;width:18px;height:18px}._yb_1fc5y37{background-position:0 -1217px;width:14px;height:9px}._yb_31ct0k{background-position:0 -1231px;width:14px;height:9px}@media only screen and (-webkit-min-device-pixel-ratio:2),only screen and (min-device-pixel-ratio:2),only screen and (min-resolution:192dpi),only screen and (min-resolution:2dppx){._yb_i0h7ex,._yb_1kyufv9
._yb_xt6zad,._yb_1xwzty4,._yb_15m677s,._yb_xt6zad,.ybar-ytheme-fuji2
._yb_1i6ju54,._yb_ryk8qo,._yb_1wiq74k,._yb_1oqk618,._yb_1tgj9dw,._yb_q0g4ln,._yb_cc4h1g,._yb_18ki64s,._yb_1vpwu5z,._yb_1w9o31p,._yb_mzc2r4,._yb_ehrdd1,.ybar-ytheme-fuji2._yb_1xwzty4,.ybar-ytheme-fuji2.ybar-property-homepage
._yb_1xwzty4,._yb_105r089,._yb_feknto,._yb_242nu,._yb_1io9v0d,._yb_3azi9v,._yb_x6o0bm,._yb_6b8hce,._yb_abnczc,._yb_1wy5xqa,._yb_1sjoeo6,._yb_ic9n3h,._yb_r1ggah,._yb_pkdp1y,._yb_1ythqd7,._yb_1c14o65,._yb_141cixi,._yb_1f9nx9p,._yb_1lmbrcg,._yb_l371an,._yb_218jw1,._yb_1ivnq1b,._yb_1743nvb,._yb_1qgpjse,._yb_m63jsa,._yb_19utqnl,._yb_1n2xfr,._yb_15ky9gk,._yb_1wccjoc,._yb_1rh3633,._yb_1uryyg6,._yb_i6c7ba,._yb_7jatm7,._yb_pi3o3s,._yb_5uim2x,._yb_1ymultz,._yb_1t6sgg9,._yb_1db25by,._yb_1fc5y37,._yb_31ct0k{background-image:url(https://s.yimg.com/kr/assets/spritify-sprite-dark-2x-fd484ded-89f6b234.png);background-size:32px 1672px;background-repeat:no-repeat}._yb_i0h7ex,._yb_1kyufv9 ._yb_xt6zad{background-position:0 -1541px;width:24px;height:24px}._yb_1xwzty4,._yb_15m677s,._yb_xt6zad{background-position:0 -1570px;width:24px;height:24px}._yb_1i6ju54{background-position:0 -1483px;width:24px;height:24px}.ybar-ytheme-fuji2 ._yb_1i6ju54{background-position:0 -1599px;width:32px;height:32px}._yb_ryk8qo{background-position:0 -1512px;width:24px;height:24px}.ybar-light ._yb_i0h7ex,.ybar-light ._yb_1kyufv9
._yb_xt6zad,.ybar-light ._yb_1xwzty4,.ybar-light ._yb_15m677s,.ybar-light ._yb_xt6zad,.ybar-light .ybar-property-homepage ._yb_1xwzty4,.ybar-light
._yb_1i6ju54,.ybar-light .ybar-ytheme-fuji2 ._yb_1i6ju54,.ybar-light ._yb_ryk8qo{background-image:url(https://s.yimg.com/kr/assets/spritify-sprite-light-2x-fd484ded-374cd76d.png);background-size:32px 1699px;background-repeat:no-repeat}.ybar-light ._yb_i0h7ex,.ybar-light ._yb_1kyufv9
._yb_xt6zad{background-position:0 -1568px;width:24px;height:24px}.ybar-light ._yb_1xwzty4,.ybar-light ._yb_15m677s,.ybar-light ._yb_xt6zad{background-position:0 -1597px;width:24px;height:24px}.ybar-light .ybar-property-homepage ._yb_1xwzty4{background-position:0 -1483px;width:27px;height:20px}.ybar-light ._yb_1i6ju54{background-position:0 -1508px;width:24px;height:26px}.ybar-light .ybar-ytheme-fuji2 ._yb_1i6ju54{background-position:0 -1626px;width:32px;height:32px}.ybar-light ._yb_ryk8qo{background-position:0 -1539px;width:24px;height:24px}.ybar-light ._yb_1wiq74k{background-position:0 -1188px;width:24px;height:24px}._yb_1oqk618{background-position:0 -1245px;width:13px;height:12px}._yb_1tgj9dw{background-position:0 -1262px;width:18px;height:18px}._yb_q0g4ln{background-position:0 -1285px;width:18px;height:18px}._yb_cc4h1g{background-position:0 -1308px;width:18px;height:16px}._yb_18ki64s{background-position:0 -1329px;width:12px;height:12px}._yb_1vpwu5z{background-position:0 -1346px;width:12px;height:12px}._yb_1w9o31p{background-position:0 -1393px;width:16px;height:16px}._yb_mzc2r4{background-position:0 -1414px;width:18px;height:18px}._yb_ehrdd1{background-position:0 -1437px;width:18px;height:18px}.ybar-ytheme-fuji2 ._yb_1xwzty4,.ybar-ytheme-fuji2.ybar-property-homepage ._yb_1xwzty4{background-position:0 -1363px;width:23px;height:25px}._yb_105r089{background-position:0 -99px;width:28px;height:28px}._yb_feknto{background-position:0 -132px;width:28px;height:28px}._yb_242nu{background-position:0 -165px;width:28px;height:28px}._yb_1io9v0d{background-position:0 -66px;width:28px;height:28px}._yb_zmuf9o{background-position:0 -231px;width:28px;height:28px}._yb_3azi9v{background-position:0 -33px;width:28px;height:28px}._yb_x6o0bm{background-position:0 -198px;width:28px;height:28px}._yb_6b8hce{background-position:0 0;width:28px;height:28px}._yb_abnczc{background-position:0 -297px;width:28px;height:28px}._yb_1wy5xqa{background-position:0 -264px;width:28px;height:28px}._yb_1sjoeo6{background-position:0 -

429px;width:28px;height:28px}._yb_ic9n3h{background-position:0 -495px;width:28px;height:28px}._yb_r1ggah{background-position:0 -462px;width:28px;height:28px}._yb_pkdp1y{background-position:0 -396px;width:28px;height:28px}._yb_1ythqd7{background-position:0 -594px;width:28px;height:28px}._yb_1c14o65{background-position:0 -528px;width:28px;height:28px}._yb_141cixi{background-position:0 -561px;width:28px;height:28px}._yb_1f9nx9p{background-position:0 -363px;width:28px;height:28px}._yb_1lmbrcg{background-position:0 -330px;width:28px;height:28px}._yb_l371an{background-position:0 -627px;width:28px;height:28px}._yb_218jw1{background-position:0 -660px;width:28px;height:28px}._yb_1ivnq1b{background-position:0 -693px;width:28px;height:28px}._yb_1743nvb{background-position:0 -726px;width:28px;height:28px}._yb_1qgpjse{background-position:0 -759px;width:28px;height:28px}._yb_m63jsa{background-position:0 -792px;width:28px;height:28px}._yb_19utqnl{background-position:0 -825px;width:28px;height:28px}._yb_1n2xfr{background-position:0 -858px;width:28px;height:28px}._yb_15ky9gk{background-position:0 -891px;width:28px;height:28px}._yb_1wccjoc{background-position:0 -924px;width:28px;height:28px}._yb_1rh3633{background-position:0 -957px;width:28px;height:28px}._yb_1uryyg6{background-position:0 -990px;width:28px;height:28px}._yb_i6c7ba{background-position:0 -1155px;width:28px;height:28px}._yb_7jatm7{background-position:0 -1023px;width:28px;height:28px}._yb_pi3o3s,._yb_5uim2x{background-position:0 -1056px;width:28px;height:28px}._yb_1ymultz{background-position:0 -1089px;width:28px;height:28px}._yb_1t6sgg9{background-position:0 -1122px;width:28px;height:28px}._yb_1db25by{background-position:0 -1460px;width:18px;height:18px}._yb_1fc5y37{background-position:0 -1217px;width:14px;height:9px}._yb_31ct0k{background-position:0 -1231px;width:14px;height:9px}}._yb_1ynqajr{font-weight:400;font-weight:var(--yb-font-regular);flex:1;height:39px}._yb_y7o5w{background:#232a31;background:var(--yb-topnav-bg)}.ybar-dark ._yb_y7o5w{background:#464e56;background:var(--yb-charcoal)}._yb_1ynqajr ._yb_17ff3rw{height:31px;margin:0 -1px;padding:0 1px;list-style:none;display:flex;white-space:nowrap}._yb_d877hn{flex:1}._yb_1ynqajr ._yb_17f4qv1{display:flex;flex-direction:column;height:39px}._yb_1ynqajr ._yb_qbar95{height:31px}._yb_1ynqajr ._yb_qbar95 a{color:#fefbff;font-size:10px;font-weight:800;line-height:39px;margin:13px 20px 0;overflow:hidden;text-decoration:none}._yb_1ynqajr._yb_1luar2e ._yb_qbar95 a,._yb_1ynqajr._yb_5c9oun ._yb_qbar95 a,._yb_1ynqajr._yb_1kyclfz ._yb_qbar95 a{font-size:12px}._yb_1ynqajr ._yb_17f4qv1:first-child ._yb_qbar95 a{margin-left:20px}._yb_1ynqajr ._yb_17f4qv1:last-child ._yb_qbar95 a{right:20px}@media screen and (min-width:1020px){._yb_1ynqajr ._yb_17f4qv1:first-child ._yb_qbar95 a{margin-left:40px}._yb_1ynqajr ._yb_17f4qv1:last-child ._yb_qbar95 a{right:40px}}._yb_1ynqajr._yb_1tzm4wb ._yb_17f4qv1:first-child ._yb_qbar95 a{margin-left:26px}._yb_1ynqajr._yb_1tzm4wb ._yb_17f4qv1:last-child ._yb_qbar95 a{right:26px}._yb_1ynqajr._yb_1tzm4wb ._yb_17f4qv1:last-child ._yb_qbar95 svg{margin-right:6px;fill:#fff;fill:var(--yb-white)}@media only screen and (min-width:1340px){._yb_1ynqajr ._yb_17f4qv1:last-child ._yb_qbar95 a{right:30px}}._yb_1ynqajr ._yb_5g0wbt a ._yb_17f46xv{margin-right:7px;top:2px}._yb_18bwro5{height:8px;margin:-1px -1px 0;padding:1px 1px 0}.ybar-dark ._yb_1ynqajr ._yb_14he9ht,._yb_1ynqajr ._yb_14he9ht{background:0 0;display:flex}._yb_1ynqajr ._yb_1m5knro ._yb_14he9ht:before,.ybar-dark ._yb_1ynqajr ._yb_1m5knro ._yb_14he9ht:before{content:";display:block;width:60px;height:8px}._yb_1ynqajr ._yb_14he9ht:before{background:#232a31;background:var(--yb-topnav-bg)}.ybar-dark ._yb_1ynqajr ._yb_14he9ht:before{background:#464e56;background:var(--yb-charcoal)}._yb_1ynqajr ._yb_14he9ht{overflow:hidden}._yb_1ynqajr ._yb_14he9ht>span{margin-top:-1px;padding-top:1px;position:relative;background:#232a31;background:var(--yb-topnav-bg);width:50%}.ybar-dark ._yb_1ynqajr ._yb_14he9ht>span{background:#464e56;background:var(--yb-charcoal)}._yb_1ynqajr ._yb_14he9ht ._yb_1wksciv{transform:skew(-45deg);left:-4px}._yb_1ynqajr ._yb_14he9ht ._yb_1aynz8c{transform:skew(45deg);right:-4px}._yb_1ynqajr ._yb_17f4qv1:last-child{margin-left:auto}._yb_1ynqajr ._yb_17f4qv1:last-child ._yb_1x7qfyr ._yb_1nbwzp8{background:#cc008c;background:var(--yb-barney);color:#fff;color:var(--yb-white);font-size:12px;font-weight:600;font-weight:var(--yb-font-bold)}._yb_1ynqajr ._yb_17f4qv1:last-child ._yb_1x7qfyr svg>g>path{fill:#fff;fill:var(--yb-white)}._yb_1ynqajr ._yb_17f4qv1:last-child a{align-items:center;display:flex;font-weight:500;height:24px;margin:0;position:absolute;top:7px}._yb_1ynqajr ._yb_1ps03zy{flex:1;height:39px;display:block;background:#232a31;background:var(--yb-topnav-bg)}.ybar-dark ._yb_1ynqajr ._yb_1ps03zy{background:#464e56;background:var(--yb-charcoal)}._yb_1ynqajr ._yb_17f46xv{display:inline-block;position:relative}._yb_1ynqajr._yb_1tzm4wb ._yb_17f4qv1:last-child ._yb_qbar95 a svg._yb_17f46xv,._yb_1ynqajr ._yb_17f4qv1:last-child a ._yb_17f46xv{margin:1px 0 0 7px}._yb_1ynqajr ._yb_c7xb5z{border-radius:12px;background-color:#cc008c;background-color:var(--yb-barney);padding-

```
left:16px;padding-right:16px}._yb_1ynqajr ._yb_i7qq0n{height:15px;font-size:12px;font-weight:500;font-stretch:normal;font-style:normal;line-
height:normal;letter-spacing:normal;color:#fff;color:var(--yb-white)}._yb_1ynqajr ._yb_c7xb5z ._yb_pszgf5{margin-right:4px;width:12px;height:12px;-o-
object-fit:contain;object-fit:contain}._yb_1ynqajr ._yb_i7qq0n ._yb_17f5mel{font-weight:800}._yb_1ynqajr ._yb_1bwjie4{margin-
right:4px;width:90px;height:18px;-o-object-fit:contain;object-fit:contain}._yb_1ynqajr ._yb_1me6pka{height:13px;font-size:11px;font-weight:700;font-
stretch:normal;font-style:normal;line-height:normal;letter-spacing:-.11px;color:#fff;color:var(--yb-white);padding:5px 8px 6px;background-
color:#cc008c;background-color:var(--yb-barney);border-radius:12px}.ybar-dark ._yb_10q2a0q ._yb_y7o5w,.ybar-dark ._yb_1ynqajr._yb_10q2a0q
._yb_1ps03zy,.ybar-dark ._yb_1ynqajr._yb_10q2a0q ._yb_14he9ht>span,.ybar-dark ._yb_1ynqajr._yb_10q2a0q
._yb_14he9ht:before{background:#7e1fff;background:var(--yb-hulk-pants)}._yb_1ynqajr ._yb_1nbwzp8{color:#000;color:var(--yb-black);margin-
left:12px;padding-left:12px;padding-right:12px;height:24px;border-radius:14px;background-color:#ffa700;background-color:var(--yb-turmeric);font-
size:10px;font-weight:700;line-height:24px}.ybar-att-samsung-in-eyebrow._yb_1ynqajr a[data-ylk*='slk:AT&T Deals'],.ybar-att-iphone-in-eyebrow._yb_1ynqajr
a[data-ylk*='slk:AT&T Deals'],.ybar-att-holiday-deals-in-eyebrow._yb_1ynqajr a[data-ylk*='slk:AT&T Deals'],._yb_1ynqajr a[data-ylk*='slk:New
Samsung'],._yb_1ynqajr a[data-ylk*='slk:New iPhone'],._yb_1ynqajr a[data-ylk*='slk:Holiday Deals']{display:none}.ybar-att-samsung-in-eyebrow._yb_1ynqajr
a[data-ylk*='slk:New Samsung'],.ybar-att-iphone-in-eyebrow._yb_1ynqajr a[data-ylk*='slk:New iPhone'],.ybar-att-holiday-deals-in-eyebrow._yb_1ynqajr a[data-
ylk*='slk:Holiday Deals']{display:inline}@media screen and (max-width:1125px){._yb_ye5tn7._yb_1ynqajr a[data-ylk*='slk:search'],._yb_ye5tn7._yb_1ynqajr
a[data-ylk*='slk:SEARCH']{display:none}._yb_ye5tn7._yb_1ynqajr._yb_unplar a[data-ylk*='slk:search'],._yb_ye5tn7._yb_1ynqajr._yb_unplar a[data-
ylk*='slk:SEARCH']{display:inline}}@media screen and (max-width:1214px){._yb_ye5tn7._yb_1ynqajr a[data-ylk*='slk:shopping'],._yb_ye5tn7._yb_1ynqajr
a[data-ylk*='slk:SHOPPING']{display:none}._yb_ye5tn7._yb_1ynqajr._yb_unplar a[data-ylk*='slk:shopping'],._yb_ye5tn7._yb_1ynqajr._yb_unplar a[data-
ylk*='slk:SHOPPING']{display:inline}}@media screen and (max-width:1049px){._yb_ye5tn7._yb_1ynqajr._yb_unplar li a[data-ylk*='slk:at&t
deals'],._yb_ye5tn7._yb_1ynqajr._yb_unplar li a[data-ylk*='slk:AT&T Deals'],._yb_ye5tn7._yb_1ynqajr._yb_unplar li a[data-ylk*='slk:AT&T
DEALS'],._yb_ye5tn7._yb_1ynqajr._yb_unplar li a[data-ylk*='slk:new samsung'],._yb_ye5tn7._yb_1ynqajr._yb_unplar li a[data-ylk*='slk:New
Samsung'],._yb_ye5tn7._yb_1ynqajr._yb_unplar li a[data-ylk*='slk:NEW SAMSUNG']{display:none}}@media screen and (max-
width:1124px){._yb_ye5tn7._yb_1ynqajr._yb_unplar li a[data-ylk*='slk:this month'],._yb_ye5tn7._yb_1ynqajr._yb_unplar li a[data-ylk*='slk:This
Month'],._yb_ye5tn7._yb_1ynqajr._yb_unplar li a[data-ylk*='slk:THIS MONTH']{display:none}}@media screen and (max-
width:1200px){._yb_ye5tn7._yb_1ynqajr._yb_unplar li a[data-ylk*='slk:search'],._yb_ye5tn7._yb_1ynqajr._yb_unplar li a[data-
ylk*='slk:SEARCH']{display:none}}._yb_1ynqajr._yb_10q2a0q,._yb_1ynqajr._yb_10q2a0q ._yb_17f4qv1,._yb_1ynqajr._yb_10q2a0q
._yb_1ps03zy{height:30px}._yb_1ynqajr._yb_10q2a0q ._yb_qbar95 a{line-height:30px}._yb_1ynqajr._yb_10q2a0q ._yb_17f4qv1:last-child
a{top:2px}._yb_pyz287{--frame-width:311px;bottom:0;font-family:\\\'YahooSans VF\\\',YahooSans,\\\'Yahoo Sans\\\',\\\'Helvetica
Neue\\\',Helvetica,Arial,sans-serif;font-family:var(--yb-fuji2-font);left:calc(0px - var(--frame-width));margin:0;position:fixed;top:0;width:var(--frame-width);z-
index:100;overflow:scroll}._yb_3szzn2 ._yb_1hc87hl,._yb_3szzn2 ._yb_pyz287{-ms-overflow-style:none;scrollbar-width:none}._yb_3szzn2 ._yb_1hc87hl::-
webkit-scrollbar,._yb_pyz287 ._yb_3szzn2::-webkit-scrollbar{display:none}._yb_pyz287 *{box-sizing:border-box}._yb_pyz287
._yb_bb_footer_item,._yb_1daimm1{text-decoration:none;color:#232a31;color:var(--yb-text-primary);width:100%;outline-offset:0;padding:10px;margin:0
10px}._yb_rz3hnf{font-size:12px;color:#5b636a;color:var(--yb-text-secondary);padding:0;margin-right:9px}._yb_rz3hnf:hover,._yb_rz3hnf:focus-
visible{color:#6001d2;color:var(--yb-text-hover-color)}._yb_3ks6qd button:focus-visible,._yb_1q3bav3:focus-visible,._yb_pyz287 ._yb_9cfq6n:focus-
visible{outline:4px solid rgb(96 1 210/50%);outline:var(--yb-outline);border-radius:1px}._yb_3ks6qd button:focus-visible{outline-
offset:4px}._yb_3kzhl7._yb_1q3bav3:focus-visible{border-radius:4px}._yb_fg0fdn:focus-visible{border-radius:14px;outline-offset:-10px}._yb_1djaxgn
._yb_fg0fdn:focus-visible{border-radius:.1px;outline-offset:4px}._yb_pyz287 ._yb_9cfq6n:focus-visible{outline-offset:-4px}._yb_pyz287
._yb_mvz4sh{height:13px;margin-left:1px;margin-top:-4px;vertical-align:middle;width:25px}._yb_pyz287 svg,._yb_pyz287 img{display:inline-block;vertical-
align:baseline}._yb_pyz287 ._yb_1b79rpk svg{position:absolute;top:50%;left:50%;transform:translate(-50%,-50%)}._yb_pyz287
._yb_3kzhl7{border:0;margin:0;padding:0;background:0 0;width:32px;cursor:pointer;height:30px;display:flex;align-items:center;justify-
content:center}._yb_pyz287 ._yb_3ks6qd svg path,._yb_pyz287 ._yb_1b79rpk svg path,._yb_pyz287 ._yb_v69mge svg path,._yb_pyz287 ._yb_beq1gb svg
```

```
path,._yb_pyz287 ._yb_3kzhl7 svg path,._yb_pyz287 ._yb_9cfq6n svg path,._yb_pyz287 ._yb_1q3bav3 svg path{fill:#232a31;fill:var(--yb-text-
primary)}._yb_1b79rpk{background-color:#f5f8fa;background-color:var(--yb-sidenav-close-btn-background);border-radius:100px;display:inline-
block;border:0;margin:0;padding:0;height:32px;width:32px;position:relative;cursor:pointer}._yb_3ks6qd button:hover svg path,._yb_3ks6qd button:focus-
visible svg path,._yb_pyz287 ._yb_1q3bav3:hover svg path,._yb_pyz287 ._yb_1q3bav3:focus-visible svg path,._yb_pyz287 ._yb_1b79rpk:hover svg
path,._yb_pyz287 ._yb_1b79rpk:focus-visible svg path{fill:#6001d2;fill:var(--yb-text-hover-color)}._yb_1b79rpk:focus-visible{outline:4px solid rgb(96 1
210/50%);outline:var(--yb-outline)}._yb_1hc87hl{background-color:#fff;background-color:var(--yb-sidenav-bg);height:100%;overflow-y:auto;overflow-
x:hidden;position:relative;display:none;flex-direction:column;align-items:flex-start;gap:40px;padding:0 40px;width:var(--frame-width);box-shadow:0 0 2px
rgb(0 0 0/5%),0 4px 16px rgb(0 0 0/20%)}html[data-color-theme-enabled][data-color-scheme=transparent] ._yb_1hc87hl{-webkit-backdrop-filter:var(--yb-
transparent-popover-backdrop-filter);backdrop-filter:var(--yb-transparent-popover-backdrop-filter);box-shadow:var(--yb-transparent-popover-box-
shadow)}._yb_1hc87hl._yb_gx8mtc{gap:19px}._yb_3m4hfk{display:flex;flex-direction:column;align-items:flex-start;padding:0}._yb_1hc87hl._yb_109zm1x
._yb_3m4hfk{overflow-y:hidden;min-height:48px}._yb_1cc7wse{display:flex;flex-direction:row;align-items:center;justify-content:flex-end;padding:16px 14px
8px;gap:10px;width:100%;height:48px}._yb_1gx27uc{display:flex;flex-direction:row;align-items:flex-
start;padding:0;gap:10px;height:20px;opacity:0}._yb_9d1sug{display:flex;flex-direction:column;align-items:flex-start;width:var(--frame-width);transition:height
.2s ease-in-out;transform:translateZ(0);overflow:hidden;height:48px}._yb_oj0kxz{display:flex;flex-direction:row;align-
items:center;gap:17px;color:#232a31;color:var(--yb-text-primary);margin:0;z-index:2;height:48px;width:100%}._yb_tms0jm ._yb_oj0kxz{font-
weight:700;gap:17px}._yb_7x32rq{align-items:center;height:44px;flex-shrink:0;margin:0 20px;width:auto;background-color:#f5f8fa;background-color:var(--
yb-selected-item-background);border-radius:4px;text-shadow:none}._yb_7x32rq svg{filter:none!important}._yb_3szzn2 ._yb_7x32rq{background-
color:transparent;border:solid 1px var(--yb-editions-modal-outline)}._yb_tiojz._yb_ubzni8{margin-left:20px}._yb_oj0kxz:focus-
visible{outline:4px solid rgb(96 1 210/50%);outline:var(--yb-outline);border-radius:12px;outline-offset:-6px}._yb_lpj73f{border-left:#232a31 2px solid;border-
left:var(--yb-text-primary) 2px solid;height:24px}._yb_tiojz{display:flex;flex-direction:column;align-items:flex-start;padding:0;width:241px;gap:2px;font-
weight:600;font-size:20px;line-height:24px}._yb_tiojz._yb_gx8mtc,._yb_tms0jm ._yb_gx8mtc{width:221px}._yb_tms0jm
._yb_tiojz{width:233px}._yb_1orysxz{display:flex;flex-direction:column;align-items:flex-start;list-style:none;font-size:16px;line-
height:20px;margin:0;opacity:0;padding-left:20px;transition:opacity .2s ease-in-out,visibility .2s ease-in-out;width:100%;visibility:hidden}._yb_7x32rq
._yb_1orysxz{transition:opacity .2s ease-in-out,padding-left .2s ease-in-out,padding-right .2s ease-in-out,visibility .2s ease-in-out}._yb_tms0jm
._yb_1orysxz{max-height:-moz-fit-content;max-height:fit-content}._yb_tms0jm ._yb_1orysxz,._yb_j283ho ._yb_1orysxz{padding-
bottom:20px;opacity:1;visibility:visible}._yb_tms0jm ._yb_1orysxz._yb_gx8mtc,._yb_j283ho ._yb_1orysxz._yb_gx8mtc{padding-
bottom:8px}._yb_tms0jm._yb_1i5wvic ._yb_1orysxz{padding-bottom:0;opacity:0;visibility:hidden}._yb_tms0jm ._yb_b9j16y._yb_1c6ngx2>._yb_5i3s2a{font-
weight:600;font-weight:var(--yb-font-bold);color:#232a31;color:var(--yb-text-primary)}._yb_b9j16y{display:flex;flex-direction:row;align-
items:center;padding:0 15px 0 0;gap:6px;width:inherit}._yb_b9j16y._yb_1dokb0v ._yb_5i3s2a{cursor:pointer}._yb_b9j16y._yb_1dokb0v
._yb_5i3s2a._yb_8sv187{background:0 0;outline:0;border:0;font-size:16px}._yb_b9j16y ._yb_5i3s2a{color:#5b636a;color:var(--yb-text-secondary);text-
decoration:none;font-weight:400;font-weight:var(--yb-font-regular);width:268px;display:inherit;align-items:center;gap:5px;height:44px;padding-
left:12px}._yb_3azc2{align-items:center;color:inherit;display:flex;text-decoration:none;width:inherit;height:48px}._yb_oj0kxz>._yb_tiojz
._yb_3azc2:hover,._yb_oj0kxz:focus-visible>._yb_tiojz ._yb_3azc2{color:#6001d2;color:var(--yb-text-hover-
color)}._yb_1q3bav3._yb_fg0fdn._yb_gx8mtc{display:flex;height:48px;width:48px;justify-content:center;align-
items:center}._yb_1q3bav3._yb_fg0fdn._yb_1djaxgn{cursor:default}._yb_b9j16y ._yb_5i3s2a:focus-visible,._yb_b9j16y
._yb_5i3s2a._yb_8sv187:focus-visible{outline:4px solid rgb(96 1 210/50%);outline:var(--yb-outline);outline-offset:-2px;border-radius:8px}._yb_j283ho
._yb_1q3bav3 svg{transform:rotate(180deg)}._yb_j283ho ._yb_9cfq6n svg{transform:rotate(180deg)}._yb_9cfq6n svg:last-child{margin-
top:4px}._yb_1q3bav3{height:20px}._yb_mmj3y9{display:flex;flex-direction:column;align-items:flex-start;padding:0;list-
style:none;margin:0;width:100%}._yb_1ytgcqy{flex-direction:row}._yb_1kx9b8m{display:flex;flex-direction:row;align-items:center;gap:8px;font-
size:14px;color:#232a31;color:var(--yb-text-primary);line-height:16px;width:100%}._yb_v69mge{display:flex;flex-direction:column;padding:0
```

20px;gap:6px;color:#5b636a;color:var(--yb-text-secondary);font-size:12px;line-height:16px;font-weight:400;width:311px}._yb_v69mge span{display:flex;flex-direction:column;align-items:flex-start;gap:10px}._yb_a2aon2{display:flex;gap:6px;align-items:center}._yb_3kzhl7._yb_1q3bav3 svg{transform:rotate(180deg);align-content:center}._yb_cr10dc{position:absolute;top:45px;left:0;padding-left:20px;width:100%;z-index:1;bottom:0}._yb_fumla1 ._yb_cr10dc{bottom:unset}._yb_3ks6qd{position:absolute;top:-25px;padding-left:5px;width:auto}._yb_3ks6qd button{display:flex;border:0;margin:0;padding:0;background:0 0;cursor:pointer}._yb_1hc87hl._yb_109zm1x ._yb_mmj3y9,._yb_1hc87hl._yb_109zm1x ._yb_v69mge,._yb_1hc87hl._yb_109zm1x section{margin-left:-311px}._yb_1hc87hl._yb_109zm1x section{transform:none}._yb_1hc87hl._yb_109zm1x ._yb_3kzhl7{display:none}._yb_1hc87hl._yb_109zm1x ._yb_1b79rpk{margin-left:241px;z-index:2}._yb_lp7m8b{display:none}._yb_pyz287 ._yb_xps24s,._yb_pyz287 ._yb_9cfq6n{width:271px;padding:12px;font-size:14px;color:#5b636a;color:var(--yb-text-secondary)}._yb_pyz287 ._yb_9cfq6n{display:flex;flex-direction:row;gap:12px;border-radius:4px;color:#232a31;color:var(--yb-text-primary);margin:0;cursor:pointer}._yb_pyz287 ._yb_9cfq6n:hover ._yb_ahtxve,._yb_pyz287 ._yb_9cfq6n:hover ._yb_at0yoh,._yb_pyz287 ._yb_9cfq6n:focus-visible ._yb_ahtxve,._yb_pyz287 ._yb_9cfq6n:focus-visible ._yb_at0yoh{color:#6001d2;color:var(--yb-text-hover-color)}._yb_pyz287 ._yb_9cfq6n:hover svg path,._yb_pyz287 ._yb_9cfq6n:focus-visible svg path{fill:#6001d2;fill:var(--yb-text-hover-color)}._yb_pyz287 ._yb_9cfq6n ._yb_ahtxve{width:193px;font-weight:400;font-weight:var(--yb-font-regular);color:#232a31;color:var(--yb-text-primary)}._yb_9cfq6n ._yb_at0yoh,._yb_j283ho ._yb_9cfq6n ._yb_brxqxl{display:none}._yb_9cfq6n ._yb_brxqxl,._yb_j283ho ._yb_9cfq6n ._yb_at0yoh{display:flex;font-weight:400;font-weight:var(--yb-font-regular);color:#232a31;color:var(--yb-text-primary);font-family:\\\"YahooSans VF\\\",YahooSans,\\\"Yahoo Sans\\\",\\\"Helvetica Neue\\\",Helvetica,Arial,sans-serif;font-family:var(--yb-fuji2-font);width:193px;height:20px}._yb_j283ho ._yb_9cfq6n ._yb_19j7j78,._yb_j283ho ._yb_9cfq6n ._yb_ahtxve{display:none}._yb_pyz287 ._yb_xps24s{list-style:none;margin:0;padding:0 12px}._yb_9d1sug._yb_j283ho._yb_1wxrlga ._yb_1oryszx{padding:0;opacity:1}._yb_9d1sug._yb_1wxrlga ._yb_1oryszx{opacity:0}._yb_pyz287 ._yb_xps24s li{width:100%}._yb_pyz287 ._yb_xps24s ._yb_1vhsgrr{align-items:center;display:flex;flex-direction:row;height:44px;padding:12px;justify-content:space-between}._yb_pyz287 ._yb_b9j16y._yb_5i3s2a:hover,._yb_pyz287 ._yb_b9j16y._yb_5i3s2a:focus-visible,._yb_pyz287 ._yb_1daimm1:hover,._yb_pyz287 ._yb_1daimm1:focus-visible{color:#6001d2;color:var(--yb-text-hover-color);background-color:#f5f8fa;background-color:var(--yb-selected-item-background)}._yb_pyz287 ._yb_1daimm1:focus-visible{outline:4px solid rgb(96 1 210/50%);outline:var(--yb-outline);border-radius:4px;margin:0 15px;padding-left:5px}._yb_pyz287 ._yb_rz3hnf:focus-visible{outline:4px solid rgb(96 1 210/50%);outline:var(--yb-outline);outline-offset:4px;border-radius:1px}._yb_pyz287 ._yb_xps24s ._yb_1vhsgrr:focus-visible{outline:4px solid rgb(96 1 210/50%);outline:var(--yb-outline);border-radius:10px;outline-offset:-5px}._yb_pyz287 ._yb_xps24s ._yb_1vhsgrr:hover ._yb_ahtxve,._yb_pyz287 ._yb_xps24s ._yb_1vhsgrr:focus-visible ._yb_ahtxve{color:#6001d2;color:var(--yb-text-hover-color)}._yb_pyz287 ._yb_xps24s ._yb_1vhsgrr:hover svg path,._yb_pyz287 ._yb_xps24s ._yb_1vhsgrr:focus-visible svg path{fill:#6001d2;fill:var(--yb-text-hover-color)}._yb_pyz287 ._yb_ahtxve{color:#5b636a;color:var(--yb-text-secondary);font-size:14px;font-weight:400;font-weight:var(--yb-font-regular);height:20px}._yb_pyz287 ._yb_19j7j78{font-size:11px;line-height:16px;font-style:italic;font-weight:400;margin:0 6px}._yb_pyz287 ._yb_1i53fv3 ._yb_19j7j78{color:#6e7780;color:var(--yb-editions-text)}._yb_pyz287 ._yb_beq1gb{width:100%}._yb_pyz287 ._yb_beq1gb a ._yb_ahtxve{font-weight:600;color:#232a31;color:var(--yb-text-primary)}._yb_pyz287 ._yb_gcxu23{align-items:flex-start;color:#5b636a;color:var(--yb-text-secondary);display:flex;flex-direction:column;font-size:14px;font-weight:400;font-weight:var(--yb-font-regular);gap:10px;line-height:20px;height:20px;padding:4px}.text-decoration:none}._yb_e1dk09{width:100%;display:initial;line-height:17px}.ybar-property-finance a._yb_5i3s2a svg path{fill:#6001d2;fill:var(--yb-svg-icon-color-non-l2)}._yb_1q3bav3._yb_fg0fdn._yb_gx8mtc._yb_1djaxgn{justify-content:flex-end;padding-right:18px;width:var(--frame-width)}._yb_1djaxgn ._yb_tiojz._yb_gx8mtc{margin-left:0;width:calc(var(--frame-width) - 58px)}._yb_109zm1x ._yb_ovavv,.ybar-variant-att ._yb_1i53fv3,._yb_109zm1x ._yb_1i53fv3{display:none}._yb_ovavv{align-items:center;background:var(--yb-blurple);border-radius:8px;display:flex;gap:8px;margin:20px;padding:12px 18px;width:calc(var(--frame-width) - 40px);text-decoration:none}._yb_1il0i40{color:#f0f3f5;color:var(--yb-gray-hair);font-weight:500;font-size:14px;max-width:174px;overflow:hidden;text-overflow:ellipsis;text-decoration:none}._yb_1q8aueu{font-size:16px}._yb_17mdkyu._yb_1mmm90i{background:#f0f3f5;background:var(--yb-profile-avatar-bg);border-radius:16px;color:#5d5eff;color:var(--yb-blurple);font-weight:585;font-size:8px;height:16px;line-height:4px;margin-left:auto;padding:6px}._yb_kt4lvb{line-height:14px;padding:1px 6px}._yb_1jjopxj{margin:0 0 0 20px;font-size:12px;color:#6e7780;color:var(--yb-editions-

```
text);font-family:\\\"YahooSans VF\\\",YahooSans,\\\"Yahoo Sans\\\",\\\"Helvetica Neue\\\",Helvetica,Arial,sans-serif;font-family:var(--yb-fuji2-font-
family);font-weight:585}._yb_1i53fv3{display:flex;flex-direction:column;gap:8px;margin-top:37px}@keyframes
_yb_pdm53q{0%{transform:translateX(0);opacity:1}to{transform:translateX(32px);opacity:0}}#_yb_mail-tooltip._yb_aesylq{animation:400ms ease-out 0s 1
_yb_pdm53q;opacity:0}@keyframes _yb_1dj375d{0%{transform:translateX(32px);opacity:0}to{transform:translateX(0);opacity:1}}#_yb_mail-
tooltip._yb_15tcl9j{animation:400ms ease-out 0s 1 _yb_1dj375d;opacity:1}:root{--frame-width:280px;--frame-width-landscape:403px;--frame-width-
uh3:311px}._yb_o1wsua{position:fixed;display:none;width:100%;height:100%;top:0;left:0;right:0;bottom:0;background-color:rgb(35 42 49/40%);overflow-
y:scroll;z-index:10}._yb_1tahxz{transition:all .2s ease-in-out}._yb_4m9tkk{overflow:hidden}._yb_n8j2pa{transition:transform .2s ease-in-
out!important;transform:translateX(0)}._yb_1lv8d96{transform:translateX(280px);transform:translateX(var(--frame-width));box-shadow:0 4px 16px 0 rgb(0 0
0/20%),0 0 2px 0 rgb(0 0 0/5%);visibility:visible!important;display:block!important}.ybar-ytheme-crunch
._yb_1lv8d96._yb_n8j2pa{transform:translateX(calc(311px));transform:translateX(calc(var(--frame-width-uh3)));overflow-x:hidden;transition:transform .4s
ease-in-out!important}.ybar-ytheme-crunch ._yb_o1wsua{background-color:rgb(16 21 24/60%)}._yb_1qu1cu9{transform:translateX(calc(0px -
280px));transform:translateX(calc(0px - var(--frame-width)));box-shadow:0 4px 16px 0 rgb(0 0 0/20%),0 0 2px 0 rgb(0 0
0/5%);visibility:visible!important;display:block!important}.ybar-ytheme-crunch ._yb_1qu1cu9._yb_n8j2pa{transform:translateX(calc(0px -
311px));transform:translateX(calc(0px - var(--frame-width-uh3)));transition:transform .4s ease-in-out!important}._yb_9lyufe{animation:.5s ease-in-out
_yb_wxm9ko!important;box-shadow:0 4px 16px 0 rgb(0 0 0/20%),0 0 2px 0 rgb(0 0 0/5%);visibility:visible!important;display:block!important}html[data-color-
theme-enabled][data-color-scheme=transparent] ._yb_1lv8d96,html[data-color-theme-enabled][data-color-scheme=transparent] ._yb_1qu1cu9,html[data-color-
theme-enabled][data-color-scheme=transparent] ._yb_9lyufe{box-shadow:var(--yb-transparent-popover-box-
shadow)}#ybarAccountContainer._yb_1qu1cu9:before,#ybarAccountContainer._yb_1qu1cu9:after{display:none}[data-hidden=true]{display:none}[data-
hidden=false]{display:block}._yb_1tahxz[data-hidden=true]{display:block;visibility:hidden;opacity:0}._yb_1tahxz[data-
hidden=false]{display:block;visibility:visible;opacity:1}@media screen and (orientation:landscape) and (min-
width:767px){._yb_1lv8d96{transform:translateX(403px);transform:translateX(var(--frame-width-landscape))}._yb_1qu1cu9{transform:translateX(calc(0px -
403px));transform:translateX(calc(0px - var(--frame-width-landscape)))}}@keyframes
_yb_wxm9ko{0%{opacity:0}to{opacity:1}}._yb_w07omh{display:flex;align-items:0;font-
size:0;height:100%}._yb_kyj5eh._yb_w07omh,._yb_1du66k4._yb_w07omh{width:100%}.ybar-ytheme-crunch ._yb_w07omh{width:auto}.ybar-ytheme-fuji2
._yb_w07omh{max-height:24px;transition:height .4s}.ybar-ytheme-fuji2 ._yb_kyj5eh._yb_w07omh,.ybar-ytheme-fuji2 ._yb_1du66k4._yb_w07omh{margin-
top:8px;max-height:45px}@media screen and (min-width:1020px){.ybar-ytheme-fuji2 ._yb_w07omh{max-height:32px}.ybar-ytheme-fuji2
._yb_kyj5eh._yb_w07omh,.ybar-ytheme-fuji2 ._yb_1du66k4._yb_w07omh{margin-top:6px;max-height:56px}}.ybar-ytheme-fuji2
._yb_1vtz8f5._yb_w07omh{width:auto;max-height:40px}._yb_w07omh:focus{outline-offset:2px}._yb_othpab{align-self:flex-start;max-height:100%;max-
width:100%}@media screen and (min-width:768px){._yb_othpab{max-height:40px}}._yb_1du66k4 ._yb_othpab{height:100%;max-height:100%}.ybar-
ytheme-fuji2 ._yb_othpab{height:auto;width:auto;max-height:100%;max-width:100%;flex-shrink:0;-o-object-fit:contain;object-fit:contain;-o-object-
position:left;object-position:left}.ybar-ytheme-fuji2._yb_1vtz8f5 ._yb_othpab{-o-object-position:center;object-position:center}.ybar-ytheme-crunch
._yb_10lap9e ._yb_othpab{max-height:24px}._yb_1pwk7jw{display:block;display:var(--yb-light-img-logo-display)}._yb_w051tq{display:none;display:var(--
yb-dark-img-logo-display)}.ybar-dark ._yb_w051tq{display:block}.ybar-dark ._yb_1pwk7jw,.ybar-ytheme-crunch ._yb_w051tq,.ybar-light
._yb_w051tq{display:none}.ybar-amp ._yb_w07omh{background:0 0;margin:auto;padding:10px 0;text-align:center}@media screen and (max-
width:768px){._yb_1odf9ah ._yb_othpab,._yb_1alw4sc ._yb_othpab{height:100%;max-height:32px}}._yb_1rea6ey{position:absolute;left:-
9999px;top:auto;width:1px;height:1px;overflow:hidden}._yb_vnremi{display:flex;align-items:center}._yb_cbxqh8{width:1px;height:20px;background-
color:#e0e4e9;background-color:var(--yb-cobrand-logos-divider);margin:0 8px}._yb_vnremi svg{width:auto;height:100%}._yb_vnremi
a._yb_14ggibd,._yb_vnremi ._yb_3x621t{height:24px}._yb_vnremi ._yb_4tlo9g{height:20px}._yb_vnremi a._yb_3pmjza{height:18px}:root{--yb-powered-
google-icon:url('data:image/svg+xml,\u003Csvg xmlns=\\\"http://www.w3.org/2000/svg\\\" width=\\\"38\\\" height=\\\"20\\\" viewBox=\\\"0 0 38 20\\\"
fill=\\\"none\\\"\u003E\u003Cpath d=\\\"M16.0544 14.1473C16.0544 15.9234 14.6644 17.2321 12.9573 17.2321C11.2503 17.2321 9.86023 15.9234 9.86023
```

191

14.1473C9.86023 12.3589 11.2503 11.0624 12.9573 11.0624C14.6644 11.0624 16.0544 12.3589 16.0544 14.1473ZM14.6969 14.1473C14.6969 13.0377 13.8921 12.2776 12.9573 12.2776C12.0225 12.2776 11.2177 13.0377 11.2177 14.1473C11.2177 15.2447 12.0225 16.0169 12.9573 16.0169C13.8921 16.0169 14.6969 15.2447 14.6969 14.1473Z\\\" fill=\\\"%23EA4335\\\"/>\u003cpath d=\\\"M22.7322 14.1473C22.7322 15.9234 21.3422 17.2322 19.6352 17.2322C17.9281 17.2322 16.5381 15.9234 16.5381 14.1473C16.5381 12.3589 17.9281 11.0624 19.6352 11.0624C21.3422 11.0583 22.7322 12.3589 22.7322 14.1473ZM21.3788 14.1473C21.3788 13.0377 20.574 12.2776 19.6392 12.2776C18.7044 12.2776 17.8997 13.0377 17.8997 14.1473C17.8997 15.2447 18.7044 16.0169 19.6392 16.0169C20.57 16.0169 21.3788 15.2447 21.3788 14.1473Z\\\" fill=\\\"%23FBBC05\\\"/>\u003cpath d=\\\"M29.1337 11.2452V16.7891C29.1337 19.0692 27.7883 20 26.1992 20C24.7035 20 23.8012 19.0001 23.4638 18.1832L24.6425 17.6914C24.8538 18.1954 25.366 18.7847 26.1951 18.7847C27.2112 18.7847 27.8412 18.1588 27.8412 16.9761V16.533H27.7924C27.4876 16.907 26.9064 17.2362 26.1666 17.2362C24.6222 17.2362 23.2118 14.1635C23.2118 12.4199 24.6262 11.0664 26.1666 11.0664C26.9023 11.0664 27.4876 11.3916 27.7924 11.7574H27.8412V11.2534L29.1337 11.2452ZM27.9428 14.1594C27.9428 13.0742 27.2193 12.2776 26.2967 12.2776C25.3619 12.2776 24.5775 13.0702 24.5775 14.1594C24.5775 15.2365 25.3619 16.0169 26.2967 16.0169C27.2153 16.0169 27.9428 15.2324 27.9428 14.1594Z\\\" fill=\\\"%234285F4\\\"/>\u003cpath d=\\\"M31.2553 7.9978V17.0411H29.9344V7.9978H31.2553Z\\\" fill=\\\"%2334A853\\\"/>\u003cpath d=\\\"M36.4049 15.1633L37.4576 15.8665C37.1162 16.3705 36.2993 17.2362 34.8848 17.2362C33.1331 17.2362 31.8243 15.8827 31.8243 14.1513C31.8243 12.3142 33.1453 11.0664 34.7345 11.0664C36.3358 11.0664 37.1203 12.3426 37.3763 13.0295L37.5186 13.3791L33.3891 15.082C33.7062 15.6998 34.198 16.0169 34.8848 16.0169C35.5758 16.0169 36.0554 15.6754 36.4049 15.1633ZM33.1697 14.0497L35.9294 12.9035C35.779 12.5174 35.3197 12.2491 34.7832 12.2491C34.0923 12.2532 33.1331 12.8588 33.1697 14.0497Z\\\" fill=\\\"%23EA4335\\\"/>\u003cpath d=\\\"M4.85697 13.3425V12.0337H9.27091C9.31562 12.2613 9.33594 12.5336 9.33594 12.8222C9.33594 13.8058 9.06769 15.0211 8.20197 15.8827C7.36064 16.7606 6.28357 17.228 4.86103 17.228C2.21917 17.228 0 15.078 0 12.4361C0 9.79424 2.21917 7.64417 4.86103 7.64417 4.86103 7.64417C6.32015 7.64417 7.36471 8.21725 8.14507 8.9651L7.22245 9.88772C6.66156 9.36341 5.90152 8.9529 4.86103 8.9529C2.9345 8.9529 1.42254 10.5055 1.42254 12.4361C1.42254 14.3667 2.93044 15.9193 4.86103 15.9193C6.11287 15.9193 6.82414 15.4153 7.27935 14.9601C7.64921 14.5902 7.89308 14.0619 7.99062 13.3384L4.85697 13.3425Z\\\" fill=\\\"%234285F4\\\"/>\u003cpath d=\\\"M34.3581 4.93802L32.9238 2.34131H33.7785L34.7543 4.17505L35.6646 2.34131H36.4964L33.9553 7.26623H33.1138L34.3581 4.93802Z\\\" fill=\\\"%23999999\\\"/>\u003cpath d=\\\"M30.193 0V2.71132C30.4878 2.4057 30.8218 2.25289 31.1951 2.25289C31.6251 2.25289 31.9831 2.41334 32.2691 2.73425C32.5551 3.05297 32.6981 3.45028 32.6981 3.92618C32.6981 4.41736 32.554 4.82341 32.2658 5.14431C31.9799 5.46304 31.6186 5.6224 31.182 5.6224C30.813 5.6224 30.4834 5.4805 30.193 5.19671V5.53071H29.4563V0H30.193ZM31.9449 3.95893C31.9449 3.6533 31.862 3.40444 31.6961 3.21233C31.528 3.01586 31.3173 2.91762 31.0641 2.91762C30.7934 2.91762 30.5729 3.01258 30.4026 3.20251C30.2345 3.39025 30.1505 3.63475 30.1505 3.93601C30.1505 4.246 30.2334 4.49377 30.3993 4.67933C30.5652 4.86925 30.7836 4.96421 31.0542 4.96421C31.3097 4.96421 31.5214 4.86925 31.6895 4.67933C31.8598 4.48722 31.9449 4.24709 31.9449 3.95893Z\\\" fill=\\\"%23999999\\\"/>\u003cpath d=\\\"M25.7167 0H26.4568V5.53071H25.7167V5.19671C25.4264 5.4805 25.0978 5.6224 24.7311 5.6224C24.2945 5.6224 23.9321 5.46304 23.6439 5.14431C23.358 4.81904 23.215 4.413 23.215 3.92618C23.215 3.45028 23.358 3.05297 23.6439 2.73425C23.9277 2.41334 24.2847 2.25289 24.7147 2.25289C25.088 2.25289 25.422 2.4057 25.7167 2.71132V0ZM23.9681 3.92618C23.9681 4.23181 24.05 4.48067 24.2137 4.67278C24.3818 4.86707 24.5936 4.96421 24.849 4.96421C25.1218 4.96421 25.3423 4.87034 25.5104 4.6826C25.6785 4.48831 25.7626 4.24163 25.7626 3.94255C25.7626 3.64348 25.6785 3.3968 25.5104 3.20251C25.3423 3.01258 25.124 2.91762 24.8555 2.91762C24.3905 3.01367 24.2203 3.20578C24.0522 3.40007 23.9681 3.6402 23.9681 3.92618Z\\\" fill=\\\"%23999999\\\"/>\u003cpath d=\\\"M22.5567 4.1096H20.2711C20.2908 4.37156 20.3759 4.58004 20.5265 4.73504C20.6771 4.88785 20.8703 4.96425 21.1061 4.96425C21.2895 4.96425 21.4412 4.92059 21.5613 4.83327C21.6792 4.74595 21.8134 4.58441 21.964 4.34864L22.5862 4.69574C22.4997 22.3886 5.00027 22.2817 5.11816C22.1747 5.23386 22.0601 5.32991 21.9378 5.40632C21.8156 5.48054 21.6835 5.53512 21.5416 5.57005C21.3997 5.60497 21.2458 5.62244 21.0799 5.62244C20.604 5.62244 20.222 5.46963 19.9338 5.164C19.6457 4.85619 19.5016 4.44797 19.5016 3.93932C19.5016 3.43504 19.6413 3.02681 19.9207 2.71464C20.2023 2.40683 20.5756 2.25293 21.0406 2.25293C21.51 2.25293 21.8811 2.40247 22.154 2.70154C22.4247 2.99843 22.56 3.40994 22.56 3.93605L22.5567 4.1096ZM21.8003 3.50708C21.6977 3.11414 21.4499 2.91766 21.057 2.91766C20.9675 2.91766 20.8834 2.93185 20.8049 2.96023C20.7263 2.98643 20.6542 3.02572 20.5887 3.07812C20.5254 3.12833 20.4709 3.18945 20.425 3.26149C20.3792 3.33353 20.3442 3.41539 20.3202 3.50708H21.8003Z\\\" fill=\\\"%23999999\\\"/>\u003cpath d=\\\"M17.1896 2.34134H17.9263V2.62623C18.0617 2.48433 18.1818 2.38719 18.2865

2.33479C18.3935 2.28022 18.5201 2.25293 18.6664 2.25293C18.8607 2.25293 19.0637 2.31624 19.2755 2.44285L18.9382 3.11741C18.7985 3.01699 18.662 2.96678 18.5289 2.96678C18.1272 2.96678 17.9263 3.27022 17.9263 3.8771V5.53075H17.1896V2.34134Z\\\" fill=\\\"%23999999\\\"/>\u003Cpath d=\\\"M16.3809 4.1096H14.0953C14.1149 4.37156 14.2 4.58004 14.3507 4.73504C14.5013 4.88785 14.6945 4.96425 14.9303 4.96425C15.1136 4.96425 15.2654 4.92059 15.3854 4.83327C15.5033 4.74595 15.6376 4.58441 15.7882 4.34864L16.4104 4.69574C16.3143 4.85947 16.2128 5.00027 16.1058 5.11816C15.9989 5.23386 15.8843 5.32991 15.762 5.40632C15.6398 5.48054 15.5077 5.53512 15.3658 5.57005C15.2239 5.60497 15.07 5.62244 14.9041 5.62244C14.4282 5.62244 14.0461 5.46963 13.758 5.164C13.4698 4.85619 13.3257 4.44797 13.3257 3.93932C13.3257 3.43504 13.4655 3.02681 13.7449 2.71464C14.0265 2.40683 14.3998 2.25293 14.8648 2.25293C15.3341 2.25293 15.7052 2.40247 15.9781 2.70154C16.2488 2.99843 16.3842 3.40994 16.3842 3.93605L16.3809 4.1096ZM15.6245 3.50708C15.5219 3.11414 15.2741 2.91766 14.8812 2.91766C14.7917 2.91766 14.7076 2.93185 14.629 2.96023C14.5504 2.98643 14.4784 3.02572 14.4129 3.07812C14.3496 3.12833 14.295 3.18945 14.2492 3.26149C14.2033 3.33353 14.1684 3.41539 14.1444 3.50708H15.6245Z\\\" fill=\\\"%23999999\\\"/>\u003Cpath d=\\\"M8.78723 2.34124L9.62224 4.16189L10.5227 2.0498L11.4298 4.16189L12.255 2.34124H13.0802L11.4101 5.76969L10.5227 3.71655L9.62552 5.76969L7.95877 2.34124H8.78723Z\\\" fill=\\\"%23999999\\\"/>\u003Cpath d=\\\"M4.33374 3.91312C4.33374 3.45251 4.49856 3.06065 4.8282 2.73756C5.15783 2.41447 5.55951 2.25293 6.03323 2.25293C6.50913 2.25293 6.91299 2.41557 7.24481 2.74084C7.57227 3.06611 7.73599 3.4656 7.73599 3.93932C7.73599 4.4174 7.57118 4.81799 7.24154 5.14108C6.90972 5.46199 6.50258 5.62244 6.02013 5.62244C5.54205 5.62244 5.14146 5.45871 4.81837 5.13126C4.49528 4.80817 4.33374 4.40212 4.33374 3.91312ZM5.08689 3.92622C5.08689 4.24495 5.17202 4.49709 5.3423 4.68264C5.51694 4.87038 5.74725 4.96425 6.03323 4.96425C6.32139 4.96425 6.5517 4.87148 6.72416 4.68592C6.89662 4.50036 6.98285 4.25259 6.98285 3.9426C6.98285 3.63261 6.89662 3.38483 6.72416 3.19927C6.54952 3.01153 6.31921 2.91766 6.03323 2.91766C5.75162 2.91766 5.52349 3.01153 5.34885 3.19927C5.17421 3.38701 5.08689 3.62933 5.08689 3.92622Z\\\" fill=\\\"%23999999\\\"/>\u003Cpath d=\\\"M1.20027 7.26626H0.463501V2.34134H1.20027V2.68844C1.49062 2.3981 1.82026 2.25293 2.18919 2.25293C2.62798 2.25293 2.98927 2.41447 3.27306 2.73756C3.56122 3.05847 3.7053 3.46342 3.7053 3.95242C3.7053 4.4305 3.56231 4.82891 3.27634 5.14763C2.99254 5.46417 2.63453 5.62244 2.20229 5.62244C1.82899 5.62244 1.49498 5.4729 1.20027 5.17383V7.26626ZM2.95216 3.95569C2.95216 3.65007 2.8692 3.4012 2.70329 3.2091C2.5352 3.01481 2.32344 2.91766 2.06803 2.91766C1.79733 2.91766 1.57794 3.01153 1.40985 3.19927C1.24175 3.38701 1.1577 3.93932C1.1577 4.2384 1.24175 4.48508 1.40985 4.67937C1.57576 4.86929 1.79406 4.96425 2.06475 4.96425C2.32017 4.96425 2.53083 4.8682 2.69674 4.67609C2.86702 4.48399 2.95216 4.24385 2.95216 3.95569Z\\\" fill=\\\"%23999999\\\"/>'}}._yb_1hi43u5{display:flex;height:46px;max-width:646px;width:calc(100% - 120px);margin-left:35px;position:relative}.ybar-ytheme-crunch ._yb_1hi43u5{top:5px;max-width:unset;min-width:193px;margin-left:20px;width:100%}.ybar-ytheme-crunch.ybar-uh3-desktop ._yb_1hi43u5{margin-left:24px}.ybar-ytheme-crunch ._yb_1ecmnf2{top:0;height:40px}.ybar-ytheme-crunch ._yb_1hi43u5._yb_c4sqhw{max-width:unset;min-width:193px}._yb_1hi43u5 input[type=hidden]{visibility:hidden}._yb_1hqr9qh ._yb_1hi43u5,._yb_z6zmhw ._yb_1hi43u5{margin-right:100px}@media screen and (min-width:1024px){._yb_1hqr9qh ._yb_1hi43u5,._yb_z6zmhw ._yb_1hi43u5{margin-right:83px}.ybar-uh3-desktop ._yb_1hi43u5._yb_c4sqhw{margin-left:20px}}@media screen and (min-width:768px){._yb_1hqr9qh ._yb_1hi43u5,._yb_z6zmhw ._yb_1hi43u5{min-width:350px}}@media screen and (max-width:767px){.ybar-ytheme-crunch ._yb_1hi43u5._yb_c4sqhw:not(._yb_1ecmnf2){min-width:213px}}.ybar-ytheme-fuji2 ._yb_1hi43u5{height:36px;margin:0;min-width:0;max-width:none;width:100%;transition:width .4s,height .4s}.ybar-ytheme-fuji2 ._yb_1hi43u5._yb_4ttqvi{max-width:575px}@media screen and (min-width:1020px){.ybar-ytheme-fuji2 ._yb_1hi43u5{height:44px}}@media screen and (max-width:500px){.ybar-ytheme-fuji2 ._yb_1hi43u5{max-width:130px}.ybar-ytheme-fuji2 ._yb_1hi43u5._yb_z6zmhw{max-width:185px}}@media screen and (max-width:600px) and (min-width:501px){.ybar-ytheme-fuji2 ._yb_1hi43u5{min-width:250px}}._yb_eh72w7{color:#333;font-size:18px;outline:0;padding:1px 10px;width:100%;box-sizing:border-box;border-radius:2px 0 0 2px;border:1px solid #b0b0b0;font-family:\\\"YahooSans VF\\\",YahooSans,\\\"Yahoo Sans\\\",\\\"Helvetica Neue\\\",Helvetica,Arial,sans-serif;font-family:var(--yb-fuji2-font);animation-name:_yb_1yryj1m;animation-delay:2s;animation-duration:3s;-webkit-animation-name:_yb_1yryj1m;-webkit-animation-delay:2s;-webkit-animation-duration:3s;animation-fill-mode:backwards}._yb_eh72w7::-ms-clear{display:none}@keyframes _yb_1yryj1m{0%{border-color:#5701ed}33%{border-color:#f69ff;border-color:var(--yb-dory)}67%{border-color:#5701ed}to{border-color:#f69ff;border-color:var(--yb-dory)}}.ybar-ytheme-fuji2 ._yb_eh72w7{border:1px solid #188fff;border:1px solid var(--yb-smurfette);border-radius:4px;font-weight:500;font-style:normal;line-height:1.43;font-size:14px;padding-left:12px;animation:none}.ybar-ytheme-crunch ._yb_eh72w7{animation-name:_yb_18km5tk;background-color:#fff;background-color:var(--yb-white);border-

```
radius:100px;border:solid 1px #e0e4e9;border:solid 1px var(--yb-dirty-seagull);color:#232a31;color:var(--yb-text-primary);font-weight:400;font-
size:16px;height:36px;padding:4px 8px 6px 20px}.typing .ybar-ytheme-crunch ._yb_eh72w7{border-radius:20px 20px 0 0;height:40px}.typing .ybar-ytheme-
crunch .sf-noResult ._yb_eh72w7{border-radius:20px}.ybar-ytheme-fuji2 .sa._yb_1hi43u5 ._yb_eh72w7,.typing .ybar-ytheme-fuji2 ._yb_1hi43u5
._yb_eh72w7{border-radius:4px 4px 0 0}._yb_eh72w7::-moz-placeholder{color:transparent}._yb_eh72w7::placeholder{color:transparent}.ybar-ytheme-fuji2
._yb_eh72w7::-moz-placeholder{color:#787679;color:var(--yb-color-a11y-gray)}.ybar-ytheme-fuji2 ._yb_eh72w7::placeholder{color:#787679;color:var(--yb-
color-a11y-gray)}.ybar-ytheme-fuji2 .ybar-enable-watch-to-watch ._yb_eh72w7{padding:1px 50px}.ybar-ytheme-fuji2 .ybar-enable-watch-to-watch
._yb_1e6z2ca{padding:10px}.ybar-ytheme-fuji2 .ybar-enable-watch-to-watch ._yb_1to5227 span{position:absolute;left:12px;top:13px;color:#0063eb;color:var(-
-yb-scooter);font-size:14px}.typing .ybar-ytheme-fuji2 .ybar-enable-watch-to-watch ._yb_1to5227 span{display:none}.ybar-ytheme-crunch ._yb_eh72w7::-moz-
placeholder{font-family:\\\"YahooSans VF\\\",YahooSans,\\\"Yahoo Sans\\\",\\\"Helvetica Neue\\\",Helvetica,Arial,sans-serif;font-family:var(--yb-fuji2-
font);color:#5b636a;color:var(--yb-text-secondary);font-size:16px}.ybar-ytheme-crunch ._yb_eh72w7::placeholder{font-family:\\\"YahooSans
VF\\\",YahooSans,\\\"Yahoo Sans\\\",\\\"Helvetica Neue\\\",Helvetica,Arial,sans-serif;font-family:var(--yb-fuji2-font);color:#5b636a;color:var(--yb-text-
secondary);font-size:16px}._yb_1hqr9qh ._yb_eh72w7:focus-within,._yb_z6zmhw ._yb_eh72w7:focus-within{border-color:#0f69ff;border-color:var(--yb-
dory)}.ybar-ytheme-crunch ._yb_eh72w7:focus-within{border-color:#e0e4e9;border-color:var(--yb-dirty-seagull)}.ybar-ytheme-fuji2 ._yb_z6zmhw
._yb_eh72w7{width:100%}.ybar-ytheme-fuji2.ybar-variant-att.att-google ._yb_eh72w7{background:5px no-repeat url('data:image/svg+xml,\u003Csvg
xmlns=\\\"http://www.w3.org/2000/svg\\\" width=\\\"38\\\" height=\\\"20\\\" viewBox=\\\"0 0 38 20\\\" fill=\\\"none\\\">\u003Cpath d=\\\"M16.0544
14.1473C16.0544 15.9234 14.6644 17.2321 12.9573 17.2321C11.2503 17.2321 9.86023 15.9234 9.86023 14.1473C9.86023 12.3589 11.2503 11.0624 12.9573
11.0624C14.6644 11.0624 16.0544 12.3589 16.0544 14.1473ZM14.6969 14.1473C14.6969 13.0377 13.8921 12.2776 12.9573 12.2776C12.0225 12.2776
11.2177 13.0377 11.2177 14.1473C11.2177 15.2447 12.0225 16.0169 12.9573 16.0169C13.8921 16.0169 14.6969 15.2447 14.6969 14.1473Z\\\"
fill=\\\"%23EA4335\\\"/>\u003Cpath d=\\\"M22.7322 14.1473C22.7322 15.9234 21.3422 17.2322 19.6352 17.2322C17.9281 17.2322 16.5381 15.9234 16.5381
14.1473C16.5381 12.3589 17.9281 11.0624 19.6352 11.0624C21.3422 11.0583 22.7322 12.3589 22.7322 14.1473ZM21.3788 14.1473C21.3788 13.0377 20.574
12.2776 19.6392 12.2776C18.7044 12.2776 17.8997 13.0377 17.8997 14.1473C17.8997 15.2447 18.7044 16.0169 19.6392 16.0169C20.5716 16.0169 21.3788
15.2447 21.3788 14.1473Z\\\" fill=\\\"%23FBBC05\\\"/>\u003Cpath d=\\\"M29.1337 11.2452V16.7891C29.1337 19.0692 27.7883 20 26.1992 20C24.7035 20
23.8012 19.0001 23.4638 18.1832L24.6425 17.6914C24.8538 18.1954 25.366 18.7847 26.1951 18.7847C27.2112 18.7847 27.8412 18.1588 27.8412
16.9761V16.533H27.7924C27.4876 16.907 26.9064 17.2362 26.1666 17.2362C24.6222 17.2362 23.2118 15.8909 23.2118 14.1635C23.2118 12.4199 24.6262
11.0664 26.1666 11.0664C26.9023 11.0664 27.4876 11.3916 27.7924 11.7574H27.8412V11.2534L29.1337 11.2452ZM27.9428 14.1594C27.9428 13.0742
27.2193 12.2776 26.2967 12.2776C25.3619 12.2776 24.5775 13.1594 24.5775 14.1594C24.5775 15.2365 25.3619 16.0169 26.2967 16.0169C27.2153 16.0169
27.9428 15.2324 27.9428 14.1594Z\\\" fill=\\\"%234285F4\\\"/>\u003Cpath d=\\\"M31.2553 7.9978V17.0411H29.9344V7.9978H31.2553Z\\\"
fill=\\\"%2334A853\\\"/>\u003Cpath d=\\\"M36.4049 15.1633L37.4576 15.8665C37.1162 16.3705 36.2993 17.2362 34.8848 17.2362C33.1331 17.2362 31.8243
15.8827 31.8243 14.1513C31.8243 12.3142 33.1453 11.0664 34.7345 11.0664C36.3358 11.0664 37.1203 12.3426 37.3763 13.0295L37.5186 13.3791L33.3891
15.082C33.7062 15.6998 34.198 16.0169 34.8848 16.0169C35.5758 16.0169 36.0554 15.6754 36.4049 15.1633ZM33.1697 14.0497L35.9294 12.9035C35.779
12.5174 35.3197 12.2491 34.7832 12.2491C34.0923 12.2532 33.1331 12.8588 33.1697 14.0497Z\\\" fill=\\\"%23EA4335\\\"/>\u003Cpath d=\\\"M4.85697
13.3425V12.0337H9.27091C9.31562 12.2613 9.33594 12.5336 9.33594 12.8222C9.33594 13.8058 9.06769 15.0211 8.20197 15.8827C7.36064 16.7606
6.28357 17.228 4.86103 17.228C2.21917 17.228 0 15.078 0 12.4361C0 9.79424 2.21917 7.64417 4.86103 7.64417C6.32015 7.64417 7.36471 8.21725 8.14507
8.9651L7.22245 9.88772C6.66156 9.36341 5.90152 8.9529 4.86103 8.9529C2.9345 8.9529 1.42254 10.5055 1.42254 12.4361C1.42254 14.3667 2.93044
15.9193 4.86103 15.9193C6.11287 15.9193 6.82414 15.4153 7.27935 14.9601C7.64921 14.5902 7.89308 14.0619 7.99062 13.3384L4.85697 13.3425Z\\\"
fill=\\\"%234285F4\\\"/>\u003Cpath d=\\\"M34.3581 4.93802L32.9238 2.34131H33.7785L34.7543 4.17505L35.6646 2.34131H36.4964L33.9553
7.26623H33.1138L34.3581 4.93802Z\\\" fill=\\\"%23999999\\\"/>\u003Cpath d=\\\"M30.193 0V2.71132C30.4878 2.4057 30.8218 2.25289 31.1951
2.25289C31.6251 2.25289 31.9831 2.41334 32.2691 2.73425C32.5551 3.05297 32.6981 3.45028 32.6981 3.92618C32.6981 4.41736 32.554 4.82341 32.2658
5.14431C31.9799 5.46304 31.6186 5.6224 31.182 5.6224C30.813 5.6224 30.4834 5.4805 30.193 5.19671V5.53071H29.4563V0H30.193ZM31.9449
3.95893C31.9449 3.6533 31.862 3.40444 31.6961 3.21233C31.528 3.01586 31.3173 2.91762 31.0641 2.91762C30.7934 2.91762 30.5729 3.01258 30.4026
```

```
3.20251C30.2345 3.39025 30.1505 3.63475 30.1505 3.93601C30.1505 4.246 30.2334 4.49377 30.3993 4.67933C30.5652 4.86925 30.7836 4.96421 31.0542
4.96421C31.3097 4.96421 31.5214 4.86925 31.6895 4.67933C31.8598 4.48722 31.9449 4.24709 31.9449 3.95893Z\\\" fill=\\\"%23999999\\\"/>\u003Cpath
d=\\\"M25.7167 0H26.4568V5.53071H25.7167V5.19671C25.4264 5.4805 25.0978 5.6224 24.7311 5.6224C24.2945 5.6224 23.9321 5.46304 23.6439
5.14431C23.358 4.81904 23.215 4.413 23.215 3.92618C23.215 3.45028 23.358 3.05297 23.6439 2.73425C23.9277 2.41334 24.2847 2.25289 24.7147
2.25289C25.088 2.25289 25.422 2.4057 25.7167 2.71132V0ZM23.9681 3.92618C23.9681 4.23181 24.05 4.48067 24.2137 4.67278C24.3818 4.86707 24.5936
4.96421 24.849 4.96421C25.1218 4.96421 25.3423 4.87034 25.5104 4.6826C25.6785 4.48831 25.7626 4.24163 25.7626 3.94255C25.7626 3.64348 25.6785
3.3968 25.5104 3.20251C25.3423 3.01258 25.124 2.91762 24.8555 2.91762C24.3905 3.01367 24.2203 3.20578C24.0522 3.40007 23.9681
3.6402 23.9681 3.92618Z\\\" fill=\\\"%23999999\\\"/>\u003Cpath d=\\\"M22.5567 4.1096H20.2711C20.2908 4.37156 20.3759 4.58004 20.5265
4.73504C20.6771 4.88785 20.8703 4.96425 21.1061 4.96425C21.2895 4.96425 21.4412 4.92059 21.5613 4.83327C21.6792 4.74595 21.8134 4.58441 21.964
4.34864L22.5862 4.69574C22.4902 4.85947 22.3886 5.00027 22.2817 5.11816C22.1747 5.23386 22.0601 5.32991 21.9378 5.40632C21.8156 5.48054 21.6835
5.53512 21.5416 5.57005C21.3997 5.60497 21.2458 5.62244 21.0799 5.62244C20.604 5.62244 20.222 5.46963 19.9338 5.164C19.6457 4.85619 19.5016
4.44797 19.5016 3.93932C19.5016 3.43504 19.6413 3.02681 19.9207 2.71464C20.2023 2.40683 20.5756 2.25293 21.0406 2.25293C21.51 2.25293 21.8811
2.40247 22.154 2.70154C22.4247 2.99843 22.56 3.40994 22.56 3.93605L22.5567 4.1096ZM21.8003 3.50708C21.6977 3.11414 21.4499 2.91766 21.057
2.91766C20.9675 2.91766 20.8834 2.93185 20.8049 2.96023C20.7263 2.98643 20.6542 3.02572 20.5887 3.07812C20.5254 3.12833 20.4709 3.18945 20.425
3.26149C20.3792 3.33353 20.3442 3.41539 20.3202 3.50708H21.8003Z\\\" fill=\\\"%23999999\\\"/>\u003Cpath d=\\\"M17.1896
2.34134H17.9263V2.62623C18.0617 2.48433 18.1818 2.38719 18.2865 2.33479C18.3935 2.28022 18.5201 2.25293 18.6664 2.25293C18.8607 2.25293
19.0637 2.31624 19.2755 2.44285L18.9382 3.11741C18.7985 3.01699 18.662 2.96678 18.5289 2.96678C18.1272 2.96678 17.9263 3.27022 17.9263
3.8771V5.53075H17.1896V2.34134Z\\\" fill=\\\"%23999999\\\"/>\u003Cpath d=\\\"M16.3809 4.1096H14.0953C14.1149 4.37156 14.2 4.58004 14.3507
4.73504C14.5013 4.88785 14.6945 4.96425 14.9303 4.96425C15.1136 4.96425 15.2654 4.92059 15.3854 4.83327C15.5033 4.74595 15.6376 4.58441 15.7882
4.34864L16.4104 4.69574C16.3143 4.85947 16.2128 5.00027 16.1058 5.11816C15.9989 5.23386 15.8843 5.32991 15.762 5.40632C15.6398 5.48054 15.5077
5.53512 15.3658 5.57005C15.2239 5.60497 15.07 5.62244 14.9041 5.62244C14.4282 5.62244 14.0461 5.46963 13.758 5.164C13.4698 4.85619 13.3257
4.44797 13.3257 3.93932C13.3257 3.43504 13.4655 3.02681 13.7449 2.71464C14.0265 2.40683 14.3998 2.25293 14.8648 2.25293C15.3341 2.25293 15.7052
2.40247 15.9781 2.70154C16.2488 2.99843 16.3842 3.40994 16.3842 3.93605L16.3809 4.1096ZM15.6245 3.50708C15.5219 3.11414 15.2741 2.91766 14.8812
2.91766C14.7917 2.91766 14.7076 2.93185 14.629 2.96023C14.5504 2.98643 14.4784 3.02572 14.4129 3.07812C14.3496 3.12833 14.295 3.18945 14.2492
3.26149C14.2033 3.33353 14.1684 3.41539 14.1444 3.50708H15.6245Z\\\" fill=\\\"%23999999\\\"/>\u003Cpath d=\\\"M8.78723 2.34124L9.62224
4.16189L10.5227 2.0498L11.4298 4.16189L12.255 2.34124H13.0802L11.4101 5.76969L10.5227 3.71655L9.62552 5.76969L7.95877 2.34124H8.78723Z\\\"
fill=\\\"%23999999\\\"/>\u003Cpath d=\\\"M4.33374 3.91312C4.33374 3.45251 4.49856 3.06065 4.8282 2.73756C5.15783 2.41447 5.55951 2.25293 6.03323
2.25293C6.50913 2.25293 6.91299 2.41557 7.24481 2.74084C7.57227 3.06611 7.73599 3.4656 7.73599 3.93932C7.73599 4.4174 7.57118 4.81799 7.24154
5.14108C6.90972 5.46199 6.50258 5.62244 6.02013 5.62244C5.54205 5.62244 5.14146 5.45871 4.81837 5.13126C4.49528 4.80817 4.33374 4.40212 4.33374
3.91312ZM5.08689 3.92622C5.08689 4.24495 5.17202 4.49709 5.3423 4.68264C5.51694 4.87038 5.74725 4.96425 6.03323 4.96425C6.32139 4.96425 6.5517
4.87148 6.72416 4.68592C6.89662 4.50036 6.98285 4.25259 6.98285 3.9426C6.98285 3.63261 6.89662 3.38483 6.72416 3.19927C6.54952 3.01153 6.31921
2.91766 6.03323 2.91766C5.75162 2.91766 5.52349 3.01153 5.34885 3.19927C5.17421 3.38701 5.08689 3.62933 5.08689 3.92622Z\\\"
fill=\\\"%23999999\\\"/>\u003Cpath d=\\\"M1.20027 7.26626H0.463501V2.34134H1.20027V2.68844C1.49062 2.3981 1.82026 2.25293 2.18919
2.25293C2.62798 2.25293 2.98927 2.41447 3.27306 2.73756C3.56122 3.05847 3.7053 3.46342 3.7053 3.95242C3.7053 4.4305 3.56231 4.82891 3.27634
5.14763C2.99254 5.46417 2.63453 5.62244 2.20229 5.62244C1.82899 5.62244 1.49498 5.4729 1.20027 5.17383V7.26626ZM2.95216 3.95569C2.95216
3.65007 2.8692 3.4012 2.70329 3.2091C2.5352 3.01481 2.32344 2.91766 2.06803 2.91766C1.79733 2.91766 1.57794 3.01153 1.40985 3.19927C1.24175
3.38701 1.1577 3.6337 1.1577 3.93932C1.1577 4.2384 1.24175 4.48508 1.40985 4.67937C1.57956 4.86929 1.79046 4.96425 2.04573 4.96425C2.32017
4.96425 2.53083 4.8682 2.69674 4.67609C2.86702 4.48399 2.95216 4.24385 2.95216 3.95569Z\\\" fill=\\\"%23999999\\\"/>\u003C/svg>');background:5px no-
repeat var(--yb-powered-google-icon);padding-left:52px;background-size:40px;transition:background-position-x .3s ease}.ybar-ytheme-fuji2.ybar-variant-att.att-
google .typing .ybar-enable-search-ui ._yb_eh72w7{background:48px no-repeat url('data:image/svg+xml,\u003Csvg xmlns=\\\"http://www.w3.org/2000/svg\\\"
```

width=\\\"38\\\" height=\\\"20\\\" viewBox=\\\"0 0 38 20\\\" fill=\\\"none\\\">\u003cpath d=\\\"M16.0544 14.1473C16.0544 15.9234 14.6644 17.2321 12.9573 17.2321C11.2503 17.2321 9.86023 15.9234 9.86023 14.1473C9.86023 12.3589 11.2503 11.0624 12.9573 11.0624C14.6644 11.0624 16.0544 12.3589 16.0544 14.1473ZM14.6969 14.1473C14.6969 13.0377 13.8921 12.2776 12.9573 12.2776C12.0225 12.2776 11.2177 13.0377 11.2177 14.1473C11.2177 15.2447 12.0225 16.0169 12.9573 16.0169C13.8921 16.0169 14.6969 15.2447 14.6969 14.1473Z\\\" fill=\\\"%23EA4335\\\"/>\u003cpath d=\\\"M22.7322 14.1473C22.7322 15.9234 21.3422 17.2322 19.6352 17.2322C17.9281 17.2322 16.5381 15.9234 16.5381 14.1473C16.5381 12.3589 17.9281 11.0624 19.6352 11.0624C21.3422 11.0583 22.7322 12.3589 22.7322 14.1473ZM21.3788 14.1473C21.3788 13.0377 20.574 12.2776 19.6392 12.2776C18.7044 12.2776 17.8997 13.0377 17.8997 14.1473C17.8997 15.2447 18.7044 16.0169 19.6392 16.0169C20.57 16.0169 21.3788 15.2447 21.3788 14.1473Z\\\" fill=\\\"%23FBBC05\\\"/>\u003cpath d=\\\"M29.1337 11.2452V16.7891C29.1337 19.0692 27.7883 20 26.1992 20C24.7035 20 23.8012 19.0001 23.4638 18.1832L24.6425 17.6914C24.8538 18.1954 25.366 18.7847 26.1951 18.7847C27.2112 18.7847 27.8412 18.1588 27.8412 16.9761V16.533H27.7924C27.4876 16.907 26.9064 17.2362 26.1666 17.2362C24.6222 17.2362 23.2118 15.8909 23.2118 14.1635C23.2118 12.4199 24.6262 11.0664 26.1666 11.0664C26.9023 11.0664 27.4876 11.3916 27.7924 11.7574H27.8412V11.2534L29.1337 11.2452ZM27.9428 14.1594C27.9428 13.0742 27.2193 12.2776 26.2967 12.2776C25.3619 12.2776 24.5775 13.0702 24.5775 14.1594C24.5775 15.2365 25.3619 16.0169 26.2967 16.0169C27.2153 16.0169 27.9428 15.2324 27.9428 14.1594Z\\\" fill=\\\"%234285F4\\\"/>\u003cpath d=\\\"M31.2553 7.9978V17.0411H29.9344V7.9978H31.2553Z\\\" fill=\\\"%2334A853\\\"/>\u003cpath d=\\\"M36.4049 15.1633L37.4576 15.8665C37.1162 16.3705 36.2993 17.2362 34.8848 17.2362C33.1331 17.2362 31.8243 15.8827 31.8243 14.1513C31.8243 12.3142 33.1453 11.0664 34.7345 11.0664C36.3358 11.0664 37.1203 12.3426 37.3763 13.0295L37.5186 13.3791L33.3891 15.082C33.7062 15.6998 34.198 16.0169 34.8848 16.0169C35.5758 16.0169 36.0554 15.6754 36.4049 15.1633ZM33.1697 14.0497L35.9294 12.9035C35.779 12.5174 35.3197 12.2491 34.7832 12.2491C34.0923 12.2532 33.1331 12.8588 33.1697 14.0497Z\\\" fill=\\\"%23EA4335\\\"/>\u003cpath d=\\\"M4.85697 13.3425V12.0337H9.27091C9.31562 12.2613 9.33594 12.5336 9.33594 12.8222C9.33594 13.8058 9.06769 15.0211 8.20197 15.8827C7.36064 16.7606 6.28357 17.228 4.86103 17.228C2.21917 17.228 0 15.078 0 12.4361C0 9.79424 2.21917 7.64417 4.86103 7.64417C6.32015 7.64417 7.36471 8.21725 8.14507 8.9651L7.22245 9.88772C6.66156 9.36341 5.90152 8.9529 4.86103 8.9529C2.9345 8.9529 1.42254 10.5055 1.42254 12.4361C1.42254 14.3667 2.93044 15.9193 4.86103 15.9193C6.11287 15.9193 6.82414 15.4133 7.27935 14.9601C7.64921 14.5902 7.89308 14.0619 7.99062 13.3384L4.85697 13.3425Z\\\" fill=\\\"%234285F4\\\"/>\u003cpath d=\\\"M34.3581 4.93802L32.9238 2.34131H33.7785L34.7543 4.17505L35.6646 2.34131H36.4964L33.9553 7.26623H33.1138L34.3581 4.93802Z\\\" fill=\\\"%23999999\\\"/>\u003cpath d=\\\"M30.193 0V2.71132C30.4878 2.4057 30.8218 2.25289 31.1951 2.25289C31.6251 2.25289 31.9831 2.41334 32.2691 2.73425C32.5551 3.05297 32.6981 3.45028 32.6981 3.92618C32.6981 4.41736 32.554 4.82341 32.2658 5.14431C31.9799 5.46304 31.6186 5.6224 31.182 5.6224C30.813 5.6224 30.4834 5.4805 30.193 5.19671V5.53071H29.4563V0H30.193ZM31.9449 3.95893C31.9449 3.6533 31.862 3.40444 31.6961 3.21233C31.528 3.01586 31.3173 2.91762 31.0641 2.91762C30.5729 3.01258 30.4026 3.20251C30.2345 3.39025 30.1505 3.63475 30.1505 3.93601C30.1505 4.246 30.2334 4.49377 30.3993 4.67933C30.5652 4.86925 30.7836 4.96421 31.0542 4.96421C31.3097 4.96421 31.5214 4.86925 31.6895 4.67933C31.8598 4.48722 31.9449 4.24709 31.9449 3.95893Z\\\" fill=\\\"%23999999\\\"/>\u003cpath d=\\\"M25.7167 0H26.4568V5.53071H25.7167V5.19671C25.4264 5.4805 25.0978 5.6224 24.7311 5.6224C24.2945 5.6224 23.9321 5.46304 23.6439 5.14431C23.358 4.81904 23.215 4.413 23.215 3.92618C23.215 3.45028 23.358 3.05297 23.6439 2.73425C23.9277 2.41334 24.2847 2.25289 24.7147 2.25289C25.088 2.25289 25.422 2.4057 25.7167 2.71132V0ZM23.9681 3.92618C23.9681 4.23181 24.05 4.48067 24.2137 4.67278C24.3818 4.86707 24.5936 4.96421 24.849 4.96421C25.1218 4.96421 25.3423 4.87034 25.5104 4.6826C25.6785 4.48831 25.7626 4.24163 25.7626 3.94255C25.7626 3.64348 25.6785 3.3968 25.5104 3.20251C25.3423 3.01258 25.124 2.91762 24.8555 2.91762C24.6023 2.91762 24.3905 3.01367 24.2203 3.20578C24.0522 3.40007 23.9681 3.6402 23.9681 3.92618Z\\\" fill=\\\"%23999999\\\"/>\u003cpath d=\\\"M22.5567 4.1096H20.2711C20.2908 4.37156 20.3759 4.58004 20.5265 4.73504C20.6771 4.88785 20.8703 4.96425 21.1061 4.96425C21.2895 4.96425 21.4412 4.92059 21.5613 4.83327C21.6792 4.74595 21.8134 4.58441 21.964 4.34864L22.5862 4.69574C22.4902 4.85947 22.3886 5.00027 22.2817 5.11816C22.1747 5.23386 22.0601 5.32991 21.9378 5.40632C21.8156 5.48054 21.6835 5.53512 21.5416 5.57005C21.3997 5.60497 21.2458 5.62244 21.0799 5.62244C20.604 5.62244 20.222 5.46963 19.9338 5.164C19.6457 4.85619 19.5016 4.44797 19.5016 3.93932C19.5016 3.43504 19.6413 3.02681 19.9207 2.71464C20.2023 2.40683 20.5756 2.25293 21.0406 2.25293C21.5 2.25293 21.8811 2.40247 22.154 2.70154C22.4247 2.99843 22.56 3.40994 22.56 3.93605L22.5567 4.1096ZM21.8003 3.50708C21.6977 3.11414 21.4499 2.91766 21.057 2.91766C20.9675 2.91766 20.8834 2.93185 20.8049 2.96023C20.7263 2.98643 20.6542 3.02572 20.5887 3.07812C20.5254 3.12833 20.4709 3.18945 20.425 3.26149C20.3792 3.33353 20.3442 3.41539

20.3202 3.50708H21.8003Z\\\" fill=\\\"%23999999\\\"/>\u003Cpath d=\\\"M17.1896 2.34134H17.9263V2.62623C18.0617 2.48433 18.1818 2.38719 18.2865 2.33479C18.3935 2.28022 18.5201 2.25293 18.6664 2.25293C18.8607 2.25293 19.0637 2.31624 19.2755 2.44285L18.9382 3.11741C18.7985 3.01699 18.662 2.96678 18.5289 2.96678C18.1272 2.96678 17.9263 3.27022 17.9263 3.8771V5.53075H17.1896V2.34134Z\\\" fill=\\\"%23999999\\\"/>\u003Cpath d=\\\"M16.3809 4.1096H14.0953C14.1149 4.37156 14.2 4.58004 14.3507 4.73504C14.5013 4.88785 14.6945 4.96425 14.9303 4.96425C15.1136 4.96425 15.2654 4.92059 15.3854 4.83327C15.5033 4.74595 15.6376 4.58441 15.7882 4.34864L16.4104 4.69574C16.3143 4.85947 16.2128 5.00027 16.1058 5.11816C15.9989 5.23386 15.8843 5.32991 15.762 5.40632C15.6398 5.48054 15.5077 5.53512 15.3658 5.57005C15.2239 5.60497 15.07 5.62244 14.9041 5.62244C14.4282 5.62244 14.0461 5.46963 13.758 5.164C13.4698 4.85619 13.3257 4.44797 13.3257 3.93932C13.3257 3.43504 13.4655 3.02681 13.7449 2.71464C14.0265 2.40683 14.3998 2.25293 14.8648 2.25293C15.3341 2.25293 15.7052 2.40247 15.9781 2.70154C16.2488 2.99843 16.3842 3.40994 16.3842 3.93605L16.3809 4.1096ZM15.6245 3.50708C15.5219 3.11414 15.2741 2.91766 14.8812 2.91766C14.7917 2.91766 14.7076 2.93185 14.629 2.96023C14.5504 2.98643 14.4784 3.02572 14.4129 3.07812C14.3496 3.12833 14.295 3.18945 14.2492 3.26149C14.2033 3.33353 14.1684 3.41539 14.1444 3.50708H15.6245Z\\\" fill=\\\"%23999999\\\"/>\u003Cpath d=\\\"M8.78723 2.34124L9.62224 4.16189L10.5227 2.0498L11.4298 4.16189L12.255 2.34124H13.0802L11.4101 5.76969L10.5227 3.71655L9.62552 5.76969L7.95877 2.34124H8.78723Z\\\" fill=\\\"%23999999\\\"/>\u003Cpath d=\\\"M4.33374 3.91312C4.33374 3.45251 4.49856 3.06065 4.8282 2.73756C5.15783 2.41447 5.55951 2.25293 6.03323 2.25293C6.50913 2.25293 6.91299 2.41557 7.24481 2.74084C7.57227 3.06611 7.73599 3.4656 7.73599 3.93932C7.73599 4.4174 7.57118 4.81799 7.24154 5.14108C6.90972 5.46199 6.50258 5.62244 6.02013 5.62244C5.54205 5.62244 5.14146 5.45871 4.81837 5.13126C4.49528 4.80817 4.33374 4.40212 4.33374 3.91312ZM5.08689 3.92622C5.08689 4.24495 5.17202 4.49709 5.3423 4.68264C5.51694 4.87038 5.74725 4.96425 6.03323 4.96425C6.32139 4.96425 6.5517 4.87148 6.72416 4.68592C6.89662 4.50036 6.98285 4.25259 6.98285 3.9426C6.98285 3.63261 6.89662 3.38483 6.72416 3.19927C6.54952 3.01153 6.31921 2.91766 6.03323 2.91766C5.75162 2.91766 5.52349 3.01153 5.34885 3.19927C5.17421 3.38701 5.08689 3.62933 5.08689 3.92622Z\\\" fill=\\\"%23999999\\\"/>\u003Cpath d=\\\"M1.20027 7.26626H0.463501V2.34134H1.20027V2.68844C1.49062 2.3981 1.82026 2.25293 2.18919 2.25293C2.62798 2.25293 2.98927 2.41447 3.27306 2.73756C3.56122 3.05847 3.7053 3.46342 3.7053 3.95242C3.7053 4.4305 3.56231 4.82891 3.27634 5.14763C2.99254 5.46417 2.63453 5.62244 2.20229 5.62244C1.82899 5.62244 1.49498 5.4729 1.20027 5.17383V7.26626ZM2.95216 3.95569C2.95216 3.65007 2.8692 3.4012 2.70329 3.2091C2.5352 3.01481 2.32344 2.91766 2.06803 2.91766C1.79733 2.91766 1.57794 3.01153 1.40985 3.19927C1.24175 3.38701 1.1577 3.6337 1.1577 3.93932C1.1577 4.2384 1.24175 4.48508 1.40985 4.67937C1.57576 4.86929 1.79406 4.96425 2.06475 4.96425C2.32017 4.96425 2.53083 4.8682 2.69674 4.67609C2.86702 4.48399 2.95216 4.24385 2.95216 3.95569Z\\\" fill=\\\"%23999999\\\"/>\u003C/svg>');background:48px no-repeat var(--yb-powered-google-icon);padding-left:90px}._yb_w0bead{background-color:#fff;background-color:var(--yb-white);border:0;cursor:pointer;margin-right:18px;position:absolute;right:0;top:6px;z-index:2;padding:0}.ybar-voice-search ._yb_w0bead._yb_1gfkau8{right:40px;top:10px}._yb_w0bead span{display:block;background-position:-6px -46px;width:12px;height:12px;overflow:hidden}.ybar-enable-search-ui

._yb_1p0iv2h{display:block}._yb_1p0iv2h{display:block;position:absolute;right:96px;top:8px}.ybar-voice-search ._yb_1p0iv2h,.ybar-enable-search-ui ._yb_1p0iv2h,.ybar-enable-search-ui.ybar-voice-search ._yb_1p0iv2h{right:52px;top:1px}.ybar-ytheme-crunch .ybar-voice-search ._yb_1p0iv2h,.ybar-ytheme-crunch .ybar-enable-search-ui ._yb_1p0iv2h,.ybar-ytheme-crunch .ybar-enable-search-ui.ybar-voice-search ._yb_1p0iv2h,.ybar-ytheme-crunch .typing .ybar-voice-search ._yb_1p0iv2h,.ybar-ytheme-crunch .typing .ybar-enable-search-ui ._yb_1p0iv2h,.ybar-ytheme-crunch .typing .ybar-enable-search-ui.ybar-voice-search ._yb_1p0iv2h{display:flex;align-items:flex-start;justify-content:center;-moz-column-gap:10px;column-gap:10px;top:unset;right:12px}.ybar-enable-search-ui ._yb_1p0iv2h,.ybar-voice-search ._yb_1p0iv2h{display:block}.ybar-ytheme-crunch .ybar-enable-search-ui ._yb_w0bead._yb_m8iffl,.ybar-ytheme-crunch ._yb_w0bead._yb_m8iffl{display:none}.ybar-voice-search ._yb_m8iffl{visibility:hidden}.typing .ybar-enable-search-ui ._yb_w0bead{display:block;background-color:transparent}._yb_eh72w7._yb_1e1vn6v~._yb_1p0iv2h button._yb_1gfkau8{display:none}.ybar-ytheme-fuji2 ._yb_eh72w7:not(._yb_1e1vn6v)~._yb_1p0iv2h button._yb_1gfkau8{display:block;top:2px;background:0 0}.ybar-enable-search-ui ._yb_eh72w7:not(._yb_1e1vn6v)~._yb_1p0iv2h button._yb_1gfkau8,._yb_eh72w7:not(._yb_1e1vn6v)~._yb_1p0iv2h button._yb_1gfkau8{top:5px}.ybar-ytheme-crunch ._yb_eh72w7:not(._yb_1e1vn6v)~._yb_1p0iv2h button._yb_1gfkau8{top:0}.ybar-ytheme-crunch ._yb_eh72w7:not(._yb_1e1vn6v)~._yb_1p0iv2h button._yb_1gfkau8:focus-visible{top:6px}.ybar-ytheme-crunch ._yb_eh72w7:not(._yb_1e1vn6v)~._yb_1p0iv2h button._yb_1r27v0q._yb_1gfkau8:focus-visible{top:8px}.ybar-ytheme-crunch .ybar-enable-search-ui

._yb_w0bead,.ybar-ytheme-crunch .typing .ybar-enable-search-ui ._yb_w0bead{bottom:unset;display:block;left:unset;margin:0 auto;position:relative;right:unset;top:unset;height:36px;background:0 0}.ybar-ytheme-crunch .ybar-enable-search-ui ._yb_1r27v0q,.ybar-ytheme-crunch .typing .ybar-enable-search-ui ._yb_1r27v0q{height:inherit}.typing ._yb_w0bead ._yb_puk40u,._yb_eh72w7:not(._yb_1e1vn6v)~._yb_1p0iv2h button._yb_1gfkau8>span{width:24px;height:24px;border-radius:50%;background:#f0f3f5;background:var(--yb-searchbox-bg)}.ybar-ytheme-crunch .typing ._yb_w0bead ._yb_puk40u,.ybar-ytheme-crunch ._yb_eh72w7:not(._yb_1e1vn6v)~._yb_1p0iv2h button._yb_1gfkau8>span{background:0 0}.typing ._yb_w0bead ._yb_puk40u>svg,._yb_eh72w7:not(._yb_1e1vn6v)~._yb_1p0iv2h button._yb_1gfkau8>span>svg{position:absolute;top:50%;left:50%;transform:translate(-50%,-50%)}.typing ._yb_w0bead ._yb_puk40u:hover,._yb_eh72w7:not(._yb_1e1vn6v)~._yb_1p0iv2h button._yb_1gfkau8>span:hover{box-shadow:0 2px 4px 0 rgb(0 0 0/8%),0 0 1px 0 rgb(0 0 0/10%);background:#fff;background:var(--yb-white)}.ybar-ytheme-crunch .typing ._yb_w0bead clear-btn:hover,.ybar-ytheme-crunch ._yb_eh72w7:not(._yb_1e1vn6v)~._yb_1p0iv2h button._yb_1gfkau8>span:hover{box-shadow:none;background:#6001d2;background:var(--yb-text-hover-color)}.typing ._yb_w0bead ._yb_puk40u:hover svg path{fill:#232a31;fill:var(--yb-batcave)}.ybar-ytheme-crunch ._yb_w0bead ._yb_puk40u:hover svg path{fill:#fff;fill:var(--yb-white)}._yb_m8iff1 ._yb_1lz3d6r{height:24px;width:24px}.ybar-ytheme-crunch ._yb_or0h70 ._yb_ahvk02,.ybar-ytheme-crunch ._yb_m8iff1 ._yb_1lz3d6r{background:0 0;height:24px;width:24px}.ybar-ytheme-crunch .typing .ybar-enable-search-ui ._yb_or0h70:hover ._yb_ahvk02,.ybar-ytheme-crunch .typing .ybar-enable-search-ui ._yb_m8iff1:hover ._yb_1lz3d6r{border-radius:50%;background:#fff;background:var(--yb-popover-background)}.ybar-ytheme-crunch ._yb_or0h70 ._yb_ahvk02 svg,.ybar-ytheme-crunch ._yb_m8iff1 ._yb_1lz3d6r svg{width:16px;height:16px;margin:4px}.ybar-ytheme-crunch ._yb_puk40u svg path,.ybar-ytheme-crunch ._yb_m8iff1 svg path{fill:#232a31;fill:var(--yb-text-primary)}.ybar-ytheme-crunch ._yb_or0h70:hover ._yb_ahvk02,.ybar-ytheme-crunch ._yb_m8iff1:hover ._yb_1lz3d6r{background:#f0f3f5;background:var(--yb-searchbox-bg);border-radius:100px}.ybar-ytheme-crunch ._yb_or0h70:hover ._yb_1lz3d6r{background:0 0}.ybar-ytheme-crunch ._yb_1gfkau8:focus-visible{border-radius:100px;height:24px!important;width:24px;outline:4px solid rgb(96 1 210/50%);outline:var(--yb-outline)}.ybar-ytheme-crunch ._yb_c4sqhw ._yb_m8iff1:hover ._yb_1lz3d6r{border-radius:100px}.ybar-ytheme-crunch ._yb_1c00jfl,.ybar-ytheme-crunch ._yb_ujwaqo,.ybar-ytheme-crunch ._yb_or0h70:hover ._yb_1yjl6lm,.ybar-ytheme-crunch ._yb_m8iff1:focus ._yb_k0v0kr,.ybar-ytheme-crunch ._yb_m8iff1:hover ._yb_k0v0kr{display:none}.ybar-ytheme-crunch ._yb_1yjl6lm,.ybar-ytheme-crunch ._yb_k0v0kr,.ybar-ytheme-crunch ._yb_or0h70:hover ._yb_1c00jfl,.ybar-ytheme-crunch ._yb_m8iff1:focus ._yb_ujwaqo,.ybar-ytheme-crunch ._yb_ujwaqo{display:block}.ybar-ytheme-crunch ._yb_m8iff1:focus{outline:0}.ybar-ytheme-crunch ._yb_m8iff1:focus svg path{fill:#6001d2;fill:var(--yb-search-carat)}.ybar-ytheme-crunch ._yb_m8iff1:focus ._yb_ujwaqo{outline:4px solid rgb(96 1 210/50%);outline:var(--yb-outline);border-radius:100px;position:absolute;top:2px;right:-4px;padding:4px}.ybar-ytheme-crunch ._yb_1r27v0q,._yb_m8iff1:focus ._yb_ujwaqo{top:4px}._yb_m8iff1:hover svg rect,._yb_m8iff1:hover svg path,.typing .ybar-ytheme-crunch ._yb_or0h70 svg path,.typing .ybar-ytheme-crunch ._yb_m8iff1 svg path{fill:#0f69ff;fill:var(--yb-dory)}@media screen and (min-width:1020px){.ybar-ytheme-fuji2 ._yb_1p0iv2h{right:76px;top:8px}.ybar-voice-search ._yb_1p0iv2h,.ybar-enable-search-ui ._yb_1p0iv2h,.ybar-enable-search-ui.ybar-voice-search ._yb_1p0iv2h{right:76px;top:5px}}@media screen and (min-width:1340px){.ybar-ytheme-fuji2 ._yb_1p0iv2h{right:96px;top:8px}.ybar-voice-search ._yb_1p0iv2h,.ybar-enable-search-ui ._yb_1p0iv2h,.ybar-enable-search-ui.ybar-voice-search ._yb_1p0iv2h{right:94px;top:5px}}._yb_laakkl{font-weight:400;font-family:\\\\"YahooSans VF\\\\",YahooSans,\\\\"Yahoo Sans\\\\",\\\\"Helvetica Neue\\\\",Helvetica,Arial,sans-serif;font-family:var(--yb-fuji2-font);font-size:0;color:#fff;color:var(--yb-white);background:#3775dd;box-shadow:none;min-width:90px;width:90px;border:0;background-position:center 10px;cursor:pointer;-webkit-appearance:none;height:44px;position:absolute;top:-8px;transition:height .4s}.ybar-ytheme-crunch ._yb_laakkl{font-family:\\\\"YahooSans VF\\\\",YahooSans,\\\\"Yahoo Sans\\\\",\\\\"Helvetica Neue\\\\",Helvetica,Arial,sans-serif;font-family:var(--yb-fuji2-font)}.ybar-ytheme-fuji2 ._yb_laakkl{min-width:60px;width:60px;background-color:#188fff;background-color:var(--yb-smurfette);border-radius:0 4px 4px 0;animation:none}.ybar-enable-search-ui ._yb_laakkl{animation:none}.ybar-enable-search-ui ._yb_eh72w7{box-shadow:0 0 8px 0 rgb(15 105 255/20%),0 0 1px 0 rgb(15 105 255/20%)}.ybar-enable-search-ui .sa._yb_1hi43u5 ._yb_eh72w7,.ybar-enable-search-ui ._yb_eh72w7{box-shadow:0 4px 16px 0 rgb(0 0 0/20%),0 0 2px 0 rgb(0 0 0/5%);border:0;padding:1px 50px;background-color:#fff;background-color:var(--yb-white)}.ybar-ytheme-crunch .ybar-enable-search-ui .sa._yb_1hi43u5 ._yb_eh72w7,.ybar-ytheme-crunch .typing .ybar-enable-search-ui ._yb_eh72w7{padding-right:120px}.ybar-ytheme-crunch .ybar-enable-search-ui._yb_c4sqhw ._yb_eh72w7{background-color:#f0f3f5;background-color:var(--yb-searchbox-bg);border:0;caret-color:#6001d2;caret-color:var(--yb-search-

carat);padding-left:50px;box-shadow:none}.ybar-ytheme-crunch .ybar-enable-search-ui._yb_c4sqhw._yb_eh72w7._yb_fbaat6{transition:background-color .2s ease-in}.ybar-ytheme-crunch .ybar-enable-search-ui._yb_c4sqhw._yb_eh72w7:hover,.typing .ybar-ytheme-crunch .ybar-enable-search-ui._yb_c4sqhw._yb_eh72w7{background-color:#fff;background-color:var(--yb-popover-background);transition:none}.ybar-ytheme-crunch .ybar-enable-search-ui._yb_c4sqhw._yb_eh72w7._yb_fbaat6:hover{transition:background-color .2s ease-in}.ybar-ytheme-fuji2._yb_106ef8p._yb_4iwzfu._yb_106ef8p._yb_laakkl,.ybar-ytheme-fuji2._yb_1ymquwn._yb_106ef8p._yb_laakkl{animation-name:_yb_18km5tk;background-color:#0057b8;background-color:var(--yb-color-att-dark-blue)}.ybar-ytheme-fuji2._yb_1ymquwn._yb_29b3jr._yb_laakkl{animation-name:_yb_18km5tk;background-color:#c41230;background-color:var(--yb-color-frontier-red)}.ybar-ytheme-fuji2._yb_1fgla4s._yb_gum5km._yb_laakkl,.ybar-ytheme-fuji2._yb_10bn9o3._yb_gum5km._yb_laakkl{animation-name:_yb_18km5tk;background-color:#c41522;background-color:var(--yb-color-rogers-red)}.ybar-ytheme-fuji2.sa._yb_1hi43u5._yb_laakkl,.typing .ybar-ytheme-fuji2._yb_1hi43u5._yb_laakkl{border-radius:0 4px 0 0}@media screen and (max-width:1019px){.ybar-ytheme-fuji2._yb_laakkl{height:36px;left:36px}.ybar-ytheme-fuji2 .ybar-voice-search._yb_laakkl,.ybar-ytheme-fuji2 .ybar-enable-search-ui._yb_laakkl{height:36px;left:-8px;top:-1px}.ybar-ytheme-classic._yb_laakkl{height:46px;left:6px}.ybar-ytheme-classic .ybar-enable-search-ui._yb_laakkl{height:46px;top:-1px;left:-38px}.typing .ybar-ytheme-classic .ybar-enable-search-ui._yb_laakkl{height:46px;top:-2px;left:-32px}.typing .ybar-ytheme-classic .ybar-enable-search-ui._yb_w0bead{padding:3px 24px}.ybar-ytheme-fuji2._yb_eh72w7:not(._yb_1e1vn6v)~._yb_1p0iv2h button._yb_1gfkau8{top:-2px;right:-45px}.ybar-ytheme-fuji2 .ybar-enable-search-ui._yb_eh72w7:not(._yb_1e1vn6v)~._yb_1p0iv2h button._yb_1gfkau8{top:5px;right:0}.ybar-ytheme-fuji2 .ybar-voice-search._yb_eh72w7:not(._yb_1e1vn6v)~._yb_1p0iv2h button._yb_1gfkau8{top:5px;right:40px}}@media screen and (min-width:1020px){.ybar-ytheme-fuji2._yb_laakkl{min-width:80px;width:80px;left:-4px}.ybar-ytheme-fuji2 .ybar-voice-search._yb_laakkl,.ybar-ytheme-fuji2 .ybar-enable-search-ui._yb_laakkl{min-width:80px;width:80px;top:-5px;left:-4px}.ybar-ytheme-classic._yb_laakkl{height:46px;left:6px;top:-8px}.ybar-ytheme-classic .ybar-enable-search-ui._yb_laakkl{height:46px;top:-4px;left:-14px}.typing .ybar-ytheme-classic .ybar-enable-search-ui._yb_laakkl{height:46px;top:-5px;left:-8px}}@media screen and (min-width:1340px){.ybar-ytheme-fuji2._yb_laakkl{min-width:96px;width:96px;top:-8px;left:0}.ybar-ytheme-fuji2 .ybar-voice-search._yb_laakkl,.ybar-ytheme-fuji2 .ybar-enable-search-ui._yb_laakkl{min-width:96px;width:96px;top:-5px;left:-2px}.ybar-ytheme-classic._yb_laakkl{left:6px;height:46px}.ybar-ytheme-classic .ybar-enable-search-ui._yb_laakkl{top:-5px;left:10px}}@keyframes _yb_w57141{0%{background-color:#5701ed}33%{background-color:#0f69ff;background-color:var(--yb-dory)}67%{background-color:#5701ed}to{background-color:#0f69ff;background-color:var(--yb-dory)}}._yb_laakkl:hover{box-shadow:none;background-color:#0f69ff;background-color:var(--yb-dory)}.ybar-ytheme-fuji2._yb_laakkl,.ybar-ytheme-fuji2._yb_w0bead span{background-image:url(https://s.yimg.com/pv/static/img/header_1x-1479864976616.min.png);background-repeat:no-repeat;background-position:center 8px;background-size:22px}@media screen and (min-width:1020px){.ybar-ytheme-fuji2._yb_laakkl,.ybar-ytheme-fuji2._yb_w0bead span{background-position:center 13px}}.ybar-ytheme-fuji2._yb_laakkl:active,.ybar-ytheme-fuji2._yb_laakkl:hover{border-color:#0f69ff;border-color:var(--yb-dory);border-width:2px}.ybar-ytheme-fuji2._yb_laakkl:focus{outline:solid #0f69ff 2px;outline:solid var(--yb-dory) 2px}.ybar-ytheme-dark .ybar-ytheme-fuji2._yb_laakkl:focus{outline-color:#12a9ff;outline-color:var(--yb-sky)}._yb_eh72w7:active,._yb_eh72w7:hover,._yb_eh72w7:focus{outline:0}.ybar-enable-search-ui._yb_1to5227 svg{display:none}.ybar-enable-search-ui._yb_c4sqhw._yb_1to5227 svg,.typing .ybar-enable-search-ui._yb_1to5227 svg{width:16px;height:16px;fill:#232a31;fill:var(--yb-text-primary);position:absolute;left:16px;top:30%;display:inline-block}.ybar-enable-search-ui._yb_c4sqhw._yb_1to5227 svg,.typing .ybar-enable-search-ui._yb_c4sqhw._yb_1to5227 svg{top:23%}.ybar-ytheme-crunch .ybar-enable-search-ui._yb_1to5227 svg path{fill:#6e7780;fill:var(--yb-search-assist-secondary)}.ybar-ytheme-crunch .typing .ybar-voice-search._yb_16sni2y._yb_m8iff1 svg path{fill:#232a31;fill:var(--yb-text-primary)}.ybar-ytheme-crunch .ybar-enable-search-ui._yb_c4sqhw._yb_1to5227._yb_1mrs2js{left:unset;right:22px}.ybar-ytheme-crunch .ybar-enable-search-ui._yb_c4sqhw._yb_ica2jw._yb_1mrs2js{left:unset;right:26px;top:30%}.ybar-ytheme-crunch.ybar-uh3-desktop .ybar-enable-search-ui._yb_c4sqhw._yb_ica2jw._yb_1mrs2js{right:28px;top:12px}.ybar-ytheme-crunch .ybar-enable-search-ui._yb_c4sqhw._yb_1to5227._yb_c3emm2{display:block;transition:left .2s ease-out,opacity .2s ease-out;opacity:0;left:20px;pointer-events:none;top:12px}.ybar-ytheme-crunch .ybar-enable-search-ui._yb_c4sqhw._yb_1to5227._yb_c3emm2 path{fill:#6e7780;fill:var(--yb-search-assist-secondary)}.ybar-ytheme-crunch .typing .ybar-enable-search-ui._yb_c4sqhw._yb_1to5227._yb_c3emm2{height:16px;width:16px;left:16px;opacity:1}.ybar-ytheme-crunch .ybar-enable-search-ui._yb_1yzauc{background-color:#6001d2;background-

color:var(--yb-search-btn-color);border:0;border-radius:20px;height:90%;margin:2px;right:60px;top:unset;width:64px;cursor:pointer}.ybar-ytheme-crunch.ybar-uh3-desktop .ybar-enable-search-ui ._yb_1yzauc{border-radius:20px;height:100%;margin:0;right:72px;width:72px}.ybar-ytheme-crunch .ybar-enable-search-ui ._yb_1to5227 ._yb_1yzauc:hover{background-color:#5409b2;background-color:var(--yb-search-btn-hover-color)}.ybar-ytheme-crunch .ybar-enable-search-ui._yb_c4sqhw ._yb_1to5227 ._yb_1mrs2js path{fill:#fff;fill:var(--yb-white)}.ybar-ytheme-crunch :not(.typing) ._yb_1exwbcf ._yb_eh72w7,.ybar-ytheme-crunch :not(.typing) .ybar-enable-search-ui._yb_c4sqhw ._yb_eh72w7:hover{background-color:#fff!important;background-color:var(--yb-popover-background)!important;box-shadow:0 2px 4px 0 rgb(0 0 0/8%),0 0 1px 0 rgb(0 0 0/10%)!important}.ybar-ytheme-crunch .ybar-voice-search ._yb_16sni2y,.ybar-ytheme-crunch .ybar-enable-search-ui ._yb_16sni2y,.ybar-ytheme-crunch .ybar-enable-search-ui.ybar-voice-search ._yb_16sni2y,.ybar-ytheme-crunch .typing .ybar-voice-search ._yb_16sni2y,.ybar-ytheme-crunch .typing .ybar-enable-search-ui ._yb_16sni2y,.ybar-ytheme-crunch .typing .ybar-enable-search-ui.ybar-voice-search ._yb_16sni2y{right:78px;height:40px}.ybar-ytheme-crunch.ybar-uh3-desktop .ybar-voice-search ._yb_16sni2y,.ybar-ytheme-crunch.ybar-uh3-desktop .ybar-enable-search-ui ._yb_16sni2y,.ybar-ytheme-crunch.ybar-uh3-desktop .ybar-enable-search-ui.ybar-voice-search ._yb_16sni2y,.ybar-ytheme-crunch.ybar-uh3-desktop .typing .ybar-voice-search ._yb_16sni2y,.ybar-ytheme-crunch.ybar-uh3-desktop .typing .ybar-enable-search-ui ._yb_16sni2y,.ybar-ytheme-crunch.ybar-uh3-desktop .typing .ybar-enable-search-ui.ybar-voice-search ._yb_16sni2y{right:84px}.ybar-ytheme-crunch .ybar-enable-search-ui ._yb_16sni2y ._yb_m8iff1:hover svg path{fill:#6001d2;fill:var(--yb-text-hover-color)}.ybar-ytheme-crunch .ybar-enable-search-ui._yb_c4sqhw ._yb_1u7ot2c{padding:0 145px 0 24px;height:40px;caret-color:#6001d2;caret-color:var(--yb-search-carat);text-overflow:ellipsis}.ybar-ytheme-crunch.ybar-property-sports .ybar-enable-search-ui._yb_c4sqhw ._yb_1u7ot2c{transition:padding-left 50ms 150ms ease-out}.ybar-ytheme-crunch .ybar-enable-search-ui.ybar-sa-collapse._yb_c4sqhw ._yb_1u7ot2c{transition:border-radius 0s .2s ease-out,background-color 0s .2s ease-out,box-shadow .2s ease-out,padding-left 50ms 150ms ease-out;transition:var(--yb-searchbox-transition)}.ybar-ytheme-crunch .typing .ybar-enable-search-ui._yb_c4sqhw ._yb_1u7ot2c{padding-left:50px;padding-top:2px;padding-bottom:2px;caret-color:#6001d2;caret-color:var(--yb-search-carat);transition:none}.ybar-ytheme-crunch .typing .ybar-enable-search-ui._yb_c4sqhw ._yb_1u7ot2c::-moz-placeholder{color:#6e7780;color:var(--yb-search-assist-secondary)}.ybar-ytheme-crunch .typing .ybar-enable-search-ui._yb_c4sqhw ._yb_1u7ot2c::placeholder{color:#6e7780;color:var(--yb-search-assist-secondary)}.ybar-ytheme-crunch ._yb_1ly7mp2 ._yb_eh72w7{outline:4px solid rgb(96 1 210/50%);outline:var(--yb-outline)}.ybar-ytheme-crunch ._yb_1yzauc:focus-visible{outline:4px solid rgb(96 1 210/50%);outline:var(--yb-outline)}.ybar-ytheme-crunch .typing ._yb_1u7ot2c:focus-visible{outline:0}.ybar-ytheme-crunch .typing .ybar-enable-search-ui ._yb_ica2jw,.ybar-ytheme-crunch .ybar-enable-search-ui ._yb_ica2jw{height:40px;position:absolute;right:0;z-index:10}._yb_z6zmhw ._yb_eh72w7 input[type=text]::-ms-clear,.ybar-ytheme-fuji2 ._yb_kbm1l6 input[type=text]::-ms-clear{display:none}._yb_aaaplj{position:absolute;left:-9999px}.ybar-ytheme-fuji2 .sa._yb_9rsf6f._yb_oft6id li,.ybar-ytheme-fuji2 .sa._yb_9rsf6f._yb_1pb0ed1 li,.typing .ybar-ytheme-fuji2._yb_9rsf6f._yb_oft6id li,.typing .ybar-ytheme-fuji2._yb_9rsf6f._yb_1pb0ed1 li{padding:10px 16px;height:20px}.ybar-ytheme-fuji2 .sa._yb_9rsf6f._yb_oft6id li:last-of-type,.typing .ybar-ytheme-fuji2._yb_9rsf6f._yb_1pb0ed1 li:last-of-type,.typing .ybar-ytheme-fuji2._yb_9rsf6f._yb_oft6id li:last-of-type,.typing .ybar-ytheme-fuji2._yb_9rsf6f._yb_1pb0ed1 li:last-of-type{padding-bottom:16px}._yb_1j01f18{margin:0;padding-left:0;list-style-type:none;position:absolute}._yb_1tffrl7{width:0;white-space:nowrap;position:absolute;top:45px;display:inline-block;background-color:#188fff;background-color:var(--yb-smurfette);color:#fff;color:var(--yb-white);opacity:0;zoom:1;text-decoration:none;font-size:13px}._yb_1tffrl7:focus{width:auto;opacity:1;padding:5px 10px}.ybar-property-shops ._yb_eh72w7{text-indent:50px}._yb_1h0mtxp{position:absolute;z-index:10;margin:4px;display:flex}._yb_aai506{display:none}._yb_u6g4cd{background:0 0;border:0;border-radius:2px;cursor:pointer;display:block}button._yb_u6g4cd{display:flex;padding:9px;top:0;font-size:14px;line-height:18px}button._yb_u6g4cd:after{content:url('data:image/svg+xml,\u003Csvg xmlns=\\\"http://www.w3.org/2000/svg\\\" width=\\\"16\\\" height=\\\"16\\\" viewBox=\\\"0 0 24 24\\\"\u003E\u003Cpath fill=\\\"%23232A31\\\" d=\\\"M10.802464,11.5966626 L15.7090049,6.69012168 C16.0864311,6.31170484 16.0923748,5.67869865 15.706033,5.29235685 C15.3157288,4.90205257 14.6926288,4.90403381 14.3082682,5.28938499 L8,11.5966626 L14.3102494,17.9059214 C14.6886663,18.2843382 15.3216725,18.290282 15.7080143,17.9029495 C16.0973279,17.5136359 16.0963373,16.8905359 15.7109861,16.5051847 L10.802464,11.5966626 Z\\\" transform=\\\"rotate(-90 12 11.596)\\\"/\u003E\u003C/path\u003E\u003C/svg\u003E');height:8px;padding-top:2px}._yb_oidipc ._yb_o5t3k4 select._yb_u6g4cd{opacity:0;width:35px;padding:8px;position:absolute;z-index:-1}._yb_u6g4cd:focus,._yb_u6g4cd:hover,._yb_u6g4cd:active,._yb_8fq7n4 ._yb_u6g4cd{background:#e0e4e8}._yb_yzztqj{cursor:pointer;display:none;position:absolute;width:320px}._yb_yzztqj ul{position:absolute;list-

200

style:none;padding:4px 0;border-radius:4px;box-shadow:0 4px 12px rgb(0 0 0/40%);background:#fff;background:var(--yb-white);margin-top:8px}._yb_8fq7n4
._yb_yzztqj{display:block}._yb_yzztqj li{padding:12px 24px;font-family:\\\"YahooSans VF\\\",YahooSans,\\\"Yahoo Sans\\\",\\\"Helvetica
Neue\\\",Helvetica,Arial,sans-serif;font-family:var(--yb-fuji2-font);font-size:12px;font-weight:600}._yb_yzztqj li:hover,._yb_yzztqj li[aria-
selected=true]{color:#6001d2;color:var(--yb-grape-jelly)}._yb_8ycyzp{background:#e0e4e8;border-radius:2px;display:flex;height:35px}._yb_8ycyzp
span{padding:8px 0 8px 8px;font-size:14px}._yb_ic4gib{background:0 0;border:0;cursor:pointer}._yb_ic4gib span{text-indent:-9999px;display:inline-
block}._yb_1mypadn ._yb_oidipc{display:none}._yb_esa0zr{position:absolute;visibility:hidden;height:0;background-color:#0f69ff;background-color:var(--yb-
dory);color:#fff;color:var(--yb-white);border-radius:10px;padding:2px 12px;box-sizing:border-box;font-size:12px;z-index:1200}._yb_1be1vbl{bottom:-
62px;right:-20px}._yb_1wqmnlj{bottom:-62px;right:-100px}.ybar-ytheme-crunch ._yb_1be1vbl{bottom:-32px;right:4px}.ybar-ytheme-crunch.ybar-uh3-desktop
._yb_1be1vbl{height:32px;bottom:-40px}.ybar-ytheme-crunch ._yb_c4sqhw ._yb_1be1vbl{right:-50px}.ybar-ytheme-crunch ._yb_1wqmnlj{bottom:-
34px;height:32px;right:-100px;width:112px}.ybar-ytheme-crunch ._yb_1fgla4s ._yb_1wqmnlj{width:142px}.ybar-ytheme-crunch.ybar-uh3-desktop
._yb_1wqmnlj{bottom:-40px;right:-104px}._yb_swmrms{visibility:visible;height:auto}.ybar-uh3-desktop
._yb_swmrms{height:32px}._yb_1soxi2i{display:flex;align-items:center;justify-content:center;margin:0;padding:0;white-space:nowrap}.ybar-ytheme-crunch
._yb_1soxi2i{height:17px}.ybar-ytheme-crunch.ybar-uh3-desktop ._yb_1soxi2i{height:100%}.ybar-ytheme-crunch ._yb_esa0zr{background-color:rgb(35 42
49/80%);padding:8px 14px;border-radius:8px}.ybar-ytheme-crunch.ybar-uh3-desktop ._yb_esa0zr{padding:0 14px}.typing
._yb_swmrms{visibility:hidden;height:0}._yb_e1uxm0{position:fixed;display:none;width:100%;height:100%;top:0;left:0;right:0;bottom:0;background-
color:rgb(35 42 49/40%);z-index:12}body.typing ._yb_e1uxm0{display:block;z-index:2}._yb_e1uxm0._yb_1dzgyek{background-color:#fff;background-
color:var(--yb-white);opacity:.95}._yb_e1uxm0._yb_18kqbfy{background-color:#000;background-color:var(--yb-black);opacity:.5}.ybar-ytheme-fuji2
._yb_1hi43u5._yb_18kqbfy ._yb_laakkl{animation-name:_yb_18km5tk}._yb_e1uxm0._yb_ehtxkp{background-color:#101518;background-color:var(--yb-
midnight);opacity:.7}._yb_e1uxm0._yb_ed0cmg{background-color:#101518;background-color:var(--yb-midnight);opacity:.6}.ybar-page-is-scrolled:not(.ybar-
hide-navigation) body.typing .ybar-ytheme-crunch[data-ovrly-bkt=midnight60] ._yb_1hi43u5,:not(.ybar-page-is-scrolled) body.typing .ybar-ytheme-crunch[data-
ovrly-bkt=midnight60] ._yb_1hi43u5{z-index:10}._yb_9ulrnk ._yb_laakkl{animation:none}@media screen and (min-width:1280px){.ybar-ytheme-crunch
._yb_1hi43u5{margin-left:40px}.ybar-ytheme-crunch:not(.ybar-uh3-desktop) ._yb_1hi43u5._yb_c4sqhw{margin-left:21px}.typing .ybar-ytheme-crunch
:not(._yb_c4sqhw)._yb_1hi43u5{margin-left:10px}}._yb_6wpsa7{display:flex;gap:8px;list-style:none;white-space:nowrap;overflow:hidden;flex-
wrap:wrap;padding:0 16px;margin:15px 0 8px}._yb_z5e7la{height:32px;border:1px solid #e0e4e9;border:1px solid var(--yb-dirty-seagull);border-
radius:30px}._yb_z5e7la:hover{background-color:#f0f3f5;background-color:var(--yb-gray-hair)}._yb_z5e7la:hover ._yb_pwv1n1{color:#0063eb;color:var(--
yb-scooter)}._yb_pwv1n1{font-size:14px;line-height:16px;color:#232a31;color:var(--yb-batcave);text-decoration:none;padding:8px 20px 9px;vertical-
align:middle;display:table-cell;text-align:center}._yb_z5e7la:focus-within{outline:-webkit-focus-ring-color auto 1px}._yb_pwv1n1:focus{outline:0}.ybar-
ytheme-crunch.ybar-property-finance ._yb_1r27v0q._yb_m8iff1{display:none!important}.ybar-ytheme-crunch .typing .ybar-enable-search-
ui._yb_1hi43u5._yb_c4sqhw ._yb_eh72w7:not(._yb_1u7ot2c){padding-top:2px;padding-bottom:2px;height:36px}#ybar-sf-inner-
wrap{width:100%;position:absolute}#ybar-sbq-wrap{display:flex;background-color:#f0f3f5;background-color:var(--yb-searchbox-bg);border-
radius:100px;transition:border-radius 0s .2s ease-out,background-color 0s .2s ease-out,box-shadow .2s ease-out,padding-left 50ms 150ms ease-
out;transition:var(--yb-searchbox-transition)}.ybar-ytheme-crunch.ybar-property-sports #ybar-sbq-wrap{transition:padding-left 50ms 150ms ease-out}.ybar-
ytheme-crunch .typing #ybar-sbq-wrap{border-radius:20px 20px 0 0;box-shadow:0 4px 16px 0 rgb(0 0 0/20%),0 0 2px 0 rgb(0 0 0/5%);transition:none}.ybar-
ytheme-crunch #ybar-sbq-wrap:hover,.typing .ybar-ytheme-crunch #ybar-sbq-wrap{box-shadow:0 2px 4px 0 rgb(0 0 0/8%),0 0 1px 0 rgb(0 0
0/10%);background-color:#fff;background-color:var(--yb-popover-background)}.typing .ybar-ytheme-crunch .sf-noResult #ybar-sbq-wrap{border-
radius:20px}.ybar-ytheme-crunch #ybar-sbq-wrap ._yb_eh72w7:hover,.typing .ybar-ytheme-crunch #ybar-sbq-wrap ._yb_eh72w7{background-
color:transparent!important;box-shadow:none!important}.ybar-ytheme-crunch #ybar-sbq-wrap textarea._yb_1u7ot2c{height:auto;background-
color:transparent;margin-top:10px;margin-bottom:10px;resize:none;line-height:20px}.ybar-ytheme-crunch .typing #ybar-sbq-wrap
textarea._yb_1u7ot2c{padding-top:0;padding-bottom:0}.ybar-ytheme-crunch ._yb_1exwbcf #ybar-sbq-wrap textarea._yb_1u7ot2c{background-
color:transparent!important;box-shadow:none!important}.ybar-ytheme-crunch ._yb_1exwbcf #ybar-sbq-wrap{background-color:#fff!important;background-

color:var(--yb-popover-background)!important;box-shadow:0 2px 4px 0 rgb(0 0 0/8%),0 0 1px 0 rgb(0 0 0/10%)!important}.ybar-ytheme-crunch .\_yb\_1ly7mp2 #ybar-sbq-wrap .\_yb\_eh72w7{outline:0}.ybar-ytheme-crunch .\_yb\_1ly7mp2 #ybar-sbq-wrap{outline:4px solid rgb(96 1 210/50%);outline:var(--yb-outline)}.\_yb\_16u7xk7 *{box-sizing:border-box}.\_yb\_trilai{font-size:14px;line-height:inherit;font-weight:400;font-weight:var(--yb-font-regular);font-family:\\\\"YahooSans VF\\\\",YahooSans,\\\\"Yahoo Sans\\\\",\\\\"Helvetica Neue\\\\",Helvetica,Arial,sans-serif;font-family:var(--yb-fuji2-font);background:0 0;display:flex;border:0;align-items:center;min-width:55px;justify-content:space-between;cursor:pointer;z-index:1}html[data-color-theme-enabled][data-color-scheme=transparent] .\_yb\_16u7xk7 .\_yb\_trilai{text-shadow:none;text-shadow:var(--yb-text-shadow)}html[data-color-theme-enabled][data-color-scheme=transparent] .\_yb\_16u7xk7 .\_yb\_trilai svg{filter:var(--yb-icon-filter)}.ybar-page-is-scrolled:not(.ybar-hide-navigation) .typing .\_yb\_trilai,html:not(.ybar-page-is-scrolled) .typing .\_yb\_trilai{z-index:auto}.\_yb\_16u7xk7 .\_yb\_1i2dw2m{list-style:none;display:flex;white-space:nowrap;margin:0;padding:0;gap:0;padding-top:19px}.\_yb\_q5nlyx .\_yb\_1i2dw2m{padding-top:17px}.\_yb\_1i2dw2m
.\_yb\_hc4csw:not(.\_yb\_1qhgzm1){padding-bottom:20px}.\_yb\_1i2dw2m .\_yb\_1kqr44f
.\_yb\_hc4csw:not(.\_yb\_1qhgzm1):after{content:'';position:absolute;top:calc(100% - 30px);left:0;width:100%;height:33px}.\_yb\_16u7xk7 .\_yb\_hc4csw{margin:0 0 0 calc(35px - (((1279px - 100vw)/255)*20))}.\_yb\_1i1xk5b{font-size:14px;vertical-align:middle;text-align:center;position:relative;text-overflow:ellipsis;overflow:hidden;white-space:nowrap;padding:4px;margin:0 -
4px}.\_yb\_trilai,a.\_yb\_1i1xk5b:visited,a.\_yb\_1i1xk5b:link,a.\_yb\_1i1xk5b{color:#5b636a;color:var(--yb-nav-color);text-decoration:none;font-weight:400;font-weight:var(--yb-font-regular)}.\_yb\_trilai.\_yb\_zt5wc3,a.\_yb\_1i1xk5b.\_yb\_zt5wc3:visited,a.\_yb\_1i1xk5b.\_yb\_zt5wc3:link,a.\_yb\_1i1xk5b.\_yb\_zt5wc3{font-weight:500;font-weight:var(--yb-font-medium)}.\_yb\_trilai:hover,a.\_yb\_1i1xk5b:hover{color:#6001d2;color:var(--yb-text-hover-color)}a.\_yb\_1i1xk5b:focus,a.\_yb\_1i1xk5b:active{color:#5015b0;color:var(--yb-text-pressed-color)}.\_yb\_16u7xk7 a.\_yb\_1i1xk5b.\_yb\_fop5j7:focus-visible{outline:4px solid rgb(96 1 210/50%);outline:var(--yb-outline);border-radius:5px}.\_yb\_16u7xk7 a.\_yb\_1i1xk5b:focus-visible,.\_yb\_16u7xk7
button.\_yb\_1i1xk5b:focus-visible{color:#6001d2;color:var(--yb-text-hover-color);outline:4px solid rgb(96 1 210/50%);outline:var(--yb-outline);border-radius:5px}.\_yb\_16u7xk7 .\_yb\_trilai[aria-expanded=true] .\_yb\_bznkcq,.\_yb\_16u7xk7 .\_yb\_trilai[aria-expanded=true] .\_yb\_1bbh2bv path,.\_yb\_16u7xk7
button.\_yb\_1i1xk5b:focus-visible .\_yb\_bznkcq,.\_yb\_16u7xk7 button.\_yb\_1i1xk5b:focus-visible .\_yb\_1bbh2bv path{color:#6001d2;color:var(--yb-text-hover-color);fill:#6001d2;fill:var(--yb-text-hover-color)}.\_yb\_16u7xk7 .\_yb\_1bbh2bv path{fill:#5b636a;fill:var(--yb-nav-color)}.\_yb\_16u7xk7 .\_yb\_1kqr44f
.\_yb\_bznkcq,.\_yb\_16u7xk7 a.\_yb\_1i1xk5b.\_yb\_fop5j7,.\_yb\_16u7xk7 .\_yb\_1kqr44f .\_yb\_1bbh2bv path{color:#232a31;color:var(--yb-nav-selected-color);fill:#232a31;fill:var(--yb-nav-selected-color);font-weight:600;font-weight:var(--yb-font-bold)}.\_yb\_16u7xk7 .\_yb\_485qb3
a.\_yb\_1i1xk5b.\_yb\_fop5j7{color:#232a31;color:var(--yb-l1-selected-color);fill:#232a31;fill:var(--yb-l1-selected-color);font-weight:600;font-weight:var(--yb-l1-selected-font-weight)}.\_yb\_16u7xk7.\_yb\_485qb3 a.\_yb\_1i1xk5b.\_yb\_fop5j7:hover{color:#232a31;color:var(--yb-l1-selected-hover-color)}.ybar-ytheme-crunch
.\_yb\_16u7xk7 .\_yb\_1kqr44f .\_yb\_bznkcq,.ybar-ytheme-crunch .\_yb\_16u7xk7 .\_yb\_1kqr44f .\_yb\_1bbh2bv path{font-weight:500;font-weight:var(--yb-font-medium)}.\_yb\_16u7xk7 .\_yb\_1yd6iif{align-items:stretch;background-color:#fff;background-color:var(--yb-sidenav-bg);border-radius:8px;box-shadow:0 4px
16px 0 rgb(0 0 0/20%),0 0 2px 0 rgb(0 0 0/5%);display:flex;flex-direction:row;gap:16px;height:482px;opacity:1;padding:24px 20px 24px
16px;position:absolute;top:64px;transition:all .3s ease-in;z-index:1000}.\_yb\_16u7xk7 .\_yb\_1yd6iif:has(.\_yb\_1l20de){height:555px}.ybar-ytheme-crunch.ybar-variant-att .\_yb\_16u7xk7 .\_yb\_1yd6iif:not(.\_yb\_1i23v0q){height:517px}html[data-color-theme-enabled][data-color-scheme=transparent] .\_yb\_16u7xk7
.\_yb\_1yd6iif{background-color:var(--yb-transparent-popover-background);-webkit-backdrop-filter:var(--yb-transparent-popover-backdrop-filter);backdrop-filter:var(--yb-transparent-popover-backdrop-filter);box-shadow:var(--yb-transparent-popover-box-shadow)}.\_yb\_16u7xk7 .\_yb\_ytmjw
.\_yb\_1yd6iif{height:575px}.\_yb\_16u7xk7 .\_yb\_1yd6iif.\_yb\_1i23v0q{height:0;transition:all .3s ease-in;opacity:0;pointer-events:none;visibility:hidden}.\_yb\_d79mgx{display:flex;gap:32px;padding:0;height:447px;min-width:0}.ybar-ytheme-crunch.ybar-variant-att
.\_yb\_d79mgx{height:469px}.\_yb\_lhh0vm{align-items:flex-start;display:flex;flex-direction:column;gap:18px;padding:0;width:109px;height:100%}.\_yb\_16u7xk7 .\_yb\_rtmhtw{display:none}.\_yb\_lhh0vm.\_yb\_1l20de{flex-direction:column;height:auto}.\_yb\_lhh0vm.\_yb\_144ebaf,.\_yb\_lhh0vm.\_yb\_69fr3d{flex-direction:column;height:auto}.\_yb\_lhh0vm ul{align-items:flex-start;display:flex;flex-direction:column;gap:8px;list-style-type:none;padding:0;width:100%}.\_yb\_lhh0vm li{align-items:center;display:flex;flex-direction:row;height:28px;padding:0;width:100%}.\_yb\_tyu9vf,.\_yb\_tyu9vf:link,.\_yb\_tyu9vf:visited{display:flex;flex-direction:column;height:29px;padding:0

```
4px;width:100%;justify-content:space-between;font-size:14px;font-weight:700;letter-spacing:.2px;color:#232a31;color:var(--yb-text-primary);line-
height:20px;text-decoration:none}._yb_tyu9vf:not(._yb_pu2bzm):after{content:'';display:block;width:100%;border-bottom:2px solid
transparent}._yb_tyu9vf:not(._yb_pu2bzm):hover,._yb_tyu9vf:not(._yb_pu2bzm):focus-visible,._yb_tyu9vf:not(._yb_pu2bzm):after{color:#6001d2;color:var(--
yb-text-hover-color)}._yb_tyu9vf:not(._yb_pu2bzm):hover:after,._yb_tyu9vf:not(._yb_pu2bzm):focus-visible:after{border-bottom-color:#6001d2;border-
bottom-color:var(--yb-text-hover-color)}._yb_tyu9vf:not(._yb_pu2bzm):focus-visible{outline:4px solid rgb(96 1 210/50%);outline:var(--yb-outline);border-
radius:4px}._yb_tyu9vf:not(._yb_pu2bzm):hover ._yb_1npoggk{color:#6001d2;color:var(--yb-text-hover-color)}._yb_tyu9vf:not(._yb_pu2bzm):focus-visible
._yb_1npoggk svg path,._yb_tyu9vf:not(._yb_pu2bzm):hover ._yb_1npoggk svg path{fill:#6001d2;fill:var(--yb-text-hover-
color)}._yb_1npoggk{display:flex;flex-direction:row;justify-content:space-between;align-items:center;padding-top:2px;margin-
bottom:6px}._yb_q4lx4h:hover,._yb_q4lx4h:focus-visible,._yb_q4lx4h:hover:after{color:#232a31;color:var(--yb-text-primary);border-bottom-
color:transparent;outline-color:transparent}a._yb_q4lx4h:hover,a._yb_q4lx4h:focus-visible{color:#6001d2;color:var(--yb-text-hover-color)}a._yb_q4lx4h:focus-
visible{outline:4px solid rgb(96 1 210/50%);outline:var(--yb-outline)}a._yb_q4lx4h:hover:after,a._yb_q4lx4h:focus-visible:after{border-bottom-
color:#6001d2;border-bottom-color:var(--yb-text-hover-color)}._yb_q4lx4h,a._yb_q4lx4h:link,a._yb_q4lx4h:visited{padding-
right:0}._yb_1aptwj2{display:flex;justify-content:space-between;padding-top:2px;margin-bottom:6px;margin-right:5px}._yb_mpvivq:hover
._yb_1aptwj2{display:flex;flex-direction:row;justify-content:space-between;align-items:center;width:130px}._yb_16u7xk7
._yb_osph3p{color:#5b636a;color:var(--yb-text-secondary);font-size:12px;line-height:16px;font-style:italic;font-weight:400;margin-left:6px}._yb_16u7xk7
._yb_1mx6kkv{font-style:normal}._yb_1p46xii{align-items:center;color:#232a31;color:var(--yb-text-primary);display:flex;flex-direction:row;font-
size:14px;font-weight:400;font-weight:var(--yb-font-regular);gap:10px;padding:0 4px;text-decoration:none!important;width:100%;height:100%;border-
radius:4px}._yb_1p46xii:link,._yb_1p46xii:visited{text-decoration:none!important;color:#232a31;color:var(--yb-text-primary)}._yb_1hh0vm li._yb_14gh885
._yb_1p46xii{font-weight:600;font-weight:var(--yb-font-bold)}._yb_1hh0vm ._yb_1p46xii:hover,._yb_1hh0vm ._yb_1p46xii:focus-visible{background-
color:#f5f8fa;background-color:var(--yb-selected-item-background);text-shadow:none}._yb_1hh0vm ._yb_1p46xii:hover svg,._yb_1hh0vm ._yb_1p46xii:focus-
visible svg{filter:none!important}._yb_1hh0vm ._yb_1p46xii:hover svg path,._yb_1hh0vm ._yb_1p46xii:focus-visible svg path{fill:#6001d2;fill:var(--yb-text-
hover-color)}._yb_1hh0vm ._yb_1p46xii:focus-visible{outline:4px solid rgb(96 1 210/50%);outline:var(--yb-outline)}._yb_1hh0vm
._yb_1p46xii:hover,._yb_1hh0vm ._yb_1p46xii:hover ._yb_osph3p,._yb_1hh0vm ._yb_1p46xii:focus-visible
._yb_osph3p{color:#6001d2;color:var(--yb-text-hover-color)}._yb_bc35u5 ._yb_1p46xii{padding:0 4px;justify-content:space-between}._yb_bc35u5
._yb_14gh885 ._yb_1p46xii:hover,._yb_bc35u5 ._yb_14gh885 ._yb_osph3p,._yb_14gh885 ._yb_1p46xii:hover ._yb_osph3p{color:#232a31;color:var(--yb-text-
primary)}._yb_bc35u5 ._yb_14gh885{background-color:#f5f8fa;background-color:var(--yb-selected-item-background);border-radius:4px}._yb_1aptwj2 svg
path,._yb_bc35u5 ._yb_14gh885 ._yb_1p46xii svg path{fill:#232a31;fill:var(--yb-text-primary)}a._yb_q4lx4h:hover ._yb_1aptwj2 svg path,a._yb_q4lx4h:focus-
visible ._yb_1aptwj2 svg path{fill:#6001d2;fill:var(--yb-text-hover-color)}._yb_1p46xii svg{flex-shrink:0}._yb_1epit23{font-
size:14px}._yb_1bbh2bv{transform:rotate(0deg);margin-top:3px}._yb_1kqr44f ._yb_1bbh2bv{transform:rotate(180deg);margin-top:2px;margin-right:-
1px}.ybar-uh3-desktop ._yb_16u7xk7 ._yb_hc4csw:first-child{margin-left:0}@supports (display:grid){@media screen and (max-
width:1023px){._yb_16u7xk7:not(._yb_osuog8) ._yb_1i2dw2m{white-space:normal;word-break:break-all;display:none}._yb_16u7xk7:not(._yb_osuog8)
._yb_bznkcq,._yb_16u7xk7:not(._yb_osuog8) ._yb_1qhgzm1{display:none}._yb_16u7xk7 ._yb_osph3p{display:none}}@media screen and (min-
width:1024px){._yb_16u7xk7:not(._yb_osuog8) ._yb_141hkti{display:flex}._yb_16u7xk7:not(._yb_osuog8) ._yb_1qhgzm1{display:block}._yb_16u7xk7
._yb_1hh0vm{width:calc((100vw - 200px)/6)}._yb_16u7xk7 ._yb_1epit23{width:77px}._yb_16u7xk7 ._yb_1yd6iif{padding-left:24px;padding-
right:24px;right:20px}._yb_16u7xk7 ._yb_hc4csw{margin:0 0 0 21px}.ybar-uh3-desktop ._yb_16u7xk7 ._yb_hc4csw{margin-
left:20px}._yb_osuog8._yb_16u7xk7 ._yb_hc4csw{margin:0 0 0 31px}._yb_16u7xk7 ._yb_d79mgx,._yb_16u7xk7 ._yb_11w8fik{gap:20px}._yb_16u7xk7
._yb_1yd6iif._yb_o71cqr{width:auto;min-width:auto}._yb_16u7xk7 ._yb_o71cqr ._yb_d79mgx{gap:5px;flex-flow:nowrap}._yb_16u7xk7 ._yb_o71cqr
._yb_1hh0vm{width:184px}}@media screen and (max-width:1049px){._yb_16u7xk7._yb_osuog8 ._yb_1i2dw2m{white-space:normal;word-break:break-
all;display:none}._yb_16u7xk7._yb_osuog8 ._yb_bznkcq,._yb_16u7xk7._yb_osuog8 ._yb_1qhgzm1{display:none}}@media screen and (min-
width:1050px){._yb_16u7xk7._yb_osuog8 ._yb_141hkti{display:flex}._yb_16u7xk7._yb_osuog8 ._yb_1qhgzm1{display:block}._yb_16u7xk7._yb_q5nlyx
```

._yb_1i2dw2m{gap:7px;margin-right:2px;justify-content:flex-end}:not(._yb_q5nlyx)._yb_osuog8._yb_16u7xk7 ._yb_1yd6iif{padding-left:var(--uh-row-margin-left);padding-right:var(--uh-row-margin-right)}}@media screen and (min-width:1280px){._yb_16u7xk7 ._yb_hc4csw{margin:0 0 0 calc(47px - (((1439px - 100vw)/159)*15))}.ybar-uh3-desktop ._yb_16u7xk7 ._yb_hc4csw{margin-left:32px}._yb_osuog8._yb_16u7xk7 ._yb_hc4csw{margin:0 0 0 calc(47px - (((1328px - 100vw)/159)*15))}}._yb_16u7xk7 ._yb_1yd6iif{gap:35px;padding-left:24px;padding-right:24px;right:calc((100vw - 1252px)/2)}._yb_16u7xk7 ._yb_1epit23{width:103px}._yb_16u7xk7._yb_q5nlyx ._yb_1i2dw2m{gap:0}:not(._yb_q5nlyx)._yb_osuog8._yb_16u7xk7 ._yb_d79mgx{width:100%}._yb_16u7xk7 ._yb_lhh0vm{width:calc((1252px - 188px)/6)}._yb_16u7xk7 ._yb_d79mgx,._yb_16u7xk7 ._yb_11w8fik{gap:26px}}@media screen and (min-width:1340px){._yb_16u7xk7 ._yb_lhh0vm{width:180px}}@media screen and (min-width:1440px){._yb_16u7xk7 ._yb_hc4csw{margin:0 0 0 41px}.ybar-uh3-desktop ._yb_16u7xk7 ._yb_hc4csw{margin-left:40px}._yb_osuog8._yb_16u7xk7 ._yb_hc4csw{margin:0 0 0 52px}._yb_1p135xy._yb_14gh885{width:100%}._yb_16u7xk7 ._yb_lhh0vm{width:184px}._yb_16u7xk7 ._yb_1yd6iif{gap:32px;justify-content:space-between;right:calc((100vw - 1312px)/2)}._yb_16u7xk7 ._yb_d79mgx,._yb_16u7xk7 ._yb_11w8fik{gap:32px}._yb_16u7xk7 ._yb_bc35u5 ._yb_1klp15y{width:191px}._yb_16u7xk7 ._yb_1epit23{width:145px}._yb_1npoggk._yb_1mtjxyh{width:118px}._yb_16u7xk7._yb_q5nlyx ._yb_1i2dw2m{margin-right:2px;gap:44px}}}._yb_1l7i45e._yb_9h3bhc{background:#fff;background:var(--yb-editions-modal-background);border:0;border-radius:10px;color:#232a31;color:var(--yb-text-primary);left:50%;margin:0;padding:20px 30px;position:fixed;top:50%;transform:translate(-50%,-50%)}._yb_1l7i45e::backdrop{opacity:.7;background:#000}._yb_90qak0{border-bottom:1px solid #e0e4e9;border-bottom:var(--yb-sa-flight-label-border);font-size:14px;font-weight:700;padding-bottom:8px}._yb_1mtjxyh{background:0;border:0;float:right;cursor:pointer;padding:2px 2px 0;height:20px}._yb_1mtjxyh:focus-visible,._yb_bc35u5 li:focus-visible{outline:4px solid rgb(96 1 210/50%);outline:var(--yb-outline);border-radius:4px}._yb_1mtjxyh path{fill:#232a31;fill:var(--yb-text-primary)}._yb_69fr3d._yb_lhh0vm ._yb_bc35u5{flex-wrap:wrap;height:308px;padding-top:8px;width:377px}._yb_69fr3d._yb_lhh0vm ._yb_bc35u5 li{display:inline-flex;height:36px;gap:6px;width:49%}._yb_69fr3d._yb_lhh0vm ._yb_1p46xii{padding:12px}._yb_1p135xy._yb_14gh885{border:0;background:#f5f8fa;background:var(--yb-editions-button);cursor:pointer;font-family:\\\"YahooSans VF\\\",YahooSans,\\\"Yahoo Sans\\\",\\\"Helvetica Neue\\\",Helvetica,Arial,sans-serif;font-family:var(--yb-fuji2-font);gap:12px;height:44px;padding:12px}._yb_1p135xy._yb_14gh885 path{fill:#232a31;fill:var(--yb-text-primary)}._yb_1p135xy ._yb_1epit23{text-align:left}._yb_1p135xy ._yb_osph3p{color:#232a31;color:var(--yb-text-primary);font-size:11px}._yb_69fr3d{width:0}._yb_69fr3d ._yb_bc35u5{margin:0;white-space:nowrap}._yb_1l7i45e{text-shadow:none!important}._yb_1l7i45e svg{filter:none!important}._yb_1l7i45e ._yb_bc35u5 li:hover{color:#6001d2;color:var(--yb-text-hover-color);background-color:#f5f8fa;background-color:var(--yb-selected-item-background);border-radius:4px}._yb_1l7i45e ._yb_bc35u5 li:hover ._yb_1epit23,._yb_1l7i45e ._yb_bc35u5 li:hover ._yb_osph3p{color:#6001d2;color:var(--yb-text-hover-color)}.ybar-uh3-desktop ._yb_16u7xk7 ._yb_hc4csw._yb_3kmrl9{display:none}._yb_1qn31hp{display:block;padding-top:14px;position:absolute;z-index:1200;visibility:hidden;white-space:normal}input[type=checkbox]:checked~._yb_1qn31hp{visibility:visible;animation:_yb_9ur7pp .25s}@keyframes _yb_9ur7pp{0%{opacity:0}to{opacity:1}}._yb_13xnuhc{background-color:#fff;background-color:var(--yb-popover-background);border-radius:4px;border-radius:var(--yb-popover-border-radius);border:1px solid #d8dade;border:var(--yb-popover-border);box-shadow:0 2px 8px 0 rgb(0 0 0/36%);box-shadow:var(--yb-popover-shadow)}._yb_gjzlev{font-weight:500;font-weight:var(--yb-font-medium);font-size:14px;display:inline-block;position:relative}._yb_gjzlev *{box-sizing:content-box}.ybar-ytheme-crunch ._yb_1na28wh *{box-sizing:border-box}.ybar-ytheme-crunch ._yb_i5mkoa._yb_gjzlev svg{display:inline-block;vertical-align:baseline}._yb_gjzlev a{text-decoration:none}._yb_1fqec71{font-weight:500;font-weight:var(--yb-font-medium);font-size:14px;color:#188fff;color:var(--yb-smurfette);display:block}._yb_i5mkoa ._yb_1fqec71{font-weight:400;font-weight:var(--yb-font-regular);font-size:13px}a._yb_1fqec71:hover,a._yb_1fqec71:active{color:#003abc;color:var(--yb-cobalt)}._yb_1tr7938{margin-bottom:8px}._yb_1cr7vvh{margin-top:14px}._yb_10wvbwx{margin-right:20px}._yb_ajosv5{overflow:hidden;text-overflow:ellipsis;white-space:nowrap}._yb_11724zd{border-top:1px solid #d8dade;border-top:1px solid var(--yb-account-item-border)}._yb_1uvrc9s{display:inline-block}._yb_1ascdlw{display:block}._yb_ens059{font-weight:600;font-weight:var(--yb-font-bold);font-size:12px}._yb_ens059:link,._yb_ens059:visited{padding:8px 0;display:block;background-color:#f1f1f5;color:#787d82;text-align:center;text-decoration:none;letter-spacing:1px;overflow:hidden;cursor:pointer;text-transform:uppercase}._yb_ens059:hover,._yb_ens059:active{background-color:#d8dade}a._yb_1cibvkr,a._yb_1cibvkr:link,a._yb_1cibvkr:visited{display:inline-

block;vertical-align:middle;padding:4px 10px 6px;margin:0;height:100%;background-color:transparent;color:#4d00ae;text-decoration:none;border:1px solid #6001d2;border:1px solid var(--yb-grape-jelly);border-radius:2px;cursor:pointer}.ybar-ytheme-fuji2 ._yb_5gs9kg._yb_1octuk3 ._yb_1cibvkr,.ybar-ytheme-fuji2 ._yb_2kps6l._yb_1octuk3 ._yb_1cibvkr{border-color:#0057b8;border-color:var(--yb-color-att-dark-blue);color:#0057b8;color:var(--yb-color-att-dark-blue)}.ybar-dark .ybar-ytheme-fuji2 ._yb_5gs9kg._yb_1octuk3 ._yb_1cibvkr,.ybar-dark .ybar-ytheme-fuji2 a._yb_1cibvkr,.ybar-dark a._yb_1cibvkr:link,.ybar-dark a._yb_1cibvkr:visited{color:#fff;color:var(--yb-white);border-color:#fff;border-color:var(--yb-white)}.ybar-ytheme-fuji2 a._yb_1cibvkr{border-color:#6001d2;border-color:var(--yb-grape-jelly);color:#6001d2;color:var(--yb-grape-jelly)}.ybar-ytheme-crunch ._yb_w3a39g{display:flex;font-weight:400;flex-direction:row;font-size:14px;align-items:center;gap:10px;font-family:\\\"YahooSans VF\\\",YahooSans,\\\"Yahoo Sans\\\",\\\"Helvetica Neue\\\",Helvetica,Arial,sans-serif;font-family:var(--yb-fuji2-font)}.ybar-ytheme-crunch ._yb_i5mkoa ._yb_w3a39g{margin-left:4px}.ybar-ytheme-crunch ._yb_w3a39g._yb_hgwzzg{gap:12px}.ybar-ytheme-crunch ._yb_w3a39g._yb_hgwzzg ._yb_4sqqgk{width:1px;height:16px;background:#e0e4e9;background:var(--yb-dirty-seagull);border-radius:2px}.ybar-ytheme-crunch ._yb_w3a39g a._yb_1cibvkr{display:flex;font-weight:500;font-size:14px;flex-direction:row;align-items:center;padding:8px 20px 8px 16px;gap:10px;height:18px;min-width:42px;line-height:20px}.ybar-ytheme-crunch.ybar-uh3-desktop ._yb_w3a39g a._yb_1cibvkr{flex-direction:column;padding:0 12px;gap:0;height:40px;min-width:78px;line-height:38px;box-sizing:border-box}.ybar-ytheme-crunch ._yb_w3a39g._yb_hgwzzg a._yb_1cibvkr{border-radius:50px}.ybar-ytheme-crunch:not(.ybar-uh3-desktop) ._yb_w3a39g._yb_hgwzzg a._yb_1cibvkr{padding:8px 17px;gap:2px}.ybar-ytheme-crunch ._yb_w3a39g a._yb_rhulli{background:#fff;background:var(--yb-background-color);border:1px solid #e0e4e9;border:1px solid var(--yb-signin-border-color);border-radius:100px;color:#232a31;color:var(--yb-text-primary)}.typing .ybar-ytheme-crunch ._yb_w3a39g a._yb_rhulli,.typing .ybar-ytheme-crunch a._yb_kc1c0e,.typing .ybar-ytheme-crunch ._yb_15djxja{color:#6e7780;color:var(--yb-dolphin)}.typing .ybar-ytheme-crunch ._yb_x9nf3d svg path,.typing .ybar-ytheme-crunch ._yb_12ir9zi svg path{fill:#6e7780;fill:var(--yb-dolphin)}.typing .ybar-ytheme-crunch ._yb_w3a39g a._yb_rhulli,.typing .ybar-ytheme-crunch ._yb_11xgor0._yb_3mh0x0{border-color:#6e7780;border-color:var(--yb-dolphin)}.ybar-ytheme-crunch ._yb_w3a39g a._yb_rhulli:hover svg path,.ybar-ytheme-crunch ._yb_w3a39g a._yb_rhulli:active svg path,.ybar-ytheme-crunch ._yb_w3a39g a._yb_v4nc6y:hover svg path{fill:#6001d2;fill:var(--yb-grape-jelly)}.ybar-ytheme-crunch ._yb_w3a39g a._yb_v4nc6y:active svg path{fill:#232a31;fill:var(--yb-batcave)}.ybar-ytheme-crunch ._yb_w3a39g a._yb_1cibvkr._yb_v4nc6y{background:0 0;border:1px solid #e0e4e9;border:1px solid var(--yb-signin-border-color)}.ybar-ytheme-crunch ._yb_w3a39g a._yb_1cibvkr._yb_v4nc6y:hover{background:#fff;background:var(--yb-background-color);border:1px solid #6001d2;border:1px solid var(--yb-profile-panel-hover-text);margin:0}.ybar-ytheme-crunch.ybar-uh3-desktop ._yb_w3a39g a._yb_1cibvkr._yb_v4nc6y:hover{background:#fff;background:var(--yb-popover-background)}.ybar-ytheme-crunch ._yb_w3a39g a._yb_1cibvkr._yb_v4nc6y:active{background:#e0e4e9;background:var(--yb-dirty-seagull);border:1px solid transparent}.ybar-ytheme-crunch a._yb_kc1c0e,.ybar-ytheme-crunch a._yb_v4nc6y{color:#232a31;color:var(--yb-text-primary)}.ybar-ytheme-crunch ._yb_gcnyh1{width:16px;height:16px;margin-right:2px}a._yb_1cibvkr:hover,a._yb_1cibvkr:active{color:#fff;color:var(--yb-white);background-color:#6001d2;background-color:var(--yb-grape-jelly);border-width:0;margin:1px}.ybar-ytheme-fuji2 ._yb_1cibvkr:hover,.ybar-ytheme-fuji2 ._yb_1cibvkr:active{background-color:#6001d2;background-color:var(--yb-grape-jelly)}.ybar-ytheme-crunch ._yb_w3a39g a._yb_1cibvkr:hover{color:#6001d2;color:var(--yb-profile-panel-hover-text);background-color:#fff;background-color:var(--yb-background-color);border:0;box-shadow:0 4px 8px 0 rgb(0 0 0/10%),0 0 1px 0 rgb(0 0 0/10%);box-shadow:var(--yb-elevation3-box-shadow)}.ybar-ytheme-crunch ._yb_w3a39g a._yb_1cibvkr:active{color:#232a31;color:var(--yb-text-primary);box-shadow:none}.ybar-ytheme-crunch ._yb_w3a39g a._yb_1cibvkr:focus-visible{color:#6001d2;color:var(--yb-profile-panel-hover-text);outline:4px solid rgb(96 1 210/50%);outline:var(--yb-outline);border:1px solid transparent;outline-offset:-1px}.ybar-ytheme-crunch ._yb_w3a39g a._yb_1cibvkr:focus-visible ._yb_x9nf3d svg path{fill:#6001d2;fill:var(--yb-text-hover-color)}.ybar-ytheme-crunch ._yb_gjc22d a._yb_1cibvkr:active{color:#232a31;color:var(--yb-text-primary);background-color:#f8f4ff;border:1px solid #e0e4e9;border:1px solid var(--yb-dirty-seagull);padding-left:12px}.ybar-ytheme-crunch ._yb_gcnyh1:hover,.ybar-ytheme-crunch ._yb_gcnyh1:active{background-color:#f8f4ff;border-radius:100px}.ybar-ytheme-crunch ._yb_x9nf3d{display:inline-flex}.ybar-ytheme-crunch ._yb_kc1c0e:hover,.ybar-ytheme-crunch ._yb_kc1c0e:active,.ybar-ytheme-crunch a._yb_v4nc6y:hover{color:#6001d2;color:var(--yb-grape-jelly)}._yb_1na28wh ._yb_1piyc0i{display:flex;flex-direction:column;align-items:flex-start;padding:0 0 16px;gap:3px;border-radius:8px;box-shadow:none}._yb_1na28wh a{text-decoration:none;color:#232a31;color:var(--yb-text-primary)}._yb_107wft5{display:flex;flex-direction:column;align-

```
items:flex-start;padding:16px 0}._yb_is83e8{display:flex;align-items:center;padding:8px 14px 8px 20px;gap:4px}._yb_1rtstbu,._yb_njm4zx{display:flex;flex-
direction:column;align-items:flex-start;padding:0;gap:2px;font-family:\\\"YahooSans VF\\\",YahooSans,\\\"Yahoo Sans\\\",\\\"Helvetica
Neue\\\",Helvetica,Arial,sans-serif!important;font-family:var(--yb-fuji2-font)!important;font-weight:700!important;font-size:24px!important;line-
height:28px;color:var(--yb-text-primary)}._yb_ya2lnn{display:flex;justify-content:center;align-items:center;padding:4px 0 0;gap:10px;border-
radius:100px;width:32px;height:32px;margin-left:auto;margin-right:-8px}._yb_ya2lnn._yb_1qeqea7
svg{transform:rotate(180deg)}._yb_1ou6fgw{display:flex;flex-direction:column;align-items:flex-start;padding:8px 0 0}._yb_1na28wh
._yb_1ou6fgw{width:inherit}._yb_1j3xod1{display:flex;flex-direction:column;gap:8px;padding:0 20px;margin:0}._yb_17xz3hr{display:flex;align-
items:center;gap:20px}._yb_1na28wh ._yb_enh9mq{display:flex;align-items:flex-start;padding:12px 10px;margin:0
10px;gap:12px;width:100%}._yb_1thw00t{height:24px;width:24px;margin-top:2px;border-radius:100px;max-width:unset}._yb_1n02v1c{display:flex;flex-
direction:column;justify-content:center;align-items:flex-start;padding:0;gap:6px;color:#232a31;color:var(--yb-text-
primary);width:inherit}._yb_1wg5nl6{display:flex;flex-direction:column;align-items:flex-start;padding:0;gap:2px}._yb_1na28wh ._yb_p7guii{max-
width:218px;line-height:20px;font-weight:600;font-weight:var(--yb-font-bold);font-size:16px;color:#232a31;color:var(--yb-text-primary)}._yb_1na28wh
._yb_oxxgk8{max-width:218px;line-height:20px;font-size:14px;font-weight:400;font-weight:var(--yb-font-regular);color:#5b636a;color:var(--yb-text-
secondary)}._yb_w38a9m{display:flex;align-items:center;padding:1px 4px 2px;gap:6px;border-radius:2px;background:rgb(91 99 106/10%);background:var(--
yb-profile-account-status-container-bg)}._yb_w38a9m._yb_1hozgtd{background:rgb(15 105 255/10%);color:#232a31;color:var(--yb-text-
primary)}._yb_w38a9m._yb_tpvqkh{line-height:15px;font-weight:400;font-weight:var(--yb-font-regular);color:#5b636a;color:var(--yb-text-
secondary)}._yb_18jsvwo path{fill:#232a31;fill:var(--yb-text-primary)}._yb_1na28wh ._yb_17xz3hr:hover ._yb_w38a9m
._yb_tpvqkh,._yb_w38a9m._yb_1hozgtd ._yb_tpvqkh{color:#232a31;color:var(--yb-text-primary)}._yb_1na28wh ._yb_17xz3hr:active ._yb_w38a9m
._yb_tpvqkh{color:#232a31;color:var(--yb-profile-character-pressed-state-text)}._yb_1bx8qzr{display:flex;flex-direction:column;align-items:flex-
start;padding:0 0 20px;color:#232a31;color:var(--yb-text-primary)}._yb_s0jrk0{display:flex;align-items:center;padding:5px 20px 8px;font-weight:600;font-
size:14px;line-height:20px}._yb_1jifi3j{display:flex;align-items:center;padding:10px 20px;gap:16px;font-size:14px;line-height:16px;font-
weight:400}._yb_1na28wh ._yb_1bx8qzr,._yb_1na28wh ._yb_1jifi3j,._yb_1na28wh ._yb_w1ukbj,._yb_1na28wh ._yb_107wft5{width:100%}._yb_1na28wh
._yb_is83e8{margin:0 10px;padding:8px 10px;width:calc(100% - 20px);pointer-events:none;cursor:pointer}._yb_1na28wh ._yb_1jifi3j{padding:10px 0 10px
20px}._yb_1na28wh ._yb_17xz3hr:hover,._yb_1na28wh ._yb_1jifi3j:hover,._yb_1na28wh ._yb_w1ukbj:hover{background:#e0e4e9;background:var(--yb-
profile-panel-hover);text-shadow:none}._yb_1na28wh ._yb_17xz3hr:hover svg,._yb_1na28wh ._yb_1jifi3j:hover svg,._yb_1na28wh ._yb_w1ukbj:hover
svg{filter:none!important}._yb_1na28wh ._yb_1jifi3j path,._yb_1na28wh ._yb_is83e8 path{fill:#232a31;fill:var(--yb-text-primary)}._yb_1na28wh
._yb_1jifi3j:hover path,._yb_1na28wh ._yb_is83e8:hover path{fill:#6001d2;fill:var(--yb-profile-panel-hover-text)}._yb_1na28wh
._yb_11nzz08._yb_is83e8{pointer-events:auto}._yb_1na28wh ._yb_17xz3hr:hover ._yb_p7guii,._yb_1na28wh ._yb_17xz3hr:hover ._yb_oxxgk8,._yb_1na28wh
._yb_17xz3hr:hover ._yb_10bm69e,._yb_1na28wh ._yb_1jifi3j:hover a,._yb_1na28wh ._yb_w1ukbj:hover a,._yb_1na28wh ._yb_11nzz08._yb_is83e8:hover
._yb_1rtstbu,._yb_1na28wh ._yb_11nzz08._yb_is83e8:hover ._yb_njm4zx{color:#6001d2;color:var(--yb-profile-panel-hover-text)}._yb_1na28wh
._yb_17xz3hr:active{background:#b0b9c1;background:var(--yb-profile-pressed-state)}._yb_1na28wh ._yb_17xz3hr:active ._yb_oxxgk8,._yb_1na28wh
._yb_17xz3hr:active ._yb_p7guii{color:#232a31;color:var(--yb-text-primary)}._yb_1na28wh ._yb_17xz3hr:active
._yb_10bm69e{background:#e0e4e9;background:var(--yb-profile-character-pressed-state-bg);color:var(--yb-profile-character-pressed-
state)}._yb_1quzzrm{display:flex;justify-content:center;align-items:center;padding:0;gap:10px;height:20px}._yb_w1ukbj{display:flex;flex-
direction:column;align-items:flex-start;padding:0;gap:4px}._yb_byldy{width:100%}._yb_byldy ._yb_1cs4hul{font-weight:400;font-weight:var(--yb-font-
regular);font-size:14px;line-height:16px;color:#232a31;color:var(--yb-text-primary);padding:10px;margin:0 10px;display:block;text-align:left}.ybar-ytheme-
fuji2 ._yb_5gs9kg._yb_1octuk3 ._yb_1cibvkr:hover,.ybar-ytheme-fuji2 ._yb_5gs9kg._yb_1octuk3 ._yb_1cibvkr:active,.ybar-ytheme-fuji2
._yb_2kps6l._yb_1octuk3 ._yb_1cibvkr:hover,.ybar-ytheme-fuji2 ._yb_2kps6l._yb_1octuk3 ._yb_1cibvkr:active{color:#fff;color:var(--yb-white);background-
color:#0057b8;background-color:var(--yb-color-att-dark-blue)}.ybar-dark .ybar-ytheme-fuji2 ._yb_5gs9kg._yb_1octuk3 ._yb_1cibvkr:hover,.ybar-dark .ybar-
ytheme-fuji2 ._yb_5gs9kg._yb_1octuk3 ._yb_1cibvkr:active,.ybar-dark .ybar-ytheme-fuji2 ._yb_2kps6l._yb_1octuk3 ._yb_1cibvkr:hover,.ybar-dark .ybar-
```

ytheme-fuji2 ._yb_2kps6l._yb_1octuk3 ._yb_1cibvkr:active,.ybar-dark a._yb_1cibvkr:hover,.ybar-dark a._yb_1cibvkr:active{color:#fff;color:var(--yb-white);background-color:rgb(255 255 255/40%)}.ybar-ytheme-fuji2 ._yb_19z599f{pointer-events:none}.ybar-ytheme-fuji2 a._yb_1cibvkr,.ybar-ytheme-fuji2 ._yb_5gd7yr a._yb_1cibvkr,.ybar-ytheme-fuji2 ._yb_11b9qim a._yb_1cibvkr{padding:3px 14px 5px;border-radius:14px;border-width:2px;font-weight:600;font-size:12px;min-width:0;height:auto;line-height:normal}.ybar-gdpr ._yb_1cibvkr{padding:4px 15px 6px}._yb_5gd7yr a._yb_1cibvkr,._yb_11b9qim a._yb_1cibvkr{border-radius:3px;border-width:2px;padding:2px 6px;font-weight:700;font-size:13px;min-width:66px;height:19px;line-height:19px;text-align:center}._yb_5gd7yr a._yb_1cibvkr:hover,._yb_5gd7yr a._yb_1cibvkr:active,._yb_11b9qim a._yb_1cibvkr:hover,._yb_11b9qim a._yb_1cibvkr:active{border-width:2px;margin:0}._yb_11xgor0{position:relative;display:flex;align-items:center;cursor:pointer}.ybar-ytheme-crunch ._yb_i5mkoa._yb_gjzlev{display:flex}.ybar-ytheme-crunch ._yb_11xgor0._yb_3mh0x0{border:1px solid #e0e4e9;border:1px solid var(--yb-signin-border-color);border-radius:100px;box-sizing:border-box;gap:4px;padding:4px 8px 4px 4px}.ybar-ytheme-crunch ._yb_1yky34c{display:flex;flex-direction:row;align-items:center;padding:0;gap:6px;flex:none}._yb_5t0f42{border-radius:45%;height:32px;vertical-align:middle;width:32px}.ybar-ytheme-crunch ._yb_12ir9zi{display:flex;padding:6px;gap:4px}.ybar-ytheme-crunch ._yb_12ir9zi._yb_1x1uran{display:flex;align-items:flex-start;padding:10px;gap:4px;background:#f0f3f5;background:var(--yb-gray-hair);border-radius:100px}._yb_11b9qim ._yb_5t0f42{width:34px;height:34px}.ybar-ytheme-fuji2 ._yb_5t0f42,.ybar-ytheme-fuji2 ._yb_11b9qim ._yb_5t0f42,.ybar-ytheme-crunch ._yb_5t0f42,.ybar-ytheme-crunch ._yb_11b9qim ._yb_5t0f42{border-radius:50%;height:28px;width:28px}.ybar-ytheme-crunch ._yb_10xyy6y ._yb_5t0f42{height:36px;width:36px;padding-right:0;max-width:none}.ybar-ytheme-crunch.ybar-uh3-desktop ._yb_10xyy6y ._yb_5t0f42{height:40px;width:40px}@media screen and (max-width:768px){._yb_lzm6u8 ._yb_5t0f42{height:24px;width:24px}}._yb_15djxja{font-weight:500;font-weight:var(--yb-font-medium);font-size:14px;color:#232a31;color:var(--yb-text-primary);margin-left:8px;max-width:100px;overflow:hidden;vertical-align:middle;white-space:nowrap}.ybar-ytheme-crunch ._yb_15djxja{font-family:\\\"YahooSans VF\\\",YahooSans,\\\"Yahoo Sans\\\",\\\"Helvetica Neue\\\",Helvetica,Arial,sans-serif!important;font-family:var(--yb-fuji2-font)!important;font-weight:400;font-weight:var(--yb-font-regular);margin-left:0}.ybar-ytheme-crunch ._yb_1y9334g{padding:0}.ybar-ytheme-fuji2 ._yb_5gd7yr ._yb_15djxja,.ybar-ytheme-fuji2 ._yb_11b9qim ._yb_15djxja{font-weight:600}.ybar-ytheme-fuji2 ._yb_15djxja{font-family:\\\"YahooSans VF\\\",YahooSans,\\\"Yahoo Sans\\\",\\\"Helvetica Neue\\\",Helvetica,Arial,sans-serif!important;font-family:var(--yb-fuji2-font)!important;text-align:center;font-size:12px;font-weight:600;line-height:19px;margin-left:8px;max-width:70px}.ybar-dark ._yb_15djxja{color:#fff;color:var(--yb-white)}._yb_1m954ue{right:-16px;top:28px;width:292px;transition:all 200ms ease-out 200ms}._yb_1m954ue._yb_1na28wh{width:311px;border-radius:8px;padding-top:0;margin-top:14px;box-shadow:0 4px 16px 0 rgb(0 0 0/20%),0 0 2px 0 rgb(0 0 0/5%)}html[data-color-theme-enabled][data-color-scheme=transparent] ._yb_1m954ue._yb_1na28wh{box-shadow:var(--yb-transparent-popover-box-shadow)}._yb_i5mkoa ._yb_1m954ue._yb_1na28wh{right:-8px}._yb_1m954ue._yb_1rccvpr{display:none}._yb_1m954ue._yb_1rccvpr._yb_1e7fmx7{display:block}.ybar-ytheme-fuji2 ._yb_ot4hij ._yb_1m954ue,.ybar-ytheme-crunch ._yb_1m954ue,.ybar-ytheme-fuji2 ._yb_1m954ue{opacity:0;transition:visibility 0s linear .2s,max-height 0s linear .2s,opacity .15s linear .2s}._yb_1na28wh._yb_1m954ue{transition:all 200ms ease-out 200ms}._yb_1na28wh._yb_1m954ue:hover{transition-delay:0}.ybar-ytheme-crunch ._yb_1m954ue,.ybar-ytheme-crunch ._yb_11b9qim ._yb_1m954ue,.ybar-ytheme-fuji2 ._yb_1m954ue,.ybar-ytheme-fuji2 ._yb_11b9qim ._yb_1m954ue{max-height:calc(100vh - 110px);overflow-y:auto;right:-16px;top:33px}.ybar-ytheme-crunch ._yb_1m954ue._yb_1na28wh{right:0;top:36px}._yb_gjzlev input[type=checkbox]{margin:0;position:absolute;width:100%;height:100%;opacity:0}._yb_11gk224 a img{border:0}.ybar-menu-hover-open ._yb_gjzlev:focus>label{outline-offset:2px;outline:3px solid #00abf0;outline:5px auto -webkit-focus-ring-color}._yb_gjzlev:focus:not(:focus-visible),.ybar-ytheme-crunch ._yb_5t0f42:focus-visible,._yb_gjzlev:focus-visible{outline:0}.ybar-ytheme-crunch ._yb_gjzlev:focus-visible{outline:4px solid rgb(96 1 210/50%);outline:var(--yb-outline);border-radius:25px}._yb_gjzlev ._yb_11xgor0:hover,.ybar-ytheme-fuji2 ._yb_gjzlev ._yb_11xgor0:hover:after{content:"";position:absolute;top:calc(100% - 15px);left:-140px;width:200px;height:47px}.ybar-ytheme-fuji2 ._yb_gjzlev ._yb_11xgor0:active{opacity:.4}html[data-color-theme-enabled][data-color-scheme=transparent] ._yb_1piyc0i{background-color:var(--yb-transparent-popover-background);-webkit-backdrop-filter:var(--yb-transparent-popover-backdrop-filter);backdrop-filter:var(--yb-transparent-popover-backdrop-filter)}._yb_5gd7yr ._yb_1piyc0i,._yb_11b9qim ._yb_1piyc0i{width:auto}._yb_1piyc0i ul{list-style:none;padding:0;margin:0}._yb_1na28wh ._yb_1piyc0i ul{width:inherit}._yb_d6ew32{background-color:#ededf3;background-color:var(--yb-account-info-

bg);height:97px;display:block;position:relative}._yb_1yqsulg{display:none}._yb_d6ew32._yb_180yudl._yb_1swlca0{height:105px}._yb_1pf6v3w{margin:12p x 0 0 20px}._yb_1pf6v3w,._yb_hx4dkg,._yb_7h6vto{position:absolute;top:0;left:0;border-radius:45%;width:65px;height:65px}.ybar-ytheme-crunch ._yb_utxfaq{margin:22px 0 0 36px}.ybar-ytheme-crunch ._yb_utxfaq ._yb_hx4dkg{width:36px;height:36px}._yb_7h6vto{display:block}.ybar-ytheme-crunch ._yb_7h6vto{display:none}._yb_1uhnmlw,._yb_1a3ikns{position:absolute;top:0;left:0;margin:18px 0 0 36px;width:36px;height:36px;border-radius:45%}._yb_1g5genf{background:linear-gradient(to bottom,rgb(0 0 0/0%) 63%,rgb(0 0 0/65%) 100%);filter:progid:dximagetransform.microsoft.gradient(startColorstr='#00000000', endColorstr='#a6000000', GradientType=0)}._yb_1s6mulm{background-color:#fff;background-color:var(--yb-account-menu-item);display:block;position:relative;height:73px}._yb_105gb4v:active,._yb_105gb4v:hover{background-color:rgb(227 236 248);background-color:var(--yb-account-item-hover-bg)}a._yb_1cs4hul{color:#26282a;text-align:center}._yb_13wop1r{position:absolute;top:0;left:84px;margin:18px;width:60%;overflow:hidden}._yb_p7guii{font-weight:500;font-weight:var(--yb-font-medium);font-size:14px;color:#26282a;color:var(--yb-account-text)}._yb_cakioh{font-weight:400;font-weight:var(--yb-font-regular);font-size:14px;color:#232a31;color:var(--yb-text-primary);direction:ltr}._yb_11b9qim._yb_1ozapdu:focus{outline-offset:-1px}._yb_1pp9eik{font-weight:400;font-weight:var(--yb-font-regular);padding:14px 0;position:relative}._yb_1smu9ho{font-size:14px;margin-left:18px;padding-left:84px;color:#26282a}._yb_6qcoau{overflow:hidden;display:inline-block;font-size:12px;font-weight:500;color:#020e65;text-align:center;text-decoration:none;vertical-align:middle}._yb_1q34a8c{fill:#6001d2;fill:var(--yb-grape-jelly)}._yb_n2cbhc{position:absolute;top:50%;margin-top:-12px;left:42px}.ybar-ytheme-crunch svg._yb_12kxwns,.ybar-ytheme-fuji2 svg._yb_12kxwns{position:absolute;top:50%;margin-top:-12px;display:inline-block;width:24px;height:24px;left:42px}.ybar-ytheme-crunch ._yb_i5mkoa svg._yb_n2cbhc,.ybar-ytheme-fuji2 svg._yb_n2cbhc,svg._yb_n2cbhc,._yb_11b9qim ._yb_n2cbhc,.ybar-ytheme-crunch.ybar-property-homepage ._yb_n2cbhc,.ybar-ytheme-crunch.ybar-property-my ._yb_n2cbhc,.ybar-ytheme-fuji2.ybar-property-homepage ._yb_n2cbhc,.ybar-ytheme-fuji2.ybar-property-my ._yb_n2cbhc,.ybar-ytheme-fuji2.ybar-property-my ._yb_n2cbhc{display:none}.ybar-ytheme-classic ._yb_1q34a8c{display:inline-block;width:24px;height:24px;left:16px}.ybar-ytheme-crunch.ybar-property-homepage svg._yb_n2cbhc,.ybar-ytheme-crunch.ybar-property-my svg._yb_n2cbhc,.ybar-ytheme-fuji2 ._yb_n2cbhc,.ybar-ytheme-fuji2.ybar-property-homepage svg._yb_n2cbhc,.ybar-ytheme-fuji2.ybar-property-my svg._yb_n2cbhc{display:inline-block;width:24px;height:24px;left:42px}._yb_1l9e53l{position:absolute;top:50%}.ybar-ytheme-crunch ._yb_11b9qim ._yb_1l9e53l,.ybar-ytheme-fuji2 ._yb_11b9qim ._yb_1l9e53l{margin-top:-8px;position:absolute;top:50%}.ybar-ytheme-crunch ._yb_11b9qim ._yb_1l9e53l{display:none}._yb_twynle{position:absolute;bottom:5px;left:27px;width:13px;height:12px}._yb_11b9qim ._yb_twynle{display:none}.ybar-ytheme-fuji2 ._yb_twynle,.ybar-ytheme-fuji2 ._yb_11b9qim ._yb_twynle{display:block}._yb_i180aa{display:inline-block}.ybar-ytheme-crunch ._yb_10xyy6y svg path{fill:#5b636a;fill:var(--yb-battleship)}.ybar-ytheme-fuji2 ._yb_i180aa{height:32px;width:32px;text-align:center;line-height:32px;margin:0 auto}.ybar-ytheme-fuji2 ._yb_ot4hij ._yb_i180aa{display:block}._yb_o49dsy,._yb_195oo6u{text-wrap:none}#ybarAccountContainer.ybarMenuOpen,.ybar-menu-hover-open ._yb_1m954ue:hover{visibility:visible;opacity:1}1#ybarAccountMenu,._yb_1na28wh ._yb_is83e8{background:0 0;border:transparent}._yb_pxq3io a._yb_1cibvkr,._yb_pxq3io ._yb_15djxja,._yb_hhkci5 a._yb_1cibvkr,._yb_hhkci5 ._yb_15djxja,._yb_10my6yb a._yb_1cibvkr,._yb_10my6yb ._yb_15djxja{color:#000;color:var(--yb-black);border-color:#000;border-color:var(--yb-black)}._yb_pxq3io a._yb_1cibvkr:hover,._yb_pxq3io a._yb_1cibvkr:active,._yb_hhkci5 a._yb_1cibvkr:hover,._yb_hhkci5 a._yb_1cibvkr:active,._yb_10my6yb a._yb_1cibvkr:hover,._yb_10my6yb a._yb_1cibvkr:active{background-color:rgb(0 0 0/30%)}._yb_zjzf6e a._yb_1cibvkr,._yb_zjzf6e ._yb_15djxja,.ybar-dark ._yb_v2psdd a._yb_1cibvkr,.ybar-dark ._yb_v2psdd ._yb_15djxja,.ybar-dark ._yb_15djxja{color:#fff;color:var(--yb-white);border-color:#fff;border-color:var(--yb-white)}._yb_zjzf6e a._yb_1cibvkr:hover,._yb_zjzf6e a._yb_1cibvkr:active,.ybar-dark ._yb_v2psdd a._yb_1cibvkr:hover,.ybar-dark ._yb_v2psdd a._yb_1cibvkr:active,._yb_mvz5b6 a._yb_1cibvkr:hover,._yb_mvz5b6 a._yb_1cibvkr:active{background-color:rgb(255 255 255/30%)}._yb_1ip7b8p a._yb_1cibvkr,._yb_1ip7b8p ._yb_15djxja{color:#000;color:var(--yb-black);border-color:#000;border-color:var(--yb-black)}._yb_1ip7b8p a._yb_1cibvkr:hover,._yb_1ip7b8p a._yb_1cibvkr:active{color:#fff;color:var(--yb-white);background-color:#00a562}._yb_1ftu7oo a._yb_1cibvkr,._yb_1ftu7oo ._yb_15djxja{color:#00cdff;border-color:#00cdff}._yb_1ftu7oo a._yb_1cibvkr:hover,._yb_1ftu7oo a._yb_1cibvkr:active{color:#000;color:var(--yb-black);background-color:#00cdff}._yb_1igzxbh{font-size:14px}._yb_11b9qim ._yb_1smu9ho._yb_1igzxbh{margin-left:18px;padding-left:30px}._yb_1smu9ho._yb_1igzxbh,.ybar-ytheme-fuji2 ._yb_1smu9ho._yb_1igzxbh,.ybar-ytheme-fuji2 ._yb_11b9qim ._yb_1smu9ho._yb_1igzxbh{margin-left:0;padding-left:0}@media only screen and (max-width:1080px){._yb_15djxja{max-width:60px}}._yb_1vzidts

```
._yb_5t0f42._yb_to94ek{display:none}@media (max-width:768px){._yb_15djxja,.ybar-ytheme-crunch ._yb_15djxja._yb_o92dx1{display:none}.ybar-ytheme-
crunch ._yb_15djxja{display:inline-block}}._yb_1221oeg ._yb_p7guii{color:#fff;color:var(--yb-white)}._yb_1221oeg ._yb_1piyc0i
a._yb_1cs4hul{display:none}._yb_1221oeg ._yb_1piyc0i{border-top:none;border-left:none;border-right:none;background-color:transparent;color:#fff;color:var(-
-yb-white)}._yb_1221oeg ._yb_1l724zd{border-top:none}._yb_1221oeg ._yb_7h6vto{display:block}._yb_1221oeg ._yb_1pf6v3w,._yb_1221oeg
._yb_hx4dkg,._yb_1221oeg ._yb_7h6vto{width:40px;height:40px}._yb_1221oeg ._yb_1pf6v3w{margin-top:20px}._yb_1221oeg ._yb_d6ew32{background-
color:transparent;height:80px}._yb_1221oeg ._yb_1s6mulm{background-color:transparent}._yb_1221oeg ._yb_1smu9ho,._yb_1221oeg
._yb_1pp9eik{color:#fff;color:var(--yb-white);text-decoration:none}._yb_1221oeg ._yb_cakioh{color:rgb(255 255 255/50%);text-
decoration:none}._yb_1221oeg ._yb_1uhnmlw{margin-left:22px}._yb_jbfu8z{font-weight:500;font-weight:var(--yb-font-medium);color:#fff;color:var(--yb-
white);font-size:15px}._yb_1221oeg ._yb_n2cbhc{left:28px}._yb_1221oeg ._yb_jbfu8z,._yb_1221oeg ._yb_jbfu8z:hover,._yb_1221oeg
._yb_jbfu8z:active,._yb_1221oeg ._yb_1fqec71,._yb_1221oeg ._yb_1fqec71:hover,._yb_1221oeg ._yb_1fqec71:active{text-decoration:none}._yb_1221oeg
._yb_105gb4v:active,._yb_1221oeg ._yb_105gb4v:hover{background-color:transparent;text-
decoration:none}._yb_1221oeg ._yb_svx34i{display:none;position:fixed;top:27px;right:55px}._yb_1221oeg ._yb_lojzwf{display:none}._yb_1221oeg
._yb_o405gt{display:block}._yb_1221oeg ._yb_1neny3e{display:block}._yb_1aiz93q{box-shadow:0 2px 4px 0 rgb(0 0 0/8%),0 0 1px 0 rgb(0 0
0/10%)}._yb_128rr0d{position:relative;display:flex;margin-bottom:10px;margin-top:12px}._yb_tpvqkh,._yb_oxxgk8{font-size:12px}.smartphone-icon-
wrapper{height:36px;width:36px;border-radius:48%;display:flex;align-items:center;justify-content:center}._yb_m56j1x{height:auto}._yb_ac9o5i{background-
color:#f0f3f5;background-color:var(--yb-gray-hair)}._yb_enh9mq{display:flex;align-items:center}._yb_j35jh8{display:flex;align-
items:center}._yb_1a52hu5{overflow:hidden;transition:height .3s ease-out;height:0}.ybar-ytheme-fuji2 ._yb_1k2mkh1{margin-top:-16px}.ybar-ytheme-fuji2
._yb_jshcsu{padding-bottom:26px}.hide,.hide ._yb_enh9mq,._yb_1e6z2nc,._yb_1e6z2nc._yb_1rtstbu{display:none}._yb_axfm4i{text-align:center;font-
size:14px;font-weight:600;line-height:1.43;padding:24px;box-shadow:0 2px 4px 0 rgb(0 0 0/8%),0 0 1px 0 rgb(0 0 0/10%)}._yb_16bznve{margin-
bottom:24px}._yb_1xxrt3b{border-radius:18px;border:solid 2px #0f69ff;border:solid 2px var(--yb-dory);color:#0f69ff;color:var(--yb-dory);padding:6px
0;display:block}._yb_1xxrt3b:first-of-type{margin-bottom:24px}._yb_1xxrt3b:hover,._yb_1xxrt3b:active{background-color:#0f69ff;background-color:var(--yb-
dory);color:#fff;color:var(--yb-white)}._yb_1mn1wcp{border-top:.5px solid #c7cdd2;border-top:.5px solid var(--yb-
pebble)}._yb_zgnwh4{position:relative}.ybar-ytheme-crunch ._yb_1cs4hul svg._yb_n2cbhc,.ybar-ytheme-fuji2 ._yb_1cs4hul
svg._yb_n2cbhc{display:none}._yb_1yeyfkv{position:absolute;overflow:hidden;text-indent:100%;white-space:nowrap}html[data-color-theme-enabled][data-
color-scheme=dark] svg._yb_6qcoau path,html[data-color-theme-enabled][data-color-scheme=transparent] svg._yb_6qcoau path{fill:#f0f3f5;fill:var(--yb-gray-
hair)}html[data-color-theme-enabled][data-color-scheme=dark] ._yb_gjzlev .wafer-form button.trigger-submit,html[data-color-theme-enabled][data-color-
scheme=transparent] ._yb_gjzlev .wafer-form button.trigger-submit{background-color:#1d2228;background-color:var(--yb-inkwell)}@media (prefers-color-
scheme:dark){html[data-color-theme-enabled] ._yb_gjzlev .wafer-form button.trigger-submit{background-color:#232a31;background-color:var(--yb-
batcave)}html[data-color-theme-enabled] svg._yb_6qcoau path{fill:#f0f3f5;fill:var(--yb-gray-hair)}}._yb_1m954ue[data-
pfs=true]{display:none}._yb_j775zo{border-radius:8px;border:0;box-shadow:0 2px 8px 0 rgb(0 0 0/36%);position:absolute;right:0;top:52px;transition:all .3s
ease-in;width:324px;z-index:1200}._yb_o92dx1{display:none}._yb_11gk224 ._yb_10bm69e{text-align:center}._yb_10bm69e{background-
color:#f0f3f5;background-color:var(--yb-profile-avatar-bg);border-radius:100px;color:#232a31;color:var(--yb-text-primary);width:36px;height:36px;line-
height:34px;font-size:16px}.ybar-uh3-desktop ._yb_10bm69e{width:40px;height:40px;line-height:40px;font-size:14px}._yb_gjzlev ._yb_11xgor0:hover
._yb_10bm69e,._yb_gjzlev:focus-visible ._yb_15djxja{color:#6001d2;color:var(--yb-profile-panel-hover-text);background:#fff;background:var(--yb-profile-
character-hover)}._yb_gjzlev ._yb_11xgor0:active ._yb_10bm69e{color:#232a31;color:var(--yb-text-primary);background:#e0e4e9;background:var(--yb-
sidenav-btn-color-active)}._yb_gjzlev button:hover ._yb_10bm69e{box-shadow:0 4px 8px 0 rgb(0 0 0/10%),0 0 1px 0 rgb(0 0 0/10%);box-shadow:var(--yb-
elevation3-box-shadow)}._yb_enh9mq ._yb_10bm69e{align-items:center;display:flex;flex-direction:column;font-size:10px;font-weight:500;font-weight:var(--
yb-font-medium);height:24px;justify-content:center;letter-spacing:.5px;line-height:16px;margin-top:5px;text-align:center;width:24px}._yb_1na28wh
._yb_18h3hog{display:flex;gap:16px;width:100%;padding:10px;margin:-10px}._yb_1na28wh ._yb_1cs4hul:focus-visible,._yb_1na28wh ._yb_enh9mq:focus-
visible,._yb_1na28wh ._yb_18h3hog:focus-visible,._yb_1na28wh ._yb_is83e8:focus-visible{outline:4px solid rgb(96 1 210/50%);outline:var(--yb-
```

outline);border-radius:4px}._yb_30lget{padding-top:1px}._yb_njm4zx ._yb_1e6yx2n{overflow:hidden;text-overflow:ellipsis;max-width:230px}._yb_32wf5f{pointer-events:none}._yb_32wf5f ._yb_5t0f42,._yb_32wf5f ._yb_1yky34c{position:absolute;top:0;left:0}._yb_32wf5f ._yb_5t0f42,._yb_32wf5f ._yb_15djxja{opacity:1;transition:opacity .2s ease-out}._yb_32wf5f ._yb_5t0f42._yb_1ysb2it,._yb_32wf5f ._yb_15djxja._yb_o92dx1{opacity:0}._yb_32wf5f ._yb_1uvrc9s{display:inline-block!important}._yb_1bcztpq{width:18px;height:18px;animation:1.1s ease-out infinite alternate _yb_1ai9ada}.ybar-ytheme-crunch ._yb_12ir9zi._yb_1x1uran._yb_9akj86{padding:11px}@keyframes _yb_1ai9ada{0%{opacity:.75}to{opacity:.3}}._yb_zakd8n{font-weight:500;font-weight:var(--yb-font-medium);display:inline-block;position:relative;vertical-align:middle}.ybar-ytheme-crunch ._yb_wayroh._yb_zakd8n *{box-sizing:content-box}.ybar-ytheme-crunch ._yb_wayroh._yb_zakd8n:not(._yb_ws9pyo){height:40px}.ybar-ytheme-crunch ._yb_wayroh._yb_zakd8n img{display:inline-block}.ybar-ytheme-crunch ._yb_zakd8n img:not(._yb_1vyrhl0){display:inline-block;vertical-align:text-bottom}._yb_zakd8n>ul{display:flex;padding-left:0;margin:0}.ybar-nav-placement._yb_zakd8n{width:100%}#ybar-nav-placement{margin-left:16px;position:absolute}.ybar-property-sports #ybar-nav-placement{margin-top:4px;right:8px}.ybar-property-finance #ybar-nav-placement{right:0;top:5px}.ybar-property-sports #ybar-navigation ._yb_ysnhu1._yb_zakd8n>ul{display:flex;margin:0;flex-wrap:nowrap;overflow-x:auto;overflow-y:hidden;max-width:100vw;padding:0;box-shadow:0 0 1px 0 rgb(0 0 0/0%),0 1px 0 0 #e0e4e9;box-shadow:0 0 1px 0 rgb(0 0 0/0%),0 1px 0 0 var(--yb-dirty-seagull);-ms-overflow-style:none;scrollbar-width:none}.ybar-property-sports #ybar-navigation ._yb_ysnhu1._yb_zakd8n ._yb_15hzl0d::-webkit-scrollbar,.ybar-property-sports #ybar-navigation ._yb_ysnhu1._yb_zakd8n ._yb_1du48w5::-webkit-scrollbar{display:none}._yb_zakd8n>ul li._yb_1b63ayc:first-of-type{padding-left:16px;margin-bottom:14px;margin-left:0}.ybar-property-sports #ybar-navigation ._yb_ysnhu1._yb_zakd8n>ul li._yb_1b63ayc{padding:2px 24px 0}#ybar-nav-more-menu{visibility:hidden}.ybar-ytheme-fuji2 ._yb_9zz3gk #_yb_1fwh7ax,.ybar-ytheme-fuji2 ._yb_1mwrmbo #_yb_1fwh7ax{opacity:0;transition:opacity .2s ease-in,visibility .2s ease-in}.ybar-ytheme-crunch.ybar-property-finance #ybar-nav-more-menu{padding-top:4px}#ybar-nav-more-menu ._yb_ws9pyo:not(._yb_16hefew){flex-direction:column}.ybar-shift-more-menu._yb_zakd8n{display:inline-flex}.ybar-shift-more-menu._yb_zakd8n>ul{overflow:hidden}.ybar-ytheme-fuji2:not(.ybar-property-sports) .ybar-shift-more-menu._yb_9zz3gk._yb_zakd8n>ul,.ybar-ytheme-fuji2:not(.ybar-property-sports) .ybar-shift-more-menu._yb_1mwrmbo._yb_zakd8n>ul{visibility:hidden;opacity:0;transition:opacity .1s ease-in,visibility .1s ease-in}.ybar-shift-more-menu._yb_zakd8n div._yb_1b63ayc{margin:0;height:24px}.ybar-ytheme-crunch.ybar-property-finance .ybar-shift-more-menu._yb_zakd8n div._yb_1b63ayc{height:40px}.ybar-shift-more-menu._yb_9zz3gk._yb_zakd8n div._yb_1b63ayc,.ybar-shift-more-menu._yb_1mwrmbo._yb_zakd8n div._yb_1b63ayc{height:35px}._yb_zakd8n>ul ._yb_1b63ayc ._yb_ws9pyo>ul,.ybar-shift-more-menu._yb_zakd8n>ul+div._yb_1b63ayc ._yb_ws9pyo>ul{margin:0;padding:0}.ybar-shift-more-menu ._yb_ft96yu{position:static;cursor:default}.ybar-shift-more-menu ._yb_ft96yu._yb_ws9pyo{margin-left:-16px;left:auto;top:34px}.ybar-ytheme-crunch.ybar-property-finance .ybar-shift-more-menu ._yb_ft96yu._yb_ws9pyo{top:42px}.ybar-ytheme-crunch.ybar-property-sports .ybar-shift-more-menu ._yb_ft96yu._yb_ws9pyo{top:40px}.ybar-ytheme-crunch ._yb_l2-news .ybar-shift-more-menu ._yb_ft96yu._yb_ws9pyo{top:45px;margin-left:-12px}.ybar-shift-more-menu._yb_1mwrmbo ._yb_ft96yu._yb_ws9pyo,.ybar-shift-more-menu._yb_9zz3gk ._yb_ft96yu._yb_ws9pyo{margin-left:-20px}._yb_1b63ayc:first-child{margin-left:0;margin-bottom:7px}._yb_1b63ayc{display:flex;flex-direction:column;margin:0;font-size:0;line-height:24px;text-align:center;color:#5a636c;white-space:nowrap;padding:12px 16px 9px}.ybar-ytheme-crunch ._yb_1b63ayc{flex-direction:row}.ybar-ytheme-crunch ._yb_iwv1i ._yb_1b63ayc,.ybar-ytheme-crunch ._yb_iwv1i li._yb_1b63ayc:first-of-type{padding:0}.ybar-ytheme-crunch ._yb_iwv1i ._yb_1b63ayc ._yb_138r61s{padding:12px 12px 9px}.ybar-ytheme-crunch ._yb_175bw40 ._yb_1b63ayc{padding:0;margin:8px var(--uh-l2-margin) 0 0;margin:8px var(--yb-l2-margin, 16px) 0 0;height:24px}.ybar-ytheme-crunch ._yb_wayroh ._yb_1b63ayc{padding:0;margin:0 6px 0 0}.ybar-ytheme-crunch ._yb_wayroh:not(._yb_d2eets) ._yb_1b63ayc{margin:0 var(--uh-l2-margin) 0 0;margin:0 var(--yb-l2-margin, 12px) 0 0}._yb_1mwrmbo ._yb_1b63ayc,._yb_9zz3gk ._yb_1b63ayc{padding:10px 20px 6px;height:28px}.ybar-ytheme-crunch ._yb_iwv1i._yb_1mwrmbo ._yb_1b63ayc,.ybar-ytheme-crunch ._yb_iwv1i._yb_9zz3gk ._yb_1b63ayc{height:auto}li._yb_1b63ayc:first-of-type{padding:0}.ybar-ytheme-crunch li._yb_1b63ayc:first-of-type{padding-left:0}.ybar-ytheme-crunch ._yb_175bw40 li._yb_1b63ayc:first-of-type{padding-left:0;margin-left:5px}.ybar-ytheme-crunch ._yb_15hzl0d{margin-left:-5px;border:0;box-shadow:none}.ybar-ytheme-crunch ._yb_iwv1i ._yb_15hzl0d{gap:8px;margin-left:-12px}.ybar-ytheme-crunch ._yb_iwv1i ._yb_138r61s:focus-visible{outline-offset:-4px;border-radius:8px}.ybar-ytheme-crunch ._yb_iwv1i ._yb_138r61s._yb_1ucq1g6:focus-visible{outline-offset:-1px;border-radius:5px}._yb_ft96yu:hover{border-radius:8px 8px 0 0;box-shadow:0

5px 8px 0 rgb(0 0 0/8%)}.ybar-ytheme-crunch ._yb_ft96yu:hover{border-radius:none;box-shadow:none}._yb_1b63ayc ._yb_138r61s{background:0 0;border:0;display:block;font-family:\\\"YahooSans VF\\\",YahooSans,\\\"Yahoo Sans\\\",\\\"Helvetica Neue\\\",Helvetica,Arial,sans-serif;font-family:var(--yb-fuji2-font);font-size:14px;font-weight:600;height:17px;text-align:center;text-decoration:none;color:#232a31;color:var(--yb-batcave);line-height:18px}.ybar-ytheme-crunch ._yb_wayroh ._yb_1b63ayc ._yb_138r61s{line-height:1.2}.ybar-ytheme-crunch ._yb_175bw40 ._yb_1b63ayc ._yb_138r61s{height:inherit;padding:4px 0}.ybar-ytheme-crunch ._yb_175bw40 #ybar-nav-more-menu{padding-top:12px;height:30px;line-height:30px}.ybar-ytheme-crunch ._yb_175bw40 #ybar-nav-more-menu._yb_1b63ayc button._yb_138r61s{padding:0;height:17px;line-height:18px}._yb_zakd8n._yb_1jce30t ._yb_1b63ayc ._yb_138r61s,._yb_zakd8n._yb_1mwrmbo ._yb_1b63ayc ._yb_138r61s,._yb_zakd8n._yb_9zz3gk ._yb_1b63ayc ._yb_138r61s{font-size:16px;font-weight:700}._yb_1b63ayc ._yb_138r61s:hover{text-decoration:none}._yb_1b63ayc ._yb_138r61s._yb_1dgsn77{display:block}._yb_1b63ayc ._yb_138r61s._yb_1dgsn77+._yb_138r61s{display:none}.ybar-dark ._yb_1b63ayc ._yb_138r61s{color:#fff;color:var(--yb-white)}.ybar-light ._yb_1rbkquz._yb_djv1eg ._yb_1b63ayc ._yb_138r61s,.ybar-light ._yb_1nhud0m._yb_djv1eg ._yb_1b63ayc ._yb_138r61s{color:#0057b8;color:var(--yb-color-att-dark-blue)}._yb_1b63ayc ._yb_138r61s,._yb_1b63ayc._yb_e469qk ._yb_138r61s{position:relative}._yb_1b63ayc ._yb_138r61s:after:not(._yb_1du9cg2._yb_196yktg),._yb_1b63ayc._yb_e469qk ._yb_138r61s:after:not(._yb_1du9cg2._yb_196yktg){position:absolute;bottom:0;left:0;right:0;top:24px;margin:auto;width:0%;content:'.';color:transparent;background:#fff;height:4px;transition:all .35s}._yb_1b63ayc>._yb_138r61s:hover:after{width:100%}.ybar-ytheme-crunch.ybar-property-finance ._yb_1b63ayc ._yb_138r61s:hover:after{width:0}.ybar-property-finance ._yb_1b63ayc ._yb_ft96yu:hover:after{content:'';position:absolute;top:calc(100% - 5px);left:0;width:100%;height:20px}._yb_1b63ayc._yb_e469qk>._yb_138r61s:hover:after{z-index:-10;animation:_yb_e469qk .1s;opacity:1}@keyframes _yb_e469qk{0%{width:0%;height:4px}50%{width:100%;height:4px}to{width:100%;height:100%}}._yb_1b63ayc ._yb_138r61s._yb_pa09vy:after{position:absolute;bottom:0;left:0;right:0;top:24px;margin:auto;width:100%;content:'.';color:transparent;background:#6001d2;background:var(--yb-l2-nav-selected);height:4px}.ybar-ytheme-crunch ._yb_1b63ayc ._yb_138r61s{font-weight:500;color:#5b636a;color:var(--yb-nav-color)}._yb_1kegchn{margin-left:1px}.ybar-ytheme-crunch ._yb_zakd8n #ybar-nav-more-dropdown ._yb_rk1i5j ._yb_138r61s ._yb_1kegchn{display:none}._yb_1kegchn path{fill:#5b636a;fill:var(--yb-nav-color)}.ybar-ytheme-crunch ._yb_138r61s:hover ._yb_138r61s{color:#6001d2;color:var(--yb-text-hover-color)}.ybar-ytheme-crunch.ybar-property-finance ._yb_1b63ayc ._yb_138r61s:hover:not(._yb_ws9pyo ._yb_rk1i5j ._yb_138r61s){outline:1px solid #6001d2;outline:1px solid var(--yb-search-btn-color);border-radius:4px;outline-offset:-1px}._yb_1b63ayc:hover ._yb_1kegchn{transform:rotate(180deg);position:relative;top:2px}._yb_1b63ayc:hover ._yb_1kegchn path{fill:#6001d2;fill:var(--yb-text-hover-color)}.ybar-ytheme-crunch ._yb_1b63ayc ._yb_138r61s._yb_pa09vy{font-weight:600;color:#232a31;color:var(--yb-nav-selected-color)}.ybar-ytheme-crunch.ybar-property-finance ._yb_1b63ayc ._yb_138r61s._yb_pa09vy{background:#6001d2;background:var(--yb-search-btn-color);border-radius:4px}.ybar-ytheme-crunch.ybar-property-finance ._yb_1b63ayc ._yb_138r61s{height:30px;display:flex;align-items:center;gap:4px;padding:0 10px;color:#232a31;color:var(--yb-l2-text-color)}.ybar-ytheme-crunch.ybar-property-finance ._yb_1b63ayc ._yb_138r61s svg path{fill:#6001d2;fill:var(--yb-svg-icon-color)}.ybar-ytheme-crunch.ybar-property-finance ._yb_1b63ayc ._yb_138r61s._yb_pa09vy svg path{fill:#fff;fill:var(--yb-svg-icon-color-selected)}.ybar-ytheme-crunch ._yb_138r61s:focus-visible{outline:4px solid rgb(96 1 210/50%);outline:var(--yb-outline);border-radius:4px}.ybar-ytheme-crunch ._yb_1h1ht32 ._yb_1b63ayc ._yb_138r61s._yb_pa09vy,.ybar-ytheme-crunch ._yb_1h1ht32 ._yb_1b63ayc ._yb_138r61s{color:#fff;color:var(--yb-white)}.ybar-ytheme-crunch ._yb_1h1ht32 ._yb_1b63ayc ._yb_138r61s:hover{color:#e5d0ff;transition:color .1s ease}.ybar-ytheme-crunch ._yb_1h1ht32 ._yb_1b63ayc ._yb_138r61s:hover:after{display:block;background:#e5d0ff;transition:all .1s ease}.ybar-ytheme-crunch ._yb_1h1ht32 ._yb_1b63ayc ._yb_138r61s._yb_pa09vy:after{display:none}._yb_1rbkquz._yb_djv1eg ._yb_1b63ayc ._yb_138r61s._yb_pa09vy:after,._yb_1nhud0m._yb_djv1eg ._yb_1b63ayc ._yb_138r61s._yb_pa09vy:after{background:#0057b8;background:var(--yb-color-att-dark-blue)}._yb_9zz3gk ._yb_1b63ayc ._yb_138r61s._yb_pa09vy:after,._yb_9zz3gk ._yb_1b63ayc ._yb_138r61s:after,._yb_9zz3gk ._yb_1b63ayc._yb_e469qk ._yb_138r61s:after,._yb_1mwrmbo ._yb_1b63ayc ._yb_138r61s._yb_pa09vy:after,._yb_1mwrmbo ._yb_1b63ayc._yb_e469qk ._yb_138r61s:after{margin:-1px auto}._yb_fglpgp{font-size:22px;margin-right:8px;line-height:18px}.ybar-ytheme-classic ._yb_fglpgp{display:inline-block;font-weight:500;margin-right:9px;overflow:visible;text-align:center;text-decoration:none;vertical-align:middle;position:relative}.ybar-ytheme-classic ._yb_fglpgp svg{fill:#4d00ae;height:24px;width:24px}#ybar-navigation-item-mail{flex-flow:nowrap;flex-

shrink:0}._yb_fglpgp svg{fill:#232a31;fill:var(--yb-back-button-fill)}._yb_1nhud0m._yb_djv1eg ._yb_fglpgp svg,._yb_1rbkquz._yb_djv1eg ._yb_fglpgp svg{fill:#0057b8;fill:var(--yb-color-att-dark-blue)}._yb_4b1fx1{cursor:pointer}._yb_ft96yu{position:relative;cursor:pointer}@media (hover:hover) and (pointer:fine){._yb_ft96yu:hover ._yb_ws9pyo{display:flex;visibility:visible}}._yb_ft96yu._yb_14wipt ._yb_ws9pyo{display:flex;visibility:visible}._yb_ft96yu:focus-within ._yb_ws9pyo{display:flex;visibility:visible}._yb_ft96yu ._yb_ws9pyo{border-radius:0 0 8px 8px;box-shadow:0 5px 8px 0 rgb(0 0 0/8%);background-color:#fff;background-color:var(--yb-popover-background);display:none;left:0;padding:10px 0 15px;position:absolute;top:32px;z-index:1000;visibility:hidden}.ybar-ytheme-crunch ._yb_ws9pyo{border-radius:8px;box-shadow:0 4px 16px 0 rgb(0 0 0/20%),0 0 2px 0 rgb(0 0 0/5%);box-shadow:var(--yb-elevation4-box-shadow);display:flex;height:0;opacity:0;transition:all .2s;flex-direction:row;align-items:flex-start}html[data-color-theme-enabled][data-color-scheme=transparent] .ybar-ytheme-crunch ._yb_ws9pyo{background-color:var(--yb-transparent-popover-background);-webkit-backdrop-filter:var(--yb-transparent-popover-backdrop-filter);backdrop-filter:var(--yb-transparent-popover-backdrop-filter);box-shadow:var(--yb-transparent-popover-box-shadow)}@media (hover:hover) and (pointer:fine){.ybar-ytheme-crunch ._yb_ft96yu:hover ._yb_ws9pyo,.ybar-ytheme-crunch ._yb_ws9pyo:hover{opacity:1}}.ybar-ytheme-crunch ._yb_ft96yu._yb_14wipt ._yb_ws9pyo{opacity:1}.ybar-ytheme-crunch ._yb_ft96yu ._yb_ws9pyo{height:auto!important}.ybar-ytheme-crunch ._yb_175bw40 ._yb_ws9pyo{border-radius:8px;box-shadow:0 0 8px rgb(0 0 0/8%)}._yb_1w41ejq{display:block;font-size:14px;list-style-type:none;padding-left:0!important;flex-flow:wrap column}._yb_1jjsx7h{font-size:14px}._yb_9zz3gk ._yb_ws9pyo,._yb_1mwrrmbo ._yb_ws9pyo,.ybar-shift-more-menu._yb_9zz3gk ._yb_ws9pyo,.ybar-shift-more-menu._yb_1mwrrmbo ._yb_ws9pyo{top:35px}._yb_uxiyh2{-moz-column-count:2;column-count:2}._yb_fin_cl-3{-moz-column-count:3;column-count:3}._yb_fin_cl-4{-moz-column-count:4;column-count:4}._yb_fin_cl-5{-moz-column-count:5;column-count:5}._yb_fin_cl-6{-moz-column-count:6;column-count:6}._yb_fin_cl-7{-moz-column-count:7;column-count:7}._yb_fin_cl-8{-moz-column-count:8;column-count:8}._yb_fin_cl-9{-moz-column-count:9;column-count:9}._yb_fin_cl-10{-moz-column-count:10;column-count:10}._yb_fin_cl-11{-moz-column-count:11;column-count:11}._yb_fin_cl-12{-moz-column-count:12;column-count:12}.ybar-dark ._yb_ws9pyo{background-color:#1d2228;background-color:var(--yb-inkwell)}.ybar-ytheme-crunch ._yb_wayroh ._yb_1b63ayc ._yb_rk1i5j ._yb_138r61s,.ybar-ytheme-crunch ._yb_1b63ayc ._yb_rk1i5j ._yb_138r61s,.ybar-ytheme-fuji2 ._yb_1b63ayc ._yb_rk1i5j ._yb_138r61s{padding:8px 16px;text-align:left;text-overflow:ellipsis;overflow:hidden;height:20px;font-family:\\\"YahooSans VF\\\",YahooSans,\\\"Yahoo Sans\\\",\\\"Helvetica Neue\\\",Helvetica,Arial,sans-serif;font-family:var(--yb-fuji2-font);font-weight:400;line-height:1.67;letter-spacing:normal;color:#232a31;color:var(--yb-text-primary)}.ybar-ytheme-crunch ._yb_1h1ht32 ._yb_1b63ayc{padding-top:14px}.ybar-dark ._yb_1b63ayc ._yb_rk1i5j ._yb_138r61s{color:#b9bdc5}._yb_1b63ayc ._yb_rk1i5j a._yb_138r61s:focus:before{background:#6001d2;background:var(--yb-grape-jelly);content:' ';display:block;height:20px;left:2px;position:absolute;top:10px;width:4px}.ybar-ytheme-crunch ._yb_1b63ayc ._yb_rk1i5j ._yb_138r61s:focus:before{background:none}._yb_1b63ayc ._yb_rk1i5j a._yb_138r61s:focus{color:#6001d2;color:var(--yb-l2-nav-dropdown-focus);text-shadow:.8px 0 0 #6001d2;text-shadow:.8px 0 0 var(--yb-l2-nav-dropdown-focus)}._yb_1h1ht32 ._yb_1b63ayc ._yb_rk1i5j ._yb_138r61s:focus{text-shadow:none}.ybar-ytheme-crunch ._yb_175bw40 ._yb_1b63ayc ._yb_rk1i5j a._yb_138r61s:focus{color:#232a31;color:var(--yb-text-primary);text-shadow:.8px 0 0 #232a31;text-shadow:.8px 0 0 var(--yb-text-primary);background-color:#ecf8ff;background-color:var(--yb-sports-l2-dropdown-focus-bg)}.ybar-ytheme-crunch ._yb_zakd8n:not(._yb_175bw40) ._yb_ws9pyo{padding:20px 10px;gap:8px}.ybar-ytheme-crunch ._yb_zakd8n:not(._yb_175bw40) ._yb_ws9pyo ul{display:flex;flex-direction:column;align-items:flex-start;padding:0;gap:4px;max-height:352px}.ybar-ytheme-crunch ._yb_zakd8n:not(._yb_175bw40) ._yb_rk1i5j{display:flex;flex-direction:row;align-items:center;padding:0;gap:8px;height:28px;width:162px}.ybar-ytheme-crunch ._yb_zakd8n:not(._yb_175bw40) ._yb_1b63ayc ._yb_rk1i5j ._yb_138r61s{display:flex;align-items:flex-start;padding:4px 14px;gap:0;line-height:20px;flex-grow:1}.ybar-ytheme-crunch ._yb_zakd8n #ybar-nav-more-dropdown ._yb_rk1i5j ._yb_138r61s{gap:4px;align-items:center}.ybar-ytheme-crunch ._yb_zakd8n #ybar-nav-more-dropdown ._yb_rk1i5j ._yb_138r61s svg{flex-shrink:0}.ybar-ytheme-crunch ._yb_l2-news ._yb_zakd8n ._yb_mc8gzo ._yb_138r61s{display:flex;top:-4px}.ybar-ytheme-crunch ._yb_l2-news ._yb_zakd8n ._yb_mc8gzo ._yb_1ucq1g6._yb_138r61s{top:15px;padding:0 12px 6px;display:flex;align-items:center}.ybar-ytheme-crunch ._yb_l2-news ._yb_zakd8n ._yb_mc8gzo ._yb_138r61s:first-of-type{margin-top:4px}.ybar-ytheme-crunch ._yb_zakd8n:not(._yb_175bw40) ._yb_1b63ayc ._yb_rk1i5j ._yb_138r61s ._yb_7zamgg{overflow:hidden;text-overflow:ellipsis;white-space:nowrap;max-width:148px}.ybar-ytheme-crunch ._yb_zakd8n:not(._yb_175bw40) ._yb_ow-2{width:332px}.ybar-ytheme-crunch ._yb_zakd8n:not(._yb_175bw40) ._yb_ow-3{width:494px}.ybar-ytheme-crunch ._yb_zakd8n:not(._yb_175bw40) ._yb_ow-4{width:664px}.ybar-ytheme-crunch

```
._yb_zakd8n:not(._yb_175bw40) ._yb_ow-5{width:834px}.ybar-ytheme-crunch ._yb_zakd8n:not(._yb_175bw40) ._yb_ow-6{width:1004px}.ybar-ytheme-
crunch ._yb_zakd8n:not(._yb_175bw40) ._yb_ow-7{width:1174px}.ybar-ytheme-crunch ._yb_zakd8n:not(._yb_175bw40) ._yb_ow-8{width:1344px}.ybar-
ytheme-crunch ._yb_zakd8n:not(._yb_175bw40) ._yb_ow-9{width:1514px}.ybar-ytheme-crunch ._yb_zakd8n:not(._yb_175bw40) ._yb_ow-
10{width:1684px}.ybar-ytheme-crunch ._yb_zakd8n:not(._yb_175bw40) ._yb_ow-11{width:1854px}.ybar-ytheme-crunch ._yb_zakd8n:not(._yb_175bw40)
._yb_ow-12{width:2072px}.ybar-ytheme-crunch ._yb_zakd8n:not(._yb_175bw40) ._yb_ws9pyo. ._yb_1wzxxg5 ._yb_rk1i5j{max-width:196px;min-
width:162px;width:auto}.ybar-ytheme-crunch ._yb_zakd8n:not(._yb_175bw40) ._yb_1b63ayc ._yb_ws9pyo. ._yb_1wzxxg5 ._yb_rk1i5j ._yb_138r61s div{max-
width:185px}.ybar-dark ._yb_1b63ayc ._yb_rk1i5j a._yb_138r61s:focus:before{background:#fff;background:var(--yb-white)}.ybar-dark ._yb_1b63ayc
._yb_rk1i5j a._yb_138r61s:focus{color:#fff;color:var(--yb-white);text-shadow:.8px 0 0 #fff;text-shadow:.8px 0 0 var(--yb-white)}._yb_1b63ayc
._yb_rk1i5j:hover ._yb_138r61s{background-color:rgb(24 143 255/12%);color:#000;color:var(--yb-black);text-shadow:.8px 0 0 #000;text-shadow:.8px 0 0 var(-
-yb-black)}.ybar-ytheme-crunch ._yb_1b63ayc ._yb_rk1i5j ._yb_138r61s:focus-visible,.ybar-ytheme-crunch ._yb_1b63ayc ._yb_rk1i5j:hover
._yb_138r61s{background-color:#f5f8fa;background-color:var(--yb-selected-item-background);color:#6001d2;color:var(--yb-text-hover-color);text-
shadow:unset;border-radius:4px}html[data-color-theme-enabled][data-color-scheme=transparent] .ybar-ytheme-crunch ._yb_1b63ayc ._yb_rk1i5j
._yb_138r61s:focus-visible,html[data-color-theme-enabled][data-color-scheme=transparent] .ybar-ytheme-crunch ._yb_1b63ayc ._yb_rk1i5j:hover
._yb_138r61s{text-shadow:none}.ybar-ytheme-crunch ._yb_1b63ayc ._yb_rk1i5j ._yb_138r61s:focus-visible svg,.ybar-ytheme-crunch ._yb_1b63ayc
._yb_rk1i5j:hover ._yb_138r61s svg{filter:none}.ybar-ytheme-crunch ._yb_1b63ayc ._yb_rk1i5j ._yb_138r61s:active{color:#232a31;color:var(--yb-
batcave);font-weight:700}.ybar-ytheme-crunch.ybar-property-finance ._yb_1b63ayc ._yb_rk1i5j ._yb_138r61s:active{font-weight:400;font-weight:var(--yb-font-
regular)}.ybar-ytheme-crunch.ybar-property-finance ._yb_1b63ayc ._yb_rk1i5j:hover ._yb_138r61s{color:#6001d2;color:var(--yb-search-btn-color)}.ybar-
ytheme-crunch.ybar-property-finance ._yb_1b63ayc ._yb_rk1i5j ._yb_138r61s ._yb_bps7a svg path{fill:#6001d2;fill:var(--yb-moremenu-finance-plus-
icon)}.ybar-ytheme-crunch ._yb_1b63ayc ._yb_rk1i5j ._yb_138r61s:focus-visible svg path,.ybar-ytheme-crunch ._yb_1b63ayc ._yb_rk1i5j:hover ._yb_138r61s
svg path{fill:#6001d2!important;fill:var(--yb-text-hover-color)!important}.ybar-ytheme-crunch ._yb_175bw40 ._yb_1b63ayc ._yb_rk1i5j ._yb_138r61s:focus-
visible,.ybar-ytheme-crunch ._yb_175bw40 ._yb_1b63ayc ._yb_rk1i5j:hover ._yb_138r61s{background-color:#e6e6e6;background-color:var(--yb-sports-l2-
dropdown-hover-bg);color:#000;color:var(--yb-sports-l2-dropdown-hover-color);text-shadow:.8px 0 0 #000;text-shadow:.8px 0 0 var(--yb-black)}.ybar-dark
._yb_1b63ayc ._yb_rk1i5j:hover ._yb_138r61s{color:#fff;color:var(--yb-white);text-shadow:.8px 0 0 #fff;text-shadow:.8px 0 0 var(--yb-white)}._yb_1b63ayc
._yb_138r61s ._yb_t1qdp8{position:relative;top:-6px;left:2px;color:#fff;color:var(--yb-white);text-transform:uppercase;border-
radius:2px;background:#ff333a;background:var(--yb-swedish-fish);background:linear-gradient(180deg,#ff333a,#ff00ba);background:linear-
gradient(180deg,var(--yb-swedish-fish),#ff00ba);padding:0 2px;width:auto;font-size:9px}._yb_1b63ayc ._yb_138r61s:hover ._yb_t1qdp8{text-
decoration:none}._yb_bps7a{margin-left:5px;width:15px}._yb_bps7a img{transition-duration:.42s;vertical-align:middle;margin-bottom:4px}._yb_bps7a
svg{display:inline}._yb_s8wsp1{margin-top:-2px}.ybar-ytheme-crunch.ybar-property-sports ._yb_s8wsp1{margin-top:2px}.ybar-ytheme-crunch.ybar-property-
finance ._yb_s8wsp1{margin-top:5px}.ybar-ytheme-crunch.ybar-property-finance ._yb_zakd8n ._yb_uqcp5b{padding-right:12px;align-items:center}body.typing
.ybar-ytheme-crunch.ybar-property-sports ._yb_zakd8n ._yb_uqcp5b,body.typing .ybar-ytheme-crunch.ybar-property-sports ._yb_zakd8n ._yb_mc8gzo{pointer-
events:none}@media screen and (max-width:1023px){.ybar-ytheme-crunch.ybar-property-sports ._yb_zakd8n. ._yb_1r50itc ._yb_uqcp5b{max-
width:700px!important}.ybar-ytheme-crunch.ybar-property-sports ._yb_1r50itc #ybar-nav-placement{visibility:hidden}}._yb_vhisht{padding-right:14px;border-
right:1px solid #e0e4e9;border-right:1px solid var(--yb-dirty-seagull)}._yb_1vyrhlo{margin-right:4px;vertical-align:middle}._yb_1dauuh7
._yb_1vyrhlo{margin-top:-1px}._yb_1eez4ez{position:absolute;left:-9999px;top:auto;width:1px;height:1px;overflow:hidden}._yb_ba1si3
svg{display:inline;vertical-align:inherit}._yb_1b63ayc:hover ._yb_ba1si3 svg g{fill:#6001d2;fill:var(--yb-text-hover-color)}._yb_ft96yu:hover
._yb_ws9pyo{align-items:unset}.ybar-ytheme-crunch ._yb_ws9pyo ._yb_vh9zwt{display:flex;flex-direction:column}.ybar-ytheme-crunch ._yb_ws9pyo
._yb_vh9zwt section{width:100%;font-size:14px;margin-top:auto}#ybar-navigation ._yb_zakd8n._yb_1r50itc #ybar-nav-more-menu{display:none}#ybar-mid-
nav-placement>ul{display:flex;margin:0;padding:0;list-style-type:none}#ybar-mid-nav-placement>ul ._yb_7zamgg{margin-left:4px}#ybar-mid-nav-
placement>ul>li:first-of-type{margin-right:16px}._yb_bjs63i{height:24px;width:1px;background-color:#e0e4e9;background-color:var(--yb-dirty-
seagull)}._yb_sx0hve{display:flex;align-items:center;text-decoration:none}._yb_2lv501{vertical-align:middle}._yb_1b63ayc
```

button._yb_1ndbaem{display:flex;align-items:center;cursor:pointer}._yb_1qn31hp{display:block;padding-top:14px;position:absolute;z-index:1200;visibility:hidden;white-space:normal}input[type=checkbox]:checked~._yb_1qn31hp{visibility:visible;animation:_yb_9ur7pp .25s}@keyframes _yb_9ur7pp{0%{opacity:0}to{opacity:1}}._yb_13xnuhc{background-color:#fff;background-color:var(--yb-popover-background);border-radius:4px;border-radius:var(--yb-popover-border-radius);border:1px solid #d8dade;border:var(--yb-popover-border);box-shadow:0 2px 8px 0 rgb(0 0 0/36%);box-shadow:var(--yb-popover-shadow)}._yb_hblnrb{align-items:center;cursor:pointer;display:flex;font:400 13px/19px \\\"YahooSans VF\\\",YahooSans,\\\"Yahoo Sans\\\",\\\"Helvetica Neue\\\",Helvetica,Arial,sans-serif;font:400 13px/19px var(--yb-fuji2-font);height:32px;position:relative}._yb_hblnrb *{box-sizing:content-box}.ybar-ytheme-crunch ._yb_hblnrb{height:36px}.ybar-ytheme-crunch.ybar-property-finance ._yb_hblnrb{cursor:default}.ybar-ytheme-crunch:not(.ybar-uh3-desktop) ._yb_hblnrb{margin-left:-5px}._yb_hblnrb:hover ._yb_1sdio2z,._yb_1ffslgh:focus+._yb_1sdio2z{visibility:visible;opacity:1}.ybar-ytheme-crunch:not(.ybar-mail-v3) ._yb_hblnrb:hover svg path{opacity:1;stroke:#6001d2;stroke:var(--yb-text-hover-color)}.ybar-ytheme-crunch ._yb_hblnrb:hover ._yb_1ffslgh{opacity:1}.ybar-ytheme-crunch ._yb_hblnrb:hover{border-radius:100px;height:36px}.ybar-ytheme-crunch ._yb_hblnrb:active{background:#e0e4e9;background:var(--yb-dirty-seagull);border-radius:100px}.typing .ybar-ytheme-crunch ._yb_hblnrb ._yb_1ffslgh:focus-visible{border:0;outline:0}.ybar-ytheme-crunch ._yb_hblnrb ._yb_1ffslgh:focus-visible{outline:4px solid rgb(96 1 210/50%);outline:var(--yb-outline);border-radius:100px;outline-offset:0;opacity:1}.ybar-ytheme-crunch.ybar-uh3-desktop ._yb_hblnrb ._yb_1ffslgh:focus-visible{background:0 0;padding:0 4px;margin:0 -4px}.ybar-ytheme-crunch ._yb_hblnrb ._yb_1ffslgh{height:36px;width:36px}.ybar-ytheme-crunch:not(.ybar-mail-v3) ._yb_hblnrb ._yb_1ffslgh:focus-visible ._yb_jteql8{color:#6001d2;color:var(--yb-text-hover-color)}.ybar-ytheme-crunch:not(.ybar-mail-v3) ._yb_hblnrb ._yb_1ffslgh:focus-visible svg path{stroke:#6001d2;stroke:var(--yb-text-hover-color)}.ybar-ytheme-crunch ._yb_hblnrb._yb_fa72gi ._yb_1ffslgh{display:flex;height:36px;width:auto;justify-content:center;align-items:center;flex-shrink:0}.typing .ybar-ytheme-crunch:not(.ybar-uh3-desktop) ._yb_hblnrb._yb_fa72gi ._yb_1ffslgh{gap:6px;padding:0 4px;margin-right:17px}.ybar-ytheme-crunch:not(.ybar-uh3-desktop) ._yb_hblnrb._yb_fa72gi._yb_mnkfew ._yb_1ffslgh{margin-right:8px}.ybar-ytheme-crunch ._yb_hblnrb._yb_fa72gi ._yb_1ffslgh:focus{outline-offset:0}.ybar-ytheme-crunch ._yb_hblnrb._yb_fa72gi ._yb_1ffslgh:focus-visible{border-radius:4px;outline:4px solid rgb(96 1 210/50%);outline:var(--yb-outline)}.ybar-ytheme-crunch ._yb_fa72gi ._yb_1ffslgh svg{margin:auto}#ybarMailPreview.ybarMenuOpen{opacity:1;visibility:visible}._yb_1ffslgh,._yb_1ffslgh:hover{text-decoration:none}._yb_zww3mt ._yb_1ffslgh{display:flex}._yb_zww3mt ._yb_1ffslgh svg{fill:#232a31;fill:var(--yb-batcave)}.ybar-dark ._yb_zww3mt ._yb_1ffslgh svg{fill:#fff;fill:var(--yb-white)}._yb_hblnrb:hover ._yb_1ffslgh{opacity:.4}._yb_hblnrb._yb_mnkfew:hover ._yb_1ffslgh{opacity:1}._yb_1ffslgh:focus{outline-offset:10px}.ybar-ytheme-crunch ._yb_1ffslgh svg{margin:11px 8px 0}.ybar-ytheme-crunch ._yb_mnkfew ._yb_1ffslgh svg,._yb_phgfar ._yb_mnkfew ._yb_1ffslgh svg{margin:11px 14px 0 8px}.ybar-ytheme-crunch ._yb_hblnrb._yb_mnkfew{margin-left:0}.ybar-ytheme-crunch.ybar-uh3-desktop:not(.ybar-mail-v3) ._yb_hblnrb._yb_fa72gi._yb_mnkfew{padding:0 8px}@media screen and (min-width:768px){.ybar-ytheme-crunch:not(.ybar-uh3-desktop) ._yb_hblnrb{margin-left:23px}.ybar-ytheme-crunch:not(.ybar-uh3-desktop) ._yb_hblnrb._yb_fa72gi._yb_mnkfew{margin-left:19px}}@media screen and (min-width:1024px){.ybar-ytheme-crunch ._yb_hblnrb._yb_mnkfew{margin-left:8px}.ybar-ytheme-crunch ._yb_hblnrb{margin-left:-4px}.ybar-ytheme-crunch ._yb_hblnrb._yb_fa72gi._yb_mnkfew.ybar-ytheme-crunch ._yb_hblnrb._yb_fa72gi{margin-left:7px}.ybar-ytheme-crunch.ybar-uh3-desktop ._yb_hblnrb._yb_fa72gi{margin-left:0}.ybar-ytheme-crunch:not(.ybar-uh3-desktop) ._yb_hblnrb._yb_fa72gi ._yb_1ffslgh{gap:6px}}@media screen and (min-width:1280px){.ybar-ytheme-crunch ._yb_hblnrb._yb_fa72gi._yb_mnkfew{margin-left:-2px}.ybar-ytheme-crunch ._yb_hblnrb._yb_fa72gi._yb_mnkfew,.ybar-ytheme-crunch ._yb_hblnrb._yb_fa72gi{margin-left:0}}\\n/*! rtl:ignore */\\n._yb_19t8sq{overflow:hidden;display:inline-block;font-size:12px;font-weight:500;color:#020e65;text-align:center;text-decoration:none;vertical-align:middle}._yb_15al4oc{background-image:linear-gradient(207deg,#ff03ab,#ff0200);border-radius:100px;border-width:0;height:18px;left:11.5px;opacity:.71;padding-left:6px;padding-right:5px;position:absolute;top:-5px;visibility:hidden;width:auto}._yb_15al4oc._yb_of69fx{visibility:visible}._yb_1sklcbk{visibility:hidden;width:auto}._yb_15al4oc._yb_1sklcbk{visibility:visible}.ybar-ytheme-crunch ._yb_15al4oc{background:#6001d2;background:var(--yb-grape-jelly);left:25px;height:15px;width:16px;top:0;opacity:1;padding:0}.ybar-ytheme-crunch ._yb_15al4oc._yb_15rm09b{left:22px}.ybar-ytheme-crunch:not(.ybar-uh3-desktop) ._yb_bif524{padding:0 4px}.ybar-ytheme-fuji2 ._yb_zww3mt ._yb_15al4oc,.ybar-ytheme-fuji2 ._yb_zww3mt._yb_uakvdi

._yb_15al4oc{opacity:1}._yb_omr8ww ._yb_15al4oc{background-color:#f0162f;border:0;border-radius:9px;color:#fff;color:var(--yb-white);font-size:11px;height:initial;left:initial;line-height:18px;padding:0 8px;right:-9px;top:-6px;vertical-align:middle;width:initial}._yb_15al4oc
._yb_1tnlosj{color:#fff;display:block;font-size:12px;font-weight:600;line-height:18px;margin-top:0;text-align:center}.ybar-ytheme-crunch ._yb_15al4oc
._yb_1tnlosj{line-height:15px;font-size:10px}._yb_15al4oc ._yb_1tkbqy{display:inline}._yb_t7kbqy{font-family:\\\\"YahooSans
VF\\\\",YahooSans,\\\\"Yahoo Sans\\\\",\\\\"Helvetica Neue\\\\",Helvetica,Arial,sans-serif;font-family:var(--yb-fuji2-font);font-weight:600;font-size:12px;max-width:80px;margin-left:8px;vertical-align:middle;color:#232a31;color:var(--yb-mail-icon-text);text-align:left;display:inline-block}.ybar-dark
._yb_t7kbqy{color:#fff;color:var(--yb-white)}@media only screen and (max-width:1024px){._yb_t7kbqy{display:none}}._yb_v7w7vl{white-space:nowrap;overflow:hidden;text-overflow:ellipsis}._yb_1099kls{font-weight:700}._yb_98lcnp{text-align:center;padding:20px
24px}._yb_18vnsxk{color:#0078ff;color:var(--yb-mail-signin-link);text-decoration:none}._yb_18vnsxk:visited{color:#324fe1}._yb_1sdio2z{font-weight:400;font-weight:var(--yb-font-regular);width:300px;right:0;opacity:0;transition:visibility 0s linear .4s,max-height 0s linear .4s,opacity .15s linear
.4s;top:33px}._yb_1klz16k{background-color:rgb(35 42 49/80%);border-radius:8px;box-shadow:0 0 1px rgba(0 0 0/10%),0 4px 8px rgba(0 0 0/10%);font-weight:400;font-weight:var(--yb-font-regular);right:-12px;opacity:0;padding:8px 14px;transition:visibility 0s linear .4s;top:42px;pointer-events:none;width:30px;visibility:hidden}.ybar-ytheme-crunch ._yb_1c90wtr ._yb_1klz16k{min-width:195px;right:-69px;margin-top:8px;padding:8px
12px}.ybar-ytheme-crunch ._yb_1c90wtr ._yb_108q1b5{min-width:inherit;justify-content:center;margin:0}.ybar-ytheme-crunch
._yb_hblnrb._yb_1c90wtr._yb_of69fx ._yb_1klz16k ._yb_108q1b5 ._yb_1c90wtr,.ybar-ytheme-crunch ._yb_hblnrb ._yb_1c90wtr ._yb_1klz16k
._yb_108q1b5._yb_1c90wtr._yb_1go7lzl{visibility:hidden;display:none}.ybar-ytheme-crunch ._yb_1c90wtr._yb_of69fx ._yb_1klz16k
._yb_1c90wtr._yb_108q1b5._yb_1go7lzl{visibility:visible;display:flex}._yb_108q1b5{color:#fff;color:var(--yb-white);margin-left:2px}._yb_hblnrb:hover
._yb_1klz16k,._yb_1klz16k{visibility:visible;opacity:1;padding-top:8px}.ybar-dark .ybar-ytheme-crunch ._yb_1klz16k,.ybar-dark .ybar-ytheme-crunch ._yb_108q1b5{background-color:rgba(255 255 255/80%);color:#232a31;color:var(--yb-batcave)}._yb_mghaxp._yb_1sdio2z:after{border-bottom-color:#f5f8fa;border-bottom-color:var(--yb-marshmallow)}._yb_1iht8d2._yb_1sdio2z:before,._yb_1iht8d2._yb_1sdio2z:after{border-bottom-color:#6001d2;border-bottom-color:var(--yb-grape-jelly)}.ybar-variant-att
._yb_1sdio2z._yb_ux54xt{width:200px}._yb_1sdio2z:before,._yb_1sdio2z:after{right:35px}._yb_1i8fp7g{max-height:calc(100vh - 110px);overflow-y:auto}._yb_1i8fp7g>:first-child{border-top-left-radius:4px;border-top-right-radius:4px}._yb_rh6a85{padding:12px 20px
20px;position:relative;display:block;text-decoration:none;border-bottom:1px solid;color:#fff;color:var(--yb-white);background-color:#6001d2;background-color:var(--yb-grape-jelly);border-color:transparent;margin:-1px -1px 0}._yb_rh6a85:hover{text-decoration:none}._yb_155hxli{padding-bottom:16px;color:#232a31;color:var(--yb-batcave);background-color:#f5f8fa;background-color:var(--yb-marshmallow);border-color:#e0e4e9;border-color:var(--yb-dirty-seagull);margin:0}._yb_11t4st2{display:flex;flex-wrap:wrap;align-items:center}._yb_155hxli ._yb_11t4st2{justify-content:space-between}._yb_1m0tnxm{font-size:14px;line-height:1.43;margin:0 0 12px;font-weight:600;width:100%}._yb_155hxli ._yb_1m0tnxm{order:1;margin:12px 0
0}._yb_h2qo3{margin:0 12px 0 0}._yb_155hxli ._yb_h2qo3 .svg__logo-y{fill:#6001d2;fill:var(--yb-grape-jelly)}._yb_155hxli ._yb_h2qo3 .svg__logo-mail{fill:#000;fill:var(--yb-black);opacity:1}._yb_h2qo3 .svg__logo-y{fill:#fff;fill:var(--yb-white)}._yb_h2qo3 .svg__logo-mail{fill:#fff;fill:var(--yb-white);opacity:.7}._yb_11g2blq{font-size:10px;font-weight:700;color:#000;color:var(--yb-black);line-height:1.2;padding:6px 12px;background-color:#ffa700;background-color:var(--yb-turmeric);border-radius:12px;margin:0}._yb_1cyf40s{position:absolute;overflow:hidden;text-indent:100%;white-space:nowrap}._yb_1ne93uj{list-style:none;padding:0;margin:0}._yb_6n5aa6+._yb_6n5aa6{border-top:1px solid #e0e4e9;border-top:1px solid var(--yb-dirty-seagull)}._yb_kpl9uj{text-decoration:none;color:#232a31;color:var(--yb-batcave);padding:16px 20px;display:block}._yb_1ibi6j1{text-decoration:none;color:#2259b2}._yb_6n5aa6:hover{background-color:#f5f8fa;background-color:var(--yb-marshmallow)}._yb_6n5aa6:hover ._yb_1ibi6j1{text-decoration:underline}.ybar-ytheme-crunch:not(.ybar-mail-v3) ._yb_1ffslgh svg path{stroke:#232a31;stroke:var(--yb-text-primary)}.ybar-dark .ybar-ytheme-crunch ._yb_hblnrb:hover ._yb_1ffslgh{opacity:1}.ybar-ytheme-crunch ._yb_hblnrb:hover ._yb_jteql8{color:#6001d2;color:var(--yb-text-hover-color)}.ybar-ytheme-crunch ._yb_jteql8{font-size:14px;font-weight:500;color:#232a31;color:var(--yb-text-primary);height:20px;line-height:20px}.ybar-ytheme-crunch.ybar-uh3-desktop ._yb_jteql8{margin-left:4px}.ybar-ytheme-crunch ._yb_mnkfew ._yb_jteql8{display:none}.ybar-ytheme-crunch
._yb_hblnrb._yb_fa72gi:hover{background:0 0}.ybar-ytheme-crunch ._yb_hblnrb._yb_fa72gi._yb_1h05ksk:hover{background:#fff;background:var(--yb-

popover-background)}.ybar-ytheme-crunch ._yb_hblnrb:hover ._yb_iqgf6{color:#6001d2;text-align:center;font-size:8px;font-style:normal;font-weight:600;line-height:10px}.ybar-ytheme-crunch ._yb_fa72gi._yb_mnkfew ._yb_1ffslgh svg{margin:0;flex-shrink:0}.ybar-ytheme-crunch:not(.ybar-uh3-desktop) ._yb_fa72gi ._yb_1sklcbk{display:flex;width:6px;height:6px;justify-content:center;align-items:center;gap:10px;position:absolute;left:20px;top:9px;border-radius:100px;background:#6001d2;background:var(--yb-mail-indicator);box-shadow:0 2px 4px 0 rgb(0 0 0/8%),0 0 1px 0 rgb(0 0 0/10%);visibility:visible;opacity:0;transition:opacity 200ms 200ms ease-out}.ybar-ytheme-crunch.ybar-uh3-desktop ._yb_fa72gi ._yb_1sklcbk{width:3.5px;height:3.5px;position:absolute;left:21px;top:10px;border-radius:7px;background:#6001d2;background:var(--yb-mail-indicator);border:1px solid #fff;border:var(--yb-mail-indicator-border);visibility:visible;opacity:0;transition:opacity 200ms 200ms ease-out}.ybar-ytheme-crunch ._yb_fa72gi:not(._yb_1h05ksk) ._yb_1sklcbk._yb_of69fx{opacity:1}.ybar-ytheme-crunch ._yb_fa72gi ._yb_vsfoyu{opacity:0;width:0;will-change:width,opacity}.ybar-ytheme-crunch.ybar-uh3-desktop ._yb_fa72gi ._yb_vsfoyu{opacity:1;width:auto;max-width:0;overflow:hidden;will-change:max-width;transition:max-width 200ms 200ms ease-out,padding-left 200ms 200ms ease-out}.ybar-ytheme-crunch:not(.ybar-uh3-desktop) ._yb_fa72gi ._yb_vsfoyu{display:flex;padding:2px 6px;justify-content:center;align-items:center;gap:10px;border-radius:100px;background:#6001d2;background:var(--yb-mail-bubble-color);margin-left:-6px}.ybar-ytheme-crunch:not(.ybar-uh3-desktop) ._yb_fa72gi ._yb_vsfoyu._yb_of69fx{width:5px;margin-left:-1px;opacity:1;padding:2px 6px;transition:width 200ms ease-out,opacity 200ms 200ms ease-out}.ybar-ytheme-crunch.ybar-uh3-desktop ._yb_fa72gi ._yb_vsfoyu._yb_of69fx{max-width:20px;padding-left:8px}.ybar-ytheme-crunch.ybar-uh3-desktop.ybar-mail-v3 ._yb_fa72gi ._yb_vsfoyu._yb_of69fx{padding-left:4px}._yb_fa72gi._yb_1dcv39e ._yb_vsfoyu._yb_of69fx{padding-left:4px}.ybar-ytheme-crunch:not(.ybar-uh3-desktop) ._yb_fa72gi ._yb_vsfoyu._yb_1heo1ux{opacity:1}.ybar-ytheme-crunch:not(.ybar-uh3-desktop) ._yb_fa72gi ._yb_vsfoyu._yb_87qh4x._yb_of69fx{width:10px}.ybar-ytheme-crunch:not(.ybar-uh3-desktop) ._yb_fa72gi ._yb_vsfoyu._yb_bif524._yb_of69fx{width:15px}.ybar-ytheme-crunch ._yb_fa72gi ._yb_vsfoyu ._yb_1tnlosj{color:#6001d2;color:var(--yb-profile-panel-hover-text);text-align:center;font-size:8px;font-style:normal;font-weight:600;line-height:10px;width:15px}.ybar-ytheme-crunch.ybar-uh3-desktop ._yb_fa72gi ._yb_vsfoyu ._yb_1tnlosj{color:#232a31;color:var(--yb-mail-count);font-family:\\\"Yahoo Sans Cond\\\",YahooSansCond,\\\"Yahoo Sans\\\",\\\"Helvetica Neue\\\",Helvetica,Arial,sans-serif;font-family:var(--yb-uh3-cond-font);font-size:14px;font-weight:500;line-height:20px;letter-spacing:1px}.ybar-ytheme-crunch.ybar-uh3-desktop ._yb_fa72gi ._yb_vsfoyu ._yb_1tnlosj:focus-visible ._yb_vsfoyu ._yb_1tnlosj,.ybar-ytheme-crunch.ybar-uh3-desktop ._yb_hblnrb:hover ._yb_vsfoyu ._yb_1tnlosj{color:#6001d2;color:var(--yb-text-hover-color)}@media screen and (max-width:767px){.ybar-ytheme-crunch:not(.ybar-uh3-desktop) ._yb_hblnrb ._yb_fa72gi ._yb_1ffslgh{margin-left:20px}.ybar-ytheme-crunch ._yb_fa72gi ._yb_1sklcbk{left:40px}}._yb_phgfar ._yb_15al4oc{visibility:visible}.ybar-ytheme-crunch.ybar-mail-v3 ._yb_hblnrb ._yb_fa72gi{display:flex;justify-content:center;height:40px;padding:0}.ybar-ytheme-crunch ._yb_hblnrb ._yb_1h05ksk{background:0 0;border-radius:100px;height:36px;padding:0 16px;transition:border .3s ease-in;border:1px solid #6001d2;border:1px solid var(--yb-mail-border-color)}.ybar-ytheme-crunch ._yb_hblnrb ._yb_1h05ksk:has(._yb_1ffslgh:focus-visible){border:1px solid transparent}.ybar-ytheme-crunch ._yb_hblnrb ._yb_1h05ksk ._yb_jteql8{color:#6001d2;color:var(--yb-text-mail-primary)}.ybar-ytheme-crunch ._yb_hblnrb ._yb_mnkfew ._yb_1ryti8z ._yb_jteql8,.ybar-ytheme-crunch ._yb_hblnrb ._yb_mnkfew ._yb_2mhrk2 ._yb_jteql8,.ybar-ytheme-crunch ._yb_hblnrb ._yb_mnkfew ._yb_192oesh ._yb_jteql8{display:flex}.ybar-ytheme-crunch ._yb_hblnrb ._yb_mnkfew ._yb_1ryti8z ._yb_1sklcbk._yb_of69fx+._yb_jteql8,.ybar-ytheme-crunch ._yb_hblnrb ._yb_mnkfew ._yb_2mhrk2 ._yb_1sklcbk._yb_of69fx+._yb_jteql8,.ybar-ytheme-crunch ._yb_hblnrb ._yb_mnkfew ._yb_192oesh ._yb_1sklcbk._yb_of69fx+._yb_jteql8{display:none}.ybar-ytheme-crunch ._yb_hblnrb ._yb_1h05ksk._yb_192oesh:not(._yb_1c90wtr){border:2px solid #6001d2;border:2px solid var(--yb-mail-border-color)}.ybar-ytheme-crunch ._yb_hblnrb ._yb_1h05ksk:hover{box-shadow:0 4px 8px 0 rgb(0 0 0/10%),0 0 1px 0 rgb(0 0 0/10%);box-shadow:var(--yb-elevation3-box-shadow)}.ybar-ytheme-crunch.ybar-uh3-desktop ._yb_hblnrb ._yb_1h05ksk ._yb_1ffslgh:focus-visible{padding:4px 20px;border-radius:100px;outline-offset:-3px}.ybar-ytheme-crunch.ybar-uh3-desktop.ybar-mail-v3 ._yb_fa72gi ._yb_vsfoyu ._yb_1tnlosj{color:#6001d2;color:var(--yb-mail-border-color)}.ybar-ytheme-crunch ._yb_hblnrb ._yb_1h05ksk ._yb_1ffslgh{padding:0;margin:0 16px}.ybar-ytheme-crunch ._yb_hblnrb ._yb_1h05ksk:hover ._yb_1ffslgh ._yb_jteql8,.ybar-ytheme-crunch ._yb_hblnrb ._yb_1h05ksk:hover ._yb_1ffslgh ._yb_vsfoyu ._yb_1tnlosj,.ybar-ytheme-crunch ._yb_hblnrb ._yb_1h05ksk:hover ._yb_1ffslgh svg path{color:#5015b0;color:var(--yb-text-mail-hover);fill:#5015b0;fill:var(--yb-text-mail-hover)}._yb_1qn31hp{display:block;padding-top:14px;position:absolute;z-index:1200;visibility:hidden;white-space:normal}input[type=checkbox]:checked~._yb_1qn31hp{visibility:visible;animation:_yb_9ur7pp .25s}@keyframes

216

_yb_9ur7pp{0%{opacity:0}to{opacity:1}}._yb_13xnuhc{background-color:#fff;background-color:var(--yb-popover-background);border-radius:4px;border-radius:var(--yb-popover-border-radius);border:1px solid #d8dade;border:var(--yb-popover-border);box-shadow:0 2px 8px 0 rgb(0 0 0/36%);box-shadow:var(--yb-popover-shadow)}._yb_1tmsarr{font-weight:500;font-weight:var(--yb-font-medium);display:inline-block;position:relative;vertical-align:middle;width:32px;height:32px}._yb_1tmsarr,._yb_1tmsarr *{box-sizing:content-box}.ybar-ytheme-crunch
._yb_jrhipy._yb_1tmsarr{width:18px;height:18px;padding:9px}.ybar-ytheme-crunch ._yb_jrhipy._yb_1tmsarr svg{display:inline-block;vertical-align:baseline}.ybar-ytheme-crunch ._yb_jrhipy._yb_1tmsarr:focus-visible{outline:4px solid rgb(96 1 210/50%);outline:var(--yb-outline);border-radius:4px;outline-offset:0;background:0 0}._yb_1tmsarr:focus{outline-offset:10px}.ybar-ytheme-crunch #ybarNotificationMenu{cursor:pointer}.ybar-ytheme-crunch.ybar-property-finance #ybarNotificationMenu{cursor:default}._yb_1txa4bz,._yb_y2ipoq{position:relative;color:#fff;color:var(--yb-white);border-width:0;font-size:16px;cursor:pointer;display:inline-block;margin-top:5px}.ybar-ytheme-crunch.ybar-property-finance ._yb_1txa4bz,.ybar-ytheme-crunch.ybar-property-finance ._yb_y2ipoq{cursor:default;height:18px;margin-top:-1px}.ybar-ytheme-fuji2 ._yb_y2ipoq{margin-top:0}._yb_y2ipoq span{position:absolute;color:#fff;border-width:0;font-size:14px;width:24px;height:24px;left:12px;top:-12px;border-radius:24px;background-color:#ff333a;background-color:var(--yb-swedish-fish);background-image:linear-gradient(rgb(255 51 58),rgb(255 0 186));line-height:24px;opacity:.9;text-align:center;visibility:hidden}.ybar-ytheme-fuji2 ._yb_y2ipoq span{top:-5px;left:16px;width:18px;height:18px;border-radius:50%;opacity:.71;font-size:12px;font-weight:600;line-height:18px;background-image:linear-gradient(201deg,#ff03ab,#ff0200)}._yb_xfgade{width:382px;right:-36px;top:32px;padding:14px}._yb_cbzs41 .yns-promo{display:none}.display-push-promos ._yb_cbzs41 .yns-promo{display:block}._yb_cbzs41 .yns-promo.yns-promo-content{padding-right:0!important;height:auto}._yb_cbzs41 .yns-promo:after{content:'';display:block;background-color:#e0e4e9;background-color:var(--yb-dirty-seagull);height:1px;margin:0 15px}._yb_1id4ci5 ._yb_cbzs41 .yns-promo:after{display:none}._yb_cbzs41 .yns-promo .yns-promo-content .notif-upsell-title,._yb_cbzs41 .yns-promo .yns-promo-content .notif-upsell-subtitle{margin:0}._yb_cbzs41 .yns-promo .yns-promo-content .notif-upsell-title{font-weight:700;line-height:1.429;margin-bottom:4px}._yb_cbzs41 .yns-promo .yns-promo-content .notif-upsell-subtitle{margin-bottom:16px;line-height:1.143}._yb_cbzs41 .yns-promo .yns-promo-content .yns-promo-ctr{border-radius:18px;font-weight:700}._yb_cbzs41 .yns-promo .yns-promo-content .yns-promo-button{position:static}.display-push-promos ._yb_1id4ci5 #notif-badge,.display-push-promos ._yb_1id4ci5 .yns-container:not(.yns-promo){display:none}.display-push-promos._yb_17x3qgn #notification-container:focus ._yb_3fpliz,.display-push-promos._yb_1ojgd5b
._yb_3fpliz{visibility:visible;opacity:1}.display-push-promos._yb_17x3qgn ._yb_xfgade{display:none}._yb_3fpliz{max-height:calc(100vh - 110px);overflow-y:auto;top:33px;transition:visibility 0s linear .4s,max-height 0s linear .4s,opacity .15s linear .4s;width:259px;right:-38px;display:block;padding:14px;position:absolute;z-index:1200;white-space:normal;border-radius:8px;visibility:hidden;opacity:1}._yb_igny4l{background-color:#0f69ff;background-color:var(--yb-dory);border-radius:8px;border:1px solid #d8dade;box-shadow:0 2px 8px 0 rgb(0 0 0/36%);color:#fff;padding:16px;padding-right:15px;font-size:14px}._yb_3fpliz:before,._yb_3fpliz:after{border-bottom:8px solid #d8dade;border-left:8px solid transparent;border-right:8px solid transparent;content:'';height:0;position:absolute;top:6px;width:0;right:46px}._yb_3fpliz:after{border-bottom-color:#0f69ff;border-bottom-color:var(--yb-dory);top:7px}._yb_kanoij{font-weight:700;line-height:1.429;margin:0 0 8px}._yb_1hrce5b{line-height:1.171;margin:0 0 16px;font-size:12px}._yb_1rp6fv4{display:flex}._yb_19ktu1v{font-size:12px;line-height:1;padding:0;border-radius:20px;border:0;font-weight:700;cursor:pointer}._yb_1qixyxh{background-color:transparent;color:#fff;margin-right:20px}._yb_14vym9h{background-color:#fff;color:#232a31;color:var(--yb-batcave);padding:6px 16px}._yb_111cn82 ._yb_xfgade,.ybar-ytheme-fuji2 ._yb_xfgade{opacity:0;transition:visibility 0s linear .4s,max-height 0s linear .4s,opacity .15s linear .4s}.ybar-ytheme-fuji2 ._yb_xfgade{max-height:calc(100vh - 110px);overflow-y:auto;top:33px}._yb_xfgade:before,._yb_xfgade:after{right:44px}._yb_1tmsarr input[type=checkbox]{position:absolute;width:100%;height:100%;margin:-1px 0 0 -1px;padding:0 3px 3px 0;opacity:0}._yb_1tmsarr>label:focus,._yb_1tmsarr
input[type=checkbox]:checked+label{outline:0}._yb_y2ipoq:hover,._yb_y2ipoq:active,._yb_1tmsarr input[type=checkbox]:checked~label{opacity:.4}.ybar-ytheme-crunch ._yb_jrhipy ._yb_y2ipoq:hover{opacity:1}.ybar-ytheme-crunch ._yb_jrhipy ._yb_y2ipoq:hover path{fill:#6001d2;fill:var(--yb-search-btn-color)}.ybar-menu-hover-open ._yb_1tmsarr:hover ._yb_xfgade,.ybar-menu-hover-open ._yb_y2ipoq:hover ._yb_xfgade,._yb_1tmsarr
input[type=checkbox]:checked~label~div ._yb_xfgade{visibility:visible;animation:_yb_1qrh9og .25s}.ybar-property-homepage.ybar-menu-hover-open
._yb_1tmsarr:hover ._yb_xfgade,.ybar-property-homepage.ybar-menu-hover-open ._yb_y2ipoq:hover ._yb_xfgade,._yb_111cn82 ._yb_1tmsarr

input[type=checkbox]:checked~label~div._yb_xfgade,.ybar-ytheme-fuji2 .ybar-menu-hover-open ._yb_1tmsarr:hover ._yb_xfgade,.ybar-ytheme-fuji2 .ybar-menu-hover-open ._yb_y2ipoq:hover ._yb_xfgade,.ybar-ytheme-fuji2 .ybar-menu-hover-open ._yb_1tmsarr:focus ._yb_xfgade,.ybar-ytheme-fuji2 ._yb_1tmsarr input[type=checkbox]:checked~label~div._yb_xfgade{visibility:visible;opacity:1}.ybar-ytheme-crunch.ybar-property-finance .ybar-menu-hover-open ._yb_xfgade{visibility:hidden;opacity:0;transition:visibility 0s linear .2s,opacity .15s linear .2s}.ybar-ytheme-crunch.ybar-property-finance .ybar-menu-hover-open ._yb_1tmsarr ._yb_1txa4bz:hover+._yb_xfgade,.ybar-ytheme-crunch ._yb_jrhipy._yb_1tmsarr ._yb_xfgade:hover{visibility:visible;opacity:1}#notificationPopoverContainer.ybarMenuOpen{opacity:1;visibility:visible}._yb_oph6a{font-size:14px;font-weight:400;overflow-y:auto;max-height:478px;border-radius:8px}.ybar-ytheme-crunch.ybar-uh3-desktop ._yb_oph6a{box-shadow:0 4px 16px 0 rgb(0 0 0/20%),0 0 2px 0 rgb(0 0 0/5%)}._yb_oph6a .yns-notifications{padding-bottom:5px}._yb_oph6a .yns-panel-header{padding:20px 0 5px 20px}._yb_oph6a .yns-link,._yb_oph6a .yns-link:hover{padding:15px 20px}._yb_oph6a .yns-content{padding-left:16px}._yb_oph6a .yns-dot{font-style:normal;font-family:'Helvetica Neue',Helvetica,Arial,sans-serif}._yb_oph6a .yns-link:focus{outline-offset:-1px}._yb_oph6a ul{list-style:none;margin:0;padding:0;font-family:\\\"YahooSans VF\\\",YahooSans,\\\"Yahoo Sans\\\",\\\"Helvetica Neue\\\",Helvetica,Arial,sans-serif;font-family:var(--yb-fuji2-font)}._yb_1g275qd{-o-object-fit:fill;object-fit:fill;width:42px;height:35px;margin:0 -6px}._yb_1x4hg87{align-items:center;background:#6001d2;background:var(--yb-mail-bubble-color);border-radius:100px;display:none;gap:10px;justify-content:center;margin-right:4.5px;left:8px;padding:2px 6px;position:relative;bottom:30px;transition:none;width:auto;will-change:width,opacity}._yb_1x4hg87._yb_8o4f49{display:flex}._yb_1x4hg87 ._yb_8pjvgn{color:#fff;color:var(--yb-white);font-size:8px;font-style:normal;font-weight:700;line-height:10px;text-align:center;width:auto}@media screen and (max-width:767px){._yb_xfgade{right:-112px}}#notification-container .ybar-panel-header-title,#notification-container .yns-title{color:var(--batcave);color:var(--yb-yns-title)}.ybar-ytheme-crunch ._yb_1tmsarr ._yb_1txa4bz svg path,.ybar-ytheme-crunch ._yb_y2ipoq svg path{fill:#232a31;fill:var(--yb-text-primary)}.ybar-ytheme-crunch ._yb_1tmsarr:focus-visible ._yb_1txa4bz svg path,.ybar-ytheme-crunch ._yb_1tmsarr ._yb_1txa4bz svg:hover path{fill:#6001d2;fill:var(--yb-text-hover-color)}.yns-panel{overflow:hidden;font-size:14px}.yns-panel-loading{background:url(https://s.yimg.com/ok/u/assets/img/spinner-24x24-anim.gif) no-repeat center center;opacity:.5;z-index:1;min-height:58px}.yns-panel-padding-btm{padding-bottom:40px}.yns-hide{display:none}.yns-panel-footer-action{background-color:#fff;background-color:var(--white,#fff);border-top:solid 1px #f0f3f5;border-top:solid 1px var(--grey-hair,#f0f3f5);padding:10px 0;text-align:center;position:absolute;left:0;right:0;bottom:0}.yns-navigate-center{color:#000;color:var(--black,#000);line-height:20px;text-decoration:none}.yns-navigate-center:focus,.yns-navigate-center:hover{color:#0063eb;color:var(--scooter,#0063eb);line-height:20px;text-decoration:none}.yns-panel-header{padding:10px 0 10px 16px}.yns-panel-header-title{color:#232a21;color:var(--batcave,#232a21);font-weight:700;line-height:17px}.yns-panel-error{padding:20px 0;text-align:center}.yns-indicator{background-color:#12a9ff;background-color:var(--sky,#12a9ff);width:11px;height:11px;border:solid 1.5px #fff;border:solid 1.5px var(--white,#fff);display:inline-block;border-radius:50%}.yns-title{color:#232a31;color:var(--batcave,#232a31)}.yns-promo-title{color:#232a31;color:var(--batcave,#232a31)}.yns-promo{display:none}.display-push-promos .yns-promo{display:block}.yns-promo.yns-container .yns-content{padding-right:115px}.yns-promo.yns-container .yns-promo-ctr{background-color:#0f69ff;background-color:var(--dory,#0f69ff);border-radius:2px;border:0;color:#fff;color:var(--white,#fff);cursor:pointer;font-size:13px;height:35px;max-width:111px;min-width:96px}.yns-promo.yns-container .yns-promo-button{position:absolute;top:4px;right:4px}.yns-promo.yns-no-logo .yns-promo-logo{display:none}.yns-promo.yns-no-logo .yns-promo-content.yns-content{padding-left:0}.yns-empty{padding:72px 0;position:relative}.display-push-promos .yns-empty{border-top:solid 1px #f0f3f5;border-top:solid 1px var(--grey-hair,#f0f3f5)}.yns-container.yns-empty:hover{background-color:#fff;background-color:var(--white,#fff)}.yns-empty .yns-content{position:absolute;padding:0;text-align:center;width:100%}\"},{\"type\":\"script\",\"value\":\"window.$_mod_ybar={ready:function(){!function(){\\\"use strict\\\";var e=[{pageOffset:44,animationClassName:\\\"ybar-hide-navigation\\\",transitionElSelector:\\\"#ybar-navigation\\\"}],n=function(e,n){var t=document.querySelectorAll(e),o=[],i=function(){return o.reduce((function(e,n){return e+(n?1:0)}),0)},r=function(){},a=r;return 0===t.length?{isRunning:!1,set onAfterTransition(e){a=e}}:(Array.prototype.forEach.call(t,(function(e,t){o[t]=!1;var s=function(){o[t]=!1,i()||\\\"function\\\"!=typeof a||(a(),a=r),e.removeEventListener(\\\"transitionend\\\",s)};n.addEventListener(e,\\\"transitionend\\\",s),n.addEventListener(e,\\\"transitionstart\\\",(function(){o[t]=!0,n.addEventListener(e,\\\"transitionend\\\",s)}))})),{get isRunning(){return i()},set onAfterTransition(e){a=e}}};var t,o,i=(t=function(e){var

```
n=Object.prototype.hasOwnProperty,t=\\\"~\\\";function o(){}function i(e,n,t){this.fn=e,this.context=n,this.once=t||!1}function
r(e,n,o,r,a){if(\\\"function\\\"!=typeof o)throw new TypeError(\\\"The listener must be a function\\\");var s=new i(o,r||e,a),c=t?t+n:n;return
e._events[c]?e._events[c].fn?e._events[c]=[e._events[c],s]:e._events[c].push(s):(e._events[c]=s,e._eventsCount++),e}function a(e,n){0===--
e._eventsCount?e._events=new o:delete e._events[n]}function s(){this._events=new
o,this._eventsCount=0}Object.create&&(o.prototype=Object.create(null),(new o).__proto__||(t=!1)),s.prototype.eventNames=function(){var
e,o,i=[];if(0===this._eventsCount)return i;for(o in e=this._events)n.call(e,o)&&i.push(t?o.slice(1):o);return
Object.getOwnPropertySymbols?i.concat(Object.getOwnPropertySymbols(e)):i},s.prototype.listeners=function(e){var
n=t?t+e:e,o=this._events[n];if(!o)return[];if(o.fn)return[o.fn];for(var i=0,r=o.length,a=new Array(r);i\u003Cr;i++)a[i]=o[i].fn;return
a},s.prototype.listenerCount=function(e){var n=t?t+e:e,o=this._events[n];return o?o.fn?1:o.length:0},s.prototype.emit=function(e,n,o,i,r,a){var
s=t?t+e:e;if(!this._events[s])return!1;var c,l,d=this._events[s],u=arguments.length;if(d.fn){switch(d.once&&this.removeListener(e,d.fn,void 0,!0),u){case
1:return d.fn.call(d.context),!0;case 2:return d.fn.call(d.context,n),!0;case 3:return d.fn.call(d.context,n,o),!0;case 4:return d.fn.call(d.context,n,o,i),!0;case
5:return d.fn.call(d.context,n,o,i,r),!0;case 6:return d.fn.call(d.context,n,o,i,r,a),!0}for(l=1,c=new Array(u-1),l\u003Cu;l++)c[l-
1]=arguments[l];d.fn.apply(d.context,c)}else{var p,m=d.length;for(l=0;l\u003Cm;l++)switch(d[l].once&&this.removeListener(e,d[l].fn,void 0,!0),u){case
1:d[l].fn.call(d[l].context);break;case 2:d[l].fn.call(d[l].context,n);break;case 3:d[l].fn.call(d[l].context,n,o);break;case
4:d[l].fn.call(d[l].context,n,o,i);break;default:if(!c)for(p=1,c=new Array(u-1);p\u003Cu;p++)c[p-
1]=arguments[p];d[l].fn.apply(d[l].context,c)}}return!0},s.prototype.on=function(e,n,t){return r(this,e,n,t,!1)},s.prototype.once=function(e,n,t){return
r(this,e,n,t,!0)},s.prototype.removeListener=function(e,n,o,i){var r=t?t+e:e;if(!this._events[r])return this;if(!n)return a(this,r),this;var
s=this._events[r];if(s.fn)s.fn===n&&(!i&&!s.once||o&&s.context!==o)&&a(this,r);else{for(var
c=0,l=[],d=s.length;c\u003Cd;c++)(s[c].fn!==n||i&&!s[c].once||o&&s[c].context!==o)&&l.push(s[c]);l.length?this._events[r]=1===l.length?l[0]:l:a(this,r)}return
this},s.prototype.removeAllListeners=function(e){var n;return e?(n=t?t+e:e,this._events[n]&&a(this,n)):(this._events=new
o,this._eventsCount=0),this},s.prototype.off=s.prototype.removeListener,s.prototype.addListener=s.prototype.on,s.prefixed=t,s.EventEmitter=s,e.exports=s},t(o=
{exports:{}},o.exports),o.exports),r=new i,a=function(e,n){var
t={type:e,detail:n};r.emit(e,t),s=function(e,n){r.on(e,n)},c=function(e,n,t){a(\\\"error\\\",{message:e+\\\":
\\\"+n.message,error:n,meta:t})},l=function(e){a(\\\"performance\\\",{name:e.name,metrics:e.duration})},d=function(){if(void
0!==window._ybar_runtime_config)return window._ybar_runtime_config;var e=\\\"YBAR client-side config is undefined\\\",n=new Error(e);throw
c(e,n),n},u=function(){return window._ybar_perf_metrics};window._ybar_perf_metrics={};var p=function(e){if(!(\\\"mark\\\"in
window.performance))return{stop:function(){return null}};var
n=\\\"start_\\\".concat(e),t=\\\"stop_\\\".concat(e);performance.mark(n);return{stop:function(){performance.mark(t),performance.measure(e,n,t),performance.getE
ntriesByName(e,\\\"measure\\\").forEach((function(e,n){u()[\\\"\\\".concat(e.name,\\\"_\\\").concat(n)]=e.duration,l(e)}))}}},m=function(){return
m=Object.assign||function(e){for(var n,t=1,o=arguments.length;t\u003Co;t++)for(var i in
n=arguments[t])Object.prototype.hasOwnProperty.call(n,i)&&(e[i]=n[i]);return e},m.apply(this,arguments)};function h(e,n,t,o){return
new(t||(t=Promise))((function(i,r){function a(e){try{c(o.next(e))}catch(e){r(e)}}function s(e){try{c(o.throw(e))}catch(e){r(e)}}function c(e){var
n;e.done?i(e.value):(n=e.value,n instanceof t?n:new t((function(e){e(n)}))).then(a,s)}c((o=o.apply(e,n||[])).next())}))}function f(e,n){var
t,o,i,r={label:0,sent:function(){if(1&i[0])throw i[1];return i[1]},trys:[],ops:[]},a=Object.create((\\\"function\\\"==typeof
Iterator?Iterator:Object).prototype);return a.next=s(0),a.throw=s(1),a.return=s(2),\\\"function\\\"==typeof Symbol&&(a[Symbol.iterator]=function(){return
this}),a;function s(s){return function(c){return function(s){if(t)throw new TypeError(\\\"Generator is already
executing.\\\");for(;a&&(a=0,s[0]&&(r=0)),r;)try{if(t=1,o&&(i=2&s[0]?o.return?o.return&&(i.call(o),0):o.next):(i=i.call(o,s[1])).done)retur
n i;switch(o=0,i&&(s=[2&s[0],i.value]),s[0]){case 0:case 1:i=s;break;case 4:return r.label++,{value:s[1],done:!1};case 5:r.label++,o=s[1],s=[0];continue;case
7:s=r.ops.pop(),r.trys.pop();continue;default:if(!(i=r.trys,(i=i.length>0&&i[i.length-
1]))||6!==s[0]&&2!==s[0])){r=0;continue}if(3===s[0]&&(!i||s[1]>i[0]&&s[1]\u003Ci[3])){r.label=s[1];break}if(6===s[0]&&r.label\u003Ci[1]){r.label=i[1],i=s;
```

```
break}if(i&&r.label\u003Ci[2]){r.label=i[2],r.ops.push(s);break}i[2]&&r.ops.pop(),r.trys.pop();continue}s=n.call(e,r)}catch(e){s=[6,e],o=0}finally{t=i=0}if(5&s
[0])throw s[1];return{value:s[0]?s[1]:void 0,done:!0}}([s,c])}}}function v(e,n){var t=\\\"function\\\"==typeof Symbol&&e[Symbol.iterator];if(!t)return e;var
o,i,r=t.call(e),a=[];try{for(;(void 0===n||n--
>0)&&!(o=r.next()).done;)a.push(o.value)}catch(e){i={error:e}}finally{try{o&&!o.done&&(t=r.return)&&t.call(r)}finally{if(i)throw i.error}}return a}function
y(e,n,t){if(t||2===arguments.length)for(var o,i=0,r=n.length;i\u003Cr;i++)!o&&i in n||(o||(o=Array.prototype.slice.call(n,0,i)),o[i]=n[i]);return
e.concat(o||Array.prototype.slice.call(n))}\\\"function\\\"==typeof SuppressedError&&SuppressedError;var g,b=function(){function
e(e){this.triggerEvent=a,this.logError=c,this.logPerformance=l,this.getConfig=d,this.getPerformanceMetrics=u,this.moduleId=e,this.listeners=[],this.ybarListene
rs=[],this.destroyFns=[]}return
e.prototype.addElementListener=function(e,n,t,o){e&&(e.addEventListener(n,t,o),this.listeners.push([e,n,t]))},e.prototype.addEventListener=function(e,n){s(e,n)
,this.ybarListeners.push([e,n])},e.prototype.onDestroy=function(e){this.destroyFns.push(e)},e.prototype.destroy=function(){this.executeDestroyFns(),this.destro
yYbarListeners(),this.destroyYbarListeners()},e.prototype.executeDestroyFns=function(){for(;this.destroyFns.length;){var
e=this.destroyFns.pop();null==e||e()}},e.prototype.destroyListeners=function(){for(var e=this.listeners.pop();e;){var
n=v(e,3),t=n[0],o=n[1],i=n[2];null==t||t.removeEventListener(o,i),e=this.listeners.pop()}},e.prototype.destroyYbarListeners=function(){for(var
e,n,t=this.ybarListeners.pop();t;){var
o=v(t,2),i=o[0],a=o[1];e=i,n=a,r.removeListener(e,n),t=this.ybarListeners.pop()}},e}();!function(e){e[e.CREATED=0]=\\\"CREATED\\\",e[e.INITIALIZED=1]=
\\\"INITIALIZED\\\",e[e.DESTROYED=2]=\\\"DESTROYED\\\"}(g||(g={}));var w=function(){function e(e,n){this.name=e,this.initFn=n,this.ybarApi=new
b(this.name),this.state=g.CREATED}return
e.prototype.init=function(){this.state!==g.INITIALIZED&&(this.initFn(this.ybarApi,document,window),this.state=g.INITIALIZED)},e.prototype.reInit=functio
n(){this.destroy(),this.init()},e.prototype.destroy=function(){this.state!==g.DESTROYED&&this.state!==g.CREATED&&(this.ybarApi.destroy(),this.state=g.D
ESTROYED)},e}(),_=\\\"function\\\"==typeof Symbol&&\\\"symbol\\\"==typeof Symbol.iterator?function(e){return typeof e}:function(e){return
e&&\\\"function\\\"==typeof Symbol&&e.constructor===Symbol&&e!==Symbol.prototype?\\\"symbol\\\":typeof e},L=function(e,n){if(!(e instanceof n))throw
new TypeError(\\\"Cannot call a class as a function\\\")},x=function(){function e(e,n){for(var t=0;t\u003Cn.length;t++){var
o=n[t];o.enumerable=o.enumerable||!1,o.configurable=!0,\\\"value\\\"in o&&(o.writable=!0),Object.defineProperty(e,o.key,o)}}return function(n,t,o){return
t&&e(n.prototype,t),o&&e(n,o),n}}(),k=function(){function e(n){L(this,e),this._config=n}return x(e,[{key:\\\"_getRequestUrl\\\",value:function(e){var
n=e.url||this._config.service.url,t=e.isRMP||this._config.service.isRMP;if(n){var
o=n.split(\\\"?\\\"),i={path:o[0],queryParams:o[1]?o[1].split(\\\"&\\\"):[]};o=i.path.split(\\\";\\\"),i.path=o[0],i.matrixParams=o.slice(1);var
r=e.queryParams,a=e.matrixParams;a&&!t&&Object.keys(a).forEach((function(e){i.matrixParams.push(encodeURIComponent(e)+\\\"=\\\"+encodeURIComponen
t(a[e]||\\\"\\\"))})),r&&Object.keys(r).forEach((function(e){i.queryParams.push(encodeURIComponent(e)+\\\"=\\\"+encodeURIComponent(r[e]||\\\"\\\"))}));var
s=i.path;return
i.matrixParams.length&&(s+=\\\";\\\"+i.matrixParams.join(\\\";\\\")),i.queryParams.length&&(s+=\\\"?\\\"+i.queryParams.join(\\\"&\\\")),s}}},{key:\\\"_getReque
stBody\\\",value:function(e){return e&&JSON.stringify(e)||\\\"\\\"}},{key:\\\"_parseRequestResult\\\",value:function(e){var
n=this._config.service.isRMP;if(\\\"string\\\"==typeof e)try{e=JSON.parse(e)}catch(n){e={}}return
e=e||{},{css:n?e.assets&&e.assets.css:e.css,count:n?e.data&&e.data.count:e.count,markup:e.html,newCount:n?e.data&&e.data.newCount:e.newCount}}},{key:\\
\"read\\\",value:function(e,n){this._attemptRequest(\\\"GET\\\",e,n)}},{key:\\\"update\\\",value:function(e,n){this._attemptRequest(\\\"PUT\\\",e,n)}},{key:\\\"cre
ate\\\",value:function(e,n){this._attemptRequest(\\\"POST\\\",e,n)}},{key:\\\"_attemptRequest\\\",value:function(e,n,t){var
o=this._config.service.attemptCount;n||(n={});var
i=this._getRequestBody(n),r={body:this._getRequestBody(n.body),method:e.url:i};this._sendRequest(r,o,t)}},{key:\\\"_sendRequest\\\",value:function(e,n,t){var
o=this;e=e||{};var i=o._config.service,r=1e3*i.attemptDelay,a=e,s=a.url,c=a.body,l=new
XMLHttpRequest;l.open(e.method,s),l.responseType=i.responseType,l.timeout=i.timeout;var d=function(){n>0?(n--
,setTimeout((function(){o._sendRequest(e,n,t)}),r)):t&&t(new Error(\\\"Error: \\\"+l.status+\\\"
```

\\\"+l.statusText,null)};l.onload=function(){if(200===l.status){var n=o._parseRequestResult(l.response||l.responseText);t&&t(null,n,e)}else
d()},l.onerror=d,\\\"GET\\\"===e.method?l.send():l.send(c)}}]),e}(),E=\\\" \\\";function C(e,n){if(e&&!S(e,n)){var t=e.className+E+n;e.className=t}}function
S(e,n){var t=e&&e.className&&e.className.split(E);return!!t&&-1!==t.indexOf(n)}function A(e,n){if(e){var t=e.className&&e.className.split(E);if(t){var
o=t.indexOf(n);o>=0&&t.splice(o,1),e.className=t.join(E)}}}function M(e,n){if(e){if(!n)return e;for(var t in n)n.hasOwnProperty(t)&&(e[t]=n[t])}}var
N,I,T,O=function(){function e(n,t){L(this,e);var o=this;o._config=n,o._markup=\\\"\\\",o._newCount,o._count,o._request=t}return
x(e,[{key:\\\"_replaceAllNotifications\\\",value:function(e){this._markup=e.markup||\\\"\\\",this._newCount=e.newCount&&parseInt(e.newCount,10)||0,this._cou
nt=e.count&&parseInt(e.count,10)||0}},{key:\\\"resetNewCount\\\",value:function(){if(0!==this._newCount&&this._config.service.resetUrl){var
e={url:this._config.service.resetUrl};this._request.read(e,(function(e,n){}))}this._newCount=0}},{key:\\\"_requestNotifications\\\",value:function(e,n){var
t=this,o=t._config.panel,i={count:o.maxCount,imageTag:o.imageTag,theme:o.theme};e||(e={}),o.notificationTypes&&(i.notificationTypes=o.notificationTypes),
M(i,e.matrixParams);var
r={matrixParams:i};t._request.read(r,(function(e,o){!e&&o&&t._replaceAllNotifications(o),o=o||{},n&&n(e,o)}))}},{key:\\\"getNotifications\\\",value:function(
){return{count:this._count,markup:this._markup,newCount:this._newCount}}},{key:\\\"fetchNotifications\\\",value:function(e,n){this._requestNotifications(e,n
)}}]),e}(),B=\\\"yns-panel-loading\\\",q=\\\"yns-panel\\\",P=\\\"yns-hide\\\",R=\\\"yns-panel-padding-btm\\\",D=function(){function e(n,t){L(this,e);var
o=this;o._config=n,o._panelNode=null,o._store=t}return x(e,[{key:\\\"_generatePanelMarkup\\\",value:function(e,n){var t=this._config,o=void 0,i=void
0;\\\"undefined\\\"!=typeof
window&&(o=window.Notification&&\\\"default\\\"===window.Notification.permission,i=t.promos.bypassEligibleClassCheck||S(document.body,t.promos.eligi
bleBodyClass));var r=t.promos.enableNotifOnboard&&o&&i?\u003Cli class=\\\"yns-container yns-promo {noLogoClass}\\\">\u003Cdiv class=\\\"yns-
link\\\">\u003Cimg class=\\\"yns-img yns-promo-logo\\\" src=\\\"{promoLogo}\\\" />\u003Cdiv class=\\\"yns-content yns-promo-content\\\">\u003Cspan
class=\\\"yns-promo-title yns-title\\\">{notifOnboardMsg}\u003C/span>\u003Cspan class=\\\"yns-promo-button\\\">\u003Cbutton class=\\\"yns-promo-ctr js-
push-subscribe\\\" data-subscription-topic=\\\"{subscriptionTopic}\\\" data-ylk=\\\"sec:hd;subsec:notifications-promo;slk:Notify Me;\\\" data-subscription-
ylk=\\\"sec:hd;subsec:notifications-promo;\\\" >{notifOnboardBtnLabel}\u003C/button>\u003C/span>\u003C/div>\u003C/div>\u003C/li>':\\\"\\\";if(r){var
a=t.promos.showYahooLogo?\\\"\\\":\\\"yns-no-
logo\\\";r=r.replace(\\\"{notifOnboardBtnLabel}\\\",t.promos.notifOnboardBtnLabel).replace(\\\"{notifOnboardMsg}\\\",t.promos.notifOnboardMsg).replace(\\\"{
subscriptionTopic}\\\",t.promos.subscriptionTopic).replace(\\\"{noLogoClass}\\\",a).replace(\\\"{promoLogo}\\\",t.promos.promoLogo)}var
s=n.newCount>t.panel.maxCount?n.newCount:\\\"\\\",c=t.panel.notificationCenterPath,l=c?\\\"\\\":P,d=t.panel.headerMsg?\\\"\\\":\\\" \\\"+P,u=c?R:\\\"\\\",p=void
0;n.count?p=n.markup:p=\u003Cli class=\\\"yns-container yns-empty\\\">\u003Cdiv class=\\\"yns-
content\\\">{emptyPanelMsg}\u003C/div>\u003C/li>'.replace(\\\"{emptyPanelMsg}\\\",t.panel.emptyPanelMsg);return
e=e.replace(\\\"{notifMarkup}\\\",p).replace(\\\"{promoMarkup}\\\",r).replace(\\\"{hideClass}\\\",l).replace(\\\"{notifCenterLink}\\\",c).replace(\\\"{paddingClass
}\\\",u).replace(\\\"{headerMsg}\\\",t.panel.headerMsg).replace(\\\"{hideHeaderClass}\\\",d).replace(/{notificationCenterNavMsg}/g,t.panel.notificationCenterNa
vMsg).replace(/{newCount}/g,s)}},{key:\\\"render\\\",value:function(e,n){var t=this;if(t._panelNode){var o=void 0,i=t._panelNode,r=void 0,a=void
0;switch(e){case\\\"expanded_panel\\\":o=\u003Cdiv class=\\\"yns-panel-header{hideHeaderClass}\\\">\u003Cspan class=\\\"yns-panel-header-
title\\\">{headerMsg}\u003C/span>\u003C/div>\u003Cdiv class=\\\"yns-panel-data\\\">\u003Cul class=\\\"yns-notifications
{paddingClass}\\\">{promoMarkup}{notifMarkup}\u003C/ul>\u003C/div>\u003Cdiv class=\\\"yns-panel-footer-action {hideClass}\\\">\u003Ca class=\\\"yns-
navigate-center\\\" href=\\\"{notifCenterLink}\\\" data-ylk=\\\"sec:hd;subsec:notifications-
viewall;slk:{notificationCenterNavMsg};\\\">{notificationCenterNavMsg}\u003C/a>\u003C/div>',a=t._store.getNotifications(),r=t._generatePanelMarkup(o,a),i.
innerHTML=r;break;case\\\"error_panel\\\":r=(o=\u003Cdiv class=\\\"yns-panel-error\\\">\u003Cspan> {errorMsg}
\u003C/span>\u003C/div>').replace(\\\"{errorMsg}\\\",t._config.panel.errorMsg),i.innerHTML=r}n&&n()}else n&&n(new Error(\\\"No panel
parent\\\"))}},{key:\\\"createPanelParentNode\\\",value:function(e){e&&(e.innerHTML=\u003Cdiv class=\\\"yns-panel\\\" id=\\\"yns-
panel\\\">\u003C/div>',this._panelNode=document.getElementById(q))}},{key:\\\"updateBadgeNode\\\",value:function(e){if(e){var
n=this._store.getNotifications().newCount,t=this._config.badge.maxCount;if(n){var o=n>t?t+\\\"+\\\":n;e.innerHTML=o}else

e.innerHTML=\\\"\\\"}}},{key:\\\"addStyles\\\",value:function(e){if(e&&\\\"undefined\\\"!=typeof window){var
n=document.getElementById(this._config.panel.styleTagId);n||((n=document.createElement(\\\"style\\\")).type=\\\"text/css\\\",n.id=this._config.panel.styleTagId,
n.innerText=e,document.head.appendChild(n))}}}]),e}(),H=function(){function e(n,t,o){L(this,e);var i=this;i._store=t,i._view=o,i._config=n;var
r=i._config.panel;i._panelParentNode=document.querySelector(r.parentSelector),i._badgeNode=i._config.badge.selector&&document.querySelector(i._config.ba
dge.selector),i._indicatorNode=r.indicatorSelector&&document.querySelector(r.indicatorSelector)}return
x(e,[{key:\\\"createPanelParentNode\\\",value:function(){this._view.createPanelParentNode(this._panelParentNode),this._notifPanelNode=document.getElement
ById(q)}},{key:\\\"refreshPanelNode\\\",value:function(e,n){var t=this;C(t._notifPanelNode,B),t._store.fetchNotifications(e,(function(e,o){var
i=window.wafer&&window.wafer.base;i&&i.destroy(t._notifPanelNode),e?t._notifPanelNode.innerHTML||(t._view.render(\\\"error_panel\\\"),C(t._notifPanelNo
de,B)):(t._view.render(\\\"expanded_panel\\\"),t._view.updateBadgeNode(t._badgeNode),t._showBadge(),t._showIndicator(),t._view.addStyles(o.css)),A(t._notif
PanelNode,B),i&&i.sync(t._notifPanelNode.parentNode),n&&n(e,o)}))}},{key:\\\"resetBadge\\\",value:function(){var
e=this;e._store.resetNewCount(),e._view.updateBadgeNode(e._badgeNode),C(e_badgeNode,e._config.badge.hideClass)}},{key:\\\"_showIndicator\\\",value:fun
ction(){this._indicatorNode&&(this._store.getNotifications().newCount?C(this._indicatorNode,this._config.panel.indicatorClass):A(this._indicatorNode,this._co
nfig.panel.indicatorClass))}},{key:\\\"_showBadge\\\",value:function(){var
e=this;e._store.getNotifications().newCount?A(e_badgeNode,e._config.badge.hideClass):C(e_badgeNode,e._config.badge.hideClass)}}]),e}(),U={promos:{eli
gibleBodyClass:\\\"display-push-promos\\\",enableNotifOnboard:!0,bypassEligibleClassCheck:!1,notifOnboardBtnLabel:\\\"Notify
Me\\\",notifOnboardMsg:\\\"Get alerts for breaking news and top
stories\\\",promoLogo:\\\"https://s.yimg.com/cv/apiv2/ae/news/circle_bell.png\\\",showYahooLogo:0,subscriptionTopic:\\\"gondor_homerun_news\\\"},badge:{h
ideClass:\\\"\\\",maxCount:5,selector:\\\"\\\"},panel:{emptyPanelMsg:\\\"You have no new
notifications.\\\",errorMsg:\\\"\\\",headerMsg:\\\"Notifications\\\",imageTag:\\\"img:40x40|2|80\\\",indicatorClass:\\\"yns-
indicator\\\",indicatorSelector:null,maxCount:6,notificationCenterNavMsg:\\\"View all {newCount}
notifications\\\",notificationCenterPath:\\\"\\\",notificationTypes:\\\"\\\",parentSelector:null,styleTagId:\\\"notificationStyles\\\",theme:\\\"default\\\"},service:{atte
mptCount:1,attemptDelay:2,url:null,resetUrl:null,isRMP:!1,responseType:\\\"json\\\",timeout:1500}},Y={NotificationClient:function(){function
e(n){L(this,e);var t=this;t.config=t._parseConfig(n),t._validateRequiredConfigs()&&(t._request=new k(t.config),t._store=new
O(t.config,t._request),t._view=new D(t.config,t._store),t._panelController=new
H(t.config,t._store,t._view),t._panelController.createPanelParentNode(),t._assignHelperMethods())}return x(e,[{key:\\\"_parseConfig\\\",value:function(e){var
n={};for(var t in M(n,U),n)if(n.hasOwnProperty(t)){var o=n[t],i=e[t];\\\"object\\\"===(void 0===o?\\\"undefined\\\":_(o))?M(o,i):n[t]=e[t]}return
n}},{key:\\\"_validateRequiredConfigs\\\",value:function(){var
e=this.config;return!(!e.panel.parentSelector||!e.service.url)}},{key:\\\"_assignHelperMethods\\\",value:function(){var
e=this;e.helpers={refreshPanelNode:e._panelController.refreshPanelNode.bind(e._panelController),resetBadge:e._panelController.resetBadge.bind(e._panelCont
roller),resetIndicator:function(){A(e_panelController._indicatorNode,e.config.panel.indicatorClass)}}}}]),e}(),z=\\\"lnct\\\",F=function(){function e(){var
e,n;this.personalized=!1,this.ybarElem=document.getElementById(\\\"ybar\\\"),this.partnerClasses=null===(n=null===(e=this.ybarElem)||void 0===e?void
0:e.className)||void 0===n?void 0:n.match(/ybar-variant-([a-z]*)/),this.client=new Y.NotificationClient(this.getConfig())}return
e.prototype.refreshPanel=function(){var
e,n,t,o=this,i={lastUpdate:this.setTimeStamp()||this.setTimeStamp(),loadInHpViewer:!0,includePersonalized:this.personalized},r=(null===(e=window.YAHOO)||
void 0===e?void 0:e.context)||(null===(n=window.Af)||void 0===n?void 0:n.context)||{};return
r.region&&r.lang&&(i.lang=r.lang,i.region=r.region),(null===(t=this.partnerClasses)||void 0===t?void 0:t.length)&&(i.partner=this.partnerClasses[1]),new
Promise((function(e,n){o.client.helpers.refreshPanelNode({matrixParams:i},(function(t,o){t&&c(\\\"Notification refresh
error:\\\",t),n(t),e(o)}))}))},e.prototype.resetBadge=function(){this.client.helpers.resetBadge(),this.setTimeStamp()},e.prototype.getConfig=function(){var
e,n,t,o,i,r=document.getElementById(\\\"notification-container\\\"),a=null===(e=null===r?void 0:r.dataset)||void 0===e?void 0:e.config;if(N&&!a)return N;var
s={promos:{eligibleBodyClass:\\\"display-push-promos\\\",enableNotifOnboard:!0},badge:{selector:\\\"#notif-badge\\\",hideClass:\\\"ybar-notification-

```
hidden\\\"},panel:{emptyPanelMsg:\\\"You have no new notifications.\\\",errorMsg:\\\"Please check back
later.\\\",headerMsg:\\\"Notifications\\\",maxCount:5,parentSelector:\\\"#ybarNotificationBody\\\",notificationTypes:\\\"breakingNews\\\"},service:{url:\\\"/tdv2_f
p/api/resource/NotificationHistory.getHistory\\\",isRMP:!1}},l={};if(a){\\\"att\\\"===(null===(n=this.partnerClasses)||void 0===n?void
0:n[1])&&(s.promos.showYahooLogo=!1);try{var d=JSON.parse(a);l=m({},d),this.personalized=1===d.personalize}catch(e){c(\\\"Notifications config parsing
error\\\",e)}r&&delete r.dataset.config}return N=this.mergeConfigs(s,l),(null===(t=this.partnerClasses)||void 0===t?void
0:t.length)&&\\\"yahoo\\\"!==(null===(o=this.partnerClasses)||void 0===o?void 0:o[1])&&(null===(i=N.promos)||void 0===i?void
0:i.subscriptionTopic)&&delete N.promos.subscriptionTopic,N},e.prototype.mergeConfigs=function(e,n){var t=m({},e);for(var o in
e)t[o]=m(m({},e[o]),n[o]);return t},e.prototype.getTimeStamp=function(){var e;return null===(e=window.localStorage)||void 0===e?void
0:e.getItem(z)},e.prototype.setTimeStamp=function(){var e,n=\\\"\\\"+Math.floor((new Date).getTime()/1e3);return null===(e=window.localStorage)||void
0===e||e.setItem(z,n),n},e.setItem(z,n),e.set();e=new F,G=function(){return
j},W=\\\"\\\",J=[],V=function(){},K=function(){window.removeEventListener(\\\"beforeunload\\\",K),\\\"\\\"!==W&&c(\\\"Rapid not found on page\\\",new
Error(W))},X=null,Z=function(){return null===X&&(X=document.getElementById(\\\"ybar\\\")),X},$=function(){var e=0,n=window.YAHOO;if(I)return
I;if(n)if(n.i13n)if(n.i13n.__RAPID_INSTANCES__)if(n.i13n.__RAPID_INSTANCES__.length\u003C1)W=\\\"YBAR: no instances of rapid found!\\\";else{var
t=function(e){var n=void 0;if(e&&e.length>0)for(var
t=0;t\u003Ce.length&&(!(n=e[t].instance)||null===n.getRapidAttribute(\\\"spaceid\\\")||isNaN(n.getRapidAttribute(\\\"spaceid\\\")));++t)n=void 0;return
n}(n.i13n.__RAPID_INSTANCES__);if(t){I=t,W=\\\"\\\",clearInterval(T),window.removeEventListener(\\\"beforeunload\\\",K);var
o={useViewability:!0};!!document.querySelector(\\\"ybar-track-link-views\\\")||(o.clickonly=!0);var i=[],r=Z();if(null!==r)i.push(r.getAttribute(\\\"id\\\"));else
if(window.YBAR)for(var a=0,s=window.YBAR.getConfig().componentCount;a\u003Cs;++a)i.push(\\\"ybar-component-
\\\".concat(a));if(i.length>0)if(I.addModules(i,!1,o),J.length>0)for(e=0;e\u003CJ.length;++e){var
c=J[e];c.type&&c.options&&(\\\"beaconClick\\\"===c.type?I.beaconClick(c.options.secValue,c.options.slkValue,c.options._pValue,c.options.clickParams,c.optio
ns.outcome,V,c.options.options):\\\"beaconEvent\\\"===c.type&&I.beaconEvent(c.options.eventName,c.options.pageParams,c.options.outcome))}}else
W=\\\"YBAR: No '#ybar' wrapper div found for Rapid module tracking\\\"}else W=\\\"YBAR: no instances of rapid found with spaceid\\\"}else W=\\\"YBAR:
`YAHOO.i13n.__RAPID_INSTANCES__` is not defined!\\\";else W=\\\"YBAR: `YAHOO.i13n` is not defined!\\\";else W=\\\"YBAR: `YAHOO` is not
defined!\\\"},Q=function(e,n,t,o,i,r,a){I?I.beaconClick(e,n,t,o,i,r,a):(J.push({type:\\\"beaconClick\\\",options:{secValue:e,slkValue:n,_pValue:t,clickParams:o,outc
ome:i||null,options:a||null}}),r&&\\\"function\\\"==typeof r&&r())},ee=function(){I&&I.refreshModule(\\\"ybar\\\")},ne={},te=null,oe=null,ie=function(){return
Date.now()},re=function(e,n){return\\\"number\\\"==typeof e&&\\\"number\\\"==typeof n?Math.floor(n-e):null},ae=function(){var
e;oe=ie();window.performance&&window.performance.timing&&window.performance.timing.navigationStart&&(e=window.performance.timing.navigationStar
t,te=e),window.performance&&window.performance.timing&&window.performance.timing.domContentLoadedEventStart&&(oe=window.performance.timing.
domContentLoadedEventStart);var n={ns_ready:re(te,ne.search_assist_ready),dcl_ready:re(oe,ne.search_assist_ready)};setTimeout((function(){var
e,t,o,i;e=\\\"saready\\\",t=n,o=null,i=V,I?I.beaconEvent(e,t,o):J.push({type:\\\"beaconEvent\\\",options:{eventName:e,pageParams:t,outcome:o}}),i&&\\\"functio
n\\\"==typeof
i&&i()}),200)},se=function(){T=window.setInterval($,100),setTimeout((function(){T&&(clearInterval(T),K())}),1e4),window.addEventListener(\\\"beforeunloa
d\\\",K),$(),te=ie(),\\\"loading\\\"===document.readyState?window.addEventListener(\\\"DOMContentLoaded\\\",ae):ae()},ce=function(){var
e,n,t,o=I||$();i=null==o?void 0:o.getRapidAttribute(\\\"spaceid\\\");if(i||(i=null===(n=null===(n=null===(e=window.YAHOO)||void 0===e?void 0:e.i13n)||void 0===n?void
0:n.SPACEID),!i){var r=Z();i=null!==(t=null!==r?void 0:r.getAttribute(\\\"data-spaceid\\\"))&&void 0!==t?t:\\\"\\\"}return
i||\\\"\\\"},le=function(){T&&clearInterval(T),I=null,W=\\\"\\\",X=null},de=function(e){return~e.indexOf(\\\"?\\\")?e+=\\\"&\\\":e+=\\\"?\\\",e},ue=function(e){re
turn e.includes(\\\"default_user_profile_pic\\\")},pe=function(e,n){for(var t=e+n,o=0;o\u003Ct.length;++o){var
i=t.charCodeAt(o);if(i\u003C19968||i>40959)&&(i\u003C13312||i>19903)&&(i\u003C44032||i>55215))return!1}return!0},me={navBeaconFired:!1},he=[\\\"re
ady\\\",\\\"navigation\\\"],fe=function(){function e(e){var
n=this;this.triggerEvent=a,this.addEventListener=s,this.logError=c,this.logPerformance=l,this.getConfig=d,this.getPerformanceMetrics=u,this.rapidRefresh=ee,t
```

```
his.state=m({},me),this.modules=e,this.userEmail=\\\"\\\",window.YBAR&&(he.forEach((function(e){var
t=\\\"on\\\".concat(e),o=window.YBAR[t];o&&(n[t]=o)})),window.YBAR.wssid&&(this.wssid=window.YBAR.wssid),window.YBAR.appid&&(this.appid=win
dow.YBAR.appid)),he.forEach((function(e){var t=\\\"on\\\".concat(e);s(e,(function(){for(var
o,i=[],r=0;r\u003Carguments.length;r++)i[r]=arguments[r];\\\"navigation\\\"===e?n.navigate(i[0]):null===(o=n[t])||void
0===o||o.call.apply(o,y([n],v(i),!1))}))}))}))}return e.prototype.getUserEmail=function(){return
this.userEmail},e.prototype.setUserEmail=function(e){this.userEmail=e},e.prototype.switchMailLogo=function(e){var
n=this.getConfig().mailVariantLogos;if(n[e]){var t=n[e],o=t.dark,i=t.light;if(o&&i){var r=\\\"\\\".concat(o.src_1x,\\\" 1x, \\\").concat(o.src_2x,\\\"
2x\\\"),a=\\\"\\\".concat(i.src_1x,\\\" 1x, \\\").concat(i.src_2x,\\\" 2x\\\"),s=v(Array.from(document.querySelectorAll(\\\"#ybar-logo
img\\\")),2),c=s[0],l=s[1];c&&c.setAttribute(\\\"srcset\\\",a),l&&l.setAttribute(\\\"srcset\\\",r)}}},e.prototype.init=function(){this.state=m({},me),se(),this.module
s.forEach((function(e){return e.init()}))},e.prototype.reInit=function(){this.state=m({},me),le(),se(),j=new F,this.modules.forEach((function(e){return
e.reInit()}))},e.prototype.destroy=function(){this.state=m({},me),le(),this.modules.forEach((function(e){return
e.destroy()}))},e.prototype.navigate=function(e){for(var
n,t=this,o=e.detail.event,i=o.target||o.srcElement;null!==i.parentNode&&(!i.nodeName||\\\"a\\\"!==i.nodeName.toLocaleLowerCase());)i=i.parentNode;var
r=!1;(function(e,n){var t;return\\\"_blank\\\"===(null===(t=null==n?void 0:n.target)||void 0===t?void
0:t.toLowerCase())||2===e.which||4===e.button||e.altKey||e.ctrlKey||e.shiftKey||e.metaKey||!1})(o,i)||(o.preventDefault(),r=!0);var
a=null===(n=this.onnavigation)||void 0===n?void 0:n.call(this,e),s=((null==i?void 0:i.dataset)||{}).rapid_p,c=void 0===s?\\\"\\\":s,l=function(e){var
n,t=null===(n=null==e?void 0:e.dataset)||void 0===n?void 0:n.ylk;return t?t.split(\\\";\\\").reduce((function(e,n){var t=v(n.split(\\\":\\\"),2),o=t[0],i=t[1];return
e[o]=i,e},{}):{})(i);l.tar=function(e){var t,o=void 0===e&&(e=\\\"\\\")?void 0:e.match(/^https?:\\\\\\\\([^/?#]+)(?:[/?#]$)/i);return n&&n[1]||(null===i?void
0:i.href)||document.location.hostname,l.tar_uri||(l.tar_uri=i.pathname||\\\"\\\"),this.state.navBeaconFired?a||!o.defaultPrevented&&!r||(document.location.href=null
==i?void 0:i.href):Q(l.sec||\\\"\\\",l.slk||(null===i?void
0:i.textContent)||\\\"\\\",c,l,null,(function(){(o.defaultPrevented||r)&&(t.state.navBeaconFired=!0),a||!o.defaultPrevented&&!r||(document.location.href=null==i?v
oid 0:i.href)}))},e}(),ve=new Map,ye=function(e,n){var t=p(e),o=new
w(e,n);o.init(),ve.set(e,o),t.stop()},ge={scrollPoints:[{pageOffset:60,animationClassName:\\\"ybar-hide-navigation\\\",animationClassNameOnScrollUp:\\\"ybar-
show-navigation\\\",transitionElSelector:\\\"#ybar-navigation\\\"}],scrollUpThreshold:5},be={scrollPoints:[{pageOffset:44,animationClassName:\\\"ybar-hide-
inner-wrap\\\",animationClassNameOnScrollUp:\\\"ybar-show-inner-wrap\\\",transitionElSelector:\\\"#ybar-inner-
wrap\\\"}],scrollUpThreshold:5},we={scrollPoints:[{pageOffset:44,animationClassName:\\\"ybar-keep-navigation\\\",animationClassNameOnScrollUp:\\\"ybar-
show-navigation\\\",transitionElSelector:\\\"#ybar-navigation\\\"}],scrollUpThreshold:5},_e=!1,Le=function(){_e||(_e=!0,ye(\\\"ybar-sticky\\\",(function(t){var
o,i=t.getConfig();i.bucketConfig&&(o=!0===i.bucketConfig.keepNavOnScroll);var r=\\\"smartphone\\\"===i.device,a=document.querySelector(\\\".ybar-
sticky\\\"),s=r?ge:{};r&&\\\"shops\\\"===i.property?s=be:o&&(s=we),a&&function(t,o){var
i,r,a,s,c,l,d,u,p,m,h,f,v=t.getConfig(),y=null!==(a=null!==(r=null===(i=null==v?void 0:v.bucketConfig)||void 0===i?void 0:i.scrollThreshold)&&void
0!==r?r:null==o?void 0:o.scrollThreshold)&&void 0!==a?a:0,g=null!==(l=null!==(c=null===(s=null==v?void 0:v.bucketConfig)||void 0===s?void
0:s.scrollUpThreshold)&&void 0!==c?c:null==o?void 0:o.scrollUpThreshold)&&void 0!==l?l:y,b=null!==(u=null!==(p=null==v?void
0:v.bucketConfig)||void 0===p?void 0:d.modalClassName)&&void 0!==u?u:null==o?void 0:o.modalClassName)&&void 0!==p?p:\\\"modal-
open\\\",w=null!==(f=null!==(h=null===(m=null==v?void 0:v.bucketConfig)||void 0===m?void 0:m.scrollPoints)&&void 0!==h?h:null==o?void
0:o.scrollPoints)&&void 0!==f?f:e,_=document.documentElement,L=w.map((function(e){return n(e.transitionElSelector,t)})),x=0,k=function(e){var
n=_.classList.contains(e.animationClassName),t=_.scrollTop>0,o=_.scrollTop\u003Ce.pageOffset,i=_.scrollTop>e.pageOffset,r=_.scrollTop>x+y,a=_.scrollTop\
u003Cx-g,s=document.documentElement;_.classList[t?\\\"add\\\":\\\"remove\\\"](\\\"ybar-page-is-
scrolled\\\"),_.classList.contains(b)||(n&&(o||i&&a)?(s&&_.classList.add(s),_.classList.remove(e.animationClassName)):!n&&i&&r&&(s&&_.classList.remove
(s),_.classList.add(e.animationClassName)))};t.addElementListener(window,\\\"scroll\\\",(function(e){var
n=document.getElementById(\\\"ybar\\\");n&&n.classList.contains(\\\"ybar-searchbox-assist-
```

```
fullscreen\\\"?e.preventDefault():(w.forEach((function(e,n){L[n].isRunning?L[n].onAfterTransition=function(){k(e)}:k(e)})),x=_.scrollTop)})))}(t,s)})))};\\\"inte
ractive\\\"===document.readyState||\\\"complete\\\"===document.readyState?(console.log(\\\"[ybar debug] Nav-hide init triggered
immediately\\\"),Le()):(document.addEventListener(\\\"DOMContentLoaded\\\",(function(){console.log(\\\"[ybar debug] Nav-hide init triggered
ondomcontentloaded\\\"),Le()})),document.addEventListener(\\\"load\\\",(function(){console.log(\\\"[ybar debug] Nav-hide init triggered onload\\\"),Le()})));var
xe=function(e){return!(!e||!e.parentNode)&&e===e.parentNode.querySelector(e.nodeName+\\\":hover\\\")},ke={},Ee=function(e,n,t,o,i){e.addEventListener(
n,\\\"mouseenter\\\",(function(){var e=JSON.stringify({sec:t,slk:o,params:i});ke[e]||(ke[e]=!0,Q(t,o,\\\"\\\",i),setTimeout((function(){delete
ke[e]}),1e3))})}},Ce=function(e,n,t){var o=\\\"ybar-show-outline\\\",i=\\\"ybar-hide-
outline\\\",r=[],a=document.querySelector(e),s=document.querySelector(n),c=function(e,n){for(var t=e.className.split(\\\"
\\\"),r=[],a=0;a\u003Ct.length;++a){var s=t[a].trim();s!==i&&s!==o&&r.push(s)}r.push(n),e.className=r.join(\\\"
\\\")},l=function(){s&&c(s,i),d=function(){s&&c(s,o)};a&&(t.addElementListener,console.log(\\\"mousedown\\\",(function(){r.push({name:\\\"mousedown\\\"
",ts:new Date})})),t.addElementListener(a,\\\"focus\\\",(function(){for(var e=2,n=[function(){},l,d],t=0;t\u003Cr.length;++t){var
o=r[t];if(0===e&&\\\"mousedown\\\"===o.name)e=2;else if(1!==e&&\\\"mousedown\\\"===o.name){new Date).getTime()-
o.ts.getTime()\u003C100&&(e=1)}else\\\"mousedown\\\"===r[0].name&&\\\"blur\\\"===o.name&&(e=0)}r.length=0,n[e]()})}),t.addElementListener(a,\\\"blur\\\"
",(function(){r.push({name:\\\"blur\\\",ts:new Date}),l()})})};document.body.addEventListener(\\\"click\\\",(function(){a(\\\"close-all-menus\\\")}));var
Se,Ae=document.getElementById(\\\"ybar\\\"),Me=Ae&&Ae.className&&Ae.className.match(/ybar-property-([a-z]*)/);(null===Me?void
0:Me.length)&&(Se=Me[1]);var Ne,Ie=function(e,n,t){e||t&&t(\\\"Missing required params - type: \\\".concat(e));var o=m(m({},n),{src:\\\"ybar\\\",_rdn:(new
Date).getTime().toString().substr(7)}),i=Object.keys(o).map((function(e){return
encodeURIComponent(e)+\\\"=\\\"+encodeURIComponent(o[e])})).join(\\\"&\\\"),r=\\\"\\\".concat(\\\"https://www.yahoo.com\\\").concat(\\\"/_td_api/beacon\\\",\
\\\"/\\\").concat(e,\\\"?\\\").concat(i).concat(function(){var e=\\\"\\\";try{var
n=window.YAHOO&&window.YAHOO.context||window.Af&&window.Af.context||{};[\\\"apptype\\\",\\\"rid\\\",\\\"bucketId\\\",\\\"bucket\\\",\\\"device\\\",\\\"os
Name\\\",\\\"browserName\\\",\\\"browserVersion\\\"].forEach((function(t){void
0!==n[t]&&(e+=\\\"&\\\".concat(encodeURIComponent(t),\\\"=\\\").concat(encodeURIComponent(n[t])))}))}catch(e){console.log(e)}return
e}(),\\\"&site=\\\").concat(Se),a=new Image;a.onerror=function(e){var n=e instanceof
ErrorEvent?e.error:e.toString();t&&t(n)},a.onload=function(){t&&t()},a.src=r},Te=p(\\\"ybar-init\\\");Ne=new
fe(ve),window.YBAR=Ne,function(){if(\\\"PerformanceObserver\\\"in window)try{new
PerformanceObserver((function(e){e.getEntries().forEach((function(e,n){u()[\\\"\\\".concat(e.name,\\\"_\\\").concat(n)]=e.startTime,l(e)})})})).observe({entryType
s:[\\\"paint\\\"]})}catch(n){var e=new Error(\\\"Unknown error observing paint
event\\\");c(\\\"Error\\\",e)}}(),window.YBAR.triggerEvent(\\\"ready\\\"),Te.stop(),s(\\\"performance\\\",(function(){setTimeout((function(){try{var
e=u();Math.round(100*Math.random())>90&&Ie(\\\"performance\\\",e)}catch(e){}}),1e3)})),se(),s(\\\"error\\\",(function(e){var
n=e&&e.detail||{},t=n.error||{},o=n.message||t.message||t.toString();try{var
i={code:t.name,file:t.fileName||\\\"\\\",line:t.lineNumber||\\\"\\\",message:o};Ie(\\\"error\\\",i)}catch(e){}})});var
Oe=\\\"_yb_y2urqo\\\",Be=\\\"_yb_10mu1oh\\\",qe=\\\"_yb_1ynqajr\\\",Pe=\\\"_yb_rso2br\\\";if(\\\"undefined\\\"!=typeof
Element&&!Element.prototype.matches){var
Re=Element.prototype,Re.matches=Re.matchesSelector||Re.mozMatchesSelector||Re.msMatchesSelector||Re.oMatchesSelector||Re.webkitMatchesSelector}var
De=function(e,n){for(;e&&9!==e.nodeType;){if(\\\"function\\\"==typeof e.matches&&e.matches(n))return e;e=e.parentNode}};function He(e,n,t,o,i){var
r=Ue.apply(this,arguments);return e.addEventListener(t,r,i),{destroy:function(){e.removeEventListener(t,r,i)}}}function Ue(e,n,t,o){return
function(t){t.delegateTarget=De(t.target,n),t.delegateTarget&&o.call(e,t)}}var Ye,ze=function(e,n,t,o,i){return\\\"function\\\"==typeof
e.addEventListener?He.apply(null,arguments):\\\"function\\\"==typeof t?He.bind(null,document).apply(null,arguments):(\\\"string\\\"==typeof
e&&(e=document.querySelectorAll(e)),Array.prototype.map.call(e,(function(e){return
He(e,n,t,o,i)})))},Fe=function(e){this.data=e,this.next=null,this.prev=null},je=function(){function e(){this.head=null,this.tail=null}return
```

```
e.prototype.push=function(e){var n=new Fe(e);return
this.head?this.tail?(n.prev=this.tail,this.tail.next=n,this.tail=n):(this.tail=n,this.tail.prev=this.head,this.head.next=this.tail):(this.head=n,n.next=this.tail),n},e.proto
type.size=function(){for(var e=0,n=this.head;n;)e+=1,n=n.next;return e},e.prototype.getHead=function(){return this.head},e.prototype.getTail=function(){return
this.tail},e.prototype.get=function(e){if(e>=this.size())return null;for(var n=0,t=this.head;(null==t?void 0:t.next)&&n\u003Ce;)n+=1,t=t.next;return
t},e.prototype.unshift=function(e){var n=new Fe(e);return
this.head?this.tail?(n.next=this.head,this.head.prev=n,this.head=n):(n.next=this.head,this.head.prev=n,this.tail=this.head,this.head=n):(this.head=n,n.next=this.tai
l),n},e.prototype.shift=function(){if(!this.head)return null;var e=this.head;if(!this.tail)return this.head=null,e;var n=this.head.next;return
n&&(this.head=n,this.head.prev=null),this.head===this.tail&&(this.head.next=null,this.tail=null),e},e}();!function(e){e.next=\\\"next\\\",e.prev=\\\"prev\\\"}(Ye||
(Ye={}));var Ge=function(){function e(e,n){this.leftRightMap=new Map,this.upDownMap=new Map,this.moreMenuLinkedList=new
je,e&&n.containerElm&&this.ybar=e,this.options=n,this._init()}}return e.prototype._init=function(){var
e=this,n=this.options.isUserAccountNavigation?this.options.containerElm.querySelectorAll(\\\"a,
\\\".concat(this.options.accountSwitcherButtonSelector)):this.options.containerElm.querySelectorAll(this.options.navlistItemSelector||\\\"li\\\"),t=this.options.isU
serAccountNavigation?y(y([],v(this.options.loggedInUser),!1),v(n),!1):y([],v(n),!1),o=new
je;if(this.options.isUserAccountNavigation?t.forEach((function(n){\\\"A\\\"!==n.nodeName&&\\\"BUTTON\\\"!==n.nodeName||n.setAttribute(\\\"tabindex\\\",\\\
"-1\\\");var t=o.push(n),i={list:o,node:t};e.upDownMap.set(n,i)})):t.forEach((function(n){var t=n.getElementsByTagName(\\\"A\\\");if(0!==t.length){var
i=t[0],r=o.push(i),a={list:o,node:r};if(e.leftRightMap.set(i,a),e.options.dropdownClass&&n.classList.contains(e.options.dropdownClass))for(var s=new
je,c=0;c\u003Ct.length;c++){var l=t[c],d=s.push(l);e.leftRightMap.set(l,a);var
u={list:s,node:d};e.upDownMap.set(l,u)}}})),this.options.enableMoreMenu&&this.options.moreMenuNavElm){this.leftRightMap.set(this.options.moreMenuNa
vElm,{list:o,node:{data:this.options.moreMenuNavElm},get next(){return o.getHead()},get prev(){for(var e=o.getHead();null==e?void 0:e.next;){if(\\\"-
1\\\"===e.next.data.getAttribute(\\\"tabindex\\\"))break;e=e.next}return e}}});var
i=this.moreMenuLinkedList;this.upDownMap.set(this.options.moreMenuNavElm,{list:this.moreMenuLinkedList,node:{data:this.options.moreMenuNavElm,get
next(){return i.getHead()},get prev(){return i.getTail()}}})}this._addEventListeners()},e.prototype.unshiftMoreMenuItem=function(e){if(e){var
n=this.moreMenuLinkedList.unshift(e);this.upDownMap.set(e,{list:this.moreMenuLinkedList,node:n});var
t=this.leftRightMap.get(this.moreMenuNavElm);t&&this.leftRightMap.set(e,t)}},e.prototype.shiftMoreMenuItem=function(){var
e=this.moreMenuLinkedList.shift();e&&(this.upDownMap.delete(e.data),this.leftRightMap.delete(e.data))},e.prototype._addEventListeners=function(){var
e=this,n=ze(this.options.containerElm,\\\"a,
button\\\",\\\"keydown\\\",(function(n){e._keydownHandler(n)}),!0);this.options.isUserAccountNavigation&&this.ybar.addElementListener(this.options.loggedI
nUserElement,\\\"keydown\\\",(function(n){e._keydownHandler(n)})),this.options.enableMoreMenu&&this.ybar.addElementListener(this.options.moreMenuNa
vElm,\\\"keydown\\\",(function(n){e._keydownHandler(n)})),this.ybar.onDestroy((function(){n.destroy()}))},e.prototype._keydownHandler=function(e){var
n=e.delegateTarget||e.currentTarget;switch(e.key){case\\\"Down\\\":case\\\"ArrowDown\\\":e.preventDefault(),this._go(n,this.upDownMap,Ye.next);break;case\\\
"Up\\\":case\\\"ArrowUp\\\":e.preventDefault(),this._go(n,this.upDownMap,Ye.prev);break;case\\\"Left\\\":case\\\"ArrowLeft\\\":e.preventDefault(),this._go(n,thi
s.leftRightMap,Ye.prev);break;case\\\"Right\\\":case\\\"ArrowRight\\\":e.preventDefault(),this._go(n,this.leftRightMap,Ye.next);break;case\\\"Spacebar\\\":case\\\"
" \\\":n.click();break;default:return}},e.prototype._go=function(e,n,t){var o=this,i=n.get(e);if(i){for(var
r=i.list,a=i.node[t];a&&\\\"none\\\"===window.getComputedStyle(a.data).display;)a=a[t];if(!a)for(a=t===Ye.next?r.getHead():r.getTail();a&&\\\"none\\\"===win
dow.getComputedStyle(a.data).display;)a=a[t];setTimeout((function(){o.options.enableMoreMenu&&o.options.moreMenuNavElm&&\\\"-
1\\\"===(null==a?void
0:a.data.getAttribute(\\\"tabindex\\\"))?o.options.moreMenuNavElm.focus():null==a||a.data.focus()}),1)}},e}(),We=/\\\\${(|%7B)GDPR_CONSENT_(\\\\d+)(|%
7D)/g,Je=/\\\\${(|%7B)GDPR(|%7D)/g,Ve=/\\\\[timestamp\\\\]/g,Xe=function(e){return e.replace(Ve,Date.now()+\\\"\\\"))},Xe=function(e){return h(void 0,void
0,void 0,(function(){var n,t,o,i;return f(this,(function(r){switch(r.label){case 0:return r.trys.push([0,2,,3]),[4,new
Promise((function(e,n){if(!window.__tcfapi){var t=\\\"Missing TCF API\\\",o=new Error(t);return
```

```
c(t,o),n(o)}window.__tcfapi(\\\"getTCData\\\",2,(function(t,o){return o&&\\\"error\\\"!=t.cmpStatus?e(t):n(!1)}),a)})})];case 1:return
n=r.sent(),t=function(e,n){var t=n.gdprApplies;return e.replace(Je,t?\\\"1\\\":\\\"0\\\")}(e,n),o=function(e,n){var t=n.gdprApplies,o=n.tcString;return
e.replace(We,t?o:\\\"\\\")}(t,n),[2,Ke(o)];case 2:return r.sent(),i=\\\"Error adding consent to \\\".concat(e),c(i,new Error(i)),[2,e];case 3:return[2]}var
a})})})},Ze=function(e,n){return[].forEach.call(e,n)},$e=function(e,n){if(n.container){new Ge(e,{containerElm:n.container,isUserAccountNavigation:!1});var
t,o,i=e.getConfig();if(function(e,n){var t;if(n&&!n.getAttribute(\\\"src\\\")){var o=(null===(t=n.dataset)||void 0===t?void
0:t.src)||\\\"\\\";Xe(o).then((function(e){n.setAttribute(\\\"src\\\",e)}))},e.onDestroy((function(){n.setAttribute(\\\"src\\\",\\\"\\\")}))}}(e,n.teaserImpression),Ze(n.all
Links,(function(t){return e.addElementListener(t,\\\"click\\\",(function(){var
e;e=n.allLinks,Ze(e,(function(e){e.style.pointerEvents=\\\"none\\\"})),setTimeout((function(){Ze(e,(function(e){e.style.pointerEvents=\\\"auto\\\"}))},1e3)})})})),
n.consentLinks&&Ze(n.consentLinks,(function(n){var
t=n.getAttribute(\\\"href\\\")||\\\"\\\";Xe(t).then((function(e){n.setAttribute(\\\"href\\\",e)})),e.onDestroy((function(){n.setAttribute(\\\"href\\\",t)})})})),\\\"mail\\\"=
==i.property){var r=(t=n.allLinks,o=function(e){return
e.classList.contains(Be),[].find.call(t,o));r&&e.addElementListener(r,\\\"click\\\",(function(n){n.preventDefault(),e.triggerEvent(\\\"topnav-link-
click\\\",{id:\\\"mail\\\"})}))}),i.bucketConfig.disable_ybar_teaser_navigation&&n.teaserLink&&e.addElementListener(n.teaserLink,\\\"click\\\",(function(n){n.pre
ventDefault(),e.triggerEvent(\\\"eyebrow-upsell-click\\\")})})}}};ye(\\\"ybar-mod-topnavigation\\\",(function(e){var
n={allLinks:document.querySelectorAll(\\\".\\\".concat(qe,\\\" a\\\")),consentLinks:document.querySelectorAll(\\\".ybar-consent-
link\\\"),teaserImpression:document.querySelector(\\\".\\\".concat(Pe)),teaserLink:document.querySelector(\\\".\\\".concat(Oe,\\\"
a\\\")),container:document.querySelector(\\\"nav.\\\".concat(qe))};$e(e,n)})});var
Qe,en,nn=\\\"_yb_3ks6qd\\\",tn=\\\"_yb_1b79rpk\\\",on=\\\"_yb_1i5wvic\\\",rn=\\\"_yb_v69mge\\\",an=\\\"_yb_1wxrlga\\\",sn=\\\"_yb_j283ho\\\",cn=\\\"_yb_1c6
ngx2\\\",ln=\\\"_yb_mmj3y9\\\",dn=\\\"_yb_1dokb0v\\\",un=\\\"_yb_lp7m8b\\\",pn=\\\"_yb_1azacio\\\",mn=\\\"_yb_3kzhl7\\\",hn=\\\"_yb_cr10dc\\\",fn=\\\"_yb_
9d1sug\\\",vn=\\\"_yb_5i3s2a\\\",yn=\\\"_yb_tms0jm\\\",gn=\\\"_yb_109zm1x\\\",bn=\\\"_yb_1hc87hl\\\",wn=\\\"_yb_9cfq6n\\\",_n=\\\"_yb_pyz287\\\",Ln=\\\"_y
b_1q3bav3\\\",xn=\\\"_yb_17mdkyu\\\",kn=\\\"_yb_kt4lvb\\\",En=\\\"_yb_1ry0cotm\\\",Cn=\\\"_yb_1mmm90i\\\",Sn=\\\"_yb_aesylq\\\",An=\\\"_yb_15tcl9j\\\",M
n={animation:\\\"_yb_n8j2pa\\\",\\\"left-open\\\":\\\"_yb_1lv8d96\\\",noscroll:\\\"_yb_4m9tkk\\\",overlay:\\\"_yb_o1wsua\\\",\\\"fade-in-
out\\\":\\\"_yb_1tahxz\\\",\\\"right-open\\\":\\\"_yb_1qu1cu9\\\",\\\"center-open\\\":\\\"_yb_9lyufe\\\"},Nn=function(e,n){if(200!==e.status){var t=new
Error(\\\"Request failed with status: \\\"+e.status);t._meta={status:e.status},e.ymreqid&&(t._meta={ymreqid:e.ymreqid}),n(t)}else{var
o=null;try{o=JSON.parse(e.responseText)}catch(e){var i=new Error(\\\"Error parsing responseText\\\");return i._meta={originalError:e},void
n(i)}n(null,o)}},In=function(e,n){return void 0===n&&(n={}),function(e){e.COUNT=0]=\\\"COUNT\\\"(Qe||(Qe={})),function(e){e[e.PENDING=0
]=\\\"PENDING\\\",e[e.COMPLETE=1]=\\\"COMPLETE\\\"}(en||(en={}));var Bn={0:0,1:1,9:9,99:99,150:150},qn=new Map,Pn=function(){function
e(){return Object.defineProperty(e.prototype,\\\"wssid\\\",{get:function(){var e,n,t=null===(e=window.YBAR)||void 0===e?void 0:e.wssid;return
t||(t=(null===(n=document.querySelector('input[name=\\\"mail_wssid\\\"]'))||void 0===n?void
0:n.value)||\\\"\\\",this.wssid=t),t},set:function(e){window.YBAR=window.YBAR||{},window.YBAR.wssid=e||\\\"\\\"},enumerable:!1,configurable:!0}),Object.d
efineProperty(e.prototype,\\\"appid\\\",{get:function(){var e,n,t=null===(e=window.YBAR)||void 0===e?void 0:e.appid;return
t||(t=(null===(n=document.querySelector('input[name=\\\"mail_appid\\\"]'))||void 0===n?void
```

```
0:n.value)||\\\"\\\",this.appid=t),t},set:function(e){window.YBAR=window.YBAR||{},window.YBAR.appid=e||\\\"\\\"},enumerable:!1,configurable:!0}),e.prototy
pe.fetchCount=function(e){return h(this,void 0,void 0,(function(){var n,t,o,i,r=this;return f(this,(function(a){return n=function(e){var
n=qn.get(e);if(n){if(n.status===en.PENDING)return n.promise;var t=Date.now()-12e4;return n.data&&n.lastRequested>t?Promise.resolve(n.data):void
0}}(Qe.COUNT),(t=this._checkForMockData())?[2,t]:!e&&n?[2,n]:(1,o={data:{responseType:\\\"json\\\",requests:[{id:\\\"GetMailboxId\\\",uri:\\\"/ws/v3/mailb
oxes\\\",method:\\\"GET\\\",filters:{select:{mailboxId:\\\"$..mailboxes[?(@.isPrimary===true)].id\\\"}},suppressResponse:!0,requests:[{id:\\\"ListDecos\\\",uri:\\\"
"/ws/v3/mailboxes/@.id=$(mailboxId)/decos\\\",method:\\\"GET\\\"}]}]}},i=this._fetch(o,1,(function(e){var n=r._normalizerCountResponse(e);return
function(e,n){var
t={lastRequested:Date.now(),status:en.COMPLETE,promise:Promise.resolve(n),data:n};qn.set(e,t)}(Qe.COUNT,n),n})),s=Qe.COUNT,c=i,l={lastRequested:Dat
e.now(),status:en.PENDING,promise:c},qn.set(s,l),[2,i]);var s,c,l})))})),e.prototype._fetch=function(e,n,t){var o,i;return h(this,void 0,void 0,(function(){var
r,a,s,l,d,u,p,h,v,y,g,b,w,_,L,x;return f(this,(function(f){switch(f.label){case 0:if(r=e.data,a=void 0===r?{}:r,s=e.params,l=void 0===s?{}:s,d=\\\"EC-
4008\\\",u=\\\"EC-4003\\\",p=this._getYmreqid(),!this.appid)throw new Error(\\\"No appId, user is logged
out\\\");h=m({appId:this.appid},l),this.wssid&&\\\"mail_wssid\\\"!==this.wssid&&(h.wssid=this.wssid),e.params=h,v=[],Object.keys(h).forEach((function(e){va
r
n=h[e];n&&v.push(\\\"\\\".concat(encodeURIComponent(e),\\\"=\\\").concat(encodeURIComponent(n)))})),y=v.length?\\\"?\\\".concat(v.join(\\\"&\\\")):\\\"\\\",g=
\\\"https://apis.mail.yahoo.com/ws/v3/batch\\\".concat(y),f.label=1;case 1:return
f.trys.push([1,4,,5]),[4,Tn(g,{method:\\\"POST\\\",body:JSON.stringify(a),credentials:\\\"include\\\",headers:{\\\"Content-Type\\\":\\\"application/json\\\",\\\"X-
Oath-YmReqId\\\":p}})];case 2:return[4,(b=f.sent()).json()];case 3:if(w=f.sent(),b.ok)return[2,t(null===(i=w.result)||void 0===i?void
0:i.responses)];if((_=null===(o=null===w?void 0:w.error)||void 0===o?void 0:o.code)===u)return[2,this._handleWssidApiError(w,e,n,t)];throw _===d?new
Error(\\\"Session has expired\\\"):new Error(\\\"Mail Api Responded with an Error\\\");case 4:throw L=f.sent(),c(\\\"JWS: \\\".concat((x=L).message),x),L;case
5:return[2]}}))})})),e.prototype._checkForMockData=function(){var e=document.getElementById(\\\"ybar\\\");if(e&&e.hasAttribute(\\\"data-mc\\\")){var
n=e.getAttribute(\\\"data-mc\\\");if(n&&Bn[n])return Bn[n]}},e.prototype._normalizerCountResponse=function(e){var n,t,o,i,r,a;if(!e)return 0;var
s=((null===(o=null===(t=null===(n=null===e?void 0:e[0])||void 0===n?void 0:n.response)||void 0===t?void 0:t.result)||void 0===o?void
0:o.decos)||[]).find((function(e){return\\\"FTI\\\"===(null===e?void 0:e.id)}));return s&&null!==(a=null===(r=null===(i=null===s?void 0:s.counts)||void
0===i?void 0:i[0])||void 0===r?void 0:r.unseen)&&void 0!==a?a:0},e.prototype._handleWssidApiError=function(e,n,t,o){var
i,r,a=null===(r=null===(i=null===e?void 0:e.error)||void 0===i?void 0:i.details)||void 0===r?void 0:r.wssid,s=n.params,c=(void
0===s?{}:s).wssid;if(a){if(c&&a===c)throw new Error(\\\"API provided same invalid WSSID\\\");if(void 0!==t&&t>0)return t-
=1,this.wssid=a,this._fetch(n,t,o);throw new Error(\\\"Max retries with invalid WSSID reached\\\")}throw new Error(\\\"valid WSSID missing from API
Response\\\")},e.prototype._getYmreqid=function(){var e=(new Date).getTime();return\\\"xxxxxxxx-xxxx-xxxx-09xx-xxxxxxxxxx00\\\".replace(new
RegExp(\\\"x\\\",\\\"g\\\"),(function(){var n=(e+16*Math.random())%16|0;return e=Math.floor(e/16),n.toString(16)}))},e},Rn={add:[{itemId:\\\"ybar-mail-
banner\\\",reactions:[\\\"SHOWN\\\"]}]};ye(\\\"ybar-mod-sidenav\\\",(function(e){var n,t={sidenavBtn:document.getElementById(\\\"_yb_sidenav-
btn\\\"),sidenav:document.querySelector(\\\".\\\".concat(bn)),menu:document.querySelector(\\\".\\\".concat(_n)),sections:document.querySelectorAll(\\\".\\\".conc
at(fn)),closeBtn:document.querySelector(\\\".\\\".concat(tn)),panels:document.querySelectorAll(\\\".\\\".concat(hn)),backBtn:document.querySelector(\\\".\\\".con
cat(nn)),footer:document.querySelector(\\\".\\\".concat(ln)),copyright:document.querySelector(\\\".\\\".concat(rn)),selectedSectionLinks:document.querySelector
All(\\\".\\\".concat(yn,\\\" a\\\"))),focusedElement:document.querySelector(\\\".\\\".concat(yn,\\\"
.\\\").concat(cn)),editionsDropdown:document.querySelector(\\\".\\\".concat(an)),mailUnread:document.querySelector(\\\".\\\".concat(xn)),mailTooltip:document.
getElementById(\\\"_yb_mail-tooltip\\\"),tooltipClose:document.getElementById(\\\"_yb_mail-tooltip-
close\\\")}},o=window.location.href.split(\\\"?\\\")[0]?window.location.href.split(\\\"?\\\")[0].replace(/\\\\$/,\\\"\\\"):window.location.href,i=y([],v(t.selectedSection
Links),!1);if(!t.focusedElement)for(var r=0;r\u003cCi.length;r++){var a=i[r];if(a.href&&a.href.replace(/\\\\$/,\\\"\\\")===o){null===(n=a.parentElement)||void
0===n||n.classList.add(\\\".\\\".concat(cn));break}}var s=new Pn,c=function(e,n){var
t=e.menu,o=e.sidenavBtn,i=e.sidenav,r={sec:\\\"ybar\\\",slk:\\\"hamburger\\\",elm:\\\"close\\\",pkgt:\\\"top\\\",subsec:\\\"navrail\\\",itc:\\\"1\\\"};t&&o&&\\\"true\\\
```

```
\"===o.getAttribute(\\\"aria-expanded\\\")&&(o.setAttribute(\\\"aria-
expanded\\\",\\\"false\\\"),setTimeout((function(){null==i||i.setAttribute(\\\"style\\\",\\\"\\\")}),500),n&&t.dispatchEvent(new CustomEvent(\\\"toggle-
overlay\\\")),Q(\\\"ybar\\\",r.slk,\\\"\\\",r),t.scrollTop=0,d(e))},l=function(e,n,t){var
o=n.sidenav;e.classList.toggle(\\\"\\\".concat(un)),o&&(o.classList.contains(\\\"\\\".concat(gn))?(o.classList.remove(\\\"\\\".concat(gn)),Q(\\\"ybar\\\",t,\\\"\\\",{sec
:\\\"ybar\\\",slk:t,elm:\\\"cl\\\",rspns:\\\"cl\\\",pkgt:\\\"side-
nav\\\",subsec:\\\"navrail\\\",itc:\\\"1\\\"})):(o.scrollTop=0,o.classList.add(\\\"\\\".concat(gn)),Q(\\\"ybar\\\",t,\\\"\\\",{sec:\\\"ybar\\\",slk:t,elm:\\\"expand\\\",pkgt:\\\"
side-nav\\\",subsec:\\\"navrail\\\",itc:\\\"1\\\"}))))},d=function(e){var n,t=e.menu,o=e.sections,i=e.sidenav;if(null===(n=e.sidenav)||void
0===n||n.classList.remove(\\\"\\\".concat(gn)),function(e){var
n=e.panels,t=e.sidenav;t&&t.classList.remove(\\\"\\\".concat(gn)),n&&Array.from(n).forEach((function(e){e.classList.contains(\\\"\\\".concat(un))||e.classList.ad
d(\\\"\\\".concat(un))})})(e),o&&t){var
r=t.querySelector(\\\"\\\".concat(yn));if(Array.from(o).forEach((function(e){if(e.classList.contains(\\\"\\\".concat(sn))){e.classList.replace(\\\"\\\".concat(sn),\\\"\\\"
.concat(on));var n=e.querySelector(\\\"ul\\\".concat(pn));n&&u(n,e)}})),r){r.classList.replace(\\\"\\\".concat(on),\\\"\\\".concat(sn));var
a=r.querySelector(\\\"ul\\\");a&&a.setAttribute(\\\"style\\\",\\\"\\\")}}i&&(i.scrollTop=0)},u=function(e,n){e.classList.remove(\\\"\\\".concat(pn)),n.style.height=i
\"\\\"},p=function(e,n){e.classList.add(\\\"\\\".concat(pn)),n.style.height=n.scrollHeight+\\\"px\\\"},h=function(e){var
n=e.mailTooltip;null==n||n.classList.remove(\\\"\\\".concat(An)),null==n||n.classList.add(\\\"\\\".concat(Sn)),setTimeout((function(){null==n||n.remove()}),400)},
f=function(){On({url:\\\"https://graviton-user-
gateway.media.yahoo.com/api/auth/v2/crumb?appId=yahoo_fp\\\"},(function(e,n){e?h(t):n&&n.crumb&&function(e,n){var
t=e.url,o=e.ymreqid,i=e.crumb,r=e.body;Tn(t,{method:\\\"POST\\\",headers:m(m(\\\"Content-Type\\\":\\\"application/json\\\"},\\\"string\\\"==typeof i?{\\\"X-
CSRF-Token\\\":i}:{}},\\\"string\\\"==typeof o?{\\\"X-Oath-YmReqId\\\":o}:{}},body:void
0!==r?JSON.stringify(r):null,credentials:\\\"include\\\"}).then((function(e){return
e.text().then((function(t){Nn({status:e.status,responseText:t,ymreqid:o},n)}))}))})(({url:\\\"https://graviton-user-
gateway.media.yahoo.com/api/user/v1/declared/reactions/TOOLTIP/DIALOG?appId=yahoo_fp\\\",crumb:n.crumb,body:Rn},(function(){console.log(\\\"record
updated\\\")})))})};if(t.tooltipClose&&t.mailTooltip&&(On({url:\\\"https://graviton-user-
gateway.media.yahoo.com/api/user/v1/declared/reactions/TOOLTIP?appId=yahoo_fp&reactionGroups=DIALOG&itemIds=ybar-mail-
banner\\\"},(function(e,n){var o,i,r=null===(o=document.getElementById(\\\"ybar\\\"))||void 0===o?void 0:o.hasAttribute(\\\"data-mc\\\");if(null==n?void
0:n.userReactions[0]){var a=t.mailTooltip;(null==n?void
0:n.userReactions[0]).reactionList.length&&!r?null==a||a.remove():(null==a||a.classList.add(\\\"\\\".concat(An)),f(),(null===(i=t.mailTooltip)||void 0===i?void
0:i.classList.contains(\\\"no-
fade\\\"))||setTimeout((function(){h(t)}),1e4)}})),t.tooltipClose.addEventListener(\\\"click\\\",(function(){h(t)})),t.sidenavBtn&&t.closeBtn){if(function(e,n,t,o,
i){var r,a;void 0===i&&(i=!1);var s=e||document.body,c=document.createElement(\\\"div\\\");c.classList.add(Mn.overlay),c.setAttribute(\\\"data-
hidden\\\",\\\"true\\\"),i&&c.classList.add(Mn[\\\"fade-in-out\\\"]),null==(a=null===(r=s.parentNode)||void 0===r?void 0:r.parentNode)||void
0===a||a.appendChild(c),s.classList.add(Mn.animation);var l=document.documentElement,d=!0,u=0,p=function(){d=!d,c.setAttribute(\\\"data-
hidden\\\",\\\"\\\".concat(d)),null==l||l.classList.toggle(\\\"ybar-overlay\\\"),document.body.classList.toggle(Mn.noscroll,!d),s.classList.toggle(Mn[n+\\\"-
open\\\"],!d),d?(c.scrollTop=0,t.triggerEvent(\\\"yb-overlay-
closed\\\")):null==o||o.focus(),0===u&&(u=1,setTimeout((function(){ee()}),300))};t.onDestroy((function(){var e,n;null==(n=null===(e=s.parentNode)||void
0===e?void 0:e.parentNode)||void 0===n||n.removeChild(c),s.classList.remove(Mn.animation),d||p()})),t.addEventListener(s,\\\"toggle-
overlay\\\",(function(){p()})),t.addEventListener(c,\\\"mousedown\\\",(function(){p()})),(t.menu,\\\"left\\\",e,void 0,!0),e.addEventListener(\\\"yb-overlay-
closed\\\",(function(){c(t,!1)})),e.addEventListener(t.sidenavBtn,\\\"click\\\",(function(){document.getElementById(\\\"_yb_mail-
tooltip\\\")&&h(t),function(e){var
n=e.menu,t=e.sidenavBtn,o=e.sidenav,i={sec:\\\"ybar\\\",slk:\\\"hamburger\\\",elm:\\\"expand\\\",pkgt:\\\"top\\\",subsec:\\\"navrail\\\",itc:\\\"1\\\"};if(n&&t&&o){
```

229

o.style.display=\\\"flex\\\",n.dispatchEvent(new CustomEvent(\\\"toggle-overlay\\\")),t.setAttribute(\\\"aria-
expanded\\\",\\\"true\\\")},i.elm=\\\"expand\\\",Q(\\\"ybar\\\",i.slk,\\\"\\\",i);var r=n.querySelector(\\\".\\\".concat(yn)),a=null==r?void
0:r.querySelector(\\\"ul\\\");r&&a&&p(a,r),o.scrollTop=0}}(t)})),e.addElementListener(t.closeBtn,\\\"click\\\",(function(){c(t,!0)})),t.sections)Array.from(t.sectio
ns).forEach((function(n){var o=n.querySelector(\\\"h3\\\"),i=n.querySelector(\\\"ul\\\"),r=n.querySelector(\\\"a\\\"),a=null==o?void
0:o.classList.contains(\\\"\\\".concat(wn)),s=null==o?void
0:o.getElementsByClassName(\\\"\\\".concat(Ln))[0],c=function(e){u(e,n),n.classList.remove(\\\"\\\".concat(sn)),setTimeout((function(){n.classList.contains(\\\"\
\\\".concat(sn))||n.classList.add(\\\"\\\".concat(on))}),0)},d=function(e){n.classList.remove(\\\"\\\".concat(on)),n.classList.add(\\\"\\\".concat(sn)),p(e,n)};o&&i&&
e.addElementListener(s,\\\"click\\\",(function(){var e={sec:\\\"ybar\\\",slk:o.innerText,pkgt:\\\"side-
nav\\\",elm:\\\"close\\\",subsec:\\\"navrail\\\",itc:\\\"1\\\"};if(n.classList.contains(\\\"\\\".concat(sn)))return c(i),void
Q(\\\"ybar\\\",e.slk,\\\"\\\",e);d(i),e.elm=\\\"expand\\\",Q(\\\"ybar\\\",e.slk,\\\"\\\",e)})),o&&i&&a&&e.addElementListener(o,\\\"click\\\",(function(){var
e={sec:\\\"ybar\\\",slk:o.innerText,pkgt:\\\"side-nav\\\",elm:\\\"close\\\",subsec:\\\"navrail\\\",itc:\\\"1\\\"};if(n.classList.contains(\\\"\\\".concat(sn)))return c(i),void
Q(\\\"ybar\\\",e.slk,\\\"\\\",e);d(i),e.elm=\\\"expand\\\",Q(\\\"ybar\\\",e.slk,\\\"\\\",e)})),o&&a&&e.addElementListener(o,\\\"keydown\\\",(function(e){13===e
.keyCode&&o.click()})),o&&i&&e.addElementListener(s,\\\"keydown\\\",(function(e){var t=e.keyCode;e.stopPropagation();var
r={sec:\\\"ybar\\\",slk:o.innerText,pkgt:\\\"side-
nav\\\",elm:\\\"close\\\",subsec:\\\"navrail\\\",itc:\\\"1\\\"};if(13===t&&n.classList.contains(\\\"\\\".concat(sn)))return c(i),void
Q(\\\"ybar\\\",r.slk,\\\"\\\",r);13===t&&(d(i),r.elm=\\\"expand\\\",Q(\\\"ybar\\\",r.slk,\\\"\\\",r))})),o&&i&&!a&&e.addElementListener(o,\\\"keydown\\\",(function
(e){13===e.keyCode&&(null==r||r.click())}));var m=n.querySelectorAll(\\\".\\\".concat(dn));m&&Array.from(m).forEach((function(n){var
o=n.querySelector(\\\".\\\".concat(hn)),i=n.querySelector(\\\".\\\".concat(mn)),r=n.querySelector(\\\".\\\".concat(nn)),s=(nul
l==r?void 0:r.innerText)||\\\"\\\",c=n.querySelector(\\\"button.\\\".concat(vn)),d=function(e){var n=e.sections;n&&Array.from(n).forEach((function(e){var
n=e.classList.contains(\\\"\\\".concat(an)),t=e.classList.contains(\\\"\\\".concat(sn));if(n&&t){e.classList.replace(\\\"\\\".concat(sn),\\\"\\\".concat(on));var
o=e.querySelector(\\\"ul.\\\".concat(pn));o&&u(o,e)}}))};o&&a&&i&&(e.addElementListener(i,\\\"click\\\",(function(){l(o,t,s),d(t)})),e.addElementListener(c,\\\"
click\\\",(function(){l(o,t,s),d(t)})),e.addElementListener(a,\\\"click\\\",(function(){l(o,t,\\\"close-back-
btn\\\")})))})),window.addEventListener(\\\"keyup\\\",(function(e){27===e.keyCode&&c(t,!0)})}}t.mailUnread&&function(e,n){var
o=t.mailUnread,i=t.sidenavBtn;n.fetchCount().then((function(n){if(o&&n>0){if(o&&i){var t=n>99;o.classList.add(\\\"\\\".concat(Cn)),i.classList.add(\\\"count-
loaded\\\"),o.textContent=t?\\\"99+\\\":n+\\\"\\\",t?o.classList.add(\\\"\\\".concat(kn)):n>=10&&o.classList.add(\\\"\\\".concat(En))}e.onDestroy((function(){o&&(
o.textContent=\\\"\\\")}))}}))}(e,s)});var Dn=\\\"_yb_othpab\\\",Hn=function(e,n){var
t;n.logoImages&&(t=n.logoImages).length>0&&Array.prototype.forEach.call(t,(function(e){e.onerror=function(){e.onerror=null,e.style.display=\\\"none\\\"}})),
n.wrapper&&(function(e,n){e&&(Ce(\\\"#ybar-logo\\\",\\\"#ybar-logo\\\",n),n.onDestroy((function(){e.classList.remove(\\\"ybar-show-
outline\\\"),e.classList.remove(\\\"ybar-hide-
outline\\\")})))}(n.wrapper,e),function(e,n){n&&e.addElementListener(n,\\\"click\\\",(function(){e.triggerEvent(\\\"logo-click\\\")}))}(e,n.wrapper))};ye(\\\"ybar-
mod-logo\\\",(function(e){var n={wrapper:document.getElementById(\\\"ybar-
logo\\\"),logoImages:document.querySelectorAll(\\\".\\\".concat(Dn))};Hn(e,n)}));var Un=\\\"dropdown-open\\\",\\\"_yb_8fq7n4\\\",\\\"merchant-is-
selected\\\":\\\"_yb_1mypadn\\\",overlay:\\\"_yb_e1uxm0\\\",\\\"selected-merchant-clear-button\\\":\\\"_yb_ic4gib\\\",\\\"shops-
buttons\\\":\\\"_yb_1h0mtxp\\\",\\\"styled-select\\\":\\\"_yb_o5t3k4\\\",tooltip:\\\"_yb_esa0zr\\\",\\\"tooltip-
show\\\":\\\"_yb_swmrms\\\",\\\"tooltip_text\\\":\\\"_yb_1soxi2i\\\",tooltip_voice:\\\"_yb_1be1vbl\\\",tooltip_web:\\\"_yb_1wqmnlj\\\",dark:\\\"_yb_18kqbfy\\\",dark
er:\\\"_yb_ehtxkp\\\",light:\\\"_yb_1dzgyek\\\",midnight60:\\\"_yb_ed0cmg\\\",\\\"search-input-uh3-hover\\\":\\\"_yb_1exwbcf\\\",\\\"search-input-uh3-focus-
visible\\\":\\\"_yb_11y7mp2\\\",\\\"sa-btn-bar\\\":\\\"_yb_1p0iv2h\\\",\\\"searchbox-icon-
uh3\\\":\\\"_yb_ica2jw\\\",empty:\\\"_yb_1e1vn6v\\\"},Ŷn=function(e,n){var t=Math.max(e,n),o=Math.min(e,n),i=Math.abs(t-o);return y([],v(new
Array(i+1)),!1).map((function(e,n){return o+n}))},zn=function(e,n,t){var o=e.getConfig().bucketConfig,i=(void 0===o?{}:o).enable_search_ui,r=void
0!==i&&i;if(n.ybar){n.ybar.classList.add(\\\"ybar-searchbox-assist-fullscreen\\\"),document.documentElement.classList.add(\\\"ybar-

overlay\\\\"),document.body.classList.add(\\\\"ybar-overlay-
noscroll\\\\");Q(\\\\"ybar\\\\",\\\\"websrch\\\\",\\\\"\\\\",{elm:\\\\"expand\\\\",subsec:\\\\"searchbox\\\\",itc:\\\\"1\\\\"}),setTimeout((function(){n.searchInput instanceof
HTMLInputElement&&(t&&(n.searchInput.value=t),n.searchInput.focus(),r&&window.YAHOO&&window.YAHOO.SA&&window.YAHOO.SA.apps&&wind
ow.YAHOO.SA.apps[0]&&window.YAHOO.SA.apps[0].view&&!window.YAHOO.SA.apps[0].view.shown&&window.YAHOO.SA.apps[0].view.show())}))}}},
Fn=function(e){var n;null===(n=e.ybar)||void 0===n||n.classList.remove(\\\\"ybar-searchbox-assist-
fullscreen\\\\"),document.documentElement.classList.remove(\\\\"ybar-overlay\\\\"),document.body.classList.remove(\\\\"ybar-overlay-noscroll\\\\"),e.searchInput
instanceof HTMLInputElement&&(e.searchInput.value=\\\\"\\\\",e.searchInput.blur())},jn=function(e,n){var
t=e.getConfig();\\\\"smartphone\\\\"===t.device&&(\\\\"finance\\\\"===t.property&&\\\\"crunch\\\\"===t.ytheme&&e.addElementListener(n.searchInput,\\\\"click\\\\",(
function(){var
t,o;t=\\\\"search_input_focus_click\\\\",null!==(o=ie())&&(ne[t]||(ne[t]=o)),e.addElementListener(n.searchForm,\\\\"click\\\\",(function(){if(n.ybar){if(n.ybar.classLi
st.contains(\\\\"ybar-searchbox-assist-fullscreen\\\\"))return;n.ybar.classList.add(\\\\"ybar-searchbox-assist-fullscreen\\\\"),n.ybar.classList.add(\\\\"ybar-searchbox-
assist-fadein\\\\")}if(!document.documentElement.classList.contains(\\\\"ybar-overlay\\\\")){document.documentElement.classList.toggle(\\\\"ybar-
overlay\\\\"),document.body.classList.add(\\\\"ybar-overlay-
noscroll\\\\");Q(\\\\"ybar\\\\",\\\\"websrch\\\\",\\\\"\\\\",{elm:\\\\"expand\\\\",subsec:\\\\"searchbox\\\\",itc:\\\\"1\\\\"})}}))})),e.addElementListener(n.searchBoxPlaceholder,\\
\"click\\\\",(function(){zn(e,n)})),e.addElementListener(n.searchBoxPlaceholder,\\\\"keydown\\\\",(function(t){var
o=t,i=o.keyCode,r=o.key,a=Yn(65,90),s=y(y([],v(Yn(58,57)),!1),v(Yn(96,105)),!1),c=y(y([],v(a),!1),v(s),!1).includes(i);(32===i||13===i||c)&&(t.preventDefault
(),t.stopPropagation(),zn(e,n,c?r:\\\\"\\\\"))}),n.searchBoxBackButton&&(e.addElementListener(n.searchBoxBackButton,\\\\"click\\\\",(function(e){e.stopPropagati
on(),window.YAHOO&&window.YAHOO.SA&&window.YAHOO.SA.apps&&window.YAHOO.SA.apps[0]&&(window.YAHOO.SA.apps[0].view.resetQuery
(),window.YAHOO.SA.apps[0].view.hide()),Fn(n);Q(\\\\"ybar\\\\",\\\\"back-close-
srch\\\\",\\\\"\\\\",{elm:\\\\"btn\\\\",subsec:\\\\"searchbox\\\\",itc:\\\\"1\\\\"})})),e.addElementListener(n.searchInput,\\\\"keyup\\\\",(function(e){e.stopPropagation();27===
e.keyCode&&(e.stopPropagation(),Fn(n))})),e.addEventListener(\\\\"viewerClosed\\\\",(function(){Fn(n)}))},e.onDestroy((function(){Fn(n)}))},Gn=function(){f
unction e(e,n,t){n&&(this.ybar=e,this.elem=n,this.options=t,this.show=this.show.bind(this),this.hide=this.hide.bind(this),this.addEventListeners())}return
Object.defineProperty(e.prototype,\\\\"tooltip\\\\",{get:function(){var e=this;return
this.tooltipMarkup||(this.tooltipMarkup=this.createTooltip(),(this.options.tooltipParentElm||this.elem).appendChild(this.tooltipMarkup),this.ybar.onDestroy((func
tion(){var n,t;null===(t=null===(n=e.tooltipMarkup)||void 0===n?void 0:n.parentNode)||void
0===t||t.removeChild(e.tooltipMarkup)}))),this.tooltipMarkup},enumerable:!1,configurable:!0}),e.prototype.show=function(){this.tooltip.classList.add(this.optio
ns.showClass)},e.prototype.hide=function(){this.tooltip.classList.remove(this.options.showClass)},e.prototype.addEventListeners=function(){this.ybar.addElem
entListener(this.elem,\\\\"mouseenter\\\\",this.show),this.ybar.addElementListener(this.elem,\\\\"focus\\\\",this.show),this.ybar.addElementListener(this.elem,\\\\"mou
seleave\\\\",this.hide),this.ybar.addElementListener(this.elem,\\\\"blur\\\\",this.hide)},e.prototype.createTooltip=function(){var
e=document.createElement(\\\\"div\\\\");e.className=this.options.containerClass||\\\\"\\\\";var n=document.createElement(\\\\"p\\\\");return
n.textContent=this.options.label,n.className=this.options.textClass||\\\\"\\\\",e.appendChild(n),e},e}(),!function(){var
e,n,t,o,i,r,a,s,c,l,d,u,p,m,h,f={516:function(e,n,t){var o,i,r,a;e.exports=(o=t(336),i=\\\\"default\\\\",r=function(e){return e.reduce((function(e,n){return
e[n.id]=n.defaultMessage,e},{})},((a=function(e){var n;this.lang=(n=e&&e.lang,-
1!==o.indexOf(n)?e.lang:i)}).langMap={})[i]=r(t(559)),a.setLangMap=function(e,n){e&&n&&(a.langMap[e]=r(n))},a.prototype={t:function(e){switch(!0){case
Boolean(a.langMap&&a.langMap[this.lang]&&a.langMap[this.lang][e]):return a.langMap[this.lang][e];case
Boolean(a.langMap&&a.langMap[i]&&a.langMap[i][e]):return a.langMap[i][e];default:return\\\\"\\\\"}}},a)},383:function(e,n,t){var
o=t(645),i=t.n(o)();(function(e){return e[1]})),i.push([e.id,'/* Sprites */\\\\n#spchp.permission-guide .guide .microphone .sprite,\\\\n#spchp .close-
button,\\\\n#spch .close-button,\\\\n#spch .spchc .microphone,\\\\n#spch .spchc .speaking .microphone {\\\\n   background-image:
url(\\\\"https://s.yimg.com/pv/static/img/voiceSearch1x-1620383531565.min.png\\\\");\\\\n   background-repeat: no-repeat;\\\\n   background-size: initial;\\\\n
color: transparent;\\\\n}\\\\n/* Retina displays */\\\\n@media\\\\n      only screen and (min-device-pixel-ratio: 2),\\\\n      only screen and (-webkit-min-device-

pixel-ratio: 2),\\\n      only screen and (min-resolution: 192dpi),\\\n      only screen and (min-resolution: 2dppx) {\\\n#spchp.permission-guide .guide .microphone .sprite,\\\n#spchp .close-button,\\\n#spch .close-button,\\\n#spch .spchc .microphone,\\\n#spch .spchc .speaking .microphone {\\\n background-size: 41px 330px;\\\n      background-image: url(\\\"https://s.yimg.com/pv/static/img/voiceSearch2x-1620383531565.min.png\\\")\\\n}\\\n }\\\n\\\n/* permission guide */\\\n#spchp.permission-guide {\\\n  height: 100%;\\\n  width: 100%;\\\n  padding: 0;\\\n  opacity: 0.9;\\\n  background-color: #fff;\\\n  left: 0;\\\n  overflow: hidden;\\\n  position: fixed;\\\n  text-align: left;\\\n  top: 0;\\\n  z-index: 10000;\\\n  transition: visibility 0s linear 0.218s, background-color 0.218s;\\\n}\\\n#spchp.permission-guide .close-button {\\\n      background-position: 0 0;\\\n      width: 24px;\\\n height: 24px;\\\n      border: none;\\\n      cursor: pointer;\\\n      right: 0;\\\n      margin: 20px;\\\n      padding: 0;\\\n      position: absolute;\\\n      top: 0;\\\n      z-index: 10;\\\n      opacity: 0.8;\\\n   }\\\n#spchp.permission-guide .close-button:hover {\\\n      opacity: 1;\\\n   }\\\n#spchp.permission-guide .guide {\\\n      margin: 191px 0 0 507px;\\\n   }\\\n#spchp.permission-guide .guide .microphone {\\\n      height: 68px;\\\n      width: 52px;\\\n border-right: 1px solid #232a31;\\\n      float: left;\\\n   }\\\n#spchp.permission-guide .guide .microphone .sprite {\\\n      background-position: 0 -105px;\\\n      width: 28px;\\\n      height: 28px;\\\n   }\\\n#spchp.permission-guide .guide .guide-text {\\\n      height: 68px;\\\n margin-left: 24px;\\\n      float: left;\\\n   }\\\n#spchp.permission-guide .guide .guide-text .title {\\\n      color: #232a31;\\\n      font-size: 32px;\\\n      font-family: HelveticaNeue-Bold;\\\n      line-height: 28px;\\\n      margin-bottom: 16px;\\\n   }\\\n#spchp.permission-guide .guide .guide-text .text {\\\n      color: #232a31;\\\n      font-size: 16px;\\\n      line-height: 28px;\\\n   }\\\n#spchp.permission-guide.hide {\\\n      display: none;\\\n   }\\\n\\\n/* speech panel */\\\n#spch.spch {\\\n  background: #fff;\\\n  height: 100%;\\\n  left: 0;\\\n  opacity: 0;\\\n  overflow: hidden;\\\n  position: fixed;\\\n  text-align: left;\\\n  top: 0;\\\n  visibility: hidden;\\\n  width: 100%;\\\n  z-index: 10000;\\\n transition: visibility 0s linear 0.218s, background-color 0.218s;\\\n}\\\n#spch.spch .close-button {\\\n      background-position: 0 0;\\\n      width: 24px;\\\n height: 24px;\\\n      border: none;\\\n      cursor: pointer;\\\n      right: 0;\\\n      margin: 20px;\\\n      padding: 0;\\\n      position: absolute;\\\n      top: 0;\\\n      z-index: 10;\\\n      opacity: 0.8;\\\n   }\\\n#spch.spch .close-button:hover {\\\n      opacity: 1;\\\n   }\\\n#spch.spch .spchc {\\\n display: block;\\\n  height: 97px;\\\n      pointer-events: none;\\\n   }\\\n#spch.spch .spchc .inner-container {\\\n  width: 100%;\\\n      height: 100%;\\\n      opacity: 0.1;\\\n      pointer-events: none;\\\n      transition: opacity 0.318s ease-in;\\\n   }\\\n#spch.spch .spchc .inner-container .spch-control {\\\n      display: inline-block;\\\n   }\\\n#spch.spch .spchc .inner-container .text-container {\\\n      float: left;\\\n height: 91px;\\\n      overflow: hidden;\\\n      margin: 3px 0;\\\n      pointer-events: none;\\\n      width: calc(50% - 48.5px);\\\n }\\\n#spch.spch .spchc .inner-container .text-container p {\\\n      display: table-cell;\\\n      vertical-align: middle;\\\n      width: 550px;\\\n      height: 97px;\\\n   }\\\n#spch.spch .spchc .inner-container .text-container .spcht {\\\n      font-weight: normal;\\\n color: #6e7780;\\\n      line-height: normal;\\\n      opacity: 0;\\\n      pointer-events: none;\\\n      text-align: left;\\\n -webkit-font-smoothing: antialiased;\\\n      transition: opacity 0.1s ease-in, margin-left 0.5s ease-in, top 0s linear 0.218s;\\\n   }\\\n#spch.spch .spchc .inner-container .text-container .spcht.hide {\\\n      display: none;\\\n   }\\\n#spch.spch .spchc .inner-container .text-container #spcht-retry {\\\n      color: #0f69ff;\\\n      cursor: pointer;\\\n      pointer-events: auto;\\\n   }\\\n#spch.spch .spchc .inner-container .button-container {\\\n      pointer-events: none;\\\n      position: relative;\\\n      transition: transform 0.218s, opacity 0.218s ease-in;\\\n   }\\\n#spch.spch .spchc .inner-container .button-container .button {\\\n      background-color: #fff;\\\n      border: 1px solid #eee;\\\n      border-radius: 100%;\\\n      bottom: 0;\\\n      box-shadow: 0 2px 5px rgb(0 0 0 / 10%);\\\n      cursor: pointer;\\\n      display: inline-block;\\\n      left: 0;\\\n      opacity: 0;\\\n      pointer-events: none;\\\n      position: absolute;\\\n      right: 0;\\\n      top: 0;\\\n      transition: background-color 0.218s, border 0.218s, box-shadow 0.218s;\\\n }\\\n#spch.spch .spchc .inner-container .button-container .button .microphone {\\\n      background-position: 0 -24px;\\\n      width: 41px;\\\n      height: 41px;\\\n      left: 27px;\\\n      pointer-events: none;\\\n      position: absolute;\\\n top: 27px;\\\n      transform: scale(1);\\\n   }\\\n#spch.spch .spchc .inner-container .button-container.listening .ripple {\\\n position: absolute;\\\n      width: 136px;\\\n      height: 136px;\\\n      z-index: -1;\\\n      left: 50%;\\\n top: 50%;\\\n      opacity: 0;\\\n      margin: -70px 0 0 -70px;\\\n      border-radius: 100px;\\\n      animation: ripple 3.3s infinite;\\\n      background-color: #fff !important;\\\n      border: 2px solid #e0e4e9;\\\n   }\\\n#spch.spch .spchc .inner-

container .button-container.listening .ripple:nth-child(2) {\\\n                          animation-delay: 1.1s;\\\n                          }\\\n#spch.spch .spchc .inner-container
.button-container.listening .ripple:nth-child(3) {\\\n                          animation-delay: 2.2s;\\\n                          }\\\n#spch.spch .spchc .inner-container .button-
container.speaking .button {\\\n                          background-color: #0f69ff;\\\n                          }\\\n#spch.spch .spchc .inner-container .button-container.speaking
.button .microphone {\\\n                          background-position: 0 -65px;\\\n                          width: 40px;\\\n                          height: 40px;\\\n
pointer-events: none;\\\n                          position: absolute;\\\n                          transform: scale(1);\\\n                          }\\\n#spch.spch .spchc .inner-container
.button-container.speaking .ripple {\\\n                          background-size: 114px;\\\n                          position: absolute;\\\n                          width: 114px;\\\n
height: 114px;\\\n                          z-index: -1;\\\n                          left: 50%;\\\n                          top: 50%;\\\n                          margin: -57px 0 0 -57px;\\\n
animation: speakingRipple1 2s infinite;\\\n                          }\\\n#spch.spch .spchc .inner-container .button-container.speaking .ripple:nth-child(2) {\\\n
background-size: 123px;\\\n                          width: 123px;\\\n                          height: 123px;\\\n                          margin: -62px 0 0 -62px;\\\n
animation: speakingRipple2 2s infinite;\\\n                          }\\\n#spch.spch .spchc .inner-container .button-container.speaking .ripple:nth-child(3) {\\\n
background-size: 136px;\\\n                          width: 136px;\\\n                          height: 136px;\\\n                          margin: -68px 0 0 -68px;\\\n
animation: speakingRipple3 2s infinite;\\\n                          }\\\n#spch.spch .spcho {\\\n                          background-image: linear-gradient(to bottom, rgb(255 255 255)
50%, rgb(255 255 255 / 0%) 99%);\\\n                          display: block;\\\n                          min-width: 100%;\\\n                          text-align: center;\\\n                          top: 145px;\\\n                          padding-bottom:
71px;\\\n                          pointer-events: auto;\\\n                          }\\\n#spch.spch .spcho #spch-trending {\\\n                          animation: fadeIn 1s forwards;\\\n                          opacity: 0;\\\n
}\\\n#spch.spch .spcho #spch-trending .trending {\\\n                          color: #6e7780;\\\n                          display: inline-block;\\\n                          font-size: 16px;\\\n
}\\\n#spch.spch .spcho #spch-trending #trending-label {\\\n                          font-weight: bold;\\\n                          margin: 5px;\\\n                          }\\\n#spch.spch .spcho #spch-
trending.hide {\\\n                          display: none;\\\n                          }\\\n#spch.spch.s2tb .spchc, #spch.spch.s2tb-h .spchc {\\\n                          background: #fff;\\\n                          box-
sizing: border-box;\\\n                          box-shadow: 0 2px 6px rgb(0 0 0 / 20%);\\\n                          height: auto;\\\n                          margin: 0;\\\n                          min-width: 100%;\\\n
overflow: hidden;\\\n                          padding: 24px 115px;\\\n                          }\\\n#spch.spch.s2tb .spchc .inner-container, #spch.spch.s2tb-h .spchc .inner-container {\\\n
opacity: 1;\\\n                          transition: opacity 0.318s ease-in;\\\n                          }\\\n#spch.spch.s2tb .spchc .inner-container .text-container, #spch.spch.s2tb-h .spchc
.inner-container .text-container {\\\n                          position: relative;\\\n                          }\\\n#spch.spch.s2tb .spchc {\\\n                          background: rgb(255 255 255 / 0%);\\\n
opacity: 1;\\\n                          visibility: visible;\\\n                          transition-delay: 0s;\\\n                          }\\\n#spch.spch.s2tb .spchc .inner-container .button-container {\\\n
transform: scale(1);\\\n                          height: 97px;\\\n                          right: 0;\\\n                          top: 0;\\\n                          width: 97px;\\\n                          }\\\n#spch.spch.s2tb
.spchc .inner-container .button-container .button {\\\n                          opacity: 1;\\\n                          pointer-events: auto;\\\n                          position: absolute;\\\n
transform: scale(1);\\\n                          transition-delay: 0;\\\n                          }\\\n#spch.spch.s2tb .spchc .inner-container .text-container .spcht {\\\n
font-size: 24px;\\\n                          margin-left: 0;\\\n                          }\\\n                          transition: opacity 0.5s ease-out, margin-left 0.5s ease-out;\\\n
}\\\n#spch.spch.s2tb #spch-overlay {\\\n                          -webkit-backdrop-filter: blur(10px);\\\n                          backdrop-filter: blur(10px);\\\n                          background-color:
#fff;\\\n                          height: 100%;\\\n                          opacity: 0.9;\\\n                          position: absolute;\\\n                          top: 149px;\\\n\\\n                          /* spchc\'s height */\\\n
width: 100%;\\\n                          }\\\n#spch.spch.disable-blur-overlay #spch-overlay {\\\n                          background-color: transparent;\\\n\\\n                          /* stylelint-disable-next-
line property-no-vendor-prefix */\\\n                          -webkit-backdrop-filter: none;\\\n                          backdrop-filter: none;\\\n                          }\\\n#spch.spch.disable-blur-overlay .spcho
{\\\n                          height: 27px;\\\n                          padding-bottom: 20px;\\\n                          background: #fff;\\\n                          background-image: none;\\\n\\\n                          /* stylelint-disable-
next-line property-no-vendor-prefix */\\\n                          }\\\n                          /* stylelint-disable-next-line property-no-vendor-prefix */\\\n                          box-shadow: 0 8px 6px -6px rgb(0 0 0
/ 20%);\\\n                          }\\\n#spch.spch.s2tb-h {\\\n                          background: rgb(255 255 255 / 0%);\\\n                          opacity: 0;\\\n                          visibility: hidden;\\\n                          }\\\n\\\n/* stylelint-
disable-next-line keyframes-name-pattern */\\\n@keyframes fadeIn {\\\n                          0% {\\\n                          opacity: 0;\\\n                          }\\\n                          100% {\\\n                          opacity: 1;\\\n
}\\\n\\\n/n/* stylelint-disable-next-line keyframes-name-pattern */\\\n@keyframes ripple {\\\n                          0% {\\\n                          opacity: 1;\\\n                          transform: scale(0.7);\\\n
}\\\n\\\n                          100% {\\\n                          opacity: 0;\\\n                          transform: scale(1);\\\n                          }\\\n}\\\n\\\n/n/* stylelint-disable-next-line keyframes-name-pattern */\\\n@keyframes
speakingRipple1 {\\\n                          0%,\\\n                          100% {\\\n                          background-image: url(\\\"https://s.yimg.com/pv/static/img/ripple1-1-202105260611.png\\\");\\\n                          }\\\n                          75% {\\\n
25%,\\\n                          75% {\\\n                          background-image: url(\\\"https://s.yimg.com/pv/static/img/ripple1-2-202105260611.png\\\");\\\n                          transform: scale(1.1);\\\n                          }\\\n
}\\\n\\\n/n                          50% {\\\n                          background-image: url(\\\"https://s.yimg.com/pv/static/img/ripple1-3-202105260611.png\\\");\\\n                          transform: scale(0.9);\\\n
}\\\n}\\\n\\\n/n\\\n/* stylelint-disable-next-line keyframes-name-pattern */\\\n@keyframes speakingRipple2 {\\\n                          0%,\\\n                          100% {\\\n                          background-image:

```
none;\\\n  }\\\n\n\n  25%,\\\n  75% {\\\n    background-image: url(\\\"https://s.yimg.com/pv/static/img/ripple2-2-202105260611.png\\\");\\\n
transform: scale(1.1);\\\n  }\\\n\n\n  50% {\\\n    background-image: url(\\\"https://s.yimg.com/pv/static/img/ripple2-3-202105260611.png\\\");\\\n
transform: scale(0.9);\\\n  }\\\n}\\\n\n\n/* stylelint-disable-next-line keyframes-name-pattern */\\\n@keyframes speakingRipple3 {\\\n  0%,\\\n  25%,\\\n
75%,\\\n  100% {\\\n    background-image: none;\\\n  }\\\n\n\n  50% {\\\n    background-image: url(\\\"https://s.yimg.com/pv/static/img/ripple3-3-
202105260611.png\\\");\\\n    transform: scale(0.9);\\\n  }\\\n}\\\n'\\\n'])},n.Z=i},645:function(e){e.exports=function(e){var n=[];return
n.toString=function(){return this.map((function(n){var t=e(n);return n[2]?\\\"@media \\\".concat(n[2],\\\"
{\\\"}.concat(t,\\\"}\\\"):t})).join(\\\"\\\")}},n.i=function(e,t,o){\\\"string\\\"==typeof e&&(e=[[null,e,\\\"\\\"]]);var i={};if(o)for(var r=0;r\u003Cthis.length;r++){var
a=this[r][0];null!=a&&(i[a]=!0)}for(var s=0;s\u003Ce.length;s++){var c=[].concat(e[s]);o&&i[c[0]]||(t&&(c[2]?c[2]=\\\"\\\".concat(t,\\\" and
\\\").concat(c[2]):c[2]=t),n.push(c))}},n}},379:function(e){var n=[];function t(e){for(var t=-1,o=0;o\u003Cn.length;o++)if(n[o].identifier===e){t=o;break}return
t}function o(e,o){for(var r={},a=[],s=0;s\u003Ce.length;s++){var c=e[s],l=o.base?c[0]+o.base:c[0],d=r[l]||0,u=\\\"\\\".concat(d);r[l]=d+1;var
p=t(u),m={css:c[1],media:c[2],sourceMap:c[3],supports:c[4],layer:c[5]};if(-1!==p)n[p].references++,n[p].updater(m);else{var
h=i(m,o);o.byIndex=s,n.splice(s,0,{identifier:u,updater:h,references:1})}},a.push(u)}return i(e,n){var t=n.domAPI(n);t.update(e);return
function(n){if(n){if(n.css===e.css&&n.media===e.media&&n.sourceMap===e.sourceMap&&n.supports===e.supports&&n.layer===e.layer)return;t.update(e=
n)}else t.remove()}}e.exports=function(e,i){var r=o(e=e||[],i=i||{});return function(e){e=e||[];for(var a=0;a\u003Cr.length;a++){var s=t(r[a]);n[s].references--
}for(var c=o(e,i),l=0;l\u003Cr.length;l++){var d=t(r[l]);0===n[d].references&&(n[d].updater(),n.splice(d,1))}r=c}}},569:function(e){var
n={};e.exports=function(e,t){var o=function(e){if(void 0===n[e]){var t=document.querySelector(e);if(window.HTMLIFrameElement&&t instanceof
window.HTMLIFrameElement)try{t=t.contentDocument.head}catch(e){t=null}n[e]=t}return n[e]}(e);if(!o)throw new Error(\\\"Couldn't find a style target. This
probably means that the value for the 'insert' parameter is invalid.\\\");o.appendChild(t)}},216:function(e){e.exports=function(e){var
n=document.createElement(\\\"style\\\");return e.setAttributes(n,e.attributes),e.insert(n,e.options),n}},565:function(e,n,t){e.exports=function(e){var
n=t.nc;n&&e.setAttribute(\\\"nonce\\\",n)}},795:function(e){e.exports=function(e){if(\\\"undefined\\\"==typeof
document)return{update:function(){},remove:function(){}};var n=e.insertStyleElement(e);return{update:function(t){!function(e,n,t){var
o=\\\"\\\";t.supports&&(o+=\\\"@supports (\\\".concat(t.supports,\\\") \\\")),t.media&&(o+=\\\"@media \\\".concat(t.media,\\\" {\\\"));var i=void
0!==t.layer;i&&(o+=\\\"@layer\\\".concat(t.layer.length>0?\\\" \\\".concat(t.layer):\\\"\\\",\\\"
{\\\")),o+=t.css,i&&(o+=\\\"}\\\"),t.media&&(o+=\\\"}\\\"),t.supports&&(o+=\\\"}\\\");var r=t.sourceMap;r&&\\\"undefined\\\"!=typeof btoa&&(o+=\\\"\\\n/*#
sourceMappingURL=data:application/json;base64,\\\".concat(btoa(unescape(encodeURIComponent(JSON.stringify(r)))),\\\"
*/\\\")),n.styleTagTransform(o,e,n.options)}(e,n,t)},remove:function(){!function(e){if(null===e.parentNode)return!1;e.parentNode.removeChild(e)}(n)}}}},589:
function(e){e.exports=function(e,n){if(n.styleSheet)n.styleSheet.cssText=e;else{for(;n.firstChild;)n.removeChild(n.firstChild);n.appendChild(document.createTe
xtNode(e))}}},559:function(e){e.exports=JSON.parse('[{\\\"id\\\":\\\"search.voice.hover_clear_text\\\",\\\"description\\\":\\\"\\\",\\\"defaultMessage\\\":\\\"Clear
\"},{\\\"id\\\":\\\"search.voice.hover_search_text\\\",\\\"description\\\":\\\"\\\",\\\"defaultMessage\\\":\\\"Search the
web\\\"},{\\\"id\\\":\\\"search.voice.hover_voice_text\\\",\\\"description\\\":\\\"\\\",\\\"defaultMessage\\\":\\\"Search by
voice\\\"},{\\\"id\\\":\\\"search.voice.permission_text\\\",\\\"description\\\":\\\"\\\",\\\"defaultMessage\\\":\\\"Allow microphone access to enable voice
search\\\"},{\\\"id\\\":\\\"search.voice.permission_title\\\",\\\"description\\\":\\\"\\\",\\\"defaultMessage\\\":\\\"Waiting for
permission\\\"},{\\\"id\\\":\\\"search.voice.recognition_error\\\",\\\"description\\\":\\\"\\\",\\\"defaultMessage\\\":\\\"Please check your microphone and audio
levels.\\\"},{\\\"id\\\":\\\"search.voice.recognition_listening\\\",\\\"description\\\":\\\"\\\",\\\"defaultMessage\\\":\\\"Listening...\\\"},{\\\"id\\\":\\\"search.voice.recog
nition_nomatch\\\",\\\"description\\\":\\\"\\\",\\\"defaultMessage\\\":\\\"Didn\\\t get
that.\\\"},{\\\"id\\\":\\\"search.voice.recognition_retry\\\",\\\"description\\\":\\\"\\\",\\\"defaultMessage\\\":\\\"Try
again.\\\"},{\\\"id\\\":\\\"search.voice.recognition_start\\\",\\\"description\\\":\\\"\\\",\\\"defaultMessage\\\":\\\"What would you like to search
for?\\\"},{\\\"id\\\":\\\"search.voice.trending_title\\\",\\\"description\\\":\\\"\\\",\\\"defaultMessage\\\":\\\"Try
saying\\\"},{\\\"id\\\":\\\"search.voice.trending_or\\\",\\\"description\\\":\\\"\\\",\\\"defaultMessage\\\":\\\"or\\\"}]')},336:function(e){e.exports=JSON.parse('[\\\"ar-
JO\\\",\\\"da-DK\\\",\\\"de-AT\\\",\\\"de-CH\\\",\\\"de-DE\\\",\\\"el-GR\\\",\\\"en-AU\\\",\\\"en-CA\\\",\\\"en-GB\\\",\\\"en-IN\\\",\\\"en-MY\\\",\\\"en-NZ\\\",\\\"en-
```

PH\\\",\\\"en-SG\\\",\\\"es-AR\\\",\\\"es-CL\\\",\\\"es-CO\\\",\\\"es-ES\\\",\\\"es-MX\\\",\\\"es-US\\\",\\\"fi-FI\\\",\\\"fr-CA\\\",\\\"fr-CH\\\",\\\"fr-FR\\\",\\\"id-ID\\\",\\\"it-CH\\\",\\\"it-IT\\\",\\\"ko-KR\\\",\\\"nb-NO\\\",\\\"nl-NL\\\",\\\"pl-PL\\\",\\\"pt-BR\\\",\\\"ro-RO\\\",\\\"ru-RU\\\",\\\"sv-SE\\\",\\\"th-TH\\\",\\\"tr-TR\\\",\\\"vi-VN\\\",\\\"zh-Hant-HK\\\",\\\"zh-Hant-TW\\\"]")}},v={};function y(e){var n=v[e];if(void 0!==n)return n.exports;var t=v[e]={id:e,exports:{}};return f[e](t,t.exports,y),t.exports}y.n=function(e){var n=e&&e.__esModule?function(){return e.default}:function(){return e};return y.d(n,{a:n}),n},y.d=function(e,n){for(var t in n)y.o(n,t)&&!y.o(e,t)&&Object.defineProperty(e,t,{enumerable:!0,get:n[t]})},y.o=function(e,n){return Object.prototype.hasOwnProperty.call(e,n)},y.nc=void 0,e=y(379),n=y.n(e),t=y(795),o=y.n(t),i=y(569),r=y.n(i),a=y(565),s=y.n(a),c=y(216),l=y.n(c),d=y(589),u=y.n(d),p=y(383),(m={}).styleTagTransform=u(),m.setAttributes=s(),m.insert=r().bind(null,\\\"head\\\"),m.domAPI=o(),m.insertStyleElement=l(),n()(p.Z,m),p.Z&&p.Z.locals&&p.Z.locals,h=y(516),function(e,n){var t={uiLang:\\\"en-US\\\",speechLang:\\\"en-US\\\",voiceButton:\\\"#voice-btn\\\",searchBox:{form:\\\"#sf\\\",input:\\\"#yschsp\\\",params:{fr:\\\"\\\",fr2:\\\"\\\"}},enable_voice_trending:!1,trending:{market:\\\"en-us\\\"},ui:{speechOverlay:{disableBlur:!1}},browsers:{edge:!1}};function o(i){var r=this;if(r.config=Object.assign(t,i||{}),r.i18n=new o.I18n({lang:r.config.uiLang}),r.renderPermissionGuide(r),r.renderSpeechPanel(r),r.speechResult=\\\"\\\",r.noSpeech=!0,r.isRecognitionStart=!1,r.recognition=null,r.voiceButton=n.querySelector(r.config.voiceButton),r.searchBoxForm=n.querySelector(r.config.searchBox.form),r.searchBoxQuery=n.querySelector(r.config.searchBox.input),r.speechPanel=n.querySelector(\\\"#spch\\\"),r.speechButtonContainer=n.querySelector(\\\"#spchbc\\\"),r.speechButton=n.querySelector(\\\"#spchbc-btn\\\"),r.speechText=n.querySelector(\\\"#spcht\\\"),r.speechOverlay=n.getElementById(\\\"spch-overlay\\\"),r.retryLink=n.querySelector(\\\"#spcht-retry\\\"),r.trending=n.getElementById(\\\"spch-trending\\\"),r.trendingTerms=n.getElementById(\\\"trending-terms\\\"),r.termSpans=n.getElementsByClassName(\\\"trending-term\\\"),r.closeButton=n.querySelector(\\\"#spchx\\\"),r.startAudio=new Audio(\\\"https://s.yimg.com/pv/static/misc/voice-start-202105050733.wav\\\"),r.resultAudio=new Audio(\\\"https://s.yimg.com/pv/static/misc/voice-result-202105050733.wav\\\"),r.errorAudio=new Audio(\\\"https://s.yimg.com/pv/static/misc/voice-error-202105050733.wav\\\"),r.closeAudio=new Audio(\\\"https://s.yimg.com/pv/static/misc/voice-close-202105050733.wav\\\"),r.permissionGuide=n.querySelector(\\\"#spchp\\\"),r.permissionGuideClose=n.querySelector(\\\"#spchpx\\\"),r.permissionGuideTimer=null,r.onEscKeyDown=function(e){\\\"Escape\\\"===e.code&&(r.recognition.stop(),r.sendBeacon(\\\"keybrd\\\",\\\"voicesearch_cancel_esc\\\"),r.closePanel(r))},r.isBrowserSupported()){var a=e.SpeechRecognition||e.webkitSpeechRecognition,s=e.SpeechGrammarList||e.webkitSpeechGrammarList;r.recognition=new a;var c=new s;c.addFromString&&c.addFromString(\\\"#JSGF V1.0;\\\",1),r.recognition.grammars=c,r.recognition.continuous=!1,r.recognition.lang=r.config.speechLang,r.recognition.interimResults=!1,r.recognition.maxAlternatives=1,r.voiceButton&&(r.voiceButton.onclick=function(){r.recognition.start(),r.permissionGuideTimer&&e.clearTimeout(r.permissionGuideTimer),r.permissionGuideTimer=e.setTimeout((function(){r.isRecognitionStart||r.showPermissionGuide(r)}),300),n.addEventListener(\\\"keydown\\\",r.onEscKeyDown),r.sendBeacon(\\\"clk\\\",\\\"voicesearch\\\")}),r.speechButton&&(r.speechButton.onclick=function(){r.isRecognitionStart?(r.recognition.stop(),r.sendBeacon(\\\"clk\\\",\\\"voicesearch_panel_mic_close\\\")):(r.recognition.start(),r.sendBeacon(\\\"clk\\\",\\\"voicesearch_panel_mic_restart\\\"))}),r.retryLink&&(r.retryLink.onclick=function(){r.isRecognitionStart||(r.recognition.start(),r.sendBeacon(\\\"clk\\\",\\\"voicesearch_panel_retry\\\"))}),r.speechOverlay&&(r.speechOverlay.onclick=function(){r.recognition.stop(),r.sendBeacon(\\\"clk\\\",\\\"voicesearch_cancel_outside\\\"),r.closePanel(r)}),r.closeButton&&(r.closeButton.onclick=function(){r.recognition.stop(),r.sendBeacon(\\\"clk\\\",\\\"voicesearch_cancel\\\"),r.closePanel(r)},r.permissionGuideClose&&(r.permissionGuideClose.onclick=function(){r.recognition.stop(),r.sendBeacon(\\\"clk\\\",\\\"voicesearch_permission_close\\\"),r.closeAudio.play(),r.hidePermissionGuide(r)}),r.recognition.onresult=function(n){r.speechResult=n.results[0][0].transcript,r.handlePunctuation(r),r.speechText&&(r.speechText.innerText=r.speechResult),r.searchBoxQuery&&(r.searchBoxQuery.value=r.speechResult),r.resultAudio.play(),e.setTimeout((function(){if(r.speechPanel&&r.speechPanel.classList.remove(\\\"s2tb\\\"),r.speechPanel.classList.add(\\\"s2tb-h\\\"))}),r.hideRetryLink(r),r.searchBoxForm){var e=r.searchBoxForm.querySelector(\\\"[name=fr]\\\"),n=r.searchBoxForm.querySelector(\\\"[name=fr2]\\\");e&&r.config.searchBox&&r.config.searchBox.params&&r.config.searchBox.fr&&(e.value=i.searchBox.params.fr,e.disabled=!1),n&&r.config.searchBox&&r.config.searchBox.params&&r.config.searchBox.params.fr2&&(n.value=i.searchBox.params.fr2,n.disabled=!1),r.searchBoxForm.submit()}},1e3)},r.recognition.onspeechstart=function(){},r.recognition.onspeechend=function(){r.recognition.stop()},r.recognition.onerror=function(){r.speechText&&(r.speechText.innerText=r.i18n.t(\\\"search.voice.recognition_error\\\")),

```
r.hideTrending(r),r.showRetryLink(r),r.errorAudio.play()},r.recognition.onaudiostart=function(){r.speechButtonContainer&&r.speechButtonContainer.classList.a
dd(\\\"listening\\\")},r.recognition.onaudioend=function(){r.speechButtonContainer&&r.speechButtonContainer.classList.remove(\\\"listening\\\")},r.recognition.
onsoundstart=function(){r.hideTrending(r),r.noSpeech=!1,r.speechButtonContainer&&(r.speechButtonContainer.classList.remove(\\\"listening\\\"),r.speechButto
nContainer.classList.add(\\\"speaking\\\"))},r.recognition.onsoundend=function(){r.speechButtonContainer&&r.speechButtonContainer.classList.remove(\\\"spea
king\\\")},r.recognition.onstart=function(){r.recognitionInit(r),r.startRecognition(r)},r.recognition.onend=function(){r.isRecognitionStart=!1,0==r.noSpeech&&\\\
"\\\"==r.speechResult&&(r.speechText&&(r.speechText.innerText=r.i18n.t(\\\"search.voice.recognition_nomatch\\\")),r.hideTrending(r),r.showRetryLink(r),r.erro
rAudio.play())},document&&document.dispatchEvent&&document.dispatchEvent(new
Event(\\\"VOICE_JS_READY\\\"))}}}o.I18n=n,o.prototype.renderPermissionGuide=function(e){var n=\\\\n        \u003Cdiv class=\\\"permission-guide hide\\\"
id=\\\"spchp\\\">\\\n        \u003Cdiv class=\\\"close-button\\\" id=\\\"spchpx\\\">\u003C/div>\\\n        \u003Cdiv class=\\\"guide\\\">\\\n
\u003Cdiv class=\\\"microphone\\\">\\\n        \u003Cdiv class=\\\"sprite\\\">\u003C/div>\\\n        \u003C/div>\\\n        \u003Cdiv
class=\\\"guide-text\\\">\\\n        \u003Cdiv class=\\\"title\\\">'.concat(e.i18n.t(\\\"search.voice.permission_title\\\"),'\u003C/div>\\\n
\u003Cdiv class=\\\"text\\\">'.concat(e.i18n.t(\\\"search.voice.permission_text\\\"),'\\\"\u003C/div>\\\n        \u003C/div>\\\n        \u003C/div>\\\n
\u003C/div>\\\n        '),t=(new
DOMParser).parseFromString(n,\\\"text/html\\\");document.body.appendChild(t.body.children[0])},o.prototype.renderSpeechPanel=function(e){var n=\\\\n
\u003Cdiv class=\\\"spch s2tb-h\\\" id=\\\"spch\\\">\\\n        \u003Cdiv class=\\\"spch-overlay\\\" id=\\\"spch-overlay\\\">\u003C/div>\\\n
\u003Cdiv class=\\\"close-button\\\" id=\\\"spchx\\\">\u003C/div>\\\n        \u003Cdiv class=\\\"spch\\\">\\\n        \u003Cdiv class=\\\"inner-
container\\\">\\\n        \u003Cdiv class=\\\"button-container spch-control\\\" id=\\\"spchbc\\\">\\\n        \u003Cspan class=\\\"button\\\"
id=\\\"spchbc-btn\\\">\\\n        \u003Cdiv class=\\\"microphone\\\">\u003C/div>\\\n        \u003C/span>\\\n
\u003Cspan class=\\\"ripple\\\">\u003C/span>\\\n        \u003Cspan class=\\\"ripple\\\">\u003C/span>\\\n        \u003Cspan
class=\\\"ripple\\\">\u003C/span>\\\n        \u003C/div>\\\n        \u003Cdiv class=\\\"text-container spch-control\\\">\\\n
\u003Cp>\\\n        \u003Cspan class=\\\"spcht\\\" id=\\\"spcht\\\">\u003C/span>\\\n        \u003Cspan>\u003C/span>\\\n
\u003Cspan class=\\\"spcht\\\" id=\\\"spcht-retry\\\">'.concat(e.i18n.t(\\\"search.voice.recognition_retry\\\"),'\u003C/span>\\\n        \u003C/p>\\\n
\u003C/div>\\\n        \u003C/div>\\\n        \u003Cspan class=\\\"spcho\\\" id=\\\"spcho\\\">\\\n        \u003Cdiv
id=\\\"spch-trending\\\" class=\\\"hide\\\">\\\n        \u003Cspan class=\\\"trending\\\" id=\\\"trending-
label\\\">'.concat(e.i18n.t(\\\"search.voice.trending_title\\\"),'\u003C/span>\\\n        \u003Cspan class=\\\"trending trending-term\\\">\u003C/span>\\\n
\u003C/div>\\\n        \u003C/div>\\\n        '),t=(new
DOMParser).parseFromString(n,\\\"text/html\\\");e&&e.config&&e.config.ui&&e.config.ui.speechOverlay&&e.config.ui.speechOverlay.disableBlur&&t.body.c
hildren[0].classList.add(\\\"disable-blur-overlay\\\"),document.body.appendChild(t.body.children[0])},o.prototype.isBrowserSupported=function(){for(var
n=!1,t=this,o=Boolean(window.chrome),i=/CriOS/.test(window.navigator.userAgent),a=/Edg\\\//.test(window.navigator.userAgent),a=/Edge\\\//.test(window.nav
igator.userAgent),s=Boolean(window.opr),c=Boolean(window.navigator.brave),l=[{checkEnabled:function(){return!0},checkBrowser:function(){return
o&&!i&&!r&&!s&&!c},checkAPI:function(){return e&&(\\\"SpeechRecognition\\\"in e||\\\"webkitSpeechRecognition\\\"in e)&&(\\\"SpeechGrammarList\\\"in
e||\\\"webkitSpeechGrammarList\\\"in e)}},{checkEnabled:function(){return
t&&t.config&&t.config.browsers&&t.config.browsers.edge},checkBrowser:function(){return o&&r&&!a},checkAPI:function(){return
e&&(\\\"SpeechRecognition\\\"in e||\\\"webkitSpeechRecognition\\\"in e)&&(\\\"SpeechGrammarList\\\"in e||\\\"webkitSpeechGrammarList\\\"in
e)}}],d=0;d\u003Cl.length;d++){var
u=l[d];u&&u.checkBrowser&&u.checkBrowser()&&u.checkEnabled&&u.checkEnabled(t)&&u.checkAPI&&u.checkAPI()&&(n=!0)}return
n},o.prototype.recognitionInit=function(e){e.speechResult=\\\"\\\",e.noSpeech=!0,e.isRecognitionStart=!0},o.prototype.showPermissionGuide=function(e){e.per
missionGuide&&e.permissionGuide.classList.remove(\\\"hide\\\")},o.prototype.hidePermissionGuide=function(e){e.permissionGuide&&e.permissionGuide.clas
sList.add(\\\"hide\\\")},o.prototype.getTrending=function(e){if(e.config.enable_voice_trending&&e.trending){var
n=\\\"https://api.search.yahoo.com/data/v3/search?appid=4d234a9d&market=\\\"+e.config.trending.market+\\\"&features=trending.voice\\\";e.ajaxReq(n,(functio
```

```
n(n){if(n&&n.response&&n.response.search&&n.response.search.results&&n.response.search.results[\\\"trending.voice\\\"]){var
t=n.response.search.results[\\\"trending.voice\\\"].data;e.showTrending(e,t)}})}},o.prototype.showTrending=function(e,n){if(Array.isArray(n)&&!(n.length\u00
3C3)&&e.trending&&e.termSpans&&e.termSpans[0]){var t=\\\"\\\";t+=\\\"+n[0].text+\\\"', ',t+=\\\"+n[1].text+\\\"
',t+=e.i18n.t(\\\"search.voice.trending_or\\\")+\\\"
\\\",t+=\\\"+n[2].text+\\\",e.termSpans[0].innerText=t,e.trending.classList.remove(\\\"hide\\\")}},o.prototype.hideTrending=function(e){e.trending&&e.trending.
classList.add(\\\"hide\\\")}},o.prototype.showRetryLink=function(e){e.retryLink&&(e.retryLink.innerText=e.i18n.t(\\\"search.voice.recognition_retry\\\"),e.retryL
ink.classList.remove(\\\"hide\\\"))}},o.prototype.hideRetryLink=function(e){e.retryLink&&e.retryLink.classList.add(\\\"hide\\\")}},o.prototype.startRecognition=fu
nction(n){n.hidePermissionGuide(n),n.getTrending(n),n.startAudio.play(),n.speechText&&(n.speechText.innerText=n.i18n.t(\\\"search.voice.recognition_start\\\"
),e.setTimeout((function(){n.speechText.innerText=n.i18n.t(\\\"search.voice.recognition_listening\\\")}),2e3)),n.speechPanel&&(n.speechPanel.classList.remove(
\\\"s2tb-
h\\\"),n.speechPanel.classList.add(\\\"s2tb\\\")),n.hideRetryLink(n)}},o.prototype.closePanel=function(t){t.closeAudio.play(),e.setTimeout((function(){t.speechPan
el&&(t.speechPanel.classList.remove(\\\"s2tb\\\"),t.speechPanel.classList.add(\\\"s2tb-
h\\\")),t.hideTrending(t),t.hideRetryLink(t),n.removeEventListener(\\\"keydown\\\",t.onEscKeyDown)}),100)},o.prototype.handlePunctuation=function(e){if(e.sp
eechResult.length>0){var n=e.speechResult.charAt(e.speechResult.length-1);\\\".\\\"!==n&&\\\"?\\\"!==n&&\\\"。\\\"!==n&&\\\" ?
\\\"!==n&&\\\"？\\\"!==n||(e.speechResult=e.speechResult.slice(0,-1))}},o.prototype.sendBeacon=function(n,t){var
o=e.YAHOO.ULT||{},i=e.YAHOO.SB||{};if(o.beacon_click){var
r={_S:i.config.i13n.spaceid,_I:i.config.i13n.pvid,actn:n,sec:\\\"search\\\",slk:t};e.YAHOO.ULT.beacon_click(r)}},o.prototype.ajaxReq=function(t,o){var
i,r,a=XMLHttpRequest.DONE||4,s=new XMLHttpRequest;if(n.documentMode&&n.documentMode\u003C10)return(new
e.XDomainRequest).onload=function(){try{r=JSON.parse(i),o(r)}catch(e){return}},s.open(\\\"GET\\\",t),void
s.send();s.onreadystatechange=function(){if(s.readyState===a)if(200===s.status){i=s.responseText;try{r=JSON.parse(i),o(r)}catch(e){return}}else
o(r)},s.open(\\\"GET\\\",t,!0),s.timeout=1e4,s.send()},e.YAHOO||(e.YAHOO={}),e.YAHOO.Util||(e.YAHOO.Util={}),e.YAHOO.Util.VoiceSearch=o}(window,d
ocument)}();var Wn={containerClass:Un.tooltip,textClass:Un.tooltip__text,showClass:Un[\\\"tooltip--show\\\"]},Jn=[\\\"zh-hant-tw\\\",\\\"zh-hant-
hk\\\"];ye(\\\"ybar-mod-searchbox\\\",(function(e){var n={ybar:document.getElementById(\\\"ybar\\\"),searchInput:document.getElementById(\\\"ybar-
sbq\\\"),buttonBar:document.querySelector(\\\".\\\".concat(Un[\\\"sa-btn-bar\\\"])),voiceSearchBtn:document.getElementById(\\\"ybar-sbq-
voice\\\"),searchForm:document.getElementById(\\\"ybar-sf\\\"),searchBoxIcon:document.querySelector(\\\".\\\".concat(Un[\\\"searchbox-icon-
uh3\\\"])),searchBoxPlaceholder:document.getElementById(\\\"ybar-smartphone-searchbox-
placeholder\\\"),searchBoxBackButton:document.getElementById(\\\"ybar-search-back-
btn\\\"),shopsButtonsWrap:document.querySelector(\\\".\\\".concat(Un[\\\"shops-buttons\\\"])),categorySelect:document.getElementById(\\\"shops-category-
select\\\"),selectedMerchantInput:document.getElementById(\\\"selected-merchant-
input\\\"),selectedMerchantClearButton:document.querySelector(\\\".\\\".concat(Un[\\\"selected-merchant-clear-
button\\\"])),submitSearchBtn:document.getElementById(\\\"ybar-search\\\"),clearSearchBtn:document.getElementById(\\\"ybar-sbq-x\\\")};!function(e,n){var
t,o,i,r=e.getConfig();if(n.ybar&&\\\"desktop\\\"===r.device&&(null===(t=r.bucketConfig)||void 0===t?void
0:t.highlight_searchassist)&&(null===(o=r.bucketConfig)||void 0===o?void 0:o.overlay_class)){n.ybar.setAttribute(\\\"data-ovrly-
bkt\\\",r.bucketConfig.overlay_class),null===(i=n.searchForm)||void 0===i||i.classList.add(Un[r.bucketConfig.overlay_class]);var
a=document.createElement(\\\"div\\\");a.classList.add(Un.overlay,Un[r.bucketConfig.overlay_class]),document.body.appendChild(a),e.onDestroy((function(){do
cument.body.removeChild(a)}))},e.addEventListener(n.searchForm,\\\"focusout\\\",(function(e){if(n.searchForm&&n.searchInput){var
t=e.relatedTarget;t&&!n.searchForm.contains(t)&&window.YAHOO.SA&&window.YAHOO.SA.apps&&window.YAHOO.SA.apps[0]&&window.YAHOO.SA.
apps[0].view.shown&&window.YAHOO.SA.apps[0].view.hide()}}))}(e,n),jn(e,n),n.voiceSearchBtn&&function(e,n){var
t=e.getConfig(),o=t.locale,i=function(){var e,t;(null===(t=null===(e=window.YAHOO)||void 0===e?void 0:e.Util)||void 0===t?void 0:t.VoiceSearch)?new
window.YAHOO.Util.VoiceSearch({uiLang:o,speechLang:o,voiceButton:\\\"#ybar-sbq-voice\\\",searchBox:{form:\\\"#ybar-sf\\\",input:\\\"#ybar-
```

237

```
sbq\\\".params:{fr:n.voiceSearchBtn.dataset.fr|\\\"yfp-t-voice\\\",fr2:n.voiceSearchBtn.dataset.fr2|\\\"p:fp,m:voice-
search\\\"}},ui:{speechOverlay:{disableBlur:Jn.includes(o.toLowerCase())}},browsers:{edge:!0},enable_voice_trending:!0,trending:{market:o}}):console.log(\\\
"YBAR: VoiceJS lib was not loaded\\\")};e.addElementListener(document,\\\"VOICE_JS_READY\\\",(function(){var
o,i;n.voiceSearchBtn.style.visibility=\\\"visible\\\",n.voiceSearchBtn.style.display=\\\"block\\\",new
Gn(e,n.voiceSearchBtn,m(m({},Wn),{label:null!==(o=t.i18n.root.SEARCH_TOOLTIP_VOICE)&&void 0!==o?o:\\\"Search with
voice\\\",containerClass:\\\"\\\".concat(Un.tooltip,\\\" \\\").concat(Un.tooltip__voice),tooltipParentElm:null===(i=n.voiceSearchBtn)||void 0===i?void
0:i.parentElement}))}})),e.addElementListener(document,\\\"DOMContentLoaded\\\",(function(){var o,i;new
Gn(e,n.submitSearchBtn,m(m({},Wn),{label:null!==(o=t.i18n.root.SEARCH_TOOLTIP_WEB)&&void 0!==o?o:\\\"Search the
web\\\",containerClass:\\\"\\\".concat(Un.tooltip,\\\" \\\").concat(Un.tooltip__web),tooltipParentElm:null===(i=n.voiceSearchBtn)||void 0===i?void
0:i.parentElement})))}})),\\\"loading\\\"===document.readyState?e.addElementListener(document,\\\"DOMContentLoaded\\\",i):i(),window.addEventListener(\\\"
keyup\\\",(function(e){27===e.keyCode&&n.voiceSearchBtn.blur()})}}(e,m(m({},n),{voiceSearchBtn:n.voiceSearchBtn})),n.searchForm&&(e.addEventListen
er(n.searchBoxIcon,\\\"mouseover\\\",(function(){n.searchForm.classList.add(\\\"\\\".concat(Un[\\\"search-input-uh3-
hover\\\"]))})),e.addElementListener(n.searchBoxIcon,\\\"mouseout\\\",(function(){n.searchForm.classList.remove(\\\"\\\".concat(Un[\\\"search-input-uh3-
hover\\\"]))})),e.addElementListener(n.buttonBar,\\\"mouseover\\\",(function(){n.searchForm.classList.add(\\\"\\\".concat(Un[\\\"search-input-uh3-
hover\\\"]))})),e.addElementListener(n.buttonBar,\\\"mouseout\\\",(function(){n.searchForm.classList.remove(\\\"\\\".concat(Un[\\\"search-input-uh3-
hover\\\"]))})),e.addElementListener(n.searchInput,\\\"keyup\\\",(function(e){\\\"Tab\\\"===e.key&&n.searchForm.classList.add(\\\"\\\".concat(Un[\\\"search-
input-uh3-focus-
visible\\\"]))),n.searchInput.classList.toggle(\\\"\\\".concat(Un.empty),\\\"\\\"===n.searchInput.value)})),e.addElementListener(n.searchInput,\\\"keydown\\\",(func
tion(){n.searchForm.classList.remove(\\\"\\\".concat(Un[\\\"search-input-uh3-focus-
visible\\\"]))})),e.addElementListener(n.searchInput,\\\"focusout\\\",(function(){n.searchForm.classList.remove(\\\"\\\".concat(Un[\\\"search-input-uh3-focus-
visible\\\"]))})),e.addElementListener(n.submitSearchBtn,\\\"click\\\",(function(e){\\\"\\\"===n.searchInput.value.trim()&&e.preventDefault()})),e.addElementLi
stener(n.clearSearchBtn,\\\"click\\\",(function(){n.searchInput.classList.add(\\\"\\\".concat(Un.empty)})))}))};var
Vn=\\\"_yb_1i23v0q\\\",Kn=\\\"_yb_trilai\\\",Xn=\\\"_yb_1kqr44f\\\",Zn=\\\"_yb_1i2dw2m\\\",$n=\\\"_yb_tyu9vf\\\",Qn=\\\"_yb_1p135xy\\\",et=\\\"_yb_1l7i45e
\\\",nt=\\\"_yb_1mtjxyh\\\";ye(\\\"ybar-mod-adaptivenav\\\",(function(e){var
n={moreDropDown:document.querySelector(\\\"\\\".concat(Vn)),moreBtn:document.querySelector(\\\"\\\".concat(Kn)),wrap:document.querySelector(\\\"\\\".co
ncat(Zn)),moreSectionTitle:document.querySelectorAll(\\\"\\\".concat($n)),editionsCtaBtn:document.querySelector(\\\"\\\".concat(Qn)),editionsMenu:document
.querySelector(\\\"\\\".concat(et)),closeBtn:document.querySelector(\\\"\\\".concat(nt))},t=!1,o=function(n,t){var
o=n.moreDropDown,i=n.moreBtn,r=n.wrap,a={sec:\\\"ybar\\\",slk:\\\"More\\\",elm:\\\"expand\\\",pkgt:\\\"top\\\",subsec:\\\"navrail\\\",itc:\\\"1\\\"};o&&i&&r&&
o.classList.contains(\\\"\\\".concat(Vn))&&(o.classList.remove(\\\"\\\".concat(Vn)),r.classList.add(\\\"\\\".concat(Xn)),i.setAttribute(\\\"aria-
expanded\\\",\\\"true\\\"),a.elm=\\\"expand\\\",e.triggerEvent(\\\"adapnav:more:show\\\",{event:t}),Q(\\\"ybar\\\",a.slk,\\\"\\\",a))},i=function(e,n){void
0===n&&(n=!1);var
o=e.moreDropDown,i=e.moreBtn,r=e.wrap,a={sec:\\\"ybar\\\",slk:\\\"More\\\",elm:\\\"close\\\",pkgt:\\\"top\\\",subsec:\\\"navrail\\\",itc:\\\"1\\\"};o&&i&&r&&(o.
classList.contains(\\\"\\\".concat(Vn))||(o.classList.add(\\\"\\\".concat(Vn)),r.classList.remove(\\\"\\\".concat(Xn)),i.setAttribute(\\\"aria-
expanded\\\",\\\"false\\\"),t||n||Q(\\\"ybar\\\",a.slk,\\\"\\\",a)))},r=function(e,n){void 0===n&&(n=!1);var
t=e.editionsMenu,o={sec:\\\"ybar\\\",slk:\\\"More\\\",elm:\\\"close\\\",pkgt:\\\"top\\\",subsec:\\\"navrail\\\",itc:\\\"1\\\"};null==t||t.close(),n||Q(\\\"ybar\\\",o.slk,\\\"\\
\",o)},a=function(){var e;window.innerWidth\u003C1024&&(null===(e=n.editionsMenu)||void
0===e||e.close())};n.moreBtn&&(e.addElementListener(n.moreBtn.parentNode,\\\"focusin\\\",(function(e){o(n,e)})),e.addElementListener(n.moreBtn.parentNod
e,\\\"focusout\\\",(function(){i(n)})),e.addElementListener(n.moreBtn,\\\"mouseenter\\\",(function(e){var
t;window.YAHOO.SA&&window.YAHOO.SA.apps&&window.YAHOO.SA.apps[0]&&window.YAHOO.SA.apps[0].view.shown?window.YAHOO.SA.apps[0]
.view.hide():null===(t=n.moreBtn)||void
```

```
0===t||t.click(),o(n,e)})}),e.addElementListener(n.moreBtn.parentNode,\\\"mouseleave\\\",(function(){i(n)})),e.addElementListener(n.moreBtn.parentNode,\\\"clic
k\\\",(function(e){n.moreDropDown&&n.moreDropDown.classList.contains(\\\"\\\".concat(Vn))&&o(n,e)})),e.addElementListener(n.moreBtn,\\\"keydown\\\",(f
unction(e){var t;27===e.keyCode&&(null===(t=n.moreBtn)||void
0===t||t.blur())})})),n.moreSectionTitle&&Array.from(n.moreSectionTitle).forEach((function(n){e.addElementListener(n,\\\"mouseover\\\",(function(){t=!0})),e.a
ddElementListener(n,\\\"mouseout\\\",(function(){t=!1})})})),n.editionsCtaBtn&&n.editionsMenu&&\\\"function\\\"==typeof
HTMLDialogElement&&(n.editionsMenu.setAttribute(\\\"style\\\",\\\"\\\"),e.addElementListener(n.editionsCtaBtn,\\\"click\\\",(function(){var
e,t;n.editionsMenu&&(e=n.editionsMenu,t={sec:\\\"ybar\\\",slk:\\\"More\\\",elm:\\\"expand\\\",pkgt:\\\"top\\\",subsec:\\\"navrail\\\",itc:\\\"1\\\"},e&&(e.showMod
al(),Q(\\\"ybar\\\",t.slk,\\\"\\\",t))})})),e.addElementListener(n.closeBtn,\\\"click\\\",(function(){r(n)})),n.editionsMenu.addEventListener(\\\"click\\\",(function(e){
var t,o,i=null===(t=n.editionsMenu)||void 0===t?void
0:t.getBoundingClientRect();(e.clientX\u003Ci.left||e.clientX>i.right||e.clientY\u003Ci.top||e.clientY>i.bottom)&&(null===(o=n.editionsMenu)||void
0===o||o.close())})),window.addEventListener(\\\"resize\\\",a)),e.onDestroy((function(){i(n,!0),r(n,!0),window.removeEventListener(\\\"resize\\\",a)})),window.a
ddEventListener(\\\"keyup\\\",(function(e){27===e.keyCode&&i(n)})})});var tt,ot,it,rt={\\\"account-status-container\\\":\\\"\\\"_yb_w38a9m\\\",\\\"accounts-
container\\\":\\\"\\\"_yb_1ou6fgw\\\",\\\"accounts-
list\\\":\\\"\\\"_yb_1j3xod1\\\",chevron:\\\"\\\"_yb_ya2lnn\\\",current:\\\"\\\"_yb_1hozgtd\\\",expanded:\\\"\\\"_yb_1qeqea7\\\",greetings:\\\"\\\"_yb_1rtstbu\\\",\\\"greetings-
container\\\":\\\"\\\"_yb_is83e8\\\",hide:\\\"\\\"_yb_1e6z2nc\\\",mobile:\\\"\\\"_yb_1221oeg\\\",multiple:\\\"\\\"_yb_11nzz08\\\",\\\"loading-profile-
wrapper\\\":\\\"\\\"_yb_9akj86\\\",\\\"loading-profile-button\\\":\\\"\\\"_yb_32wf5f\\\",\\\"notification-container\\\":\\\"\\\"_yb_m27xu7\\\",\\\"pfs-
container\\\":\\\"\\\"_yb_g1kddz\\\",\\\"pfs-iframe\\\":\\\"\\\"_yb_j775zo\\\",show:\\\"\\\"_yb_1e7fmx7\\\",\\\"sign-in-menu\\\":\\\"\\\"_yb_1rccvpr\\\",\\\"signed-
in\\\":\\\"\\\"_yb_lzrh8w\\\",\\\"signed-in-mark\\\":\\\"\\\"_yb_18jsvwo\\\",\\\"signed-out\\\":\\\"\\\"_yb_l4mg55\\\",\\\"signedout-text\\\":\\\"\\\"_yb_1yqsulg\\\",\\\"stacked-
name\\\":\\\"\\\"_yb_njm4zx\\\",\\\"stacked-name-given\\\":\\\"\\\"_yb_uu4x83\\\",\\\"stacked-name-family\\\":\\\"\\\"_yb_lzu4gm\\\",\\\"uh3-
layout\\\":\\\"\\\"_yb_1na28wh\\\",\\\"ybar-account-img\\\":\\\"\\\"_yb_5t0f42\\\",\\\"ybar-account-img-signed-out\\\":\\\"\\\"_yb_riyiqm\\\",\\\"ybar-account-img-
hidden\\\":\\\"\\\"_yb_1ysb2it\\\",\\\"ybar-account-menu\\\":\\\"\\\"_yb_1piyc0i\\\",\\\"ybar-account-menu-item-signed-out\\\":\\\"\\\"_yb_iib452\\\",\\\"ybar-account-user-
email\\\":\\\"\\\"_yb_cakioh\\\",\\\"ybar-account-user-email-other\\\":\\\"\\\"_yb_oxxgk8\\\",\\\"ybar-account-user-name\\\":\\\"\\\"_yb_p7guii\\\",\\\"ybar-account-user-
signedout\\\":\\\"\\\"_yb_tpvqkh\\\",\\\"ybar-account-yahoo-plus-img\\\":\\\"\\\"_yb_1yeyfkv\\\",\\\"ybar-icon-arrow\\\":\\\"\\\"_yb_svx34i\\\",\\\"ybar-icon-arrow-
down\\\":\\\"\\\"_yb_o405gt\\\",\\\"ybar-icon-arrow-up\\\":\\\"\\\"_yb_1neny3e\\\",\\\"ybar-icon-image-wrapper\\\":\\\"\\\"_yb_i180aa\\\",\\\"ybar-item-
hidden\\\":\\\"\\\"_yb_lojzwf\\\",\\\"ybar-login-btn\\\":\\\"\\\"_yb_1cibvkr\\\",\\\"ybar-mod-account\\\":\\\"\\\"_yb_gjzlev\\\",\\\"ybar-mod-
mail\\\":\\\"\\\"_yb_1gdeywf\\\",\\\"ybar-profile-character\\\":\\\"\\\"_yb_10bm69e\\\",\\\"ybar-profile-character-hidden\\\":\\\"\\\"_yb_o92dx1\\\",\\\"ybar-see-
info\\\":\\\"\\\"_yb_ens059\\\",\\\"ybar-sign-out\\\":\\\"\\\"_yb_1cs4hul\\\",\\\"ybar-sign-out-text\\\":\\\"\\\"_yb_1igzxbh\\\",\\\"ybar-user-accounts-
list\\\":\\\"\\\"_yb_11gk224\\\",\\\"ybar-user-profile-img\\\":\\\"\\\"_yb_1uhnmlw\\\"};tt=\\\"ybar\\\",it={createHTML:function(e){return e}},void
0!==(ot=window.trustedTypes)&&void 0!==ot.createPolicy&&window.trustedTypes.createPolicy(tt,it);var at,st=!1,ct=function(e,n,t){var
o,i=t.ybarAccMenuItemTemplate,r=t.crumb;if(i){var a=(n+1).toString(),s=i.getAttribute(\\\"data-signedOutState\\\"),c=i.getAttribute(\\\"data-
signedInState\\\")||\\\"\\\",l=i.getAttribute(\\\"data-done\\\")||\\\"\\\",d=function(e){if(\\\"content\\\"in e)return e.content.cloneNode(!0);for(var
n=document.createDocumentFragment(),t=0;t\u003Ce.children.length;++t)n.appendChild(e.children[t].cloneNode(!0));return
n}(i),u=d.children&&d.children[0];if(!u&&d.childNodes)for(var
p=0;p\u003Cd.childNodes.length;++p)if(1===d.childNodes[p].nodeType){u=d.childNodes[p];break}if(u){var m=u.querySelector(\\\"a\\\");if(m){var
h=m.getAttribute(\\\"href\\\");h&&m.setAttribute(\\\"href\\\",h.replace(\\\"[[crumb]]\\\",encodeURIComponent((null==r?void
0:r.value)||\\\"\\\")).replace(\\\"[[login]]\\\",encodeURIComponent(e.identifier)).replace(\\\"[[page]]\\\",encodeURIComponent(window.location.href)).replace(\\\"[
[done]]\\\",encodeURIComponent(l)));var f=m.getAttribute(\\\"data-ylk\\\");f&&m.setAttribute(\\\"data-
ylk\\\",f.replace(\\\"[[ylk_pos]]\\\",a).replace(\\\"[[ylk_slk]]\\\",2===e.state?\\\"saved-acct-signin\\\":\\\"acct-switch\\\")),m.setAttribute(\\\"aria-
label\\\",e.fullName+\\\" \\\"+e.identifier)}var v=u.querySelector(\\\"img\\\"),y=u.querySelector(\\\"\\\".concat(rt[\\\"ybar-profile-
character\\\"])),g=e.fn&&e.fn[0].toUpperCase(),b=pe(e.fn,e.ln);v&&(y&&(y&&t.isUH3Layout&&&ue(e.imageUrl)&&!b?(y.innerHTML=\\\"\\\".concat(g),v.remove()):
```

```
(v.setAttribute(\\\"src\\\",e.imageUrl),y&&y.remove()));var w=null==m?void 0:m.querySelector(\\\".\\\"+rt[\\\"ybar-user-profile-
img\\\"]);2===e.state&&(null==m||m.classList.add(rt[\\\"ybar-account-menu-item-signed-out\\\"]),w&&w.classList.add(rt[\\\"ybar-account-img-signed-
out\\\"]));var _=u.querySelector(\\\".\\\"+rt[\\\"ybar-account-user-name\\\"]);_&&(_.classList.add(2===e.state?rt[\\\"signed-out\\\"]:rt[\\\"signed-
in\\\"]),_.innerText=e.fullName\\\"\\\");var L=u.querySelector(\\\".\\\"+rt[\\\"ybar-account-user-email\\\"]+\\\", .\\\"+rt[\\\"ybar-account-user-email-
other\\\"]);L&&(L.classList.add(2===e.state?rt[\\\"signed-out\\\"]:rt[\\\"signed-in\\\"]),L.innerText=e.identifier);var x=u.querySelector(\\\".\\\"+rt[\\\"ybar-
account-user-signedout\\\"]+\\\", .\\\"+rt[\\\"signedout-text\\\"]);if(x)if(t.isUH3Layout){x.classList.add(2===e.state?rt[\\\"signed-out\\\"]:rt[\\\"signed-
in\\\"]),x.innerText=2===e.state&&s?s:c;var k=u.querySelector(\\\".\\\".concat(rt[\\\"signed-in-mark\\\"]));if(k&&0!==e.state)null===(o=k.parentElement)||void
0===o||o.removeChild(k);else{var E=u.querySelector(\\\".\\\".concat(rt[\\\"account-status-container\\\"]));E&&E.classList.add(rt.current)}}else
s=\\\"(\\\"+s+\\\")\\\",x.classList.add(2===e.state?rt[\\\"signed-out\\\"]:rt[\\\"signed-in\\\"]),x.innerText=2===e.state&&s?s:\\\"\\\";return
u}}},lt=function(e){e.greetings&&e.stackedName&&parseInt(getComputedStyle(e.greetings).width)>=230&&(e.greetings.classList.add(rt.hide),e.stackedName
.classList.remove(rt.hide),e.chevron&&(e.chevron.style.marginTop=\\\"-35px\\\"))},dt=function(e,n,t){return
0===e.indexOf(\\\"javascript:\\\")||~e.indexOf(\\\"https://membernotifications.aol.com/notice/maillogout\\\")||~e.indexOf(\\\"wtExtndSource\\\")?e:(t&&(t=~e.ind
exOf(\\\"&activity=ybar-\\\")?void
0:t.replace(\\\"[[pspid]]\\\",ce())),~e.indexOf(\\\"done=\\\")?(e=e.replace(/\\\"[\\\"[page\\\"]]\\\]/g,encodeURIComponent(window.location.href)),t&&(e+=\\\"&\\\"+
t),e):~e.indexOf(\\\"dest=[[done]]\\\")?e.replace(/\\\"[\\\"[done\\\"]]\\\]/g,encodeURIComponent(n)):(e=de(e),e+=\\\".done=\\\"+encodeURIComponent(n),t&&(e+
=\\\"&\\\"+t),e))},ut=function(e,n){var t,o=e.ybarAccMenuItemTemplate,i=e.ybarAccountContainer,r=document.querySelector(\\\".\\\".concat(rt[\\\"ybar-mod-
account\\\"],\\\" .\\\").concat(rt[\\\"ybar-login-btn\\\"])),a=document.querySelector(\\\".\\\".concat(rt[\\\"ybar-mod-account\\\"],\\\" .\\\").concat(rt[\\\"ybar-sign-
out\\\"]")),s=i&&i.querySelectorAll(\\\"a\\\"),c=\\\"\\\",l=window.location.href;if(r){var
d=r.href;r.onDestroy((function(){r.href=d})),r.href=dt(r.href,l,r.getAttribute(\\\"data-redirect-params\\\")||void 0)}if(o?(l=o.getAttribute(\\\"data-
done\\\")||\\\"\\\",c=o.getAttribute(\\\"data-sign-out-url\\\")||\\\"\\\"):a&&(c=a.getAttribute(\\\"data-sign-out-url\\\")||\\\"\\\"),s){var u=function(){var
e=t,o=s[e].href;e.onDestroy((function(){s[e].href=o}));var i=s[t].getAttribute(\\\"data-redirect-params\\\")");s[t].classList.contains(rt[\\\"ybar-sign-
out\\\"])?s[t].href=dt(s[t].href,c,i||void 0):s[t].href=dt(s[t].href,l,i||void 0)};for(t=0;t\u003Cs.length;++t)u()}ee()},pt=function(e,n,t,o){var
i=n.jsapicrumb,r=n.isAOLMail,a=n.ybarAccMenuItemTemplate,s=n.signInAccountMenu,c=document.querySelector(\\\".ybar-ytheme-fuji2.ybar-property-
homepage\\\");if(i&&i.value&&a&&!c&&!st){st=!0;var
l=r?\\\"https://jsapi.login.aol.com/w/device_users?.crumb=\\\":\\\"https://jsapi.login.yahoo.com/w/device_users?.crumb=\\\";l+=i.value;var
d=e.getConfig();!!d.bucketConfig.mock_multiple_accounts&&(l=\\\"/device_users\\\"),d.bucketConfig.hide_account_switch||On({url:l},(function(i,r){if(i)return
e.logError(\\\"Account Switcher request failed\\\",i,i._meta),st=!1,o&&o();console.error(i);if(!(r&&r.users&&r.users.length))return st=!1,void(o&&o());var
a=\\\".\\\"+rt[\\\"ybar-account-menu\\\"].split(\\\" \\\").join(\\\".\\\"),c=function(e){for(var n=e.length-1;n>=0;--n){e[n]=(i=void
0,(i={fn:(o=e[n]).fn||\\\"\\\",ln:o.ln||\\\"\\\",em:o.em||\\\"\\\",alias:o.alias||\\\"\\\",imageUrl:o.imageUrl,state:o.state,fullName:null,identifier:\\\"\\\"}).fullName=pe(i.
fn,i.ln)?[i.fn,i.fn].join(\\\"\\\"):[i.fn,i.ln].join(\\\" \\\"),i.identifier=i.em||i.alias,i);var
t=e[n].state;0!==t&&\\\"0\\\"!==t||(window.YBAR&&window.YBAR.setUserEmail(e[n].em),at=e[n],e.splice(n,1)[0])}var o,i;return
e}(r.users);if(n.isUH3Layout&&at){if(n.ybarLoadingProfileWrapper){var l=document.querySelector(\\\".\\\".concat(rt[\\\"ybar-profile-character-
hidden\\\"])),d=at.fn&&at.fn[0].toUpperCase()||\\\"\\\";u=pe(at.fn,at.ln),p=function(){n.ybarLoadingProfileWrapper.remove(),n.ybarAccountMenu.classList.remo
ve(rt[\\\"loading-profile-button\\\"])};if(l&&ue(at.imageUrl)&&!u)l.innerHTML=d,l.ontransitionend=p,l.classList.remove(rt[\\\"ybar-profile-character-
hidden\\\"]);else{var m=new Image;m.classList.add(rt[\\\"ybar-account-img\\\"],rt[\\\"ybar-account-img-
hidden\\\"]),m.src=at.imageUrl,m.alt=n.ybarLoadingProfileWrapper.getAttribute(\\\"data-
alt\\\")||\\\"\\\",m.ontransitionend=p,m.onload=function(){m.classList.remove(rt[\\\"ybar-account-img-
hidden\\\"])}},n.ybarLoadingProfileWrapper.parentElement.prepend(m),l&&l.remove()}n.greetings&&(n.greetings.innerText=at.fullName\\\"\\\"),n.stackedName
Given&&(n.stackedNameGiven.innerText=at.fn\\\"\\\"),n.stackedNameFamily&&(n.stackedNameFamily.innerText=at.ln\\\"\\\"),lt(n){e.length>0&&(c.unshift(
at),n.chevron&&n.chevron.classList.remove(\\\"hide\\\"),n.greetingsContainer&&(n.greetingsContainer.classList.add(rt.multiple),n.greetingsContainer.setAttribu
```

te(\\\"aria-expanded\\\",\\\"false\\\")))}for(var h=document.querySelector(\\\".\\\".concat(rt[\\\"ybar-user-accounts-list\\\"]))||document.querySelector(\\\".\\\".concat(rt[\\\"accounts-list\\\"])),f=function(t){var o=ct(c[t],t,n);o&&(null==h||h.appendChild(o)),e.onDestroy((function(){o&&(null==h||h.removeChild(o))}))},v=0;v\u003Cc.length&&v\u003C3;++v)f(v);if(c.length>0){var y=document.querySelector(\\\"\\\".concat(a,\\\" .\\\").concat(rt[\\\"ybar-sign-out\\\"]));g=y&&y.getAttribute(\\\"data-soa\\\"),b=document.querySelector(\\\"\\\".concat(a,\\\" .\\\").concat(rt[\\\"ybar-sign-out-text\\\"]));if(b&&g&&(b.innerText=g),s&&s.classList.add(rt.show),t){var w=document.querySelector(\\\"\\\".concat(a,\\\" \\\").concat(rt[\\\"ybar-icon-arrow\\\"])),_=rt[\\\"ybar-icon-arrow-up\\\"],L=rt[\\\"ybar-icon-arrow-down\\\"],x=rt[\\\"ybar-item-hidden\\\"],k=document.querySelectorAll(\\\"\\\".concat(rt[\\\"ybar-item-hidden\\\"]));w&&(w.classList.toggle(L),e.addElementListener(w,\\\"click\\\",(function(){for(var e=0;e\u003Ck.length;++e)k[e].classList.toggle(x);null==w||w.classList.toggle(L),null==w||w.classList.toggle(_)})))}}if(c.length>3){var E=document.querySelector(\\\"\\\".concat(a,\\\" .\\\").concat(rt[\\\"ybar-see-info\\\"]));E&&E.style&&(E.style.display=\\\"block\\\")}}ut(n,e),o&&o(),st=!1})))},mt=function(e,n,t){var o,i,r,a,s,c={},l=e.getConfig(),d=new URLSearchParams({activity_p:\\\"ybar\\\"}),u=null,p=\\\"https://pfs.yahoo.com\\\",m=function(e){for(var n=e.split(\\\";\\\"),t=new Map,o=0;o\u003Cn.length-1;o++){var i=v(n[o].split(\\\":\\\")),2),r=i[0],a=i[1];null!==r&&\\\"null\\\"!==r&&\\\"\"!==r&&null!==a&&\\\"null\\\"!==a&&t.set(r,a)}return Object.fromEntries(t)},h=function(e,n){i&&o&&i.postMessage(JSON.stringify({cmd:e,params:n||{}}),o)},f=function(){var e=window.innerHeight;return(e=e-40-80)\u003C300?300:e>720?720:e},y=function(){document.body.removeEventListener(\\\"focusin\\\",y,!1),document.body.removeEventListener(\\\"click\\\",y,!1),u&&(u.style.height=\\\"0\\\",u.style.visibility=\\\"hidden\\\")},g=function(){setTimeout((function(){var e;if(null===(e=document.activeElement)||void 0===e?void 0:e.classList.contains(t))return document.body.addEventListener(\\\"focusin\\\",y,!1),void document.body.addEventListener(\\\"click\\\",y,!1);y()}),300)},b=function(){u&&(u.style.visibility=\\\"visible\\\",h(\\\"resize\\\",{height:f()}))},w=function(){if(null===u){(u=document.createElement(\\\"iframe\\\")).src=\\\"\\\".concat(p,\\\"/?\\\").concat(d.toString()),u.scrolling=\\\"no\\\",u.sandbox.add(\\\"allow-forms\\\"),u.sandbox.add(\\\"allow-scripts\\\"),u.sandbox.add(\\\"allow-same-origin\\\"),u.sandbox.add(\\\"allow-popups\\\"),u.classList.add(t),u.style.visibility=\\\"visible\\\",u.style.height=\\\"0px\\\",u.style.opacity=\\\"0\\\";var r=document.createElement(\\\"style\\\");r.type=\\\"text/css\\\",r.appendChild(document.createTextNode(\\\"body { background: var(--UI-White, #FFF); }.skeleton-container { display: inline-flex; padding: 20px 20px 41px 20px; justify-content: center; align-items: center; background: var(--UI-White, #FFF); }.profile-skeleton { display: flex; flex-direction: column; align-items: flex-start; gap: 14px; }.userinfo-container { display: flex; align-items: center; gap: 12px; }.avatar { width: 72px; height: 72px; border-radius: 8px; background: var(--Greyscale-14-Grey-Hair, #F0F3F5); }.userinfo { display: flex; padding: 8px 0px; flex-direction: column; align-items: flex-start; gap: 10px; }.name { width: 117px; height: 16px; border-radius: 8px; background: var(--Greyscale-14-Grey-Hair, #F0F3F5); }.email { width: 74px; height: 12px; border-radius: 8px; background: var(--Greyscale-14-Grey-Hair, #F0F3F5); }.manage-account { width: 284px; height: 40px; border-radius: 40px; opacity: 0.5; background: var(--Greyscale-14-Grey-Hair, #F0F3F5); }.list-container { display: flex; padding-top: 12px; flex-direction: column; align-items: flex-start; gap: 36px; align-self: stretch; opacity: 0.25; }.list { border-radius: 8px; background: var(--Greyscale-14-Grey-Hair, #F0F3F5); }.list:nth-child(1) { width: 198px; height: 12px; }.list:nth-child(2) { width: 169.5px; height: 12px; }.list:nth-child(3) { width: 198px; height: 12px; }\\\"))},u.addEventListener(\\\"load\\\",(function(){setTimeout((function(){var t;o&&i||(e.triggerEvent(\\\"ybar-pfs-init-failure\\\"),null===(t=null==u?void 0:u.parentNode)||void 0===t||t.removeChild(u),n.ybarAccountContainer&&n.ybarAccountContainer.setAttribute(\\\"data-pfs\\\",\\\"err\\\"))}),500)})),n.loggedInUserElement&&(n.loggedInUserElement.appendChild(u),u.contentDocument&&(u.contentDocument.head.appendChild(r),u.contentDocument.body.innerHTML=\\\"\n                \u003Cdiv class=\\\"skeleton-container\\\">\\\n                    \u003Cdiv class=\\\"profile-skeleton\\\">\\\n                        \u003Cdiv class=\\\"userinfo-container\\\">\\\n                            \u003Cdiv class=\\\"avatar\\\">\u003C/div>\\\n                            \u003Cdiv class=\\\"userinfo\\\">\\\n                                \u003Cdiv class=\\\"name\\\">\u003C/div>\\\n                                \u003Cdiv class=\\\"email\\\">\u003C/div>\\\n                            \u003C/div>\\\n                        \u003Cdiv class=\\\"manage-account\\\">\u003C/div>\\\n                        \u003Cdiv class=\\\"list-container\\\">\\\n                            \u003Cdiv class=\\\"list\\\">\u003C/div>\\\n                            \u003Cdiv class=\\\"list\\\">\u003C/div>\\\n                            \u003Cdiv class=\\\"list\\\">\u003C/div>\\\n                        \u003C/div>\\\n

\u003C/div>\\\n
\u003C/div>',u.style.opacity=\\\"1\\\",setTimeout((function(){u&&(u.style.height=\\\"300px\\\")}),100)),e.addElementListener(n.loggedInUserElement,\\\"mouse
leave\\\",g),e.addElementListener(n.loggedInUserElement,\\\"blur\\\",g),n.ybarAccountMenu&&(e.addElementListener(n.ybarAccountMenu.parentNode,\\\"mou
seenter\\\",b),e.addElementListener(n.ybarAccountMenu.parentNode,\\\"focus\\\",b))}}};if(n.ybarAccountMenu){if(e.addElementListener(n.ybarAccountMenu.p
arentNode,\\\"mouseenter\\\",w,{once:!0}),e.addElementListener(n.ybarAccountMenu.parentNode,\\\"focus\\\",w,{once:!0}),e.onDestroy((function(){y(),u=null}
)),n.ybarAccountContainer)\\\"false\\\"===n.ybarAccountContainer.getAttribute(\\\"data-
prod\\\")&&(p=\\\"https://stage.pfs.yahoo.com\\\"),d.set(\\\"intl\\\",\\\"us\\\"),d.set(\\\"src\\\",l.property),d.set(\\\"lang\\\",l.locale),d.set(\\\"theme\\\",(r=\\\"light\\\",
a=document.documentElement,null!==(s=a.getAttribute(\\\"data-color-theme-enabled\\\"))&&\\\"false\\\"!==s&&(r=\\\"dark\\\"===a.getAttribute(\\\"data-color-
scheme\\\")?\\\"dark\\\":\\\"auto\\\"),r)),d.set(\\\"done\\\",window.location.href),d.set(\\\"pspid\\\",ce());window.addEventListener(\\\"message\\\",(function(e){if(e.
origin===p){var n=function(e){var n={cmd:\\\"noop\\\",params:{height:\\\"0px\\\",width:\\\"\\\",url:\\\"\\\",\\\"data-
ylk\\\":\\\"\\\"}};try{n=JSON.parse(e)}catch(e){return}return n}(e.data);if(null!==u&&(null==n?void 0:n.cmd)&&e.source&&!(e.source instanceof
MessagePort)&&!(e.source instanceof
ServiceWorker))switch(n.cmd){case\\\"iframeready\\\":o=e.origin,i=e.source,h(\\\"initialize\\\",{height:f),maxAccounts:3,enableAnimations:!0,animationDuratio
n:\\\"500ms\\\",animationTimingFunction:\\\"ease-in-out\\\"});break;case\\\"hide\\\":case\\\"hide-for-
animation\\\":u.style.height=\\\"0\\\";break;case\\\"show\\\":u.style.height=n.params.height,u.style.visibility=\\\"0\\\"===n.params.height?\\\"hidden\\\":\\\"visible
\\\",n.params.width&&(u.style.width=n.params.width);break;case\\\"redirect\\\":c=m(n.params[\\\"data-
ylk\\\"]),Q(\\\"ybar\\\",c.slk||\\\"account\\\",\\\"\\\",c),window.location=n.params.url;break;case\\\"popup\\\":c=m(n.params[\\\"data-
ylk\\\"]),Q(\\\"ybar\\\",c.slk||\\\"account\\\",\\\"\\\",c),window.open(n.params.url,\\\"_blank\\\")}}}),window.addEventListener(\\\"keyup\\\",(function(e){if(!u||\\\"
visible\\\"===u.style.visibility){27===e.keyCode&&g()}}))}},ht=null,ft=!0,vt=0,yt={ybarAccountImage:{selector:\\\"ybar-account-
img\\\",size:\\\"64\\\"},ybarCurrentUserProfileImage:{selector:\\\"ybar-current-user-profile-img\\\",size:\\\"128\\\"},ybarUserProfileImage:{selector:\\\"ybar-user-
profile-img\\\",size:\\\"128\\\"}};ye(\\\"ybar-account-init\\\",(function(e){var n=document.getElementById(\\\"ybarAccountContainer\\\");!function(e,n){var
t=n.ybarAccountContainer,o=n.ybarAccountMenu,i=n.ybarMobile,r=n.ybarMenuManagePub,a=n.signInAccountMenu,s=n.signInBtn,l=n.ybarModAccount,d=n.
yahooPlusImpression,u=n.chevron,p=n.greetingsContainer,m=n.accountsContainer,h=n.ybarLabel,f=e.getConfig(),v=function(){new
Ge(e,{containerElm:n.ybarAccountContainer,isUserAccountNavigation:!0,loggedInUser:n.loggedInUser,loggedInUserElement:n.loggedInUserElement,accountS
witcherButtonSelector:\\\".\\\".\\\".concat(rt[\\\"greetings-
container\\\"],\\\".\\\").concat(rt.multiple)})},y=function(o){if(t)if(t.style.removeProperty(\\\"display\\\"),\\\"false\\\"===t.getAttribute(\\\"data-
enabled\\\"))&&(t.style.display=\\\"none\\\"),ut(n,e);else{var i=new Error(\\\"ybarAccountContainer not
Found\\\");c(\\\"ERROR:\\\",i)}t&&ft&&(ft=!1,e.onDestroy((function(){ft=!0})),pt(e,n,o,v))},g=function(){var e,n;0===vt&&(vt=1,null===(e=null==o?void
0:o.parentNode)||void 0===e||e.removeEventListener(\\\"mouseenter\\\",g),null===(n=null==o?void 0:o.parentNode)||void
0===n||n.removeEventListener(\\\"focusin\\\",g),setTimeout((function(){ee()}),500))},b=function(n){(null==t?void
0:t.classList.contains(\\\"ybarMenuOpen\\\"))||(null==o?void 0:o.classList.contains(rt[\\\"loading-profile-
button\\\"]))||(null==t||t.classList.add(\\\"ybarMenuOpen\\\"),null==o||o.setAttribute(\\\"aria-
expanded\\\",\\\"true\\\"),e.triggerEvent(\\\"profile:show\\\",{event:n}))},w=function(n){if(o&&t){if(o.classList.contains(rt[\\\"loading-profile-
button\\\"]))return;t.classList.contains(\\\"ybarMenuOpen\\\")?(t.classList.remove(\\\"ybarMenuOpen\\\"),null==o||o.setAttribute(\\\"aria-
expanded\\\",\\\"false\\\")):(t.classList.add(\\\"ybarMenuOpen\\\"),o.setAttribute(\\\"aria-
expanded\\\",\\\"true\\\"),e.triggerEvent(\\\"profile:show\\\",{event:n}))}},_=function(){null==t||t.classList.remove(\\\"ybarMenuOpen\\\"),null==o||o.setAttribute(
\\\"aria-
expanded\\\",\\\"false\\\")},L=function(){window.YAHOO.SA&&window.YAHOO.SA.apps&&window.YAHOO.SA.apps[0]&&window.YAHOO.SA.apps[0].vi
ew.shown&&window.YAHOO.SA.apps[0].view.hide()},x=function(e){27===e.keyCode&&(_(),null==h||h.blur())},k=function(){if(d&&!d.getAttribute(\\\"src\\\"
")&&d.getAttribute(\\\"data-src\\\")){var n=d.getAttribute(\\\"data-

```
src\\\")||\\\"\\\";Xe().then((function(e){null===ht&&((ht=document.createElement(\\\"iframe\\\")).src=\\\"https://s.yimg.com/jk/gtm/gtm_ns.html?id=GTM-
NVQTVCX&type=yahoo&cat=ybarimp1\\\",ht.sandbox.add(\\\"allow-scripts\\\"),ht.sandbox.add(\\\"allow-same-
origin\\\"),ht.height=\\\"0\\\",ht.width=\\\"0\\\",ht.referrerPolicy=\\\"origin\\\",ht.style.display=\\\"none\\\",ht.style.visibility=\\\"hidden\\\",document.body.append
Child(ht)),d.setAttribute(\\\"src\\\",e)})),e.onDestroy((function(){d.setAttribute(\\\"src\\\",\\\"\\\"),ht=null})})}));lt(n),s&&(Ee(e,s,\\\"ybar\\\",\\\"sign-
in\\\",{elm:\\\"signin\\\",subsec:\\\"settings\\\",itc:\\\"2\\\"}),ut(n,e));var E=function(){y(!1),e.addEventListener(\\\"close-all-
menus\\\",(function(){a&&a.classList.contains(rt.show)&&a.parentNode&&!xe(a.parentNode)&&_()})),m&&u&&p&&e.addElementListener(p,\\\"click\\\",(fu
nction(e){e.stopPropagation(),p.classList.contains(rt.multiple)&&(m.classList.contains(\\\"hide\\\")?(u.classList.add(rt.expanded),m.classList.remove(\\\"hide\\\")
,p.setAttribute(\\\"aria-expanded\\\",\\\"true\\\")):(u.classList.remove(rt.expanded),m.classList.add(\\\"hide\\\"),p.setAttribute(\\\"aria-
expanded\\\",\\\"false\\\"),p.setAttribute(\\\"aria-label\\\",p.getAttribute(\\\"data-
label\\\")||\\\"\\\")))})),\\\"mail\\\"===f.property&&m&&u&&p&&(u.classList.add(rt.expanded),m.classList.remove(\\\"hide\\\"),p.setAttribute(\\\"aria-
expanded\\\",\\\"true\\\")),e.onDestroy((function(){_()})),o&&(o.onchange=function(){e.triggerEvent(\\\"close-all-
menus\\\")},{itc:\\\"2\\\",elm:\\\"menu\\\",elmt:\\\"user-
info\\\",subsec:\\\"accounts\\\"},l&&(e.addElementListener(l,\\\"mouseenter\\\",k),e.addElementListener(l,\\\"focus\\\",k)),o&&o.parentNode&&(e.addElementLi
stener(o.parentNode,\\\"mouseenter\\\",g),e.addElementListener(o.parentNode,\\\"focusin\\\",g)),Ce(\\\"#ybarAccountMenu\\\",\\\"#ybarAccountMenu +
label\\\",e)),e.addElementListener(l,\\\"focusin\\\",b),e.addElementListener(l,\\\"focusout\\\",_),e.addElementListener(l,\\\"click\\\",w),e.addElementListener(l,\\\"
mouseenter\\\",w),e.addElementListener(l,\\\"mouseleave\\\",_),e.addElementListener(r,\\\"click\\\",_),e.addElementListener(l,\\\"mouseenter\\\",L),e.addElement
Listener(l,\\\"keydown\\\",x);if(o||i||a){if(i)y(!0);else{if(t&&\\\"true\\\"===t.getAttribute(\\\"data-pfs\\\"))return mt(e,n,rt[\\\"pfs-iframe\\\"]),void
e.addEventListener(\\\"ybar-pfs-init-failure\\\",(function(){var e;null===(e=n.ybarAccountMenuBody)||void 0===e||e.classList.remove(rt[\\\"pfs-
container\\\"]),E(),Q(\\\"ybar\\\",\\\"pfs-load-failure\\\",\\\"\\\",{elm:\\\"btn\\\",subsec:\\\"profile\\\",itc:\\\"1\\\"})}));E()}}Object.keys(yt).forEach((function(e){var
n=yt[e],t=document.querySelector(\\\".\\\".concat(rt[n.selector]));t&&(t.onerror=function(){var
e,o;o=\\\"https://s.yimg.com/cv/apiv2/ybar/images/default_user_profile_pic_\\\"+n.size+\\\".svg\\\",(e=t).onerror=null,e.srcset=\\\"\\\",e.src=o})})})}window.addE
ventListener(\\\"keyup\\\",x){e,(ybarAccountContainer:n,ybarAccountMenu:document.getElementById(\\\"ybarAccountMenu\\\"),loggedInUser:document.quer
ySelectorAll(\\\"#ybarAccountProfile\\\"),loggedInUserElement:document.getElementById(\\\"ybarAccountProfile\\\"),ybarMobile:document.querySelector(\\\".\\
\".concat(rt.mobile,\\\" .\\\").concat(rt[\\\"ybar-account-user-
email\\\"])),ybarMenuManagePub:document.getElementById(\\\"ybarMenuManagePub\\\"),signInAccountMenu:document.querySelector(\\\".\\\".concat(rt[\\\"yb
ar-mod-account\\\"],\\\" .\\\").concat(rt[\\\"sign-in-menu\\\"])),signInBtn:document.querySelector(\\\".\\\".concat(rt[\\\"ybar-mod-account\\\"],\\\"
.\\\").concat(rt[\\\"ybar-login-btn\\\"])),ybarModAccount:document.querySelector(\\\".\\\".concat(rt[\\\"ybar-mod-
account\\\"])),yahooPlusImpression:n&&n.querySelector(\\\".\\\".concat(rt[\\\"ybar-account-yahoo-plus-
imp\\\"])),crumb:document.querySelector('input[name=\\\"uh-
crumb\\\"]'),jsapicrumb:document.querySelector('input[name=\\\"jsapicrumb\\\"]'),ybarAccMenuItemTemplate:document.getElementById(\\\"ybarAccMenuItem
Template\\\"),isUH3Layout:!!document.querySelector(\\\".\\\".concat(rt[\\\"uh3-layout\\\"])),isAOLMail:!!document.querySelector(\\\"#ybar.ybar-variant-
aolmail\\\"),chevron:document.querySelector(\\\".\\\".concat(rt.chevron)),accountsContainer:document.querySelector(\\\".\\\".concat(rt[\\\"accounts-
container\\\"])),greetingsContainer:document.querySelector(\\\".\\\".concat(rt[\\\"greetings-
container\\\"])),ybarAccountMenuBody:document.getElementById(\\\"ybarAccountMenuBody\\\"),greetings:document.querySelector(\\\".\\\".concat(rt.greetings)
),stackedName:document.querySelector(\\\".\\\".concat(rt[\\\"stacked-name\\\"])),stackedNameGiven:document.querySelector(\\\".\\\".concat(rt[\\\"stacked-name-
given\\\"])),stackedNameFamily:document.querySelector(\\\".\\\".concat(rt[\\\"stacked-name-
family\\\"])),ybarLabel:document.querySelector(\\\"#ybarAccountMenuOpener\\\"),ybarLoadingProfileWrapper:document.querySelector(\\\".\\\".concat(rt[\\\"loa
ding-profile-wrapper\\\"]))})}}));var gt={\\\"popover-body\\\":\\\"_yb_1i8fp7g\\\",\\\"ybar-mail-link\\\":\\\"_yb_1ffslgh\\\",\\\"ybar-mail-
preview\\\":\\\"_yb_1sdio2z\\\",\\\"ybar-mail-signin-link\\\":\\\"_yb_18vnsxk\\\",\\\"ybar-mod-mail\\\":\\\"_yb_hblnrb\\\",\\\"ybar-mod-mail-promo-
imp\\\":\\\"_yb_1cyf40s\\\",\\\"ybar-large-unread\\\":\\\"_yb_bif524\\\",\\\"ybar-mid-unread\\\":\\\"_yb_87qh4x\\\",\\\"ybar-mail-
```

```
indicator\\\":\\\"_yb_1sklcbk\\\",\\\"ybar-unread-active\\\":\\\"_yb_of69fx\\\",\\\"count-loaded\\\":\\\"_yb_1heo1ux\\\"},bt=function(e){var
n,t;null===(n=e.mailPreview)||void 0===n||n.classList.add(\\\"ybarMenuOpen\\\"),null===(t=e.mailLink)||void 0===t||t.setAttribute(\\\"aria-
expanded\\\",\\\"true\\\")},wt=function(e){var n,t;null===(n=e.mailPreview)||void 0===n||n.classList.remove(\\\"ybarMenuOpen\\\"),null===(t=e.mailLink)||void
0===t||t.setAttribute(\\\"aria-expanded\\\",\\\"false\\\")},_t=function(e,n,t){var
o=n.mailLink,i=n.mailUnread,r=n.mailUnreadSpan,a=n.mailIndicator,s=n.mailModule,c=\\\"\\\".concat(gt[\\\"ybar-unread-
active\\\"]);t.fetchCount().then((function(n){if(i&&n>0){var t=e.getConfig().i18n.root.MAIL_ARIA_LINK;if(o&&o.hasAttribute(\\\"aria-
label\\\"))&&t&&o.setAttribute(\\\"aria-label\\\",t.replace(\\\"{count}\\\",n.toString())),i.classList.add(c),a&&(a.classList.add(c),null===s||s.classList.add(c)),r){var
l=n>99;r.textContent=l?\\\"99+\\\":n+\\\"\\\",i.classList.add(\\\"\\\".concat(gt[\\\"count-loaded\\\"])),l?i.classList.add(\\\"\\\".concat(gt[\\\"ybar-large-
unread\\\"])):n>=10&&i.classList.add(\\\"\\\".concat(gt[\\\"ybar-mid-
unread\\\"]))}}e.onDestroy((function(){i.classList.remove(c),a&&a.classList.remove(c),r&&(r.textContent=\\\"\\\"))})}))}).catch((function(){}))};ye(\\\"ybar-mail-
init\\\",(function(e){var n=document.getElementById(\\\"ybarUnread\\\");!function(e,n){var
t=n.mailModule,o=n.mailLink,i=n.mailSigninLink,r=n.mailPreview;if(t){var a=new
Pn;if(e.addElementListener(t,\\\"mouseenter\\\",(function(){e.triggerEvent(\\\"close-all-menus\\\")})),e.addEventListener(\\\"close-all-
menus\\\",(function(){xe(t)||wt(n)})),e.addElementListener(r,\\\"focusin\\\",(function(){bt(n)})),e.addElementListener(r,\\\"focusout\\\",(function(){wt(n)})),e.on
Destroy((function(){wt(n)})),i){var s=o.getAttribute(\\\"data-redirect-params\\\");if(s&&\\\"\\\"!==s){var c=o.href,e.onDestroy((function(){o.href=c})),s=-
1!==o.href.indexOf(\\\"&activity=ybar-\\\")?\\\"\\\":s.replace(/\\\\[\\\\[pspid\\\\]\\\\]/,ce()),o.href=de(o.href)+s,(null==i?void 0:i.href)&&(i.href=de(i.href)+s)}}else
_t(e,n,a)}}(e,{mailModule:document.querySelector(\\\".\\\".concat(gt[\\\"ybar-mod-mail\\\"])),mailIndicator:document.querySelector(\\\".\\\".concat(gt[\\\"ybar-
mail-indicator\\\"])),mailLink:document.querySelector(\\\".\\\".concat(gt[\\\"ybar-mail-
link\\\"])),mailSigninLink:document.querySelector(\\\".\\\".concat(gt[\\\"ybar-mail-signin-link\\\"])),mailUnread:n,mailUnreadSpan:null==n?void
0:n.querySelector(\\\"span\\\"),mailPreview:document.getElementById(\\\"ybarMailPreview\\\"),popoverBody:document.querySelector(\\\".\\\".concat(gt[\\\"pop
over-body\\\"].split(\\\" \\\").join(\\\".\\\"))),mailPreviewPopover:document.querySelector(\\\".\\\".concat(gt[\\\"ybar-mail-preview\\\"].split(\\\"
\\\").join(\\\".\\\")),\\\" .\\\").concat(gt[\\\"popover-body\\\"].split(\\\" \\\").join(\\\".\\\")))})}));var
Lt,xt,kt=\\\"_yb_14wipt\\\",Et=\\\"_yb_ft96yu\\\",Ct=\\\"_yb_pa09vy\\\",St=\\\"_yb_uxiyh2\\\",At=\\\"_yb_rk1i5j\\\",Mt=\\\"_yb_ws9pyo\\\",Nt=\\\"_yb_uqcp5b\\\
",It=\\\"_yb_1b63ayc\\\",Tt=\\\"_yb_15hzl0d\\\",Ot=\\\"_yb_mc8gzo\\\",Bt=function(e){var n=document.querySelector(\\\"#ybar-navigation-item-
mail\\\"),t=document.querySelector(\\\"#ybar-navigation-item-mail > a\\\"),o=document.querySelector(\\\"#ybar-navigation-item-mail > a >
span\\\");null!==t&&(new
Pn).fetchCount().then((function(n){o&&n>0&&(o.textContent=\\\"(\\\"+(n>99?\\\"99+\\\":n)+\\\")\\\",e.onDestroy((function(){o.textContent=\\\"\\\"})))})).catch(
(function(){}))},qt=!1,Pt=-1,Rt=function(e,n,t){var o,i,r,a=-1,s=0;if(e.ybarNav&&e.navList){var
c=window.getComputedStyle(e.ybarNav),l=parseInt(c.width,10)-parseInt(c.paddingLeft,10)-
parseInt(c.paddingRight,10),d=61,u=e.navigationPlacement();if(u)d+=u.getBoundingClientRect().width;if(xt)d+=xt.getBoundingClientRect().width;for(var
p=window.getComputedStyle(e.navList),m=parseInt(p.gap,10)||0,h=0;h\u003Ce.navItems.length;++h){var
f=e.navItems[h],v=f.getBoundingClientRect(),y=0;if(e.marginOffset){var g=e.marginOffset(f)||0;y=v.width+g}var b=l-d;if(s+y>b&&(h!==e.navItems.length-
1||s+y>b||e.moreMenuDropdown&&e.moreMenuDropdown.hasChildNodes()&&Pt\u003C0)){a=h;break}s+=y+(h\u003Ce.navItems.length-1?m:0)}if(-
1===a&&-1!==Pt&&s\u003C=l){for(var
w=Pt;w\u003Ce.navItems.length&&e.moreMenuDropdown&&e.moreMenuDropdown.hasChildNodes()&&e.moreMenuDropdown.firstChild;)e.moreMenuDrop
down.removeChild(e.moreMenuDropdown.firstChild),t.shiftMoreMenuItem(),null===(o=e.navItems[w].querySelector(\\\"a\\\"))||void
0===o||o.setAttribute(\\\"tabindex\\\",\\\"0\\\"),w++;Pt=-1,e.navList&&e.navList.style.maxWidth=\\\"none\\\"}if(-1!==a&&a!==Pt){if(a>Pt&&-1!==Pt)for(var
_Pt;_\u003Ca&&e.moreMenuDropdown&&e.moreMenuDropdown.hasChildNodes()&&e.moreMenuDropdown.firstChild;)e.moreMenuDropdown.removeChi
ld(e.moreMenuDropdown.firstChild),t.shiftMoreMenuItem(),null===(i=e.navItems[_].querySelector(\\\"a\\\"))||void
0===i||i.setAttribute(\\\"tabindex\\\",\\\"0\\\"),_++;else for(var L=-1===Pt?e.navItems.length-1:Pt-1;L>=a;){var
```

x=e.navItems[L].cloneNode(!0),k=x.querySelector(\\\"a\\\");k&&(k.setAttribute(\\\"id\\\",\\\"\\\"),k.classList.remove(Ct));var
E=x.querySelector(\\\".\\\".concat(e.navigationDropdownListClass));if(E&&(E.style.display=\\\"none\\\"),x.classList.remove(e.dropdownWrapperClass),x.classL
ist.remove(e.ybarNavigationItemClass),x.classList.add(e.navigationDropdownItemClass),e.moreMenuDropdown){e.moreMenuDropdown.insertBefore(x,e.more
MenuDropdown.firstChild);var C=x.getElementsByTagName(\\\"a\\\")[0];t.unshiftMoreMenuItem(C)}null===(r=e.navItems[L].querySelector(\\\"a\\\"))||void
0===r||r.setAttribute(\\\"tabindex\\\",\\\"-1\\\"),L--}Pt=a}if(-1!==a&&e.navList){var
S=parseInt(s.toString(),10)+\\\"px\\\";e.navList.style.maxWidth=S,n.textContent=\\\".\\\".concat(Nt,\\\"{ max-width:
\\\").concat(S,\\\"}\\\")}xt||(e.moreMenuNavItem&&e.moreMenuDropdown&&e.moreMenuDropdown.hasChildNodes()?(e.moreMenuNavItem.classList.add(e.d
ropdownWrapperClass),e.moreMenuNavItem.style.visibility=\\\"visible\\\"):null!==e.moreMenuNavItem&&(e.moreMenuNavItem.classList.remove(e.dropdown
WrapperClass),e.moreMenuNavItem.style.visibility=\\\"hidden\\\"),e.moreMenuDropdown&&e.moreMenuDropdown.childElementCount>10?e.moreMenuDrop
down.classList.add(e.longListClass):null!==e.moreMenuDropdown&&e.moreMenuDropdown.classList.remove(e.longListClass))}}},Dt=function(e,n){var
t=function(e,t){var o;e.classList.contains(n.moreMenuNavItemClass)&&(null===(o=n.moreMenuMainFocusItem)||void 0===o||o.setAttribute(\\\"aria-
expanded\\\",t)),o=function(){n.isTablet&&(document.body.classList.contains(\\\"ybar-nav-
open\\\"),document.body.removeEventListener(\\\"touchend\\\",l)),i=function(e){var
o=e.delegateTarget;o&&o.classList.contains(n.dropdownWrapperClass)&&(o.classList.contains(n.dropdownOpenClass)||(n.isTablet&&(document.body.classList
.add(\\\"ybar-nav-open\\\"),document.body.addEventListener(\\\"touchend\\\",l)),o.classList.add(n.dropdownOpenClass),t(o,\\\"true\\\")))},r=function(e){var
i=e.delegateTarget;if(null==i?void 0:i.classList.contains(n.navigationDropdownListClass)){var
r=i.parentElement;r&&!r.contains(e.relatedTarget)&&r.classList.contains(n.dropdownWrapperClass)&&(o(),r.classList.remove(n.dropdownOpenClass),t(r,\\\"fal
se\\\"))}else if(null==i?void 0:i.classList.contains(n.dropdownOpenClass)){if(n.isTablet&&e instanceof FocusEvent)return;var
a=e.target;xt&&(!xt||xt.contains(a)&&\\\"focusout\\\"!==e.type)||(o(),i.classList.remove(n.dropdownOpenClass),t(i,\\\"false\\\"))}},a=ze(\\\".\\\".concat(n.dropdo
wnWrapperClass),\\\"focusin\\\",i),s=ze(\\\".\\\".concat(n.dropdownWrapperClass),\\\",
.\\\").concat(n.navigationDropdownListClass),\\\"focusout\\\",r),c=document.getElementById(\\\"ybar-navigation\\\"),l=function(e){var t=null==e?void
0:e.target;n.isTablet&&e&&e.target&&e.target instanceof
HTMLElement&&(e.target.classList.contains(n.dropdownOpenClass)||e.target.closest(\\\".\\\".concat(n.dropdownOpenClass)))||document.body.classList.contains
(\\\"ybar-nav-
open\\\")&&![\\\"svg\\\",\\\"path\\\"].includes(t.tagName)&&(null==c||c.querySelectorAll(\\\".\\\".concat(n.dropdownOpenClass)).forEach((function(e){e.classLis
t.remove(n.dropdownOpenClass)})),o())};e.addEventListener(\\\"nav:closeOverflowMenu\\\",(function(){l()}));var
d=ze(\\\".\\\".concat(n.dropdownWrapperClass),\\\"touchstart\\\",(function(e){if(n.isTablet){var
t=e.delegateTarget;t&&t.classList.contains(n.dropdownOpenClass)?r(e):(l(e),i(e))}}));e.onDestroy((function(){var
e;d.destroy(),a.destroy(),s.destroy(),y([],v(null===(e=n.ybarNav)||void 0===e?void
0:e.querySelectorAll(\\\".\\\".concat(n.dropdownOpenClass))),!1).forEach((function(e){e.classList.remove(n.dropdownOpenClass)}));var
t=document.activeElement;(function(e,n){var t=!1;if(!e||!n)return t;if(\\\"function\\\"==typeof e.contains)t=e.contains(n);else for(var
o=n;o;){if(o===e){t=!0;break}o=o.parentElement}return t})(n.ybarNav,t)&&setTimeout((function(){null==t||t.blur()}),1)}))}))},Ht=function(e,n,t,o){for(var
i=n||window.location.pathname,r=t||window.location.hostname,a=(o||{}).setParentFocus,s=void
0!==a&&a,c=y([],v(e.topLevelNavLinks),!1),l=null,d=null,u=0;u\u003Cc.length&&(!l||!d);u++){var p=c[u];p.classList.contains(Ct)&&(l=p);var
m=p.hostname,h=p.pathname;if(m===r)h===i||qt&&\\\"/\\\"!==h&&h.startsWith(h))&&(d=p);else if(s&&!d){var f=p.parentElement;if(null==f?void
0:f.classList.contains(Et))for(var g=y([],v(f.querySelectorAll(\\\".\\\".concat(Mt,\\\" a\\\"))),!1),b=0;b\u003Cg.length;b++){var
w=g[b],_=w.hostname,L=w.pathname;if(_===r&&L===i){d=p;break}}}d&&d!==l&&(null==l||l.classList.remove(Ct),d.classList.add(Ct))},Ut=function(e,n,t,
o){var i=e.getConfig();if(n.navList&&n.moreMenuNavItem&&(n.hasNavPlacement||zt(e,n))){var
r=[n.navList,n.moreMenuNavItem,n.hasNavPlacement];\\\"sports\\\"!==i.property&&r.forEach((function(e){e&&(e.style.opacity=\\\"1\\\",e.style.visibility=\\\"vi
sible\\\")})),Rt(n,t,o)}},Yt=function(e,n){e.onDestroy((function(){Pt=-1,0,n.moreMenuDropdown&&(n.moreMenuDropdown.innerHTML=\\\"\\\")}));for(var

245

t=function(n){e.triggerEvent(\\\"navigation\\\",{event:n})}},o=0;o\u003Cn.navLinks.length;++o)e.addElementListener(n.navLinks[o],\\\"click\\\",t);var
i=!!(n.shiftMoreMenuEnabled&&n.isFuji2&&n.navList&&n.navItems&&n.navItems.length>0),r=new
Ge(e,{containerElm:n.ybarNav,navlistItemSelector:\\\".\\\".concat(Tt,\\\" >
li\\\"),dropdownClass:n.dropdownWrapperClass,enableMoreMenu:i,moreMenuNavElm:n.moreMenuMainFocusItem,isUserAccountNavigation:!1});!function(e,
n){var t,o;y([],(null===(t=n.ybarNav)||void 0===t?void 0:t.querySelectorAll(\\\".\\\".concat(n.dropdownOpenClass))),!1).forEach((function(e){return
e.classList.remove(n.dropdownOpenClass)}));var i=e.getConfig();xt(null===(o=i.bucketConfig)||void 0===o?void
0:o.enable_mid_nav_placement)?document.getElementById(\\\"ybar-mid-nav-placement\\\"):void 0,\\\"news\\\"===i.property?Lt=-
12:(Lt=\\\"finance\\\"!==i.property&&\\\"sports\\\"!==i.property&&n.shiftMoreMenuEnabled?-24:-16,\\\"zh-Hant-HK\\\"!==i.locale&&\\\"zh-Hant-
TW\\\"!==i.locale||(Lt=-20));var r=n.isTablet?\\\"touchstart\\\":\\\"mouseover\\\",a=ze(\\\".\\\".concat(n.dropdownWrapperClass,\\\",
.\\\").concat(n.navigationDropdownListClass),r,(function(t){if(window||document){var
o=window.innerWidth||document.documentElement.clientWidth,r=t.delegateTarget;if(r&&-
1!==t.className.indexOf(n.dropdownWrapperClass)&&(r=r.querySelector(\\\".\\\".concat(n.navigationDropdownListClass))),r){r.style.removeProperty(\\\"left\\\"
);var a=r.getBoundingClientRect(),s=Math.trunc(a.right),c=parseInt(window.getComputedStyle(r).marginLeft,10)+o-
s;if(s>o)return\\\"sports\\\"!==i.property?void(r.style.marginLeft=c+\\\"px\\\"):void(r.style.right=\\\"0px\\\");if(parseInt(r.style.marginLeft)\u003CLt?c>0?r.style.r
emoveProperty(\\\"margin-left\\\"):r.style.marginLeft=c+\\\"px\\\":(r.style.removeProperty(\\\"margin-left\\\"),r.style.marginLeft=Lt+\\\"px\\\"),n.isTablet){var
l=r.previousElementSibling;if(xt&&xt.contains(r))else if(l){var d=l.getBoundingClientRect(),u=Math.trunc(d.left);r.style.left=u+\\\"px\\\"}}}}}else{var p=new
Error(\\\"Dropdown could not be
initialized\\\");e.logError(\\\"Error:\\\",p)}}});e.onDestroy((function(){a.destroy()}))}(e,n),Bt(e),e.addElementListener(document,\\\"DOMContentLoaded\\\",(fun
ction(){Bt(e)})),Dt(e,n);var a=e.getConfig().bucketConfig,s=void 0===a?{}:a,c=s.enableDynamicNavfocus,l=void
0!==c&&c,d=s.enableFuzzyMatching;if(l&&(qt=void 0!==d&&d,Ht(n)),e.addEventListener(\\\"nav:setFocus\\\",(function(e){var t=e.detail,o=void
0===t?{}:t,i=o.hostname,r=void 0===i?window.location.hostname:i,a=o.pathname,s=void 0===a?window.location.pathname:a,c=o.options;Ht(n,s,r,void
0===c?{}:c)})),i)var u=document.createElement(\\\"style\\\");u.title=\\\"ybar_nav_interim\\\",document.head.appendChild(u);var p=ze(\\\"#ybar-nav-more-
menu ul a\\\",\\\"click\\\",(function(n){e.triggerEvent(\\\"navigation\\\",{event:n})})});e.addEventListener(\\\"nav:resize\\\",(function(){Rt(n,u,r)})),Rt(n,u,r);var
m=e.getConfig();if(\\\"complete\\\"===document.readyState)Ut(e,n,u,r);else{var h=\\\"load\\\";(\\\"news\\\"===m.property&&(\\\"zh-Hant-
TW\\\"===m.locale||\\\"zh-Hant-HK\\\"===m.locale)||\\\"finance\\\"===m.property&&\\\"zh-Hant-
TW\\\"===m.locale)&&(h=\\\"DOMContentLoaded\\\"),e.addElementListener(window,h,(function(){Ut(e,n,u,r)}))}e.addEventListener(window,\\\"resize\\\",(
function(){Rt(n,u,r)})),e.onDestroy((function(){var e=u.parentNode;null==e||e.removeChild(u),p.destroy()}))}}Ft(e,n){,zt=function(e,n){var t=[\\\"zh-Hant-
TW\\\",\\\"zh-Hant-HK\\\"].includes(e.getConfig().locale);return n.isFuji2&&t},Ft=function(e,n){if(n.isNavHidden){var
t=!1;e.addElementListener(document,\\\"DOMContentLoaded\\\",(function(t){n.isNavHidden()&&e.triggerEvent(\\\"l2:hide\\\",{event:t})})),e.addElementListen
er(window,\\\"resize\\\",(function(o){!t&&n.isNavHidden()&&e.triggerEvent(\\\"l2:hide\\\",{event:o}),t=n.isNavHidden()})})},jt=\\\"#ybar-nav-more-
menu\\\";ye(\\\"ybar-mod-navigation\\\",(function(e){var n,t=e.getConfig(),o={dropdownWrapperClass:Et,isFuji2:null!==document.querySelector(\\\".ybar-
ytheme-fuji2\\\")||null!==document.querySelector(\\\".ybar-ytheme-
crunch\\\"),isTablet:null!==document.querySelector(\\\".tablet\\\")||\\\"tablet\\\"===t.device||matchMedia(\\\"(hover:
none)\\\").matches,longListClass:St,moreMenuDropdown:document.querySelector(\\\"\\\".concat(jt,\\\"
ul\\\")),moreMenuNavItem:document.querySelector(jt),moreMenuNavLinksSelector:\\\"\\\".concat(jt,\\\" ul
a\\\"),moreMenuMainFocusItem:document.querySelector(\\\"\\\".concat(jt,\\\" >
button\\\")),moreMenuNavItemClass:Ot,navigationDropdownItemClass:Mt,navItems:document.querySelectorAll(\\\"ul.\\\".concat(Tt,\\\" li\\\").concat(It)),topLevelNavLinks:document.querySelectorAll(\\\"li.\\\".concat(It,\\\" > a\\\")),navLinks:document.querySelectorAll(\\\".ybar-mod-
navigation a\\\"),navList:document.querySelector(\\\".ybar-mod-navigation ul\\\"),shiftMoreMenuEnabled:document.querySelector(\\\".ybar-shift-more-
menu\\\"),ybarNav:document.getElementById(\\\"ybar-

navigation\\\"),ybarNavigationItemClass:It,dropdownOpenClass:kt,hasNavPlacement:document.getElementById(\\\"ybar-nav-placement\\\"),marginOffset:function(e){var

n=window.getComputedStyle(e),o=parseInt(n.marginLeft,10)+parseInt(n.marginRight,10);return\\\"sports\\\"===t.property?parseInt(n.marginRight):\\\"finance\\\"===t.property&&\\\"crunch\\\"===t.ytheme?(o=-1.8)>5?o:5:\\\"crunch\\\"===t.ytheme?o:0},navigationPlacement:function(){return

n||(n=document.getElementById(\\\"ybar-nav-placement\\\")),n},isNavHidden:function(){var

e=!1;return\\\"finance\\\"===t.property&&\\\"crunch\\\"===t.ytheme&&document.documentElement.clientWidth\u003C=1049&&(e=!0),e}};o.ybarNav&&Yt(e,o)}});var

Gt=\\\"_yb_1id4ci5\\\",Wt=\\\"_yb_8o4f49\\\",Jt=\\\"_yb_3fpliz\\\",Vt=\\\"_yb_1txa4bz\\\",Kt=\\\"ytlv\\\",Xt=864e5,Zt=\\\"_yb_1ojgd5b\\\",$t=\\\"_yb_17x3qgn\\\",Qt=\\\"_yb_1qixyxh\\\",eo=\\\"_yb_igny4l\\\",no=function(){function e(e,n){var

t=this;this.initialized=!1,this.ybar=e,this.container=n,this.a11yMenu=this.container.querySelector(\\\".\\\".concat(eo)),this.historyEnabled=!!Number(this.container.dataset.history);var o=this.getLocalStorage();this.state={lastSeen:(null===o?void 0:o.lastSeen)||null,manuallyClosed:(null===o?void 0:o.manuallyClosed)||!1},this.init();var i=0,r=setInterval((function(){i>=5||t.initialized?clearInterval(r):(void 0!==t.isNotificationsSupported()&&t.init(),i++)}),100)}return e.prototype.show=function(e){var

n;this.initialized&&(this.historyEnabled&&!e||(document.body.classList.add(Zt),null===(n=this.a11yMenu)||void 0===n||n.setAttribute(\\\"aria-expanded\\\",\\\"true\\\")),this.lastSeen=(new Date).getTime()))},e.prototype.hide=function(){var

e;this.initialized&&(this.historyEnabled&&document.body.classList.remove($t),document.body.classList.remove(Zt),null===(e=this.a11yMenu)||void 0===e||e.setAttribute(\\\"aria-expanded\\\",\\\"false\\\"))},Object.defineProperty(e.prototype,\\\"lastSeen\\\",{get:function(){return

this.state.lastSeen},set:function(e){this.state.lastSeen=e,this.setLocalStorage()},enumerable:!1,configurable:!0}),Object.defineProperty(e.prototype,\\\"manuallyClosed\\\",{get:function(){return

this.state.manuallyClosed},set:function(e){this.state.manuallyClosed=!!e,this.setLocalStorage()},enumerable:!1,configurable:!0}),e.prototype.init=function(){this.isNotificationsSupported()&&this.isNotificationPermissionDefault()&&(this.historyEnabled||document.body.classList.add($t),this.addEventListeners(),this.initialized=!0,this.hasSeenTooltipIn(this.manuallyClosed?6048e5:Xt)||(document.body.classList.add($t),this.show(!0))))},e.prototype.addEventListeners=function(){var

e=this;this.ybar.addElementListener(this.container.getElementsByClassName(Qt)[0],\\\"click\\\",(function(){e.hide(),e.manuallyClosed=!0}))},e.prototype.isNotificationsSupported=function(){var e;return null===(e=null===window||void 0===window?void 0:window.subscriptionHelperInstance||void 0===e?void 0:e.checkIsSupportedBrowser()},e.prototype.isNotificationPermissionDefault=function(){var e;return\\\"default\\\"===(null===(e=window.Notification)||void 0===e?void 0:e.permission)},e.prototype.hasSeenTooltipIn=function(e){if(!this.lastSeen)return!1;var n=new Date(this.lastSeen),t=new Date;return n.getTime()+e>t.getTime()},e.prototype.setLocalStorage=function(){var e;null===(e=window.localStorage)||void 0===e||e.setItem(Kt,JSON.stringify(this.state))},e.prototype.getLocalStorage=function(){var e,n,t=null===(e=window.localStorage)||void 0===e?void 0:e.getItem(Kt);if(null===t)return null;try{return JSON.parse(t)}catch(e){return null===(n=window.localStorage)||void 0===n||n.removeItem(Kt),null}},e}(),to=-1,oo={0:0,1:1,9:9,99:99,150:150},io=function(e,n){var

t,o=n.isUH3,i=n.notifMenu,r=n.notifMenuOpener,a=n.notifDropdown,s=n.notifBadge,c=n.notifContainer,l=n.notifLabel;n.tooltipContainer&&(t=new no(c,n.tooltipContainer));var d=G(),u=function(){i&&(i.checked=!1),null==a||a.classList.remove(\\\"ybarMenuOpen\\\")},p=function(){var n;e.triggerEvent(\\\"close-all-menus\\\"),!!document.querySelector(\\\".display-push-promos

.\\\".concat(Gt))||(d.resetBadge(),s&&(o?null===(n=s.parentElement)||void 0===n||n.classList.remove(Wt):s.style.display=\\\"none\\\"))},m=function(e){var

n,t;0===to&&(null===(n=null===e?void 0:e.css)||void 0===n?void 0:n.length)&&css.length>0&&(t++,function(e){for(var

n,t,o=0;o\u003C=e.length;++o){n=~e[o].value.indexOf(\\\"https://\\\")?e[o].value:\\\"\\\".concat(\\\"https://s.yimg.com\\\").concat(e[o].value),t=void 0,(t=document.createElement(\\\"link\\\")).rel=\\\"stylesheet\\\",t.type=\\\"text/css\\\",t.href=n,document.getElementsByTagName(\\\"head\\\")[0].appendChild(t)}(e.css)}var i=document.getElementById(\\\"ybar\\\");i&&i.hasAttribute(\\\"data-mc\\\")&&((r=i.getAttribute(\\\"data-mc\\\"))&&oo[r]&&(e||(e={}),e.newCount=oo[r]));if((null==e?void 0:e.newCount)&&e.newCount>0&&s)if(o){var

r,a=(r=e.newCount)>99;s.textContent=a?\\\"99+\\\":r+\\\"\\\",null===(t=s.parentElement)||void 0===t||t.classList.add(Wt)}else s.style.display=\\\"block\\\"},h=function(){d.refreshPanel().then(m).then(ee).catch((function(){}))};e.addEventListener(\\\"close-all-menus\\\",(function(){xe(c)||u()})),c&&(h(),setInterval((function(){h()}),3e5),o?l&&l.addEventListener(\\\"mouseenter\\\",(function(){p(),null==t||t.show()})):e.addEventListener(\\\"mouseenter\\\",(function(){p(),null==t||t.show()})),c.addEventListener(\\\"mouseleave\\\",(function(){u(),null==t||t.hide()}))),e.addElementListener(i,\\\"click\\\",(function(){Q(\\\"ybar\\\",\\\"notification\\\",\\\"\\\",{elm:\\\"btn\\\",elmt:\\\"block\\\"===(null==s?void 0:s.style.display)?\\\"newalert\\\":\\\"\\\",subsec:\\\"notification\\\",itc:\\\"1\\\"})})),r&&Ee(e,r,\\\"ybar\\\",\\\"notification\\\",{elm:\\\"expand\\\",subsec:\\\"notificat ions\\\",itc:\\\"2\\\"}),e.addElementListener(a,\\\"focusin\\\",(function(){i&&(i.checked=!0),null==a||a.classList.add(\\\"ybarMenuOpen\\\")})),e.addElementListener(a,\\\"focusout\\\",u),e.addElementListener(n.tooltipContainer,\\\"focusin\\\",(function(){null==t||t.show()})),e.addElementListener(n.tooltipContainer,\\\"focus out\\\",(function(){null==t||t.hide()});var f=e.getConfig().device,v=document.getElementById(\\\"ybar\\\");v&&v.classList.contains(\\\"ybar-ytheme-crunch\\\")&&(to=0);var y=new RegExp(\\\"[?&]notifications=1(&|#|$)\\\");\\\"desktop\\\"===f&&i&&y.test(window.location.search)&&(i.checked=!0)},ye(\\\"ybar-mod-notification\\\",(function(e){var n={isUH3:\\\"crunch\\\"===e.getConfig().ytheme,notifContainer:document.getElementById(\\\"notification-container\\\"),notifBadge:document.getElementById(\\\"notif-badge\\\"),notifMenu:document.getElementById(\\\"ybarNotificationMenu\\\"),notifMenuOpener:document.querySelector(\\\"#ybarNotificationMenu + label\\\"),notifDropdown:document.getElementById(\\\"notifDropdownContainer\\\"),tooltipContainer:document.querySelector(\\\".\\\".concat(Jt)),notifLabel:document.querySelector(\\\".\\\".concat(Vt))};io(e,n)})})()}}]);\",{\"type\":\"script\",\"value\":\"(function (win, cfg) {\n                win._ybar_runtime_config = win._ybar_runtime_config || {};\n                Object.keys(cfg).forEach(function (key) {\n                    win._ybar_runtime_config[key] = cfg[key];\n                });\n            })(window, {\\\"property\\\":\\\"finance\\\",\\\"device\\\":\\\"desktop\\\",\\\"locale\\\":\\\"en-US\\\",\\\"ytheme\\\":\\\"crunch\\\",\\\"bucketConfig\\\":{\\\"assist_billboard_v2\\\":true,\\\"enable_search_ui\\\":true,\\\"highlight_searchassist\\\":true,\\\"overlay_class\\\":\\\"midnight60\\\",\\\"scrollThreshold\\\":4},\\\"componentCount\\\":0,\\\"i18n\\\":{\\\"root\\\":{\\\"PROPERTY_NAME\\\":\\\"Yahoo Finance\\\",\\\"BACK\\\":\\\"Back\\\",\\\"LITE_UPGRADE_PROMPT_MESSAGE\\\":\\\"Some parts of this page are not supported on your current browser version. Please upgrade to a recent browser version.\\\",\\\"MAIL_ARIA_LINK\\\":\\\"Check your mail, {count} messages, link\\\",\\\"NOTIF_ONBOARD_UPSELL_CLOSE\\\":\\\"Not now\\\",\\\"NOTIF_ONBOARD_UPSELL_CTA\\\":\\\"Turn On\\\",\\\"NOTIF_ONBOARD_UPSELL_SUBTITLE\\\":\\\"Keep up with the best stories in News, Sports, Finance, Entertainment and more!\\\",\\\"NOTIF_ONBOARD_UPSELL_TITLE\\\":\\\"Get news push notification\\\",\\\"SEARCH_TOOLTIP_VOICE\\\":\\\"Search by voice\\\",\\\"SEARCH_TOOLTIP_WEB\\\":\\\"Search the web\\\"}},\\\"mailVariantLogos\\\":{}}}); $_mod_ybar && $_mod_ybar.ready();\"}]}},\"html\":\"\u003Cdiv id=\\\"ybar\\\" role=\\\"banner\\\" data-spaceid=\\\"1183300100\\\" data-testid=\\\"rocket_GA_desk_test-3-v1,ypf-bankrate-widget-control-v2-q4,yf-portfoliodetail-control,fin-nimbus-article-enabled\\\" data-version=\\\"3.10.41\\\" data-isSingleRowHeader=\\\"false\\\" data-isSingleRowSearchbox=\\\"\\\" class=\\\"ybar-variant-none _yb_skd6ex _yb_1h6cjwp _yb_e1mx89 _yb_1ju4sqm _yb_1qs896r ybar-track-link-views non-generic-property   ybar-mail-v3   \\\"> \u003Cscript id=\\\"ybarConfig\\\" type=\\\"text/x-template\\\">{\\\"assist_billboard_v2\\\":true,\\\"enable_search_ui\\\":true,\\\"highlight_searchassist\\\":true,\\\"overlay_class\\\":\\\"midnight60\\\",\\\"scrollThreshold\\\":4}\u003C/script>  \u003Cdiv id=\\\"ybar-inner-wrap\\\" class=\\\"_yb_111vk2h \\\">\u003Cdiv class=\\\"_yb_q9yg9a\\\">\u003C/div>   \u003Cdiv class=\\\"_yb_191hf6c _yb_1wf1bgy _yb_1433s0f\\\">\u003Cdiv class=\\\"_yb_1wn3by6 _yb_8cmloh\\\"> \u003Cdiv class=\\\"_yb_lteyk5\\\">\u003Cdiv class=\\\"_yb_1687237\\\">\u003Cbutton id=\\\"_yb_sidenav-btn\\\" class=\\\"_yb_1l2dr1o rapid-noclick-resp\\\" aria-label=\\\"Y! Sites\\\" aria-expanded=\\\"false\\\">\u003Csvg width=\\\"20\\\" height=\\\"20\\\" viewBox=\\\"0 0 20 20\\\" fill=\\\"none\\\" xmlns=\\\"http://www.w3.org/2000/svg\\\">\u003Cpath fill-rule=\\\"evenodd\\\" clip-rule=\\\"evenodd\\\" d=\\\"M17.5001 5.83342H2.50008C2.03966 5.83342 1.66675 5.46008 1.66675 5.00008C1.66675 4.54008 2.03966 4.16675 2.50008 4.16675H17.5001C17.9601 4.16675 18.3334 4.54008 18.3334 5.00008C18.3334 5.46008 17.9601 5.83342 17.5001 5.83342ZM17.5001 11.2501H2.50008C2.03966 11.2501 1.66675 10.8767 1.66675 10.4167C1.66675 9.95633 2.03966 9.58341 2.50008 9.58341H17.5001C17.9601 9.58341 18.3334 9.95633 18.3334 10.4167C18.3334 10.8767 17.9601 11.2501 17.5001 11.2501ZM2.50008

16.6667H17.5001C17.9601 16.6667 18.3334 16.2934 18.3334 15.8334C18.3334 15.373 17.9601 15.0001 17.5001 15.0001H2.50008C2.03966 15.0001 1.66675 15.373 1.66675 15.8334C1.66675 16.2934 2.03966 16.6667 2.50008 16.6667Z\\\" fill=\\\"#232A31\\\">\u003C/path\u003C/svg\u003C/button>\u003Cdiv class=\\\"_yb_pyz287 _yb_fumla1   \\\"> \u003Cdiv class=\\\"_yb_1hc87hl _yb_gx8mtc\\\">\u003Cdiv class=\\\"_yb_3m4hfk\\\">\u003Cdiv class=\\\"_yb_1cc7wse _yb_gx8mtc\\\">\u003Cdiv class=\\\"_yb_1gx27uc\\\">\u003Cbutton class=\\\"_yb_1b79rpk _yb_gx8mtc rapid-noclick-resp\\\" aria-label=\\\"Close button\\\">\u003Csvg width=\\\"20\\\" height=\\\"20\\\" viewBox=\\\"0 0 20 20\\\" fill=\\\"none\\\" xmlns=\\\"http://www.w3.org/2000/svg\\\">\u003Cpath d=\\\"M9.99935 8.82328L5.58435 4.40828C5.26518 4.08911 4.73602 4.08661 4.41102 4.41161C4.08435 4.73911 4.08518 5.26161 4.40852 5.58494L8.82268 9.99994L4.40852 14.4141C4.08852 14.7341 4.08685 15.2624 4.41102 15.5874C4.73852 15.9149 5.26185 15.9141 5.58435 15.5908L9.99935 11.1758L14.4143 15.5908C14.7335 15.9108 15.2627 15.9124 15.5877 15.5874C15.9143 15.2608 15.9135 14.7374 15.5902 14.4141L11.1176 9.99994L15.5902 5.58494C15.9102 5.26494 15.9118 4.73661 15.5877 4.41161C15.2602 4.08494 14.7368 4.08578 14.4143 4.40828L9.99935 8.82328Z\\\" fill=\\\"#232A31\\\">\u003C/path\u003C/svg\u003C/button>\u003C/div\u003C/h3>   \u003Csection class=\\\"_yb_9d1sug _yb_1i5wvic _yb_gx8mtc\\\">\u003Ch3 class=\\\"_yb_oj0kxz _yb_gx8mtc\\\" tabindex=\\\"0\\\"> \u003Cdiv class=\\\"_yb_tiojz _yb_ubzni8 _yb_gx8mtc\\\">\u003Ca href=\\\"https:&#x2F;&#x2F;www.yahoo.com&#x2F;news&#x2F;\\\" class=\\\"_yb_3azc2\\\" tabindex=\\\"-1\\\">News\u003C/a>\u003Cdiv class=\\\"_yb_1q3bav3 _yb_fg0fdn _yb_gx8mtc\\\" tabindex=\\\"0\\\"> \u003Csvg width=\\\"20\\\" height=\\\"20\\\" viewBox=\\\"0 0 20 20\\\" fill=\\\"none\\\" xmlns=\\\"http://www.w3.org/2000/svg\\\">\u003Cpath d=\\\"M10.0011 10.6612L5.91234 6.57241C5.59699 6.25789 5.06949 6.25294 4.74754 6.57489C4.42228 6.90014 4.42393 7.41939 4.74506 7.73969L10.0011 12.9966L15.2588 7.73804C15.5742 7.42269 15.5791 6.89519 15.2564 6.57324C14.9319 6.24881 14.4127 6.24963 14.0916 6.57076L10.0011 10.6612Z\\\" fill=\\\"#232A31\\\">\u003C/path\u003C/svg\u003C/div>\u003C/h3>\u003Cul class=\\\"_yb_1oryszx _yb_gx8mtc\\\"> \u003Cli class=\\\"_yb_b9j16y _yb_gx8mtc\\\"> \u003Ca class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;www.yahoo.com&#x2F;news&#x2F;\\\" data-ylk=\\\"slk:Today&#39;s news;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Today&#39;s news\u003C/a>  \u003C/li> \u003Cli class=\\\"_yb_b9j16y _yb_gx8mtc\\\"> \u003Ca class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;www.yahoo.com&#x2F;news&#x2F;us&#x2F;\\\" data-ylk=\\\"slk:US;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">US\u003C/a>  \u003C/li> \u003Cli class=\\\"_yb_b9j16y _yb_gx8mtc\\\"> \u003Ca class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;www.yahoo.com&#x2F;news&#x2F;politics&#x2F;\\\" data-ylk=\\\"slk:Politics;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Politics\u003C/a>  \u003C/li> \u003Cli class=\\\"_yb_b9j16y _yb_gx8mtc\\\"> \u003Ca class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;www.yahoo.com&#x2F;news&#x2F;world&#x2F;\\\" data-ylk=\\\"slk:World;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">World\u003C/a>  \u003C/li> \u003Cli class=\\\"_yb_b9j16y _yb_1dokb0v _yb_gx8mtc\\\"> \u003Ca class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;www.yahoo.com&#x2F;tech&#x2F;\\\" data-ylk=\\\"slk:Tech;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Tech\u003C/a> \u003Cbutton class=\\\"_yb_1q3bav3 _yb_3kzhl7 rapid-noclick-resp\\\">\u003Csvg aria-label=\\\"icon\\\" width=\\\"16\\\" height=\\\"16\\\" viewBox=\\\"0 0 24 24\\\" fill=\\\"none\\\" xmlns=\\\"http://www.w3.org/2000/svg\\\">\u003Cpath d=\\\"M10.8021 12.0009H15.7081 7.16557C16.0855 6.79265 16.0914 6.16884 15.7051 5.78811C15.3148 5.40348 14.6918 5.40543 14.3075 5.78518L8 12.0009L14.3095 18.2185C14.6879 18.5914 15.3208 18.5973 15.7071 18.2155C16.0964 17.8319 16.0954 17.2178 15.7101 16.8381L10.8021 12.0009Z\\\" fill=\\\"#232A31\\\">\u003C/path\u003C/svg\u003C/button>\u003Cul class=\\\"_yb_cr10dc _yb_lp7m8b\\\">\u003Cli class=\\\"_yb_b9j16y _yb_3ks6qd\\\">\u003Cbutton aria-label=\\\"Back\\\" class=\\\"rapid-noclick-resp\\\">\u003Csvg aria-label=\\\"icon\\\" width=\\\"20\\\" height=\\\"20\\\" viewBox=\\\"0 0 24 24\\\" fill=\\\"none\\\" xmlns=\\\"http://www.w3.org/2000/svg\\\">\u003Cpath d=\\\"M10.8021 12.0009H15.7081 7.16557C16.0855 6.79265 16.0914 6.16884 15.7051 5.78811C15.3148 5.40348 14.6918 5.40543 14.3075 5.78518L8 12.0009L14.3095 18.2185C14.6879 18.5914 15.3208 18.5973 15.7071 18.2155C16.0964 17.8319 16.0954 17.2178 15.7101 16.8381L10.8021 12.0009Z\\\" fill=\\\"#232A31\\\">\u003C/path\u003C/svg\u003C/button>\u003C/li> \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;www.yahoo.com&#x2F;tech&#x2F;reviews-deals&#x2F;\\\" data-ylk=\\\"slk:Reviews and deals;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Reviews and deals \u003C/a>\u003C/li>  \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;www.yahoo.com&#x2F;tech&#x2F;audio&#x2F;\\\" data-ylk=\\\"slk:Audio;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Audio \u003C/a>\u003C/li>  \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;www.yahoo.com&#x2F;tech&#x2F;computing&#x2F;\\\" data-

ylk=\\\"slk:Computing;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Computing \u003C/a>\u003C/li> \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;www.yahoo.com&#x2F;tech&#x2F;gaming&#x2F;\\\" data-ylk=\\\"slk:Gaming;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Gaming \u003C/a>\u003C/li> \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;www.yahoo.com&#x2F;tech&#x2F;health&#x2F;\\\" data-ylk=\\\"slk:Health;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Health \u003C/a>\u003C/li> \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;www.yahoo.com&#x2F;tech&#x2F;home&#x2F;\\\" data-ylk=\\\"slk:Home;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Home \u003C/a>\u003C/li> \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;www.yahoo.com&#x2F;tech&#x2F;phones&#x2F;\\\" data-ylk=\\\"slk:Phones;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Phones \u003C/a>\u003C/li> \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;www.yahoo.com&#x2F;tech&#x2F;science&#x2F;\\\" data-ylk=\\\"slk:Science;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Science \u003C/a>\u003C/li> \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;www.yahoo.com&#x2F;tech&#x2F;tvs&#x2F;\\\" data-ylk=\\\"slk:TVs;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">TVs \u003C/a>\u003C/li> \u003C/ul> \u003C/li> \u003Cli class=\\\"_yb_b9j16y _yb_gx8mtc\\\"> \u003Ca class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;www.yahoo.com&#x2F;tagged&#x2F;climate-change&#x2F;\\\" data-ylk=\\\"slk:Climate change;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Climate change\u003C/a> \u003C/li> \u003Cli class=\\\"_yb_b9j16y _yb_gx8mtc\\\"> \u003Ca class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;www.yahoo.com&#x2F;news&#x2F;health&#x2F;\\\" data-ylk=\\\"slk:Health;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Health\u003C/a> \u003C/li> \u003Cli class=\\\"_yb_b9j16y _yb_gx8mtc\\\"> \u003Ca class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;www.yahoo.com&#x2F;news&#x2F;science&#x2F;\\\" data-ylk=\\\"slk:Science;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Science\u003C/a> \u003C/li> \u003Cli class=\\\"_yb_b9j16y _yb_gx8mtc\\\"> \u003Ca class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;www.yahoo.com&#x2F;elections&#x2F;\\\" data-ylk=\\\"slk:2024 election;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">2024 election\u003C/a> \u003C/li> \u003Cli class=\\\"_yb_b9j16y _yb_1dokb0v _yb_gx8mtc\\\"> \u003Ca class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;news.yahoo.com&#x2F;originals&#x2F;\\\" data-ylk=\\\"slk:Originals;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Originals\u003C/a> \u003Cbutton class=\\\"_yb_1q3bav3 _yb_3kzhl7 rapid-noclick-resp\\\">\u003Csvg aria-label=\\\"icon\\\" width=\\\"16\\\" height=\\\"16\\\" viewBox=\\\"0 0 24 24\\\" fill=\\\"none\\\" xmlns=\\\"http://www.w3.org/2000/svg\\\">\u003Cpath d=\\\"M10.8021 12.0009L15.7081 7.16557C16.0855 6.79265 16.0914 6.16884 15.7051 5.78811C15.3148 5.40348 14.6918 5.40543 14.3075 5.78518L8 12.0009L14.3095 18.2185C14.6879 18.5914 15.3208 18.5973 15.7071 18.2155C16.0964 17.8319 16.0954 17.2178 15.7101 16.8381L10.8021 12.0009Z\\\" fill=\\\"#232A31\\\">\u003C/path>\u003C/svg>\u003C/button>\u003Cul class=\\\"_yb_cr10dc _yb_lp7m8b\\\">\u003Cli class=\\\"_yb_b9j16y _yb_3ks6qd\\\">\u003Cbutton aria-label=\\\"Back\\\" class=\\\"rapid-noclick-resp\\\">\u003Csvg aria-label=\\\"icon\\\" width=\\\"20\\\" height=\\\"20\\\" viewBox=\\\"0 0 24 24\\\" fill=\\\"none\\\" xmlns=\\\"http://www.w3.org/2000/svg\\\">\u003Cpath d=\\\"M10.8021 12.0009L15.7081 7.16557C16.0855 6.79265 16.0914 6.16884 15.7051 5.78811C15.3148 5.40348 14.6918 5.40543 14.3075 5.78518L8 12.0009L14.3095 18.2185C14.6879 18.5914 15.3208 18.5973 15.7071 18.2155C16.0964 17.8319 16.0954 17.2178 15.7101 16.8381L10.8021 12.0009Z\\\" fill=\\\"#232A31\\\">\u003C/path>\u003C/svg>\u003C/button>\u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;www.yahoo.com&#x2F;news&#x2F;tagged&#x2F;360&#x2F;\\\" data-ylk=\\\"slk:The 360;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">The 360 \u003C/a>\u003C/li> \u003C/ul> \u003C/li> \u003Cli class=\\\"_yb_b9j16y _yb_gx8mtc\\\"> \u003Ca class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;news.yahoo.com&#x2F;newsletters&#x2F;\\\" data-ylk=\\\"slk:Newsletters;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Newsletters\u003C/a> \u003C/li>\u003C/ul>\u003C/section> \u003Csection class=\\\"_yb_9d1sug _yb_1i5wvic _yb_gx8mtc\\\">\u003Ch3 class=\\\"_yb_oj0kxz _yb_gx8mtc\\\" tabindex=\\\"0\\\"> \u003Cdiv class=\\\"_yb_tiojz _yb_ubzni8 _yb_gx8mtc\\\">\u003Ca href=\\\"https:&#x2F;&#x2F;www.yahoo.com&#x2F;lifestyle&#x2F;\\\" class=\\\"_yb_3azc2\\\" tabindex=\\\"-1\\\">Life\u003C/a>\u003C/div>\u003C/div>\u003Cdiv class=\\\"_yb_1q3bav3 _yb_fg0fdn _yb_gx8mtc\\\" tabindex=\\\"0\\\">\u003Csvg width=\\\"20\\\" height=\\\"20\\\" viewBox=\\\"0 0 20 20\\\" fill=\\\"none\\\" xmlns=\\\"http://www.w3.org/2000/svg\\\">\u003Cpath d=\\\"M10.0011 10.6612L5.91234 6.57241C5.59699 6.25789 5.06949 6.25294 4.74754

6.57489C4.42228 6.90014 4.42393 7.41939 4.74506 7.73969L10.0011 12.9966L15.2588 7.73804C15.5742 7.42269 15.5791 6.89519 15.2564 6.57324C14.9319 6.24881 14.4127 6.24963 14.0916 6.57076L10.0011 10.6612Z\\\" fill=\\\"#232A31\\\">\u003C/path\u003C/svg\u003C/div\u003C/h3>\u003Cul class=\\\"_yb_1oryszx _yb_gx8mtc\\\"> \u003Cli class=\\\"_yb_b9j16y _yb_1dokb0v _yb_gx8mtc\\\"> \u003Ca class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;www.yahoo.com&#x2F;lifestyle&#x2F;tagged&#x2F;health&#x2F;\\\" data-ylk=\\\"slk:Health;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Health\u003C/a>  \u003Cbutton class=\\\"_yb_1q3bav3 _yb_3kzhl7 rapid-noclick-resp\\\">\u003Csvg aria-label=\\\"icon\\\" width=\\\"16\\\" height=\\\"16\\\" viewBox=\\\"0 0 24 24\\\" fill=\\\"none\\\" xmlns=\\\"http://www.w3.org/2000/svg\\\">\u003Cpath d=\\\"M10.8021 12.0009L15.7081 7.16557C16.0855 6.79265 16.0914 6.16884 15.7051 5.78811C15.3148 5.40348 14.6918 5.40543 14.3075 5.78518L8 12.0009L14.3095 18.2185C14.6879 18.5914 15.3208 18.5973 15.7071 18.2155C16.0964 17.8319 16.0954 17.2178 15.7101 16.8381L10.8021 12.0009Z\\\" fill=\\\"#232A31\\\">\u003C/path\u003C/svg\u003C/button>\u003Cul class=\\\"_yb_cr10dc _yb_lp7m8b\\\">\u003Cli class=\\\"_yb_b9j16y _yb_3ks6qd\\\">\u003Cbutton aria-label=\\\"Back\\\" class=\\\"rapid-noclick-resp\\\">\u003Csvg aria-label=\\\"icon\\\" width=\\\"20\\\" height=\\\"20\\\" viewBox=\\\"0 0 24 24\\\" fill=\\\"none\\\" xmlns=\\\"http://www.w3.org/2000/svg\\\">\u003Cpath d=\\\"M10.8021 12.0009L15.7081 7.16557C16.0855 6.79265 16.0914 6.16884 15.7051 5.78811C15.3148 5.40348 14.6918 5.40543 14.3075 5.78518L8 12.0009L14.3095 18.2185C14.6879 18.5914 15.3208 18.5973 15.7071 18.2155C16.0964 17.8319 16.0954 17.2178 15.7101 16.8381L10.8021 12.0009Z\\\" fill=\\\"#232A31\\\">\u003C/path\u003C/svg\u003C/button>\u003C/li>  \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;www.yahoo.com&#x2F;lifestyle&#x2F;covid&#x2F;\\\" data-ylk=\\\"slk:COVID-19;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">COVID-19 \u003C/a>\u003C/li>  \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;www.yahoo.com&#x2F;lifestyle&#x2F;fall-allergies&#x2F;\\\" data-ylk=\\\"slk:Fall allergies;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Fall allergies \u003C/a>\u003C/li>  \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;www.yahoo.com&#x2F;lifestyle&#x2F;tagged&#x2F;do-i-need-to-worry&#x2F;\\\" data-ylk=\\\"slk:Health news;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Health news \u003C/a>\u003C/li>  \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;www.yahoo.com&#x2F;lifestyle&#x2F;mental-health&#x2F;\\\" data-ylk=\\\"slk:Mental health;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Mental health \u003C/a>\u003C/li>  \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;www.yahoo.com&#x2F;lifestyle&#x2F;relax&#x2F;\\\" data-ylk=\\\"slk:Relax;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Relax \u003C/a>\u003C/li>  \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;www.yahoo.com&#x2F;lifestyle&#x2F;tagged&#x2F;sexual-health&#x2F;\\\" data-ylk=\\\"slk:Sexual health;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Sexual health \u003C/a>\u003C/li>  \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;www.yahoo.com&#x2F;lifestyle&#x2F;tagged&#x2F;study&#x2F;\\\" data-ylk=\\\"slk:Studies;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Studies \u003C/a>\u003C/li>  \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;www.yahoo.com&#x2F;lifestyle&#x2F;tagged&#x2F;the-unwind&#x2F;\\\" data-ylk=\\\"slk:The Unwind;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">The Unwind \u003C/a>\u003C/li>  \u003C/ul>  \u003C/li>  \u003Cli class=\\\"_yb_b9j16y _yb_1dokb0v _yb_gx8mtc\\\"> \u003Ca class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;www.yahoo.com&#x2F;lifestyle&#x2F;tagged&#x2F;parenting&#x2F;\\\" data-ylk=\\\"slk:Parenting;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Parenting\u003C/a>  \u003Cbutton class=\\\"_yb_1q3bav3 _yb_3kzhl7 rapid-noclick-resp\\\">\u003Csvg aria-label=\\\"icon\\\" width=\\\"16\\\" height=\\\"16\\\" viewBox=\\\"0 0 24 24\\\" fill=\\\"none\\\" xmlns=\\\"http://www.w3.org/2000/svg\\\">\u003Cpath d=\\\"M10.8021 12.0009L15.7081 7.16557C16.0855 6.79265 16.0914 6.16884 15.7051 5.78811C15.3148 5.40348 14.6918 5.40543 14.3075 5.78518L8 12.0009L14.3095 18.2185C14.6879 18.5914 15.3208 18.5973 15.7071 18.2155C16.0964 17.8319 16.0954 17.2178 15.7101 16.8381L10.8021 12.0009Z\\\" fill=\\\"#232A31\\\">\u003C/path\u003C/svg\u003C/button>\u003Cul class=\\\"_yb_cr10dc _yb_lp7m8b\\\">\u003Cli class=\\\"_yb_b9j16y _yb_3ks6qd\\\">\u003Cbutton aria-label=\\\"Back\\\" class=\\\"rapid-noclick-resp\\\">\u003Csvg aria-label=\\\"icon\\\" width=\\\"20\\\" height=\\\"20\\\" viewBox=\\\"0 0 24 24\\\" fill=\\\"none\\\" xmlns=\\\"http://www.w3.org/2000/svg\\\">\u003Cpath d=\\\"M10.8021 12.0009L15.7081 7.16557C16.0855 6.79265 16.0914 6.16884 15.7051 5.78811C15.3148 5.40348 14.6918 5.40543 14.3075 5.78518L8 12.0009L14.3095 18.2185C14.6879 18.5914 15.3208 18.5973 15.7071 18.2155C16.0964 17.8319 16.0954 17.2178 15.7101 16.8381L10.8021 12.0009Z\\\"

fill=\\\"#232A31\\\"\u003C/path\u003C/svg\u003C/button\u003C/li\> \u003Cli class=\\\"_yb_b9j16y\\\"\>\u003Ca class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;www.yahoo.com&#x2F;lifestyle&#x2F;tagged&#x2F;family-health&#x2F;\\\" data-ylk=\\\"slk:Family health;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\"\>Family health \u003C/a\>\u003C/li\> \u003Cli class=\\\"_yb_b9j16y\\\"\>\u003Ca class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;www.yahoo.com&#x2F;lifestyle&#x2F;tagged&#x2F;so-mini-ways&#x2F;\\\" data-ylk=\\\"slk:So mini ways;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\"\>So mini ways\u003C/a\>\u003C/li\> \u003C/ul\> \u003Cli class=\\\"_yb_b9j16y _yb_1dokb0v _yb_gx8mtc\\\"\> \u003Ca class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;www.yahoo.com&#x2F;lifestyle&#x2F;style-beauty&#x2F;\\\" data-ylk=\\\"slk:Style and beauty;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\"\>Style and beauty\u003C/a\> \u003Cbutton class=\\\"_yb_1q3bav3 _yb_3kzhl7 rapid-noclick-resp\\\"\>\u003Csvg aria-label=\\\"icon\\\" width=\\\"16\\\" height=\\\"16\\\" viewBox=\\\"0 0 24 24\\\" fill=\\\"none\\\" xmlns=\\\"http://www.w3.org/2000/svg\\\"\>\u003Cpath d=\\\"M10.8021 12.0009L15.7081 7.16557C16.0855 6.79265 16.0914 6.16884 15.7051 5.78811C15.3148 5.40348 14.6918 5.40543 14.3075 5.78518L8 12.0009L14.3095 18.2185C14.6879 18.5914 15.3208 18.5973 15.7071 18.2155C16.0964 17.8319 16.0954 17.2178 15.7101 16.8381L10.8021 12.0009Z\\\" fill=\\\"#232A31\\\"\>\u003C/path\u003C/svg\u003C/button\u003C/li\>\u003Cul class=\\\"_yb_cr10dc _yb_lp7m8b\\\"\>\u003Cli class=\\\"_yb_b9j16y _yb_3ks6qd\\\"\>\u003Cbutton aria-label=\\\"Back\\\" class=\\\"rapid-noclick-resp\\\"\>\u003Csvg aria-label=\\\"icon\\\" width=\\\"20\\\" height=\\\"20\\\" viewBox=\\\"0 0 24 24\\\" fill=\\\"none\\\" xmlns=\\\"http://www.w3.org/2000/svg\\\"\>\u003Cpath d=\\\"M10.8021 12.0009L15.7081 7.16557C16.0855 6.79265 16.0914 6.16884 15.7051 5.78811C15.3148 5.40348 14.6918 5.40543 14.3075 5.78518L8 12.0009L14.3095 18.2185C14.6879 18.5914 15.3208 18.5973 15.7071 18.2155C16.0964 17.8319 16.0954 17.2178 15.7101 16.8381L10.8021 12.0009Z\\\" fill=\\\"#232A31\\\"\>\u003C/path\u003C/svg\u003C/button\u003C/li\> \u003Cli class=\\\"_yb_b9j16y\\\"\>\u003Ca class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;www.yahoo.com&#x2F;lifestyle&#x2F;tagged&#x2F;it-figures&#x2F;\\\" data-ylk=\\\"slk:It Figures;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\"\>It Figures \u003C/a\>\u003C/li\> \u003Cli class=\\\"_yb_b9j16y\\\"\>\u003Ca class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;www.yahoo.com&#x2F;lifestyle&#x2F;tagged&#x2F;unapologetically&#x2F;\\\" data-ylk=\\\"slk:Unapologetically;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\"\>Unapologetically \u003C/a\>\u003C/li\> \u003C/ul\> \u003C/li\> \u003Cli class=\\\"_yb_b9j16y _yb_gx8mtc\\\"\> \u003Ca class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;www.yahoo.com&#x2F;lifestyle&#x2F;horoscope&#x2F;\\\" data-ylk=\\\"slk:Horoscopes;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\"\>Horoscopes\u003C/a\> \u003Cli class=\\\"_yb_b9j16y _yb_1dokb0v _yb_gx8mtc\\\"\> \u003Ca class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;shopping.yahoo.com&#x2F;\\\" data-ylk=\\\"slk:Shopping;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\"\>Shopping\u003C/a\> \u003Cbutton class=\\\"_yb_1q3bav3 _yb_3kzhl7 rapid-noclick-resp\\\"\>\u003Csvg aria-label=\\\"icon\\\" width=\\\"16\\\" height=\\\"16\\\" viewBox=\\\"0 0 24 24\\\" fill=\\\"none\\\" xmlns=\\\"http://www.w3.org/2000/svg\\\"\>\u003Cpath d=\\\"M10.8021 12.0009L15.7081 7.16557C16.0855 6.79265 16.0914 6.16884 15.7051 5.78811C15.3148 5.40348 14.6918 5.40543 14.3075 5.78518L8 12.0009L14.3095 18.2185C14.6879 18.5914 15.3208 18.5973 15.7071 18.2155C16.0964 17.8319 16.0954 17.2178 15.7101 16.8381L10.8021 12.0009Z\\\" fill=\\\"#232A31\\\"\>\u003C/path\u003C/svg\u003C/button\u003C/li\>\u003Cul class=\\\"_yb_cr10dc _yb_lp7m8b\\\"\>\u003Cli class=\\\"_yb_b9j16y _yb_3ks6qd\\\"\>\u003Cbutton aria-label=\\\"Back\\\" class=\\\"rapid-noclick-resp\\\"\>\u003Csvg aria-label=\\\"icon\\\" width=\\\"20\\\" height=\\\"20\\\" viewBox=\\\"0 0 24 24\\\" fill=\\\"none\\\" xmlns=\\\"http://www.w3.org/2000/svg\\\"\>\u003Cpath d=\\\"M10.8021 12.0009L15.7081 7.16557C16.0855 6.79265 16.0914 6.16884 15.7051 5.78811C15.3148 5.40348 14.6918 5.40543 14.3075 5.78518L8 12.0009L14.3095 18.2185C14.6879 18.5914 15.3208 18.5973 15.7071 18.2155C16.0964 17.8319 16.0954 17.2178 15.7101 16.8381L10.8021 12.0009Z\\\" fill=\\\"#232A31\\\"\>\u003C/path\u003C/svg\u003C/button\u003C/li\> \u003Cli class=\\\"_yb_b9j16y\\\"\>\u003Ca class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;www.yahoo.com&#x2F;lifestyle&#x2F;tagged&#x2F;best-of&#x2F;\\\" data-ylk=\\\"slk:Buying guides;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\"\>Buying guides \u003C/a\>\u003C/li\> \u003C/ul\> \u003C/li\> \u003Cli class=\\\"_yb_b9j16y _yb_gx8mtc\\\"\> \u003Ca class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;www.yahoo.com&#x2F;lifestyle&#x2F;tagged&#x2F;food&#x2F;\\\" data-ylk=\\\"slk:Food;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\"\>Food\u003C/a\> \u003C/li\> \u003Cli class=\\\"_yb_b9j16y _yb_gx8mtc\\\"\> \u003Ca class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;www.yahoo.com&#x2F;lifestyle&#x2F;tagged&#x2F;travel&#x2F;\\\" data-ylk=\\\"slk:Travel;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\"\>Travel\u003C/a\> \u003C/li\> \u003Cli class=\\\"_yb_b9j16y _yb_gx8mtc\\\"\> \u003Ca class=\\\"_yb_5i3s2a\\\"

href=\\\"https:&#x2F;&#x2F;autos.yahoo.com&#x2F;\\\" data-ylk=\\\"slk:Autos;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Autos\u003C/a> \u003C/li> \u003Cli class=\\\"_yb_b9j16y _yb_gx8mtc\\\"> \u003Ca class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;www.yahoo.com&#x2F;topics&#x2F;gift-ideas&#x2F;\\\" data-ylk=\\\"slk:Gift ideas;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Gift ideas\u003C/a> \u003C/li> \u003Cli class=\\\"_yb_b9j16y _yb_gx8mtc\\\"> \u003Ca class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;www.yahoo.com&#x2F;topics&#x2F;buying-guides&#x2F;\\\" data-ylk=\\\"slk:Buying guides;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Buying guides\u003C/a> \u003C/li> \u003C/ul>\u003C/section> \u003Csection class=\\\"_yb_9d1sug _yb_1i5wvic _yb_gx8mtc\\\">\u003Ch3 class=\\\"_yb_oj0kxz _yb_gx8mtc\\\" tabindex=\\\"0\\\"> \u003Cdiv class=\\\"_yb_tiojz _yb_ubzni8 _yb_gx8mtc\\\">\u003Ca href=\\\"https:&#x2F;&#x2F;www.yahoo.com&#x2F;entertainment&#x2F;\\\" tabindex=\\\"-1\\\">Entertainment\u003C/a>\u003C/div>\u003Cdiv class=\\\"_yb_1q3bav3 _yb_fg0fdn _yb_gx8mtc\\\" tabindex=\\\"0\\\">\u003Csvg width=\\\"20\\\" height=\\\"20\\\" viewBox=\\\"0 0 20 20\\\" fill=\\\"none\\\" xmlns=\\"http://www.w3.org/2000/svg\\\">\u003Cpath d=\\\"M10.0011 10.6612L5.91234 6.57241C5.59699 6.25789 5.06949 6.25294 4.74754 6.57489C4.42228 6.90014 4.42393 7.41939 4.74506 7.73969L10.0011 12.9966L15.2588 7.73804C15.5742 7.42269 15.5791 6.89519 15.2564 6.57324C14.9319 6.24881 14.4127 6.24963 14.0916 6.57076L10.0011 10.6612Z\\\" fill=\\\"#232A31\\\"\\\">\u003C/path>\u003C/svg>\u003C/div>\u003C/h3>\u003Cul class=\\\"_yb_1oryszx _yb_gx8mtc\\\"> \u003Cli class=\\\"_yb_b9j16y _yb_gx8mtc\\\"> \u003Ca class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;www.yahoo.com&#x2F;entertainment&#x2F;celebrity&#x2F;\\\" data-ylk=\\\"slk:Celebrity;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Celebrity\u003C/a> \u003C/li> \u003Cli class=\\\"_yb_b9j16y _yb_gx8mtc\\\"> \u003Ca class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;www.yahoo.com&#x2F;entertainment&#x2F;tv&#x2F;\\\" data-ylk=\\\"slk:TV;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">TV\u003C/a> \u003C/li> \u003Cli class=\\\"_yb_b9j16y _yb_gx8mtc\\\"> \u003Ca class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;www.yahoo.com&#x2F;entertainment&#x2F;movies&#x2F;\\\" data-ylk=\\\"slk:Movies;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Movies\u003C/a> \u003C/li> \u003Cli class=\\\"_yb_b9j16y _yb_gx8mtc\\\"> \u003Ca class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;www.yahoo.com&#x2F;entertainment&#x2F;music&#x2F;\\\" data-ylk=\\\"slk:Music;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Music\u003C/a> \u003C/li> \u003Cli class=\\\"_yb_b9j16y _yb_gx8mtc\\\"> \u003Ca class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;www.yahoo.com&#x2F;entertainment&#x2F;tagged&#x2F;how-to-watch&#x2F;\\\" data-ylk=\\\"slk:How to Watch;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">How to Watch\u003C/a> \u003C/li> \u003Cli class=\\\"_yb_b9j16y _yb_gx8mtc\\\"> \u003Ca class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;www.yahoo.com&#x2F;entertainment&#x2F;tagged&#x2F;interviews&#x2F;\\\" data-ylk=\\\"slk:Interviews;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Interviews\u003C/a> \u003C/li> \u003Cli class=\\\"_yb_b9j16y _yb_gx8mtc\\\"> \u003Ca class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;www.yahoo.com&#x2F;entertainment&#x2F;tagged&#x2F;videos&#x2F;\\\" data-ylk=\\\"slk:Videos;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Videos\u003C/a> \u003C/li> \u003C/ul>\u003C/section> \u003Csection class=\\\"_yb_9d1sug _yb_tms0jm _yb_j283ho _yb_gx8mtc\\\">\u003Ch3 class=\\\"_yb_oj0kxz _yb_gx8mtc\\\" tabindex=\\\"0\\\"> \u003Cdiv class=\\\"_yb_lpj73f\\\">\u003C/div> \u003Cdiv class=\\\"_yb_tiojz _yb_gx8mtc\\\">\u003Ca href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;\\\" class=\\\"_yb_3azc2\\\" tabindex=\\\"-1\\\">Finance\u003C/a>\u003C/div>\u003Cdiv class=\\\"_yb_1q3bav3 _yb_fg0fdn _yb_gx8mtc\\\" tabindex=\\\"0\\\">\u003Csvg width=\\\"20\\\" height=\\\"20\\\" viewBox=\\\"0 0 20 20\\\" fill=\\\"none\\\" xmlns=\\"http://www.w3.org/2000/svg\\\">\u003Cpath d=\\\"M10.0011 10.6612L5.91234 6.57241C5.59699 6.25789 5.06949 6.25294 4.74754 6.57489C4.42228 6.90014 4.42393 7.41939 4.74506 7.73969L10.0011 12.9966L15.2588 7.73804C15.5742 7.42269 15.5791 6.89519 15.2564 6.57324C14.9319 6.24881 14.4127 6.24963 14.0916 6.57076L10.0011 10.6612Z\\\" fill=\\\"#232A31\\\"\\\"> \u003C/path>\u003C/svg>\u003C/div>\u003C/h3>\u003Cul class=\\\"_yb_1oryszx _yb_gx8mtc\\\"> \u003Cli class=\\\"_yb_b9j16y _yb_gx8mtc\\\"> \u003Ca class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;portfolios\\\" data-ylk=\\\"slk:My Portfolio;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">My Portfolio\u003C/a> \u003C/li> \u003Cli class=\\\"_yb_b9j16y _yb_1dokb0v _yb_gx8mtc\\\"> \u003Ca class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;news&#x2F;\\\" data-ylk=\\\"slk:News;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">News\u003C/a> \u003Cbutton class=\\\"_yb_1q3bav3 _yb_3kzhl7 rapid-noclick-resp\\\"\\\">\u003Csvg aria-label=\\\"icon\\\" width=\\\"16\\\" height=\\\"16\\\" viewBox=\\\"0 0 24 24\\\" fill=\\\"none\\\" xmlns=\\"http://www.w3.org/2000/svg\\\">\u003Cpath d=\\\"M10.8021 12.0009L15.7081 7.16557C16.0855 6.79265 16.0914 6.16884 15.7051 5.78811C15.3148 5.40348 14.6918 5.40543 14.3075 5.78518L8 12.0009L14.3095 18.2185C14.6879 18.5914 15.3208 18.5973 15.7071 18.2155C16.0964 17.8319 16.0954 17.2178 15.7101 16.8381L10.8021 12.0009Z\\\"

fill=\\\"#232A31\\\">\u003C/path>\u003C/svg>\u003C/button>\u003Cul class=\\\"_yb_cr10dc _yb_lp7m8b\\\">\u003Cli class=\\\"_yb_b9j16y _yb_3ks6qd\\\">\u003Cbutton aria-label=\\\"Back\\\" class=\\\"rapid-noclick-resp\\\">\u003Csvg aria-label=\\\"icon\\\" width=\\\"20\\\" height=\\\"20\\\" viewBox=\\\"0 0 24 24\\\" fill=\\\"none\\\" xmlns=\\\"http://www.w3.org/2000/svg\\\">\u003Cpath d=\\\"M10.8021 12.0009L15.7081 7.16557C16.0855 6.79265 16.0914 6.16884 15.7051 5.78811C15.3148 5.40348 14.6918 5.40543 14.3075 5.78518L8.12.0009L14.3095 18.2185C14.6879 18.5914 15.3208 18.5973 15.7071 18.2155C16.0964 17.8319 16.0954 17.2178 15.7101 16.8381L10.8021 12.0009Z\\\"

fill=\\\"#232A31\\\">\u003C/path>\u003C/svg>\u003C/button>\u003C/li>  \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;topic&#x2F;latest-news&#x2F;\\\" data-ylk=\\\"slk:Latest News;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Latest News \u003C/a>\u003C/li>  \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;topic&#x2F;stock-market-news&#x2F;\\\" data-ylk=\\\"slk:Stock Market;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Stock Market \u003C/a>\u003C/li>  \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;topic&#x2F;yahoo-finance-originals&#x2F;\\\" data-ylk=\\\"slk:Originals;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Originals \u003C/a>\u003C/li>  \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;topic&#x2F;morning-brief&#x2F;\\\" data-ylk=\\\"slk:The Morning Brief;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">The Morning Brief \u003C/a>\u003C/li>  \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\" href=\\\"#&#x2F;topic&#x2F;premium-news\\\" data-ylk=\\\"slk:Premium News;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Premium News  \u003Csvg xmlns=\\\"http://www.w3.org/2000/svg\\\" width=\\\"16\\\" height=\\\"16\\\" viewBox=\\\"0 0 16 16\\\" fill=\\\"none\\\">\u003Cpath fill-rule=\\\"evenodd\\\" clip-rule=\\\"evenodd\\\" d=\\\"M11.3332 5.33317V3.99984C11.3332 2.15983 9.83984 0.666504 7.99984 0.666504C6.15983 0.666504 4.6665 2.15983 4.6665 3.99984V5.33317V6.6665H4.79984C4.0531 6.6665 3.67973 6.6665 3.39452 6.81183C3.14363 6.93966 2.93966 7.14363 2.81183 7.39452C2.6665 7.67973 2.6665 8.0531 2.6665 8.79984V12.5332C2.6665 13.2799 2.6665 13.6533 2.81183 13.9385C2.93966 14.1894 3.14363 14.3933 3.39452 14.5212C3.67973 14.6665 4.0531 14.6665 4.79984 14.6665H11.1998C11.9466 14.6665 12.3199 14.6665 12.6052 14.5212C12.856 14.3933 13.06 14.1894 13.1878 13.9385C13.3332 13.6533 13.3332 13.2799 13.3332 12.5332V8.79984C13.3332 8.0531 13.3332 7.67973 13.1878 7.39452C13.06 7.14363 12.856 6.93966 12.6052 6.81183C12.3199 6.6665 11.9466 6.6665 11.1998 6.6665H11.3332L11.3332 5.33317ZM10.0666 6.6665H5.93319V5.33317V3.99984C5.93319 2.85984 6.85982 1.93317 7.99984 1.93317C9.13985 1.93317 10.0665 2.85984 10.0665 3.99984V5.33317L10.0666 6.6665Z\\\"

fill=\\\"#232A31\\\">\u003C/path>\u003C/svg>  \u003C/li>  \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;topic&#x2F;economic-news&#x2F;\\\" data-ylk=\\\"slk:Economics;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Economics \u003C/a>\u003C/li>  \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;topic&#x2F;housing-market&#x2F;\\\" data-ylk=\\\"slk:Housing;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Housing \u003C/a>\u003C/li>  \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;topic&#x2F;earnings&#x2F;\\\" data-ylk=\\\"slk:Earnings;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Earnings \u003C/a>\u003C/li>  \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;topic&#x2F;tech&#x2F;\\\" data-ylk=\\\"slk:Tech;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Tech \u003C/a>\u003C/li>  \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;topic&#x2F;crypto&#x2F;\\\" data-ylk=\\\"slk:Crypto;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Crypto \u003C/a>\u003C/li>  \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;bidenomics&#x2F;\\\" data-ylk=\\\"slk:Biden Economy;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Biden Economy \u003C/a>\u003C/li> \u003C/ul> \u003C/li>  \u003Cli class=\\\"_yb_b9j16y _yb_1dokb0v _yb_gx8mtc\\\"> \u003Ca class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;markets\\\" data-ylk=\\\"slk:Markets;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Markets\u003C/a>   \u003Cbutton class=\\\"_yb_1q3bav3 _yb_3kzhl7 rapid-noclick-resp\\\">\u003Csvg aria-label=\\\"icon\\\" width=\\\"16\\\" height=\\\"16\\\" viewBox=\\\"0 0 24 24\\\" fill=\\\"none\\\" xmlns=\\\"http://www.w3.org/2000/svg\\\">\u003Cpath d=\\\"M10.8021 12.0009L15.7081 7.16557C16.0855 6.79265 16.0914 6.16884 15.7051 5.78811C15.3148 5.40348 14.6918 5.40543 14.3075 5.78518L8 12.0009L14.3095

18.2185C14.6879 18.5914 15.3208 18.5973 15.7071 18.2155C16.0964 17.8319 16.0954 17.2178 15.7101 16.8381L10.8021 12.0009Z\\\"
fill=\\\"#232A31\\\">\u003C/path>\u003C/svg>\u003C/button>\u003Cul class=\\\"_yb_cr10dc _yb_lp7m8b\\\">\u003Cli class=\\\"_yb_b9j16y
_yb_3ks6qd\\\">\u003Cbutton aria-label=\\\"Back\\\" class=\\\"rapid-noclick-resp\\\">\u003Csvg aria-label=\\\"icon\\\" width=\\\"20\\\" height=\\\"20\\\"
viewBox=\\\"0 0 24 24\\\" fill=\\\"none\\\" xmlns=\\\"http://www.w3.org/2000/svg\\\">\u003Cpath d=\\\"M10.8021 12.0009L15.7081 7.16557C16.0855 6.79265
16.0914 6.16884 15.7051 5.78811C15.3148 5.40348 14.6918 5.40543 14.3075 5.78518L8 12.0009L14.3095 18.2185C14.6879 18.5914 15.3208 18.5973
15.7071 18.2155C16.0964 17.8319 16.0954 17.2178 15.7101 16.8381L10.8021 12.0009Z\\\"
fill=\\\"#232A31\\\">\u003C/path>\u003C/svg>\u003C/button>\u003C/li>  \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\"
href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;markets&#x2F;stocks&#x2F;most-active&#x2F;\\\" data-ylk=\\\"slk:Stocks: Most
Actives;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Stocks: Most Actives \u003C/a>\u003C/li>  \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca
class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;markets&#x2F;stocks&#x2F;gainers&#x2F;\\\" data-ylk=\\\"slk:Stocks:
Gainers;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Stocks: Gainers \u003C/a>\u003C/li>  \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca
class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;markets&#x2F;stocks&#x2F;losers&#x2F;\\\" data-ylk=\\\"slk:Stocks:
Losers;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Stocks: Losers \u003C/a>\u003C/li>  \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca
class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;markets&#x2F;stocks&#x2F;trending&#x2F;\\\" data-ylk=\\\"slk:Trending
Tickers;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Trending Tickers \u003C/a>\u003C/li>  \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca
class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;markets&#x2F;commodities&#x2F;\\\" data-
ylk=\\\"slk:Futures;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Futures \u003C/a>\u003C/li>  \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca
class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;markets&#x2F;world-indices&#x2F;\\\" data-ylk=\\\"slk:World
Indices;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">World Indices \u003C/a>\u003C/li>  \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca
class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;markets&#x2F;bonds&#x2F;\\\" data-ylk=\\\"slk:US Treasury Bonds
Rates;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">US Treasury Bonds Rates \u003C/a>\u003C/li>  \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca
class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;markets&#x2F;currencies&#x2F;\\\" data-
ylk=\\\"slk:Currencies;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Currencies \u003C/a>\u003C/li>  \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca
class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;markets&#x2F;crypto&#x2F;all&#x2F;\\\" data-
ylk=\\\"slk:Crypto;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Crypto \u003C/a>\u003C/li>  \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca
class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;markets&#x2F;etfs&#x2F;top&#x2F;\\\" data-ylk=\\\"slk:Top
ETFs;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Top ETFs \u003C/a>\u003C/li>  \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\"
href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;markets&#x2F;mutualfunds&#x2F;top&#x2F;\\\" data-ylk=\\\"slk:Top Mutual
Funds;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Top Mutual Funds \u003C/a>\u003C/li>  \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca
class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;markets&#x2F;options&#x2F;highest-open-interest&#x2F;\\\" data-
ylk=\\\"slk:Options: Highest Open Interest;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Options: Highest Open Interest \u003C/a>\u003C/li>  \u003Cli
class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;markets&#x2F;options&#x2F;highest-
implied-volatility&#x2F;\\\" data-ylk=\\\"slk:Options: Highest Implied Volatility;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Options: Highest Implied
Volatility \u003C/a>\u003C/li>  \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\"
href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;sectors&#x2F;\\\" data-ylk=\\\"slk:Sectors;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Sectors
\u003C/a>\u003C/li>  \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\"
href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;sectors&#x2F;basic-materials&#x2F;\\\" data-ylk=\\\"slk:Basic Materials;elm:navcat;pkgt:side-
nav;subsec:navrail;itc:0\\\">Basic Materials \u003C/a>\u003C/li>  \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\"
href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;sectors&#x2F;communication-services&#x2F;\\\" data-ylk=\\\"slk:Communication
Services;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Communication Services \u003C/a>\u003C/li>  \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca

class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;sectors&#x2F;consumer-cyclical&#x2F;\\\" data-ylk=\\\"slk:Consumer Cyclical;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Consumer Cyclical \u003c/a>\u003c/li> \u003cli class=\\\"_yb_b9j16y\\\">\u003ca class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;sectors&#x2F;consumer-defensive&#x2F;\\\" data-ylk=\\\"slk:Consumer Defensive;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Consumer Defensive \u003c/a>\u003c/li> \u003cli class=\\\"_yb_b9j16y\\\">\u003ca class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;sectors&#x2F;energy&#x2F;\\\" data-ylk=\\\"slk:Energy;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Energy \u003c/a>\u003c/li> \u003cli class=\\\"_yb_b9j16y\\\">\u003ca class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;sectors&#x2F;financial-services&#x2F;\\\" data-ylk=\\\"slk:Financial Services;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Financial Services \u003c/a>\u003c/li> \u003cli class=\\\"_yb_b9j16y\\\">\u003ca class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;sectors&#x2F;healthcare&#x2F;\\\" data-ylk=\\\"slk:Healthcare;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Healthcare \u003c/a>\u003c/li> \u003cli class=\\\"_yb_b9j16y\\\">\u003ca class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;sectors&#x2F;industrials&#x2F;\\\" data-ylk=\\\"slk:Industrials;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Industrials \u003c/a>\u003c/li> \u003cli class=\\\"_yb_b9j16y\\\">\u003ca class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;sectors&#x2F;real-estate&#x2F;\\\" data-ylk=\\\"slk:Real Estate;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Real Estate \u003c/a>\u003c/li> \u003cli class=\\\"_yb_b9j16y\\\">\u003ca class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;sectors&#x2F;technology&#x2F;\\\" data-ylk=\\\"slk:Technology;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Technology \u003c/a>\u003c/li> \u003cli class=\\\"_yb_b9j16y\\\">\u003ca class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;sectors&#x2F;utilities&#x2F;\\\" data-ylk=\\\"slk:Utilities;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Utilities \u003c/a>\u003c/li> \u003c/ul> \u003c/li> \u003cli class=\\\"_yb_b9j16y _yb_1dokb0v _yb_gx8mtc\\\"> \u003ca class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;screener&#x2F;\\\" data-ylk=\\\"slk:Research;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Research\u003c/a>  \u003cbutton class=\\\"_yb_1q3bav3 _yb_3kzhl7 rapid-noclick-resp\\\">\u003csvg aria-label=\\\"icon\\\" width=\\\"16\\\" height=\\\"16\\\" viewBox=\\\"0 0 24 24\\\" fill=\\\"none\\\" xmlns=\\\"http://www.w3.org/2000/svg\\\">\u003cpath d=\\\"M10.8021 12.0009L15.7081 7.16557C16.0855 6.79265 16.0914 6.16884 15.7051 5.78811C15.3148 5.40348 14.6918 5.40543 14.3075 5.78518L8 12.0009L14.3095 18.2185C14.6879 18.5914 15.3208 18.5973 15.7071 18.2155C16.0964 17.8319 16.0954 17.2178 15.7101 16.8381L10.8021 12.0009Z\\\" fill=\\\"#232A31\\\"\\\">\u003c/path>\u003c/svg>\u003c/button>\u003cul class=\\\"_yb_cr10dc _yb_lp7m8b\\\">\u003cli class=\\\"_yb_b9j16y _yb_3ks6qd\\\">\u003cbutton aria-label=\\\"Back\\\" class=\\\"rapid-noclick-resp\\\">\u003csvg aria-label=\\\"icon\\\" width=\\\"20\\\" height=\\\"20\\\" viewBox=\\\"0 0 24 24\\\" fill=\\\"none\\\" xmlns=\\\"http://www.w3.org/2000/svg\\\">\u003cpath d=\\\"M10.8021 12.0009L15.7081 7.16557C16.0855 6.79265 16.0914 6.16884 15.7051 5.78811C15.3148 5.40348 14.6918 5.40543 14.3075 5.78518L8 12.0009L14.3095 18.2185C14.6879 18.5914 15.3208 18.5973 15.7071 18.2155C16.0964 17.8319 16.0954 17.2178 15.7101 16.8381L10.8021 12.0009Z\\\" fill=\\\"#232A31\\\"\\\">\u003c/path>\u003c/svg>\u003c/button>\u003c/li> \u003cli class=\\\"_yb_b9j16y\\\">\u003ca class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;screener&#x2F;\\\" data-ylk=\\\"slk:Screeners;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Screeners \u003c/a>\u003c/li> \u003cli class=\\\"_yb_b9j16y\\\">\u003ca class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;research-hub&#x2F;screener&#x2F;\\\" data-ylk=\\\"slk:Screeners Beta;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Screeners Beta \u003c/a>  \u003cli class=\\\"_yb_b9j16y\\\">\u003ca class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;watchlists&#x2F;\\\" data-ylk=\\\"slk:Watchlists;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Watchlists \u003c/a>\u003c/li> \u003cli class=\\\"_yb_b9j16y\\\">\u003ca class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;calendar&#x2F;\\\" data-ylk=\\\"slk:Calendar;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Calendar \u003c/a>\u003c/li> \u003cli class=\\\"_yb_b9j16y\\\">\u003ca class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;compare&#x2F;\\\" data-ylk=\\\"slk:Stock Comparison;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Stock Comparison \u003c/a>\u003c/li> \u003cli class=\\\"_yb_b9j16y\\\">\u003ca class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;chart&#x2F;%5EGSPC&#x2F;\\\" data-ylk=\\\"slk:Advanced Chart;elm:navcat;pkgt:side-

nav;subsec:navrail;itc:0\\\">Advanced Chart \u003C/a\u003C/li\u003Cli class=\\\"_yb_b9j16y\\\"\u003Ca class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;currency-converter&#x2F;\\\" data-ylk=\\\"slk:Currency Converter;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Currency Converter \u003C/a\u003C/li\u003e  \u003Cli class=\\\"_yb_b9j16y\\\"\u003Ca class=\\\"_yb_5i3s2a\\\" href=\\\"&#x2F;research&#x2F;trade-ideas?ncid&#x3D;dcm_306158753_490172245_127172993\\\" data-ylk=\\\"slk:Investment Ideas;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Investment Ideas  \u003Csvg xmlns=\\\"http://www.w3.org/2000/svg\\\" width=\\\"16\\\" height=\\\"16\\\" viewBox=\\\"0 0 16 16\\\" fill=\\\"none\\\"\u003E\u003Cpath fill-rule=\\\"evenodd\\\" clip-rule=\\\"evenodd\\\" d=\\\"M11.3332 5.33317V3.99984C11.3332 2.15983 9.83984 0.666504 7.99984 0.666504C6.15983 0.666504 4.6665 2.15983 4.6665 3.99984V5.33317V6.6665H4.79984C4.0531 6.6665 3.67973 6.6665 3.39452 6.81183C3.14363 6.93966 2.93966 7.14363 2.81183 7.39452C2.6665 7.67973 2.6665 8.0531 2.6665 8.79984V12.5332C2.6665 13.2799 2.6665 13.6533 2.81183 13.9385C2.93966 14.1894 3.14363 14.3933 3.39452 14.5212C3.67973 14.6665 4.0531 14.6665 4.79984 14.6665H11.1998C11.9466 14.6665 12.3199 14.6665 12.6052 14.5212C12.856 14.3933 13.06 14.1894 13.1878 13.9385C13.3332 13.6533 13.3332 13.2799 13.3332 12.5332V8.79984C13.3332 8.0531 13.3332 7.67973 13.1878 7.39452C13.06 7.14363 12.856 6.93966 12.6052 6.81183C12.3199 6.6665 11.9466 6.6665 11.1998 6.6665H11.3333L11.3332 5.33317ZM10.0666 6.6665H5.93319V5.33317V3.99984C5.93319 2.85982 6.85982 1.93317 7.99984 1.93317C9.13985 1.93317 10.0665 2.85984 10.0665 3.99984V5.33317L10.0666 6.6665Z\\\" fill=\\\"#232A31\\\"\u003E\u003C/path\u003e\u003C/svg\u003e  \u003C/a\u003C/li\u003e  \u003Cli class=\\\"_yb_b9j16y\\\"\u003Ca class=\\\"_yb_5i3s2a\\\" href=\\\"&#x2F;research?ncid&#x3D;dcm_306158756_490172245_127172993\\\" data-ylk=\\\"slk:Research Reports;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Research Reports  \u003Csvg xmlns=\\\"http://www.w3.org/2000/svg\\\" width=\\\"16\\\" height=\\\"16\\\" viewBox=\\\"0 0 16 16\\\" fill=\\\"none\\\"\u003E\u003Cpath fill-rule=\\\"evenodd\\\" clip-rule=\\\"evenodd\\\" d=\\\"M11.3332 5.33317V3.99984C11.3332 2.15983 9.83984 0.666504 7.99984 0.666504C6.15983 0.666504 4.6665 2.15983 4.6665 3.99984V5.33317V6.6665H4.79984C4.0531 6.6665 3.67973 6.6665 3.39452 6.81183C3.14363 6.93966 2.93966 7.14363 2.81183 7.39452C2.6665 7.67973 2.6665 8.0531 2.6665 8.79984V12.5332C2.6665 13.2799 2.6665 13.6533 2.81183 13.9385C2.93966 14.1894 3.14363 14.3933 3.39452 14.5212C3.67973 14.6665 4.0531 14.6665 4.79984 14.6665H11.1998C11.9466 14.6665 12.3199 14.6665 12.6052 14.5212C12.856 14.3933 13.06 14.1894 13.1878 13.9385C13.3332 13.6533 13.3332 13.2799 13.3332 12.5332V8.79984C13.3332 8.0531 13.3332 7.67973 13.1878 7.39452C13.06 7.14363 12.856 6.93966 12.6052 6.81183C12.3199 6.6665 11.9466 6.6665 11.1998 6.6665H11.3333L11.3332 5.33317ZM10.0666 6.6665H5.93319V5.33317V3.99984C5.93319 2.85984 6.85982 1.93317 7.99984 1.93317C9.13985 1.93317 10.0665 2.85984 10.0665 3.99984V5.33317L10.0666 6.6665Z\\\" fill=\\\"#232A31\\\"\u003E\u003C/path\u003e\u003C/svg\u003e  \u003C/a\u003C/li\u003e \u003C/ul\u003e \u003C/li\u003e  \u003Cli class=\\\"_yb_b9j16y _yb_1dokb0v _yb_gx8mtc\\\"\u003e \u003Ca class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;personal-finance&#x2F;\\\" data-ylk=\\\"slk:Personal Finance;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Personal Finance\u003C/a\u003E  \u003Cbutton class=\\\"_yb_1q3bav3 _yb_3kzhl7 rapid-noclick-resp\\\"\u003E\u003Csvg aria-label=\\\"icon\\\" width=\\\"16\\\" height=\\\"16\\\" viewBox=\\\"0 0 24 24\\\" fill=\\\"none\\\" xmlns=\\\"http://www.w3.org/2000/svg\\\"\u003E\u003Cpath d=\\\"M10.8021 12.0009H15.7081 7.16557C16.0855 6.79265 16.0914 6.16884 15.7051 5.78811C15.3148 5.40348 14.6918 5.40543 14.3075 5.78518L8 12.0009L14.3095 18.2185C14.6879 18.5914 15.3208 18.5071 18.2155C16.0964 17.8319 16.0954 17.2178 15.7101 16.8381L10.8021 12.0009Z\\\" fill=\\\"#232A31\\\"\u003E\u003C/path\u003e\u003C/svg\u003e\u003C/button\u003e\u003Cul class=\\\"_yb_cr10dc _yb_lp7m8b\\\"\u003E\u003Cli class=\\\"_yb_b9j16y _yb_3ks6qd\\\"\u003E\u003Cbutton aria-label=\\\"Back\\\" class=\\\"rapid-noclick-resp\\\"\u003E\u003Csvg aria-label=\\\"icon\\\" width=\\\"20\\\" height=\\\"20\\\" viewBox=\\\"0 0 24 24\\\" fill=\\\"none\\\" xmlns=\\\"http://www.w3.org/2000/svg\\\"\u003E\u003Cpath d=\\\"M10.8021 12.0009H15.7081 7.16557C16.0855 6.79265 16.0914 6.16884 15.7051 5.78811C15.3148 5.40348 14.6918 5.40543 14.3075 5.78518L8 12.0009L14.3095 18.2185C14.6879 18.5914 15.3208 18.5973 15.7071 18.2155C16.0964 17.8319 16.0954 17.2178 15.7101 16.8381L10.8021 12.0009Z\\\" fill=\\\"#232A31\\\"\u003E\u003C/path\u003e\u003C/svg\u003e\u003C/button\u003e\u003C/li\u003e  \u003Cli class=\\\"_yb_b9j16y\\\"\u003E\u003Ca class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;personal-finance&#x2F;credit-cards&#x2F;\\\" data-ylk=\\\"slk:Credit Cards;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Credit Cards \u003C/a\u003C/li\u003e  \u003Cli class=\\\"_yb_b9j16y\\\"\u003E\u003Ca class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;personal-finance&#x2F;best-credit-card-for-balance-transfer-213356438.html\\\" data-ylk=\\\"slk:Balance Transfer Cards;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Balance Transfer Cards \u003C/a\u003C/li\u003e  \u003Cli class=\\\"_yb_b9j16y\\\"\u003E\u003Ca class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;personal-finance&#x2F;best-cash-back-

credit-cards-220845639.html\\\" data-ylk=\\\"slk:Cash-back Cards;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Cash-back Cards \u003C/a\u003C/li\u003E \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;personal-finance&#x2F;best-rewards-credit-card-203736692.html\\\" data-ylk=\\\"slk:Rewards Cards;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Rewards Cards \u003C/a\u003C/li\u003E \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;personal-finance&#x2F;best-travel-credit-card-203950032.html\\\" data-ylk=\\\"slk:Travel Cards;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Travel Cards \u003C/a\u003C/li\u003E \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;personal-finance&#x2F;best-credit-card-sign-up-bonus-212458984.html\\\" data-ylk=\\\"slk:Credit Card Offers;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Credit Card Offers \u003C/a\u003C/li\u003E \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;personal-finance&#x2F;banking&#x2F;\\\" data-ylk=\\\"slk:Banking;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Banking \u003C/a\u003C/li\u003E \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;personal-finance&#x2F;find-best-cd-rates-165749654.html\\\" data-ylk=\\\"slk:CD Rates;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">CD Rates \u003C/a\u003C/li\u003E \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;personal-finance&#x2F;best-high-yield-savings-account-203140689.html\\\" data-ylk=\\\"slk:Best HYSA;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Best HYSA \u003C/a\u003C/li\u003E \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;personal-finance&#x2F;best-free-checking-accounts-195709452.html\\\" data-ylk=\\\"slk:Best Free Checking;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Best Free Checking \u003C/a\u003C/li\u003E \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;personal-finance&#x2F;student-loans&#x2F;\\\" data-ylk=\\\"slk:Student Loans;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Student Loans \u003C/a\u003C/li\u003E \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;personal-finance&#x2F;personal-loans&#x2F;\\\" data-ylk=\\\"slk:Personal Loans;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Personal Loans \u003C/a\u003C/li\u003E \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;personal-finance&#x2F;insurance&#x2F;\\\" data-ylk=\\\"slk:Insurance;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Insurance \u003C/a\u003C/li\u003E \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;personal-finance&#x2F;cheap-car-insurance-152307402.html\\\" data-ylk=\\\"slk:Car insurance;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Car insurance \u003C/a\u003C/li\u003E \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;personal-finance&#x2F;mortgages&#x2F;\\\" data-ylk=\\\"slk:Mortgages;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Mortgages \u003C/a\u003C/li\u003E \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;personal-finance&#x2F;refinance-mortgage-162831396.html\\\" data-ylk=\\\"slk:Mortgage Refinancing;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Mortgage Refinancing \u003C/a\u003C/li\u003E \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;personal-finance&#x2F;mortgage-calculator&#x2F;\\\" data-ylk=\\\"slk:Mortgage Calculator;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Mortgage Calculator \u003C/a\u003C/li\u003E \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;personal-finance&#x2F;taxes&#x2F;\\\" data-ylk=\\\"slk:Taxes;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Taxes \u003C/a\u003C/li\u003E \u003C/ul\u003E \u003C/li\u003E \u003Cli class=\\\"_yb_b9j16y _yb_1dokb0v _yb_gx8mtc\\\"> \u003Ca class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;videos&#x2F;\\\" data-ylk=\\\"slk:Videos;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Videos\u003C/a\u003E   \u003Cbutton class=\\\"_yb_1q3bav3 _yb_3kzhl7 rapid-noclick-resp\\\">\u003Csvg aria-label=\\\"icon\\\" width=\\\"16\\\" height=\\\"16\\\" viewBox=\\\"0 0 24 24\\\" fill=\\\"none\\\" xmlns=\\\"http://www.w3.org/2000/svg\\\">\u003Cpath d=\\\"M10.8021 12.0009L15.7081 7.16557C16.0855 6.79265 16.0914 6.16884 15.7051 5.78811C15.3148 5.40348 14.6918 5.40543 14.3075 5.78518L8 12.0009L14.3095 18.2185C14.6879 18.5914 15.3208 18.5973 15.7071 18.2155C16.0964 17.8319 16.0954 17.2178 15.7101 16.8381L10.8021 12.0009Z\\\" fill=\\\"#232A31\\\">\u003C/path\u003C/svg\u003C/button\u003E \u003Cul class=\\\"_yb_cr10dc _yb_lp7m8b\\\">\u003Cli class=\\\"_yb_b9j16y _yb_3ks6qd\\\">\u003Cbutton aria-label=\\\"Back\\\" class=\\\"rapid-noclick-resp\\\">\u003Csvg aria-label=\\\"icon\\\" width=\\\"20\\\" height=\\\"20\\\" viewBox=\\\"0 0 24 24\\\" fill=\\\"none\\\" xmlns=\\\"http://www.w3.org/2000/svg\\\">\u003Cpath d=\\\"M10.8021 12.0009L15.7081 7.16557C16.0855 6.79265

16.0914 6.16884 15.7051 5.78811C15.3148 5.40348 14.6918 5.40543 14.3075 5.78518L8 12.0009L14.3095 18.2185C14.6879 18.5914 15.3208 18.5973 15.7071 18.2155C16.0964 17.8319 16.0954 17.2178 15.7101 16.8381L10.8021 12.0009Z\\\"
fill=\\\"#232A31\\\">\u003C/path\u003C/svg\u003C/button\u003C/li\u003E \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\"
href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;videos&#x2F;latest&#x2F;\\\" data-ylk=\\\"slk:Latest News;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Latest News \u003C/a\u003C/li\u003E \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\"
href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;videos&#x2F;editor-picks&#x2F;\\\" data-ylk=\\\"slk:Editor&#39;s Picks;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Editor&#39;s Picks \u003C/a\u003C/li\u003E \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\"
href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;videos&#x2F;investing-insights&#x2F;\\\" data-ylk=\\\"slk:Investing Insights;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Investing Insights \u003C/a\u003C/li\u003E \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\"
href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;videos&#x2F;trending-stocks&#x2F;\\\" data-ylk=\\\"slk:Trending Stocks;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Trending Stocks \u003C/a\u003C/li\u003E \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\"
href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;videos&#x2F;series&#x2F;\\\" data-ylk=\\\"slk:All Shows;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">All Shows \u003C/a\u003C/li\u003E \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\"
href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;videos&#x2F;series&#x2F;morning-brief&#x2F;\\\" data-ylk=\\\"slk:Morning Brief;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Morning Brief \u003C/a\u003C/li\u003E \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\"
href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;videos&#x2F;series&#x2F;opening-bid&#x2F;\\\" data-ylk=\\\"slk:Opening Bid;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Opening Bid \u003C/a\u003C/li\u003E \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\"
href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;videos&#x2F;series&#x2F;wealth&#x2F;\\\" data-ylk=\\\"slk:Wealth;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Wealth \u003C/a\u003C/li\u003E \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\"
href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;topic&#x2F;etf-report&#x2F;\\\" data-ylk=\\\"slk:ETF Report;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">ETF Report \u003C/a\u003C/li\u003E \u003C/ul\u003E \u003C/li\u003E \u003C/ul\u003E \u003C/section\u003E \u003Csection class=\\\"_yb_9d1sug _yb_1i5wvic _yb_gx8mtc\\\">\u003Ch3 class=\\\"_yb_oj0kxz _yb_gx8mtc\\\" tabindex=\\\"0\\\"> \u003Cdiv class=\\\"_yb_tiojz _yb_ubzni8 _yb_gx8mtc\\\">\u003Ca href=\\\"https:&#x2F;&#x2F;sports.yahoo.com&#x2F;\\\" class=\\\"_yb_3azc2\\\" tabindex=\\\"-1\\\">Sports \u003C/a\u003C/div\u003E\u003Cdiv class=\\\"_yb_1q3bav3 _yb_fg0fdn _yb_gx8mtc\\\" tabindex=\\\"0\\\">\u003Csvg width=\\\"20\\\" height=\\\"20\\\"
viewBox=\\\"0 0 20 20\\\" fill=\\\"none\\\" xmlns=\\\"http://www.w3.org/2000/svg\\\">\u003Cpath d=\\\"M10.0011 10.6612L5.91234 6.57241C5.59699 6.25789 5.06949 6.25294 4.74754 6.57489C4.42228 6.90014 4.42393 7.41939 4.74506 7.73969L10.0011 12.9966L15.2588 7.73804C15.5742 7.42269 15.5791 6.89519 15.2564 6.57324C14.9319 6.24881 14.4127 6.24963 14.0916 6.57076L10.0011 10.6612Z\\\"
fill=\\\"#232A31\\\">\u003C/path\u003C/svg\u003C/div\u003C/h3\u003E\u003Cul class=\\\"_yb_1oryszx _yb_gx8mtc\\\"> \u003Cli class=\\\"_yb_b9j16y _yb_1dokb0v _yb_gx8mtc\\\"> \u003Ca class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;sports.yahoo.com&#x2F;fantasy&#x2F;\\\" data-ylk=\\\"slk:Fantasy;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Fantasy \u003C/a\u003E  \u003Cbutton class=\\\"_yb_1q3bav3 _yb_3kzhl7 rapid-noclick-resp\\\">\u003Csvg aria-label=\\\"icon\\\" width=\\\"16\\\" height=\\\"16\\\" viewBox=\\\"0 0 24 24\\\" fill=\\\"none\\\"
xmlns=\\\"http://www.w3.org/2000/svg\\\">\u003Cpath d=\\\"M10.8021 12.0009L15.7081 7.16557C16.0855 6.79265 16.0914 6.16884 15.7051 5.78811C15.3148 5.40348 14.6918 5.40543 14.3075 5.78518L8 12.0009L14.3095 18.2185C14.6879 18.5914 15.3208 18.5973 15.7071 18.2155C16.0964 17.2178 15.7101 16.8381L10.8021 12.0009Z\\\" fill=\\\"#232A31\\\">\u003C/path\u003C/svg\u003C/button\u003C/li\u003E \u003Cli class=\\\"_yb_b9j16y _yb_3ks6qd\\\">\u003Cbutton aria-label=\\\"Back\\\" class=\\\"rapid-noclick-resp\\\">\u003Csvg aria-label=\\\"icon\\\" width=\\\"20\\\" height=\\\"20\\\" viewBox=\\\"0 0 24 24\\\" fill=\\\"none\\\" xmlns=\\\"http://www.w3.org/2000/svg\\\">\u003Cpath
d=\\\"M10.8021 12.0009L15.7081 7.16557C16.0855 6.79265 16.0914 6.16884 15.7051 5.78811C15.3148 5.40348 14.6918 5.40543 14.3075 5.78518L8 12.0009L14.3095 18.2185C14.6879 18.5914 15.3208 18.5973 15.7071 18.2155C16.0964 17.8319 16.0954 17.2178 15.7101 16.8381L10.8021 12.0009Z\\\"
fill=\\\"#232A31\\\">\u003C/path\u003C/svg\u003C/button\u003C/li\u003E \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\"
href=\\\"https:&#x2F;&#x2F;sports.yahoo.com&#x2F;fantasy&#x2F;news&#x2F;\\\" data-ylk=\\\"slk:News;elm:navcat;pkgt:side-

nav;subsec:navrail;itc:0\\\">News \u003C/a>\u003C/li>  \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\"
href=\\\"https:&#x2F;&#x2F;football.fantasysports.yahoo.com&#x2F;\\\" data-ylk=\\\"slk:Fantasy football;elm:navcat;pkgt:side-
nav;subsec:navrail;itc:0\\\">Fantasy football \u003C/a>\u003C/li>  \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\"
href=\\\"https:&#x2F;&#x2F;football.fantasysports.yahoo.com&#x2F;bestball&#x2F;\\\" data-ylk=\\\"slk:Best Ball;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Best Ball
\u003C/a>\u003C/li>  \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\"
href=\\\"https:&#x2F;&#x2F;football.fantasysports.yahoo.com&#x2F;pickem\\\" data-ylk=\\\"slk:Pro Pick &#39;Em;elm:navcat;pkgt:side-
nav;subsec:navrail;itc:0\\\">Pro Pick &#39;Em \u003C/a>\u003C/li>  \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\"
href=\\\"https:&#x2F;&#x2F;football.fantasysports.yahoo.com&#x2F;college\\\" data-ylk=\\\"slk:College Pick &#39;Em;elm:navcat;pkgt:side-
nav;subsec:navrail;itc:0\\\">College Pick &#39;Em \u003C/a>\u003C/li>  \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\"
href=\\\"https:&#x2F;&#x2F;baseball.fantasysports.yahoo.com&#x2F;\\\" data-ylk=\\\"slk:Fantasy baseball;elm:navcat;pkgt:side-
nav;subsec:navrail;itc:0\\\">Fantasy baseball \u003C/a>\u003C/li>  \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\"
href=\\\"https:&#x2F;&#x2F;hockey.fantasysports.yahoo.com&#x2F;\\\" data-ylk=\\\"slk:Fantasy hockey;elm:navcat;pkgt:side-
nav;subsec:navrail;itc:0\\\">Fantasy hockey \u003C/a>\u003C/li>  \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\"
href=\\\"https:&#x2F;&#x2F;basketball.fantasysports.yahoo.com&#x2F;\\\" data-ylk=\\\"slk:Fantasy basketball;elm:navcat;pkgt:side-
nav;subsec:navrail;itc:0\\\">Fantasy basketball \u003C/a>\u003C/li>  \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\"
href=\\\"https:&#x2F;&#x2F;sports.yahoo.com&#x2F;fantasy&#x2F;mobile&#x2F;\\\" data-ylk=\\\"slk:Download the app;elm:navcat;pkgt:side-
nav;subsec:navrail;itc:0\\\">Download the app \u003C/a>\u003C/li> \u003C/ul> \u003C/li>  \u003Cli class=\\\"_yb_b9j16y  _yb_gx8mtc\\\"> \u003Ca
class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;sports.yahoo.com&#x2F;dailyfantasy&#x2F;\\\" data-ylk=\\\"slk:Daily fantasy;elm:navcat;pkgt:side-
nav;subsec:navrail;itc:0\\\">Daily fantasy \u003C/a>  \u003C/li>  \u003Cli class=\\\"_yb_b9j16y  _yb_1dokb0v  _yb_gx8mtc\\\"> \u003Ca
class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;sports.yahoo.com&#x2F;nfl&#x2F;\\\" data-ylk=\\\"slk:NFL;elm:navcat;pkgt:side-
nav;subsec:navrail;itc:0\\\">NFL\u003C/a>  \u003Cbutton class=\\\"_yb_1q3bav3 _yb_3kzhl7 rapid-noclick-resp\\\">\u003Csvg aria-label=\\\"icon\\\"
width=\\\"16\\\" height=\\\"16\\\" viewBox=\\\"0 0 24 24\\\" fill=\\\"none\\\" xmlns=\\\"http://www.w3.org/2000/svg\\\">\u003Cpath d=\\\"M10.8021
12.0009L15.7081 7.16557C16.0855 6.79265 16.0914 6.16884 15.7051 5.78811C15.3148 5.40348 14.6918 5.40543 14.3075 5.78518L8 12.0009L14.3095
18.2185C14.6879 18.5914 15.3208 18.5973 15.7071 18.2155C16.0964 17.8319 16.0954 17.2178 15.7101 16.8381L10.8021 12.0009Z\\\"
fill=\\\"#232A31\\\">\u003C/path>\u003C/svg>\u003C/button>\u003Cul class=\\\"_yb_cr10dc  _yb_lp7m8b\\\">\u003Cli class=\\\"_yb_b9j16y
  _yb_3ks6qd\\\">\u003Cbutton aria-label=\\\"Back\\\" class=\\\"rapid-noclick-resp\\\">\u003Csvg aria-label=\\\"icon\\\" width=\\\"20\\\" height=\\\"20\\\"
viewBox=\\\"0 0 24 24\\\" fill=\\\"none\\\" xmlns=\\\"http://www.w3.org/2000/svg\\\">\u003Cpath d=\\\"M10.8021 12.0009L15.7081 7.16557C16.0855 6.79265
16.0914 6.16884 15.7051 5.78811C15.3148 5.40348 14.6918 5.40543 14.3075 5.78518L8 12.0009L14.3095 18.2185C14.6879 18.5914 15.3208 18.5973
15.7071 18.2155C16.0964 17.8319 16.0954 17.2178 15.7101 16.8381L10.8021 12.0009Z\\\"
fill=\\\"#232A31\\\">\u003C/path>\u003C/svg>\u003C/button>\u003C/li>  \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\"
href=\\\"https:&#x2F;&#x2F;sports.yahoo.com&#x2F;nfl&#x2F;news&#x2F;\\\" data-ylk=\\\"slk:News;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">News
\u003C/a>\u003C/li>  \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\"
href=\\\"https:&#x2F;&#x2F;sports.yahoo.com&#x2F;nfl&#x2F;scoreboard&#x2F;\\\" data-ylk=\\\"slk:Scores and schedules;elm:navcat;pkgt:side-
nav;subsec:navrail;itc:0\\\">Scores and schedules \u003C/a>\u003C/li>  \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\"
href=\\\"https:&#x2F;&#x2F;sports.yahoo.com&#x2F;nfl&#x2F;standings&#x2F;\\\" data-ylk=\\\"slk:Standings;elm:navcat;pkgt:side-
nav;subsec:navrail;itc:0\\\">Standings \u003C/a>\u003C/li>  \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\"
href=\\\"https:&#x2F;&#x2F;sports.yahoo.com&#x2F;nfl&#x2F;stats&#x2F;\\\" data-ylk=\\\"slk:Stats;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Stats
\u003C/a>\u003C/li>  \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\"
href=\\\"https:&#x2F;&#x2F;sports.yahoo.com&#x2F;nfl&#x2F;teams&#x2F;\\\" data-ylk=\\\"slk:Teams;elm:navcat;pkgt:side-
nav;subsec:navrail;itc:0\\\">Teams \u003C/a>\u003C/li>  \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\"

href=\\\"https:&#x2F;&#x2F;sports.yahoo.com&#x2F;nfl&#x2F;players&#x2F;\\\"  data-ylk=\\\"slk:Players;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Players \u003C/a\u003C/li\u003e  \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\"
href=\\\"https:&#x2F;&#x2F;sports.yahoo.com&#x2F;nfl&#x2F;draft&#x2F;\\\"  data-ylk=\\\"slk:Drafts;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Drafts \u003C/a\u003C/a>\u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\"
href=\\\"https:&#x2F;&#x2F;sports.yahoo.com&#x2F;nfl&#x2F;injuries&#x2F;\\\"  data-ylk=\\\"slk:Injuries;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Injuries \u003C/a\u003C/li>  \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\"
href=\\\"https:&#x2F;&#x2F;sports.yahoo.com&#x2F;nfl&#x2F;odds&#x2F;\\\"  data-ylk=\\\"slk:Odds;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Odds \u003C/a\u003C/li>  \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\"
href=\\\"https:&#x2F;&#x2F;sports.yahoo.com&#x2F;nfl&#x2F;topic&#x2F;super-bowl&#x2F;\\\"  data-ylk=\\\"slk:Super Bowl;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Super Bowl \u003C/a\u003C/li>  \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\"
href=\\\"https:&#x2F;&#x2F;sports.yahoo.com&#x2F;nfl&#x2F;gamechannel&#x2F;\\\"  data-ylk=\\\"slk:GameChannel;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">GameChannel \u003C/a\u003C/li>  \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\"
href=\\\"https:&#x2F;&#x2F;sports.yahoo.com&#x2F;videos&#x2F;nfl&#x2F;\\\"  data-ylk=\\\"slk:Videos;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Videos \u003C/a\u003C/li>  \u003C/ul>  \u003C/li>  \u003Cli class=\\\"_yb_b9j16y  _yb_1dokb0v  _yb_gx8mtc\\\">  \u003Ca class=\\\"_yb_5i3s2a\\\"  href=\\\"https:&#x2F;&#x2F;sports.yahoo.com&#x2F;mlb&#x2F;\\\"  data-ylk=\\\"slk:MLB;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">MLB\u003C/a>   \u003Cbutton class=\\\"_yb_1q3bav3  _yb_3kzhl7 rapid-noclick-resp\\\">\u003Csvg aria-label=\\\"icon\\\"  width=\\\"16\\\"  height=\\\"16\\\"  viewBox=\\\"0 0 24 24\\\"  fill=\\\"none\\\"  xmlns=\\\"http://www.w3.org/2000/svg\\\">\u003Cpath d=\\\"M10.8021 12.0009L15.7081 7.16557C16.0855 6.79265 16.0914 6.16884 15.7051 5.78811C15.3148 5.40348 14.6918 5.40543 14.3075 5.78518L8 12.0009L14.3095 18.2185C14.6879 18.5914 15.3208 18.5973 15.7071 18.2155C16.0964 17.8319 16.0954 17.2178 15.7101 16.8381L10.8021 12.0009Z\\\"  fill=\\\"#232A31\\\">\u003C/path>\u003C/svg>\u003C/button>\u003Cul class=\\\"_yb_cr10dc  _yb_lp7m8b\\\">\u003Cli class=\\\"_yb_b9j16y  _yb_3ks6qd\\\">\u003Cbutton aria-label=\\\"Back\\\"  class=\\\"rapid-noclick-resp\\\">\u003Csvg aria-label=\\\"icon\\\"  width=\\\"20\\\"  height=\\\"20\\\"  viewBox=\\\"0 0 24 24\\\"  fill=\\\"none\\\"  xmlns=\\\"http://www.w3.org/2000/svg\\\">\u003Cpath d=\\\"M10.8021 12.0009L15.7081 7.16557C16.0855 6.79265 16.0914 6.16884 15.7051 5.78811C15.3148 5.40348 14.6918 5.40543 14.3075 5.78518L8 12.0009L14.3095 18.2185C14.6879 18.5914 15.3208 18.5973 15.7071 18.2155C16.0964 17.8319 16.0954 17.2178 15.7101 16.8381L10.8021 12.0009Z\\\"  fill=\\\"#232A31\\\">\u003C/path>\u003C/svg>\u003C/button>\u003C/li>  \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\"
href=\\\"https:&#x2F;&#x2F;sports.yahoo.com&#x2F;mlb&#x2F;news&#x2F;\\\"  data-ylk=\\\"slk:News;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">News \u003C/a\u003C/li>  \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\"
href=\\\"https:&#x2F;&#x2F;sports.yahoo.com&#x2F;mlb&#x2F;scoreboard&#x2F;\\\"  data-ylk=\\\"slk:Scores and schedules;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Scores and schedules \u003C/a>\u003C/li>  \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\"
href=\\\"https:&#x2F;&#x2F;sports.yahoo.com&#x2F;mlb&#x2F;standings&#x2F;\\\"  data-ylk=\\\"slk:Standings;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Standings \u003C/a>\u003C/li>  \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\"
href=\\\"https:&#x2F;&#x2F;sports.yahoo.com&#x2F;mlb&#x2F;stats&#x2F;\\\"  data-ylk=\\\"slk:Stats;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Stats \u003C/a>\u003C/li>  \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\"
href=\\\"https:&#x2F;&#x2F;sports.yahoo.com&#x2F;mlb&#x2F;teams&#x2F;\\\"  data-ylk=\\\"slk:Teams;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Teams \u003C/a>\u003C/li>  \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\"
href=\\\"https:&#x2F;&#x2F;sports.yahoo.com&#x2F;mlb&#x2F;players&#x2F;\\\"  data-ylk=\\\"slk:Players;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Players \u003C/a>\u003C/li>  \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\"
href=\\\"https:&#x2F;&#x2F;sports.yahoo.com&#x2F;mlb&#x2F;odds&#x2F;\\\"  data-ylk=\\\"slk:Odds;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Odds \u003C/a>\u003C/li>  \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\"
href=\\\"https:&#x2F;&#x2F;sports.yahoo.com&#x2F;videos&#x2F;mlb&#x2F;\\\"  data-ylk=\\\"slk:Videos;elm:navcat;pkgt:side-

nav;subsec:navrail;itc:0\\\">Videos \u003C/a\u003C/li\> \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\"
href=\\\"https:&#x2F;&#x2F;sports.yahoo.com&#x2F;mlb&#x2F;world-baseball-classic&#x2F;\\\" data-ylk=\\\"slk:World Baseball
Classic;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">World Baseball Classic \u003C/a\u003C/li\> \u003C/ul\> \u003C/li\> \u003Cli class=\\\"_yb_b9j16y
_yb_1dokb0v _yb_gx8mtc\\\"> \u003Ca class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;sports.yahoo.com&#x2F;nba&#x2F;\\\" data-
ylk=\\\"slk:NBA;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">NBA\u003C/a\>   \u003Cbutton class=\\\"_yb_1q3bav3 _yb_3kzhl7 rapid-noclick-
resp\\\">\u003Csvg aria-label=\\\"icon\\\" width=\\\"16\\\" height=\\\"16\\\" viewBox=\\\"0 0 24 24\\\" fill=\\\"none\\\"
xmlns=\\\"http://www.w3.org/2000/svg\\\">\u003Cpath d=\\\"M10.8021 12.0009L15.7081 7.16557C16.0855 6.79265 16.0914 6.16884 15.7051
5.78811C15.3148 5.40348 14.6918 5.40543 14.3075 5.78518L8 12.0009L14.3095 18.2185C14.6879 18.5914 15.3208 18.5973 15.7071 18.2155C16.0964
17.8319 16.0954 17.2178 15.7101 16.8381L10.8021 12.0009Z\\\" fill=\\\"#232A31\\\">\u003C/path\u003C/svg\u003C/button\u003Cul class=\\\"_yb_cr10dc
_yb_lp7m8b\\\">\u003Cli class=\\\"_yb_b9j16y _yb_3ks6qd\\\">\u003Cbutton aria-label=\\\"Back\\\" class=\\\"rapid-noclick-resp\\\">\u003Csvg aria-
label=\\\"icon\\\" width=\\\"20\\\" height=\\\"20\\\" viewBox=\\\"0 0 24 24\\\" fill=\\\"none\\\" xmlns=\\\"http://www.w3.org/2000/svg\\\">\u003Cpath
d=\\\"M10.8021 12.0009L15.7081 7.16557C16.0855 6.79265 16.0914 6.16884 15.7051 5.78811C15.3148 5.40348 14.6918 5.40543 14.3075 5.78518L8
12.0009L14.3095 18.2185C14.6879 18.5914 15.3208 18.5973 15.7071 18.2155C16.0964 17.8319 16.0954 17.2178 15.7101 16.8381L10.8021 12.0009Z\\\"
fill=\\\"#232A31\\\">\u003C/path\>\u003C/svg\>\u003C/button\>\u003C/li\>  \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\"
href=\\\"https:&#x2F;&#x2F;sports.yahoo.com&#x2F;nba&#x2F;news&#x2F;\\\" data-ylk=\\\"slk:News;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">News
\u003C/a\u003C/li\>  \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\"
href=\\\"https:&#x2F;&#x2F;sports.yahoo.com&#x2F;nba&#x2F;draft&#x2F;\\\" data-ylk=\\\"slk:Draft;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Draft
\u003C/a\u003C/li\> \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\"
href=\\\"https:&#x2F;&#x2F;sports.yahoo.com&#x2F;nba&#x2F;scoreboard&#x2F;\\\" data-ylk=\\\"slk:Scores and schedules;elm:navcat;pkgt:side-
nav;subsec:navrail;itc:0\\\">Scores and schedules \u003C/a\u003C/li\>  \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\"
href=\\\"https:&#x2F;&#x2F;sports.yahoo.com&#x2F;nba&#x2F;standings&#x2F;\\\" data-ylk=\\\"slk:Standings;elm:navcat;pkgt:side-
nav;subsec:navrail;itc:0\\\">Standings \u003C/a\u003C/li\>  \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\"
href=\\\"https:&#x2F;&#x2F;sports.yahoo.com&#x2F;nba&#x2F;stats&#x2F;\\\" data-ylk=\\\"slk:Stats;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Stats
\u003C/a\u003C/li\>  \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\"
href=\\\"https:&#x2F;&#x2F;sports.yahoo.com&#x2F;nba&#x2F;teams&#x2F;\\\" data-ylk=\\\"slk:Teams;elm:navcat;pkgt:side-
nav;subsec:navrail;itc:0\\\">Teams \u003C/a\u003C/li\>  \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\"
href=\\\"https:&#x2F;&#x2F;sports.yahoo.com&#x2F;nba&#x2F;players&#x2F;\\\" data-ylk=\\\"slk:Players;elm:navcat;pkgt:side-
nav;subsec:navrail;itc:0\\\">Players \u003C/a\u003C/li\>  \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\"
href=\\\"https:&#x2F;&#x2F;sports.yahoo.com&#x2F;nba&#x2F;injuries&#x2F;\\\" data-ylk=\\\"slk:Injuries;elm:navcat;pkgt:side-
nav;subsec:navrail;itc:0\\\">Injuries \u003C/a\u003C/li\>  \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\"
href=\\\"https:&#x2F;&#x2F;sports.yahoo.com&#x2F;videos&#x2F;nba&#x2F;\\\" data-ylk=\\\"slk:Videos;elm:navcat;pkgt:side-
nav;subsec:navrail;itc:0\\\">Videos \u003C/a\u003C/li\>  \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\"
href=\\\"https:&#x2F;&#x2F;sports.yahoo.com&#x2F;nba&#x2F;odds&#x2F;\\\" data-ylk=\\\"slk:Odds;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Odds
\u003C/a\u003C/li\>  \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\"
href=\\\"https:&#x2F;&#x2F;sports.yahoo.com&#x2F;nba&#x2F;playoffs&#x2F;\\\" data-ylk=\\\"slk:Playoffs;elm:navcat;pkgt:side-
nav;subsec:navrail;itc:0\\\">Playoffs \u003C/a\u003C/li\>  \u003C/ul\> \u003C/li\>  \u003Cli class=\\\"_yb_b9j16y _yb_1dokb0v _yb_gx8mtc\\\"> \u003Ca
class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;sports.yahoo.com&#x2F;nhl&#x2F;\\\" data-ylk=\\\"slk:NHL;elm:navcat;pkgt:side-
nav;subsec:navrail;itc:0\\\">NHL\u003C/a\>   \u003Cbutton class=\\\"_yb_1q3bav3 _yb_3kzhl7 rapid-noclick-resp\\\">\u003Csvg aria-label=\\\"icon\\\"
width=\\\"16\\\" height=\\\"16\\\" viewBox=\\\"0 0 24 24\\\" fill=\\\"none\\\" xmlns=\\\"http://www.w3.org/2000/svg\\\">\u003Cpath d=\\\"M10.8021
12.0009L15.7081 7.16557C16.0855 6.79265 16.0914 6.16884 15.7051 5.78811C15.3148 5.40348 14.6918 5.40543 14.3075 5.78518L8 12.0009L14.3095

18.2185C14.6879 18.5914 15.3208 18.5973 15.7071 18.2155C16.0964 17.8319 16.0954 17.2178 15.7101 16.8381L10.8021 12.0009Z\\\"
fill=\\\"#232A31\\\">\u003C/path>\u003C/svg>\u003C/button>\u003Cul class=\\\"_yb_cr10dc _yb_lp7m8b\\\">\u003Cli class=\\\"_yb_b9j16y
_yb_3ks6qd\\\">\u003Cbutton aria-label=\\\"Back\\\" class=\\\"rapid-noclick-resp\\\">\u003Csvg aria-label=\\\"icon\\\" width=\\\"20\\\" height=\\\"20\\\"
viewBox=\\\"0 0 24 24\\\" fill=\\\"none\\\" xmlns=\\\"http://www.w3.org/2000/svg\\\">\u003Cpath d=\\\"M10.8021 12.0009L15.7081 7.16557C16.0855 6.79265
16.0914 6.16884 15.7051 5.78811C15.3148 5.40348 14.6918 5.40543 14.3075 5.78518L8 12.0009L14.3095 18.2185C14.6879 18.5914 15.3208 18.5973
15.7071 18.2155C16.0964 17.8319 16.0954 17.2178 15.7101 16.8381L10.8021 12.0009Z\\\"
fill=\\\"#232A31\\\">\u003C/path>\u003C/svg>\u003C/button>\u003C/li>  \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\"
href=\\\"https:&#x2F;&#x2F;sports.yahoo.com&#x2F;nhl&#x2F;news&#x2F;\\\" data-ylk=\\\"slk:News;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">News
\u003C/a>\u003C/li>\u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\"
href=\\\"https:&#x2F;&#x2F;sports.yahoo.com&#x2F;nhl&#x2F;scoreboard&#x2F;\\\" data-ylk=\\\"slk:Scores and schedules;elm:navcat;pkgt:side-
nav;subsec:navrail;itc:0\\\">Scores and schedules \u003C/a>\u003C/li>  \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\"
href=\\\"https:&#x2F;&#x2F;sports.yahoo.com&#x2F;nhl&#x2F;standings&#x2F;\\\" data-ylk=\\\"slk:Standings;elm:navcat;pkgt:side-
nav;subsec:navrail;itc:0\\\">Standings \u003C/a>\u003C/li>  \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\"
href=\\\"https:&#x2F;&#x2F;sports.yahoo.com&#x2F;nhl&#x2F;stats&#x2F;\\\" data-ylk=\\\"slk:Stats;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Stats
\u003C/a>\u003C/li>  \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\"
href=\\\"https:&#x2F;&#x2F;sports.yahoo.com&#x2F;nhl&#x2F;teams&#x2F;\\\" data-ylk=\\\"slk:Teams;elm:navcat;pkgt:side-
nav;subsec:navrail;itc:0\\\">Teams \u003C/a>\u003C/li>  \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\"
href=\\\"https:&#x2F;&#x2F;sports.yahoo.com&#x2F;nhl&#x2F;players&#x2F;\\\" data-ylk=\\\"slk:Players;elm:navcat;pkgt:side-
nav;subsec:navrail;itc:0\\\">Players \u003C/a>\u003C/li>  \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\"
href=\\\"https:&#x2F;&#x2F;sports.yahoo.com&#x2F;nhl&#x2F;odds&#x2F;\\\" data-ylk=\\\"slk:Odds;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Odds
\u003C/a>\u003C/li>\u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\"
href=\\\"https:&#x2F;&#x2F;sports.yahoo.com&#x2F;nhl&#x2F;stanley-cup-playoffs&#x2F;\\\" data-ylk=\\\"slk:Playoffs;elm:navcat;pkgt:side-
nav;subsec:navrail;itc:0\\\">Playoffs \u003C/a>\u003C/li> \u003C/ul> \u003C/li>  \u003Cli class=\\\"_yb_b9j16y _yb_1dokb0v _yb_gx8mtc\\\"> \u003Ca
class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;sports.yahoo.com&#x2F;soccer&#x2F;\\\" data-ylk=\\\"slk:Soccer;elm:navcat;pkgt:side-
nav;subsec:navrail;itc:0\\\">Soccer\u003C/a>  \u003Cbutton class=\\\"_yb_1q3bav3 _yb_3kzhl7 rapid-noclick-resp\\\">\u003Csvg aria-label=\\\"icon\\\"
width=\\\"16\\\" height=\\\"16\\\" viewBox=\\\"0 0 24 24\\\" fill=\\\"none\\\" xmlns=\\\"http://www.w3.org/2000/svg\\\">\u003Cpath d=\\\"M10.8021
12.0009L15.7081 7.16557C16.0855 6.79265 16.0914 6.16884 15.7051 5.78811C15.3148 5.40348 14.6918 5.40543 14.3075 5.78518L8 12.0009L14.3095
18.2185C14.6879 18.5914 15.3208 18.5973 15.7071 18.2155C16.0964 17.8319 16.0954 17.2178 15.7101 16.8381L10.8021 12.0009Z\\\"
fill=\\\"#232A31\\\">\u003C/path>\u003C/svg>\u003C/button>\u003Cul class=\\\"_yb_cr10dc _yb_lp7m8b\\\">\u003Cli class=\\\"_yb_b9j16y
_yb_3ks6qd\\\">\u003Cbutton aria-label=\\\"Back\\\" class=\\\"rapid-noclick-resp\\\">\u003Csvg aria-label=\\\"icon\\\" width=\\\"20\\\" height=\\\"20\\\"
viewBox=\\\"0 0 24 24\\\" fill=\\\"none\\\" xmlns=\\\"http://www.w3.org/2000/svg\\\">\u003Cpath d=\\\"M10.8021 12.0009L15.7081 7.16557C16.0855 6.79265
16.0914 6.16884 15.7051 5.78811C15.3148 5.40348 14.6918 5.40543 14.3075 5.78518L8 12.0009L14.3095 18.2185C14.6879 18.5914 15.3208 18.5973
15.7071 18.2155C16.0964 17.8319 16.0954 17.2178 15.7101 16.8381L10.8021 12.0009Z\\\"
fill=\\\"#232A31\\\">\u003C/path>\u003C/svg>\u003C/button>\u003C/li>  \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\"
href=\\\"https:&#x2F;&#x2F;sports.yahoo.com&#x2F;soccer&#x2F;news&#x2F;\\\" data-ylk=\\\"slk:News;elm:navcat;pkgt:side-
nav;subsec:navrail;itc:0\\\">News \u003C/a>\u003C/li>  \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\"
href=\\\"https:&#x2F;&#x2F;sports.yahoo.com&#x2F;soccer&#x2F;scoreboard&#x2F;\\\" data-ylk=\\\"slk:Scores and schedules;elm:navcat;pkgt:side-
nav;subsec:navrail;itc:0\\\">Scores and schedules\u003C/a>\u003C/li>  \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\"
href=\\\"https:&#x2F;&#x2F;sports.yahoo.com&#x2F;soccer&#x2F;premier-league&#x2F;\\\" data-ylk=\\\"slk:Premier League;elm:navcat;pkgt:side-
nav;subsec:navrail;itc:0\\\">Premier League \u003C/a>\u003C/li>  \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\"

href=\"https:&#x2F;&#x2F;sports.yahoo.com&#x2F;soccer&#x2F;mls&#x2F;\" data-ylk=\"slk:MLS;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\">MLS \u003C/a>\u003C/li> \u003Cli class=\"_yb_b9j16y\">\u003Ca class=\"_yb_5i3s2a\" href=\"https:&#x2F;&#x2F;sports.yahoo.com&#x2F;soccer&#x2F;nwsl&#x2F;\" data-ylk=\"slk:NWSL;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\">NWSL \u003C/a>\u003C/li> \u003Cli class=\"_yb_b9j16y\">\u003Ca class=\"_yb_5i3s2a\" href=\"https:&#x2F;&#x2F;sports.yahoo.com&#x2F;soccer&#x2F;ligamx-clausura&#x2F;\" data-ylk=\"slk:Liga MX;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\">Liga MX \u003C/a>\u003C/li> \u003Cli class=\"_yb_b9j16y\">\u003Ca class=\"_yb_5i3s2a\" href=\"https:&#x2F;&#x2F;sports.yahoo.com&#x2F;soccer&#x2F;concacaf-league&#x2F;\" data-ylk=\"slk:CONCACAF League;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\">CONCACAF League \u003C/a>\u003C/li> \u003Cli class=\"_yb_b9j16y\">\u003Ca class=\"_yb_5i3s2a\" href=\"https:&#x2F;&#x2F;sports.yahoo.com&#x2F;soccer&#x2F;champions-league&#x2F;\" data-ylk=\"slk:Champions League;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\">Champions League \u003C/a>\u003C/li> \u003Cli class=\"_yb_b9j16y\">\u003Ca class=\"_yb_5i3s2a\" href=\"https:&#x2F;&#x2F;sports.yahoo.com&#x2F;soccer&#x2F;la-liga&#x2F;\" data-ylk=\"slk:La Liga;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\">La Liga \u003C/a>\u003C/li> \u003Cli class=\"_yb_b9j16y\">\u003Ca class=\"_yb_5i3s2a\" href=\"https:&#x2F;&#x2F;sports.yahoo.com&#x2F;soccer&#x2F;serie-a&#x2F;\" data-ylk=\"slk:Serie A;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\">Serie A \u003C/a>\u003C/li> \u003Cli class=\"_yb_b9j16y\">\u003Ca class=\"_yb_5i3s2a\" href=\"https:&#x2F;&#x2F;sports.yahoo.com&#x2F;soccer&#x2F;bundesliga&#x2F;\" data-ylk=\"slk:Bundesliga;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\">Bundesliga \u003C/a>\u003C/li> \u003Cli class=\"_yb_b9j16y\">\u003Ca class=\"_yb_5i3s2a\" href=\"https:&#x2F;&#x2F;sports.yahoo.com&#x2F;soccer&#x2F;ligue-1&#x2F;\" data-ylk=\"slk:Ligue 1;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\">Ligue 1 \u003C/a>\u003C/li> \u003Cli class=\"_yb_b9j16y\">\u003Ca class=\"_yb_5i3s2a\" href=\"https:&#x2F;&#x2F;sports.yahoo.com&#x2F;soccer&#x2F;world-cup&#x2F;\" data-ylk=\"slk:World Cup;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\">World Cup \u003C/a>\u003C/li> \u003C/ul> \u003C/li> \u003Cli class=\"_yb_b9j16y _yb_1dokb0v _yb_gx8mtc\"> \u003Ca class=\"_yb_5i3s2a\" href=\"https:&#x2F;&#x2F;sports.yahoo.com&#x2F;college-football&#x2F;\" data-ylk=\"slk:College football;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\">College football\u003C/a>  \u003Cbutton class=\"_yb_1q3bav3 _yb_3kzhl7 rapid-noclick-resp\">\u003Csvg aria-label=\"icon\" width=\"16\" height=\"16\" viewBox=\"0 0 24 24\" fill=\"none\" xmlns=\"http://www.w3.org/2000/svg\">\u003Cpath d=\"M10.8021 12.0009L15.7081 7.16557C16.0855 6.79265 16.0914 6.16884 15.7051 5.78811C15.3148 5.40348 14.6918 5.40543 14.3075 5.78518L8 12.0009L14.3095 18.2185C14.6879 18.5914 15.3208 18.5973 15.7071 18.2155C16.0964 17.8319 16.0954 17.2178 15.7101 16.8381L10.8021 12.0009Z\" fill=\"#232A31\">\u003C/path>\u003C/svg>\u003C/button>\u003C/div> \u003Cul class=\"_yb_cr10dc _yb_lp7m8b\">\u003Cli class=\"_yb_b9j16y _yb_3ks6qd\">\u003Cbutton aria-label=\"Back\" class=\"rapid-noclick-resp\">\u003Csvg aria-label=\"icon\" width=\"20\" height=\"20\" viewBox=\"0 0 24 24\" fill=\"none\" xmlns=\"http://www.w3.org/2000/svg\">\u003Cpath d=\"M10.8021 12.0009L15.7081 7.16557C16.0855 6.79265 16.0914 6.16884 15.7051 5.78811C15.3148 5.40348 14.6918 5.40543 14.3075 5.78518L8 12.0009L14.3095 18.2185C14.6879 18.5914 15.3208 18.5973 15.7071 18.2155C16.0964 17.8319 16.0954 17.2178 15.7101 16.8381L10.8021 12.0009Z\" fill=\"#232A31\">\u003C/path>\u003C/svg>\u003C/button>\u003C/li> \u003Cli class=\"_yb_b9j16y\">\u003Ca class=\"_yb_5i3s2a\" href=\"https:&#x2F;&#x2F;sports.yahoo.com&#x2F;college-football&#x2F;news&#x2F;\" data-ylk=\"slk:News;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\">News \u003C/a>\u003C/li> \u003Cli class=\"_yb_b9j16y\">\u003Ca class=\"_yb_5i3s2a\" href=\"https:&#x2F;&#x2F;sports.yahoo.com&#x2F;college-football&#x2F;scoreboard&#x2F;\" data-ylk=\"slk:Scores and schedules;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\">Scores and schedules \u003C/a>\u003C/li> \u003Cli class=\"_yb_b9j16y\">\u003Ca class=\"_yb_5i3s2a\" href=\"https:&#x2F;&#x2F;sports.yahoo.com&#x2F;college-football&#x2F;standings&#x2F;\" data-ylk=\"slk:Standings;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\">Standings \u003C/a>\u003C/li> \u003Cli class=\"_yb_b9j16y\">\u003Ca class=\"_yb_5i3s2a\" href=\"https:&#x2F;&#x2F;sports.yahoo.com&#x2F;college-football&#x2F;rankings&#x2F;\" data-ylk=\"slk:Rankings;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\">Rankings \u003C/a>\u003C/li> \u003Cli class=\"_yb_b9j16y\">\u003Ca class=\"_yb_5i3s2a\" href=\"https:&#x2F;&#x2F;sports.yahoo.com&#x2F;college-football&#x2F;stats&#x2F;\" data-ylk=\"slk:Stats;elm:navcat;pkgt:side-

nav;subsec:navrail;itc:0\\\">Stats \u003C/a>\u003C/li> \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\"
href=\\\"https:&#x2F;&#x2F;sports.yahoo.com&#x2F;college-football&#x2F;teams&#x2F;\\\" data-ylk=\\\"slk:Teams;elm:navcat;pkgt:side-
nav;subsec:navrail;itc:0\\\">Teams \u003C/a>\u003C/li> \u003C/ul>\u003C/li> \u003Cli class=\\\"_yb_b9j16y _yb_1dokb0v _yb_gx8mtc\\\"> \u003Cbutton
class=\\\"_yb_5i3s2a _yb_8sv187\\\" data-ylk=\\\"slk:Show all;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Show all\u003C/button> \u003Cbutton
class=\\\"_yb_1q3bav3 _yb_3kzhl7 rapid-noclick-resp\\\">\u003Csvg aria-label=\\\"icon\\\" width=\\\"16\\\" height=\\\"16\\\" viewBox=\\\"0 0 24 24\\\"
fill=\\\"none\\\" xmlns=\\\"http://www.w3.org/2000/svg\\\">\u003Cpath d=\\\"M10.8021 12.0009L15.7081 7.16557C16.0855 6.79265 16.0914 6.16884 15.7051
5.78811C15.3148 5.40348 14.6918 5.40543 14.3075 5.78518L8 12.0009L14.3095 18.2185C14.6879 18.5914 15.3208 18.5973 15.7071 18.2155C16.0964
17.8319 16.0954 17.2178 15.7101 16.8381L10.8021 12.0009Z\\\" fill=\\\"#232A31\\\">\u003C/path>\u003C/svg>\u003C/button>\u003Cul class=\\\"_yb_cr10dc
_yb_lp7m8b\\\">\u003Cli class=\\\"_yb_b9j16y _yb_3ks6qd\\\">\u003Cbutton aria-label=\\\"Back\\\" class=\\\"rapid-noclick-resp\\\">\u003Csvg aria-
label=\\\"icon\\\" width=\\\"20\\\" height=\\\"20\\\" viewBox=\\\"0 0 24 24\\\" fill=\\\"none\\\" xmlns=\\\"http://www.w3.org/2000/svg\\\">\u003Cpath
d=\\\"M10.8021 12.0009L15.7081 7.16557C16.0855 6.79265 16.0914 6.16884 15.7051 5.78811C15.3148 5.40348 14.6918 5.40543 14.3075 5.78518L8
12.0009L14.3095 18.2185C14.6879 18.5914 15.3208 18.5973 15.7071 18.2155C16.0964 17.8319 16.0954 17.2178 15.7101 16.8381L10.8021 12.0009Z\\\"
fill=\\\"#232A31\\\">\u003C/path>\u003C/svg>\u003C/button>\u003C/li> \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\"
href=\\\"https:&#x2F;&#x2F;sports.yahoo.com&#x2F;mma&#x2F;\\\" data-ylk=\\\"slk:MMA;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">MMA
\u003C/a>\u003C/li> \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\"
href=\\\"https:&#x2F;&#x2F;sports.yahoo.com&#x2F;wnba&#x2F;\\\" data-ylk=\\\"slk:WNBA;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">WNBA
\u003C/a>\u003C/li> \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\"
href=\\\"https:&#x2F;&#x2F;sports.yahoo.com&#x2F;sportsbook&#x2F;\\\" data-ylk=\\\"slk:Sportsbook;elm:navcat;pkgt:side-
nav;subsec:navrail;itc:0\\\">Sportsbook \u003C/a>\u003C/li> \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\"
href=\\\"https:&#x2F;&#x2F;sports.yahoo.com&#x2F;college-football&#x2F;\\\" data-ylk=\\\"slk:NCAAF;elm:navcat;pkgt:side-
nav;subsec:navrail;itc:0\\\">NCAAF \u003C/a>\u003C/li> \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\"
href=\\\"https:&#x2F;&#x2F;sports.yahoo.com&#x2F;tennis&#x2F;\\\" data-ylk=\\\"slk:Tennis;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Tennis
\u003C/a>\u003C/li> \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;sports.yahoo.com&#x2F;golf&#x2F;\\\"
data-ylk=\\\"slk:Golf;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Golf \u003C/a>\u003C/li> \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca
class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;sports.yahoo.com&#x2F;motorsports&#x2F;nascar&#x2F;\\\" data-
ylk=\\\"slk:NASCAR;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">NASCAR \u003C/a>\u003C/li> \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca
class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;sports.yahoo.com&#x2F;college-basketball&#x2F;\\\" data-ylk=\\\"slk:NCAAB;elm:navcat;pkgt:side-
nav;subsec:navrail;itc:0\\\">NCAAB \u003C/a>\u003C/li> \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\"
href=\\\"https:&#x2F;&#x2F;sports.yahoo.com&#x2F;college-womens-basketball&#x2F;\\\" data-ylk=\\\"slk:NCAAW;elm:navcat;pkgt:side-
nav;subsec:navrail;itc:0\\\">NCAAW \u003C/a>\u003C/li> \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\"
href=\\\"https:&#x2F;&#x2F;sports.yahoo.com&#x2F;boxing&#x2F;\\\" data-ylk=\\\"slk:Boxing;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Boxing
\u003C/a>\u003C/li> \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;sports.yahoo.com&#x2F;usfl&#x2F;\\\"
data-ylk=\\\"slk:USFL;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">USFL \u003C/a>\u003C/li> \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca
class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;sports.yahoo.com&#x2F;cycling&#x2F;\\\" data-ylk=\\\"slk:Cycling;elm:navcat;pkgt:side-
nav;subsec:navrail;itc:0\\\">Cycling \u003C/a>\u003C/li> \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\"
href=\\\"https:&#x2F;&#x2F;sports.yahoo.com&#x2F;motorsports&#x2F;\\\" data-ylk=\\\"slk:Motorsports;elm:navcat;pkgt:side-
nav;subsec:navrail;itc:0\\\">Motorsports \u003C/a>\u003C/li> \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\"
href=\\\"https:&#x2F;&#x2F;sports.yahoo.com&#x2F;olympics&#x2F;beijing-2022&#x2F;\\\" data-ylk=\\\"slk:Olympics;elm:navcat;pkgt:side-
nav;subsec:navrail;itc:0\\\">Olympics \u003C/a>\u003C/li> \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\"
href=\\\"https:&#x2F;&#x2F;sports.yahoo.com&#x2F;horse-racing&#x2F;\\\" data-ylk=\\\"slk:Horse racing;elm:navcat;pkgt:side-

nav;subsec:navrail;itc:0\\\">Horse racing \u003C/a>\u003C/li> \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;sports.yahoo.com&#x2F;mlb&#x2F;gamechannel&#x2F;\\\" data-ylk=\\\"slk:GameChannel;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">GameChannel \u003C/a>\u003C/li> \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;n.rivals.com&#x2F;\\\" data-ylk=\\\"slk:Rivals;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Rivals \u003C/a>\u003C/li> \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;sports.yahoo.com&#x2F;newsletters&#x2F;\\\" data-ylk=\\\"slk:Newsletters;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Newsletters \u003C/a>\u003C/li> \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;sports.yahoo.com&#x2F;podcasts&#x2F;\\\" data-ylk=\\\"slk:Podcasts;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Podcasts \u003C/a>\u003C/li> \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;sports.yahoo.com&#x2F;videos&#x2F;\\\" data-ylk=\\\"slk:Videos;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Videos \u003C/a>\u003C/li> \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;sports.yahoo.com&#x2F;syndication&#x2F;\\\" data-ylk=\\\"slk:RSS;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">RSS \u003C/a>\u003C/li> \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;sports.yahoo.com&#x2F;jobs&#x2F;\\\" data-ylk=\\\"slk:Jobs;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Jobs \u003C/a>\u003C/li> \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;help.yahoo.com&#x2F;kb&#x2F;sports-news\\\" data-ylk=\\\"slk:Help;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Help \u003C/a>\u003C/li> \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;sports.yahoo.com&#x2F;soccer&#x2F;world-cup&#x2F;\\\" data-ylk=\\\"slk:World Cup;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">World Cup \u003C/a>\u003C/li> \u003Cli class=\\\"_yb_b9j16y\\\">\u003Ca class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;sports.yahoo.com&#x2F;news&#x2F;\\\" data-ylk=\\\"slk:More news;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">More news \u003C/a>\u003C/li> \u003C/ul> \u003C/li> \u003C/ul>\u003C/section> \u003Csection class=\\\"_yb_9d1sug _yb_gx8mtc\\\">\u003Ch3 class=\\\"_yb_oj0kxz _yb_gx8mtc\\\">\u003Cdiv class=\\\"_yb_1q3bav3 _yb_fg0fdn _yb_gx8mtc _yb_1djaxgn\\\">\u003Cdiv class=\\\"_yb_tiojz _yb_ubzni8 _yb_gx8mtc\\\">\u003Cspan class=\\\"_yb_3azc2\\\" tabindex=\\\"-1\\\">New on Yahoo\u003C/span>\u003C/div>\u003C/div>\u003Cspan class=\\\"_yb_1q3bav3 _yb_fg0fdn\\\" tabindex=\\\"0\\\">\u003Csvg width=\\\"20\\\" height=\\\"20\\\" viewBox=\\\"0 0 20 20\\\" fill=\\\"none\\\" xmlns=\\\"http://www.w3.org/2000/svg\\\">\u003Cpath d=\\\"M10.0011 10.6612L5.91234 6.57241C5.59699 6.25789 5.06949 6.25294 4.74754 6.57489C4.42228 6.90014 4.42393 7.41939 4.74506 7.73969L10.0011 12.9966L15.2588 7.73804C15.5742 7.42269 15.5791 6.89519 15.2564 6.57324C14.9319 6.24881 14.4127 6.24963 14.0916 6.57076L10.0011 10.6612Z\\\" fill=\\\"#232A31\\\">\u003C/path>\u003C/svg>\u003C/span>\u003C/div>\u003C/h3>\u003Cul class=\\\"_yb_1orysyx _yb_gx8mtc\\\"> \u003Cli class=\\\"_yb_b9j16y _yb_gx8mtc\\\">\u003Ca class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;www.yahoo.com&#x2F;creators&#x2F;\\\" data-ylk=\\\"slk:Creators;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Creators\u003C/a>\u003C/li> \u003Cli class=\\\"_yb_b9j16y _yb_gx8mtc\\\">\u003Ca class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;www.yahoo.com&#x2F;games&#x2F;\\\" data-ylk=\\\"slk:Games;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Games\u003C/a>\u003C/li> \u003Cli class=\\\"_yb_b9j16y _yb_gx8mtc\\\">\u003Ca class=\\\"_yb_5i3s2a\\\" href=\\\"https:&#x2F;&#x2F;www.yahoo.com&#x2F;tech&#x2F;\\\" data-ylk=\\\"slk:Tech;elm:navcat;pkgt:side-nav;subsec:navrail;itc:0\\\">Tech\u003C/a>\u003C/li> \u003C/ul>\u003C/section> \u003C/div>\u003Cul class=\\\"_yb_mmj3y9\\\"> \u003Cli class=\\\"_yb_1kx9b8m\\\">\u003Ca href=\\\"https:&#x2F;&#x2F;guce.yahoo.com&#x2F;terms?locale&#x3D;en-US\\\" data-ylk=\\\"slk:Terms;elm:corp;sec:ybar;subsec:navrail;pkgt:side-nav;itc:0;\\\" class=\\\"_yb_1daimm1\\\">Terms \u003C/a>\u003C/li> \u003Cli class=\\\"_yb_1kx9b8m\\\">\u003Ca href=\\\"https:&#x2F;&#x2F;guce.yahoo.com&#x2F;privacy-policy?locale&#x3D;en-US\\\" data-ylk=\\\"slk:Privacy;elm:corp;sec:ybar;subsec:navrail;pkgt:side-nav;itc:0;\\\" class=\\\"_yb_1daimm1\\\">Privacy \u003C/a>\u003C/li> \u003Cli class=\\\"_yb_1kx9b8m\\\">\u003Ca href=\\\"https:&#x2F;&#x2F;guce.yahoo.com&#x2F;privacy-dashboard?locale&#x3D;en-US\\\" data-ylk=\\\"slk:Privacy Dashboard;elm:corp;sec:ybar;subsec:navrail;pkgt:side-nav;itc:0;\\\" class=\\\"_yb_1daimm1\\\">Privacy Dashboard \u003C/a>\u003C/li> \u003Cli class=\\\"_yb_1kx9b8m\\\">\u003Ca href=\\\"https:&#x2F;&#x2F;yahoo.uservoice.com&#x2F;forums&#x2F;952723-finance-b3\\\" data-ylk=\\\"slk:Feedback;elm:corp;sec:ybar;subsec:navrail;pkgt:side-nav;itc:0;\\\" class=\\\"_yb_1daimm1\\\"> Feedback\u003C/a>\u003C/li> \u003C/ul>

\u003Cdiv class=\\\"_yb_v69mge\\\">\u003Cdiv class=\\\"_yb_a2aon2\\\"> &#169; 2024 \u003Cspan>\u003Csvg width=\\\"47\\\" height=\\\"13\\\" viewBox=\\\"0 0 47 13\\\" fill=\\\"none\\\" xmlns=\\\"http://www.w3.org/2000/svg\\\">\u003Cpath d=\\\"M13.5306 3.17798V3.85119C13.1441 3.34995 12.4282 3.00746 11.5992 3.00746C9.63976 3.00746 8.18013 4.73756 8.18013 6.76899C8.18013 8.85628 9.62506 10.5305 11.5992 10.5305C12.4282 10.5305 13.1441 10.2013 13.5306 9.67209V10.3439H15.9751V3.17798H13.5306ZM16.8189 0.00292478V10.3439H19.3515V6.52205C19.3515 5.77827 19.7087 5.33581 20.2805 5.33581C20.8523 5.33581 21.1537 5.72093 21.1537 6.43679V10.3409H23.6849V5.83559C23.6849 4.09079 22.7412 3.00452 21.2242 3.00452C20.8633 2.99145 20.5044 3.06354 20.1765 3.21497C19.8486 3.36641 19.5609 3.59293 19.3368 3.87619V0L16.8189 0.00292478ZM39.9761 6.76458C39.9761 8.90919 38.3312 10.5261 36.1425 10.5261C33.9538 10.5261 32.3089 8.90919 32.3089 6.76458C32.3089 4.61996 33.9538 3.00305 36.1425 3.00305C38.3312 3.00305 39.9761 4.61996 39.9761 6.76458ZM31.8797 6.76458C31.8797 8.90919 30.2349 10.5261 28.0476 10.5261C25.8604 10.5261 24.2141 8.90919 24.2141 6.76458C24.2141 4.61996 25.8589 3.00305 28.0476 3.00305C30.2363 3.00305 31.8797 4.61996 31.8797 6.76458ZM0 3.17356L3.06038 10.3968L1.95941 13H4.6479L8.724 3.17356H6.05021L4.39066 7.37754L2.74582 3.17209L0 3.17356ZM12.1136 8.23744C11.9186 8.24158 11.7248 8.20652 11.5436 8.13434C11.3624 8.06216 11.1976 7.95433 11.0588 7.81724C10.9201 7.68015 10.8103 7.51661 10.736 7.33629C10.6616 7.15597 10.6243 6.96255 10.6261 6.76752C10.6241 6.57243 10.6613 6.37893 10.7356 6.19851C10.8098 6.0181 10.9196 5.85448 11.0584 5.71734C11.1972 5.58021 11.3621 5.47239 11.5434 5.40028C11.7247 5.32818 11.9186 5.29325 12.1136 5.29759C12.3073 5.29523 12.4995 5.33163 12.6789 5.40466C12.8584 5.47769 13.0213 5.58588 13.1583 5.72285C13.2953 5.85982 13.4035 6.0228 13.4765 6.20221C13.5495 6.38162 13.5859 6.57383 13.5836 6.76752C13.5859 6.96121 13.5495 7.15342 13.4765 7.33283C13.4035 7.51223 13.2953 7.67521 13.1583 7.81218C13.0213 7.94915 12.8584 8.05734 12.6789 8.13037C12.4995 8.20341 12.3073 8.23981 12.1136 8.23744ZM29.4779 6.76752C29.4824 6.57776 29.4487 6.38904 29.3786 6.21264C29.3085 6.03623 29.2036 5.87577 29.07 5.74087C28.9365 5.60597 28.7771 5.4994 28.6015 5.42752C28.4258 5.35565 28.2374 5.31996 28.0476 5.32259C27.8578 5.31996 27.6695 5.35565 27.4938 5.42752C27.3181 5.4994 27.1587 5.60597 27.0252 5.74087C26.8917 5.87577 26.7867 6.03623 26.7167 6.21264C26.6466 6.38904 26.6128 6.57776 26.6174 6.76752C26.6128 6.95721 26.6466 7.14588 26.7167 7.3222C26.7868 7.49853 26.8917 7.65888 27.0253 7.79367C27.1588 7.92845 27.3182 8.03489 27.4939 8.1066C27.6696 8.17831 27.8579 8.21382 28.0476 8.21099C28.2373 8.21382 28.4257 8.17831 28.6014 8.1066C28.777 8.03489 28.9364 7.92845 29.07 7.79367C29.2035 7.65888 29.3085 7.49853 29.3786 7.3222C29.4487 7.14588 29.4824 6.95721 29.4779 6.76752ZM37.5727 6.76752C37.5773 6.57776 37.5435 6.38904 37.4735 6.21264C37.4034 6.03623 37.2984 5.87577 37.1649 5.74087C37.0314 5.60597 36.872 5.4994 36.6963 5.42752C36.5207 5.35565 36.3323 5.31996 36.1425 5.32259C35.9527 5.31996 35.7643 5.35565 35.5886 5.42752C35.413 5.4994 35.2536 5.60597 35.1201 5.74087C34.9865 5.87577 34.8816 6.03623 34.8115 6.21264C34.7415 6.38904 34.7077 6.57776 34.7123 6.76752C34.7077 6.95721 34.7415 7.14588 34.8115 7.3222C34.8816 7.49853 34.9866 7.65888 35.1201 7.79367C35.2537 7.92845 35.4131 8.03489 35.5888 8.1066C35.7644 8.17831 35.9528 8.21382 36.1425 8.21099C36.3322 8.21382 36.5206 8.17831 36.6962 8.1066C36.8719 8.03489 37.0313 7.92845 37.1648 7.79367C37.2984 7.65888 37.4034 7.49853 37.4734 7.3222C37.5435 7.14588 37.5773 6.95721 37.5727 6.76752ZM40.2906 8.82541C40.2877 9.04225 40.3281 9.25749 40.4096 9.45846C40.4911 9.65942 40.612 9.84205 40.7651 9.99559C40.9182 10.1491 41.1005 10.2705 41.3013 10.3525C41.502 10.4345 41.7171 10.4756 41.934 10.4732C42.158 10.475 42.3801 10.4321 42.5875 10.3472C42.7948 10.2623 42.9831 10.137 43.1415 9.97858C43.3 9.82017 43.4253 9.63182 43.5102 9.42451C43.5951 9.21719 43.6379 8.99505 43.6362 8.77103C43.6399 8.55398 43.6 8.33839 43.5187 8.13712C43.4373 7.93585 43.3163 7.75302 43.1628 7.59952C43.0093 7.44602 42.8265 7.32501 42.6252 7.24368C42.424 7.16236 42.2084 7.12241 41.9913 7.12619C41.7676 7.12541 41.5459 7.16891 41.339 7.25418C41.1321 7.33945 40.9442 7.46479 40.786 7.62301C40.6278 7.78122 40.5024 7.96917 40.4171 8.17604C40.3319 8.38291 40.2884 8.6046 40.2891 8.82835L40.2906 8.82541ZM43.8949 0.0058675L41.199 6.49559H44.2036L46.892 0.00145342L43.8949 0.0058675Z\\\" fill=\\\"#232A31\\\"/>\u003C/path>\u003C/svg>\u003C/span> All rights reserved.\u003C/div> \u003C/div>\u003Cdiv class=\\\"_yb_e1dk09\\\"> \u003Ca href=\\\"https:&#x2F;&#x2F;legal.yahoo.com&#x2F;us&#x2F;en&#x2F;yahoo&#x2F;privacy&#x2F;adinfo&#x2F;index.html\\\" data-ylk=\\\"slk:About our ads;elm:corp;sec:ybar;subsec:navrail;pkgt:side-nav;itc:0;\\\" class=\\\"_yb_rz3hnf\\\">About our ads \u003C/a>    \u003Ca href=\\\"https:&#x2F;&#x2F;www.adtech.yahooinc.com&#x2F;advertising&#x2F;solutions\\\" data-ylk=\\\"slk:Advertising;elm:corp;sec:ybar;subsec:navrail;pkgt:side-nav;itc:0;\\\" class=\\\"_yb_rz3hnf\\\">Advertising \u003C/a>    \u003Ca href=\\\"https:&#x2F;&#x2F;www.yahooinc.com&#x2F;careers&#x2F;\\\" data-ylk=\\\"slk:Careers;elm:corp;sec:ybar;subsec:navrail;pkgt:side-nav;itc:0;\\\" class=\\\"_yb_rz3hnf\\\">Careers \u003C/a>  \u003C/div> \u003C/div> \u003C/div>\u003C/div> \u003C/div>\u003Cdiv class=\\\"_yb_lmptkg\\\">\u003Ch1

class=\\\"_yb_1rea6ey\\\">Yahoo Finance\u003C/h1>   \u003Ca href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;\\\" target=\\\"_self\\\" id=\\\"ybar-logo\\\" class=\\\"_yb_w07omh     \\\" data-ylk=\\\"slk:finance;elm:logo;sec:ybar;subsec:logo;itc:0;\\\">        \u003Csvg width=\\\"142\\\" height=\\\"20\\\" viewBox=\\\"0 0 142 20\\\" fill=\\\"none\\\" xmlns=\\\"http://www.w3.org/2000/svg\\\">\u003Cpath d=\\\"M20.2295 5.28637V6.29254C19.6515 5.54398 18.5813 5.02876 17.3418 5.02876C14.4123 5.02876 12.2322 7.62015 12.2322 10.6629C12.2322 13.7914 14.3903 16.2969 17.3418 16.2969C18.5813 16.2969 19.6515 15.8038 20.2295 15.0112V16.0195H23.8777V5.28637H20.2295ZM25.1479 0.530762V16.0217H28.9323V10.2974C28.9323 9.18333 29.4663 8.51843 30.3212 8.51843C31.1761 8.51843 31.6266 9.09747 31.6266 10.1675V16.0217H35.3934V9.27359C35.3934 6.66021 33.9825 5.03096 31.7145 5.03096C31.1747 5.01129 30.6378 5.11947 30.1475 5.3467C29.6572 5.57394 29.2273 5.91384 28.8927 6.33877V0.532966L25.1479 0.530762ZM59.7678 10.6584C59.7678 13.8729 57.3086 16.2925 54.0363 16.2925C50.7639 16.2925 48.3047 13.8707 48.3047 10.6584C48.3047 7.44621 50.7639 5.02438 54.0363 5.02438C57.3086 5.02438 59.7678 7.44621 59.7678 10.6584ZM47.663 13.8729 45.2038 16.2925 41.9337 16.2925C38.6636 16.2925 36.2022 13.8707 36.2022 10.6584C36.2022 7.44621 38.6614 5.02438 41.9337 5.02438C45.206 5.02438 47.663 7.44621 47.663 10.6584ZM0 5.28196L4.57554 16.101L2.92949 20.0001H6.94902L13.0432 5.28196H9.03681L6.55564 11.5809L4.09645 5.28196H0ZM18.111 12.8645C17.8194 12.871 17.5294 12.8187 17.2584 12.7107C16.9873 12.6027 16.7408 12.4412 16.5333 12.2358C16.3258 12.0304 16.1616 11.7853 16.0506 11.5151C15.9396 11.2449 15.8839 10.9551 15.8869 10.6629C15.8842 10.3707 15.9401 10.081 16.0512 9.81094C16.1624 9.54086 16.3265 9.2959 16.5339 9.09056C16.7414 8.88523 16.9878 8.72373 17.2587 8.61561C17.5296 8.5075 17.8194 8.45498 18.111 8.46118C18.4005 8.45794 18.6877 8.51268 18.9558 8.62217C19.2239 8.73167 19.4675 8.89372 19.6722 9.09881C19.8769 9.30391 20.0387 9.5479 20.148 9.81648C20.2573 10.0851 20.3119 10.3728 20.3086 10.6629C20.3122 10.953 20.2578 11.2409 20.1486 11.5096C20.0394 11.7783 19.8776 12.0224 19.6728 12.2276C19.4681 12.4327 19.2244 12.5948 18.9562 12.7042C18.6879 12.8135 18.4006 12.8681 18.111 12.8645ZM44.072 10.6629C44.0788 10.3786 44.0284 10.0959 43.9236 9.83172C43.8188 9.5675 43.6619 9.32718 43.4623 9.12513C43.2627 8.92307 43.0244 8.76344 42.7617 8.65579C42.4991 8.54814 42.2175 8.49466 41.9337 8.4986C41.6499 8.49466 41.3683 8.54814 41.1056 8.65579C40.843 8.76344 40.6047 8.92307 40.4051 9.12513C40.2054 9.32718 40.0485 9.5675 39.9438 9.83172C39.839 10.0959 39.7885 10.3786 39.7954 10.6629C39.7885 10.9471 39.839 11.2297 39.9438 11.494C40.0485 11.7582 40.2054 11.9985 40.4051 12.2006C40.6047 12.4026 40.843 12.5623 41.1056 12.6699C41.3683 12.7776 41.6499 12.831 41.9337 12.8271C42.2175 12.8311 42.4991 12.7776 42.7617 12.6699C43.0244 12.5623 43.2627 12.4026 43.4623 12.2006C43.6619 11.9985 43.8188 11.7582 43.9236 11.494C44.0284 11.2297 44.0788 10.9471 44.072 10.6629ZM56.1746 10.6629C56.1814 10.3786 56.1309 10.0959 56.0262 9.83172C55.9214 9.5675 55.7645 9.32718 55.5649 9.12513C55.3652 8.92307 55.1269 8.76344 54.8643 8.65579C54.6016 8.54814 54.32 8.49466 54.0363 8.4986C53.7525 8.49466 53.4709 8.54814 53.2082 8.65579C52.9455 8.76344 52.7073 8.92307 52.5076 9.12513C52.308 9.32718 52.1511 9.5675 52.0463 9.83172C51.9416 10.0959 51.8911 10.3786 51.8979 10.6629C51.8911 10.9471 51.9416 11.2297 52.0463 11.494C52.1511 11.7582 52.308 11.9985 52.5076 12.2006C52.7073 12.4026 52.9455 12.5623 53.2082 12.6699C53.4709 12.7776 53.7525 12.831 54.0363 12.8271C54.32 12.831 54.6016 12.7776 54.8643 12.6699C55.1269 12.5623 55.3652 12.4026 55.5649 12.2006C55.7645 11.9985 55.9214 11.7582 56.0262 11.494C56.1309 11.2297 56.1814 10.9471 56.1746 10.6629V10.6629ZM60.2381 13.7452C60.2345 14.0697 60.2957 14.3917 60.4181 14.6922C60.5404 14.9927 60.7214 15.2657 60.9505 15.4951C61.1795 15.7246 61.452 15.906 61.752 16.0285C62.052 16.1511 62.3733 16.2124 62.6973 16.2089C63.0322 16.2115 63.3643 16.1473 63.6743 16.0202C63.9842 15.893 64.2658 15.7053 64.5026 15.468C64.7395 15.2307 64.9268 14.9486 65.0538 14.6381C65.1808 14.3276 65.2448 13.9949 65.2422 13.6593C65.2478 13.3342 65.1881 13.0113 65.0665 12.7099C64.9449 12.4084 64.764 12.1345 64.5345 11.9046C64.305 11.6747 64.0316 11.4935 63.7307 11.3717C63.4298 11.2498 63.1075 11.19 62.783 11.1956C62.4474 11.1933 62.1147 11.2577 61.8042 11.385C61.4936 11.5123 61.2133 11.7 60.9736 11.9373C60.7359 12.1746 60.5476 12.4568 60.4194 12.7675C60.2913 13.0781 60.2259 13.4112 60.2271 13.7474L60.2381 13.7452ZM65.6268 0.535169L61.6072 10.2599H66.0971L71.1166 0.530762L65.6268 0.535169\\\" fill=\\\"var(--yb-logo-brand, #6001D2)\\\">\u003C/path>\u003Cpath d=\\\"M75.2146 5.06825C75.2146 3.92999 75.9223 3.4346 76.8233 3.4346C77.2312 3.43126 77.6345 3.52007 78.0034 3.69441V0.44915C77.4081 0.191512 76.7639 0.0667917 76.1156 0.0836646C73.0895 0.0836646 71.3093 1.95288 71.3093 4.98238V5.32806H69.8721V8.48745H71.3093V16.0744H75.2146V8.48745H77.8518V5.32806H75.2146V5.06825ZM83.1262 16.0766V5.33024H79.2056V16.0766H83.1262M83.3614 2.17084C83.3533 1.59228 83.1182 1.04017 82.7069 0.633921C82.2956 0.227671 81.7413 -5.66967e-05 81.1637 1.05881e-08C80.5861 -5.66967e-05 80.0317 0.227671 79.6205 0.633921C79.2092 1.04017 78.9741 1.59228 78.966 2.17084C78.9741 2.74941 79.2092 3.30152 79.6205 3.70777C80.0317 4.11402 80.5861 4.34175 81.1637 4.34169C81.7413 4.34175 82.2956 4.11402 82.7069 3.70777C83.1182

3.30152 83.3533 2.74941 83.3614 2.17084V2.17084ZM104.558 5.33024V6.46851C103.899 5.54381 102.736 5.02861 101.448 5.02861C98.5297 5.02861 96.4067 7.54292 96.4067 10.7023C96.4067 13.8617 98.5077 16.376 101.448 16.376C102.736 16.376 103.866 15.8608 104.558 14.9361V16.0766H108.421V5.33024H104.558ZM104.666 10.7023C104.665 10.9909 104.608 11.2765 104.496 11.5425C104.384 11.8085 104.221 12.0496 104.016 12.2517C103.81 12.4537 103.566 12.6128 103.299 12.7195C103.031 12.8262 102.745 12.8732C102.169 12.8787 101.882 12.8267 101.614 12.7201C101.347 12.6136 101.103 12.4546 100.897 12.2525C100.691 12.0504 100.527 11.8092 100.416 11.543C100.304 11.2769 100.246 10.9911 100.246 10.7023C100.246 10.4136 100.304 10.1278 100.416 9.86164C100.527 9.59549 100.691 9.35431 100.897 9.1522C101.103 8.95009 101.347 8.79111 101.614 8.68453C101.882 8.57796 102.169 8.52592 102.457 8.53148C102.745 8.52621 103.031 8.57847 103.299 8.68518C103.566 8.79189 103.81 8.95093 104.016 9.15301C104.221 9.35509 104.384 9.59615 104.496 9.86215C104.608 10.1282 104.665 10.4138 104.666 10.7023V10.7023ZM116.707 16.0744H120.632V9.24922C120.632 6.62703 119.194 5.01541 116.896 5.01541C115.63 5.01541 114.599 5.55262 113.977 6.55658V5.31043H110.054V16.0568H113.981V10.3325C113.981 9.23162 114.518 8.57112 115.375 8.57112C116.232 8.57112 116.707 9.17436 116.707 10.2047V16.0744ZM91.4114 16.0744H95.3386V9.24922C95.3386 6.62703 93.9014 5.01541 91.6026 5.01541C90.3368 5.01541 89.3082 5.55262 88.6841 6.55658V5.31043H84.7613V16.0568H88.6863V10.3325C88.6863 9.23162 89.2225 8.57112 90.088 8.57112C90.9411 8.57112 91.4004 9.17436 91.4004 10.2047L91.4114 16.0744ZM121.704 10.7001C121.704 14.1832 124.194 16.3738 127.433 16.3738C128.326 16.3777 129.208 16.1718 130.007 15.7728V12.2039C129.441 12.6209 128.758 12.8468 128.055 12.849C126.682 12.849 125.673 11.9903 125.673 10.7001C125.673 9.40994 126.704 8.55128 128.055 8.55128C128.751 8.552 129.431 8.76135 130.007 9.15236V5.58564C129.221 5.21826 128.364 5.02741 127.497 5.02643C124.108 5.02643 121.704 7.41082 121.704 10.7001V10.7001ZM138.266 12.4416C138.069 12.729 137.802 12.9609 137.491 13.1151C137.179 13.2693 136.833 13.3407 136.486 13.3223C135.457 13.3223 134.62 12.6618 134.556 11.6887H141.958C141.986 11.4173 142 11.1447 142 10.8719C142 7.34918 139.725 5.02643 136.422 5.02643C135.671 5.01146 134.925 5.14853 134.229 5.42946C133.532 5.7104 132.899 6.12941 132.368 6.66473 135.368 5.58564 129.221 5.21826 128.366 5.21826 128.384 5.02741 127.497 5.02643C124.108 5.02643 121.704 7.41082 121.704 10.7001 135.368 5.58564M134.576 9.45399C134.662 8.57332 135.413 7.99208 136.4 7.99208C137.387 7.99208 138.116 8.57332 138.202 9.45399H134.576Z\\\" fill=\\\"var(--yb-logo-property, #232A31)\\\"\>\u003C/path\>\u003C/svg\>         Yahoo Finance  \u003C/a\> \u003C/div\>\u003Cdiv id=\\\"ybar-search-box-container\\\" class=\\\"_yb_pxf6qo _yb_10xsof5\\\"\>\u003Cform class=\\\"_yb_1hi43u5 _yb_1ymquwn ybar-enable-search-ui ybar-search_billboard_v2 _yb_c4sqhw ybar-voice-search _yb_1ecmnf2\\\" method=\\\"get\\\" name=\\\"ybar_mod_searchbox_s\\\" id=\\\"ybar-sf\\\" role=\\\"search\\\" action=\\\"https:&#x2F;&#x2F;search.yahoo.com&#x2F;search\\\" accept-charset=\\\"utf-8\\\" data-appid=\\\"finance\\\" data-pubid=\\\"\\\" novalidate      data-mtestid=\\\"35716&#x3D;SAUHSearchBillboardsV2Test\\\" data-sabase=\\\"https:&#x2F;&#x2F;search.yahoo.com&#x2F;sugg&#x2F;gossip&#x2F;gossip-us-ura&#x2F;\\\" data-fastbreak=\\\"https:&#x2F;&#x2F;search.yahoo.com&#x2F;sugg&#x2F;gossip&#x2F;gossip-us-fastbreak&#x2F;\\\" data-saEnabled=\\\"true\\\" data-saVersion=\\\"1\\\"    data-textShown=\\\"new suggestions shown\\\" data-textClosed=\\\"Suggestion box closed\\\"  data-finsrch=\\\"researchReports\\\" > \u003Clabel for=\\\"ybar-sbq\\\" class=\\\"_yb_aaaplj\\\"\>Search query\u003C/label\> \u003Cinput type=\\\"text\\\" class=\\\"_yb_eh72w7 _yb_1e1vn6v _yb_1u7ot2c finsrch-inpt  \\\" id=\\\"ybar-sbq\\\" name=\\\"p\\\" value=\\\"\\\" autocomplete=\\\"off\\\" data-ylk=\\\"sec:ybar;slk:websrch;subsec:searchbox;elm:search;elmt:input;itc:0;\\\"  placeholder=\\\"Search for news, symbols or companies\\\"  > \u003Cdiv class=\\\"_yb_1p0iv2h _yb_16sni2y\\\"\>\u003Cbutton id=\\\"ybar-sbq-x\\\" type=\\\"button\\\" aria-label=\\\"Clear Search\\\" class=\\\"_yb_w0bead _yb_1gfkau8 _yb_1r27v0q finsrch-clear-btn\\\" data-ylk=\\\"sec:yb_search;subsec:assist;slk:clear;itc:1;\\\"\>  \u003Cspan class=\\\"_yb_puk40u\\\"\>\u003Csvg width=\\\"16\\\" height=\\\"16\\\" fill=\\\"none\\\" xmlns=\\\"http://www.w3.org/2000/svg\\\" transform=\\\"translate(0 4)\\\"\>\u003Cpath d=\\\"M8 7.059 4.468 3.527a.667.667 0 0 0-.941.941L7.058 8l-3.531 3.531a.667.667 0 0 0 .94.942L8 8.94l3.532 3.532a.666.666 0 0 .94-.942L8.941 8l3.531-3.532a.666.666 0 0 0-.94-.941L8 7.059z\\\" fill=\\\"#232A31\\\"\>\u003C/path\>\u003C/svg\>\u003C/span\> \u003C/button\>\u003Cbutton id=\\\"ybar-sbq-voice\\\" type=\\\"button\\\" aria-label=\\\"Search by voice\\\" class=\\\"_yb_w0bead _yb_m8iff1 _yb_1r27v0q\\\" data-ylk=\\\"sec:ybar;slk:websrch;subsec:searchbox;elm:search;elmt:voice;itc:0;\\\"  data-fr=\\\"uh3_finance_vert\\\"  data-fr2=\\\"p:finance,m:voice-search\\\"\> \u003Cspan class=\\\"_yb_1lz3d6r\\\"\>  \u003Csvg class=\\\"_yb_k0v0kr\\\"  width=\\\"16\\\" height=\\\"16\\\" viewBox=\\\"0 0 16 16\\\" fill=\\\"none\\\" xmlns=\\\"http://www.w3.org/2000/svg\\\"\>\u003Cpath fill-rule=\\\"evenodd\\\" clip-rule=\\\"evenodd\\\" d=\\\"M7.99992 0.333252C6.71125 0.333252 5.66659 1.37792 5.66659 2.66659V7.66659C5.66659 8.95525 6.71125 9.99992 7.99992

9.99992C9.28859 9.99992 10.3333 8.95525 10.3333 7.66659V2.66659C10.3333 1.37792 9.28859 0.333252 7.99992 0.333252ZM10.6666 14.3333C11.0346 14.3333 11.3333 14.6319 11.3333 14.9999C11.3333 15.3679 11.0346 15.6666 10.6666 15.6666H5.33325C4.96525 15.6666 4.66659 15.3679 4.66659 14.9999C4.66659 14.6319 4.96525 14.3333 5.33325 14.3333H10.6666ZM2.33325 7.33325C2.33325 10.4629 4.87025 12.9999 7.99992 12.9999C11.1296 12.9999 13.6666 10.4629 13.6666 7.33325V6.66658C13.6666 6.29858 13.3679 5.99992 12.9999 5.99992 12.3333 6.29858 12.3333 6.66658V7.33325C12.3333 9.72659 10.3933 11.6666 7.99992 11.6666C5.60659 11.6666 3.66659 9.72659 3.66659 7.33325V6.66658C3.66659 6.29858 3.36792 5.99992 2.99992 5.99992C2.63192 5.99992 2.33325 6.29858 2.33325 6.66658V7.33325Z\\\" fill=\\\"#232A31\\\">\u003C/path\u003C/svg\u003Csvg class=\\\"_yb_ujwaqo\\\" width=\\\"16\\\" height=\\\"16\\\" viewBox=\\\"0 0 16 16\\\" fill=\\\"none\\\" xmlns=\\\"http://www.w3.org/2000/svg\\\">\u003Cpath fill-rule=\\\"evenodd\\\" clip-rule=\\\"evenodd\\\" d=\\\"M7.99992 0.333252C6.71125 0.333252 5.66659 1.37792 5.66659 2.66659V7.66659C5.66659 8.95525 6.71125 9.99992 7.99992 9.99992C9.28859 9.99992 10.3333 8.95525 10.3333 7.66659V2.66659C10.3333 1.37792 9.28859 0.333252 7.99992 0.333252ZM10.6666 14.3333C11.0346 14.3333 11.3333 14.6319 11.3333 14.9999C11.3333 15.3679 11.0346 15.6666 10.6666 15.6666H5.33325C4.96525 15.6666 4.66659 15.3679 4.66659 14.9999C4.66659 14.6319 4.96525 14.3333 5.33325 14.3333H10.6666ZM2.33325 7.33325C2.33325 10.4629 4.87025 12.9999 7.99992 12.9999C11.1296 12.9999 13.6666 10.4629 13.6666 7.33325V6.66658C13.6666 6.29858 13.3679 5.99992 12.9999 5.99992C12.6319 5.99992 12.3333 6.29858 12.3333 6.66658V7.33325C12.3333 9.72659 10.3933 11.6666 7.99992 11.6666C5.60659 11.6666 3.66659 9.72659 3.66659 7.33325V6.66658C3.66659 6.29858 3.36792 5.99992 2.99992 5.99992C2.63192 5.99992 2.33325 6.29858 2.33325 6.66658V7.33325Z\\\" fill=\\\"#232A31\\\">\u003C/path\u003C/svg\u003C/span\u003C/button>    \u003C/div>      \u003C/div\u003Cdiv class=\\\"_yb_1to5227 \\\">  \u003Csvg width=\\\"16\\\" height=\\\"16\\\" viewBox=\\\"0 0 16 16\\\" fill=\\\"none\\\" xmlns=\\\"http://www.w3.org/2000/svg\\\" class=\\\"_yb_c3emm2\\\">  \u003Cpath fill-rule=\\\"evenodd\\\" clip-rule=\\\"evenodd\\\" d=\\\"M10.7969 9.85558L15.0843 14.1335C15.4129 14.4622 15.4321 14.8607 15.1147 15.1593C14.7973 15.4578 14.3024 15.252 14.0344 14.9841L9.87588 10.8258C8.5431 11.7616 7.36481 12.0175 6.46724 12.0664C5.34703 12.1275 3.75437 11.7019 2.47647 10.5438C0.341582 8.6092 -0.137246 4.86327 2.31182 2.35874C3.35367 1.2933 4.87096 0.666626 6.35815 0.666626C7.84533 0.666626 9.23776 1.19682 10.4553 2.40305C12.2172 4.1487 12.6062 7.45564 10.7969 9.85558ZM3.26222 9.40026C4.09374 10.2115 5.16285 10.6666 6.33094 10.6666C7.47924 10.6666 8.58794 10.2313 9.39966 9.40026C10.2114 8.56921 10.6667 7.50072 10.6667 6.33329C10.6667 5.16586 10.2312 4.07758 9.39966 3.26632C8.56814 2.45506 7.49903 1.99996 6.33094 1.99996C5.16285 1.99996 4.07394 2.45506 3.26222 3.26632C1.57937 4.968 1.57937 7.71838 3.26222 9.40026Z\\\" fill=\\\"#6E7780\\\">\u003C/path> \u003C/svg>  \u003C/div>    \u003C/button type=\\\"submit\\\" id=\\\"ybar-search\\\" class=\\\"rapid-noclick-resp _yb_1yzauc finsrch-btn\\\" aria-label=\\\"Search\\\" value=\\\"Search\\\" data-ylk=\\\"slk:websrch;elm:search;elmt:icon;sec:ybar;subsec:searchbox;itc:0;tar:search.yahoo.com;\\\">\u003Csvg width=\\\"16\\\" height=\\\"16\\\" viewBox=\\\"0 0 16 16\\\" fill=\\\"none\\\" xmlns=\\\"http://www.w3.org/2000/svg\\\" class=\\\"_yb_1mrs2js\\\">\u003Cpath fill-rule=\\\"evenodd\\\" clip-rule=\\\"evenodd\\\" d=\\\"M11.1171 9.5107L15.0655 13.3934C15.2415 13.5578 15.3369 13.8096 15.3333 14.0662C15.3285 14.4057 15.17 14.7558 14.9889 14.9434C14.6951 15.2478 14.2575 15.366 14.0395 15.3333C13.8215 15.3007 13.5531 15.1978 13.3658 15.0142L9.47317 11.1404C8.18624 11.9067 7.53573 11.9664 6.79607 12.0343C6.68905 12.0441 6.58016 12.0541 6.4672 12.0665C5.53163 12.1686 3.75434 11.7019 2.47645 10.5439C0.341584 8.60926 -0.13724 4.86336 2.31181 2.35885C3.35365 1.29341 4.87093 0.666748 6.35811 0.666748C7.84528 0.666748 9.2377 1.19694 10.4552 2.40316C12.2172 4.1488 12.6491 7.28044 11.1171 9.5107ZM3.85283 8.81058C4.52445 9.46583 5.38795 9.83342 6.33142 9.83342C7.25889 9.83342 8.15437 9.48182 8.81 8.81058C9.46562 8.13935 9.83342 7.27634 9.83342 6.33341C9.83342 5.39049 9.48162 4.5115 8.81 3.85625C8.13838 3.20099 7.27488 2.83341 6.33142 2.83341C5.38795 2.83341 4.50846 3.20099 3.85283 3.85625C2.49361 5.23067 2.49361 7.45214 3.85283 8.81058Z\\\" fill=\\\"#fff\\\">\u003C/path>\u003C/svg>\u003C/button>\u003C/div> \u003Cinput type=\\\"hidden\\\" name=\\\"fr\\\" value=\\\"finance\\\"  >  \u003Cinput type=\\\"hidden\\\" name=\\\"fr2\\\" value=\\\"p:finvsrp,m:sb\\\" data-saValue=\\\"p:finvsrp,m:sa\\\"  data-modalSB=\\\"p:fin,m:sb,v:modal\\\"  data-modalSA=\\\"p:fin,m:sa,v:modal\\\"  >  \u003C/form> \u003C/div> \u003C/div>\u003Cdiv class=\\\"_yb_1vskftk\\\">\u003Cnav role=\\\"navigation\\\" class=\\\"_yb_16u7xk7 _yb_osuog8 _yb_485qb3\\\">   \u003Cspan class=\\\"_yb_lhh0vm _yb_69fr3d\\\">\u003C/div\u003Cdialog class=\\\"_yb_1l7i45e _yb_9h3bhc\\\" style=\\\"display:none;\\\">\u003Cheader class=\\\"_yb_90qak0\\\">\u003C/span>Select edition\u003C/span>\u003Cbutton class=\\\"_yb_1mtjxyh\\\">\u003Csvg width=\\\"16\\\" height=\\\"16\\\" viewBox=\\\"0 0 16 16\\\" fill=\\\"none\\\" xmlns=\\\"http://www.w3.org/2000/svg\\\">\u003Cpath d=\\\"M8.00001 7.05891L4.46801 3.52691C4.21268 3.27158 3.78934 3.26958 3.52934 3.52958C3.26801 3.79158 3.26868 4.20958 3.52734 4.46825L7.05868 8.00025L3.52734 11.5316C3.27134 11.7876 3.27001 12.2102

3.52934 12.4702C3.79134 12.7322 4.21001 12.7316 4.46801 12.4729L8.00001 8.94091L11.532 12.4729C11.7873 12.7289 12.2107 12.7302 12.4707 12.4702C12.732 12.2089 12.7313 11.7902 12.4727 11.5316L8.94134 8.00025L12.4727 4.46825C12.7287 4.21225 12.73 3.78958 12.4707 3.52958C12.2087 3.26825 11.79 3.26891 11.532 3.52691L8.00001 7.05891Z\\\" fill=\\\"#232A31\\\"\>\u003C/path\u003C/svg\u003C/button\u003C/header\ \u003Cul class=\\\"_yb_bc35u5\\\"\> \u003Cli class=\\\"_yb_14gh885\\\" \>\u003Ca href=\\\"https:&#x2F;&#x2F;www.yahoo.com&#x2F;?p&#x3D;dnr\\\" aria-label=\\\"Selected edition, US English\\\" data-ylk=\\\"slk:US;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;\\\" class=\\\"_yb_1klp15y _yb_1p46xii\\\"\>\u003Cspan class=\\\"_yb_1epit23\\\"\>US\u003Cspan class=\\\"_yb_osph3p\\\"\>English\u003C/span\u003C/span\> \u003Csvg width=\\\"14\\\" height=\\\"14\\\" viewBox=\\\"0 0 24 24\\\" fill=\\\"none\\\" xmlns=\\\"http://www.w3.org/2000/svg\\\"\>\u003Cpath d=\\\"M3.3015 13.8455C2.8995 13.4495 2.8995 12.8035 3.3015 12.4035C3.7025 12.0065 4.3535 12.0065 4.7555 12.4035L8.9255 16.5385L19.2435 6.2985C19.6465 5.9005 20.2965 5.9005 20.6975 6.2985C21.1005 6.6975 21.1005 7.3425 20.6975 7.7405L9.6525 18.7025C9.2485 19.1045 8.6315 19.0935 8.1975 18.7025L3.3015 13.8455Z\\\" fill=\\\"#232A31\\\"\>\u003C/path\u003C/svg\> \u003C/a\u003C/li\> \u003Cli \>\u003Ca href=\\\"https:&#x2F;&#x2F;espanol.yahoo.com&#x2F;?p&#x3D;dnr\\\" data-ylk=\\\"slk:US y LATAM;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;\\\" class=\\\"_yb_1klp15y _yb_1p46xii\\\"\>\u003Cspan class=\\\"_yb_1epit23\\\"\>US y LATAM\u003Cspan class=\\\"_yb_osph3p\\\"\>Español\u003C/span\u003C/span\> \u003C/a\u003C/li\> \u003Cli \>\u003Ca href=\\\"https:&#x2F;&#x2F;au.yahoo.com&#x2F;?p&#x3D;dnr\\\" data-ylk=\\\"slk:Australia;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;\\\" class=\\\"_yb_1klp15y _yb_1p46xii\\\"\>\u003Cspan class=\\\"_yb_1epit23\\\"\>Australia\u003Cspan class=\\\"_yb_osph3p\\\"\>English\u003C/span\u003C/span\> \u003C/a\u003C/li\> \u003Cli \>\u003Ca href=\\\"https:&#x2F;&#x2F;ca.yahoo.com&#x2F;?p&#x3D;dnr\\\" data-ylk=\\\"slk:Canada;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;\\\" class=\\\"_yb_1klp15y _yb_1p46xii\\\"\>\u003Cspan class=\\\"_yb_1epit23\\\"\>Canada\u003Cspan class=\\\"_yb_osph3p\\\"\>English\u003C/span\u003C/span\> \u003C/a\u003C/li\> \u003Cli \>\u003Ca href=\\\"https:&#x2F;&#x2F;qc.yahoo.com&#x2F;?p&#x3D;dnr\\\" data-ylk=\\\"slk:Canada;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;\\\" class=\\\"_yb_1klp15y _yb_1p46xii\\\"\>\u003Cspan class=\\\"_yb_1epit23\\\"\>Canada\u003Cspan class=\\\"_yb_osph3p\\\"\>Français\u003C/span\u003C/span\> \u003C/a\u003C/li\> \u003Cli \>\u003Ca href=\\\"https:&#x2F;&#x2F;de.yahoo.com&#x2F;?p&#x3D;dnr\\\" data-ylk=\\\"slk:Deutschland;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;\\\" class=\\\"_yb_1klp15y _yb_1p46xii\\\"\>\u003Cspan class=\\\"_yb_1epit23\\\"\>Deutschland\u003Cspan class=\\\"_yb_osph3p\\\"\>Deutsch\u003C/span\u003C/span\> \u003C/a\u003C/li\> \u003Cli \>\u003Ca href=\\\"https:&#x2F;&#x2F;fr.yahoo.com&#x2F;?p&#x3D;dnr\\\" data-ylk=\\\"slk:France;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;\\\" class=\\\"_yb_1klp15y _yb_1p46xii\\\"\>\u003Cspan class=\\\"_yb_1epit23\\\"\>France\u003Cspan class=\\\"_yb_osph3p\\\"\>Français\u003C/span\u003C/span\> \u003C/a\u003C/li\> \u003Cli \>\u003Ca href=\\\"https:&#x2F;&#x2F;hk.yahoo.com&#x2F;?p&#x3D;dnr\\\" data-ylk=\\\"slk:香港;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;\\\" class=\\\"_yb_1klp15y _yb_1p46xii\\\"\>\u003Cspan class=\\\"_yb_1epit23\\\"\>香港\u003Cspan class=\\\"_yb_osph3p\\\"\>繁中\u003C/span\u003C/span\> \u003C/a\u003C/li\> \u003Cli \>\u003Ca href=\\\"https:&#x2F;&#x2F;malaysia.yahoo.com&#x2F;?p&#x3D;dnr\\\" data-ylk=\\\"slk:Malaysia;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;\\\" class=\\\"_yb_1klp15y _yb_1p46xii\\\"\>\u003Cspan class=\\\"_yb_1epit23\\\"\>Malaysia\u003Cspan class=\\\"_yb_osph3p\\\"\>English\u003C/span\u003C/span\> \u003C/a\u003C/li\> \u003Cli \>\u003Ca href=\\\"https:&#x2F;&#x2F;nz.yahoo.com&#x2F;?p&#x3D;dnr\\\" data-ylk=\\\"slk:New Zealand;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;\\\" class=\\\"_yb_1klp15y _yb_1p46xii\\\"\>\u003Cspan class=\\\"_yb_1epit23\\\"\>New Zealand\u003Cspan class=\\\"_yb_osph3p\\\"\>English\u003C/span\u003C/span\> \u003C/a\u003C/li\> \u003Cli \>\u003Ca href=\\\"https:&#x2F;&#x2F;sg.yahoo.com&#x2F;?p&#x3D;dnr\\\" data-ylk=\\\"slk:Singapore;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;\\\" class=\\\"_yb_1klp15y _yb_1p46xii\\\"\>\u003Cspan class=\\\"_yb_1epit23\\\"\>Singapore\u003Cspan class=\\\"_yb_osph3p\\\"\>English\u003C/span\u003C/span\> \u003C/a\u003C/li\> \u003Cli \>\u003Ca href=\\\"https:&#x2F;&#x2F;tw.yahoo.com&#x2F;?p&#x3D;dnr\\\" data-ylk=\\\"slk:台灣;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;\\\" class=\\\"_yb_1klp15y _yb_1p46xii\\\"\>\u003Cspan class=\\\"_yb_1epit23\\\"\>台灣\u003Cspan class=\\\"_yb_osph3p\\\"\>繁中\u003C/span\u003C/span\>

\u003C/a>\u003C/li>  \u003Cli >\u003Ca href=\\\"https:&#x2F;&#x2F;uk.yahoo.com&#x2F;?p&#x3D;dnr\\\"  data-ylk=\\\"slk:UK;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;\\\" class=\\\"_yb_1klp15y _yb_1p46xii\\\">\u003Cspan class=\\\"_yb_1epit23\\\">UK\u003Cspan class=\\\"_yb_osph3p\\\">English\u003C/span>\u003C/span> \u003C/a>\u003C/li> \u003C/ul>\u003C/dialog>\u003C/span>  \u003Cul class=\\\"_yb_1i2dw2m\\\" id=\\\"ybar-l1-nav\\\"> \u003Cli class=\\\"_yb_hc4csw _yb_1qhgzm1\\\"> \u003Ca class=\\\"_yb_1i1xk5b _yb_141hkti _yb_zt5wc3\\\" aria-current=\\\"false\\\" data-ylk=\\\"slk:News;sec:ybar;subsec:navrail;elm:navcat;pkgt:top;itc:0;\\\" href=\\\"https:&#x2F;&#x2F;www.yahoo.com&#x2F;\\\">News\u003C/a>  \u003C/li> \u003Cli class=\\\"_yb_hc4csw _yb_1qhgzm1\\\"> \u003Ca class=\\\"_yb_1i1xk5b _yb_141hkti _yb_fop5j7 _yb_zt5wc3\\\" aria-current=\\\"page\\\" data-ylk=\\\"slk:Finance;sec:ybar;subsec:navrail;elm:navcat;pkgt:top;itc:0;\\\" href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;\\\">Finance\u003C/a> \u003C/li>  \u003Cli class=\\\"_yb_hc4csw _yb_1qhgzm1\\\"> \u003Ca class=\\\"_yb_1i1xk5b _yb_141hkti _yb_zt5wc3\\\" aria-current=\\\"false\\\" data-ylk=\\\"slk:Sports;sec:ybar;subsec:navrail;elm:navcat;pkgt:top;itc:0;\\\" href=\\\"https:&#x2F;&#x2F;sports.yahoo.com&#x2F;\\\">Sports\u003C/a>  \u003C/li> \u003Cli class=\\\"_yb_hc4csw \\\">  \u003Cbutton class=\\\"_yb_1i1xk5b _yb_trilai _yb_zt5wc3 rapid-noclick-resp\\\" aria-label=\\\"More\\\" aria-expanded=\\\"false\\\"\\\">\u003Cspan class=\\\"_yb_bznkcq\\\">More\u003C/span>\u003Csvg width=\\\"12\\\" height=\\\"13\\\" viewBox=\\\"0 0 12 13\\\" fill=\\\"none\\\" xmlns=\\\"http://www.w3.org/2000/svg\\\" class=\\\"_yb_1bbh2bv\\\">\u003Cpath d=\\\"M6.00043 6.89668L3.54716 4.44341C3.35796 4.2547 3.04145 4.25173 2.84828 4.4449C2.65313 4.64005 2.65412 4.9516 2.8468 5.14378L6.00043 8.29791L9.15506 5.14279C9.34427 4.95358 9.34724 4.63708 9.15358 4.44391C8.95892 4.24925 8.64737 4.24974 8.4547 4.44242L6.00043 6.89668Z\\\" fill=\\\"#5B636A\\\">\u003C/path>\u003C/svg>\u003C/button>\u003Cdiv id=\\\"ybar-l1-more-menu\\\" class=\\\"_yb_1yd6iif _yb_1i23v0q \\\">\u003Cul class=\\\"_yb_d79mgx\\\"> \u003Cli class=\\\"_yb_1hh0vm\\\">\u003Ca href=\\\"https:&#x2F;&#x2F;www.yahoo.com&#x2F;\\\" data-ylk=\\\"slk:News;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;\\\" class=\\\"_yb_tyu9vf\\\" aria-label=\\\"News: General\\\">\u003Cspan class=\\\"_yb_1npoggk\\\">News\u003C/span> \u003C/a>\u003Cul> \u003Cli>\u003Ca href=\\\"https:&#x2F;&#x2F;www.yahoo.com&#x2F;news&#x2F;\\\" data-ylk=\\\"slk:Today&#39;s news;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;\\\" class=\\\"_yb_1p46xii\\\" aria-label=\\\"News: Today&#39;s news\\\">Today&#39;s news \u003C/a>\u003C/li> \u003Cli>\u003Ca href=\\\"https:&#x2F;&#x2F;www.yahoo.com&#x2F;news&#x2F;us&#x2F;\\\" data-ylk=\\\"slk:US;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;\\\" class=\\\"_yb_1p46xii\\\" aria-label=\\\"News: US\\\">US \u003C/a>\u003C/li> \u003Cli>\u003Ca href=\\\"https:&#x2F;&#x2F;www.yahoo.com&#x2F;news&#x2F;politics&#x2F;\\\" data-ylk=\\\"slk:Politics;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;\\\" class=\\\"_yb_1p46xii\\\" aria-label=\\\"News: Politics\\\">Politics \u003C/a>\u003C/li> \u003Cli>\u003Ca href=\\\"https:&#x2F;&#x2F;www.yahoo.com&#x2F;news&#x2F;world&#x2F;\\\" data-ylk=\\\"slk:World;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;\\\" class=\\\"_yb_1p46xii\\\" aria-label=\\\"News: World\\\">World \u003C/a>\u003C/li> \u003Cli>\u003Ca href=\\\"https:&#x2F;&#x2F;www.yahoo.com&#x2F;news&#x2F;weather&#x2F;\\\" data-ylk=\\\"slk:Weather;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;\\\" class=\\\"_yb_1p46xii\\\" aria-label=\\\"News: Weather\\\">Weather \u003C/a>\u003C/li> \u003Cli>\u003Ca href=\\\"https:&#x2F;&#x2F;yahoo.com&#x2F;tagged&#x2F;climate-change&#x2F;\\\" data-ylk=\\\"slk:Climate change;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;\\\" class=\\\"_yb_1p46xii\\\" aria-label=\\\"News: Climate change\\\">Climate change \u003C/a>\u003C/li>  \u003Cli>\u003Ca href=\\\"https:&#x2F;&#x2F;www.yahoo.com&#x2F;news&#x2F;health&#x2F;\\\" data-ylk=\\\"slk:Health;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;\\\" class=\\\"_yb_1p46xii\\\" aria-label=\\\"News: Health\\\">Health \u003C/a>\u003C/li> \u003Cli>\u003Ca href=\\\"https:&#x2F;&#x2F;www.yahoo.com&#x2F;news&#x2F;science&#x2F;\\\" data-ylk=\\\"slk:Science;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;\\\" class=\\\"_yb_1p46xii\\\" aria-label=\\\"News: Science\\\">Science \u003C/a>\u003C/li> \u003Cli>\u003Ca href=\\\"https:&#x2F;&#x2F;www.yahoo.com&#x2F;election&#x2F;\\\" data-ylk=\\\"slk:2024 election;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;\\\" class=\\\"_yb_1p46xii\\\" aria-label=\\\"News: 2024 election\\\">2024 election \u003C/a>\u003C/li> \u003Cli>\u003Ca href=\\\"https:&#x2F;&#x2F;www.yahoo.com&#x2F;news&#x2F;originals&#x2F;\\\" data-ylk=\\\"slk:Originals;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;\\\" class=\\\"_yb_1p46xii\\\" aria-label=\\\"News: Originals\\\">Originals \u003C/a>\u003C/li>  \u003Cli>\u003Ca href=\\\"https:&#x2F;&#x2F;news.yahoo.com&#x2F;newsletters&#x2F;\\\" data-ylk=\\\"slk:Newsletters;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;\\\" class=\\\"_yb_1p46xii\\\" aria-label=\\\"News: Newsletters\\\">Newsletters

\u003C/a>\u003C/li> \u003C/ul>\u003C/li>  \u003Cli class=\\\"_yb_lhh0vm\\\">\u003Ca
href=\\\"https:&#x2F;&#x2F;www.yahoo.com&#x2F;lifestyle&#x2F;\\\" data-ylk=\\\"slk:Life;sec:ybar;subsec:more;elm:navcat;pkg:top;itc:0;\\\"
class=\\\"_yb_tyu9vf\\\" aria-label=\\\"Life: General\\\">\u003Cspan class=\\\"_yb_1npoggk\\\">Life\u003C/span>\u003C/a>\u003Cul> \u003Cli>\u003Ca
href=\\\"https:&#x2F;&#x2F;www.yahoo.com&#x2F;lifestyle&#x2F;tagged&#x2F;health&#x2F;\\\" data-
ylk=\\\"slk:Health;sec:ybar;subsec:more;elm:navcat;pkg:top;itc:0;\\\" class=\\\"_yb_1p46xii\\\" aria-label=\\\"Life: Health\\\">Health \u003C/a>\u003C/li>
\u003Cli>\u003Ca href=\\\"https:&#x2F;&#x2F;www.yahoo.com&#x2F;lifestyle&#x2F;tagged&#x2F;parenting&#x2F;\\\" data-
ylk=\\\"slk:Parenting;sec:ybar;subsec:more;elm:navcat;pkg:top;itc:0;\\\" class=\\\"_yb_1p46xii\\\" aria-label=\\\"Life: Parenting\\\">Parenting
\u003C/a>\u003C/li>  \u003Cli>\u003Ca href=\\\"https:&#x2F;&#x2F;www.yahoo.com&#x2F;lifestyle&#x2F;style-beauty&#x2F;\\\" data-ylk=\\\"slk:Style and
beauty;sec:ybar;subsec:more;elm:navcat;pkg:top;itc:0;\\\" class=\\\"_yb_1p46xii\\\" aria-label=\\\"Life: Style and beauty\\\">Style and beauty
\u003C/a>\u003C/li>  \u003Cli>\u003Ca href=\\\"https:&#x2F;&#x2F;www.yahoo.com&#x2F;lifestyle&#x2F;horoscope&#x2F;\\\" data-
ylk=\\\"slk:Horoscopes;sec:ybar;subsec:more;elm:navcat;pkg:top;itc:0;\\\" class=\\\"_yb_1p46xii\\\" aria-label=\\\"Life: Horoscopes\\\">Horoscopes
\u003C/a>\u003C/li>  \u003Cli>\u003Ca href=\\\"https:&#x2F;&#x2F;shopping.yahoo.com\\\" data-
ylk=\\\"slk:Shopping;sec:ybar;subsec:more;elm:navcat;pkg:top;itc:0;\\\" class=\\\"_yb_1p46xii\\\" aria-label=\\\"Life: Shopping\\\">Shopping
\u003C/a>\u003C/li>  \u003Cli>\u003Ca href=\\\"https:&#x2F;&#x2F;www.yahoo.com&#x2F;lifestyle&#x2F;tagged&#x2F;food&#x2F;\\\" data-
ylk=\\\"slk:Food;sec:ybar;subsec:more;elm:navcat;pkg:top;itc:0;\\\" class=\\\"_yb_1p46xii\\\" aria-label=\\\"Life: Food\\\">Food \u003C/a>\u003C/li>
\u003Cli>\u003Ca href=\\\"https:&#x2F;&#x2F;www.yahoo.com&#x2F;lifestyle&#x2F;tagged&#x2F;travel&#x2F;\\\" data-
ylk=\\\"slk:Travel;sec:ybar;subsec:more;elm:navcat;pkg:top;itc:0;\\\" class=\\\"_yb_1p46xii\\\" aria-label=\\\"Life: Travel\\\">Travel \u003C/a>\u003C/li>
\u003C/li>\u003C/a>\u003Cli>\u003Ca href=\\\"https:&#x2F;&#x2F;autos.yahoo.com&#x2F;\\\" data-ylk=\\\"slk:Autos;sec:ybar;subsec:more;elm:navcat;pkg:top;itc:0;\\\"
class=\\\"_yb_1p46xii\\\" aria-label=\\\"Life: Autos\\\">Autos \u003C/a>\u003C/li>  \u003Cli>\u003Ca
href=\\\"https:&#x2F;&#x2F;www.yahoo.com&#x2F;topics&#x2F;gift-ideas&#x2F;\\\" data-ylk=\\\"slk:Gift
ideas;sec:ybar;subsec:more;elm:navcat;pkg:top;itc:0;\\\" class=\\\"_yb_1p46xii\\\" aria-label=\\\"Life: Gift ideas\\\">Gift ideas \u003C/a>\u003C/li>
\u003Cli>\u003Ca href=\\\"https:&#x2F;&#x2F;www.yahoo.com&#x2F;topics&#x2F;buying-guides&#x2F;\\\" data-ylk=\\\"slk:Buying
guides;sec:ybar;subsec:more;elm:navcat;pkg:top;itc:0;\\\" class=\\\"_yb_1p46xii\\\" aria-label=\\\"Life: Buying guides\\\">Buying guides \u003C/a>\u003C/li>
\u003C/ul>\u003C/li>  \u003Cli class=\\\"_yb_lhh0vm\\\">\u003Ca href=\\\"https:&#x2F;&#x2F;www.yahoo.com&#x2F;entertainment&#x2F;\\\" data-
ylk=\\\"slk:Entertainment;sec:ybar;subsec:more;elm:navcat;pkg:top;itc:0;\\\" class=\\\"_yb_tyu9vf\\\" aria-label=\\\"Entertainment: General\\\">\u003Cspan
class=\\\"_yb_1npoggk\\\">Entertainment\u003C/span>\u003C/a>\u003Cul> \u003Cli>\u003Ca
href=\\\"https:&#x2F;&#x2F;www.yahoo.com&#x2F;entertainment&#x2F;celebrity&#x2F;\\\" data-
ylk=\\\"slk:Celebrity;sec:ybar;subsec:more;elm:navcat;pkg:top;itc:0;\\\" class=\\\"_yb_1p46xii\\\" aria-label=\\\"Entertainment: Celebrity\\\">Celebrity
\u003C/a>\u003C/li>  \u003Cli>\u003Ca href=\\\"https:&#x2F;&#x2F;www.yahoo.com&#x2F;entertainment&#x2F;tv&#x2F;\\\" data-
ylk=\\\"slk:TV;sec:ybar;subsec:more;elm:navcat;pkg:top;itc:0;\\\" class=\\\"_yb_1p46xii\\\" aria-label=\\\"Entertainment: TV\\\">TV \u003C/a>\u003C/li>
\u003Cli>\u003Ca href=\\\"https:&#x2F;&#x2F;www.yahoo.com&#x2F;entertainment&#x2F;movies&#x2F;\\\" data-
ylk=\\\"slk:Movies;sec:ybar;subsec:more;elm:navcat;pkg:top;itc:0;\\\" class=\\\"_yb_1p46xii\\\" aria-label=\\\"Entertainment: Movies\\\">Movies
\u003C/a>\u003C/li>  \u003Cli>\u003Ca href=\\\"https:&#x2F;&#x2F;www.yahoo.com&#x2F;entertainment&#x2F;music&#x2F;\\\" data-
ylk=\\\"slk:Music;sec:ybar;subsec:more;elm:navcat;pkg:top;itc:0;\\\" class=\\\"_yb_1p46xii\\\" aria-label=\\\"Entertainment: Music\\\">Music
\u003C/a>\u003C/li>  \u003Cli>\u003Ca href=\\\"https:&#x2F;&#x2F;www.yahoo.com&#x2F;entertainment&#x2F;tagged&#x2F;how-to-watch&#x2F;\\\"
data-ylk=\\\"slk:How to watch;sec:ybar;subsec:more;elm:navcat;pkg:top;itc:0;\\\" class=\\\"_yb_1p46xii\\\" aria-label=\\\"Entertainment: How to watch\\\">How
to watch \u003C/a>\u003C/li>  \u003Cli>\u003Ca
href=\\\"https:&#x2F;&#x2F;www.yahoo.com&#x2F;entertainment&#x2F;tagged&#x2F;interviews&#x2F;\\\" data-
ylk=\\\"slk:Interviews;sec:ybar;subsec:more;elm:navcat;pkg:top;itc:0;\\\" class=\\\"_yb_1p46xii\\\" aria-label=\\\"Entertainment: Interviews\\\">Interviews
\u003C/a>\u003C/li>  \u003Cli>\u003Ca href=\\\"https:&#x2F;&#x2F;www.yahoo.com&#x2F;entertainment&#x2F;tagged&#x2F;videos&#x2F;\\\" data-

ylk=\\\"slk:Videos;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;\\\" class=\\\"_yb_1p46xii\\\" aria-label=\\\"Entertainment: Videos\\\">Videos \u003C/a>\u003C/li> \u003C/ul>\u003C/li> \u003Cli class=\\\"_yb_1lhh0vm\\\">\u003Ca href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;\\\" data-ylk=\\\"slk:Finance;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;\\\" class=\\\"_yb_tyu9vf\\\" aria-label=\\\"Finance: General\\\">\u003Cspan class=\\\"_yb_1npoggk\\\">Finance\u003C/span>\u003C/a>\u003Cul> \u003Cli>\u003Ca href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;portfolios&#x2F;\\\" data-ylk=\\\"slk:My portfolio;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;\\\" class=\\\"_yb_1p46xii\\\" aria-label=\\\"Finance: My portfolio\\\">My portfolio \u003C/a>\u003C/li> \u003Cli>\u003Ca href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;watchlists&#x2F;\\\" data-ylk=\\\"slk:Watchlists;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;\\\" class=\\\"_yb_1p46xii\\\" aria-label=\\\"Finance: Watchlists\\\">Watchlists \u003C/a>\u003C/li> \u003Cli>\u003Ca href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;calendar&#x2F;\\\" data-ylk=\\\"slk:Markets;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;\\\" class=\\\"_yb_1p46xii\\\" aria-label=\\\"Finance: Markets\\\">Markets \u003C/a>\u003C/li> \u003Cli>\u003Ca href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;news&#x2F;\\\" data-ylk=\\\"slk:News;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;\\\" class=\\\"_yb_1p46xii\\\" aria-label=\\\"Finance: News\\\">News \u003C/a>\u003C/li> \u003Cli>\u003Ca href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;videos&#x2F;\\\" data-ylk=\\\"slk:Videos;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;\\\" class=\\\"_yb_1p46xii\\\" aria-label=\\\"Finance: Videos\\\">Videos \u003C/a>\u003C/li> \u003Cli>\u003Ca href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;screener&#x2F;\\\" data-ylk=\\\"slk:Screeners;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;\\\" class=\\\"_yb_1p46xii\\\" aria-label=\\\"Finance: Screeners\\\">Screeners \u003C/a>\u003C/li> \u003Cli>\u003Ca href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;topic&#x2F;personal-finance&#x2F;\\\" data-ylk=\\\"slk:Personal finance;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;\\\" class=\\\"_yb_1p46xii\\\" aria-label=\\\"Finance: Personal finance\\\">Personal finance \u003C/a>\u003C/li> \u003Cli>\u003Ca href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;crypto&#x2F;\\\" data-ylk=\\\"slk:Crypto;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;\\\" class=\\\"_yb_1p46xii\\\" aria-label=\\\"Finance: Crypto\\\">Crypto \u003C/a>\u003C/li> \u003Cli>\u003Ca href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;screener&#x2F;predefined&#x2F;ms_basic_materials&#x2F;\\\" data-ylk=\\\"slk:Industries;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;\\\" class=\\\"_yb_1p46xii\\\" aria-label=\\\"Finance: Industries\\\">Industries \u003C/a>\u003C/li> \u003C/ul>\u003C/li> \u003Cli class=\\\"_yb_1lhh0vm\\\">\u003Ca href=\\\"https:&#x2F;&#x2F;sports.yahoo.com&#x2F;\\\" data-ylk=\\\"slk:Sports;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;\\\" class=\\\"_yb_tyu9vf\\\" aria-label=\\\"Sports: General\\\">\u003Cspan class=\\\"_yb_1npoggk\\\">Sports\u003C/span>\u003C/a>\u003Cul> \u003Cli>\u003Ca href=\\\"https:&#x2F;&#x2F;sports.yahoo.com&#x2F;fantasy&#x2F;\\\" data-ylk=\\\"slk:Fantasy;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;\\\" class=\\\"_yb_1p46xii\\\" aria-label=\\\"Sports: Fantasy\\\">Fantasy \u003C/a>\u003C/li> \u003Cli>\u003Ca href=\\\"https:&#x2F;&#x2F;sports.yahoo.com&#x2F;nfl&#x2F;\\\" data-ylk=\\\"slk:NFL;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;\\\" class=\\\"_yb_1p46xii\\\" aria-label=\\\"Sports: NFL\\\">NFL \u003C/a>\u003C/li> \u003Cli>\u003Ca href=\\\"https:&#x2F;&#x2F;sports.yahoo.com&#x2F;nba&#x2F;\\\" data-ylk=\\\"slk:NBA;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;\\\" class=\\\"_yb_1p46xii\\\" aria-label=\\\"Sports: NBA\\\">NBA \u003C/a>\u003C/li> \u003Cli>\u003Ca href=\\\"https:&#x2F;&#x2F;sports.yahoo.com&#x2F;mlb&#x2F;\\\" data-ylk=\\\"slk:MLB;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;\\\" class=\\\"_yb_1p46xii\\\" aria-label=\\\"Sports: MLB\\\">MLB \u003C/a>\u003C/li> \u003Cli>\u003Ca href=\\\"https:&#x2F;&#x2F;sports.yahoo.com&#x2F;nhl&#x2F;\\\" data-ylk=\\\"slk:NHL;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;\\\" class=\\\"_yb_1p46xii\\\" aria-label=\\\"Sports: NHL\\\">NHL \u003C/a>\u003C/li> \u003Cli>\u003Ca href=\\\"https:&#x2F;&#x2F;sports.yahoo.com&#x2F;college-football&#x2F;\\\" data-ylk=\\\"slk:College football;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;\\\" class=\\\"_yb_1p46xii\\\" aria-label=\\\"Sports: College football\\\">College football \u003C/a>\u003C/li> \u003Cli>\u003Ca href=\\\"https:&#x2F;&#x2F;sports.yahoo.com&#x2F;college-basketball&#x2F;\\\" data-ylk=\\\"slk:College basketball;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;\\\" class=\\\"_yb_1p46xii\\\" aria-label=\\\"Sports: College basketball\\\">College basketball \u003C/a>\u003C/li> \u003Cli>\u003Ca href=\\\"https:&#x2F;&#x2F;sports.yahoo.com&#x2F;soccer&#x2F;\\\" data-

ylk=\\\"slk:Soccer;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;\\\" class=\\\"_yb_1p46xii\\\" aria-label=\\\"Sports: Soccer\\\">Soccer \u003C/a>\u003C/li>
\u003Cli>\u003Ca href=\\\"https:&#x2F;&#x2F;sports.yahoo.com&#x2F;mma&#x2F;\\\" data-
ylk=\\\"slk:MMA;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;\\\" class=\\\"_yb_1p46xii\\\" aria-label=\\\"Sports: MMA\\\">MMA \u003C/a>\u003C/li>
\u003Cli>\u003Ca href=\\\"https:&#x2F;&#x2F;sports.yahoo.com&#x2F;newsletters&#x2F;yahoo-sports-am&#x2F;\\\" data-ylk=\\\"slk:Yahoo Sports
AM;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;\\\" class=\\\"_yb_1p46xii\\\" aria-label=\\\"Sports: Yahoo Sports AM\\\">Yahoo Sports AM
\u003C/a>\u003C/li> \u003C/ul>\u003C/li>  \u003Cli class=\\\"_yb_lhh0vm \\\">\u003Cul class=\\\"_yb_11w8fik\\\"> \u003Cli class=\\\"_yb_lhh0vm
_yb_144ebaf\\\">\u003Cdiv class=\\\"_yb_tyu9vf _yb_pu2bzm\\\">\u003Cspan class=\\\"_yb_1npoggk\\\">New on Yahoo\u003C/span>\u003C/div>\u003Cul>
\u003Cli>\u003Ca href=\\\"https:&#x2F;&#x2F;www.yahoo.com&#x2F;creators&#x2F;\\\" data-
ylk=\\\"slk:Creators;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;\\\" class=\\\"_yb_1p46xii\\\" aria-label=\\\": Creators\\\">Creators\u003C/a>\u003C/li>
\u003Cli>\u003Ca href=\\\"https:&#x2F;&#x2F;www.yahoo.com&#x2F;games&#x2F;\\\" data-
ylk=\\\"slk:Games;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;\\\" class=\\\"_yb_1p46xii\\\" aria-label=\\\": Games\\\">Games\u003C/a>\u003C/li>
\u003Cli>\u003Ca href=\\\"https:&#x2F;&#x2F;www.yahoo.com&#x2F;tech&#x2F;\\\" data-
ylk=\\\"slk:Tech;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;\\\" class=\\\"_yb_1p46xii\\\" aria-label=\\\": Tech\\\">Tech\u003C/a>\u003C/li>
\u003C/ul>\u003C/li>  \u003Cli class=\\\"_yb_lhh0vm _yb_69fr3d \\\"> \u003Ca
href=\\\"https:&#x2F;&#x2F;www.yahoo.com&#x2F;everything&#x2F;world&#x2F;\\\" data-ylk=\\\"slk:Selected
edition;sec:ybar;subsec:more;elm:navcat;pkgt:top;itc:0;\\\" class=\\\"_yb_tyu9vf _yb_q4lx4h\\\" aria-label=\\\"Selected edition\\\"> \u003Cdiv
class=\\\"_yb_1aptwj2\\\">Selected edition \u003Csvg width=\\\"16\\\" height=\\\"16\\\" viewBox=\\\"0 0 16 16\\\" fill=\\\"none\\\"
xmlns=\\\"http://www.w3.org/2000/svg\\\">\u003Cpath fill-rule=\\\"evenodd\\\" clip-rule=\\\"evenodd\\\" d=\\\"M8.00008 0.666687C3.95008 0.666687 0.666748
3.95002 0.666748 8.00002C0.666748 12.05 3.95008 15.3334 8.00008 15.3334C12.0507 15.3334 15.3334 12.05 15.3334 8.00002C15.3334 3.95002 12.0507
0.666687 8.00008 0.666687ZM11.9294 9.33335C11.9734 8.90069 12.0001 8.45669 12.0001 8.00002C12.0001 7.54335 11.9734 7.09935 11.9294
6.66669H13.8361C13.9354 7.09669 14.0001 7.54002 14.0001 8.00002C14.0001 8.46002 13.9347 8.90269 13.8361 9.33335H11.9294ZM11.7201
10.6667C11.5014 11.6847 11.1667 12.596 10.7394 13.334C11.8747 12.7494 12.7907 11.8094 13.3614 10.6667H11.7201ZM10.5987
9.33335H8.66675V6.66669H10.5987C10.6421 7.09602 10.6667 7.54069 10.6667 8.00002C10.6667 8.45869 10.6421 8.90402 10.5987 9.33335ZM8.66675
10.6667V13.7994C9.42075 13.36 10.0461 12.2054 10.3861 10.6667H8.66675ZM5.61408 10.6667H7.33342V13.7994C6.58008 13.36 5.95475 12.2054 5.61408
10.6667ZM5.40208 6.66669C5.35808 7.09602 5.33342 7.54069 5.33342 8.00002C5.33342 8.45869 5.35808 8.90402 5.40208
9.33335H7.33342V6.66669H5.40208ZM4.28008 5.33335H2.63875C3.21008 4.19069 4.12608 3.25002 5.26142 2.66602C4.83341 3.40402 4.49875 4.31535
4.28008 5.33335ZM4.28008 10.6667H2.63875C3.21008 11.8094 4.12608 12.7494 5.26142 13.334C4.83341 12.596 4.49875 11.6847 4.28008
10.6667ZM2.00008 8.00002C2.00008 7.54002 2.06608 7.09669 2.16408 6.66669H4.07141C4.02675 7.09935 4.00008 7.54335 4.00008 8.00002C4.00008
8.45669 4.02675 8.90069 4.07141 9.33335H2.16408C2.06608 8.90269 2.00008 8.46002 2.00008 8.00002ZM7.33342 5.33335V2.20069C6.58008 2.64002
5.95475 3.79469 5.61408 5.33335H7.33342ZM10.3861 5.33335H8.66675V2.20069C9.42075 2.64002 10.0461 3.79469 10.3861 5.33335ZM11.7201
5.33335H13.3614C12.7907 4.19069 11.8747 3.25002 10.7394 2.66602C11.1667 3.40402 11.5014 4.31535 11.7201 5.33335Z\\\"
fill=\\\"#232A31\\\">\u003C/path>\u003C/svg>\u003C/div>  \u003C/a>  \u003Cbutton class=\\\"_yb_1p135xy _yb_1p46xii _yb_14gh885\\\">\u003Cspan
class=\\\"_yb_1epit23\\\">US\u003Cspan class=\\\"_yb_osph3p\\\">English\u003C/span>\u003C/span> \u003C/button>  \u003C/li>
\u003C/ul>\u003C/div>\u003C/ul>\u003C/div>\u003C/li>  \u003C/ul>\u003C/nav>\u003C/div> \u003Cdiv role=\\\"toolbar\\\" class=\\\"_yb_nfs7w2 ybar-menu-
hover-open \\\">\u003Cdiv class=\\\"_yb_1ob6u3a\\\">\u003Cdiv id=\\\"notification-container\\\" class=\\\"_yb_1tmsarr _yb_jrhipy \\\" data-
config=\\\"{&quot;badge&quot;:{&quot;maxCount&quot;:9},&quot;panel&quot;:{&quot;maxCount&quot;:50,&quot;headerMsg&quot;:&quot;&quot;},&quot;
service&quot;:{&quot;isRMP&quot;:true,&quot;resetUrl&quot;:&quot;&#x2F;_td&#x2F;remote?m_id&#x3D;react-
finance.rmp&amp;ctrl&#x3D;NotificationAlertReset&amp;m_mode&#x3D;json&amp;config&#x3D;%7B%22mrt%22%3A%7B%22static%22%3Atrue%7D%
7D&quot;,&quot;url&quot;:&quot;&#x2F;fin_ms&#x2F;_td&#x2F;remote?m_id&#x3D;react-
finance.rmp&amp;ctrl&#x3D;NotificationAlert&amp;m_mode&#x3D;json&amp;config&#x3D;%7B%22mrt%22%3A%7B%22static%22%3Atrue%7D%7D&q

uot;}}\\\" tabindex=\\\"0\\\">\u003Cinput id=\\\"ybarNotificationMenu\\\" type=\\\"checkbox\\\" aria-owns=\\\"ybarNotificationMenu\\\" aria-controls=\\\"notifDropdownContainer\\\" aria-haspopup=\\\"true\\\" aria-label=\\\"Notifications\\\" tabindex=\\\"-1\\\"  disabled >  \u003Clabel for=\\\"ybarNotificationMenu\\\" class=\\\"_yb_1txa4bz rapid-nonanchor-lt\\\">\u003Csvg width=\\\"16\\\" height=\\\"16\\\" viewBox=\\\"0 0 16 16\\\" fill=\\\"none\\\" xmlns=\\\"http://www.w3.org/2000/svg\\\">\u003Cpath d=\\\"M3.1 7.82143V4.9C3.1 2.19381 5.29381 0 8 0C10.7062 0 12.9 2.1938 12.9 4.9V8.28571L15 13H1L3.1 7.82143ZM11.1 8.66849V4.9C11.1 3.18792 9.71208 1.8 8 1.8C6.28792 1.8 4.9 3.18792 4.9 4.9V8.17251L3.6723 11.2H12.2277L11.1 8.66849ZM7.99995 16C6.69373 16 5.58249 15.1652 5.17065 14H10.8292C10.4174 15.1652 9.30617 16 7.99995 16Z\\\" fill=\\\"black\\\"/>\u003C/path>\u003C/svg>\u003Cspan class=\\\"_yb_1x4hg87\\\">\u003Cspan id=\\\"notif-badge\\\" class=\\\"_yb_8pjvgn\\\">\u003C/span>\u003C/span>\u003C/label>  \u003Cdiv id=\\\"notifDropdownContainer\\\" class=\\\"_yb_xfgade _yb_1qn31hp \\\">\u003Cdiv class=\\\"_yb_oph6a _yb_13xnuhc\\\" id=\\\"ybarNotificationBody\\\" role=\\\"menu\\\" aria-label=\\\"Notifications\\\">\u003C/div>\u003C/div>\u003C/div> \u003Cdiv class=\\\"_yb_lmtswi\\\">\u003Cdiv> \u003Cbutton class=\\\"_yb_hblnrb _yb_fa72gi _yb_fa72gi _yb_1dcv39e   _yb_1h05ksk  \\\" tabindex=\\\"-1\\\">\u003Cinput type=\\\"hidden\\\" name=\\\"mail_wssid\\\" value=\\\"\\\">\u003Cinput type=\\\"hidden\\\" name=\\\"mail_appid\\\" value=\\\"\\\">\u003Ca class=\\\"_yb_1ffslgh\\\" href=\\\"https:&#x2F;&#x2F;mail.yahoo.com&#x2F;\\\" data-ylk=\\\"slk:Mail;elm:btn;sec:ybar;subsec:mailprev;itc:0;tar:mail.yahoo.com;\\\" id=\\\"ybarMailLink\\\" aria-label=\\\"Check your mail\\\" aria-haspopup=\\\"true\\\" aria-expanded=\\\"false\\\" data-redirect-params=\\\"pspid=[[pspid]]&amp;activity=ybar-mail\\\" target=\\\"_blank\\\">    \u003Csvg width=\\\"20\\\" height=\\\"14\\\" viewBox=\\\"0 0 20 14\\\" fill=\\\"none\\\" xmlns=\\\"http://www.w3.org/2000/svg\\\">\u003Cpath fill-rule=\\\"evenodd\\\" clip-rule=\\\"evenodd\\\" d=\\\"M17.1667 0.333328H19.1667V2.33333V11.6667V13.6667H17.1667H2.83333H0.833332V11.6667V2.33333V0.333328H2.83333H17.1667ZM17 3.40364V5.68182L10 9.5L3 5.68182V3.40364L10 7.22182L17 3.40364Z\\\" fill=\\\"var(--yb-text-mail-primary)\\\">\u003C/path>\u003C/svg>  \u003Cspan class=\\\"_yb_1sklcbk\\\" id=\\\"ybarMailIndicator\\\">\u003C/span>\u003Cspan class=\\\"_yb_jteql8\\\">Mail \u003C/span>  \u003C/a>  \u003C/button> \u003C/div>\u003C/div>\u003Cdiv class=\\\"_yb_1pyrp8a\\\">\u003Cdiv id=\\\"ybarAccountProfile\\\" class=\\\"_yb_gjzlev _yb_1vzidts _yb_i5mkoa _yb_2kps6l \\\"> \u003Cdiv id=\\\"login-container\\\" class=\\\"_yb_w3a39g _yb_hgwzzg\\\">\u003Cdiv class=\\\"_yb_1cibvkr _yb_v4nc6y undefined\\\" tabindex=\\\"\\\" data-ylk=\\\"sec:ybar;slk:sign-in;elm:signin;subsec:settings;itc:0;tar:login.yahoo.com\\\" data-redirect-params=\\\"pspid=[[pspid]]&amp;activity=ybar-signin\\\" href=\\\"https:&#x2F;&#x2F;login.yahoo.com&#x2F;?.lang&#x3D;en-US&amp;src&#x3D;finance\\\">Sign in\u003C/a> \u003C/div> \u003C/div>\u003C/div>\u003C/div>\u003C/div> \u003Cdiv class=\\\"_yb_pzk3oa\\\">\u003C/div>  \u003Cdiv class=\\\"_yb_191hf6c _yb_wn6uz7   \\\">\u003Cdiv id=\\\"ybar-navigation\\\" class=\\\"_yb_1wn3by6\\\">\u003Cdiv class=\\\"ybar-mod-navigation _yb_zakd8n _yb_wayroh _yb_1nhud0m ybar-shift-more-menu   ybar-nav-placement \\\">\u003Cul class=\\\"_yb_15hzl0d _yb_uqcp5b\\\" role=\\\"presentation\\\">     \u003Cli class=\\\"_yb_1b63ayc \\\"> \u003Ca class=\\\"_yb_138r61s rapid-noclick-resp\\\" href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;portfolios\\\" data-ylk=\\\"cpos:0;slk:My Portfolio;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;\\\" target=\\\"_self\\\"> \u003Cspan class=\\\"_yb_7zamgg\\\">My Portfolio\u003C/span> \u003C/a> \u003C/li>     \u003Cli class=\\\"_yb_1b63ayc _yb_ft96yu\\\"> \u003Ca class=\\\"_yb_138r61s  rapid-noclick-resp\\\" href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;news&#x2F;\\\" data-ylk=\\\"cpos:1;slk:News;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;\\\" target=\\\"_self\\\"> \u003Cspan class=\\\"_yb_7zamgg\\\">News\u003C/span> \u003C/a> \u003Cdiv class=\\\"_yb_ws9pyo \\\">  \u003Cul class=\\\"_yb_1w41ejq _yb_uxiyh2 \\\"> \u003Cli class=\\\"_yb_rk1i5j\\\">\u003Ca href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;topic&#x2F;latest-news&#x2F;\\\" class=\\\"_yb_138r61s rapid-noclick-resp\\\" data-ylk=\\\"cpos:1;slk:Latest News;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;\\\" target=\\\"_self\\\">\u003Cdiv class=\\\"_yb_7zamgg\\\">Latest News\u003C/div>\u003C/a>\u003C/li>  \u003Cli class=\\\"_yb_rk1i5j\\\">\u003Ca href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;topic&#x2F;stock-market-news&#x2F;\\\" class=\\\"_yb_138r61s rapid-noclick-resp\\\" data-ylk=\\\"cpos:1;slk:Stock Market;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;\\\" target=\\\"_self\\\">\u003Cdiv class=\\\"_yb_7zamgg\\\">Stock Market\u003C/div>\u003C/a>\u003C/li>  \u003Cli class=\\\"_yb_rk1i5j\\\">\u003Ca href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;topic&#x2F;yahoo-finance-originals&#x2F;\\\" class=\\\"_yb_138r61s rapid-noclick-resp\\\" data-ylk=\\\"cpos:1;slk:Originals;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;\\\" target=\\\"_self\\\">\u003Cdiv

276

```
class=\\\"_yb_7zamgg\\\">Originals\u003C/div>\u003C/a>\u003C/li>  \u003Cli class=\\\"_yb_rk1i5j\\\">\u003Ca
href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;topic&#x2F;morning-brief&#x2F;\\\" class=\\\"_yb_138r61s rapid-noclick-resp\\\" data-
ylk=\\\"cpos:1;slk:The Morning Brief;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;\\\" target=\\\"_self\\\">\u003Cdiv class=\\\"_yb_7zamgg\\\">The
Morning Brief\u003C/div>\u003C/a>\u003C/li>  \u003Cli class=\\\"_yb_rk1i5j\\\">\u003Ca href=\\\"&#x2F;topic&#x2F;premium-news\\\"
class=\\\"_yb_138r61s rapid-noclick-resp\\\" data-ylk=\\\"cpos:1;slk:Premium News;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;\\\"
target=\\\"_self\\\">\u003Cdiv class=\\\"_yb_7zamgg\\\">Premium News\u003C/div>   \u003Cspan class=\\\"_yb_bps7a\\\">\u003Csvg
xmlns=\\\"http://www.w3.org/2000/svg\\\" width=\\\"16\\\" height=\\\"16\\\" viewBox=\\\"0 0 16 16\\\" fill=\\\"none\\\">\u003Cpath fill-rule=\\\"evenodd\\\" clip-
rule=\\\"evenodd\\\" d=\\\"M11.3332 5.33317V3.99984C11.3332 2.15983 9.83984 0.666504 7.99984 0.666504C6.15983 0.666504 4.6665 2.15983 4.6665
3.99984V5.33317V6.6665H4.79984C4.0531 6.6665 3.67973 6.6665 3.39452 6.81183C3.14363 6.93966 2.93966 7.14363 2.81183 7.39452C2.6665 7.67973
2.6665 8.0531 2.6665 8.79984V12.5332C2.6665 13.2799 2.6665 13.6533 2.81183 13.9385C2.93966 14.1894 3.14363 14.3933 3.39452 14.5212C3.67973
14.6665 4.0531 14.6665 4.79984 14.6665H11.1998C11.9466 14.6665 12.3199 14.6665 12.6052 14.5212C12.856 14.3933 13.06 14.1894 13.1878
13.9385C13.3332 13.6533 13.3332 13.2799 13.3332 12.5332V8.79984C13.3332 8.0531 13.3332 7.67973 13.1878 7.39452C13.06 7.14363 12.856 6.93966
12.6052 6.81183C12.3199 6.6665 11.9466 6.6665 11.1998 6.6665H11.3333L11.3332 5.33317ZM10.0666 6.6665H5.93319V5.33317V3.99984C5.93319
2.85984 6.85982 1.93317 7.99984 1.93317C9.13985 1.93317 10.0665 2.85984 10.0665 3.99984V5.33317L10.0666 6.6665Z\\\"
fill=\\\"#232A31\\\">\u003C/path>\u003C/svg>\u003C/span>   \u003C/a>\u003C/li>  \u003Cli class=\\\"_yb_rk1i5j\\\">\u003Ca
href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;topic&#x2F;economic-news&#x2F;\\\" class=\\\"_yb_138r61s rapid-noclick-resp\\\" data-
ylk=\\\"cpos:1;slk:Economics;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;\\\" target=\\\"_self\\\">\u003Cdiv
class=\\\"_yb_7zamgg\\\">Economics\u003C/div>\u003C/a>\u003C/li>  \u003Cli class=\\\"_yb_rk1i5j\\\">\u003Ca
href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;topic&#x2F;housing-market&#x2F;\\\" class=\\\"_yb_138r61s rapid-noclick-resp\\\" data-
ylk=\\\"cpos:1;slk:Housing;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;\\\" target=\\\"_self\\\">\u003Cdiv
class=\\\"_yb_7zamgg\\\">Housing\u003C/div>\u003C/a>\u003C/li>  \u003Cli class=\\\"_yb_rk1i5j\\\">\u003Ca
href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;topic&#x2F;earnings&#x2F;\\\" class=\\\"_yb_138r61s rapid-noclick-resp\\\" data-
ylk=\\\"cpos:1;slk:Earnings;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;\\\" target=\\\"_self\\\">\u003Cdiv
class=\\\"_yb_7zamgg\\\">Earnings\u003C/div>\u003C/a>\u003C/li>  \u003Cli class=\\\"_yb_rk1i5j\\\">\u003Ca
href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;topic&#x2F;tech&#x2F;\\\" class=\\\"_yb_138r61s rapid-noclick-resp\\\" data-
ylk=\\\"cpos:1;slk:Tech;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;\\\" target=\\\"_self\\\">\u003Cdiv
class=\\\"_yb_7zamgg\\\">Tech\u003C/div>\u003C/a>\u003C/li>  \u003Cli class=\\\"_yb_rk1i5j\\\">\u003Ca
href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;topic&#x2F;crypto&#x2F;\\\" class=\\\"_yb_138r61s rapid-noclick-resp\\\" data-
ylk=\\\"cpos:1;slk:Crypto;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;\\\" target=\\\"_self\\\">\u003Cdiv
class=\\\"_yb_7zamgg\\\">Crypto\u003C/div>\u003C/a>\u003C/li>  \u003Cli class=\\\"_yb_rk1i5j\\\">\u003Ca
href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;bidenomics&#x2F;\\\" class=\\\"_yb_138r61s rapid-noclick-resp\\\" data-ylk=\\\"cpos:1;slk:Biden
Economy;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;\\\" target=\\\"_self\\\">\u003Cdiv class=\\\"_yb_7zamgg\\\">Biden
Economy\u003C/div>\u003C/a>\u003C/li>  \u003C/ul>   \u003C/div>\u003C/li>        \u003Cli class=\\\"_yb_1b63ayc _yb_ft96yu\\\">\u003Ca
class=\\\"_yb_138r61s  rapid-noclick-resp\\\" href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;markets\\\" data-
ylk=\\\"cpos:2;slk:Markets;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;\\\" target=\\\"_self\\\" >   \u003Cspan
class=\\\"_yb_7zamgg\\\">Markets\u003C/span>        \u003C/a>  \u003Cdiv class=\\\"_yb_ws9pyo _yb_ow-3 \\\">  \u003Cul class=\\\"_yb_1w41ejq
_yb_uxiyh2 _yb_fin_cl-3\\\"> \u003Cli class=\\\"_yb_rk1i5j\\\">\u003Ca
href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;markets&#x2F;stocks&#x2F;most-active&#x2F;\\\" class=\\\"_yb_138r61s rapid-noclick-resp\\\" data-
ylk=\\\"cpos:2;slk:Stocks: Most Actives;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;\\\" target=\\\"_self\\\">\u003Cdiv class=\\\"_yb_7zamgg\\\">Stocks:
Most Actives\u003C/div>\u003C/a>\u003C/li>  \u003Cli class=\\\"_yb_rk1i5j\\\">\u003Ca
```

href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;markets&#x2F;stocks&#x2F;gainers&#x2F;\\\" class=\\\"_yb_138r61s rapid-noclick-resp\\\" data-ylk=\\\"cpos:2;slk:Stocks: Gainers;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;\\\" target=\\\"_self\\\">\u003Cdiv class=\\\"_yb_7zamgg\\\">Stocks: Gainers\u003C/div>\u003C/a>\u003C/li>  \u003Cli class=\\\"_yb_rk1i5j\\\">\u003Ca

href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;markets&#x2F;stocks&#x2F;losers&#x2F;\\\" class=\\\"_yb_138r61s rapid-noclick-resp\\\" data-ylk=\\\"cpos:2;slk:Stocks: Losers;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;\\\" target=\\\"_self\\\">\u003Cdiv class=\\\"_yb_7zamgg\\\">Stocks: Losers\u003C/div>\u003C/a>\u003C/li>  \u003Cli class=\\\"_yb_rk1i5j\\\">\u003Ca

href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;markets&#x2F;stocks&#x2F;trending&#x2F;\\\" class=\\\"_yb_138r61s rapid-noclick-resp\\\" data-ylk=\\\"cpos:2;slk:Trending Tickers;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;\\\" target=\\\"_self\\\">\u003Cdiv class=\\\"_yb_7zamgg\\\">Trending Tickers\u003C/div>\u003C/a>\u003C/li>  \u003Cli class=\\\"_yb_rk1i5j\\\">\u003Ca

href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;markets&#x2F;commodities&#x2F;\\\" class=\\\"_yb_138r61s rapid-noclick-resp\\\" data-ylk=\\\"cpos:2;slk:Futures;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;\\\" target=\\\"_self\\\">\u003Cdiv class=\\\"_yb_7zamgg\\\">Futures\u003C/div>\u003C/a>\u003C/li>  \u003Cli class=\\\"_yb_rk1i5j\\\">\u003Ca

href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;markets&#x2F;world-indices&#x2F;\\\" class=\\\"_yb_138r61s rapid-noclick-resp\\\" data-ylk=\\\"cpos:2;slk:World Indices;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;\\\" target=\\\"_self\\\">\u003Cdiv class=\\\"_yb_7zamgg\\\">World Indices\u003C/div>\u003C/a>\u003C/li>  \u003Cli class=\\\"_yb_rk1i5j\\\">\u003Ca

href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;markets&#x2F;bonds&#x2F;\\\" class=\\\"_yb_138r61s rapid-noclick-resp\\\" data-ylk=\\\"cpos:2;slk:US Treasury Bonds Rates;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;\\\" target=\\\"_self\\\">\u003Cdiv class=\\\"_yb_7zamgg\\\">US Treasury Bonds Rates\u003C/div>\u003C/a>\u003C/li>  \u003Cli class=\\\"_yb_rk1i5j\\\">\u003Ca

href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;markets&#x2F;currencies&#x2F;\\\" class=\\\"_yb_138r61s rapid-noclick-resp\\\" data-ylk=\\\"cpos:2;slk:Currencies;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;\\\" target=\\\"_self\\\">\u003Cdiv class=\\\"_yb_7zamgg\\\">Currencies\u003C/div>\u003C/a>\u003C/li>  \u003Cli class=\\\"_yb_rk1i5j\\\">\u003Ca

href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;markets&#x2F;crypto&#x2F;all&#x2F;\\\" class=\\\"_yb_138r61s rapid-noclick-resp\\\" data-ylk=\\\"cpos:2;slk:Crypto;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;\\\" target=\\\"_self\\\">\u003Cdiv class=\\\"_yb_7zamgg\\\">Crypto\u003C/div>\u003C/a>\u003C/li>  \u003Cli class=\\\"_yb_rk1i5j\\\">\u003Ca

href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;markets&#x2F;etfs&#x2F;top&#x2F;\\\" class=\\\"_yb_138r61s rapid-noclick-resp\\\" data-ylk=\\\"cpos:2;slk:Top ETFs;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;\\\" target=\\\"_self\\\">\u003Cdiv class=\\\"_yb_7zamgg\\\">Top ETFs\u003C/div>\u003C/a>\u003C/li>  \u003Cli class=\\\"_yb_rk1i5j\\\">\u003Ca

href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;markets&#x2F;mutualfunds&#x2F;top&#x2F;\\\" class=\\\"_yb_138r61s rapid-noclick-resp\\\" data-ylk=\\\"cpos:2;slk:Top Mutual Funds;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;\\\" target=\\\"_self\\\">\u003Cdiv class=\\\"_yb_7zamgg\\\">Top Mutual Funds\u003C/div>\u003C/a>\u003C/li>  \u003Cli class=\\\"_yb_rk1i5j\\\">\u003Ca

href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;markets&#x2F;options&#x2F;highest-open-interest&#x2F;\\\" class=\\\"_yb_138r61s rapid-noclick-resp\\\" data-ylk=\\\"cpos:2;slk:Options: Highest Open Interest;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;\\\" target=\\\"_self\\\">\u003Cdiv class=\\\"_yb_7zamgg\\\">Options: Highest Open Interest\u003C/div>\u003C/a>\u003C/li>  \u003Cli class=\\\"_yb_rk1i5j\\\">\u003Ca

href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;markets&#x2F;options&#x2F;highest-implied-volatility&#x2F;\\\" class=\\\"_yb_138r61s rapid-noclick-resp\\\" data-ylk=\\\"cpos:2;slk:Options: Highest Implied Volatility;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;\\\" target=\\\"_self\\\">\u003Cdiv class=\\\"_yb_7zamgg\\\">Options: Highest Implied Volatility\u003C/div>\u003C/a>\u003C/li>  \u003Cli class=\\\"_yb_rk1i5j\\\">\u003Ca

href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;sectors&#x2F;\\\" class=\\\"_yb_138r61s rapid-noclick-resp\\\" data-ylk=\\\"cpos:2;slk:Sectors;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;\\\" target=\\\"_self\\\">\u003Cdiv class=\\\"_yb_7zamgg\\\">Sectors\u003C/div>\u003C/a>\u003C/li>  \u003Cli class=\\\"_yb_rk1i5j\\\">\u003Ca

href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;sectors&#x2F;basic-materials&#x2F;\\\" class=\\\"_yb_138r61s rapid-noclick-resp\\\" data-

ylk=\\\"cpos:2;slk:Basic Materials;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;\\\" target=\\\"_self\\\">\u003Cdiv class=\\\"_yb_7zamgg\\\">Basic Materials\u003C/div>\u003C/a>\u003C/li>  \u003Cli class=\\\"_yb_rk1i5j\\\">\u003Ca href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;sectors&#x2F;communication-services&#x2F;\\\" class=\\\"_yb_138r61s rapid-noclick-resp\\\" data-ylk=\\\"cpos:2;slk:Communication Services;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;\\\" target=\\\"_self\\\">\u003Cdiv class=\\\"_yb_7zamgg\\\">Communication Services\u003C/div>\u003C/a>\u003C/li>  \u003Cli class=\\\"_yb_rk1i5j\\\">\u003Ca href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;sectors&#x2F;consumer-cyclical&#x2F;\\\" class=\\\"_yb_138r61s rapid-noclick-resp\\\" data-ylk=\\\"cpos:2;slk:Consumer Cyclical;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;\\\" target=\\\"_self\\\">\u003Cdiv class=\\\"_yb_7zamgg\\\">Consumer Cyclical\u003C/div>\u003C/a>\u003C/li>  \u003Cli class=\\\"_yb_rk1i5j\\\">\u003Ca href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;sectors&#x2F;consumer-defensive&#x2F;\\\" class=\\\"_yb_138r61s rapid-noclick-resp\\\" data-ylk=\\\"cpos:2;slk:Consumer Defensive;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;\\\" target=\\\"_self\\\">\u003Cdiv class=\\\"_yb_7zamgg\\\">Consumer Defensive\u003C/div>\u003C/a>\u003C/li>  \u003Cli class=\\\"_yb_rk1i5j\\\">\u003Ca href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;sectors&#x2F;energy&#x2F;\\\" class=\\\"_yb_138r61s rapid-noclick-resp\\\" data-ylk=\\\"cpos:2;slk:Energy;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;\\\" target=\\\"_self\\\">\u003Cdiv class=\\\"_yb_7zamgg\\\">Energy\u003C/div>\u003C/a>\u003C/li>  \u003Cli class=\\\"_yb_rk1i5j\\\">\u003Ca href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;sectors&#x2F;financial-services&#x2F;\\\" class=\\\"_yb_138r61s rapid-noclick-resp\\\" data-ylk=\\\"cpos:2;slk:Financial Services;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;\\\" target=\\\"_self\\\">\u003Cdiv class=\\\"_yb_7zamgg\\\">Financial Services\u003C/div>\u003C/a>\u003C/li>  \u003Cli class=\\\"_yb_rk1i5j\\\">\u003Ca href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;sectors&#x2F;healthcare&#x2F;\\\" class=\\\"_yb_138r61s rapid-noclick-resp\\\" data-ylk=\\\"cpos:2;slk:Healthcare;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;\\\" target=\\\"_self\\\">\u003Cdiv class=\\\"_yb_7zamgg\\\">Healthcare\u003C/div>\u003C/a>\u003C/li>  \u003Cli class=\\\"_yb_rk1i5j\\\">\u003Ca href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;sectors&#x2F;industrials&#x2F;\\\" class=\\\"_yb_138r61s rapid-noclick-resp\\\" data-ylk=\\\"cpos:2;slk:Industrials;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;\\\" target=\\\"_self\\\">\u003Cdiv class=\\\"_yb_7zamgg\\\">Industrials\u003C/div>\u003C/a>\u003C/li>  \u003Cli class=\\\"_yb_rk1i5j\\\">\u003Ca href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;sectors&#x2F;real-estate&#x2F;\\\" class=\\\"_yb_138r61s rapid-noclick-resp\\\" data-ylk=\\\"cpos:2;slk:Real Estate;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;\\\" target=\\\"_self\\\">\u003Cdiv class=\\\"_yb_7zamgg\\\">Real Estate\u003C/div>\u003C/a>\u003C/li>  \u003Cli class=\\\"_yb_rk1i5j\\\">\u003Ca href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;sectors&#x2F;technology&#x2F;\\\" class=\\\"_yb_138r61s rapid-noclick-resp\\\" data-ylk=\\\"cpos:2;slk:Technology;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;\\\" target=\\\"_self\\\">\u003Cdiv class=\\\"_yb_7zamgg\\\">Technology\u003C/div>\u003C/a>\u003C/li>  \u003Cli class=\\\"_yb_rk1i5j\\\">\u003Ca href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;sectors&#x2F;utilities&#x2F;\\\" class=\\\"_yb_138r61s rapid-noclick-resp\\\" data-ylk=\\\"cpos:2;slk:Utilities;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;\\\" target=\\\"_self\\\">\u003Cdiv class=\\\"_yb_7zamgg\\\">Utilities\u003C/div>\u003C/a>\u003C/li>\u003C/ul>      \u003Cli class=\\\"_yb_1b63ayc _yb_ft96yu\\\">\u003Ca class=\\\"_yb_138r61s  rapid-noclick-resp\\\" href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;screener&#x2F;\\\" data-ylk=\\\"cpos:3;slk:Research;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;\\\" target=\\\"_self\\\"> \u003Cspan class=\\\"_yb_7zamgg\\\">Research\u003C/span>       \u003C/a>  \u003Cdiv class=\\\"_yb_ws9pyo \\\">  \u003Cul class=\\\"_yb_1w41ejq\\\"> \u003Cli class=\\\"_yb_rk1i5j\\\">\u003Ca href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;screener&#x2F;\\\" class=\\\"_yb_138r61s rapid-noclick-resp\\\" data-ylk=\\\"cpos:3;slk:Screeners;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;\\\" target=\\\"_self\\\">\u003Cdiv class=\\\"_yb_7zamgg\\\">Screeners\u003C/div>\u003C/a>\u003C/li>  \u003Cli class=\\\"_yb_rk1i5j\\\">\u003Ca href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;research-hub&#x2F;screener&#x2F;\\\" class=\\\"_yb_138r61s rapid-noclick-resp\\\" data-ylk=\\\"cpos:3;slk:Screeners Beta;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;\\\" target=\\\"_self\\\">\u003Cdiv class=\\\"_yb_7zamgg\\\">Screeners

Beta\u003C/div>\u003C/a>\u003C/li>  \u003Cli class=\\\"_yb_rk1i5j\\\">\u003Ca href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;watchlists&#x2F;\\\" class=\\\"_yb_138r61s rapid-noclick-resp\\\" data-ylk=\\\"cpos:3;slk:Watchlists;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;\\\" target=\\\"_self\\\">\u003Cdiv class=\\\"_yb_7zamgg\\\">Watchlists\u003C/div>\u003C/a>\u003C/li>  \u003Cli class=\\\"_yb_rk1i5j\\\">\u003Ca href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;calendar&#x2F;\\\" class=\\\"_yb_138r61s rapid-noclick-resp\\\" data-ylk=\\\"cpos:3;slk:Calendar;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;\\\" target=\\\"_self\\\">\u003Cdiv class=\\\"_yb_7zamgg\\\">Calendar\u003C/div>\u003C/a>\u003C/li>  \u003Cli class=\\\"_yb_rk1i5j\\\">\u003Ca href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;compare&#x2F;\\\" class=\\\"_yb_138r61s rapid-noclick-resp\\\" data-ylk=\\\"cpos:3;slk:Stock Comparison;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;\\\" target=\\\"_self\\\">\u003Cdiv class=\\\"_yb_7zamgg\\\">Stock Comparison\u003C/div>\u003C/a>\u003C/li>  \u003Cli class=\\\"_yb_rk1i5j\\\">\u003Ca href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;chart&#x2F;%5EGSPC&#x2F;\\\" class=\\\"_yb_138r61s rapid-noclick-resp\\\" data-ylk=\\\"cpos:3;slk:Advanced Chart;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;\\\" target=\\\"_self\\\">\u003Cdiv class=\\\"_yb_7zamgg\\\">Advanced Chart\u003C/div>\u003C/a>\u003C/li>  \u003Cli class=\\\"_yb_rk1i5j\\\">\u003Ca href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;currency-converter&#x2F;\\\" class=\\\"_yb_138r61s rapid-noclick-resp\\\" data-ylk=\\\"cpos:3;slk:Currency Converter;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;\\\" target=\\\"_self\\\">\u003Cdiv class=\\\"_yb_7zamgg\\\">Currency Converter\u003C/div>\u003C/a>\u003C/li>  \u003Cli class=\\\"_yb_rk1i5j\\\">\u003Ca href=\\\"&#x2F;research&#x2F;trade-ideas?ncid=&#x3D;dcm_306158753_490172245_127172993\\\" class=\\\"_yb_138r61s rapid-noclick-resp\\\" data-ylk=\\\"cpos:3;slk:Investment Ideas;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;\\\" target=\\\"_self\\\">\u003Cdiv class=\\\"_yb_7zamgg\\\">Investment Ideas\u003C/div>  \u003Cspan class=\\\"_yb_bps7a\\\">\u003Csvg xmlns=\\\"http://www.w3.org/2000/svg\\\" width=\\\"16\\\" height=\\\"16\\\" viewBox=\\\"0 0 16 16\\\" fill=\\\"none\\\">\u003Cpath fill-rule=\\\"evenodd\\\" clip-rule=\\\"evenodd\\\" d=\\\"M11.3332 5.33317V3.99984C11.3332 2.15983 9.83984 0.666504 7.99984 0.666504C6.15983 0.666504 4.6665 2.15983 4.6665 3.99984V5.33317V6.6665H4.79984C4.0531 6.6665 3.67973 6.6665 3.39452 6.81183C3.14363 6.93966 2.93966 7.14363 2.81183 7.39452C2.6665 7.67973 2.6665 8.0531 2.6665 8.79984V12.5332C2.6665 13.2799 2.6665 13.6533 2.81183 13.9385C2.93966 14.1894 3.14363 14.3933 3.39452 14.5212C3.67973 14.6665 4.0531 14.6665 4.79984 14.6665H11.1998C11.9466 14.6665 12.3199 14.6665 12.6052 14.5212C12.856 14.3933 13.06 14.1894 13.1878 13.9385C13.3332 13.6533 13.3332 13.2799 13.3332 12.5332V8.79984C13.3332 8.0531 13.3332 7.67973 13.1878 7.39452C13.06 7.14363 12.856 6.93966 12.6052 6.81183C12.3199 6.6665 11.9466 6.6665 11.1998 6.6665H11.3333L11.3332 5.33317ZM10.0666 6.6665H5.93319V5.33317V3.99984C5.93319 2.85984 6.85982 1.93317 7.99984 1.93317C9.13985 1.93317 10.0665 2.85984 10.0665 3.99984V5.33317L10.0666 6.6665Z\\\" fill=\\\"#232A31\\\">\u003C/path>\u003C/svg>\u003C/span>  \u003C/a>\u003C/li>  \u003Cli class=\\\"_yb_rk1i5j\\\">\u003Ca href=\\\"&#x2F;research?ncid=&#x3D;dcm_306158756_490172245_127172993\\\" class=\\\"_yb_138r61s rapid-noclick-resp\\\" data-ylk=\\\"cpos:3;slk:Research Reports;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;\\\" target=\\\"_self\\\">\u003Cdiv class=\\\"_yb_7zamgg\\\">Research Reports\u003C/div>  \u003Cspan class=\\\"_yb_bps7a\\\">\u003Csvg xmlns=\\\"http://www.w3.org/2000/svg\\\" width=\\\"16\\\" height=\\\"16\\\" viewBox=\\\"0 0 16 16\\\" fill=\\\"none\\\">\u003Cpath fill-rule=\\\"evenodd\\\" clip-rule=\\\"evenodd\\\" d=\\\"M11.3332 5.33317V3.99984C11.3332 2.15983 9.83984 0.666504 7.99984 0.666504C6.15983 0.666504 4.6665 2.15983 4.6665 3.99984V5.33317V6.6665H4.79984C4.0531 6.6665 3.67973 6.6665 3.39452 6.81183C3.14363 6.93966 2.93966 7.14363 2.81183 7.39452C2.6665 7.67973 2.6665 8.0531 2.6665 8.79984V12.5332C2.6665 13.2799 2.6665 13.6533 2.81183 13.9385C2.93966 14.1894 3.14363 14.3933 3.39452 14.5212C3.67973 14.6665 4.0531 14.6665 4.79984 14.6665H11.1998C11.9466 14.6665 12.3199 14.6665 12.6052 14.5212C12.856 14.3933 13.06 14.1894 13.1878 13.9385C13.3332 13.6533 13.3332 13.2799 13.3332 12.5332V8.79984C13.3332 8.0531 13.3332 7.67973 13.1878 7.39452C13.06 7.14363 12.856 6.93966 12.6052 6.81183C12.3199 6.6665 11.9466 6.6665 11.1998 6.6665H11.3333L11.3332 5.33317ZM10.0666 6.6665H5.93319V5.33317V3.99984C5.93319 2.85984 6.85982 1.93317 7.99984 1.93317C9.13985 1.93317 10.0665 2.85984 10.0665 3.99984V5.33317V6.6665Z\\\" fill=\\\"#232A31\\\">\u003C/path>\u003C/svg>\u003C/span>  \u003C/a>\u003C/li>  \u003C/ul>  \u003C/div>\u003C/li>    \u003Cli class=\\\"_yb_1b63ayc _yb_ft96yu\\\">\u003Ca class=\\\"_yb_138r61s  rapid-noclick-resp\\\" href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;personal-finance&#x2F;\\\" data-ylk=\\\"cpos:4;slk:Personal Finance;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;\\\" target=\\\"_self\\\" >    \u003Cspan

class=\\\"_yb_7zamgg\\\">Personal Finance\u003C/span>         \u003C/a>   \u003Cdiv class=\\\"_yb_ws9pyo _yb_ow-2 \\\">   \u003Cul
class=\\\"_yb_1w41ejq _yb_uxiyh2 _yb_fin_cl-2\\\"> \u003Cli class=\\\"_yb_rk1i5j\\\">\u003Ca
href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;personal-finance&#x2F;credit-cards&#x2F;\\\" class=\\\"_yb_138r61s rapid-noclick-resp\\\" data-
ylk=\\\"cpos:4;slk:Credit Cards;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;\\\" target=\\\"_self\\\">\u003Cdiv class=\\\"_yb_7zamgg\\\">Credit
Cards\u003C/div>\u003C/a>\u003C/li>  \u003Cli class=\\\"_yb_rk1i5j\\\">\u003Ca href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;personal-
finance&#x2F;best-credit-card-for-balance-transfer-213356438.html\\\" class=\\\"_yb_138r61s rapid-noclick-resp\\\" data-ylk=\\\"cpos:4;slk:Balance Transfer
Cards;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;\\\" target=\\\"_self\\\">\u003Cdiv class=\\\"_yb_7zamgg\\\">Balance Transfer
Cards\u003C/div>\u003C/a>\u003C/li>  \u003Cli class=\\\"_yb_rk1i5j\\\">\u003Ca href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;personal-
finance&#x2F;best-cash-back-credit-cards-220845639.html\\\" class=\\\"_yb_138r61s rapid-noclick-resp\\\" data-ylk=\\\"cpos:4;slk:Cash-back
Cards;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;\\\" target=\\\"_self\\\">\u003Cdiv class=\\\"_yb_7zamgg\\\">Cash-back
Cards\u003C/div>\u003C/a>\u003C/li>  \u003Cli class=\\\"_yb_rk1i5j\\\">\u003Ca href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;personal-
finance&#x2F;best-rewards-credit-card-203736692.html\\\" class=\\\"_yb_138r61s rapid-noclick-resp\\\" data-ylk=\\\"cpos:4;slk:Rewards
Cards\u003C/div>\u003C/a>\u003C/li>  \u003Cli class=\\\"_yb_rk1i5j\\\">\u003Ca href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;personal-
finance&#x2F;best-travel-credit-card-203950032.html\\\" class=\\\"_yb_138r61s rapid-noclick-resp\\\" data-ylk=\\\"cpos:4;slk:Travel
Cards;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;\\\" target=\\\"_self\\\">\u003Cdiv class=\\\"_yb_7zamgg\\\">Travel
Cards\u003C/div>\u003C/a>\u003C/li>  \u003Cli class=\\\"_yb_rk1i5j\\\">\u003Ca href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;personal-
finance&#x2F;best-credit-card-sign-up-bonus-212458984.html\\\" class=\\\"_yb_138r61s rapid-noclick-resp\\\" data-ylk=\\\"cpos:4;slk:Credit Card
Offers;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;\\\" target=\\\"_self\\\">\u003Cdiv class=\\\"_yb_7zamgg\\\">Credit Card
Offers\u003C/div>\u003C/a>\u003C/li>  \u003Cli class=\\\"_yb_rk1i5j\\\">\u003Ca href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;personal-
finance&#x2F;banking&#x2F;\\\" class=\\\"_yb_138r61s rapid-noclick-resp\\\" data-
ylk=\\\"cpos:4;slk:Banking;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;\\\" target=\\\"_self\\\">\u003Cdiv
class=\\\"_yb_7zamgg\\\">Banking\u003C/div>\u003C/a>\u003C/li>  \u003Cli class=\\\"_yb_rk1i5j\\\">\u003Ca
href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;personal-finance&#x2F;find-best-cd-rates-165749654.html\\\" class=\\\"_yb_138r61s rapid-noclick-
resp\\\" data-ylk=\\\"cpos:4;slk:CD Rates;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;\\\" target=\\\"_self\\\">\u003Cdiv class=\\\"_yb_7zamgg\\\">CD
Rates\u003C/div>\u003C/a>\u003C/li>  \u003Cli class=\\\"_yb_rk1i5j\\\">\u003Ca href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;personal-
finance&#x2F;best-high-yield-savings-account-203140689.html\\\" class=\\\"_yb_138r61s rapid-noclick-resp\\\" data-ylk=\\\"cpos:4;slk:Best
HYSA;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;\\\" target=\\\"_self\\\">\u003Cdiv class=\\\"_yb_7zamgg\\\">Best
HYSA\u003C/div>\u003C/a>\u003C/li>  \u003Cli class=\\\"_yb_rk1i5j\\\">\u003Ca href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;personal-
finance&#x2F;best-free-checking-accounts-195709452.html\\\" class=\\\"_yb_138r61s rapid-noclick-resp\\\" data-ylk=\\\"cpos:4;slk:Best Free
Checking;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;\\\" target=\\\"_self\\\">\u003Cdiv class=\\\"_yb_7zamgg\\\">Best Free
Checking\u003C/div>\u003C/a>\u003C/li>  \u003Cli class=\\\"_yb_rk1i5j\\\">\u003Ca href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;personal-
finance&#x2F;student-loans&#x2F;\\\" class=\\\"_yb_138r61s rapid-noclick-resp\\\" data-ylk=\\\"cpos:4;slk:Student
Loans;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;\\\" target=\\\"_self\\\">\u003Cdiv class=\\\"_yb_7zamgg\\\">Student
Loans\u003C/div>\u003C/a>\u003C/li>  \u003Cli class=\\\"_yb_rk1i5j\\\">\u003Ca href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;personal-
finance&#x2F;personal-loans&#x2F;\\\" class=\\\"_yb_138r61s rapid-noclick-resp\\\" data-ylk=\\\"cpos:4;slk:Personal
Loans;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;\\\" target=\\\"_self\\\">\u003Cdiv class=\\\"_yb_7zamgg\\\">Personal
Loans\u003C/div>\u003C/a>\u003C/li>  \u003Cli class=\\\"_yb_rk1i5j\\\">\u003Ca href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;personal-
finance&#x2F;insurance&#x2F;\\\" class=\\\"_yb_138r61s rapid-noclick-resp\\\" data-
ylk=\\\"cpos:4;slk:Insurance;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;\\\" target=\\\"_self\\\">\u003Cdiv

class=\\\"_yb_7zamgg\\\">Insurance\u003C/div>\u003C/a>\u003C/li> \u003Cli class=\\\"_yb_rk1i5j\\\">\u003Ca
href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;personal-finance&#x2F;cheap-car-insurance-152307402.html\\\" class=\\\"_yb_138r61s rapid-noclick-
resp\\\" data-ylk=\\\"cpos:4;slk:Car insurance;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;\\\" target=\\\"_self\\\">\u003Cdiv class=\\\"_yb_7zamgg\\\">Car
insurance\u003C/div>\u003C/a>\u003C/li> \u003Cli class=\\\"_yb_rk1i5j\\\">\u003Ca href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;personal-
finance&#x2F;mortgages&#x2F;\" class=\\\"_yb_138r61s rapid-noclick-resp\\\" data-
ylk=\\\"cpos:4;slk:Mortgages;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;\\\" target=\\\"_self\\\">\u003Cdiv
class=\\\"_yb_7zamgg\\\">Mortgages\u003C/div>\u003C/a>\u003C/li> \u003Cli class=\\\"_yb_rk1i5j\\\">\u003Ca
href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;personal-finance&#x2F;refinance-mortgage-162831396.html\\\" class=\\\"_yb_138r61s rapid-noclick-
resp\\\" data-ylk=\\\"cpos:4;slk:Mortgage Refinancing;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;\\\" target=\\\"_self\\\">\u003Cdiv
class=\\\"_yb_7zamgg\\\">Mortgage Refinancing\u003C/div>\u003C/a>\u003C/li> \u003Cli class=\\\"_yb_rk1i5j\\\">\u003Ca
href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;personal-finance&#x2F;calculators&#x2F;mortgage-calculator&#x2F;\\\" class=\\\"_yb_138r61s rapid-
noclick-resp\\\" data-ylk=\\\"cpos:4;slk:Mortgage Calculator;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;\\\" target=\\\"_self\\\">\u003Cdiv
class=\\\"_yb_7zamgg\\\">Mortgage Calculator\u003C/div>\u003C/a>\u003C/li> \u003Cli class=\\\"_yb_rk1i5j\\\">\u003Ca
href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;personal-finance&#x2F;taxes&#x2F;\\\" class=\\\"_yb_138r61s rapid-noclick-resp\\\" data-
ylk=\\\"cpos:4;slk:Taxes;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;\\\" target=\\\"_self\\\">\u003Cdiv
class=\\\"_yb_7zamgg\\\">Taxes\u003C/div>\u003C/a>\u003C/li> \u003C/ul> \u003C/div>\u003C/li> \u003Cli class=\\\"_yb_1b63ayc
_yb_ft96yu\\\">\u003Ca class=\\\"_yb_138r61s rapid-noclick-resp\\\" href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;videos&#x2F;\\\" data-
ylk=\\\"cpos:5;slk:Videos;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;\\\" target=\\\"_self\\\"> \u003Cspan
class=\\\"_yb_7zamgg\\\">Videos\u003C/span> \u003C/a> \u003Cdiv class=\\\"_yb_ws9pyo \\\"> \u003Cul class=\\\"_yb_1w41ejq\\\"> \u003Cli
class=\\\"_yb_rk1i5j\\\">\u003Ca href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;videos&#x2F;latest&#x2F;\\\" class=\\\"_yb_138r61s rapid-noclick-
resp\\\" data-ylk=\\\"cpos:5;slk:Latest News;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;\\\" target=\\\"_self\\\">\u003Cdiv
class=\\\"_yb_7zamgg\\\">Latest News\u003C/div>\u003C/a>\u003C/li> \u003Cli class=\\\"_yb_rk1i5j\\\">\u003Ca
href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;videos&#x2F;editor-picks&#x2F;\\\" class=\\\"_yb_138r61s rapid-noclick-resp\\\" data-
ylk=\\\"cpos:5;slk:Editor&#39;s Picks;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;\\\" target=\\\"_self\\\">\u003Cdiv
class=\\\"_yb_7zamgg\\\">Editor&#39;s Picks\u003C/div>\u003C/a>\u003C/li> \u003Cli class=\\\"_yb_rk1i5j\\\">\u003Ca
href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;videos&#x2F;investing-insights&#x2F;\\\" class=\\\"_yb_138r61s rapid-noclick-resp\\\" data-
ylk=\\\"cpos:5;slk:Investing Insights;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;\\\" target=\\\"_self\\\">\u003Cdiv class=\\\"_yb_7zamgg\\\">Investing
Insights\u003C/div>\u003C/a>\u003C/li> \u003Cli class=\\\"_yb_rk1i5j\\\">\u003Ca
href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;videos&#x2F;trending-stocks&#x2F;\\\" class=\\\"_yb_138r61s rapid-noclick-resp\\\" data-
ylk=\\\"cpos:5;slk:Trending Stocks;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;\\\" target=\\\"_self\\\">\u003Cdiv class=\\\"_yb_7zamgg\\\">Trending
Stocks\u003C/div>\u003C/a>\u003C/li> \u003Cli class=\\\"_yb_rk1i5j\\\">\u003Ca
href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;videos&#x2F;series&#x2F;\\\" class=\\\"_yb_138r61s rapid-noclick-resp\\\" data-ylk=\\\"cpos:5;slk:All
Shows;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;\\\" target=\\\"_self\\\">\u003Cdiv class=\\\"_yb_7zamgg\\\">All
Shows\u003C/div>\u003C/a>\u003C/li> \u003Cli class=\\\"_yb_rk1i5j\\\">\u003Ca
href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;videos&#x2F;series&#x2F;morning-brief&#x2F;\\\" class=\\\"_yb_138r61s rapid-noclick-resp\\\" data-
ylk=\\\"cpos:5;slk:Morning Brief;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;\\\" target=\\\"_self\\\">\u003Cdiv class=\\\"_yb_7zamgg\\\">Morning
Brief\u003C/div>\u003C/a>\u003C/li> \u003Cli class=\\\"_yb_rk1i5j\\\">\u003Ca
href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;videos&#x2F;series&#x2F;opening-bid&#x2F;\\\" class=\\\"_yb_138r61s rapid-noclick-resp\\\" data-
ylk=\\\"cpos:5;slk:Opening Bid;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;\\\" target=\\\"_self\\\">\u003Cdiv class=\\\"_yb_7zamgg\\\">Opening
Bid\u003C/div>\u003C/a>\u003C/li> \u003Cli class=\\\"_yb_rk1i5j\\\">\u003Ca

href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;videos&#x2F;series&#x2F;wealth&#x2F;\\\" class=\\\"_yb_138r61s rapid-noclick-resp\\\" data-ylk=\\\"cpos:5;slk:Wealth;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;\\\" target=\\\"_self\\\">\u003Cdiv class=\\\"_yb_7zamgg\\\">Wealth\u003C/div>\u003C/a>\u003C/li>  \u003Cli class=\\\"_yb_rk1i5j\\\">\u003Ca href=\\\"https:&#x2F;&#x2F;finance.yahoo.com&#x2F;topic&#x2F;etf-report&#x2F;\\\" class=\\\"_yb_138r61s rapid-noclick-resp\\\" data-ylk=\\\"cpos:5;slk:ETF Report;elm:navcat;sec:ybar;subsec:navrail;pkgt:mid;itc:0;\\\" target=\\\"_self\\\">\u003Cdiv class=\\\"_yb_7zamgg\\\">ETF Report\u003C/div>\u003C/a>\u003C/li> \u003C/ul>  \u003C/div>\u003C/li>  \u003C/ul>  \u003Cdiv class=\\\"_yb_1b63ayc _yb_ft96yu _yb_mc8gzo\\\" id=\\\"ybar-nav-more-menu\\\">\u003Cbutton class=\\\"_yb_138r61s _yb_1ucq1g6\\\" aria-label=\\\"More\\\" aria-expanded=\\\"false\\\" aria-controls=\\\"ybar-nav-more-dropdown\\\">&#8230;\u003C/button>\u003Cdiv class=\\\"_yb_ws9pyo \\\" id=\\\"ybar-nav-more-dropdown\\\">\u003Cul class=\\\"_yb_1w41ejq\\\">\u003C/ul> \u003C/div>\u003C/div>  \u003Cdiv id=\\\"ybar-nav-placement\\\">\n    \u003Ca class=\\\"upgrade-badge\\\" href=/about/plans/select-plan?.done=https%3A%2F%2Ffinance.yahoo.com%2Fnews%2Fdelta-sues-crowdstrike-over-software-222235834.html&ncid=_1088_DCM-PARTNER_NATIVE_US_NoTargeting_HeaderEyebrow_YahooFinanceUsers___RightRail_Header-UpgradetoPaidSubscriptionButton__N_ data-ylk=\\\"elm:navcat;elmt:upgrade-badge;sec:ybar;subsec:navrail;pkgt:mid;slk:Upgrade to Premium;itc:0;milestonelink:product-view;\\\">\n    \u003Csvg xmlns=\\\"http://www.w3.org/2000/svg\\\" viewBox=\\\"5 0 20 24\\\" width=\\\"1rem\\\" height=\\\"1rem\\\">\n    \u003Cpath fill-rule=\\\"evenodd\\\" d=\\\"M17 8V6c0-2.76-2.24-5-5-5S7 3.24 7 6v4h.2c-1.12 0-1.68 0-2.108.218a2 2 0 0-.874.874C4 11.52 4 12.08 4 13.2v5.6c0 1.12 0 1.68.218 2.108a2 2 0 0 0 .874.874C5.52 22 6.08 22 7.2 22h9.6c1.12 0 1.68 0 2.108-.218a2 2 0 0 0 .874-.874C20 20.48 20 19.92 20 18.8v-5.6c0-1.12 0-1.68-.218-2.108a2 2 0 0 0-.874-.874C18.48 10 17.92 10 16.8 10h.2zm-1.9 2H8.9V6c0-1.71 1.39-3.1 3.1-3.1s3.1 1.39 3.1 3.1z\\\" clip-rule=\\\"evenodd\\\">\u003C/path>\u003C/svg>\n    \u003Cspan class=\\\"font-condensed\\\">Upgrade to Premium\u003C/span>\n \u003C/a>\n  \u003C/div>  \u003C/div>\u003C/div>\u003C/div>\"}"}</script>
                         <script type="application/json" data-sveltekit-fetched data-url="/xhr/experience?product=financeWeb&amp;lang=en-US&amp;region=US" data-ttl="14400">{"status":200,"statusText":"OK","headers":{},"body":"{\"container\":{\"regions\":{\"footer\":{\"packages\":[{\"name\":\"footer\",\"modules\":[{\"name\":\"popularQuotes\",\"atts\":{\"slot\":1},\"data\":{\"popularQuotes\":[{\"title\":\"Dow Jones\",\"url\":\"https://finance.yahoo.com/quote/%5EDJI/\"},{\"title\":\"S&P 500\",\"url\":\"https://finance.yahoo.com/quote/SPY/\"},{\"title\":\"DAX Index\",\"url\":\"https://finance.yahoo.com/quote/%5EGDAXI/\"},{\"title\":\"Nvidia\",\"url\":\"https://finance.yahoo.com/quote/NVDA/\"},{\"title\":\"Tesla\",\"url\":\"https://finance.yahoo.com/quote/TSLA/\"},{\"title\":\"DJT\",\"url\":\"https://finance.yahoo.com/quote/DJT/\"}]}},{\"name\":\"exploreMore\",\"atts\":{\"slot\":2},\"data\":{\"exploreMore\":[{\"title\":\"Mortgages\",\"url\":\"https://finance.yahoo.com/personal-finance/mortgages/\"},{\"title\":\"Credit Cards\",\"url\":\"https://finance.yahoo.com/personal-finance/credit-cards/\"},{\"title\":\"Sectors\",\"url\":\"https://finance.yahoo.com/sectors/\"},{\"title\":\"Crypto Heatmap\",\"url\":\"https://finance.yahoo.com/crypto/heatmap/\"},{\"title\":\"Biden Economy\",\"url\":\"https://finance.yahoo.com/bidenomics/\"},{\"title\":\"Financial News\",\"url\":\"https://finance.yahoo.com/news/\"}]}},{\"name\":\"about\",\"atts\":{\"slot\":3},\"data\":{\"about\":[{\"title\":\"Data Disclaimer\",\"url\":\"https://help.yahoo.com/kb/finance-for-web/SLN2310.html?locale=en_US\"},{\"title\":\"Help\",\"url\":\"https://help.yahoo.com/kb/finance-for-web\"},{\"title\":\"Feedback\",\"url\":\"https://yahoo.uservoice.com/forums/952723-finance-b3\"},{\"title\":\"Sitemap\",\"url\":\"https://finance.yahoo.com/sitemap/\"},{\"title\":\"Licensing\",\"url\":\"https://info.wrightsmedia.com/yahoo-finance-licensing\"},{\"title\":\"What's New\",\"url\":\"https://finance.yahoo.com/about/whatsnew/\"},{\"title\":\"About Our Ads\",\"url\":\"https://policies.oath.com/us/en/oath/privacy/adinfo/index.html\"}]}}],\"meta\":{}}],\"data\":{\"meta\":{}},\"main\":{\"packages\":[{\"name\":\"editorialPfTrendingTopics\",\"modules\":[{\"name\":\"editorialPfTrendingTopics\",\"atts\":{\"slot\":1},\"data\":{\"personalFinanceTrendingTopics\":[{\"title\":\"Best travel credit card\",\"url\":\"https://finance.yahoo.com/personal-finance/best-travel-credit-card-203950032.html\"},{\"title\":\"Compare high-yield savings accounts\",\"url\":\"https://finance.yahoo.com/personal-finance/best-high-yield-savings-account-rates-203648059.html\"},{\"title\":\"Best CD rates\",\"url\":\"https://finance.yahoo.com/personal-finance/find-best-cd-rates-165749654.html\"},{\"title\":\"Mortgage calculator\",\"url\":\"https://finance.yahoo.com/personal-finance/calculators/mortgage-calculator/\"},{\"title\":\"How much house can I

afford?\",\"url\":\"https://finance.yahoo.com/personal-finance/calculators/how-much-house-can-i-
afford\"}]}}],\"meta\":{}},{\"name\":\"editorialTrendingTopics\",\"modules\":[{\"name\":\"editorialTrendingTopics\",\"atts\":{\"slot\":1},\"data\":{\"trendingTopi
cs\":[{\"title\":\"Artificial intelligence\",\"url\":\"https://finance.yahoo.com/topic/artificial-
intelligence\"},{\"title\":\"Inflation\",\"url\":\"https://finance.yahoo.com/topic/inflation\"},{\"title\":\"Fed's path
forward\",\"url\":\"https://finance.yahoo.com/topic/fed-next-move\"},{\"title\":\"Stock market news\",\"url\":\"https://finance.yahoo.com/topic/stock-market-
news\"},{\"title\":\"Premium news\",\"url\":\"https://finance.yahoo.com/topic/premium-news\"},{\"title\":\"Personal
finance\",\"url\":\"https://finance.yahoo.com/topic/personal-
finance\"}]}}],\"meta\":{}},{\"name\":\"editorialPersonalFinanceHeaders\",\"modules\":[{\"name\":\"editorialPersonalFinanceHeaders\",\"atts\":{\"slot\":1},\"dat
a\":{\"personalFinanceHeaders\":[\"Editor's Pick\",\"Smart Money Moves\",\"More Ways to
Save\"]}}],\"meta\":{}}],\"data\":{},\"meta\":{}},\"dock\":{\"packages\":[{\"name\":\"widget\",\"modules\":[{\"name\":\"marketSummary\",\"atts\":{\"slot\":1},\"
data\":{}},{\"name\":\"recentlyViewedTickers\",\"atts\":{\"slot\":2},\"data\":{}},{\"name\":\"portfolio\",\"atts\":{\"slot\":3},\"data\":{\"pfDockSelectedPf\":\"\",\"
pfDockHoldingsVisible\":true,\"pfDockCollapsed\":false,\"pfDockIndividualCollapseList\":[]}},{\"name\":\"topGainers\",\"atts\":{\"slot\":4},\"data\":{}},{\"nam
e\":\"topLosers\",\"atts\":{\"slot\":5},\"data\":{}},{\"name\":\"mostActive\",\"atts\":{\"slot\":6},\"data\":{}},{\"name\":\"trendingTickers\",\"atts\":{\"slot\":7},\"d
ata\":{}},{\"name\":\"earningsCalendar\",\"atts\":{\"slot\":8},\"data\":{}},{\"name\":\"marketOverview\",\"atts\":{\"slot\":9},\"data\":{}},{\"name\":\"plus\",\"atts
\":{\"slot\":10},\"data\":{}}],\"meta\":{\"modulesToBeForcePushed\":[{\"module\":\"portfolio\",\"position\":1},{\"module\":\"recentlyViewedTickers\",\"position
\":2},{\"module\":\"topGainers\",\"position\":\"end\"},{\"module\":\"topLosers\",\"position\":\"end\"},{\"module\":\"mostActive\",\"position\":\"end\"}]}}],\"data
\":{\"isDockCollapsed\":false},\"meta\":{}}},\"name\":\"financeWeb\",\"meta\":{},\"data\":{}}}"}</script>
            <script type="application/json" data-sveltekit-fetched data-url="/xhr/recently-viewed-tickers?lang=en-US&amp;region=US" data-
ttl="0">{"status":200,"statusText":"OK","headers":{},"body":"[]"}</script>
            <script type="application/json" data-sveltekit-fetched data-
url="/xhr/ncp?location=US&amp;queryRef=featureBarNeo&amp;serviceKey=ncp_fin&amp;listName=feature-bar&amp;lang=en-US&amp;region=US" data-
hash="leu4m5" data-
ttl="120">{"status":200,"statusText":"OK","headers":{},"body":"{\"data\":{\"breakingnews\":{\"streamType\":\"JarvisStream\",\"stream\":[{\"id\":\"36926b15-
948c-3070-b510-9983e2fe4001\",\"type\":\"EDITORIAL_CONTENT\",\"editorialContent\":{\"id\":\"36926b15-948c-3070-b510-
9983e2fe4001\",\"teaser\":\"\",\"title\":\"US economy adds just 12,000 jobs in October as hurricanes, strikes
weigh\",\"linkUrl\":\"https://finance.yahoo.com/news/october-jobs-report-us-economy-adds-just-12000-jobs-as-boeing-strike-hurricanes-weigh-on-labor-market-
175408734.html\",\"baseContentId\":\"2d137d1b-d2e0-41c8-b848-b027edf45822\",\"label\":\"Jobs
Report\",\"severity\":\"none\",\"bypassModal\":true,\"tags\":[\"strategy_false\",\"ymedia:type=editorial-
package\"],\"thumbnail\":null,\"content\":{\"id\":\"2d137d1b-d2e0-41c8-b848-b027edf45822\",\"contentType\":\"STORY\",\"title\":\"October jobs report: US
economy adds just 12,000 jobs as Boeing strike, hurricanes weigh on labor market\",\"isHosted\":true,\"presentation\":null}}]},\"expId\":\"ntk_single_feed__en-
US__finance__breaking-news__default__desktop__ga__noSplit\"}},\"status\":\"OK\"}"}</script>
            <script type="application/json" data-sveltekit-fetched data-
url="/xhr/rmp?ctrl=SpotImJACForQSP&amp;m_id=spotIm&amp;m_mode=json&amp;service=nel_ms&amp;lang=en-US&amp;region=US" data-
hash="oed205" data-
ttl="120">{"status":200,"statusText":"OK","headers":{},"body":"{\"assets\":{\"css\":[{\"location\":\"top\",\"value\":\"https://s.yimg.com/aaq/nel/css/spotIm.Spot
ImJACForQSP.atomic.ltr.5c12e46d3b7a53aff9d869c8059a7f56.min.css\",\"name\":\"spotIm.SpotImJACForQSP.atomic\"}],\"js\":[{\"location\":\"bottom\",\"valu
e\":\"https://s.yimg.com/aaq/wf/wf-core-1.65.1-modern.js\",\"name\":\"wafer-
core\",\"version\":\"1.65.1\"},{\"location\":\"bottom\",\"value\":\"https://s.yimg.com/aaq/wf/wf-module-2.0.0-modern.js\",\"name\":\"wafer-
module\",\"version\":\"2.0.0\"},{\"location\":\"bottom\",\"value\":\"https://s.yimg.com/aaq/nel/js/spotIm.custom.SpotIMJAC.qsp.4da9b72005bdd8f325ebeb2f17c
d99ec.js\",\"name\":\"spotIm.custom.SpotIMJAC.qsp\"}]},\"data\":{},\"html\":\"\u003Csection id=\\\"spot-im-comments\\\">\u003Cstyle\\n    body.ow-modal-

opened #spotIm-conversations-module-wrapper iframe {\\n      z-index: 11 !important;\\n   }\\n   .horizontalLayout .jac-container {\\n      margin: auto;\\n   width: 100% !important;\\n   }  \\n   .horizontalLayout #spotIm-conversations-module-wrapper iframe {\\n      width: 100% !important;\\n   }\\n\u003C/style>\u003Cscript type=\\\"application/json\\\" id=\\\"spotim-config\\\">{\\\"config\\\":{\\\"conversationEnabled\\\":true,\\\"device\\\":\\\"desktop\\\",\\\"doNotUseshareWidth\\\":false,\\\"jacDomain\\\":\\\"https://openweb.jac.yahoosandbox.com\\\",\\\"jacUrl\\\":\\\"https://jac.yahoosandbox.com/2.0.0/jac.js\\\",\\\"launcherUrl\\\":\\\"https://s.yimg.com/aaq/spotim/launchers/{spotId}_spot.v2024.07.19.03.23.0.js\\\",\\\"leftRailWidth\\\":\\\"\\\",\\\"messages_cnt\\\":10,\\\"passiveReactionEnabled\\\":false,\\\"showCommentCount\\\":true,\\\"spotId\\\":\\\"sp_Rba9aFpG\\\",\\\"stageSpotId\\\":\\\"sp_n93tLsKu\\\",\\\"url\\\":\\\"https://finance.yahoo.com/news/delta-sues-crowdstrike-over-software-222235834.html\\\",\\\"useCase\\\":\\\"qsp\\\",\\\"useCaasBodyOffsetLeft\\\":false,\\\"useStageToken\\\":false,\\\"uuid\\\":\\\"a2e3b14c-26c5-31b4-933d-d54be2242390\\\",\\\"xhrPathPrefix\\\":\\\"/nel_ms/_rcv/remote\\\"}}\u003C/script>\u003Cdiv id=\\\"spotIm-conversations-module-wrapper\\\" data-wf-module-id=\\\"spotIm-conversations\\\" class=\\\"wafer-module\\\">\u003C/div>\u003C/section>\"}\"}</script>
        <script type="application/json" data-sveltekit-fetched data-url="https://query1.finance.yahoo.com/v6/finance/quote/marketSummary?fields=shortName%2CregularMarketPrice%2CregularMarketChange%2CregularMarketChangePercent&amp;formatted=true&amp;lang=en-US&amp;market=US&amp;region=US" data-ttl="0">{"status":200,"statusText":"OK","headers":{},"body":"{\"marketSummaryResponse\":{\"result\":[{\"fullExchangeName\":\"SNP\",\"symbol\":\"^GSPC\",\"gmtOffSetMilliseconds\":-14400000,\"language\":\"en-US\",\"regularMarketTime\":{\"raw\":1730471021,\"fmt\":\"10:23AM EDT\"},\"regularMarketChangePercent\":{\"raw\":1.0333935,\"fmt\":\"1.03%\"},\"quoteType\":\"INDEX\",\"typeDisp\":\"Index\",\"tradeable\":false,\"regularMarketPreviousClose\":{\"raw\":5705.45,\"fmt\":\"5,705.45\"},\"exchangeTimezoneName\":\"America/New_York\",\"regularMarketChange\":{\"raw\":58.95996,\"fmt\":\"58.96\"},\"cryptoTradeable\":false,\"firstTradeDateMilliseconds\":-1325583000000,\"exchangeDataDelayedBy\":0,\"exchangeTimezoneShortName\":\"EDT\",\"hasPrePostMarketData\":false,\"customPriceAlertConfidence\":\"LOW\",\"regularMarketPrice\":{\"raw\":5764.41,\"fmt\":\"5,764.41\"},\"marketState\":\"REGULAR\",\"market\":\"us_market\",\"quoteSourceName\":\"Free Realtime Quote\",\"priceHint\":2,\"exchange\":\"SNP\",\"sourceInterval\":15,\"region\":\"US\",\"shortName\":\"S&P 500\",\"triggerable\":false},{\"fullExchangeName\":\"DJI\",\"symbol\":\"^DJI\",\"gmtOffSetMilliseconds\":-14400000,\"language\":\"en-US\",\"regularMarketTime\":{\"raw\":1730471021,\"fmt\":\"10:23AM EDT\"},\"regularMarketChangePercent\":{\"raw\":1.1075131,\"fmt\":\"1.11%\"},\"quoteType\":\"INDEX\",\"typeDisp\":\"Index\",\"tradeable\":false,\"regularMarketPreviousClose\":{\"raw\":41763.46,\"fmt\":\"41,763.46\"},\"exchangeTimezoneName\":\"America/New_York\",\"regularMarketChange\":{\"raw\":462.5703,\"fmt\":\"462.57\"},\"cryptoTradeable\":false,\"firstTradeDateMilliseconds\":694362600000,\"exchangeDataDelayedBy\":0,\"exchangeTimezoneShortName\":\"EDT\",\"hasPrePostMarketData\":false,\"customPriceAlertConfidence\":\"LOW\",\"regularMarketPrice\":{\"raw\":42226.03,\"fmt\":\"42,226.03\"},\"marketState\":\"REGULAR\",\"market\":\"us_market\",\"quoteSourceName\":\"Free Realtime Quote\",\"priceHint\":2,\"exchange\":\"DJI\",\"sourceInterval\":120,\"region\":\"US\",\"shortName\":\"Dow 30\",\"triggerable\":false},{\"fullExchangeName\":\"Nasdaq GIDS\",\"symbol\":\"^IXIC\",\"gmtOffSetMilliseconds\":-14400000,\"language\":\"en-US\",\"regularMarketTime\":{\"raw\":1730471018,\"fmt\":\"10:23AM EDT\"},\"regularMarketChangePercent\":{\"raw\":1.3020079,\"fmt\":\"1.30%\"},\"quoteType\":\"INDEX\",\"typeDisp\":\"Index\",\"tradeable\":false,\"regularMarketPreviousClose\":{\"raw\":18095.15,\"fmt\":\"18,095.15\"},\"exchangeTimezoneName\":\"America/New_York\",\"regularMarketChange\":{\"raw\":235.59375,\"fmt\":\"235.59\"},\"cryptoTradeable\":false,\"firstTradeDateMilliseconds\":34612200000,\"exchangeDataDelayedBy\":0,\"exchangeTimezoneShortName\":\"EDT\",\"hasPrePostMarketData\":false,\"customPriceAlertConfidence\":\"LOW\",\"regularMarketPrice\":{\"raw\":18330.744,\"fmt\":\"18,330.74\"},\"marketState\":\"REGULAR\",\"market\":\"us_market\",\"quoteSourceName\":\"Free Realtime Quote\",\"priceHint\":2,\"exchange\":\"NIM\",\"sourceInterval\":15,\"region\":\"US\",\"shortName\":\"Nasdaq\",\"triggerable\":false},{\"fullExchangeName\":\"Chicago Options\",\"symbol\":\"^RUT\",\"gmtOffSetMilliseconds\":-14400000,\"language\":\"en-US\",\"regularMarketTime\":{\"raw\":1730470120,\"fmt\":\"10:08AM EDT\"},\"regularMarketChangePercent\":{\"raw\":1.0943041,\"fmt\":\"1.09%\"},\"quoteType\":\"INDEX\",\"typeDisp\":\"Index\",\"tradeable\":false,\"regularMa

rketPreviousClose\":{\"raw\":2196.6523,\"fmt\":\"2,196.65\"},\"exchangeTimezoneName\":\"America/New_York\",\"regularMarketChange\":{\"raw\":24.03906
2,\"fmt\":\"24.04\"},\"cryptoTradeable\":false,\"firstTradeDateMilliseconds\":558279000000,\"exchangeDataDelayedBy\":15,\"exchangeTimezoneShortName\":\
"EDT\",\"hasPrePostMarketData\":false,\"customPriceAlertConfidence\":\"LOW\",\"regularMarketPrice\":{\"raw\":2220.6914,\"fmt\":\"2,220.69\"},\"marketStat
e\":\"REGULAR\",\"market\":\"us_market\",\"quoteSourceName\":\"Delayed
Quote\",\"priceHint\":2,\"exchange\":\"WCB\",\"sourceInterval\":15,\"region\":\"US\",\"shortName\":\"Russell
2000\",\"triggerable\":false,{\"fullExchangeName\":\"NY Mercantile\",\"symbol\":\"CL=F\",\"gmtOffSetMilliseconds\":-
14400000,\"headSymbolAsString\":\"CL=F\",\"language\":\"en-US\",\"regularMarketTime\":{\"raw\":1730470422,\"fmt\":\"10:13AM
EDT\"},\"regularMarketChangePercent\":{\"raw\":2.295692,\"fmt\":\"2.30%\"},\"quoteType\":\"FUTURE\",\"headSymbol\":true,\"typeDisp\":\"Futures\",\"trade
able\":false,\"contractSymbol\":false,\"regularMarketPreviousClose\":{\"raw\":69.26,\"fmt\":\"69.26\"},\"exchangeTimezoneName\":\"America/New_York\",\"re
gularMarketChange\":{\"raw\":1.5899963,\"fmt\":\"1.59\"},\"cryptoTradeable\":false,\"exchangeDataDelayedBy\":10,\"firstTradeDateMilliseconds\":967003200
000,\"exchangeTimezoneShortName\":\"EDT\",\"hasPrePostMarketData\":false,\"regularMarketPrice\":{\"raw\":70.85,\"fmt\":\"70.85\"},\"customPriceAlertCon
fidence\":\"NONE\",\"marketState\":\"REGULAR\",\"market\":\"us24_market\",\"quoteSourceName\":\"Delayed
Quote\",\"exchange\":\"NYM\",\"sourceInterval\":30,\"region\":\"US\",\"shortName\":\"Crude
Oil\",\"triggerable\":false,{\"fullExchangeName\":\"COMEX\",\"symbol\":\"GC=F\",\"gmtOffSetMilliseconds\":-
14400000,\"headSymbolAsString\":\"GC=F\",\"language\":\"en-US\",\"regularMarketTime\":{\"raw\":1730470419,\"fmt\":\"10:13AM
EDT\"},\"regularMarketChangePercent\":{\"raw\":0.6474393,\"fmt\":\"0.65%\"},\"quoteType\":\"FUTURE\",\"headSymbol\":true,\"typeDisp\":\"Futures\",\"trad
eable\":false,\"contractSymbol\":false,\"regularMarketPreviousClose\":{\"raw\":2749.3,\"fmt\":\"2,749.30\"},\"exchangeTimezoneName\":\"America/New_York\
",\"regularMarketChange\":{\"raw\":17.800049,\"fmt\":\"17.80\"},\"cryptoTradeable\":false,\"exchangeDataDelayedBy\":10,\"firstTradeDateMilliseconds\":9676
08000000,\"exchangeTimezoneShortName\":\"EDT\",\"hasPrePostMarketData\":false,\"regularMarketPrice\":{\"raw\":2767.1,\"fmt\":\"2,767.10\"},\"customPric
eAlertConfidence\":\"NONE\",\"marketState\":\"REGULAR\",\"market\":\"us24_market\",\"quoteSourceName\":\"Delayed
Quote\",\"exchange\":\"CMX\",\"sourceInterval\":15,\"region\":\"US\",\"shortName\":\"Gold\",\"triggerable\":false}],\"marketCategoryLongName\":\"US\",\"err
or\":null}}"}</script>

                    <script type="application/json" data-sveltekit-fetched data-
url="https://query1.finance.yahoo.com/v7/finance/spark?includePrePost=false&amp;includeTimestamps=false&amp;indicators=close&amp;interval=5m&amp;r
ange=1d&amp;symbols=%5EGSPC%2C%5EDJI%2C%5EIXIC%2C%5ERUT%2CCL%3DF%2CGC%3DF&amp;lang=en-US&amp;region=US" data-
ttl="288">{"status":200,"statusText":"OK","headers":{},"body":"{\"spark\":{\"result\":[{\"symbol\":\"^RUT\",\"response\":[{\"meta\":{\"currency\":\"USD\",\"s
ymbol\":\"^RUT\",\"exchangeName\":\"WCB\",\"fullExchangeName\":\"Chicago
Options\",\"instrumentType\":\"INDEX\",\"firstTradeDate\":558279000,\"regularMarketTime\":1730470110,\"hasPrePostMarketData\":false,\"gmtoffset\":-
14400,\"timezone\":\"EDT\",\"exchangeTimezoneName\":\"America/New_York\",\"regularMarketPrice\":2220.7996,\"fiftyTwoWeekHigh\":2300.0,\"fiftyTwoW
eekLow\":1684.2,\"regularMarketDayHigh\":2223.4514,\"regularMarketDayLow\":2202.18,\"regularMarketVolume\":0,\"longName\":\"Russell
2000\",\"shortName\":\"Russell
2000\",\"chartPreviousClose\":2196.6523,\"previousClose\":2196.6523,\"scale\":4,\"priceHint\":2,\"currentTradingPeriod\":{\"pre\":{\"timezone\":\"EDT\",\"start
\":1730448000,\"end\":1730467800,\"gmtoffset\":-14400},\"regular\":{\"timezone\":\"EDT\",\"start\":1730467800,\"end\":1730491200,\"gmtoffset\":-
14400},\"post\":{\"timezone\":\"EDT\",\"start\":1730491200,\"end\":1730505600,\"gmtoffset\":-
14400}},\"tradingPeriods\":[[{\"timezone\":\"EDT\",\"start\":1730467800,\"end\":1730491200,\"gmtoffset\":-
14400}]],\"dataGranularity\":\"5m\",\"range\":\"1d\",\"validRanges\":[\"1d\",\"5d\",\"1mo\",\"3mo\",\"6mo\",\"1y\",\"2y\",\"5y\",\"10y\",\"ytd\",\"max\"]},\"timest
amp\":[1730467800,1730468100,1730468400,1730468700,1730469000,1730469300,1730469600,1730469900,1730470110],\"indicators\":{\"quote\":[{\"close\"
:[2215.0793,2218.0576,2219.9788,2221.5022,2222.6025,2223.0815,2218.7515,2220.4126,2220.7996]}]}}]},{\"symbol\":\"^DJI\",\"response\":[{\"meta\":{\"cur
rency\":\"USD\",\"symbol\":\"^DJI\",\"exchangeName\":\"DJI\",\"fullExchangeName\":\"DJI\",\"instrumentType\":\"INDEX\",\"firstTradeDate\":694362600,\"re
gularMarketTime\":1730471011,\"hasPrePostMarketData\":false,\"gmtoffset\":-

14400,\"timezone\":\"EDT\",\"exchangeTimezoneName\":\"America/New_York\",\"regularMarketPrice\":42230.11,\"fiftyTwoWeekHigh\":43325.09,\"fiftyTwo
WeekLow\":33859.77,\"regularMarketDayHigh\":42235.89,\"regularMarketDayLow\":41869.82,\"regularMarketVolume\":141052854,\"longName\":\"Dow
Jones Industrial Average\",\"shortName\":\"Dow Jones Industrial
Average\",\"chartPreviousClose\":41763.46,\"previousClose\":41763.46,\"scale\":3,\"priceHint\":2,\"currentTradingPeriod\":{\"pre\":{\"timezone\":\"EDT\",\"star
t\":1730448000,\"end\":1730467800,\"gmtoffset\":-14400},\"regular\":{\"timezone\":\"EDT\",\"start\":1730467800,\"end\":1730491200,\"gmtoffset\":-
14400},\"post\":{\"timezone\":\"EDT\",\"start\":1730491200,\"end\":1730505600,\"gmtoffset\":-
14400}},\"tradingPeriods\":[[{\"timezone\":\"EDT\",\"start\":1730467800,\"end\":1730491200,\"gmtoffset\":-
14400}]],\"dataGranularity\":\"5m\",\"range\":\"1d\",\"validRanges\":[\"1d\",\"5d\",\"1mo\",\"3mo\",\"6mo\",\"1y\",\"2y\",\"5y\",\"10y\",\"ytd\",\"max\"]},\"timest
amp\":[1730467800,1730468100,1730468400,1730468700,1730469000,1730469300,1730469600,1730469900,1730470200,1730470500,1730470800,17304710
11],\"indicators\":{\"quote\":[{\"close\":[42047.51,42105.69,42085.95,42108.03,42100.28,42070.44,42082.33,42163.52,42177.18,42201.84,42230.77,42230.11]
}]}}]},{\"symbol\":\"^IXIC\",\"response\":[{\"meta\":{\"currency\":\"USD\",\"symbol\":\"^IXIC\",\"exchangeName\":\"NIM\",\"fullExchangeName\":\"Nasdaq
GIDS\",\"instrumentType\":\"INDEX\",\"firstTradeDate\":34612200,\"regularMarketTime\":1730471005,\"hasPrePostMarketData\":false,\"gmtoffset\":-
14400,\"timezone\":\"EDT\",\"exchangeTimezoneName\":\"America/New_York\",\"regularMarketPrice\":18341.062,\"fiftyTwoWeekHigh\":18785.5,\"fiftyTwo
WeekLow\":13344.73,\"regularMarketDayHigh\":18345.111,\"regularMarketDayLow\":18181.531,\"regularMarketVolume\":1290122000,\"longName\":\"NAS
DAQ Composite\",\"shortName\":\"NASDAQ
Composite\",\"chartPreviousClose\":18095.15,\"previousClose\":18095.15,\"scale\":3,\"priceHint\":2,\"currentTradingPeriod\":{\"pre\":{\"timezone\":\"EDT\",\"s
tart\":1730448000,\"end\":1730467800,\"gmtoffset\":-14400},\"regular\":{\"timezone\":\"EDT\",\"start\":1730467800,\"end\":1730491200,\"gmtoffset\":-
14400},\"post\":{\"timezone\":\"EDT\",\"start\":1730491200,\"end\":1730505600,\"gmtoffset\":-
14400}},\"tradingPeriods\":[[{\"timezone\":\"EDT\",\"start\":1730467800,\"end\":1730491200,\"gmtoffset\":-
14400}]],\"dataGranularity\":\"5m\",\"range\":\"1d\",\"validRanges\":[\"1d\",\"5d\",\"1mo\",\"3mo\",\"6mo\",\"1y\",\"2y\",\"5y\",\"10y\",\"ytd\",\"max\"]},\"timest
amp\":[1730467800,1730468100,1730468400,1730468700,1730469000,1730469300,1730469600,1730469900,1730470200,1730470500,1730470800,173047107
05],\"indicators\":{\"quote\":[{\"close\":[18221.771,18232.281,18261.03,18264.232,18269.092,18283.264,18252.102,18278.918,18311.473,18329.67,18334.44,
18341.062]}]}}]},{\"symbol\":\"^GSPC\",\"response\":[{\"meta\":{\"currency\":\"USD\",\"symbol\":\"^GSPC\",\"exchangeName\":\"SNP\",\"fullExchangeName
\":\"SNP\",\"instrumentType\":\"INDEX\",\"firstTradeDate\":-1325583000,\"regularMarketTime\":1730471011,\"hasPrePostMarketData\":false,\"gmtoffset\":-
14400,\"timezone\":\"EDT\",\"exchangeTimezoneName\":\"America/New_York\",\"regularMarketPrice\":5765.35,\"fiftyTwoWeekHigh\":5878.46,\"fiftyTwoWe
ekLow\":4334.23,\"regularMarketDayHigh\":5767.11,\"regularMarketDayLow\":5723.22,\"regularMarketVolume\":552719868,\"longName\":\"S&P
500\",\"shortName\":\"S&P
500\",\"chartPreviousClose\":5705.45,\"previousClose\":5705.45,\"scale\":3,\"priceHint\":2,\"currentTradingPeriod\":{\"pre\":{\"timezone\":\"EDT\",\"start\":173
0448000,\"end\":1730467800,\"gmtoffset\":-14400},\"regular\":{\"timezone\":\"EDT\",\"start\":1730467800,\"end\":1730491200,\"gmtoffset\":-
14400},\"post\":{\"timezone\":\"EDT\",\"start\":1730491200,\"end\":1730505600,\"gmtoffset\":-
14400}},\"tradingPeriods\":[[{\"timezone\":\"EDT\",\"start\":1730467800,\"end\":1730491200,\"gmtoffset\":-
14400}]],\"dataGranularity\":\"5m\",\"range\":\"1d\",\"validRanges\":[\"1d\",\"5d\",\"1mo\",\"3mo\",\"6mo\",\"1y\",\"2y\",\"5y\",\"10y\",\"ytd\",\"max\"]},\"timest
amp\":[1730467800,1730468100,1730468400,1730468700,1730469000,1730469300,1730469600,1730469900,1730470200,1730470500,1730470800,17304710
11],\"indicators\":{\"quote\":[{\"close\":[5739.36,5745.6,5745.61,5748.91,5749.28,5749.02,5745.58,5755.43,5760.84,5764.59,5765.34,5765.35]}]}}]},{\"symbo
l\":\"GC=F\",\"response\":[{\"meta\":{\"currency\":\"USD\",\"symbol\":\"GC=F\",\"exchangeName\":\"CMX\",\"fullExchangeName\":\"COMEX\",\"instrumentT
ype\":\"FUTURE\",\"firstTradeDate\":967608000,\"regularMarketTime\":1730470405,\"hasPrePostMarketData\":false,\"gmtoffset\":-
14400,\"timezone\":\"EDT\",\"exchangeTimezoneName\":\"America/New_York\",\"regularMarketPrice\":2766.7,\"fiftyTwoWeekHigh\":2789.0,\"fiftyTwoWeek
Low\":1932.6,\"regularMarketDayHigh\":2772.4,\"regularMarketDayLow\":2753.8,\"regularMarketVolume\":102563,\"shortName\":\"Gold Dec
24\",\"chartPreviousClose\":2749.3,\"previousClose\":2749.3,\"scale\":3,\"priceHint\":2,\"currentTradingPeriod\":{\"pre\":{\"timezone\":\"EDT\",\"start\":173043
3600,\"end\":1730433600,\"gmtoffset\":-14400},\"regular\":{\"timezone\":\"EDT\",\"start\":1730433600,\"end\":1730519940,\"gmtoffset\":-

14400},\"post\":{\"timezone\":\"EDT\",\"start\":1730519940,\"end\":1730519940,\"gmtoffset\":-
14400}},\"tradingPeriods\":[[{\"timezone\":\"EDT\",\"start\":1730433600,\"end\":1730519940,\"gmtoffset\":-
14400}]],\"dataGranularity\":\"5m\",\"range\":\"1d\",\"validRanges\":[\"1d\",\"5d\",\"1mo\",\"3mo\",\"6mo\",\"1y\",\"2y\",\"5y\",\"10y\",\"ytd\",\"max\"]},\"timest
amp\":[1730433600,1730433900,1730434200,1730434500,1730434800,1730435100,1730435400,1730435700,1730436000,1730436300,1730436600,17304369
00,1730437200,1730437500,1730437800,1730438100,1730438400,1730438700,1730439000,1730439300,1730439600,1730439900,1730440200,1730440500,1
730440800,1730441100,1730441400,1730441700,1730442000,1730442300,1730442600,1730442900,1730443200,1730443500,1730443800,1730444100,1730
444400,1730444700,1730445000,1730445300,1730445600,1730445900,1730446200,1730446500,1730446800,1730447100,1730447400,1730447700,17304448
000,1730448300,1730448600,1730448900,1730449200,1730449500,1730449800,1730450100,1730450400,1730450700,1730451000,1730451300,1730451600,
1730451900,1730452200,1730452500,1730452800,1730453100,1730453400,1730453600,1730454000,1730454300,1730454600,1730454900,1730455200,173
0455800,1730456100,1730456400,1730456700,1730457000,1730457300,1730457600,1730457900,1730458200,1730458500,1730458800,1730459100,173045
9400,1730459700,1730460000,1730460300,1730460600,1730460900,1730461200,1730461500,1730461800,1730462100,1730462400,1730462700,1730463000
0,1730463300,1730463600,1730463900,1730464200,1730464500,1730464800,1730465400,1730465700,1730466000,1730466300,1730466600,17
30466900,1730467200,1730467500,1730467800,1730468100,1730468400,1730468700,1730469000,1730469300,1730469600,1730469900,1730470200,17304
70405],\"indicators\":{\"quote\":[{\"close\":[2761.1,2760.9,2761.0,2760.9,2760.8,2761.4,2761.2,2761.3,2761.9,2762.3,2761.5,2761.8,2761.8,2762.4,2762.2,276
2.2,2761.9,2761.7,2762.2,2763.5,2762.8,2763.1,2764.4,2764.7,2765.5,2766.6,2766.3,2764.3,2764.0,2762.7,2762.7,2762.2,2761.4,2763.0,2762.0,2761.5,2762.4,
2760.9,2760.0,2760.3,2761.7,2759.8,2759.3,2757.7,2757.0,2758.9,2758.1,2759.5,2761.0,2761.3,2762.2,2762.5,2763.7,2763.9,2763.2,2764.2,2764.5,2763.1,276
1.7,2763.2,2763.0,2764.6,2764.8,2762.7,2762.9,2762.8,2762.7,2761.0,2761.5,2761.2,2761.3,2760.8,2761.4,2760.4,2759.0,2758.9,2757.2,2756.2,2756.6,2756.9,
2758.9,2759.9,2759.6,2761.2,2762.8,2761.6,2762.1,2762.8,2762.1,2762.5,2761.9,2762.7,2762.7,2761.8,2763.0,2763.6,2761.1,2761.4,2759.6,276
6.4,2768.2,2766.0,2764.3,2765.2,2764.0,2770.1,2771.3,2771.1,2770.1,2767.5,2763.9,2765.3,2768.6,2768.7,2766.6,2767.9,2766.1,2763.8,2765.6,2766.3,2766.7]
}]}}]},{\"symbol\":\"CL=F\",\"response\":[{\"meta\":{\"currency\":\"USD\",\"symbol\":\"CL=F\",\"exchangeName\":\"NYM\",\"fullExchangeName\":\"NY
Mercantile\",\"instrumentType\":\"FUTURE\",\"firstTradeDate\":967003200,\"regularMarketTime\":1730470411,\"hasPrePostMarketData\":false,\"gmtoffset\":-
14400,\"timezone\":\"EDT\",\"exchangeTimezoneName\":\"America/New_York\",\"regularMarketPrice\":70.83,\"fiftyTwoWeekHigh\":87.67,\"fiftyTwoWeekLo
w\":65.27,\"regularMarketDayHigh\":71.45,\"regularMarketDayLow\":70.32,\"regularMarketVolume\":124925,\"shortName\":\"Crude Oil Dec
24\",\"chartPreviousClose\":69.26,\"previousClose\":69.26,\"scale\":3,\"priceHint\":2,\"currentTradingPeriod\":{\"pre\":{\"timezone\":\"EDT\",\"start\":17304336
00,\"end\":1730433600,\"gmtoffset\":-14400},\"regular\":{\"timezone\":\"EDT\",\"start\":1730433600,\"end\":1730519940,\"gmtoffset\":-
14400},\"post\":{\"timezone\":\"EDT\",\"start\":1730519940,\"end\":1730519940,\"gmtoffset\":-
14400}},\"tradingPeriods\":[[{\"timezone\":\"EDT\",\"start\":1730433600,\"end\":1730519940,\"gmtoffset\":-
14400}]],\"dataGranularity\":\"5m\",\"range\":\"1d\",\"validRanges\":[\"1d\",\"5d\",\"1mo\",\"3mo\",\"6mo\",\"1y\",\"2y\",\"5y\",\"10y\",\"ytd\",\"max\"]},\"timest
amp\":[1730433600,1730433900,1730434200,1730434500,1730434800,1730435100,1730435400,1730435700,1730436000,1730436300,1730436600,17304369
00,1730437200,1730437500,1730437800,1730438100,1730438400,1730438700,1730439000,1730439300,1730439600,1730439900,1730440200,1730440500,1730440800,1
730441100,1730441400,1730441700,1730442000,1730442300,1730442600,1730442900,1730443200,1730443500,1730443800,1730444100,1730444400,1730
444700,1730445000,1730445300,1730445600,1730445900,1730446200,1730446500,1730446800,1730447100,1730447400,1730447700,1730448000,1730448
600,1730448900,1730449200,1730449500,1730449800,1730450100,1730450400,1730450700,1730451000,1730451300,1730451600,1730451900,1730452200,
1730452500,1730452800,1730453100,1730453400,1730453600,1730454000,1730454300,1730454600,1730454900,1730455200,1730455500,1730455800,1730456100,
0456400,1730456700,1730457300,1730457600,1730457900,1730458200,1730458500,1730458800,1730459100,1730459400,1730459700,173046
0000,1730460300,1730460600,1730460900,1730461200,1730461500,1730461800,1730462100,1730462400,1730462700,1730463000,1730463300,1730463600,
0,1730463900,1730464200,1730464500,1730464800,1730465100,1730465400,1730465700,1730466000,1730466300,1730466600,1730466900,1730467200,17
30467500,1730467800,1730468100,1730468400,1730468700,1730469000,1730469300,1730469600,1730469900,1730470200,1730470411],\"indicators\":{\"q
uote\":[{\"close\":[70.61,70.62,70.63,70.65,70.67,70.67,70.66,70.67,70.69,70.74,70.72,70.71,70.68,70.69,70.66,70.68,70.65,70.64,70.62,70.63,70.63,70.64,70.66
,70.75,70.74,70.72,70.69,70.63,70.62,70.59,70.55,70.55,70.5,70.56,70.54,70.52,70.57,70.64,70.67,70.66,70.64,70.69,70.71,70.78,70.78,70.88,70.97,71.03,71.1,7

1.16,71.25,71.24,71.28,71.34,71.42,71.18,71.2,71.07,71.23,71.25,71.32,71.23,71.27,71.25,71.22,71.13,71.16,71.24,71.31,71.13,71.13,71.11,71.09,71.01,70.98,7
0.79,70.7,70.65,70.64,70.71,70.65,70.63,70.76,70.72,70.58,70.65,70.59,70.58,70.54,70.6,70.64,70.75,70.76,70.88,70.88,70.97,70.97,71.09,71.12,71.09,70.98,71.
04,70.75,70.82,70.95,71.14,71.22,71.05,71.23,71.13,71.06,70.96,71.19,71.08,71.08,71.06,71.09,70.94,70.88,70.8,70.83]}]}}]}],"error":null}}"}</script>
                    <script type="application/json" data-sveltekit-fetched data-
url="https://query1.finance.yahoo.com/ws/screeners/v1/finance/screener/discover?count=5&amp;formatted=true&amp;modules=neo_investment_ideas&amp;lan
g=en-US&amp;region=US" data-
ttl="88">{"status":200,"statusText":"OK","headers":{},"body":"{\"finance\":{\"result\":[{\"sections\":{\"neo_investment_ideas\":{\"screenersList\":[{\"id\":\"704
d5655-c714-47a3-a280-069b439d252b\",\"predefinedScr\":true,\"title\":\"Analyst Strong Buy Stocks\",\"description\":\"Stocks with a minimum upside potential
of 20% backed by an analyst's strong buy
rating.\",\"canonicalName\":\"ANALYST_STRONG_BUY_STOCKS\",\"total\":34,\"versionId\":1,\"creationDate\":1620852449653,\"lastUpdated\":1629498469
017,\"entityIdType\":\"ANALYST_RATINGS\",\"records\":[{\"regularMarketVolume\":{\"raw\":56712,\"fmt\":\"56,712\",\"longFmt\":\"56,712\"},\"pricePercent
Change\":{\"raw\":1.0594311,\"fmt\":\"1.06%\"},\"marketCap\":{\"raw\":5.861846001480103E8,\"fmt\":\"586.185M\",\"longFmt\":\"586,184,600\"},\"ticker\":\"
CTO\",\"price\":{\"raw\":19.555,\"fmt\":\"19.56\"},\"regularMarketChange\":{\"raw\":0.20499992,\"fmt\":\"0.20\"},\"dayVolume\":{\"raw\":56712,\"fmt\":\"56,7
12\",\"longFmt\":\"56,712\"},\"regularMarketChangePercent\":{\"raw\":1.0594311,\"fmt\":\"1.06%\"},\"regularMarketPrice\":{\"raw\":19.555,\"fmt\":\"19.56\"},\
"intradayPriceChange\":{\"raw\":0.20499992,\"fmt\":\"0.20\"}},{\"regularMarketVolume\":{\"raw\":69175,\"fmt\":\"69,175\",\"longFmt\":\"69,175\"},\"pricePer
centChange\":{\"raw\":0.5251239,\"fmt\":\"0.53%\"},\"marketCap\":{\"raw\":2.4798946878082275E10,\"fmt\":\"24.799B\",\"longFmt\":\"24,798,946,878\"},\"ti
cker\":\"SBAC\",\"price\":{\"raw\":230.675,\"fmt\":\"230.68\"},\"regularMarketChange\":{\"raw\":1.2050018,\"fmt\":\"1.21\"},\"dayVolume\":{\"raw\":69175,\"f
mt\":\"69,175\",\"longFmt\":\"69,175\"},\"regularMarketChangePercent\":{\"raw\":0.5251239,\"fmt\":\"0.53%\"},\"regularMarketPrice\":{\"raw\":230.675,\"fmt\
":\"230.68\"},\"intradayPriceChange\":{\"raw\":1.2050018,\"fmt\":\"1.21\"}},{\"regularMarketVolume\":{\"raw\":47201,\"fmt\":\"47,201\",\"longFmt\":\"47,201\
"},\"pricePercentChange\":{\"raw\":3.8172317,\"fmt\":\"3.82%\"},\"marketCap\":{\"raw\":3.748885231103897E8,\"fmt\":\"374.889M\",\"longFmt\":\"374,888,5
23\"},\"ticker\":\"PRQR\",\"price\":{\"raw\":3.6325,\"fmt\":\"3.63\"},\"regularMarketChange\":{\"raw\":0.13249993,\"fmt\":\"0.13\"},\"dayVolume\":{\"raw\":47
201,\"fmt\":\"47,201\",\"longFmt\":\"47,201\"},\"regularMarketChangePercent\":{\"raw\":3.8172317,\"fmt\":\"3.82%\"},\"regularMarketPrice\":{\"raw\":3.6325,\
"fmt\":\"3.63\"},\"intradayPriceChange\":{\"raw\":0.13249993,\"fmt\":\"0.13\"}},{\"regularMarketVolume\":{\"raw\":400275,\"fmt\":\"400,275\",\"longFmt\":\"4
00,275\"},\"pricePercentChange\":{\"raw\":0.19863704,\"fmt\":\"0.20%\"},\"marketCap\":{\"raw\":2.758381997280121E10,\"fmt\":\"27.584B\",\"longFmt\":\"2
7,583,819,972\"},\"ticker\":\"DXCM\",\"price\":{\"raw\":70.62,\"fmt\":\"70.62\"},\"regularMarketChange\":{\"raw\":0.13999939,\"fmt\":\"0.14\"},\"dayVolume\"
:{\"raw\":400275,\"fmt\":\"400,275\",\"longFmt\":\"400,275\"},\"regularMarketChangePercent\":{\"raw\":0.19863704,\"fmt\":\"0.20%\"},\"regularMarketPrice\":
{\"raw\":70.62,\"fmt\":\"70.62\"},\"intradayPriceChange\":{\"raw\":0.13999939,\"fmt\":\"0.14\"}},{\"regularMarketVolume\":{\"raw\":989694,\"fmt\":\"989,694\
",\"longFmt\":\"989,694\"},\"pricePercentChange\":{\"raw\":-0.13038108,\"fmt\":\"-
0.13%\"},\"marketCap\":{\"raw\":2.9870629004974365E9,\"fmt\":\"2.987B\",\"longFmt\":\"2,987,062,900\"},\"ticker\":\"PTEN\",\"price\":{\"raw\":7.66,\"fmt\":
\"7.66\"},\"regularMarketChange\":{\"raw\":-0.010000229,\"fmt\":\"-
0.01\"},\"dayVolume\":{\"raw\":989694,\"fmt\":\"989,694\",\"longFmt\":\"989,694\"},\"regularMarketChangePercent\":{\"raw\":-0.13038108,\"fmt\":\"-
0.13%\"},\"regularMarketPrice\":{\"raw\":7.66,\"fmt\":\"7.66\"},\"intradayPriceChange\":{\"raw\":-0.010000229,\"fmt\":\"-
0.01\"}}],\"isPremium\":true},\"id\":\"ec5bebb9-b7b2-4474-9e5c-3e258b61cbe6\",\"predefinedScr\":true,\"title\":\"Day Gainers\",\"description\":\"Discover the
equities with the greatest gains in the trading
day.\",\"canonicalName\":\"DAY_GAINERS\",\"total\":126,\"versionId\":10,\"creationDate\":1473796102800,\"lastUpdated\":1699393457948,\"quoteType\":\"E
QUITY\",\"records\":[{\"ticker\":\"ADMA\"},{\"ticker\":\"WAT\"},{\"ticker\":\"CAR\"},{\"ticker\":\"MDGL\"},{\"ticker\":\"TEAM\",\"logoUrl\":\"https://s.yim
g.com/lb/brands/150x150_atlassian.png\"}],\"isPremium\":false},{\"id\":\"8ecefa87-a8b0-434a-9b39-e061a0baef9b\",\"predefinedScr\":true,\"title\":\"Day
Losers\",\"description\":\"Discover the equities with the greatest losses in the trading
day.\",\"canonicalName\":\"DAY_LOSERS\",\"total\":39,\"versionId\":8,\"creationDate\":1473801651414,\"lastUpdated\":1699393574578,\"quoteType\":\"EQU
ITY\",\"records\":[{\"ticker\":\"DBRG\"},{\"ticker\":\"ONTO\"},{\"ticker\":\"ESNT\"},{\"ticker\":\"NYCB\"},{\"ticker\":\"AMCR\"}],\"isPremium\":false},{\"id

\":\"b8de821c-461d-4f65-8fdf-715193e1c020\",\"predefinedScr\":true,\"title\":\"Fundamental Trade Ideas\",\"description\":\"Discover fundamental investment ideas from Morningstar and Argus, supported by backtested strategies.\",\"canonicalName\":\"FUNDAMENTAL_TRADE_IDEAS\",\"total\":320071,\"versionId\":0,\"creationDate\":1690240521401,\"lastUpdated\":169024 0521401,\"entityIdType\":\"TRADE_IDEA\",\"records\":[{\"id\":\"argus_US57636Q1040_731608\",\"ticker\":\"MA\",\"term\":\"Long term\",\"date\":1730419200000,\"ideaType\":\"Fundamental\",\"currentPrice\":504.4572,\"priceTimestamp\":1730468147000,\"trend\":\"Bullish\",\"companyNa me\":\"Mastercard Incorporated\",\"title\":\"Mastercard Incorporated - MA has a BULLISH trend\",\"imageUrl\":\"https://s.yimg.com/uc/fin/img/assets/trend-up-prediction.svg\",\"imageUrlDark\":\"https://s.yimg.com/uc/fin/img/assets/trend-up-prediction-dark.svg\",\"provider\":\"Argus\",\"isActive\":true,\"logoUrl\":\"https://s.yimg.com/lb/brands/150x150_mastercard.png\"},{\"id\":\"argus_US6153691059_73160 9\",\"ticker\":\"MCO\",\"term\":\"Long term\",\"date\":1730419200000,\"ideaType\":\"Fundamental\",\"currentPrice\":457.455,\"priceTimestamp\":1730468133000,\"trend\":\"Bullish\",\"companyNam e\":\"Moody's Corporation\",\"title\":\"Moody's Corporation - MCO has a BULLISH trend\",\"imageUrl\":\"https://s.yimg.com/uc/fin/img/assets/trend-up-prediction.svg\",\"imageUrlDark\":\"https://s.yimg.com/uc/fin/img/assets/trend-up-prediction-dark.svg\",\"provider\":\"Argus\",\"isActive\":true,\"logoUrl\":\"https://s.yimg.com/lb/brands/150x150_moodys.png\"},{\"id\":\"argus_US2937921078_731614\", \"ticker\":\"EPD\",\"term\":\"Long term\",\"date\":1730419200000,\"ideaType\":\"Fundamental\",\"currentPrice\":28.79,\"priceTimestamp\":1730467901000,\"trend\":\"Bullish\",\"companyName\": \"Enterprise Products Partners L.P.\",\"title\":\"Enterprise Products Partners L.P. - EPD has a BULLISH trend\",\"imageUrl\":\"https://s.yimg.com/uc/fin/img/assets/trend-up-prediction.svg\",\"imageUrlDark\":\"https://s.yimg.com/uc/fin/img/assets/trend-up-prediction-dark.svg\",\"provider\":\"Argus\",\"isActive\":true},{\"id\":\"argus_US36266G1076_731604\",\"ticker\":\"GEHC\",\"term\":\"Long term\",\"date\":1730419200000,\"ideaType\":\"Fundamental\",\"currentPrice\":87.53,\"priceTimestamp\":1730467928000,\"trend\":\"Bullish\",\"companyName\": \"GE HealthCare Technologies Inc.\",\"title\":\"GE HealthCare Technologies Inc. - GEHC has a BULLISH trend\",\"imageUrl\":\"https://s.yimg.com/uc/fin/img/assets/trend-up-prediction.svg\",\"imageUrlDark\":\"https://s.yimg.com/uc/fin/img/assets/trend-up-prediction-dark.svg\",\"provider\":\"Argus\",\"isActive\":true},{\"id\":\"argus_US72147K1088_731615\",\"ticker\":\"PPC\",\"term\":\"Long term\",\"date\":1730419200000,\"ideaType\":\"Fundamental\",\"currentPrice\":49.875,\"priceTimestamp\":1730468290000,\"trend\":\"Bullish\",\"companyName\ ":\"Pilgrim's Pride Corporation\",\"title\":\"Pilgrim's Pride Corporation - PPC has a BULLISH trend\",\"imageUrl\":\"https://s.yimg.com/uc/fin/img/assets/trend-up-prediction.svg\",\"imageUrlDark\":\"https://s.yimg.com/uc/fin/img/assets/trend-up-prediction-dark.svg\",\"provider\":\"Argus\",\"isActive\":true}],\"isPremium\":false},{\"id\":\"c8235580-5fb0-47ae-9f5c-e70f2a0cbe5d\",\"predefinedScr\":true,\"title\":\"Morningstar 5-Star Stocks\",\"description\":\"Discover equities recently labeled as undervalued and discounted by Morningstar.\",\"canonicalName\":\"MORNINGSTAR_FIVE_STAR_STOCKS\",\"total\":67,\"versionId\":1,\"creationDate\":1629755482403,\"lastUpdated\":16 77013509657,\"quoteType\":\"EQUITY\",\"records\":[{\"ticker\":\"RHHBY\"},{\"ticker\":\"BUD\"},{\"ticker\":\"NKE\",\"logoUrl\":\"https://s.yimg.com/lb/bran ds/150x150_nike.png\"},{\"ticker\":\"GSK\"},{\"ticker\":\"CVS\",\"logoUrl\":\"https://s.yimg.com/lb/brands/150x150_cvshealth.png\"}],\"isPremium\":true},{\"i d\":\"437465ef-980e-4d8c-a860-de7cbfbab373\",\"predefinedScr\":true,\"title\":\"Most Actives\",\"description\":\"Discover the most traded equities in the trading day.\",\"canonicalName\":\"MOST_ACTIVES\",\"total\":40,\"versionId\":8,\"creationDate\":1473802561519,\"lastUpdated\":1660940390728,\"quoteType\":\"E QUITY\",\"records\":[{\"ticker\":\"GSAT\"},{\"ticker\":\"NVDA\",\"logoUrl\":\"https://s.yimg.com/lb/brands/150x150_nvidia.png\"},{\"ticker\":\"INTC\",\"logo Url\":\"https://s.yimg.com/lb/brands/150x150_intel.png\"},{\"ticker\":\"AMZN\",\"logoUrl\":\"https://s.yimg.com/lb/brands/150x150_amazon.png\"},{\"ticker\":\ "SMCI\"}],\"isPremium\":false},{\"id\":\"bb23cc39-bc29-4605-a7c1-b98ef732dee1\",\"predefinedScr\":true,\"title\":\"Technical Trade Ideas\",\"description\":\"Discover technical investment ideas from Trading Central, supported by backtested strategies.\",\"canonicalName\":\"TECHNICAL_TRADE_IDEAS\",\"total\":1166,\"versionId\":0,\"creationDate\":1690240438467,\"lastUpdated\":16902404384 67,\"entityIdType\":\"TRADE_IDEA\",\"records\":[{\"id\":\"tc_USv0TKAACF_wA8gABAACAAAD6CYg\",\"ticker\":\"COR\",\"term\":\"Long term\",\"date\":1730332800000,\"ideaType\":\"Technical\",\"currentPrice\":228.08,\"priceTimestamp\":1730404802000,\"trend\":\"Bearish\",\"companyName\":\"

Cencora, Inc.\",\"title\":\"Cencora, Inc. - COR forms a Diamond Top pattern\",\"imageUrl\":\"https://s.yimg.com/uc/fin/img/assets/bearish-diamond-top.svg\",\"imageUrlDark\":\"https://s.yimg.com/uc/fin/img/assets/bearish-diamond-top-dark.svg\",\"provider\":\"Trading Central\",\"isActive\":true},{\"id\":\"tc_USv0USAAB6swAjgABAACAAAD6CJg\",\"ticker\":\"BXP\",\"term\":\"Short term\",\"date\":1730332800000,\"ideaType\":\"Technical\",\"currentPrice\":80.56,\"priceTimestamp\":1730404802000,\"trend\":\"Bullish\",\"companyName\":\"BXP, Inc.\",\"title\":\"BXP, Inc. - BXP forms a Flag (Bullish) pattern\",\"imageUrl\":\"https://s.yimg.com/uc/fin/img/assets/bullish-flag.svg\",\"imageUrlDark\":\"https://s.yimg.com/uc/fin/img/assets/bullish-flag-dark.svg\",\"provider\":\"Trading Central\",\"isActive\":true},{\"id\":\"tc_USv0USAAnjpwAjgABAACAAAD6CJg\",\"ticker\":\"HASI\",\"term\":\"Short term\",\"date\":1730332800000,\"ideaType\":\"Technical\",\"currentPrice\":34.99,\"priceTimestamp\":1730404802000,\"trend\":\"Bullish\",\"companyName\":\"HA Sustainable Infrastructure Capital, Inc.\",\"title\":\"HA Sustainable Infrastructure Capital, Inc. - HASI forms a Flag (Bullish) pattern\",\"imageUrl\":\"https://s.yimg.com/uc/fin/img/assets/bullish-flag.svg\",\"imageUrlDark\":\"https://s.yimg.com/uc/fin/img/assets/bullish-flag-dark.svg\",\"provider\":\"Trading Central\",\"isActive\":true},{\"id\":\"tc_USv0U_AAaiSQAjgABAACAAAD6CJg\",\"ticker\":\"BIP\",\"term\":\"Short term\",\"date\":1730332800000,\"ideaType\":\"Technical\",\"currentPrice\":34.24,\"priceTimestamp\":1730404802000,\"trend\":\"Bullish\",\"companyName\":\"Brookfield Infrastructure Partners L.P.\",\"title\":\"Brookfield Infrastructure Partners L.P. - BIP forms a Flag (Bullish) pattern\",\"imageUrl\":\"https://s.yimg.com/uc/fin/img/assets/bullish-flag.svg\",\"imageUrlDark\":\"https://s.yimg.com/uc/fin/img/assets/bullish-flag-dark.svg\",\"provider\":\"Trading Central\",\"isActive\":true},{\"id\":\"tc_USv0UeAAPkyQA9gABAACAAAD6CRg\",\"ticker\":\"DMLP\",\"term\":\"Mid term\",\"date\":1730332800000,\"ideaType\":\"Technical\",\"currentPrice\":31.95,\"priceTimestamp\":1730404801000,\"trend\":\"Bullish\",\"companyName\":\"Dorchester Minerals, L.P.\",\"title\":\"Dorchester Minerals, L.P. - DMLP forms a Diamond Bottom pattern\",\"imageUrl\":\"https://s.yimg.com/uc/fin/img/assets/bullish-diamond-bottom.svg\",\"imageUrlDark\":\"https://s.yimg.com/uc/fin/img/assets/bullish-diamond-bottom-dark.svg\",\"provider\":\"Trading Central\",\"isActive\":true}],\"isPremium\":false},{\"id\":\"b34d612c-4204-4fd5-b0c4-2fca8b596411\",\"predefinedScr\":true,title\":\"Top ETFs US\",\"description\":\"ETFs ordered by Percent Change for US region\",\"canonicalName\":\"TOP_ETFS_US\",\"total\":516,\"versionId\":0,\"creationDate\":1494279644246,\"lastUpdated\":1494279644246,\"quoteType\":\"ETF\",\"records\":[{\"ticker\":\"XLY\"},{\"ticker\":\"VCR\"},{\"ticker\":\"QLD\"},{\"ticker\":\"SMH\"},{\"ticker\":\"FLTW\"}],\"isPremium\":false},{\"id\":\"b597175e-7243-4b42-82da-6811218a0945\",\"predefinedScr\":true,\"title\":\"Undervalued Growth Stocks\",\"description\":\"Stocks with earnings growth rates better than 25% and relatively low PE and PEG ratios.\",\"canonicalName\":\"UNDERVALUED_GROWTH_STOCKS\",\"total\":164,\"versionId\":0,\"creationDate\":1492807394884,\"lastUpdated\":1492807394884,\"quoteType\":\"EQUITY\",\"records\":[{\"ticker\":\"GM\"},{\"ticker\":\"AEO\"},{\"ticker\":\"BKR\"},{\"ticker\":\"CVS\",\"logoUrl\":\"https://s.yimg.com/lb/brands/150x150_cvshealth.png\"},{\"ticker\":\"MTCH\"}],\"isPremium\":false}]}},\"quotes\":{\"CVS\":{\"fullExchangeName\":\"NYSE\",\"symbol\":\"CVS\",\"averageAnalystRating\":\"2.3 - Buy\",\"gmtOffSetMilliseconds\":-14400000,\"language\":\"en-US\",\"regularMarketTime\":{\"raw\":1730470810,\"fmt\":\"10:20AM EDT\"},\"regularMarketChangePercent\":{\"raw\":0.2302534,\"fmt\":\"0.23%\"},\"quoteType\":\"EQUITY\",\"typeDisp\":\"Equity\",\"tradeable\":false,\"regularMarketPreviousClose\":{\"raw\":56.46,\"fmt\":\"56.46\"},\"exchangeTimezoneName\":\"America/New_York\",\"regularMarketChange\":{\"raw\":0.13000107,\"fmt\":\"0.13\"},\"cryptoTradeable\":false,\"firstTradeDateMilliseconds\":99153000000,\"exchangeDataDelayedBy\":0,\"exchangeTimezoneShortName\":\"EDT\",\"hasPrePostMarketData\":true,\"regularMarketPrice\":{\"raw\":56.59,\"fmt\":\"56.59\"},\"marketState\":\"REGULAR\",\"customPriceAlertConfidence\":\"LOW\",\"market\":\"us_market\",\"quoteSourceName\":\"Nasdaq Real Time Price\",\"priceHint\":2,\"exchange\":\"NYQ\",\"sourceInterval\":15,\"shortName\":\"CVS Health Corporation\",\"region\":\"US\",\"triggerable\":false,\"longName\":\"CVS Health Corporation\"},\"PPC\":{\"fullExchangeName\":\"NasdaqGS\",\"symbol\":\"PPC\",\"averageAnalystRating\":\"2.7 - Hold\",\"gmtOffSetMilliseconds\":-14400000,\"language\":\"en-US\",\"regularMarketTime\":{\"raw\":1730470806,\"fmt\":\"10:20AM EDT\"},\"regularMarketChangePercent\":{\"raw\":5.470689,\"fmt\":\"5.47%\"},\"quoteType\":\"EQUITY\",\"typeDisp\":\"Equity\",\"tradeable\":false,\"regularMarketPreviousClose\":{\"raw\":48.44,\"fmt\":\"48.44\"},\"exchangeTimezoneName\":\"America/New_York\",\"regularMarketChange\":{\"raw\":2.6500015,\"fmt\":\"2.65\"},\"cryptoTradeable\":false,\"firstTradeDateMilliseconds\":567873000000,\"exchangeDataDelayedBy\":0,\"exchangeTimezoneShortName\":\"EDT\",\"

hasPrePostMarketData\":true,\"regularMarketPrice\":{\"raw\":51.09,\"fmt\":\"51.09\"},\"marketState\":\"REGULAR\",\"customPriceAlertConfidence\":\"HIGH\"
,\"market\":\"us_market\",\"quoteSourceName\":\"Nasdaq Real Time
Price\",\"priceHint\":2,\"exchange\":\"NMS\",\"sourceInterval\":15,\"shortName\":\"Pilgrim's Pride
Corporation\",\"region\":\"US\",\"triggerable\":true,\"longName\":\"Pilgrim's Pride
Corporation\"},\"VCR\":{\"fullExchangeName\":\"NYSEArca\",\"symbol\":\"VCR\",\"netAssets\":{\"raw\":6.5258849E9,\"fmt\":\"6.526B\",\"longFmt\":\"6,525,
884,928\"},\"gmtOffSetMilliseconds\":-14400000,\"language\":\"en-US\",\"regularMarketTime\":{\"raw\":1730470590,\"fmt\":\"10:16AM
EDT\"},\"regularMarketChangePercent\":{\"raw\":2.308686,\"fmt\":\"2.31%\"},\"quoteType\":\"ETF\",\"typeDisp\":\"ETF\",\"tradeable\":false,\"regularMarketPr
eviousClose\":{\"raw\":333.09,\"fmt\":\"333.09\"},\"exchangeTimezoneName\":\"America/New_York\",\"regularMarketChange\":{\"raw\":7.6900024,\"fmt\":\"7
.69\"},\"cryptoTradeable\":false,\"firstTradeDateMilliseconds\":1075473000000,\"exchangeDataDelayedBy\":0,\"exchangeTimezoneShortName\":\"EDT\",\"has
PrePostMarketData\":true,\"regularMarketPrice\":{\"raw\":340.78,\"fmt\":\"340.78\"},\"marketState\":\"REGULAR\",\"customPriceAlertConfidence\":\"LOW\",\
"market\":\"us_market\",\"quoteSourceName\":\"Nasdaq Real Time Price\",\"priceHint\":2,\"exchange\":\"PCX\",\"sourceInterval\":15,\"shortName\":\"Vanguard
Consumer Discretion ET\",\"region\":\"US\",\"triggerable\":false,\"longName\":\"Vanguard Consumer Discretionary Index Fund ETF
Shares\"},\"AMCR\":{\"fullExchangeName\":\"NYSE\",\"symbol\":\"AMCR\",\"averageAnalystRating\":\"2.9 - Hold\",\"gmtOffSetMilliseconds\":-
14400000,\"language\":\"en-US\",\"regularMarketTime\":{\"raw\":1730470809,\"fmt\":\"10:20AM EDT\"},\"regularMarketChangePercent\":{\"raw\":-
7.6451,\"fmt\":\"-
7.65%\"},\"quoteType\":\"EQUITY\",\"typeDisp\":\"Equity\",\"tradeable\":false,\"regularMarketPreviousClose\":{\"raw\":11.13,\"fmt\":\"11.13\"},\"exchangeTi
mezoneName\":\"America/New_York\",\"regularMarketChange\":{\"raw\":-0.8508997,\"fmt\":\"-
0.85\"},\"cryptoTradeable\":false,\"firstTradeDateMilliseconds\":1337088600000,\"exchangeDataDelayedBy\":0,\"exchangeTimezoneShortName\":\"EDT\",\"ha
sPrePostMarketData\":true,\"regularMarketPrice\":{\"raw\":10.2791,\"fmt\":\"10.28\"},\"marketState\":\"REGULAR\",\"customPriceAlertConfidence\":\"LOW\"
,\"market\":\"us_market\",\"quoteSourceName\":\"Nasdaq Real Time Price\",\"priceHint\":2,\"exchange\":\"NYQ\",\"sourceInterval\":15,\"shortName\":\"Amcor
plc\",\"region\":\"US\",\"triggerable\":false,\"longName\":\"Amcor
plc\"},\"PRQR\":{\"fullExchangeName\":\"NasdaqCM\",\"symbol\":\"PRQR\",\"averageAnalystRating\":\"1.9 - Buy\",\"gmtOffSetMilliseconds\":-
14400000,\"language\":\"en-US\",\"regularMarketTime\":{\"raw\":1730470760,\"fmt\":\"10:19AM
EDT\"},\"regularMarketChangePercent\":{\"raw\":3.035034,\"fmt\":\"3.04%\"},\"quoteType\":\"EQUITY\",\"typeDisp\":\"Equity\",\"tradeable\":false,\"regularM
arketPreviousClose\":{\"raw\":3.5,\"fmt\":\"3.5000\"},\"exchangeTimezoneName\":\"America/New_York\",\"regularMarketChange\":{\"raw\":0.10700011,\"fmt\
":\"0.1070\"},\"cryptoTradeable\":false,\"firstTradeDateMilliseconds\":1411047000000,\"exchangeDataDelayedBy\":0,\"exchangeTimezoneShortName\":\"EDT\
",\"hasPrePostMarketData\":true,\"regularMarketPrice\":{\"raw\":3.607,\"fmt\":\"3.6070\"},\"marketState\":\"REGULAR\",\"customPriceAlertConfidence\":\"LO
W\",\"market\":\"us_market\",\"quoteSourceName\":\"Nasdaq Real Time
Price\",\"priceHint\":4,\"exchange\":\"NCM\",\"sourceInterval\":15,\"shortName\":\"ProQR Therapeutics
N.V.\",\"region\":\"US\",\"triggerable\":false,\"longName\":\"ProQR Therapeutics
N.V.\"},\"QLD\":{\"fullExchangeName\":\"NYSEArca\",\"symbol\":\"QLD\",\"netAssets\":{\"raw\":7.2487598E9,\"fmt\":\"7.249B\",\"longFmt\":\"7,248,759,80
8\"},\"gmtOffSetMilliseconds\":-14400000,\"language\":\"en-US\",\"regularMarketTime\":{\"raw\":1730470793,\"fmt\":\"10:19AM
EDT\"},\"regularMarketChangePercent\":{\"raw\":2.2893772,\"fmt\":\"2.29%\"},\"quoteType\":\"ETF\",\"typeDisp\":\"ETF\",\"tradeable\":false,\"regularMarket
PreviousClose\":{\"raw\":98.28,\"fmt\":\"98.28\"},\"exchangeTimezoneName\":\"America/New_York\",\"regularMarketChange\":{\"raw\":2.25,\"fmt\":\"2.25\"},
\"cryptoTradeable\":false,\"firstTradeDateMilliseconds\":1150896600000,\"exchangeDataDelayedBy\":0,\"exchangeTimezoneShortName\":\"EDT\",\"hasPrePost
MarketData\":true,\"regularMarketPrice\":{\"raw\":100.53,\"fmt\":\"100.53\"},\"marketState\":\"REGULAR\",\"customPriceAlertConfidence\":\"LOW\",\"marke
t\":\"us_market\",\"quoteSourceName\":\"Nasdaq Real Time Price\",\"priceHint\":2,\"exchange\":\"PCX\",\"sourceInterval\":15,\"shortName\":\"ProShares Ultra
QQQ\"},\"region\":\"US\",\"triggerable\":false,\"longName\":\"ProShares Ultra
QQQ\"},\"PTEN\":{\"fullExchangeName\":\"NasdaqGS\",\"symbol\":\"PTEN\",\"averageAnalystRating\":\"2.1 - Buy\",\"gmtOffSetMilliseconds\":-
14400000,\"language\":\"en-US\",\"regularMarketTime\":{\"raw\":1730470793,\"fmt\":\"10:19AM

EDT\"},\"regularMarketChangePercent\":{\"raw\":0.0,\"fmt\":\"0.00%\"},\"quoteType\":\"EQUITY\",\"typeDisp\":\"Equity\",\"tradeable\":false,\"regularMarketP
reviousClose\":{\"raw\":7.67,\"fmt\":\"7.67\"},\"exchangeTimezoneName\":\"America/New_York\",\"regularMarketChange\":{\"raw\":0.0,\"fmt\":\"0.00\"},\"cry
ptoTradeable\":false,\"firstTradeDateMilliseconds\":752250600000,\"exchangeDataDelayedBy\":0,\"exchangeTimezoneShortName\":\"EDT\",\"hasPrePostMark
etData\":true,\"regularMarketPrice\":{\"raw\":7.67,\"fmt\":\"7.67\"},\"marketState\":\"REGULAR\",\"customPriceAlertConfidence\":\"HIGH\",\"market\":\"us_m
arket\",\"quoteSourceName\":\"Nasdaq Real Time Price\",\"priceHint\":2,\"exchange\":\"NMS\",\"sourceInterval\":15,\"shortName\":\"Patterson-UTI Energy,
Inc.\",\"region\":\"US\",\"triggerable\":true,\"longName\":\"Patterson-UTI Energy,
Inc.\"},\"WAT\":{\"fullExchangeName\":\"NYSE\",\"symbol\":\"WAT\",\"averageAnalystRating\":\"2.8 - Hold\",\"gmtOffSetMilliseconds\":-
14400000,\"language\":\"en-US\",\"regularMarketTime\":{\"raw\":1730470810,\"fmt\":\"10:20AM
EDT\"},\"regularMarketChangePercent\":{\"raw\":16.383728,\"fmt\":\"16.38%\"},\"quoteType\":\"EQUITY\",\"typeDisp\":\"Equity\",\"tradeable\":false,\"regula
rMarketPreviousClose\":{\"raw\":323.11,\"fmt\":\"323.11\"},\"exchangeTimezoneName\":\"America/New_York\",\"regularMarketChange\":{\"raw\":52.79001,\"
fmt\":\"52.79\"},\"cryptoTradeable\":false,\"firstTradeDateMilliseconds\":816618600000,\"exchangeDataDelayedBy\":0,\"exchangeTimezoneShortName\":\"ED
T\",\"hasPrePostMarketData\":true,\"regularMarketPrice\":{\"raw\":375.9,\"fmt\":\"375.90\"},\"marketState\":\"REGULAR\",\"customPriceAlertConfidence\":\"
LOW\",\"market\":\"us_market\",\"quoteSourceName\":\"Nasdaq Real Time
Price\",\"priceHint\":2,\"exchange\":\"NYQ\",\"sourceInterval\":15,\"shortName\":\"Waters
Corporation\",\"region\":\"US\",\"triggerable\":true,\"longName\":\"Waters Corporation\"},\"RHHBY\":{\"fullExchangeName\":\"OTC Markets
OTCQX\",\"symbol\":\"RHHBY\",\"averageAnalystRating\":\"2.0 - Buy\",\"gmtOffSetMilliseconds\":-14400000,\"language\":\"en-
US\",\"regularMarketTime\":{\"raw\":1730469855,\"fmt\":\"10:04AM
EDT\"},\"regularMarketChangePercent\":{\"raw\":1.1849538,\"fmt\":\"1.18%\"},\"quoteType\":\"EQUITY\",\"typeDisp\":\"Equity\",\"tradeable\":false,\"regular
MarketPreviousClose\":{\"raw\":38.82,\"fmt\":\"38.82\"},\"exchangeTimezoneName\":\"America/New_York\",\"regularMarketChange\":{\"raw\":0.45999908,\"f
mt\":\"0.46\"},\"cryptoTradeable\":false,\"firstTradeDateMilliseconds\":1061386200000,\"exchangeDataDelayedBy\":0,\"exchangeTimezoneShortName\":\"EDT
\",\"hasPrePostMarketData\":false,\"regularMarketPrice\":{\"raw\":39.28,\"fmt\":\"39.28\"},\"marketState\":\"REGULAR\",\"customPriceAlertConfidence\":\"L
OW\",\"market\":\"us_market\",\"quoteSourceName\":\"Delayed Quote\",\"priceHint\":2,\"exchange\":\"OQX\",\"sourceInterval\":15,\"shortName\":\"Roche
Holding Ltd\",\"region\":\"US\",\"triggerable\":false,\"longName\":\"Roche Holding
AG\"},\"NYCB\":{\"fullExchangeName\":\"NYSE\",\"symbol\":\"NYCB\",\"averageAnalystRating\":\"2.7 - Hold\",\"gmtOffSetMilliseconds\":-
14400000,\"language\":\"en-US\",\"regularMarketTime\":{\"raw\":1729886402,\"fmt\":\"4:00PM EDT\"},\"regularMarketChangePercent\":{\"raw\":-
8.26087,\"fmt\":\"-
8.26%\"},\"quoteType\":\"EQUITY\",\"typeDisp\":\"Equity\",\"tradeable\":false,\"regularMarketPreviousClose\":{\"raw\":11.5,\"fmt\":\"11.50\"},\"exchangeTim
ezoneName\":\"America/New_York\",\"regularMarketChange\":{\"raw\":-0.95,\"fmt\":\"-
0.95\"},\"cryptoTradeable\":false,\"firstTradeDateMilliseconds\":754065000000,\"exchangeDataDelayedBy\":0,\"exchangeTimezoneShortName\":\"EDT\",\"has
PrePostMarketData\":true,\"regularMarketPrice\":{\"raw\":10.55,\"fmt\":\"10.55\"},\"marketState\":\"REGULAR\",\"customPriceAlertConfidence\":\"LOW\",\"
market\":\"us_market\",\"quoteSourceName\":\"Nasdaq Real Time Price\",\"priceHint\":2,\"exchange\":\"NYQ\",\"sourceInterval\":15,\"shortName\":\"New York
Community Bancorp, Inc\",\"region\":\"US\",\"triggerable\":false,\"longName\":\"Flagstar Financial,
Inc.\"},\"BUD\":{\"fullExchangeName\":\"NYSE\",\"symbol\":\"BUD\",\"averageAnalystRating\":\"2.2 - Buy\",\"gmtOffSetMilliseconds\":-
14400000,\"language\":\"en-US\",\"regularMarketTime\":{\"raw\":1730470775,\"fmt\":\"10:19AM
EDT\"},\"regularMarketChangePercent\":{\"raw\":0.6568964,\"fmt\":\"0.66%\"},\"quoteType\":\"EQUITY\",\"typeDisp\":\"Equity\",\"tradeable\":false,\"regular
MarketPreviousClose\":{\"raw\":59.37,\"fmt\":\"59.37\"},\"exchangeTimezoneName\":\"America/New_York\",\"regularMarketChange\":{\"raw\":0.3899994,\"f
mt\":\"0.39\"},\"cryptoTradeable\":false,\"firstTradeDateMilliseconds\":1246455000000,\"exchangeDataDelayedBy\":0,\"exchangeTimezoneShortName\":\"EDT
\",\"hasPrePostMarketData\":true,\"regularMarketPrice\":{\"raw\":59.76,\"fmt\":\"59.76\"},\"marketState\":\"REGULAR\",\"customPriceAlertConfidence\":\"LO
W\",\"market\":\"us_market\",\"quoteSourceName\":\"Nasdaq Real Time
Price\",\"priceHint\":2,\"exchange\":\"NYQ\",\"sourceInterval\":15,\"shortName\":\"Anheuser-Busch Inbev SA

Sponsor\",\"region\":\"US\",\"triggerable\":false,\"longName\":\"Anheuser-Busch InBev
SA/NV\"},\"ESNT\":{\"fullExchangeName\":\"NYSE\",\"symbol\":\"ESNT\",\"averageAnalystRating\":\"2.0 - Buy\",\"gmtOffSetMilliseconds\":-
14400000,\"language\":\"en-US\",\"regularMarketTime\":{\"raw\":1730470801,\"fmt\":\"10:20AM EDT\"},\"regularMarketChangePercent\":{\"raw\":-
8.86519,\"fmt\":\"-
8.87%\"},\"quoteType\":\"EQUITY\",\"typeDisp\":\"Equity\",\"tradeable\":false,\"regularMarketPreviousClose\":{\"raw\":60.01,\"fmt\":\"60.01\"},\"exchangeTi
mezoneName\":\"America/New_York\",\"regularMarketChange\":{\"raw\":-5.3199997,\"fmt\":\"-
5.32\"},\"cryptoTradeable\":false,\"firstTradeDateMilliseconds\":1383226200000,\"exchangeDataDelayedBy\":0,\"exchangeTimezoneShortName\":\"EDT\",\"ha
sPrePostMarketData\":true,\"regularMarketPrice\":{\"raw\":54.69,\"fmt\":\"54.69\"},\"marketState\":\"REGULAR\",\"customPriceAlertConfidence\":\"LOW\",\"
market\":\"us_market\",\"quoteSourceName\":\"Nasdaq Real Time Price\",\"priceHint\":2,\"exchange\":\"NYQ\",\"sourceInterval\":15,\"shortName\":\"Essent
Group Ltd.\",\"region\":\"US\",\"triggerable\":false,\"longName\":\"Essent
Group Ltd.\"},\"MA\":{\"fullExchangeName\":\"NYSE\",\"symbol\":\"MA\",\"averageAnalystRating\":\"1.9 - Buy\",\"gmtOffSetMilliseconds\":-
14400000,\"language\":\"en-US\",\"regularMarketTime\":{\"raw\":1730470811,\"fmt\":\"10:20AM
EDT\"},\"regularMarketChangePercent\":{\"raw\":1.3671244,\"fmt\":\"1.37%\"},\"quoteType\":\"EQUITY\",\"typeDisp\":\"Equity\",\"tradeable\":false,\"regular
MarketPreviousClose\":{\"raw\":499.59,\"fmt\":\"499.59\"},\"exchangeTimezoneName\":\"America/New_York\",\"regularMarketChange\":{\"raw\":6.830017,\"f
mt\":\"6.83\"},\"cryptoTradeable\":false,\"firstTradeDateMilliseconds\":1148563800000,\"exchangeDataDelayedBy\":0,\"exchangeTimezoneShortName\":\"EDT
\",\"hasPrePostMarketData\":true,\"regularMarketPrice\":{\"raw\":506.42,\"fmt\":\"506.42\"},\"marketState\":\"REGULAR\",\"customPriceAlertConfidence\":\"
LOW\",\"market\":\"us_market\",\"quoteSourceName\":\"Nasdaq Real Time
Price\",\"priceHint\":2,\"exchange\":\"NYQ\",\"sourceInterval\":15,\"shortName\":\"Mastercard
Incorporated\",\"region\":\"US\",\"triggerable\":false,\"longName\":\"Mastercard
Incorporated\"},\"SBAC\":{\"fullExchangeName\":\"NasdaqGS\",\"symbol\":\"SBAC\",\"averageAnalystRating\":\"2.1 - Buy\",\"gmtOffSetMilliseconds\":-
14400000,\"language\":\"en-US\",\"regularMarketTime\":{\"raw\":1730470775,\"fmt\":\"10:19AM
EDT\"},\"regularMarketChangePercent\":{\"raw\":0.30069396,\"fmt\":\"0.30%\"},\"quoteType\":\"EQUITY\",\"typeDisp\":\"Equity\",\"tradeable\":false,\"regula
rMarketPreviousClose\":{\"raw\":229.47,\"fmt\":\"229.47\"},\"exchangeTimezoneName\":\"America/New_York\",\"regularMarketChange\":{\"raw\":0.69000244
,\"fmt\":\"0.69\"},\"cryptoTradeable\":false,\"firstTradeDateMilliseconds\":929539800000,\"exchangeDataDelayedBy\":0,\"exchangeTimezoneShortName\":\"E
DT\",\"hasPrePostMarketData\":true,\"regularMarketPrice\":{\"raw\":230.16,\"fmt\":\"230.16\"},\"marketState\":\"REGULAR\",\"customPriceAlertConfidence\"
:\"HIGH\",\"market\":\"us_market\",\"quoteSourceName\":\"Nasdaq Real Time
Price\",\"priceHint\":2,\"exchange\":\"NMS\",\"sourceInterval\":15,\"shortName\":\"SBA Communications
Corporation\",\"region\":\"US\",\"triggerable\":true,\"longName\":\"SBA Communications
Corporation\"},\"MDGL\":{\"fullExchangeName\":\"NasdaqGS\",\"symbol\":\"MDGL\",\"averageAnalystRating\":\"2.0 - Buy\",\"gmtOffSetMilliseconds\":-
14400000,\"language\":\"en-US\",\"regularMarketTime\":{\"raw\":1730470808,\"fmt\":\"10:20AM
EDT\"},\"regularMarketChangePercent\":{\"raw\":14.9321375,\"fmt\":\"14.93%\"},\"quoteType\":\"EQUITY\",\"typeDisp\":\"Equity\",\"tradeable\":false,\"regul
arMarketPreviousClose\":{\"raw\":259.34,\"fmt\":\"259.34\"},\"exchangeTimezoneName\":\"America/New_York\",\"regularMarketChange\":{\"raw\":38.725006
,\"fmt\":\"38.73\"},\"cryptoTradeable\":false,\"firstTradeDateMilliseconds\":1170772200000,\"exchangeDataDelayedBy\":0,\"exchangeTimezoneShortName\":\"
EDT\",\"hasPrePostMarketData\":true,\"regularMarketPrice\":{\"raw\":298.065,\"fmt\":\"298.07\"},\"marketState\":\"REGULAR\",\"customPriceAlertConfidenc
e\":\"HIGH\",\"market\":\"us_market\",\"quoteSourceName\":\"Nasdaq Real Time
Price\",\"priceHint\":2,\"exchange\":\"NMS\",\"sourceInterval\":15,\"shortName\":\"Madrigal Pharmaceuticals,
Inc.\",\"region\":\"US\",\"triggerable\":true,\"longName\":\"Madrigal Pharmaceuticals,
Inc.\"},\"DXCM\":{\"fullExchangeName\":\"NasdaqGS\",\"symbol\":\"DXCM\",\"averageAnalystRating\":\"1.8 - Buy\",\"gmtOffSetMilliseconds\":-
14400000,\"language\":\"en-US\",\"regularMarketTime\":{\"raw\":1730470792,\"fmt\":\"10:19AM
EDT\"},\"regularMarketChangePercent\":{\"raw\":0.21750484,\"fmt\":\"0.22%\"},\"quoteType\":\"EQUITY\",\"typeDisp\":\"Equity\",\"tradeable\":false,\"regula

rMarketPreviousClose\":{\"raw\":70.48,\"fmt\":\"70.48\"},\"exchangeTimezoneName\":\"America/New_York\",\"regularMarketChange\":{\"raw\":0.15329742,\"fmt\":\"0.15\"},\"cryptoTradeable\":false,\"firstTradeDateMilliseconds\":1113485400000,\"exchangeDataDelayedBy\":0,\"exchangeTimezoneShortName\":\"EDT\",\"hasPrePostMarketData\":true,\"regularMarketPrice\":{\"raw\":70.6333,\"fmt\":\"70.63\"},\"marketState\":\"REGULAR\",\"customPriceAlertConfidence\":\"HIGH\",\"market\":\"us_market\",\"quoteSourceName\":\"Nasdaq Real Time
Price\",\"priceHint\":2,\"exchange\":\"NMS\",\"sourceInterval\":15,\"shortName\":\"DexCom,
Inc.\",\"region\":\"US\",\"triggerable\":true,\"longName\":\"DexCom,
Inc.\"},\"GSK\":{\"fullExchangeName\":\"NYSE\",\"symbol\":\"GSK\",\"averageAnalystRating\":\"2.5 - Buy\",\"gmtOffSetMilliseconds\":-14400000,\"language\":\"en-US\",\"regularMarketTime\":{\"raw\":1730470809,\"fmt\":\"10:20AM
EDT\"},\"regularMarketChangePercent\":{\"raw\":1.4825952,\"fmt\":\"1.48%\"},\"quoteType\":\"EQUITY\",\"typeDisp\":\"Equity\",\"tradeable\":false,\"regularMarketPreviousClose\":{\"raw\":36.76,\"fmt\":\"36.76\"},\"exchangeTimezoneName\":\"America/New_York\",\"regularMarketChange\":{\"raw\":0.545002,\"fmt\":\"0.55\"},\"cryptoTradeable\":false,\"firstTradeDateMilliseconds\":323101800000,\"exchangeDataDelayedBy\":0,\"exchangeTimezoneShortName\":\"EDT\",\"hasPrePostMarketData\":true,\"regularMarketPrice\":{\"raw\":37.305,\"fmt\":\"37.31\"},\"marketState\":\"REGULAR\",\"customPriceAlertConfidence\":\"LOW\",\"market\":\"us_market\",\"quoteSourceName\":\"Nasdaq Real Time Price\",\"priceHint\":2,\"exchange\":\"NYQ\",\"sourceInterval\":15,\"shortName\":\"GSK
ple\"},\"region\":\"US\",\"triggerable\":false,\"longName\":\"GSK
ple\"},\"NVDA\":{\"fullExchangeName\":\"NasdaqGS\",\"symbol\":\"NVDA\",\"averageAnalystRating\":\"1.8 - Buy\",\"gmtOffSetMilliseconds\":-14400000,\"language\":\"en-US\",\"regularMarketTime\":{\"raw\":1730470811,\"fmt\":\"10:20AM
EDT\"},\"regularMarketChangePercent\":{\"raw\":3.2236722,\"fmt\":\"3.22%\"},\"quoteType\":\"EQUITY\",\"typeDisp\":\"Equity\",\"tradeable\":false,\"regularMarketPreviousClose\":{\"raw\":132.76,\"fmt\":\"132.76\"},\"exchangeTimezoneName\":\"America/New_York\",\"regularMarketChange\":{\"raw\":4.279999,\"fmt\":\"4.28\"},\"cryptoTradeable\":false,\"firstTradeDateMilliseconds\":917015400000,\"exchangeDataDelayedBy\":0,\"exchangeTimezoneShortName\":\"EDT\",\"hasPrePostMarketData\":true,\"regularMarketPrice\":{\"raw\":137.04,\"fmt\":\"137.04\"},\"marketState\":\"REGULAR\",\"customPriceAlertConfidence\":\"HIGH\",\"market\":\"us_market\",\"quoteSourceName\":\"Nasdaq Real Time
Price\",\"priceHint\":2,\"exchange\":\"NMS\",\"sourceInterval\":15,\"shortName\":\"NVIDIA
Corporation\",\"region\":\"US\",\"triggerable\":true,\"longName\":\"NVIDIA
Corporation\"},\"XLY\":{\"fullExchangeName\":\"NYSEArca\",\"symbol\":\"XLY\",\"netAssets\":{\"raw\":1.94840064E10,\"fmt\":\"19.484B\",\"longFmt\":\"19,484,006,400\"},\"gmtOffSetMilliseconds\":-14400000,\"language\":\"en-US\",\"regularMarketTime\":{\"raw\":1730470807,\"fmt\":\"10:20AM
EDT\"},\"regularMarketChangePercent\":{\"raw\":2.31566,\"fmt\":\"2.32%\"},\"quoteType\":\"ETF\",\"typeDisp\":\"ETF\",\"tradeable\":false,\"regularMarketPreviousClose\":{\"raw\":196.89,\"fmt\":\"196.89\"},\"exchangeTimezoneName\":\"America/New_York\",\"regularMarketChange\":{\"raw\":4.5599976,\"fmt\":\"4.56\"},\"cryptoTradeable\":false,\"firstTradeDateMilliseconds\":914337000000,\"exchangeDataDelayedBy\":0,\"exchangeTimezoneShortName\":\"EDT\",\"hasPrePostMarketData\":true,\"regularMarketPrice\":{\"raw\":201.45,\"fmt\":\"201.45\"},\"marketState\":\"REGULAR\",\"customPriceAlertConfidence\":\"LOW\",\"market\":\"us_market\",\"quoteSourceName\":\"Nasdaq Real Time Price\",\"priceHint\":2,\"exchange\":\"PCX\",\"sourceInterval\":15,\"shortName\":\"SPDR
Select Sector Fund - Consu\",\"region\":\"US\",\"triggerable\":false,\"longName\":\"The Consumer Discretionary Select Sector SPDR
Fund\"},\"SMCI\":{\"fullExchangeName\":\"NasdaqGS\",\"symbol\":\"SMCI\",\"averageAnalystRating\":\"2.6 - Hold\",\"gmtOffSetMilliseconds\":-14400000,\"language\":\"en-US\",\"regularMarketTime\":{\"raw\":1730470810,\"fmt\":\"10:20AM EDT\"},\"regularMarketChangePercent\":{\"raw\":-1.6489228,\"fmt\":\"-1.65%\"},\"quoteType\":\"EQUITY\",\"typeDisp\":\"Equity\",\"tradeable\":false,\"regularMarketPreviousClose\":{\"raw\":29.11,\"fmt\":\"29.11\"},\"exchangeTimezoneName\":\"America/New_York\",\"regularMarketChange\":{\"raw\":-0.48000145,\"fmt\":\"-0.48\"},\"cryptoTradeable\":false,\"firstTradeDateMilliseconds\":1175175000000,\"exchangeDataDelayedBy\":0,\"exchangeTimezoneShortName\":\"EDT\",\"hasPrePostMarketData\":true,\"regularMarketPrice\":{\"raw\":28.63,\"fmt\":\"28.63\"},\"marketState\":\"REGULAR\",\"customPriceAlertConfidence\":\"HIGH\",\"market\":\"us_market\",\"quoteSourceName\":\"Nasdaq Real Time Price\",\"priceHint\":2,\"exchange\":\"NMS\",\"sourceInterval\":15,\"shortName\":\"Super
Micro Computer, Inc.\",\"region\":\"US\",\"triggerable\":true,\"longName\":\"Super Micro Computer,

Inc.\"},\"GM\":{\"fullExchangeName\":\"NYSE\",\"symbol\":\"GM\",\"averageAnalystRating\":\"2.4 - Buy\",\"gmtOffSetMilliseconds\":-14400000,\"language\":\"en-US\",\"regularMarketTime\":{\"raw\":1730470809,\"fmt\":\"10:20AM

EDT\"},\"regularMarketChangePercent\":{\"raw\":1.7533555,\"fmt\":\"1.75%\"},\"quoteType\":\"EQUITY\",\"typeDisp\":\"Equity\",\"tradeable\":false,\"regular MarketPreviousClose\":{\"raw\":50.76,\"fmt\":\"50.76\"},\"exchangeTimezoneName\":\"America/New_York\",\"regularMarketChange\":{\"raw\":0.8900032,\"f mt\":\"0.89\"},\"cryptoTradeable\":false,\"firstTradeDateMilliseconds\":1290090600000,\"exchangeDataDelayedBy\":0,\"exchangeTimezoneShortName\":\"EDT \",\"hasPrePostMarketData\":true,\"regularMarketPrice\":{\"raw\":51.65,\"fmt\":\"51.65\"},\"marketState\":\"REGULAR\",\"customPriceAlertConfidence\":\"LO W\",\"market\":\"us_market\",\"quoteSourceName\":\"Nasdaq Real Time
Price\",\"priceHint\":2,\"exchange\":\"NYQ\",\"sourceInterval\":15,\"shortName\":\"General Motors
Company\",\"region\":\"US\",\"triggerable\":false,\"longName\":\"General Motors

Company\"},\"COR\":{\"fullExchangeName\":\"NYSE\",\"symbol\":\"COR\",\"averageAnalystRating\":\"2.2 - Buy\",\"gmtOffSetMilliseconds\":-14400000,\"language\":\"en-US\",\"regularMarketTime\":{\"raw\":1730470808,\"fmt\":\"10:20AM

EDT\"},\"regularMarketChangePercent\":{\"raw\":3.6390753,\"fmt\":\"3.64%\"},\"quoteType\":\"EQUITY\",\"typeDisp\":\"Equity\",\"tradeable\":false,\"regular MarketPreviousClose\":{\"raw\":228.08,\"fmt\":\"228.08\"},\"exchangeTimezoneName\":\"America/New_York\",\"regularMarketChange\":{\"raw\":8.300003,\"f mt\":\"8.30\"},\"cryptoTradeable\":false,\"firstTradeDateMilliseconds\":797002200000,\"exchangeDataDelayedBy\":0,\"exchangeTimezoneShortName\":\"EDT \",\"hasPrePostMarketData\":true,\"regularMarketPrice\":{\"raw\":236.38,\"fmt\":\"236.38\"},\"marketState\":\"REGULAR\",\"customPriceAlertConfidence\":\"L OW\",\"market\":\"us_market\",\"quoteSourceName\":\"Nasdaq Real Time
Price\",\"priceHint\":2,\"exchange\":\"NYQ\",\"sourceInterval\":15,\"shortName\":\"Cencora,
Inc.\",\"region\":\"US\",\"triggerable\":false,\"longName\":\"Cencora,

Inc.\"},\"BKR\":{\"fullExchangeName\":\"NasdaqGS\",\"symbol\":\"BKR\",\"averageAnalystRating\":\"1.9 - Buy\",\"gmtOffSetMilliseconds\":-14400000,\"language\":\"en-US\",\"regularMarketTime\":{\"raw\":1730470805,\"fmt\":\"10:20AM EDT\"},\"regularMarketChangePercent\":{\"raw\":-0.3545224,\"fmt\":\"-

0.35%\"},\"quoteType\":\"EQUITY\",\"typeDisp\":\"Equity\",\"tradeable\":false,\"regularMarketPreviousClose\":{\"raw\":38.08,\"fmt\":\"38.08\"},\"exchangeTi mezoneName\":\"America/New_York\",\"regularMarketChange\":{\"raw\":-0.13500214,\"fmt\":\"-

0.14\"},\"cryptoTradeable\":false,\"firstTradeDateMilliseconds\":544714200000,\"exchangeDataDelayedBy\":0,\"exchangeTimezoneShortName\":\"EDT\",\"has PrePostMarketData\":true,\"regularMarketPrice\":{\"raw\":37.945,\"fmt\":\"37.94\"},\"marketState\":\"REGULAR\",\"customPriceAlertConfidence\":\"HIGH\",\ "market\":\"us_market\",\"quoteSourceName\":\"Nasdaq Real Time Price\",\"priceHint\":2,\"exchange\":\"NMS\",\"sourceInterval\":15,\"shortName\":\"Baker Hughes Company\",\"region\":\"US\",\"triggerable\":true,\"longName\":\"Baker Hughes

Company\"},\"MTCH\":{\"fullExchangeName\":\"NasdaqGS\",\"symbol\":\"MTCH\",\"averageAnalystRating\":\"2.2 - Buy\",\"gmtOffSetMilliseconds\":-14400000,\"language\":\"en-US\",\"regularMarketTime\":{\"raw\":1730470796,\"fmt\":\"10:19AM

EDT\"},\"regularMarketChangePercent\":{\"raw\":0.3885634,\"fmt\":\"0.39%\"},\"quoteType\":\"EQUITY\",\"typeDisp\":\"Equity\",\"tradeable\":false,\"regular MarketPreviousClose\":{\"raw\":36.03,\"fmt\":\"36.03\"},\"exchangeTimezoneName\":\"America/New_York\",\"regularMarketChange\":{\"raw\":0.13999939,\"f mt\":\"0.14\"},\"cryptoTradeable\":false,\"firstTradeDateMilliseconds\":727453800000,\"exchangeDataDelayedBy\":0,\"exchangeTimezoneShortName\":\"EDT \",\"hasPrePostMarketData\":true,\"regularMarketPrice\":{\"raw\":36.17,\"fmt\":\"36.17\"},\"marketState\":\"REGULAR\",\"customPriceAlertConfidence\":\"HIG H\",\"market\":\"us_market\",\"quoteSourceName\":\"Nasdaq Real Time
Price\",\"priceHint\":2,\"exchange\":\"NMS\",\"sourceInterval\":15,\"shortName\":\"Match Group,
Inc.\",\"region\":\"US\",\"triggerable\":true,\"longName\":\"Match Group,

Inc.\"},\"BIP\":{\"fullExchangeName\":\"NYSE\",\"symbol\":\"BIP\",\"averageAnalystRating\":\"1.9 - Buy\",\"gmtOffSetMilliseconds\":-14400000,\"language\":\"en-US\",\"regularMarketTime\":{\"raw\":1730470632,\"fmt\":\"10:17AM

EDT\"},\"regularMarketChangePercent\":{\"raw\":1.0360413,\"fmt\":\"1.04%\"},\"quoteType\":\"EQUITY\",\"typeDisp\":\"Equity\",\"tradeable\":false,\"regular MarketPreviousClose\":{\"raw\":34.24,\"fmt\":\"34.24\"},\"exchangeTimezoneName\":\"America/New_York\",\"regularMarketChange\":{\"raw\":0.35499954,\"f

mt\":\"0.35\"},\"cryptoTradeable\":false,\"firstTradeDateMilliseconds\":1199975400000,\"exchangeDataDelayedBy\":0,\"exchangeTimezoneShortName\":\"EDT\",\"hasPrePostMarketData\":true,\"regularMarketPrice\":{\"raw\":34.595,\"fmt\":\"34.60\"},\"marketState\":\"REGULAR\",\"customPriceAlertConfidence\":\"LOW\",\"market\":\"us_market\",\"quoteSourceName\":\"Nasdaq Real Time
Price\",\"priceHint\":2,\"exchange\":\"NYQ\",\"sourceInterval\":15,\"shortName\":\"Brookfield Infrastructure
Partn\",\"region\":\"US\",\"triggerable\":false,\"longName\":\"Brookfield Infrastructure Partners
L.P.\"},\"ADMA\":{\"fullExchangeName\":\"NasdaqGM\",\"symbol\":\"ADMA\",\"averageAnalystRating\":\"1.8 - Buy\",\"gmtOffSetMilliseconds\":-14400000,\"language\":\"en-US\",\"regularMarketTime\":{\"raw\":1730470807,\"fmt\":\"10:20AM
EDT\"},\"regularMarketChangePercent\":{\"raw\":22.072351,\"fmt\":\"22.07%\"},\"quoteType\":\"EQUITY\",\"typeDisp\":\"Equity\",\"tradeable\":false,\"regularMarketPreviousClose\":{\"raw\":16.31,\"fmt\":\"16.31\"},\"exchangeTimezoneName\":\"America/New_York\",\"regularMarketChange\":{\"raw\":3.6000004,\"fmt\":\"3.60\"},\"cryptoTradeable\":false,\"firstTradeDateMilliseconds\":1382016600000,\"exchangeDataDelayedBy\":0,\"exchangeTimezoneShortName\":\"EDT\",\"hasPrePostMarketData\":true,\"regularMarketPrice\":{\"raw\":19.91,\"fmt\":\"19.91\"},\"marketState\":\"REGULAR\",\"customPriceAlertConfidence\":\"LOW\",\"market\":\"us_market\",\"quoteSourceName\":\"Nasdaq Real Time
Price\",\"priceHint\":2,\"exchange\":\"NGM\",\"sourceInterval\":15,\"shortName\":\"ADMA Biologics
Inc\",\"region\":\"US\",\"triggerable\":false,\"longName\":\"ADMA Biologics,
Inc.\"},\"FLTW\":{\"fullExchangeName\":\"NYSEArca\",\"symbol\":\"FLTW\",\"netAssets\":{\"raw\":2.71358112E8,\"fmt\":\"271.358M\",\"longFmt\":\"271,358,112\"},\"gmtOffSetMilliseconds\":-14400000,\"language\":\"en-US\",\"regularMarketTime\":{\"raw\":1730469942,\"fmt\":\"10:05AM
EDT\"},\"regularMarketChangePercent\":{\"raw\":2.1712158,\"fmt\":\"2.17%\"},\"quoteType\":\"ETF\",\"typeDisp\":\"ETF\",\"tradeable\":false,\"regularMarketPreviousClose\":{\"raw\":48.36,\"fmt\":\"48.36\"},\"exchangeTimezoneName\":\"America/New_York\",\"regularMarketChange\":{\"raw\":1.05,\"fmt\":\"1.05\"},\"cryptoTradeable\":false,\"firstTradeDateMilliseconds\":1513607400000,\"exchangeDataDelayedBy\":0,\"exchangeTimezoneShortName\":\"EDT\",\"hasPrePostMarketData\":true,\"regularMarketPrice\":{\"raw\":49.41,\"fmt\":\"49.41\"},\"marketState\":\"REGULAR\",\"customPriceAlertConfidence\":\"LOW\",\"market\":\"us_market\",\"quoteSourceName\":\"Nasdaq Real Time Price\",\"priceHint\":2,\"exchange\":\"PCX\",\"sourceInterval\":15,\"shortName\":\"Franklin FTSE Taiwan ETF\",\"region\":\"US\",\"triggerable\":false,\"longName\":\"Franklin FTSE Taiwan
ETF\"},\"NKE\":{\"fullExchangeName\":\"NYSE\",\"symbol\":\"NKE\",\"averageAnalystRating\":\"2.4 - Buy\",\"gmtOffSetMilliseconds\":-14400000,\"language\":\"en-US\",\"regularMarketTime\":{\"raw\":1730470806,\"fmt\":\"10:20AM
EDT\"},\"regularMarketChangePercent\":{\"raw\":0.47323415,\"fmt\":\"0.47%\"},\"quoteType\":\"EQUITY\",\"typeDisp\":\"Equity\",\"tradeable\":false,\"regularMarketPreviousClose\":{\"raw\":77.13,\"fmt\":\"77.13\"},\"exchangeTimezoneName\":\"America/New_York\",\"regularMarketChange\":{\"raw\":0.3650055,\"fmt\":\"0.37\"},\"cryptoTradeable\":false,\"firstTradeDateMilliseconds\":344615400000,\"exchangeDataDelayedBy\":0,\"exchangeTimezoneShortName\":\"EDT\",\"hasPrePostMarketData\":true,\"regularMarketPrice\":{\"raw\":77.495,\"fmt\":\"77.50\"},\"marketState\":\"REGULAR\",\"customPriceAlertConfidence\":\"LOW\",\"market\":\"us_market\",\"quoteSourceName\":\"Nasdaq Real Time
Price\",\"priceHint\":2,\"exchange\":\"NYQ\",\"sourceInterval\":15,\"shortName\":\"Nike, Inc.\",\"region\":\"US\",\"triggerable\":false,\"longName\":\"NIKE,
Inc.\"},\"AEO\":{\"fullExchangeName\":\"NYSE\",\"symbol\":\"AEO\",\"averageAnalystRating\":\"2.8 - Hold\",\"gmtOffSetMilliseconds\":-14400000,\"language\":\"en-US\",\"regularMarketTime\":{\"raw\":1730470794,\"fmt\":\"10:19AM EDT\"},\"regularMarketChangePercent\":{\"raw\":-0.20419048,\"fmt\":\"-0.20%\"},\"quoteType\":\"EQUITY\",\"typeDisp\":\"Equity\",\"tradeable\":false,\"regularMarketPreviousClose\":{\"raw\":19.59,\"fmt\":\"19.59\"},\"exchangeTimezoneName\":\"America/New_York\",\"regularMarketChange\":{\"raw\":-0.040000916,\"fmt\":\"-0.04\"},\"cryptoTradeable\":false,\"firstTradeDateMilliseconds\":766330200000,\"exchangeDataDelayedBy\":0,\"exchangeTimezoneShortName\":\"EDT\",\"hasPrePostMarketData\":true,\"regularMarketPrice\":{\"raw\":19.55,\"fmt\":\"19.55\"},\"marketState\":\"REGULAR\",\"customPriceAlertConfidence\":\"LOW\",\"market\":\"us_market\",\"quoteSourceName\":\"Nasdaq Real Time Price\",\"priceHint\":2,\"exchange\":\"NYQ\",\"sourceInterval\":15,\"shortName\":\"American Eagle Outfitters, Inc.\",\"region\":\"US\",\"triggerable\":false,\"longName\":\"American Eagle Outfitters,
Inc.\"},\"DBRG\":{\"fullExchangeName\":\"NYSE\",\"symbol\":\"DBRG\",\"averageAnalystRating\":\"1.9 - Buy\",\"gmtOffSetMilliseconds\":-

14400000,\"language\":\"en-US\",\"regularMarketTime\":{\"raw\":1730470809,\"fmt\":\"10:20AM EDT\"},\"regularMarketChangePercent\":{\"raw\":-16.698534,\"fmt\":\"-16.70%\"},\"quoteType\":\"EQUITY\",\"typeDisp\":\"Equity\",\"tradeable\":false,\"regularMarketPreviousClose\":{\"raw\":15.69,\"fmt\":\"15.69\"},\"exchangeTimezoneName\":\"America/New_York\",\"regularMarketChange\":{\"raw\":-2.62,\"fmt\":\"-2.62\"},\"cryptoTradeable\":false,\"firstTradeDateMilliseconds\":1403875800000,\"exchangeDataDelayedBy\":0,\"exchangeTimezoneShortName\":\"EDT\",\"hasPrePostMarketData\":true,\"regularMarketPrice\":{\"raw\":13.07,\"fmt\":\"13.07\"},\"marketState\":\"REGULAR\",\"customPriceAlertConfidence\":\"LOW\",\"market\":\"us_market\",\"quoteSourceName\":\"Nasdaq Real Time Price\",\"priceHint\":2,\"exchange\":\"NYQ\",\"sourceInterval\":15,\"shortName\":\"DigitalBridge Group, Inc.\",\"region\":\"US\",\"triggerable\":false,\"longName\":\"DigitalBridge Group, Inc.\"},\"DMLP\":{\"fullExchangeName\":\"NasdaqGS\",\"symbol\":\"DMLP\",\"gmtOffSetMilliseconds\":-14400000,\"language\":\"en-US\",\"regularMarketTime\":{\"raw\":1730470666,\"fmt\":\"10:17AM EDT\"},\"regularMarketChangePercent\":{\"raw\":-0.7154975,\"fmt\":\"-0.72%\"},\"quoteType\":\"EQUITY\",\"typeDisp\":\"Equity\",\"tradeable\":false,\"regularMarketPreviousClose\":{\"raw\":31.95,\"fmt\":\"31.95\"},\"exchangeTimezoneName\":\"America/New_York\",\"regularMarketChange\":{\"raw\":-0.22860146,\"fmt\":\"-0.23\"},\"cryptoTradeable\":false,\"firstTradeDateMilliseconds\":1044282600000,\"exchangeDataDelayedBy\":0,\"exchangeTimezoneShortName\":\"EDT\",\"hasPrePostMarketData\":true,\"regularMarketPrice\":{\"raw\":31.7214,\"fmt\":\"31.72\"},\"marketState\":\"REGULAR\",\"customPriceAlertConfidence\":\"HIGH\",\"market\":\"us_market\",\"quoteSourceName\":\"Nasdaq Real Time Price\",\"priceHint\":2,\"exchange\":\"NMS\",\"sourceInterval\":15,\"shortName\":\"Dorchester Minerals, L.P.\",\"region\":\"US\",\"triggerable\":true,\"longName\":\"Dorchester Minerals, L.P.\"},\"HASI\":{\"fullExchangeName\":\"NYSE\",\"symbol\":\"HASI\",\"averageAnalystRating\":\"2.0 - Buy\",\"gmtOffSetMilliseconds\":-14400000,\"language\":\"en-US\",\"regularMarketTime\":{\"raw\":1730470776,\"fmt\":\"10:19AM EDT\"},\"regularMarketChangePercent\":{\"raw\":1.4861293,\"fmt\":\"1.49%\"},\"quoteType\":\"EQUITY\",\"typeDisp\":\"Equity\",\"tradeable\":false,\"regularMarketPreviousClose\":{\"raw\":34.99,\"fmt\":\"34.99\"},\"exchangeTimezoneName\":\"America/New_York\",\"regularMarketChange\":{\"raw\":0.51999664,\"fmt\":\"0.52\"},\"cryptoTradeable\":false,\"firstTradeDateMilliseconds\":1366291800000,\"exchangeDataDelayedBy\":0,\"exchangeTimezoneShortName\":\"EDT\",\"hasPrePostMarketData\":true,\"regularMarketPrice\":{\"raw\":35.51,\"fmt\":\"35.51\"},\"marketState\":\"REGULAR\",\"customPriceAlertConfidence\":\"LOW\",\"market\":\"us_market\",\"quoteSourceName\":\"Nasdaq Real Time Price\",\"priceHint\":2,\"exchange\":\"NYQ\",\"sourceInterval\":15,\"shortName\":\"HA Sustainable Infrastructure C\",\"region\":\"US\",\"triggerable\":false,\"longName\":\"HA Sustainable Infrastructure Capital, Inc.\"},\"SMH\":{\"fullExchangeName\":\"NasdaqGM\",\"symbol\":\"SMH\",\"netAssets\":{\"raw\":2.38858342E10,\"fmt\":\"23.886B\",\"longFmt\":\"23,885,834,240\"},\"gmtOffSetMilliseconds\":-14400000,\"language\":\"en-US\",\"regularMarketTime\":{\"raw\":1730470809,\"fmt\":\"10:20AM EDT\"},\"regularMarketChangePercent\":{\"raw\":2.0771286,\"fmt\":\"2.08%\"},\"quoteType\":\"ETF\",\"typeDisp\":\"ETF\",\"tradeable\":false,\"regularMarketPreviousClose\":{\"raw\":241.68,\"fmt\":\"241.68\"},\"exchangeTimezoneName\":\"America/New_York\",\"regularMarketChange\":{\"raw\":5.0200043,\"fmt\":\"5.02\"},\"cryptoTradeable\":false,\"firstTradeDateMilliseconds\":960211800000,\"exchangeDataDelayedBy\":0,\"exchangeTimezoneShortName\":\"EDT\",\"hasPrePostMarketData\":true,\"regularMarketPrice\":{\"raw\":246.7,\"fmt\":\"246.70\"},\"marketState\":\"REGULAR\",\"customPriceAlertConfidence\":\"LOW\",\"market\":\"us_market\",\"quoteSourceName\":\"Nasdaq Real Time Price\",\"priceHint\":2,\"exchange\":\"NGM\",\"sourceInterval\":15,\"shortName\":\"VanEck Semiconductor ETF\",\"region\":\"US\",\"triggerable\":false,\"longName\":\"VanEck Semiconductor ETF\"},\"CAR\":{\"fullExchangeName\":\"NasdaqGS\",\"symbol\":\"CAR\",\"averageAnalystRating\":\"2.0 - Buy\",\"gmtOffSetMilliseconds\":-14400000,\"language\":\"en-US\",\"regularMarketTime\":{\"raw\":1730470807,\"fmt\":\"10:20AM EDT\"},\"regularMarketChangePercent\":{\"raw\":15.674821,\"fmt\":\"15.67%\"},\"quoteType\":\"EQUITY\",\"typeDisp\":\"Equity\",\"tradeable\":false,\"regularMarketPreviousClose\":{\"raw\":83.0,\"fmt\":\"83.00\"},\"exchangeTimezoneName\":\"America/New_York\",\"regularMarketChange\":{\"raw\":13.010101,\"fmt\":\"13.01\"},\"cryptoTradeable\":false,\"firstTradeDateMilliseconds\":432394200000,\"exchangeDataDelayedBy\":0,\"exchangeTimezoneShortName\":\"EDT\",\"hasPrePostMarketData\":true,\"regularMarketPrice\":{\"raw\":96.0101,\"fmt\":\"96.01\"},\"marketState\":\"REGULAR\",\"customPriceAlertConfidence\":\"HI

GH\",\"market\":\"us_market\",\"quoteSourceName\":\"Nasdaq Real Time
Price\",\"priceHint\":2,\"exchange\":\"NMS\",\"sourceInterval\":15,\"shortName\":\"Avis Budget Group,
Inc.\",\"region\":\"US\",\"triggerable\":true,\"longName\":\"Avis Budget Group,
Inc.\"},\"INTC\":{\"fullExchangeName\":\"NasdaqGS\",\"symbol\":\"INTC\",\"averageAnalystRating\":\"3.1 - Hold\",\"gmtOffSetMilliseconds\":-
14400000,\"language\":\"en-US\",\"regularMarketTime\":{\"raw\":1730470811,\"fmt\":\"10:20AM
EDT\"},\"regularMarketChangePercent\":{\"raw\":6.435187,\"fmt\":\"6.44%\"},\"quoteType\":\"EQUITY\",\"typeDisp\":\"Equity\",\"tradeable\":false,\"regularM
arketPreviousClose\":{\"raw\":21.52,\"fmt\":\"21.52\"},\"exchangeTimezoneName\":\"America/New_York\",\"regularMarketChange\":{\"raw\":1.3850002,\"fmt
\":\"1.39\"},\"cryptoTradeable\":false,\"firstTradeDateMilliseconds\":322151400000,\"exchangeDataDelayedBy\":0,\"exchangeTimezoneShortName\":\"EDT\",\"
hasPrePostMarketData\":true,\"regularMarketPrice\":{\"raw\":22.905,\"fmt\":\"22.91\"},\"marketState\":\"REGULAR\",\"customPriceAlertConfidence\":\"HIGH
\",\"market\":\"us_market\",\"quoteSourceName\":\"Nasdaq Real Time Price\",\"priceHint\":2,\"exchange\":\"NMS\",\"sourceInterval\":15,\"shortName\":\"Intel
Corporation\",\"region\":\"US\",\"triggerable\":true,\"longName\":\"Intel
Corporation\"},\"MCO\":{\"fullExchangeName\":\"NYSE\",\"symbol\":\"MCO\",\"averageAnalystRating\":\"2.3 - Buy\",\"gmtOffSetMilliseconds\":-
14400000,\"language\":\"en-US\",\"regularMarketTime\":{\"raw\":1730470801,\"fmt\":\"10:20AM
EDT\"},\"regularMarketChangePercent\":{\"raw\":1.0461633,\"fmt\":\"1.05%\"},\"quoteType\":\"EQUITY\",\"typeDisp\":\"Equity\",\"tradeable\":false,\"regular
MarketPreviousClose\":{\"raw\":454.04,\"fmt\":\"454.04\"},\"exchangeTimezoneName\":\"America/New_York\",\"regularMarketChange\":{\"raw\":4.75,\"fmt\":
\"4.75\"},\"cryptoTradeable\":false,\"firstTradeDateMilliseconds\":783613800000,\"exchangeDataDelayedBy\":0,\"exchangeTimezoneShortName\":\"EDT\",\"ha
sPrePostMarketData\":true,\"regularMarketPrice\":{\"raw\":458.79,\"fmt\":\"458.79\"},\"marketState\":\"REGULAR\",\"customPriceAlertConfidence\":\"LOW\"
,\"market\":\"us_market\",\"quoteSourceName\":\"Nasdaq Real Time
Price\",\"priceHint\":2,\"exchange\":\"NYQ\",\"sourceInterval\":15,\"shortName\":\"Moody's
Corporation\",\"region\":\"US\",\"triggerable\":false,\"longName\":\"Moody's
Corporation\"},\"EPD\":{\"fullExchangeName\":\"NYSE\",\"symbol\":\"EPD\",\"averageAnalystRating\":\"1.7 - Buy\",\"gmtOffSetMilliseconds\":-
14400000,\"language\":\"en-US\",\"regularMarketTime\":{\"raw\":1730470807,\"fmt\":\"10:20AM
EDT\"},\"regularMarketChangePercent\":{\"raw\":0.45359758,\"fmt\":\"0.45%\"},\"quoteType\":\"EQUITY\",\"typeDisp\":\"Equity\",\"tradeable\":false,\"regula
rMarketPreviousClose\":{\"raw\":28.66,\"fmt\":\"28.66\"},\"exchangeTimezoneName\":\"America/New_York\",\"regularMarketChange\":{\"raw\":0.13000107,\"
fmt\":\"0.13\"},\"cryptoTradeable\":false,\"firstTradeDateMilliseconds\":901632600000,\"exchangeDataDelayedBy\":0,\"exchangeTimezoneShortName\":\"EDT\
",\"hasPrePostMarketData\":true,\"regularMarketPrice\":{\"raw\":28.79,\"fmt\":\"28.79\"},\"marketState\":\"REGULAR\",\"customPriceAlertConfidence\":\"LO
W\",\"market\":\"us_market\",\"quoteSourceName\":\"Nasdaq Real Time
Price\",\"priceHint\":2,\"exchange\":\"NYQ\",\"sourceInterval\":15,\"shortName\":\"Enterprise Products Partners
L.\",\"region\":\"US\",\"triggerable\":false,\"longName\":\"Enterprise Products Partners
L.P.\"},\"GEHC\":{\"fullExchangeName\":\"NasdaqGS\",\"symbol\":\"GEHC\",\"averageAnalystRating\":\"2.2 - Buy\",\"gmtOffSetMilliseconds\":-
14400000,\"language\":\"en-US\",\"regularMarketTime\":{\"raw\":1730470789,\"fmt\":\"10:19AM
EDT\"},\"regularMarketChangePercent\":{\"raw\":0.58958143,\"fmt\":\"0.59%\"},\"quoteType\":\"EQUITY\",\"typeDisp\":\"Equity\",\"tradeable\":false,\"regula
rMarketPreviousClose\":{\"raw\":87.35,\"fmt\":\"87.35\"},\"exchangeTimezoneName\":\"America/New_York\",\"regularMarketChange\":{\"raw\":0.5149994,\"f
mt\":\"0.51\"},\"cryptoTradeable\":false,\"firstTradeDateMilliseconds\":1671114600000,\"exchangeDataDelayedBy\":0,\"exchangeTimezoneShortName\":\"EDT
\",\"hasPrePostMarketData\":true,\"regularMarketPrice\":{\"raw\":87.865,\"fmt\":\"87.86\"},\"marketState\":\"REGULAR\",\"customPriceAlertConfidence\":\"HI
GH\",\"market\":\"us_market\",\"quoteSourceName\":\"Nasdaq Real Time
Price\",\"priceHint\":2,\"exchange\":\"NMS\",\"sourceInterval\":15,\"shortName\":\"GE HealthCare Technologies
Inc.\",\"region\":\"US\",\"triggerable\":true,\"longName\":\"GE HealthCare Technologies
Inc.\"},\"TEAM\":{\"fullExchangeName\":\"NasdaqGS\",\"symbol\":\"TEAM\",\"averageAnalystRating\":\"2.2 - Buy\",\"gmtOffSetMilliseconds\":-
14400000,\"language\":\"en-US\",\"regularMarketTime\":{\"raw\":1730470808,\"fmt\":\"10:20AM

EDT\"},\"regularMarketChangePercent\":{\"raw\":14.490298,\"fmt\":\"14.49%\"},\"quoteType\":\"EQUITY\",\"typeDisp\":\"Equity\",\"tradeable\":false,\"regula rMarketPreviousClose\":{\"raw\":188.54,\"fmt\":\"188.54\"},\"exchangeTimezoneName\":\"America/New_York\",\"regularMarketChange\":{\"raw\":27.320007,\ "fmt\":\"27.32\"},\"cryptoTradeable\":false,\"firstTradeDateMilliseconds\":1449671400000,\"exchangeDataDelayedBy\":0,\"exchangeTimezoneShortName\":\"E DT\",\"hasPrePostMarketData\":true,\"regularMarketPrice\":{\"raw\":215.86,\"fmt\":\"215.86\"},\"marketState\":\"REGULAR\",\"customPriceAlertConfidence\" :\"HIGH\",\"market\":\"us_market\",\"quoteSourceName\":\"Nasdaq Real Time
Price\",\"priceHint\":2,\"exchange\":\"NMS\",\"sourceInterval\":15,\"shortName\":\"Atlassian
Corporation\",\"region\":\"US\",\"triggerable\":true,\"longName\":\"Atlassian
Corporation\"},\"BXP\":{\"fullExchangeName\":\"NYSE\",\"symbol\":\"BXP\",\"averageAnalystRating\":\"2.6 - Hold\",\"gmtOffSetMilliseconds\":-
14400000,\"language\":\"en-US\",\"regularMarketTime\":{\"raw\":1730470805,\"fmt\":\"10:20AM
EDT\"},\"regularMarketChangePercent\":{\"raw\":0.24826786,\"fmt\":\"0.25%\"},\"quoteType\":\"EQUITY\",\"typeDisp\":\"Equity\",\"tradeable\":false,\"regula rMarketPreviousClose\":{\"raw\":80.56,\"fmt\":\"80.56\"},\"exchangeTimezoneName\":\"America/New_York\",\"regularMarketChange\":{\"raw\":0.20000458,\" fmt\":\"0.20\"},\"cryptoTradeable\":false,\"firstTradeDateMilliseconds\":866640600000,\"exchangeDataDelayedBy\":0,\"exchangeTimezoneShortName\":\"EDT\ ",\"hasPrePostMarketData\":true,\"regularMarketPrice\":{\"raw\":80.76,\"fmt\":\"80.76\"},\"marketState\":\"REGULAR\",\"customPriceAlertConfidence\":\"LO W\",\"market\":\"us_market\",\"quoteSourceName\":\"Nasdaq Real Time
Price\",\"priceHint\":2,\"exchange\":\"NYQ\",\"sourceInterval\":15,\"shortName\":\"BXP, Inc.\",\"region\":\"US\",\"triggerable\":false,\"longName\":\"BXP, Inc.\"},\"GSAT\":{\"fullExchangeName\":\"NYSE American\",\"symbol\":\"GSAT\",\"averageAnalystRating\":\"2.2 - Buy\",\"gmtOffSetMilliseconds\":-
14400000,\"language\":\"en-US\",\"regularMarketTime\":{\"raw\":1730470810,\"fmt\":\"10:20AM
EDT\"},\"regularMarketChangePercent\":{\"raw\":20.97923,\"fmt\":\"20.98%\"},\"quoteType\":\"EQUITY\",\"typeDisp\":\"Equity\",\"tradeable\":false,\"regular MarketPreviousClose\":{\"raw\":1.05,\"fmt\":\"1.0500\"},\"exchangeTimezoneName\":\"America/New_York\",\"regularMarketChange\":{\"raw\":0.22110009,\"f mt\":\"0.2211\"},\"cryptoTradeable\":false,\"firstTradeDateMilliseconds\":1162477800000,\"exchangeDataDelayedBy\":0,\"exchangeTimezoneShortName\":\"E DT\",\"hasPrePostMarketData\":true,\"regularMarketPrice\":{\"raw\":1.2711,\"fmt\":\"1.2711\"},\"marketState\":\"REGULAR\",\"customPriceAlertConfidence\": \"LOW\",\"market\":\"us_market\",\"quoteSourceName\":\"Nasdaq Real Time
Price\",\"priceHint\":4,\"exchange\":\"ASE\",\"sourceInterval\":15,\"shortName\":\"Globalstar,
Inc.\",\"region\":\"US\",\"triggerable\":false,\"longName\":\"Globalstar,
Inc.\"},\"AMZN\":{\"fullExchangeName\":\"NasdaqGS\",\"symbol\":\"AMZN\",\"averageAnalystRating\":\"1.8 - Buy\",\"gmtOffSetMilliseconds\":-
14400000,\"language\":\"en-US\",\"regularMarketTime\":{\"raw\":1730470811,\"fmt\":\"10:20AM
EDT\"},\"regularMarketChangePercent\":{\"raw\":6.612131,\"fmt\":\"6.61%\"},\"quoteType\":\"EQUITY\",\"typeDisp\":\"Equity\",\"tradeable\":false,\"regularM arketPreviousClose\":{\"raw\":186.4,\"fmt\":\"186.40\"},\"exchangeTimezoneName\":\"America/New_York\",\"regularMarketChange\":{\"raw\":12.325012,\"fm t\":\"12.33\"},\"cryptoTradeable\":false,\"firstTradeDateMilliseconds\":863703000000,\"exchangeDataDelayedBy\":0,\"exchangeTimezoneShortName\":\"EDT\" ,\"hasPrePostMarketData\":true,\"regularMarketPrice\":{\"raw\":198.725,\"fmt\":\"198.73\"},\"marketState\":\"REGULAR\",\"customPriceAlertConfidence\":\"H IGH\",\"market\":\"us_market\",\"quoteSourceName\":\"Nasdaq Real Time
Price\",\"priceHint\":2,\"exchange\":\"NMS\",\"sourceInterval\":15,\"shortName\":\"Amazon.com,
Inc.\",\"region\":\"US\",\"triggerable\":true,\"longName\":\"Amazon.com,
Inc.\"},\"ONTO\":{\"fullExchangeName\":\"NYSE\",\"symbol\":\"ONTO\",\"averageAnalystRating\":\"1.8 - Buy\",\"gmtOffSetMilliseconds\":-
14400000,\"language\":\"en-US\",\"regularMarketTime\":{\"raw\":1730470795,\"fmt\":\"10:19AM EDT\"},\"regularMarketChangePercent\":{\"raw\":-
9.137855,\"fmt\":\"-
9.14%\"},\"quoteType\":\"EQUITY\",\"typeDisp\":\"Equity\",\"tradeable\":false,\"regularMarketPreviousClose\":{\"raw\":198.33,\"fmt\":\"198.33\"},\"exchange TimezoneName\":\"America/New_York\",\"regularMarketChange\":{\"raw\":-18.123108,\"fmt\":\"-
18.12\"},\"cryptoTradeable\":false,\"firstTradeDateMilliseconds\":1572269400000,\"exchangeDataDelayedBy\":0,\"exchangeTimezoneShortName\":\"EDT\",\"h asPrePostMarketData\":true,\"regularMarketPrice\":{\"raw\":180.2069,\"fmt\":\"180.21\"},\"marketState\":\"REGULAR\",\"customPriceAlertConfidence\":\"LO

W\",\"market\":\"us_market\",\"quoteSourceName\":\"Nasdaq Real Time
Price\",\"priceHint\":2,\"exchange\":\"NYQ\",\"sourceInterval\":15,\"shortName\":\"Onto Innovation
Inc.\",\"region\":\"US\",\"triggerable\":false,\"longName\":\"Onto Innovation
Inc.\"},\"CTO\":{\"fullExchangeName\":\"NYSE\",\"symbol\":\"CTO\",\"averageAnalystRating\":\"1.6 - Buy\",\"gmtOffSetMilliseconds\":-
14400000,\"language\":\"en-US\",\"regularMarketTime\":{\"raw\":1730470800,\"fmt\":\"10:20AM
EDT\"},\"regularMarketChangePercent\":{\"raw\":1.0594311,\"fmt\":\"1.06%\"},\"quoteType\":\"EQUITY\",\"typeDisp\":\"Equity\",\"tradeable\":false,\"regular
MarketPreviousClose\":{\"raw\":19.35,\"fmt\":\"19.35\"},\"exchangeTimezoneName\":\"America/New_York\",\"regularMarketChange\":{\"raw\":0.20499992,\"f
mt\":\"0.20\"},\"cryptoTradeable\":false,\"firstTradeDateMilliseconds\":322151400000,\"exchangeDataDelayedBy\":0,\"exchangeTimezoneShortName\":\"EDT\
",\"hasPrePostMarketData\":true,\"regularMarketPrice\":{\"raw\":19.555,\"fmt\":\"19.56\"},\"marketState\":\"REGULAR\",\"customPriceAlertConfidence\":\"LO
W\",\"market\":\"us_market\",\"quoteSourceName\":\"Nasdaq Real Time
Price\",\"priceHint\":2,\"exchange\":\"NYQ\",\"sourceInterval\":15,\"shortName\":\"CTO Realty Growth,
Inc.\",\"region\":\"US\",\"triggerable\":false,\"longName\":\"CTO Realty Growth, Inc.\"}}},\"error\":null}}"}</script>
              <script type="application/json" data-sveltekit-fetched data-
url="/xhr/ncp?location=US&amp;queryRef=relatedContentSeamless&amp;serviceKey=ncp_fin&amp;listName=related-content&amp;lang=en-
US&amp;region=US" data-hash="gxj5s2" data-
ttl="120">{"status":200,"statusText":"OK","headers":{},"body":"{\"data\":{\"relatedContentStream\":{\"stream\":[{\"id\":\"88826397-1cac-3fb7-9ff4-
967935d997f4\",\"content\":{\"commentsAllowed\":true,\"isCreatorContent\":false,\"presentation\":null,\"author\":{\"displayName\":\"\",\"byline\":\"\"},\"provid
er\":\"id\":\"c3815719-8124-32cd-8487-fa3000a5427e\",\"displayName\":\"Reuters\",\"sourceId\":\"reuters-
finance.com\"},\"reasons\":null,\"readingMeta\":{\"wpm200\":100,\"wordCount\":332},\"title\":\"Self-proclaimed bitcoin inventor faces contempt of court case
over $1.2 billion UK lawsuit\",\"canonicalUrl\":{\"url\":\"https://finance.yahoo.com/news/self-proclaimed-bitcoin-inventor-faces-
130358112.html\"},\"clickThroughUrl\":{\"url\":\"https://finance.yahoo.com/news/self-proclaimed-bitcoin-inventor-faces-
130358112.html\"}}},{\"id\":\"494dca1a-36f4-3f1c-bafb-
769d82136b43\",\"content\":{\"commentsAllowed\":true,\"isCreatorContent\":false,\"presentation\":null,\"author\":{\"displayName\":\"Patricia
Battle\",\"byline\":\"\"},\"provider\":{\"id\":\"73b000b3-2fa6-323d-a07e-
64a024a4c854\",\"displayName\":\"TheStreet\",\"sourceId\":\"thestreet_881\"},\"reasons\":null,\"readingMeta\":{\"wpm200\":199,\"wordCount\":663},\"title\":\"
Starbucks CEO reveals major changes to stores after sales decline\",\"canonicalUrl\":{\"url\":\"https://finance.yahoo.com/news/starbucks-customers-will-
face-new-norm-in-stores-after-sales-dip\"},\"clickThroughUrl\":{\"url\":\"https://finance.yahoo.com/news/starbucks-customers-face-norm-stores-
000300954.html\"}}},{\"id\":\"0ce08768-2b12-30c7-82b8-
167ccb9e86a0\",\"content\":{\"commentsAllowed\":true,\"isCreatorContent\":false,\"presentation\":null,\"author\":{\"displayName\":\"Patrick Villanova,
CEPF®\",\"byline\":\"\"},\"provider\":{\"id\":\"c7057c77-0d41-3b6a-ac64-
6e6ac6ce174e\",\"displayName\":\"SmartAsset\",\"sourceId\":\"smartasset_475\"},\"reasons\":null,\"readingMeta\":{\"wpm200\":401,\"wordCount\":1334},\"title
\":\"You Could Be Doing More: How to Limit Taxes in Retirement\",\"canonicalUrl\":{\"url\":\"https://finance.yahoo.com/news/could-doing-more-limit-taxes-
143008905.html\"},\"clickThroughUrl\":{\"url\":\"https://finance.yahoo.com/news/could-doing-more-limit-taxes-143008905.html\"}}},{\"id\":\"5156b74d-b1a7-
3d26-ba96-3545c7ff60a1\",\"content\":{\"commentsAllowed\":true,\"isCreatorContent\":false,\"presentation\":null,\"author\":{\"displayName\":\"Phil
Wahba\",\"byline\":\"\"},\"provider\":{\"id\":\"935b1d8e-e3f3-3822-b28e-
dcf5b6c4f03e\",\"displayName\":\"Fortune\",\"sourceId\":\"fortune_175\"},\"reasons\":null,\"readingMeta\":{\"wpm200\":239,\"wordCount\":795},\"title\":\"Star
bucks' new CEO just delivered what employees and investors have been craving after years of drama and
missteps\",\"canonicalUrl\":{\"url\":\"https://finance.yahoo.com/news/starbucks-ceo-just-delivered-employees-
195504824.html\"},\"clickThroughUrl\":{\"url\":\"https://finance.yahoo.com/news/starbucks-ceo-just-delivered-employees-
195504824.html\"}}},{\"id\":\"c648e91d-ed41-474f-8f57-

def772982988\",\"content\":{\"commentsAllowed\":true,\"isCreatorContent\":false,\"presentation\":null,\"author\":{\"displayName\":\"Alexandra Canal\",\"byline\":\"Senior Reporter\"},\"provider\":{\"id\":\"c9a91351-e63e-381c-8c4f-1ba10f39b666\",\"displayName\":\"Yahoo Finance\",\"sourceId\":\"yahoofinance.com\"},\"reasons\":null,\"readingMeta\":{\"wpm200\":0,\"wordCount\":0},\"title\":\"Comcast considers spinning off cable networks 'to play some offense' amid industry turmoil\",\"canonicalUrl\":{\"url\":\"https://finance.yahoo.com/news/comcast-considers-spinning-off-cable-networks-to-play-some-offense-amid-industry-turmoil-145552897.html\"},\"clickThroughUrl\":{\"url\":\"https://finance.yahoo.com/news/comcast-considers-spinning-off-cable-networks-to-play-some-offense-amid-industry-turmoil-145552897.html\"}}},{\"id\":\"39579f54-323d-32f5-9ebd-21eb9522963d\",\"content\":{\"commentsAllowed\":true,\"isCreatorContent\":false,\"presentation\":null,\"author\":{\"displayName\":\"Ava Benny-Morrison\",\"byline\":\"\"},\"provider\":{\"id\":\"ccfcf59a-0e8a-3e6c-a46a-68dbfcc3bf42\",\"displayName\":\"Bloomberg\",\"sourceId\":\"bloomberg_markets_842\"},\"reasons\":null,\"readingMeta\":{\"wpm200\":171,\"wordCount\":568},\"title\":\"Citadel Securities' Trade Secrets Suit Proceeds Against Portofino\",\"canonicalUrl\":{\"url\":\"https://finance.yahoo.com/news/citadel-securities-trade-secrets-suit-214229648.html\"},\"clickThroughUrl\":{\"url\":\"https://finance.yahoo.com/news/citadel-securities-trade-secrets-suit-214229648.html\"}}},{\"id\":\"9e26125b-7b5c-3c78-9490-d36b3a80960a\",\"content\":{\"commentsAllowed\":true,\"isCreatorContent\":false,\"presentation\":null,\"author\":{\"displayName\":\"Erik Larson\",\"byline\":\"\"},\"provider\":{\"id\":\"ccfcf59a-0e8a-3e6c-a46a-68dbfcc3bf42\",\"displayName\":\"Bloomberg\",\"sourceId\":\"bloomberg_markets_842\"},\"reasons\":null,\"readingMeta\":{\"wpm200\":120,\"wordCount\":399},\"title\":\"Ex-JPMorgan Adviser to Halt Client Poaching Amid Arbitration\",\"canonicalUrl\":{\"url\":\"https://finance.yahoo.com/news/ex-jpmorgan-adviser-agrees-temporarily-223655112.html\"},\"clickThroughUrl\":{\"url\":\"https://finance.yahoo.com/news/ex-jpmorgan-adviser-agrees-temporarily-223655112.html\"}}}]}},\"status\":\"OK\"}"}</script>
            <script type="application/json" data-sveltekit-fetched data-url="https://query1.finance.yahoo.com/v1/finance/trending/US?count=25&amp;fields=logoUrl%2ClongName%2CshortName%2CregularMarketChange%2CregularMarketChangePercent%2CregularMarketPrice&amp;format=true&amp;useQuotes=true&amp;quoteType=ALL&amp;lang=en-US&amp;region=US" data-ttl="300">{"status":200,"statusText":"OK","headers":{},"body":"{\"finance\":{\"result\":[{\"count\":25,\"quotes\":[{\"fullExchangeName\":\"NasdaqGS\",\"symbol\":\"AMZN\",\"gmtOffSetMilliseconds\":-14400000,\"language\":\"en-US\",\"regularMarketTime\":{\"raw\":1730471023,\"fmt\":\"10:23AM EDT\"},\"regularMarketChangePercent\":{\"raw\":6.630959,\"fmt\":\"6.63%\"},\"quoteType\":\"EQUITY\",\"typeDisp\":\"Equity\",\"companyLogoUrl\":\"https://s.yimg.com/lb/brands/150x150_amazon.png\",\"tradeable\":false,\"regularMarketPreviousClose\":{\"raw\":186.4,\"fmt\":\"186.40\"},\"exchangeTimezoneName\":\"America/New_York\",\"trendingScore\":{\"raw\":181.47774334406768,\"fmt\":\"18,147.77%\"},\"regularMarketChange\":{\"raw\":12.360107,\"fmt\":\"12.36\"},\"cryptoTradeable\":false,\"exchangeDataDelayedBy\":0,\"firstTradeDateMilliseconds\":863703000000,\"exchangeTimezoneShortName\":\"EDT\",\"logoUrl\":\"https://s.yimg.com/lb/brands/150x150_amazon.png\",\"hasPrePostMarketData\":true,\"marketState\":\"REGULAR\",\"regularMarketPrice\":{\"raw\":198.7601,\"fmt\":\"198.76\"},\"customPriceAlertConfidence\":\"HIGH\",\"market\":\"us_market\",\"quoteSourceName\":\"Nasdaq Real Time Price\",\"priceHint\":2,\"exchange\":\"NMS\",\"sourceInterval\":15,\"shortName\":\"Amazon.com, Inc.\",\"region\":\"US\",\"triggerable\":true,\"longName\":\"Amazon.com, Inc.\"},{\"fullExchangeName\":\"NasdaqGS\",\"symbol\":\"INTC\",\"gmtOffSetMilliseconds\":-14400000,\"language\":\"en-US\",\"regularMarketTime\":{\"raw\":1730471022,\"fmt\":\"10:23AM EDT\"},\"regularMarketChangePercent\":{\"raw\":6.7746243,\"fmt\":\"6.77%\"},\"quoteType\":\"EQUITY\",\"typeDisp\":\"Equity\",\"companyLogoUrl\":\"https://s.yimg.com/lb/brands/150x150_intel.png\",\"tradeable\":false,\"regularMarketPreviousClose\":{\"raw\":21.52,\"fmt\":\"21.52\"},\"exchangeTimezoneName\":\"America/New_York\",\"trendingScore\":{\"raw\":95.7088005028326,\"fmt\":\"9,570.88%\"},\"regularMarketChange\":{\"raw\":1.4578991,\"fmt\":\"1.46\"},\"cryptoTradeable\":false,\"exchangeDataDelayedBy\":0,\"firstTradeDateMilliseconds\":322151400000,\"exchangeTimezoneShortName\":\"EDT\",\"logoUrl\":\"https://s.yimg.com/lb/brands/150x150_intel.png\",\"hasPrePostMarketData\":true,\"marketState\":\"REGULAR\",\"regularMarketPrice\":{\"raw\":22.9779,\"fmt\":\"22.98\"},\"customPriceAlertConfidence\":\"HIGH\",\"market\":\"us_market\",\"quoteSourceName\":\"Nasdaq Real Time Price\",\"priceHint\":2,\"exchange\":\"NMS\",\"sourceInterval\":15,\"shortName\":\"Intel

Corporation\",\"region\":\"US\",\"triggerable\":true,\"longName\":\"Intel
Corporation\"},{\"fullExchangeName\":\"NasdaqGS\",\"symbol\":\"AAPL\",\"gmtOffSetMilliseconds\":-14400000,\"language\":\"en-
US\",\"regularMarketTime\":{\"raw\":1730471022,\"fmt\":\"10:23AM EDT\"},\"regularMarketChangePercent\":{\"raw\":-0.56659675,\"fmt\":\"-
0.57%\"},\"quoteType\":\"EQUITY\",\"typeDisp\":\"Equity\",\"companyLogoUrl\":\"https://s.yimg.com/lb/brands/150x150_apple.png\",\"tradeable\":false,\"regu
larMarketPreviousClose\":{\"raw\":225.91,\"fmt\":\"225.91\"},\"exchangeTimezoneName\":\"America/New_York\",\"trendingScore\":{\"raw\":82.73744775206
248,\"fmt\":\"8,273.74%\"},\"regularMarketChange\":{\"raw\":-1.2799988,\"fmt\":\"-
1.28\"},\"cryptoTradeable\":false,\"exchangeDataDelayedBy\":0,\"firstTradeDateMilliseconds\":345479400000,\"exchangeTimezoneShortName\":\"EDT\",\"log
oUrl\":\"https://s.yimg.com/lb/brands/150x150_apple.png\",\"hasPrePostMarketData\":true,\"marketState\":\"REGULAR\",\"regularMarketPrice\":{\"raw\":224.6
3,\"fmt\":\"224.63\"},\"customPriceAlertConfidence\":\"HIGH\",\"market\":\"us_market\",\"quoteSourceName\":\"Nasdaq Real Time
Price\",\"priceHint\":2,\"exchange\":\"NMS\",\"sourceInterval\":15,\"shortName\":\"Apple Inc.\",\"region\":\"US\",\"triggerable\":true,\"longName\":\"Apple
Inc.\"},{\"fullExchangeName\":\"Toronto\",\"symbol\":\"AC.TO\",\"gmtOffSetMilliseconds\":-14400000,\"language\":\"en-
US\",\"regularMarketTime\":{\"raw\":1730471022,\"fmt\":\"10:23AM
EDT\"},\"regularMarketChangePercent\":{\"raw\":11.923688,\"fmt\":\"11.92%\"},\"quoteType\":\"EQUITY\",\"typeDisp\":\"Equity\",\"tradeable\":false,\"regular
MarketPreviousClose\":{\"raw\":18.87,\"fmt\":\"18.87\"},\"exchangeTimezoneName\":\"America/Toronto\",\"trendingScore\":{\"raw\":71.73128916083901,\"fm
t\":\"7,173.13%\"},\"regularMarketChange\":{\"raw\":2.25,\"fmt\":\"2.25\"},\"cryptoTradeable\":false,\"exchangeDataDelayedBy\":15,\"firstTradeDateMillisecon
ds\":1269955800000,\"exchangeTimezoneShortName\":\"EDT\",\"hasPrePostMarketData\":false,\"marketState\":\"REGULAR\",\"regularMarketPrice\":{\"raw\"
:21.12,\"fmt\":\"21.12\"},\"customPriceAlertConfidence\":\"LOW\",\"market\":\"ca_market\",\"quoteSourceName\":\"Free Realtime
Quote\",\"priceHint\":2,\"exchange\":\"TOR\",\"sourceInterval\":15,\"shortName\":\"AIR CANADA\",\"region\":\"US\",\"triggerable\":false,\"longName\":\"Air
Canada\"},{\"fullExchangeName\":\"NYSE\",\"symbol\":\"XOM\",\"gmtOffSetMilliseconds\":-14400000,\"language\":\"en-
US\",\"regularMarketTime\":{\"raw\":1730471023,\"fmt\":\"10:23AM
EDT\"},\"regularMarketChangePercent\":{\"raw\":0.33396077,\"fmt\":\"0.33%\"},\"quoteType\":\"EQUITY\",\"typeDisp\":\"Equity\",\"tradeable\":false,\"regula
rMarketPreviousClose\":{\"raw\":116.78,\"fmt\":\"116.78\"},\"exchangeTimezoneName\":\"America/New_York\",\"trendingScore\":{\"raw\":60.1908953450049
96,\"fmt\":\"6,019.09%\"},\"regularMarketChange\":{\"raw\":0.3899994,\"fmt\":\"0.39\"},\"cryptoTradeable\":false,\"exchangeDataDelayedBy\":0,\"firstTradeDa
teMilliseconds\":-
252322200000,\"exchangeTimezoneShortName\":\"EDT\",\"hasPrePostMarketData\":true,\"marketState\":\"REGULAR\",\"regularMarketPrice\":{\"raw\":117.1
7,\"fmt\":\"117.17\"},\"customPriceAlertConfidence\":\"LOW\",\"market\":\"us_market\",\"quoteSourceName\":\"Nasdaq Real Time
Price\",\"priceHint\":2,\"exchange\":\"NYQ\",\"sourceInterval\":15,\"shortName\":\"Exxon Mobil
Corporation\",\"region\":\"US\",\"triggerable\":false,\"longName\":\"Exxon Mobil Corporation\"},{\"fullExchangeName\":\"NYSE
American\",\"symbol\":\"GSAT\",\"gmtOffSetMilliseconds\":-14400000,\"language\":\"en-US\",\"regularMarketTime\":{\"raw\":1730471022,\"fmt\":\"10:23AM
EDT\"},\"regularMarketChangePercent\":{\"raw\":23.150368,\"fmt\":\"23.15%\"},\"quoteType\":\"EQUITY\",\"typeDisp\":\"Equity\",\"tradeable\":false,\"regula
rMarketPreviousClose\":{\"raw\":1.05,\"fmt\":\"1.0500\"},\"exchangeTimezoneName\":\"America/New_York\",\"trendingScore\":{\"raw\":50.00984242155095,\"
fmt\":\"5,000.98%\"},\"regularMarketChange\":{\"raw\":0.24250007,\"fmt\":\"0.2425\"},\"cryptoTradeable\":false,\"exchangeDataDelayedBy\":0,\"firstTradeDa
teMilliseconds\":1162477800000,\"exchangeTimezoneShortName\":\"EDT\",\"hasPrePostMarketData\":true,\"marketState\":\"REGULAR\",\"regularMarketPric
e\":{\"raw\":1.2925,\"fmt\":\"1.2925\"},\"customPriceAlertConfidence\":\"LOW\",\"market\":\"us_market\",\"quoteSourceName\":\"Nasdaq Real Time
Price\",\"priceHint\":4,\"exchange\":\"ASE\",\"sourceInterval\":15,\"shortName\":\"Globalstar,
Inc.\",\"region\":\"US\",\"triggerable\":false,\"longName\":\"Globalstar,
Inc.\"},{\"fullExchangeName\":\"NasdaqGS\",\"symbol\":\"TEAM\",\"gmtOffSetMilliseconds\":-14400000,\"language\":\"en-
US\",\"regularMarketTime\":{\"raw\":1730471017,\"fmt\":\"10:23AM
EDT\"},\"regularMarketChangePercent\":{\"raw\":14.559252,\"fmt\":\"14.56%\"},\"quoteType\":\"EQUITY\",\"typeDisp\":\"Equity\",\"companyLogoUrl\":\"htt
ps://s.yimg.com/lb/brands/150x150_atlassian.png\",\"tradeable\":false,\"regularMarketPreviousClose\":{\"raw\":188.54,\"fmt\":\"188.54\"},\"exchangeTimezone

Name\":\"America/New_York\",\"trendingScore\":{\"raw\":49.364773852375784,\"fmt\":\"4,936.48%\"},\"regularMarketChange\":{\"raw\":27.450012,\"fmt\":\"27.45\"},\"cryptoTradeable\":false,\"exchangeDataDelayedBy\":0,\"firstTradeDateMilliseconds\":1449671400000,\"exchangeTimezoneShortName\":\"EDT\",\"logoUrl\":\"https://s.yimg.com/lb/brands/150x150_atlassian.png\",\"hasPrePostMarketData\":true,\"marketState\":\"REGULAR\",\"regularMarketPrice\":{\"raw\":215.99,\"fmt\":\"215.99\"},\"customPriceAlertConfidence\":\"HIGH\",\"market\":\"us_market\",\"quoteSourceName\":\"Nasdaq Real Time Price\",\"priceHint\":2,\"exchange\":\"NMS\",\"sourceInterval\":15,\"shortName\":\"Atlassian Corporation\",\"region\":\"US\",\"triggerable\":true,\"longName\":\"Atlassian Corporation\"},{\"fullExchangeName\":\"NYSE\",\"symbol\":\"CVX\",\"gmtOffSetMilliseconds\":-14400000,\"language\":\"en-US\",\"regularMarketTime\":{\"raw\":1730471021,\"fmt\":\"10:23AM EDT\"},\"regularMarketChangePercent\":{\"raw\":3.8570735,\"fmt\":\"3.86%\"},\"quoteType\":\"EQUITY\",\"typeDisp\":\"Equity\",\"tradeable\":false,\"regularMarketPreviousClose\":{\"raw\":148.82,\"fmt\":\"148.82\"},\"exchangeTimezoneName\":\"America/New_York\",\"trendingScore\":{\"raw\":48.37307900232252,\"fmt\":\"4,837.31%\"},\"regularMarketChange\":{\"raw\":5.740097,\"fmt\":\"5.74\"},\"cryptoTradeable\":false,\"exchangeDataDelayedBy\":0,\"firstTradeDateMilliseconds\":-252322200000,\"exchangeTimezoneShortName\":\"EDT\",\"hasPrePostMarketData\":true,\"marketState\":\"REGULAR\",\"regularMarketPrice\":{\"raw\":154.5601,\"fmt\":\"154.56\"},\"customPriceAlertConfidence\":\"LOW\",\"market\":\"us_market\",\"quoteSourceName\":\"Nasdaq Real Time Price\",\"priceHint\":2,\"exchange\":\"NYQ\",\"sourceInterval\":15,\"shortName\":\"Chevron Corporation\",\"region\":\"US\",\"triggerable\":false,\"longName\":\"Chevron Corporation\"},{\"fullExchangeName\":\"NYSE\",\"symbol\":\"BA\",\"gmtOffSetMilliseconds\":-14400000,\"language\":\"en-US\",\"regularMarketTime\":{\"raw\":1730471022,\"fmt\":\"10:23AM EDT\"},\"regularMarketChangePercent\":{\"raw\":2.6789901,\"fmt\":\"2.68%\"},\"quoteType\":\"EQUITY\",\"typeDisp\":\"Equity\",\"tradeable\":false,\"regularMarketPreviousClose\":{\"raw\":149.31,\"fmt\":\"149.31\"},\"exchangeTimezoneName\":\"America/New_York\",\"trendingScore\":{\"raw\":46.349049529841444,\"fmt\":\"4,634.90%\"},\"regularMarketChange\":{\"raw\":4.0,\"fmt\":\"4.00\"},\"cryptoTradeable\":false,\"exchangeDataDelayedBy\":0,\"firstTradeDateMilliseconds\":-252322200000,\"exchangeTimezoneShortName\":\"EDT\",\"hasPrePostMarketData\":true,\"marketState\":\"REGULAR\",\"regularMarketPrice\":{\"raw\":153.31,\"fmt\":\"153.31\"},\"customPriceAlertConfidence\":\"LOW\",\"market\":\"us_market\",\"quoteSourceName\":\"Nasdaq Real Time Price\",\"priceHint\":2,\"exchange\":\"NYQ\",\"sourceInterval\":15,\"shortName\":\"Boeing Company (The)\",\"region\":\"US\",\"triggerable\":false,\"longName\":\"The Boeing Company\"},{\"fullExchangeName\":\"NasdaqGS\",\"symbol\":\"MRVL\",\"gmtOffSetMilliseconds\":-14400000,\"language\":\"en-US\",\"regularMarketTime\":{\"raw\":1730471022,\"fmt\":\"10:23AM EDT\"},\"regularMarketChangePercent\":{\"raw\":8.26364,\"fmt\":\"8.26%\"},\"quoteType\":\"EQUITY\",\"typeDisp\":\"Equity\",\"tradeable\":false,\"regularMarketPreviousClose\":{\"raw\":80.11,\"fmt\":\"80.11\"},\"exchangeTimezoneName\":\"America/New_York\",\"trendingScore\":{\"raw\":42.922811569888516,\"fmt\":\"4,292.28%\"},\"regularMarketChange\":{\"raw\":6.6200027,\"fmt\":\"6.62\"},\"cryptoTradeable\":false,\"exchangeDataDelayedBy\":0,\"firstTradeDateMilliseconds\":962371800000,\"exchangeTimezoneShortName\":\"EDT\",\"hasPrePostMarketData\":true,\"marketState\":\"REGULAR\",\"regularMarketPrice\":{\"raw\":86.73,\"fmt\":\"86.73\"},\"customPriceAlertConfidence\":\"HIGH\",\"market\":\"us_market\",\"quoteSourceName\":\"Nasdaq Real Time Price\",\"priceHint\":2,\"exchange\":\"NMS\",\"sourceInterval\":15,\"shortName\":\"Marvell Technology, Inc.\",\"region\":\"US\",\"triggerable\":true,\"longName\":\"Marvell Technology, Inc.\"},{\"fullExchangeName\":\"NYSE\",\"symbol\":\"FUBO\",\"gmtOffSetMilliseconds\":-14400000,\"language\":\"en-US\",\"regularMarketTime\":{\"raw\":1730471014,\"fmt\":\"10:23AM EDT\"},\"regularMarketChangePercent\":{\"raw\":-7.7586203,\"fmt\":\"-7.76%\"},\"quoteType\":\"EQUITY\",\"typeDisp\":\"Equity\",\"companyLogoUrl\":\"https://s.yimg.com/lb/brands/150x150_fubotv.png\",\"tradeable\":false,\"regularMarketPreviousClose\":{\"raw\":1.74,\"fmt\":\"1.7400\"},\"exchangeTimezoneName\":\"America/New_York\",\"trendingScore\":{\"raw\":39.45717525379502,\"fmt\":\"3,945.72%\"},\"regularMarketChange\":{\"raw\":-0.13499999,\"fmt\":\"-

0.1350\"}\",\"cryptoTradeable\":false,\"exchangeDataDelayedBy\":0,\"firstTradeDateMilliseconds\":1553693400000,\"exchangeTimezoneShortName\":\"EDT\",\"logoUrl\":\"https://s.yimg.com/lb/brands/150x150_fubotv.png\",\"hasPrePostMarketData\":true,\"marketState\":\"REGULAR\",\"regularMarketPrice\":{\"raw\":1.605,\"fmt\":\"1.6050\"}\",\"customPriceAlertConfidence\":\"LOW\",\"market\":\"us_market\",\"quoteSourceName\":\"Nasdaq Real Time Price\",\"priceHint\":4,\"exchange\":\"NYQ\",\"sourceInterval\":15,\"shortName\":\"fuboTV Inc.\",\"region\":\"US\",\"triggerable\":false,\"longName\":\"fuboTV Inc.\"},{\"fullExchangeName\":\"NYSE American\",\"symbol\":\"TOVX\",\"gmtOffSetMilliseconds\":-14400000,\"language\":\"en-US\",\"regularMarketTime\":{\"raw\":1730471021,\"fmt\":\"10:23AM EDT\"},\"regularMarketChangePercent\":{\"raw\":34.28767,\"fmt\":\"34.29%\"}\",\"quoteType\":\"EQUITY\",\"typeDisp\":\"Equity\",\"tradeable\":false,\"regularMarketPreviousClose\":{\"raw\":1.46,\"fmt\":\"1.4600\"}\",\"exchangeTimezoneName\":\"America/New_York\",\"trendingScore\":{\"raw\":36.49488944269171,\"fmt\":\"3,649.49%\"}\",\"regularMarketChange\":{\"raw\":0.5006,\"fmt\":\"0.5006\"}\",\"cryptoTradeable\":false,\"exchangeDataDelayedBy\":0,\"firstTradeDateMilliseconds\":1166452200000,\"exchangeTimezoneShortName\":\"EDT\",\"hasPrePostMarketData\":true,\"marketState\":\"REGULAR\",\"regularMarketPrice\":{\"raw\":1.9606,\"fmt\":\"1.9606\"}\",\"customPriceAlertConfidence\":\"LOW\",\"market\":\"us_market\",\"quoteSourceName\":\"Nasdaq Real Time Price\",\"priceHint\":4,\"exchange\":\"ASE\",\"sourceInterval\":15,\"shortName\":\"Theriva Biologics, Inc.\",\"region\":\"US\",\"triggerable\":false,\"longName\":\"Theriva Biologics, Inc.\"},{\"fullExchangeName\":\"NYSE\",\"symbol\":\"ABT\",\"gmtOffSetMilliseconds\":-14400000,\"language\":\"en-US\",\"regularMarketTime\":{\"raw\":1730471023,\"fmt\":\"10:23AM EDT\"},\"regularMarketChangePercent\":{\"raw\":4.7014146,\"fmt\":\"4.70%\"}\",\"quoteType\":\"EQUITY\",\"typeDisp\":\"Equity\",\"companyLogoUrl\":\"https://s.yimg.com/lb/brands/150x150_abbott.png\",\"tradeable\":false,\"regularMarketPreviousClose\":{\"raw\":113.37,\"fmt\":\"113.37\"}\",\"exchangeTimezoneName\":\"America/New_York\",\"trendingScore\":{\"raw\":35.42915432862862,\"fmt\":\"3,542.92%\"}\",\"regularMarketChange\":{\"raw\":5.329994,\"fmt\":\"5.33\"}\",\"cryptoTradeable\":false,\"exchangeDataDelayedBy\":0,\"firstTradeDateMilliseconds\":322151400000,\"exchangeTimezoneShortName\":\"EDT\",\"logoUrl\":\"https://s.yimg.com/lb/brands/150x150_abbott.png\",\"hasPrePostMarketData\":true,\"marketState\":\"REGULAR\",\"regularMarketPrice\":{\"raw\":118.7,\"fmt\":\"118.70\"}\",\"customPriceAlertConfidence\":\"LOW\",\"market\":\"us_market\",\"quoteSourceName\":\"Nasdaq Real Time Price\",\"priceHint\":2,\"exchange\":\"NYQ\",\"sourceInterval\":15,\"shortName\":\"Abbott Laboratories\",\"region\":\"US\",\"triggerable\":false,\"longName\":\"Abbott Laboratories\"},{\"fullExchangeName\":\"NYSE\",\"symbol\":\"W\",\"gmtOffSetMilliseconds\":-14400000,\"language\":\"en-US\",\"regularMarketTime\":{\"raw\":1730471023,\"fmt\":\"10:23AM EDT\"},\"regularMarketChangePercent\":{\"raw\":-2.2881236,\"fmt\":\"-2.29%\"}\",\"quoteType\":\"EQUITY\",\"typeDisp\":\"Equity\",\"companyLogoUrl\":\"https://s.yimg.com/lb/brands/150x150_wayfair.png\",\"tradeable\":false,\"regularMarketPreviousClose\":{\"raw\":42.83,\"fmt\":\"42.83\"}\",\"exchangeTimezoneName\":\"America/New_York\",\"trendingScore\":{\"raw\":32.19632320873282,\"fmt\":\"3,219.63%\"}\",\"regularMarketChange\":{\"raw\":-0.98000336,\"fmt\":\"-0.98\"}\",\"cryptoTradeable\":false,\"exchangeDataDelayedBy\":0,\"firstTradeDateMilliseconds\":1412256600000,\"exchangeTimezoneShortName\":\"EDT\",\"logoUrl\":\"https://s.yimg.com/lb/brands/150x150_wayfair.png\",\"hasPrePostMarketData\":true,\"marketState\":\"REGULAR\",\"regularMarketPrice\":{\"raw\":41.85,\"fmt\":\"41.85\"}\",\"customPriceAlertConfidence\":\"LOW\",\"market\":\"us_market\",\"quoteSourceName\":\"Nasdaq Real Time Price\",\"priceHint\":2,\"exchange\":\"NYQ\",\"sourceInterval\":15,\"shortName\":\"Wayfair Inc.\",\"region\":\"US\",\"triggerable\":false,\"longName\":\"Wayfair Inc.\"},{\"fullExchangeName\":\"NasdaqGM\",\"symbol\":\"ADMA\",\"gmtOffSetMilliseconds\":-14400000,\"language\":\"en-US\",\"regularMarketTime\":{\"raw\":1730471023,\"fmt\":\"10:23AM EDT\"},\"regularMarketChangePercent\":{\"raw\":22.011038,\"fmt\":\"22.01%\"}\",\"quoteType\":\"EQUITY\",\"typeDisp\":\"Equity\",\"tradeable\":false,\"regularMarketPreviousClose\":{\"raw\":16.31,\"fmt\":\"16.31\"}\",\"exchangeTimezoneName\":\"America/New_York\",\"trendingScore\":{\"raw\":29.008109293298627,\"fmt\":\"2,900.81%\"}\",\"regularMarketChange\":{\"raw\":3.5900002,\"fmt\":\"3.59\"}\",\"cryptoTradeable\":false,\"exchangeDataDelayedBy\":0,\"firstTradeDateMilliseconds\":1382016600000,\"exchangeTimezoneShortName\":\"EDT\",\"hasPrePostMarketData\":true,\"marketState\":\"REGULAR\",\"regularMarketPrice\":{\"raw\":19.9,\"fmt\":\"19.90\"}\",\"customPriceAlertConfidence\":\"LOW\",\"market\":\"us_market\",\"quoteSourceName\":\"Nasdaq Real Time Price\",\"priceHint\":2,\"exchange\":\"NGM\",\"sourceInterval\":15,\"shortName\":\"ADMA Biologics

Inc\",\"region\":\"US\",\"triggerable\":false,\"longName\":\"ADMA Biologics,
Inc.\"},{\"fullExchangeName\":\"NasdaqGS\",\"symbol\":\"ATHA\",\"gmtOffSetMilliseconds\":-14400000,\"language\":\"en-
US\",\"regularMarketTime\":{\"raw\":1730471023,\"fmt\":\"10:23AM
EDT\"},\"regularMarketChangePercent\":{\"raw\":31.482786,\"fmt\":\"31.48%\"},\"quoteType\":\"EQUITY\",\"typeDisp\":\"Equity\",\"tradeable\":false,\"regula
rMarketPreviousClose\":{\"raw\":0.4281,\"fmt\":\"0.4281\"},\"exchangeTimezoneName\":\"America/New_York\",\"trendingScore\":{\"raw\":27.7440398841217
37,\"fmt\":\"2,774.40%\"},\"regularMarketChange\":{\"raw\":0.13440001,\"fmt\":\"0.1344\"},\"cryptoTradeable\":false,\"exchangeDataDelayedBy\":0,\"firstTrad
eDateMilliseconds\":1600435800000,\"exchangeTimezoneShortName\":\"EDT\",\"hasPrePostMarketData\":true,\"marketState\":\"REGULAR\",\"regularMarket
Price\":{\"raw\":0.5625,\"fmt\":\"0.5625\"},\"customPriceAlertConfidence\":\"HIGH\",\"market\":\"us_market\",\"quoteSourceName\":\"Nasdaq Real Time
Price\",\"priceHint\":4,\"exchange\":\"NMS\",\"sourceInterval\":15,\"shortName\":\"Athira Pharma,
Inc.\",\"region\":\"US\",\"triggerable\":true,\"longName\":\"Athira Pharma,
Inc.\"},{\"fullExchangeName\":\"NasdaqGS\",\"symbol\":\"CHTR\",\"gmtOffSetMilliseconds\":-14400000,\"language\":\"en-
US\",\"regularMarketTime\":{\"raw\":1730471022,\"fmt\":\"10:23AM
EDT\"},\"regularMarketChangePercent\":{\"raw\":12.939171,\"fmt\":\"12.94%\"},\"quoteType\":\"EQUITY\",\"typeDisp\":\"Equity\",\"tradeable\":false,\"regula
rMarketPreviousClose\":{\"raw\":327.61,\"fmt\":\"327.61\"},\"exchangeTimezoneName\":\"America/New_York\",\"trendingScore\":{\"raw\":22.7762961577603
3,\"fmt\":\"2,277.63%\"},\"regularMarketChange\":{\"raw\":42.390015,\"fmt\":\"42.39\"},\"cryptoTradeable\":false,\"exchangeDataDelayedBy\":0,\"firstTradeDa
teMilliseconds\":1262701800000,\"exchangeTimezoneShortName\":\"EDT\",\"hasPrePostMarketData\":true,\"marketState\":\"REGULAR\",\"regularMarketPric
e\":{\"raw\":370.0,\"fmt\":\"370.00\"},\"customPriceAlertConfidence\":\"HIGH\",\"market\":\"us_market\",\"quoteSourceName\":\"Nasdaq Real Time
Price\",\"priceHint\":2,\"exchange\":\"NMS\",\"sourceInterval\":15,\"shortName\":\"Charter Communications,
Inc.\",\"region\":\"US\",\"triggerable\":true,\"longName\":\"Charter Communications,
Inc.\"},{\"fullExchangeName\":\"Toronto\",\"symbol\":\"MG.TO\",\"gmtOffSetMilliseconds\":-14400000,\"language\":\"en-
US\",\"regularMarketTime\":{\"raw\":1730471010,\"fmt\":\"10:23AM
EDT\"},\"regularMarketChangePercent\":{\"raw\":8.512187,\"fmt\":\"8.51%\"},\"quoteType\":\"EQUITY\",\"typeDisp\":\"Equity\",\"tradeable\":false,\"regularM
arketPreviousClose\":{\"raw\":54.97,\"fmt\":\"54.97\"},\"exchangeTimezoneName\":\"America/Toronto\",\"trendingScore\":{\"raw\":21.26435068908244,\"fmt\"
:\"2,126.44%\"},\"regularMarketChange\":{\"raw\":4.6800003,\"fmt\":\"4.68\"},\"cryptoTradeable\":false,\"exchangeDataDelayedBy\":15,\"firstTradeDateMillis
econds\":1101911400000,\"exchangeTimezoneShortName\":\"EDT\",\"hasPrePostMarketData\":false,\"marketState\":\"REGULAR\",\"regularMarketPrice\":{\"r
aw\":59.65,\"fmt\":\"59.65\"},\"customPriceAlertConfidence\":\"LOW\",\"market\":\"ca_market\",\"quoteSourceName\":\"Free Realtime
Quote\",\"priceHint\":2,\"exchange\":\"TOR\",\"sourceInterval\":15,\"shortName\":\"MAGNA INTERNATIONAL
INC\",\"region\":\"US\",\"triggerable\":false,\"longName\":\"Magna International
Inc.\"},{\"fullExchangeName\":\"NYSE\",\"symbol\":\"CAH\",\"gmtOffSetMilliseconds\":-14400000,\"language\":\"en-
US\",\"regularMarketTime\":{\"raw\":1730471017,\"fmt\":\"10:23AM
EDT\"},\"regularMarketChangePercent\":{\"raw\":7.095471,\"fmt\":\"7.10%\"},\"quoteType\":\"EQUITY\",\"typeDisp\":\"Equity\",\"tradeable\":false,\"regularM
arketPreviousClose\":{\"raw\":108.52,\"fmt\":\"108.52\"},\"exchangeTimezoneName\":\"America/New_York\",\"trendingScore\":{\"raw\":20.464600783601707,
\"fmt\":\"2,046.46%\"},\"regularMarketChange\":{\"raw\":7.7000046,\"fmt\":\"7.70\"},\"cryptoTradeable\":false,\"exchangeDataDelayedBy\":0,\"firstTradeDate
Milliseconds\":428851800000,\"exchangeTimezoneShortName\":\"EDT\",\"hasPrePostMarketData\":true,\"marketState\":\"REGULAR\",\"regularMarketPrice\":
{\"raw\":116.22,\"fmt\":\"116.22\"},\"customPriceAlertConfidence\":\"LOW\",\"market\":\"us_market\",\"quoteSourceName\":\"Nasdaq Real Time
Price\",\"priceHint\":2,\"exchange\":\"NYQ\",\"sourceInterval\":15,\"shortName\":\"Cardinal Health,
Inc.\",\"region\":\"US\",\"triggerable\":false,\"longName\":\"Cardinal Health,
Inc.\"},{\"fullExchangeName\":\"NasdaqGS\",\"symbol\":\"TROW\",\"gmtOffSetMilliseconds\":-14400000,\"language\":\"en-
US\",\"regularMarketTime\":{\"raw\":1730471021,\"fmt\":\"10:23AM
EDT\"},\"regularMarketChangePercent\":{\"raw\":2.616967,\"fmt\":\"2.62%\"},\"quoteType\":\"EQUITY\",\"typeDisp\":\"Equity\",\"companyLogoUrl\":\"https:

//s.yimg.com/lb/brands/150x150_troweprice.png\",\"tradeable\":false,\"regularMarketPreviousClose\":{\"raw\":109.86,\"fmt\":\"109.86\"},\"exchangeTimezoneN
ame\":\"America/New_York\",\"trendingScore\":{\"raw\":19.699245403885175,\"fmt\":\"1,969.92%\"},\"regularMarketChange\":{\"raw\":2.875,\"fmt\":\"2.88\"
},\"cryptoTradeable\":false,\"exchangeDataDelayedBy\":0,\"firstTradeDateMilliseconds\":512836200000,\"exchangeTimezoneShortName\":\"EDT\",\"logoUrl\":
\"https://s.yimg.com/lb/brands/150x150_troweprice.png\",\"hasPrePostMarketData\":true,\"marketState\":\"REGULAR\",\"regularMarketPrice\":{\"raw\":112.73
5,\"fmt\":\"112.74\"},\"customPriceAlertConfidence\":\"HIGH\",\"market\":\"us_market\",\"quoteSourceName\":\"Nasdaq Real Time
Price\",\"priceHint\":2,\"exchange\":\"NMS\",\"sourceInterval\":15,\"shortName\":\"T. Rowe Price Group,
Inc.\",\"region\":\"US\",\"triggerable\":true,\"longName\":\"T. Rowe Price Group,
Inc.\"},{\"fullExchangeName\":\"NYSE\",\"symbol\":\"ENB\",\"gmtOffSetMilliseconds\":-14400000,\"language\":\"en-
US\",\"regularMarketTime\":{\"raw\":1730471021,\"fmt\":\"10:23AM
EDT\"},\"regularMarketChangePercent\":{\"raw\":0.82311565,\"fmt\":\"0.82%\"},\"quoteType\":\"EQUITY\",\"typeDisp\":\"Equity\",\"tradeable\":false,\"regula
rMarketPreviousClose\":{\"raw\":40.4,\"fmt\":\"40.40\"},\"exchangeTimezoneName\":\"America/New_York\",\"trendingScore\":{\"raw\":19.586627591381774,\
\"fmt\":\"1,958.66%\"},\"regularMarketChange\":{\"raw\":0.33259964,\"fmt\":\"0.33\"},\"cryptoTradeable\":false,\"exchangeDataDelayedBy\":0,\"firstTradeDate
Milliseconds\":448209000000,\"exchangeTimezoneShortName\":\"EDT\",\"hasPrePostMarketData\":true,\"marketState\":\"REGULAR\",\"regularMarketPrice\":
{\"raw\":40.7326,\"fmt\":\"40.73\"},\"customPriceAlertConfidence\":\"LOW\",\"market\":\"us_market\",\"quoteSourceName\":\"Nasdaq Real Time
Price\",\"priceHint\":2,\"exchange\":\"NYQ\",\"sourceInterval\":15,\"shortName\":\"Enbridge
Inc.\",\"region\":\"US\",\"triggerable\":false,\"longName\":\"Enbridge
Inc.\"},{\"fullExchangeName\":\"NYSE\",\"symbol\":\"PRLB\",\"gmtOffSetMilliseconds\":-14400000,\"language\":\"en-
US\",\"regularMarketTime\":{\"raw\":1730470941,\"fmt\":\"10:22AM
EDT\"},\"regularMarketChangePercent\":{\"raw\":32.080288,\"fmt\":\"32.08%\"},\"quoteType\":\"EQUITY\",\"typeDisp\":\"Equity\",\"tradeable\":false,\"regula
rMarketPreviousClose\":{\"raw\":27.4,\"fmt\":\"27.40\"},\"exchangeTimezoneName\":\"America/New_York\",\"trendingScore\":{\"raw\":18.559814439353005,\
\"fmt\":\"1,855.98%\"},\"regularMarketChange\":{\"raw\":8.789999,\"fmt\":\"8.79\"},\"cryptoTradeable\":false,\"exchangeDataDelayedBy\":0,\"firstTradeDateMi
lliseconds\":1330093800000,\"exchangeTimezoneShortName\":\"EDT\",\"hasPrePostMarketData\":true,\"marketState\":\"REGULAR\",\"regularMarketPrice\":{\
\"raw\":36.19,\"fmt\":\"36.19\"},\"customPriceAlertConfidence\":\"LOW\",\"market\":\"us_market\",\"quoteSourceName\":\"Nasdaq Real Time
Price\",\"priceHint\":2,\"exchange\":\"NYQ\",\"sourceInterval\":15,\"shortName\":\"Proto Labs,
Inc.\",\"region\":\"US\",\"triggerable\":false,\"longName\":\"Proto Labs,
Inc.\"},{\"fullExchangeName\":\"NasdaqCM\",\"symbol\":\"EPIX\",\"gmtOffSetMilliseconds\":-14400000,\"language\":\"en-
US\",\"regularMarketTime\":{\"raw\":1730471021,\"fmt\":\"10:23AM EDT\"},\"regularMarketChangePercent\":{\"raw\":-70.28846,\"fmt\":\"-
70.29%\"},\"quoteType\":\"EQUITY\",\"typeDisp\":\"Equity\",\"tradeable\":false,\"regularMarketPreviousClose\":{\"raw\":5.2,\"fmt\":\"5.2000\"},\"exchangeTi
mezoneName\":\"America/New_York\",\"trendingScore\":{\"raw\":18.470387444359982,\"fmt\":\"1,847.04%\"},\"regularMarketChange\":{\"raw\":-
3.6549997,\"fmt\":\"-
3.6550\",\"cryptoTradeable\":false,\"exchangeDataDelayedBy\":0,\"firstTradeDateMilliseconds\":1426253400000,\"exchangeTimezoneShortName\":\"EDT\",\"
hasPrePostMarketData\":true,\"marketState\":\"REGULAR\",\"regularMarketPrice\":{\"raw\":1.545,\"fmt\":\"1.5450\"},\"customPriceAlertConfidence\":\"LOW
\",\"market\":\"us_market\",\"quoteSourceName\":\"Nasdaq Real Time Price\",\"priceHint\":4,\"exchange\":\"NCM\",\"sourceInterval\":15,\"shortName\":\"ESSA
Pharma Inc.\",\"region\":\"US\",\"triggerable\":false,\"longName\":\"ESSA Pharma
Inc.\"},{\"fullExchangeName\":\"NYSE\",\"symbol\":\"WAT\",\"gmtOffSetMilliseconds\":-14400000,\"language\":\"en-
US\",\"regularMarketTime\":{\"raw\":1730471010,\"fmt\":\"10:23AM
EDT\"},\"regularMarketChangePercent\":{\"raw\":16.313337,\"fmt\":\"16.31%\"},\"quoteType\":\"EQUITY\",\"typeDisp\":\"Equity\",\"tradeable\":false,\"regula
rMarketPreviousClose\":{\"raw\":323.11,\"fmt\":\"323.11\"},\"exchangeTimezoneName\":\"America/New_York\",\"trendingScore\":{\"raw\":18.4529746676061
24,\"fmt\":\"1,845.30%\"},\"regularMarketChange\":{\"raw\":52.710022,\"fmt\":\"52.71\"},\"cryptoTradeable\":false,\"exchangeDataDelayedBy\":0,\"firstTrade
DateMilliseconds\":816618600000,\"exchangeTimezoneShortName\":\"EDT\",\"hasPrePostMarketData\":true,\"marketState\":\"REGULAR\",\"regularMarketPri

ce\":{\"raw\":375.82,\"fmt\":\"375.82\"},\"customPriceAlertConfidence\":\"LOW\",\"market\":\"us_market\",\"quoteSourceName\":\"Nasdaq Real Time Price\",\"priceHint\":2,\"exchange\":\"NYQ\",\"sourceInterval\":15,\"shortName\":\"Waters Corporation\",\"region\":\"US\",\"triggerable\":false,\"longName\":\"Waters Corporation\"},{\"fullExchangeName\":\"NasdaqGS\",\"symbol\":\"LXRX\",\"gmtOffSetMilliseconds\":-14400000,\"language\":\"en-US\",\"regularMarketTime\":{\"raw\":1730471020,\"fmt\":\"10:23AM EDT\"},\"regularMarketChangePercent\":{\"raw\":-33.333336,\"fmt\":\"-33.33%\"},\"quoteType\":\"EQUITY\",\"typeDisp\":\"Equity\",\"tradeable\":false,\"regularMarketPreviousClose\":{\"raw\":1.95,\"fmt\":\"1.9500\"},\"exchangeTimezoneName\":\"America/New_York\",\"trendingScore\":{\"raw\":18.045227554638593,\"fmt\":\"1,804.52%\"},\"regularMarketChange\":{\"raw\":-0.6500001,\"fmt\":\"-0.6500\"},\"cryptoTradeable\":false,\"exchangeDataDelayedBy\":0,\"firstTradeDateMilliseconds\":955114200000,\"exchangeTimezoneShortName\":\"EDT\",\"hasPrePostMarketData\":true,\"marketState\":\"REGULAR\",\"regularMarketPrice\":{\"raw\":1.3,\"fmt\":\"1.3000\"},\"customPriceAlertConfidence\":\"HIGH\",\"market\":\"us_market\",\"quoteSourceName\":\"Nasdaq Real Time Price\",\"priceHint\":4,\"exchange\":\"NMS\",\"sourceInterval\":15,\"shortName\":\"Lexicon Pharmaceuticals, Inc.\",\"region\":\"US\",\"triggerable\":true,\"longName\":\"Lexicon Pharmaceuticals, Inc.\"}],\"jobTimestamp\":1730470876567,\"startInterval\":202411011300}],\"error\":null}}\"></script>
                      <script type=\"application/json\" data-sveltekit-fetched data-url=\"https://query1.finance.yahoo.com/v7/finance/quote?fields=regularMarketChangePercent&amp;formatted=true&amp;imgHeights=50&amp;imgLabels=logoUrl&amp;imgWidths=50&amp;symbols=DAL%2CCRWD&amp;lang=en-US&amp;region=US&amp;crumb=iL1jcPyzNw7\" data-ttl=\"1\">{\"status\":200,\"statusText\":\"OK\",\"headers\":{},\"body\":\"{\"quoteResponse\":{\"result\":[{\"fullExchangeName\":\"NYSE\",\"symbol\":\"DAL\",\"gmtOffSetMilliseconds\":-14400000,\"language\":\"en-US\",\"regularMarketTime\":{\"raw\":1730471023,\"fmt\":\"10:23AM EDT\"},\"regularMarketChangePercent\":{\"raw\":2.0800533,\"fmt\":\"2.08%\"},\"quoteType\":\"EQUITY\",\"typeDisp\":\"Equity\",\"tradeable\":false,\"exchangeTimezoneName\":\"America/New_York\",\"cryptoTradeable\":false,\"exchangeDataDelayedBy\":0,\"firstTradeDateMilliseconds\":1178199000000,\"exchangeTimezoneShortName\":\"EDT\",\"hasPrePostMarketData\":true,\"customPriceAlertConfidence\":\"HIGH\",\"marketState\":\"REGULAR\",\"regularMarketPrice\":{\"raw\":58.41,\"fmt\":\"58.41\"},\"market\":\"us_market\",\"quoteSourceName\":\"Nasdaq Real Time Price\",\"priceHint\":2,\"sourceInterval\":15,\"exchange\":\"NYQ\",\"region\":\"US\",\"triggerable\":true},{\"fullExchangeName\":\"NasdaqGS\",\"symbol\":\"CRWD\",\"gmtOffSetMilliseconds\":-14400000,\"language\":\"en-US\",\"regularMarketTime\":{\"raw\":1730471018,\"fmt\":\"10:23AM EDT\"},\"regularMarketChangePercent\":{\"raw\":1.2833892,\"fmt\":\"1.28%\"},\"quoteType\":\"EQUITY\",\"typeDisp\":\"Equity\",\"tradeable\":false,\"exchangeTimezoneName\":\"America/New_York\",\"cryptoTradeable\":false,\"exchangeDataDelayedBy\":0,\"firstTradeDateMilliseconds\":1560346200000,\"exchangeTimezoneShortName\":\"EDT\",\"hasPrePostMarketData\":true,\"customPriceAlertConfidence\":\"HIGH\",\"marketState\":\"REGULAR\",\"regularMarketPrice\":{\"raw\":300.68,\"fmt\":\"300.68\"},\"market\":\"us_market\",\"quoteSourceName\":\"Nasdaq Real Time Price\",\"priceHint\":2,\"sourceInterval\":15,\"exchange\":\"NMS\",\"region\":\"US\",\"triggerable\":true}],\"error\":null}}\"></script>
                      <script>
                              {
                                      __sveltekit_1tsr6bd = {
                                              base: new URL(\"..\", location).pathname.slice(0, -1)
                                      };

                                      const element = document.currentScript.parentElement;

                                      const data =
[null,{\"type\":\"data\",\"data\":{session:{consent:{allowContentPersonalization:true,allowCrossDeviceMapping:true,allowFirstPartyAds:true,allowSellPersonalInfo:true,canEmbedThirdPartyContent:true,canSell:true,consentedVendors:[],allowAds:true,allowOnlyLimitedAds:false,rejectedAllConsent:false,allowOnlyNonPerso

nalizedAds:false},authed:"0",ynet:"0",ssl:"1",spdy:"0",ytee:"0",mode:"normal",tpConsent:true,site:"finance",adblock:"0",bucket:["rocket_GA_desk_test-3-v1","ypf-bankrate-widget-control-v2-q4","yf-portfoliodetail-control","fin-nimbus-article-enabled"],colo:"bf1",device:"desktop",bot:"0",browser:"chrome",app:"unknown",ecma:"modern",environment:"prod",gdpr:false,lang:"en-US",dir:"ltr",intl:"us",network:"broadband",os:"windows
nt",partner:"none",region:"US",time:1730471024510,tz:"America/New_York",usercountry:"US",rmp:"0",webview:"0",feature:["disableServiceRewrite","enableAnalystRatings","enableBankrateModalAd","enableChartbeat","enableChatSupport","enableCompare","enableCompareConvertCurrency","enableConsentAndGTM","enableCurrencyConverter","enableDockAddToFollowing","enableDockCondensedHeader","enableDockNeoOptoutLink","enableDockPortfolioControl","enableExperimentalDockModules","enableLazyQSP","enableLiveBlogStatus","enableMarketsHub","enableNeoArticle","enableNeoGreen","enableNeoHouseCalcPage","enableNeoMortgageCalcPage","enableNeoOptOut","enableNeoQSPReportsLeaf","enablePersonalFinanceArticleReadMoreAlgo","enablePersonalFinanceNewsletterIntegration","enablePersonalFinanceZillowIntegration","enablePf2SubsSpotlight","enablePfLandingP2","enablePfStreaming","enablePinholeScreenshotOGForQuote","enablePlus","enablePortalStockStory","enableQSPChartNewShading","enableQSPChartRangeTooltips","enableQSPEarningsVsRev","enableQSPHistoryPlusDownload","enableQSPNavIcon","enableQuoteLookup","enableRecentQuotes","enableResearchHub","enableScreenerRedesign","enableSECFiling","enableSigninBeforeCheckout","enableSmartAssetMsgA","enableStockStoryPfPage","enableTradeNow","enableUpgradeBadge","enableCompareFeatures","enableFinancePremiumArticle","enableGenericHeatMap","enableL2L3AB","enableMarketsLeafHeatMap","enableQSPIndustryHeatmap","enableStatusBadge","enableRapidClientOnlyPageView","enableArticleVideoDocking"],isDebug:false,isForScreenshot:false,isWebview:false,theme:"light",pnrID:"",areAdsEnabled:true,ccpa:{warning:"",footerSequence:["terms_and_privacy","dashboard"],links:{dashboard:{url:"https://guce.yahoo.com/privacy-dashboard?locale=en-US",label:"Privacy Dashboard"},terms_and_privacy:{multiurl:true,label:"${terms_link}Terms${end_link} and ${privacy_link}Privacy Policy${end_link}",urls:{terms_link:"https://guce.yahoo.com/terms?locale=en-US",privacy_link:"https://guce.yahoo.com/privacy-policy?locale=en-US"}}}},yrid:"559jmjtji9p3g",user:{age:-2147483648,alias:void 0,crumb:"iL1jcPyzNw7",firstName:null,gender:"",guid:void 0,login:void 0,year:0}}},"uses":{"route":1}},null,null,null];

```
                    Promise.all([
                            import("../assets/_app/immutable/entry/start.CaYE1N2I.js"),
                            import("../assets/_app/immutable/entry/app.BUAcI_fN.js")
                    ]).then(([kit, app]) => {
                            kit.start(app, element, {
                                    node_ids: [0, 2, 14, 15, 85],
                                    data,
                                    form: null,
                                    error: null
                            });
                    });
            }
    </script>
</div>
<script src="https://consent.cmp.oath.com/version/6.4.1/cmp.js" defer></script><script src="https://s.yimg.com/oa/consent-1.0.383.js"
defer></script><script src="https://s.yimg.com/zz/combo?s:aaq/vzm/cs_1.6.6.js" defer></script></script><script>(function(){window._comscore =
window._comscore||[];window._comscore.push({});window.COMSCORE?.purge();})();
</script><script src="https://s.yimg.com/uc/sf/0.1.494/js/safe.modern.js" defer></script><script type="module">
(function(win) {
```

```
      win.addEventListener && win.addEventListener("DOMContentLoaded", function () {
         var s = win.document.createElement("script");
         s.async = true;
         s.defer = true;
         s.src = "https://s.yimg.com/cx/pv/perf-vitals_3.5.0.js";
         win.document.body.appendChild(s);
      });
   })(window);</script>
   </body>
</html>
```