# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CrowdStrike, Inc.<br><br>       Plaintiff,<br><br>v.<br><br>Delta Air Lines, Inc.,<br><br>       Defendant. | Case No. 1:24-cv-04904-TWT |

## NOTICE OF VOLUNTARY DISMISSAL

Whereas on October 25, 2024, Defendant Delta Air Lines, Inc. ("Delta") filed an action against Plaintiff CrowdStrike, Inc. ("CrowdStrike") in the Superior Court of Fulton County, Georgia; and whereas Delta has agreed not to oppose transfer of that action to the Business Case Division of the Fulton County Superior Court; and whereas, on this day, CrowdStrike has filed the unopposed motion to transfer; and whereas CrowdStrike intends to refile its claims against Delta in the state court action; now, therefore, in light of the foregoing, CrowdStrike hereby voluntarily dismisses this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). All parties shall bear their own costs and attorneys' fees.

[*signature on following page*]

Respectfully submitted this 22nd day of November, 2024.

>/s/ *Michael A. Caplan*
>Michael A. Caplan
>Georgia Bar No. 601039
>Julia Blackburn Stone
>Georgia Bar No. 200070
>**CAPLAN COBB LLC**
>75 Fourteenth Street NE, Suite 2700
>Atlanta, Georgia 30309
>Tel:   (404) 596-5600
>Fax:   (404) 596-5604
>*mcaplan@caplancobb.com*
>*jstone@caplancobb.com*
>
>Michael B. Carlinsky
> (admitted *pro hac vice*)
>Ellyde R. Thompson
> (admitted *pro hac vice*)
>Kaitlin P. Sheehan
> (admitted *pro hac vice*)
>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
>51 Madison Avenue, 22nd Floor
>New York, New York 10010
>Tel:   (212) 849-7000
>Fax:   (212) 849-7100
>*michaelcarlinsky@quinnemanuel.com*
>*ellydethompson@quinnemanuel.com*
>*kaitlinsheehan@quinnemanuel.com*
>
>Victoria F. Maroulis
> (admitted *pro hac vice*)
>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
>555 Twin Dolphin Drive, 5th Floor
>Redwood Shores, California 94065
>Tel:   (650) 801-5000
>Fax:   (650) 801-5100
>*victoriamaroulis@quinnemanuel.com*

Deepa Acharya
 (admitted *pro hac vice*)
**QUINN EMANUEL URQUHART & SULLIVAN,
 LLP**
1300 I Stret NW, Suite 900
Washington, D.C. 20005
Tel:   (202) 538-8000
Fax:  (202) 538-8100
*deepaacharya@quinnemanuel.com*

*Counsel for Plaintiff CrowdStrike, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day I caused a true and correct copy of the foregoing document to be filed with the clerk's office by this Court's CM/ECF system which will serve a true and correct copy of the same upon all counsel of record.

This 22nd day of November, 2024.

*/s/ Michael A. Caplan*
Michael A. Caplan
Georgia Bar. No. 601039

*Counsel for Plaintiff CrowdStrike, Inc.*